# **<u>EXHIBIT 10</u>**

Page 1

1                    UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF NEW JERSEY

3                        CAMDEN VICINAGE

4

5    _____

                                     )

6    IN RE: VALSARTAN, LOSARTAN,     )

     AND IRBESARTAN PRODUCTS         )

7    LIABILITY LITIGATION            )

                                     )

8                                    ) MDL No. 2875

     THIS DOCUMENT RELATES TO:       ) Case No. 1:20-cv-00946-RB-KJS

9    Gaston Roberts et al., V.       )

     Zheijang Huahai                 )

10   Pharmaceutical Co., et al.      )

                                     )

11   _____)

12

13

14

15              REMOTE VIDEOTAPED DEPOSITION OF

16                   FAREEHA SIDDIQUI, M.D.

17                  Tuesday, April 29, 2025

18                       Volume I

19

20

21

22   Reported by:

     ALEXIS KAGAY

23   CSR No. 13795

24   Job No. 7344551

25   PAGES 1 - 342

Page 2

```
 1          UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF NEW JERSEY
 3                 CAMDEN VICINAGE
 4     _____
 5                          )
 6  IN RE: VALSARTAN, LOSARTAN,  )
    AND IRBESARTAN PRODUCTS      )
 7  LIABILITY LITIGATION,        ) MDL No. 2875
                                 ) Case No. 1:20-cv-00946-RB-KJS
 8                          )
    THIS DOCUMENT RELATES TO:   )
 9  Gaston Roberts et al., V.   )
    Zheijang Huahai             )
10  Pharmaceutical Co., et al.  )
    _____)
11
12
13
14
15      Remote Videotaped deposition of FAREEHA
16  SIDDIQUI, M.D., Volume I, taken on behalf of
17  Defendants, with all participants appearing remotely,
18  beginning at 8:04 a.m. and ending at 6:32 p.m. on
19  Tuesday, April 29, 2025, before ALEXIS KAGAY, Certified
20  Shorthand Reporter No. 13795.
21
22
23
24
25
```

Page 3

```
 1  APPEARANCES (via Zoom Videoconference):
 2
 3  For Plaintiffs:
 4    NIGH GOLDENBERG RASO & VAUGHN, PLLC
 5    BY:  DANIEL NIGH
 6    BY:  KATHRYN AVILA
 7    BY:  STEPHANIE IKEN
 8    By:  BRETT VAUGHN
 9    Attorneys at Law
10    14 Ridge Square NW
11    Third Floor
12    Washington, D.C. 20016
13    202.792.7927
14    Dnigh@nighgoldenberg.com
15    KAvila@nighgoldenberg.com
16    SIken@nighgoldenberg.com
17    BVaughn@nighgoldenberg.com
18
19
20
21
22
23
24
25
```

Page 4

```
 1  APPEARANCES (Continued):
 2
 3  For Defendants:
 4    KIRKLAND & ELLIS, LLP
 5    BY:  NINA ROSE
 6    BY:  AUDREY ASPERGREN
 7    BY:  VICTORIA LOCKARD
 8    Attorneys at Law
 9    1301 Pennsylvania Avenue NW
10    Washington, DC 20004
11    Nina.Rose@kirkland.com
12    Audrey.Aspergren@kirkland.com
13    Victoria.Lockard@kirkland.com
14
15
16  Videographer:
17    PETE COOPER
18
19
20
21
22
23
24
25
```

Page 5

```
 1              INDEX
 2  WITNESS                EXAMINATION
 3  FAREEHA SIDDIQUI, M.D.
 4  Volume I
 5
 6       BY MS. ROSE              11
 7
 8
 9            EXHIBITS
10  NUMBER      DESCRIPTION        PAGE
11  Exhibit 1   Siddiqui Expert Report      20
12
13  Exhibit 2   Siddiqui Report Exhibits    20
14
15  Exhibit 3   UC San Diego Health Printout of   58
16       Dr. Fareeha Siddiqui
17
18  Exhibit 4   "Liver Cancer Program UC San   62
19       Diego Health"
20
21  Exhibit 5   UC San Diego Health Doctor    63
22       Printout
23
24  Exhibit 6   Siddiqui Diagrams        84
25
```

2 (Pages 2 - 5)

Page 6

1  Exhibit 7   Dr. Christopher Mele Radiology   94
2          Report
3
4  Exhibit 8   "Real Impact of liver cirrhosis   131
5          on the development of
6          hepatocellular carcinoma in
7          various liver diseases -
8          meta-analytic assessment
9
10 Exhibit 9   "Cirrhosis Care UC San Diego   158
11          Health
12
13 Exhibit 10  PLOS Medicine   166
14
15 Exhibit 11  Transcript from January 29, 2025   172
16          deposition of Dr. Samuel Hooks
17
18 Exhibit 12  Consult Notes   184
19
20 Exhibit 13  The Kirklin Clinic at UAB Consult   185
21          Notes
22
23 Exhibit 14  Gaston Roberts New Patient   198
24          Consultation dated August 19,
25          2009

Page 7

1
2  Exhibit 15  "Impact of Metabolic   203
3          Dysfunction-Associated
4          Fatty/Steatotic Liver Disease on
5          Hepatocellular Carcinoma
6          Incidence and Long-Term Prognosis
7          Post-Liver Resection: A
8          Systematic Review and
9          Meta-Analysis"
10
11 Exhibit 16  "Type 2 diabetes mellitus and   213
12          risk of hepatocellular carcinoma:
13          Spotlight on nonalcoholic fatty
14          liver disease"
15
16 Exhibit 17  Schlesinger 2013   216
17
18 Exhibit 18  Yang et al, "Diabetes is   223
19          Associated with Increased Risk of
20          Hepatocellular Carcinoma in
21          Patients with Cirrhosis from
22          Nonalcoholic Fatty Liver Disease"
23
24 Exhibit 19  North Balowin Infirmary   233
25          Laboratory dated 6/22/07

Page 8

1
2  Exhibit 20  Gaston Roberts December 20, 2007   236
3          Visit
4
5  Exhibit 21  Xie 2022   254
6
7  Exhibit 22  Gomm W, et al.   277
8
9  Exhibit 23  Mansouri   279
10
11 Exhibit 24  November 19, 2024 Deposition of   311
12          Fareeha Siddiqui
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 9

1              Tuesday, April 29, 2025
2                  8:04 a.m.
3
4          THE VIDEOGRAPHER:  Good morning.  We are
5  going on the record at 8:04 a.m. on Tuesday,          08:05:09
6  April 29th, 2025.
7          Please note that this deposition is being
8  conducted virtually.  Quality of recording depends
9  on the quality of camera and Internet connection of
10 participants.                                          08:05:22
11         Audio and video recording will continue to
12 take place unless all parties agree to go off the
13 record.
14         This is media one of the video-recorded
15 deposition of Fareeha Siddiqui M.D. taken in the      08:05:32
16 matter of in re:  Valsartan, Losartan, and
17 Irbesartan products liability litigation, filed in
18 the United States District Court for the district of
19 New Jersey, Camden Vicinage MDL docket number 2875,
20 relating to case number 120-CV-00946.                 08:05:57
21         My name is Pete Cooper representing Veritext
22 and I'm the videographer.  The court reporter is
23 Alexis Kagay from the firm Veritext.
24         If there are any objections to proceeding,
25 please state them at the time of your appearance.     08:06:14

3 (Pages 6 - 9)

Page 10

1  Counsel and all present will now state their
2  appearance and affiliations for the record,
3  beginning with the noticing attorney.
4      MS. ROSE:  Good morning, my name is Nina
5  Rose.  I'm with the firm, Kirkland & Ellis, and I'm    08:06:24
6  here on behalf of the ZHP defendants.
7      Also with me from my firm is Audrey Aspegren,
8  also on behalf of the ZHP defendants.
9      MR. NIGH:  Good morning, my name is Daniel
10  Nigh, I represent Jan Roberts, the wife of the    08:06:40
11  deceased, Gaston Roberts.  Thank you.
12      MR. VAUGHN:  Bret Vaughn, also with Nigh
13  Goldenberg, representing the plaintiff.
14      MS. AVILA:  Kathryn Avila, also on behalf of
15  the plaintiffs, with Nigh Goldenberg.    08:06:54
16      MS. IKEN:  Stephanie Iken, from Nigh
17  Goldenberg, on behalf of plaintiffs.
18      THE VIDEOGRAPHER:  At this time the court
19  reporter will swear in the witness and we can
20  proceed.    08:07:10
21      THE REPORTER:  Alexis Kagay, CSR 13795.
22
23
24          FAREEHA SIDDIQUI, M.D.,
25  having been administered an oath, was examined and

Page 11

1  testified as follows:
2
3          EXAMINATION
4  BY MS. ROSE:
5      Q  Good morning, Dr. Siddiqui.  My name is Nina    08:07:33
6  Rose, as I said, and I represent the ZHP defendants
7  in this case.
8      Could you do me a favor and just state your
9  full name for the record, please.
10      A  Of course.  It's Fareeha Siddiqui.    08:07:41
11      Q  As you know, and the court reporter just
12  said, this deposition is being conducted remotely
13  via the online platform.
14      I just want to ask, have you performed a test
15  of this remote platform that we're currently using    08:07:53
16  to conduct the deposition prior to today.
17      A  I have not.
18      Q  Okay.  And is there anyone with you in the
19  room where you're testifying?
20      A  There is not.    08:08:02
21      Q  Can anyone, other than the participants
22  online in this proceeding, hear your testimony
23  today?
24      A  No, they cannot.
25      Q  Are you participating in a remote deposition    08:08:11

Page 12

1  using your computer, audio and microphone?
2      A  Yes, I have a laptop.  It has a built-in
3  camera and microphone.
4      Q  Okay.  And in case there's a problem with
5  computer audio at any point, do you have a telephone    08:08:30
6  line available if we have a technical issue?
7      A  I do have a telephone line available, yes.
8      Q  Okay.  Perfect.  And you've been deposed
9  before, Dr. Siddiqui; is that correct?
10      A  I have been deposed before.    08:08:44
11      Q  How many times?
12      A  I think maybe two or three times.
13      Q  And were all of those depositions in the
14  context of you serving as an expert witness in
15  litigation?    08:09:08
16      A  I was an expert witness, yes, for all of
17  them.
18      Q  So I'm going to assume that since you've been
19  deposed before, that you know the basic rules of the
20  deposition.  But I'll go over them again just to    08:09:19
21  have a quick refresher, okay?
22      A  Thank you.
23      Q  So the first is that I will try to talk --
24  try not to talk over one another, so if you can let
25  me finish my questions before you begin your answer,    08:09:31

Page 13

1  I will do my best to let you finish before I start a
2  new question.  I think that will make life a lot
3  easier for our court reporter.
4      Is that okay?
5      A  Yes, that's fine.    08:09:42
6      Q  And if you don't understand any of my
7  questions, please let me know.  If you answer a
8  question, I'm going to assume that you understood
9  it.
10      Is that fair?    08:09:50
11      A  Understood.
12      Q  I'm going to try to take regular breaks, but
13  if you need a break at any time, just let me know.
14  The only thing I'll ask is that if there's a
15  question pending, that you answer the question    08:09:59
16  before we take a break, okay?
17      A  Understood.
18      Q  And because we're doing this deposition
19  remotely, I have a few initial questions.
20      Aside from the Zoom platform that we're using    08:10:09
21  to conduct the deposition, do you have any other
22  programs open on your computer?
23      A  I do not.
24      Q  You don't have any e-mail or messaging
25  programs open?    08:10:20

4 (Pages 10 - 13)

Page 14

1    A  No, I do not.  I closed everything
2  beforehand.
3    Q  Great.  And will you agree not to open any
4  other programs on your computer, aside from Zoom,
5  while we're recording this deposition?          08:10:30
6    A  I do agree.
7    Q  Thank you.
8       We're going to look at some documents today
9  on the Zoom platform.  Aside from those documents,
10  will you agree not to look at any other electronic    08:10:41
11  or paper files while we're on the record during your
12  deposition?
13    A  I do agree to that, yes.
14    Q  Do you have any documents with you today?
15    A  I have my resume and my report.          08:10:51
16    Q  Okay.  Great.  You have a paper copy of your
17  report?
18    A  I do.
19    Q  It might be easier for you to refer to that,
20  so that's fine.                          08:11:04
21       I know it is a Tuesday morning, but I have to
22  ask: For the record, have you had any alcoholic
23  drinks within the past eight hours?
24    A  I have not.  I never drink.
25    Q  And are you on any medication today that    08:11:15

Page 15

1  might interfere with your ability to give accurate
2  testimony?
3    A  None at all.
4    Q  And is there any other reason you would --
5  you are unable to give complete and accurate    08:11:24
6  testimony today?
7    A  There is no reason I cannot give complete and
8  accurate testimony today.
9    Q  Dr. Siddiqui, you submitted an expert report
10  in connection with this case on March 10th, 2025;    08:11:38
11  correct?
12    A  I believe that's the day.
13    Q  And you said before that this isn't the first
14  litigation case in which you've served as an expert;
15  correct?                              08:11:52
16    A  Correct.
17    Q  Do you work with any expert consulting
18  companies that identify potential expert witnesses
19  for litigants?
20    A  I do.                              08:12:00
21    Q  Which companies do you work for?  Sorry,
22  which companies do you work with?
23    A  So I do not work for any company, but I have
24  worked with Expert Institute.
25    Q  And how long have you been working with    08:12:16

Page 16

1  Expert Institute?
2    A  I would say -- I think it's been since early
3  2024 or mid-2024.  I'm not exactly sure.
4    Q  And was Expert Institute involved in your
5  retention as an expert in connection with this    08:12:44
6  litigation?
7    A  With this litigation, as in the attorneys
8  that we're working with right now?
9    Q  Yes.  I'm sorry, I'll clarify my question.
10       I just wanted to understand if you worked    08:12:59
11  with Expert Institute in becoming retained for this
12  litigation by the plaintiff's attorneys?
13    A  So, yes.  What happened was I signed on, put
14  my details in and my resume in, my experience.  The
15  Expert Institute then introduced me to certain cases    08:13:22
16  and they said, would you be interested in any one of
17  them?
18       I responded with some answers to some
19  questions, such as what I know about certain
20  diseases, and I was introduced to this firm.  We    08:13:37
21  had -- we basically then went from there through
22  Expert Institute.
23    Q  Okay.  Would you say that you used the same
24  rigor in your work as a testifying expert as you do
25  in your work as an oncologist?                08:14:00

Page 17

1    A  Would you be able to explain that question
2  again, please.
3    Q  Sure.  Do you use the same standards in terms
4  of applying medical practices, medical guidelines
5  and providing expert opinions in literature --    08:14:15
6  sorry, in litigation regarding medical issues?
7    A  Oh, yes, absolutely I do.
8    Q  And did you use the same rigor in preparing
9  your expert opinions in this case as you did in
10  preparing your reports in other cases in which you    08:14:31
11  served as an expert?
12    A  I believe I did.  I try very hard to write an
13  accurate and hopefully excellent report.
14    Q  When did you first come into contact with the
15  plaintiff's attorneys in this litigation?          08:14:46
16    A  I can't remember exactly.
17    Q  Would you say it was sometime in 2025?
18    A  I believe so.  I'm not sure, though.
19    Q  And have you ever worked with any of the
20  attorneys representing the plaintiff in this    08:15:14
21  litigation before you became involved in this case?
22    A  Worked with them?  Yes.  Yes, I have.
23    Q  In what capacity?
24    A  As an expert witness.
25    Q  In what case?                        08:15:32

5 (Pages 14 - 17)

Page 18

1    A  I know we had a case, but I don't remember
2  which case at the time.  But we did have a case that
3  we discussed.
4    Q  Okay.  So how many cases -- sorry, I'll start
5  the question again.                          08:15:59
6        In how many cases have you served as an
7  expert witness, not including this one?
8    A  Not including this one?
9    Q  Yeah.
10    A  So any total or, like, just concerning      08:16:09
11  Valsartan or anything in general?
12    Q  Any -- sorry, I didn't mean to cut you off.
13  My question was:  Any case, how any -- how many
14  cases total beside this case, the Mr. Roberts case,
15  have you served as a testifying expert?        08:16:27
16    A  Well, "testifying" as in how many cases I've
17  given testimony in?
18    Q  Let me say it again.  In how many cases have
19  you been disclosed as an expert witness?
20    A  I'm not sure how many cases I've been      08:16:44
21  disclosed in.  I'm not sure about that.
22    Q  Would you say it's more than three?
23    A  I think -- I think so.  I'm not sure, though.
24    Q  And you said earlier that you worked with one
25  of the plaintiff's lawyer in this litigation before   08:17:03

Page 19

1  on another case.
2        Which plaintiff's lawyer is that?
3    A  You mean out of this team?
4    Q  Yes.  I believe you testified earlier that      08:17:16
5  you had worked with an attorney who represented the
6  plaintiffs in the Valsartan litigation on a previous
7  litigation, and I was just asking who that attorney
8  was?
9    A  That was Mr. Nigh.
10    Q  And you don't recall what case you worked      08:17:29
11  with Mr. Nigh on before?
12    A  I recall the -- I think I recall some of the
13  details of the case, but not the name.
14    Q  Do you recall what product it involved?
15    A  It was -- I think it was Zantac.          08:17:52
16    Q  And how long ago did you work with doctor --
17  sorry, Mr. Nigh on that case?
18    A  I think it was -- sorry, about that.  I think
19  it was maybe -- it was last year sometime, but I'm
20  not sure when.                              08:18:18
21    Q  Okay.  And have you ever worked with Mr. Nigh
22  on any other litigation besides this litigation and
23  the Zantac litigation?
24    A  I don't think so.  No, I do not believe so.
25      MS. ROSE:  All right.  I'm going to introduce   08:18:38

Page 20

1  tab A as Exhibit 1.  And, Dr. Siddiqui, this is your
2  report that you submitted in the case.
3        (Exhibit 1 was marked for identification
4        by the court reporter and is attached hereto.)
5      THE WITNESS:  So I refresh.  Okay.        08:18:52
6  BY MS. ROSE:
7    Q  Do you see it now?
8    A  Yes.
9      MS. ROSE:  And I'm just going to mark -- for
10  sake of efficiency, I'm also going to mark tab B as   08:19:01
11  Exhibit 2, and that is the exhibits to your report.
12        (Exhibit 2 was marked for identification
13        by the court reporter and is attached hereto.)
14      THE WITNESS:  Those are not coming up on my
15  end.                                        08:19:15
16      MS. ROSE:  Okay.  Maybe give it one second.
17      THE WITNESS:  Okay.  So I think it came up
18  now.
19  BY MS. ROSE:
20    Q  Okay.  So looking at Exhibit 1, am I correct   08:19:24
21  that this is a copy of the expert report you
22  submitted in this case?
23    A  Sorry, should I click on that?
24    Q  Yes, click on Exhibit 1.
25    A  With the -- where it says "PDF"?          08:19:36

Page 21

1    Q  I'm not looking at the Exhibit Share page,
2  but I --
3    A  Oh.
4    Q  -- believe so.
5    A  Sorry, let me just -- it keeps -- so click on   08:19:48
6  this one.  Okay.
7    Q  Do you see your report?
8    A  Yes, I do.
9    Q  Okay.  And I know you said that you have a
10  paper copy of your report in front of you.  So if     08:20:05
11  it's easier for you, we're probably going to refer
12  to your report a lot.  It might be easier to look at
13  the paper copy.
14    A  Thank you so much.
15    Q  Okay.  Now I want you to go back to the        08:20:15
16  Exhibit Share and look at Exhibit 2.
17    A  Okay.  Sorry, one second.  I keep getting --
18  okay, so I got out of this and I go here.  Do I
19  download it or just click on it?
20    Q  Just click on it.                          08:20:37
21    A  Okay.  Exhibit A, it says --
22    Q  There should be an Exhibit 1 and an
23  Exhibit 2.
24    A  Exhibit 2, okay.  And it says Exhibit A.
25    Q  Okay.  Great.  And am I correct that this is   08:20:51

Page 22

1  a copy of the exhibits that you submitted along with
2  your expert report in this case?
3      A   Sorry, just checking.
4          So Exhibit A is my resume that I also have a
5  copy of here and Exhibit B says "fee schedule."    08:21:12
6  That's just a paragraph.  And Exhibit C talks about
7  prior testimonies.  And then Exhibit D is "Materials
8  Considered, Imaging and Reports, Produced
9  Documents."  Okay, so that's three, four pages,
10  okay.                                       08:21:57
11         And websites, website links.  Then I have
12  "Literature."  Okay.  Literature.  Literature and
13  then pleadings.  Yes, yes, I have all of those.
14     Q   So we were just talking about Exhibit D to
15  your report, the "Materials Considered" list.  Did   08:22:28
16  you review all of the documents cited on this list?
17     A   Exhibit D?  Sorry, let me just go back to
18  that.  Exhibit D.
19         So "Materials Considered" list, imaging and
20  reports, I did review those.  "Produced Documents,"   08:22:45
21  these are all the medical records basically, and
22  anything from -- the doctors provided, I reviewed
23  all of those.  And the FDA CDER lab, FDA statements
24  laboratory test, I reviewed all of those.  And then
25  all the literature here, yes.  I just want to make   08:23:13

Page 23

1  sure.  I reviewed all of those.
2          And the pleadings I reviewed all of those.
3      Q   Who selected the medical records and case
4  materials that were provided to you in connection
5  with this case?                             08:23:34
6      A   Who selected them?
7      Q   Yes.
8      A   As in --
9          MR. NIGH:  Form.
10         THE WITNESS:  Like who put them --      08:23:40
11  BY MS. ROSE:
12     Q   I guess I'll ask a different question.
13         Did you ask to see any specific documents in
14  the course of forming your opinions?
15     A   I did not.  I received -- so I received a    08:23:49
16  link to all the documents that were provided and
17  obtained, so I was able to click on that link and
18  basically get everything that was available to
19  review as far as medical records.
20     Q   Okay.  So the medical records were provided    08:24:19
21  to you by counsel; is that correct?
22     A   I mean, I believe that they got it from the
23  hospitals that -- that the patient was at, but then
24  they collected that and then provided that for me in
25  a link form.                                08:24:36

Page 24

1      Q   Understood.  And moving out to the medical
2  literature that you cite in your report and your
3  materials considered list, who identified those
4  literature articles?
5      A   Who identified them?  Sorry, I didn't    08:24:55
6  understand the question.
7      Q   It's okay.  I'll rephrase.  Did counsel
8  provide you with any of the medical literature
9  that's cited in your expert report or on your
10  materials considered list?                    08:25:08
11     A   No.  No, they didn't.
12     Q   Do you know who Dr. Christopher Mele is?
13     A   I found out about Dr. Mele, I think, after or
14  just around the time I was submitting my report.
15  He's a radiologist, I believe.                 08:25:39
16     Q   And are you basing any of your opinions on
17  opinions or information provided in Dr. Mele's
18  report?
19         MR. NIGH:  Form objection.
20         THE WITNESS:  So my entire report is written   08:25:58
21  based on my understanding of the plaintiff's medical
22  history.  It's based on my review of the literature
23  and the peer-reviewed literature.  It's based on my
24  review of expert opinions, both plaintiff and
25  defendant, and I would say it's based on 20 -- more   08:26:27

Page 25

1  than 20 years practicing as a medical practitioner.
2          So I didn't base my opinion on any one
3  person.  I basically reviewed everything and I would
4  say my report is based on all the things I just
5  mentioned.                                  08:26:55
6      Q   Got it.  My question was a little bit more
7  specific.
8          I was just asking if, when forming your
9  opinions, you relied on any opinions provided by
10  Dr. Mele and his report?                      08:27:05
11         MR. NIGH:  Form objection.
12         THE WITNESS:  I have not relied on any one
13  person.  I relied on literature.  I've relied on the
14  medical reports.  I have relied on my multiple years
15  as a physician.                             08:27:27
16         So I've relied on, basically, years of
17  experience, everything I read.  And what I read
18  included many different opinions from many different
19  doctors and a lot of peer-reviewed literature.
20  BY MS. ROSE:                               08:27:43
21     Q   Did you review Dr. Mele's report before
22  submitting your report?
23     A   I don't think so.  I do not believe I did.  I
24  do not believe -- because I think -- as far as I
25  remember, I submitted my report.  I'm not sure    08:28:03

Page 26

1 exactly about the timings, but I'm not sure that I
2 did.
3    Q  And you don't believe that you cited to
4 Dr. Mele's report in your report; is that correct?
5    A  I'd have to go back. I'm not remembering the    08:28:23
6 exact dates. Can I look at my report?
7    Q  Sure. I'm just asking if you -- if you
8 recall whether you cited Dr. Mele?
9    A  I -- in my report, I -- let me see. Excuse
10 me. One second.    08:28:39
11    Q  I just want to state for the record that the
12 witness is reviewing the paper copy of her expert
13 report?
14    A  Yes, I'm reviewing, excuse me. I just want
15 to make sure, because there was so many things I    08:28:51
16 reviewed. One second, please, let's see.
17       Do you have a particular area in my report
18 that you're referring to?
19    Q  No, I -- I'm just asking you if you recall
20 whether you cited to Dr. Mele's report in your    08:29:12
21 report?
22    A  I'm sorry, let me just have a look. I see
23 here -- I -- I don't remember. I can't recall.
24    Q  Dr. Siddiqui, do you know who --
25    A  (Indiscernible).    08:29:43

Page 27

1    Q  Oh, I apologize. Were you finished?
2    A  Sorry, I was just double checking one thing,
3 excuse me, about my report.
4       If you have a particular page that you wanted
5 me to go to?    08:29:57
6    Q  No, I didn't. I wasn't -- I wasn't actually
7 asking about a particular page, I was just asking
8 generally.
9    A  Oh.
10    Q  But we can move on.    08:30:04
11    A  Okay.
12    Q  Do you know who Dr. William Sawyer is?
13    A  Dr. Sawyer is one of the expert -- experts.
14    Q  Do you know which party in the litigation
15 he's testifying on behalf of?    08:30:25
16    A  I -- when we -- well, I'm -- I'm not -- I
17 believe he's testifying -- I mean, I think -- I read
18 his report, I believe he's testifying for the
19 plaintiff's side.
20    Q  And you said you read Dr. Sawyer's report.    08:30:51
21 Did you read Dr. Sawyer's report before or after you
22 submitted your report?
23    A  Dr. Sawyer's -- so when I write my report,
24 how I -- I just wanted to explain how I wrote my
25 report.    08:31:12

Page 28

1       So when I write my report, the largest amount
2 of time initially is spent reading the medical
3 records and sort of verifying, putting them into
4 order, and then reading the peer-reviewed literature
5 and then reading, reviewing the images and then    08:31:29
6 reading the other experts.
7       So when I'm reading the other experts, I'm
8 basically trying to get a wholistic overview of
9 everything that happened with the plaintiff.
10       And so I hear -- so when I'm reviewing that,    08:31:53
11 I'm basically putting my own opinions in. So that's
12 why it becomes a little confusing as to times and
13 when I reviewed what and what I did.
14    Q  So sitting here today, you can't say that you
15 reviewed Dr. Sawyer's report before you submitted    08:32:16
16 your report; is that correct?
17    A  Oh, no. I -- I believe that I reviewed all
18 the reports.
19    Q  And when you say "all the reports," do you
20 mean all the reports listed in your materials    08:32:27
21 considered list?
22    A  Yes.
23    Q  Dr. Siddiqui, who wrote your March 10, 2025,
24 report?
25    A  Are you saying my expert report?    08:32:39

Page 29

1    Q  Yes.
2    A  My -- my expert report?
3    Q  Yes.
4    A  I wrote it.
5    Q  Okay. And without getting into any    08:32:45
6 communications you may have had with plaintiff's
7 counsel, did you have assistance from anyone else in
8 researching or drafting your report?
9    A  None.
10    Q  Do you intend to offer any opinions in this    08:32:56
11 case that are not included in your expert report?
12       MR. NIGH: Form objection.
13       THE WITNESS: Sorry, if you could --
14       MR. NIGH: Vague.
15       THE WITNESS: Please, could you clarify that.    08:33:14
16 BY MS. ROSE:
17    Q  Sure. Do you intend to offer any opinions in
18 this case that are not included in your expert
19 report?
20       MR. NIGH: Form objection.    08:33:20
21       THE WITNESS: So I -- I'm here to answer your
22 questions as honestly as possible, so if you'll ask
23 me for an opinion that may not be specifically
24 written in this report, I'll try my best to answer
25 it. But, again, most of the time I'll be referring    08:33:37

8 (Pages 26 - 29)

Page 30

1  to my report.
2  BY MS. ROSE:
3     Q  But fair to say if you were to testify at
4  trial, your testimony would be limited to the
5  subjects and the opinions expressed in the report;     08:33:49
6  is that correct?
7        MR. NIGH:  Form objection.
8        THE WITNESS:  I'm not sure what the "limit"
9  means.  I mean, I'm available to comment on the --
10 I'm a specific causation expert witness here.  If     08:34:08
11 you have a question about the plaintiff that may
12 pertain to something I reviewed, I'll try my best to
13 answer it.  But I will be basically focusing on my
14 report.
15    Q  Dr. Siddiqui, you're an oncologist; correct?     08:34:23
16    A  I'm a hematologist oncologist.  So we get the
17 option to do two years of oncology fellowship or two
18 years of hematology fellowship or three years of
19 combined, so I did three years of combined.  So I'm
20 board certified in hematology and oncology, and have     08:34:46
21 done double the exams.  So I'm a hematologist
22 oncologist.
23    Q  Is it your understanding that you're being
24 offered as an expert in the area of hematology
25 oncology here today?                     08:35:04

Page 31

1     A  I -- yes, that's my understanding.
2     Q  Are you being offered as an expert in
3  hepatology?
4        MR. NIGH:  Form objection.
5        THE WITNESS:  The case is the case of a     08:35:20
6  hepatocellular carcinoma, so it's a cancer
7  diagnosis, which oncologists are supposed to
8  treat -- do treat.  And so I'm being -- I am the
9  expert witness as an oncologist hematologist for a
10 hepatocellular carcinoma case.             08:35:48
11    Q  So you don't have any training or education
12 in the area of hepatology specifically; correct?
13       MR. NIGH:  Form objection.
14       THE WITNESS:  I think that's incorrect.
15       So about my training, so what we do is we     08:36:12
16 start off with med school, and during med school we
17 go through a rigorous process of learning internal
18 medicines.  So internal medicine includes multiple
19 subjects, all the medicine subjects.  So that's
20 cancer, that's pediatrics, that's hepatology, a lot     08:36:31
21 of hepatology.
22       That's nephrology, that's kidney issues.
23 That's anything, that's neurology, that's brain
24 issues, anything.  And so that's med school.
25       And after med school we do exams in general     08:36:47

Page 32

1  medicine, that includes everything including
2  hepatology, oncology, and all the rest of it, the
3  entire body.
4        Then after that, we do a three-year residency
5  program in the U.S., in the United States, where we     08:37:02
6  are doing general internal medicine.  And in general
7  internal medicine, you are supposed to focus on
8  every single organ available.  So that's the brain,
9  the eyes even, the thyroid, the lungs, the liver --
10 that includes hepatology, a lot of hepatology.  It     08:37:22
11 includes the kidneys, it includes cancer in general,
12 cancer is one of the most complicated ones,
13 cardiology of the heart and the muscular skeletal
14 system, and basically everything.
15       So three years are spent really deep diving     08:37:37
16 into general medicine, where you learn a lot of
17 hepatology.  And then after that, if you are so
18 inclined, you can decide to become a specialist in
19 one of those.
20       So as an internist, you are basically     08:37:48
21 treating hepatology and many, many other things.
22 But as -- if you wish, you can do further studies
23 and become a specialist in something specific.  And
24 so I chose to become a specialist in carcinomas.
25 And the carcinomas that we treat are cancers of     08:38:07

Page 33

1  general internal medicine.  So that can be brain
2  cancers, thyroid cancers, liver cancers, which
3  Mr. Roberts has -- had, and basically any cancers:
4  Blood cancers, lymphomas, things like that.
5        So I would say that the initial statement     08:38:30
6  about me -- well, I think your initial statement
7  would be incorrect.
8     Q  Thanks for that explanation.  You are not
9  certified in the area of hepatology; correct?
10       MR. NIGH:  Form objection.                08:38:49
11       THE WITNESS:  So, again, what do you mean
12 by -- sorry, please could you explain by "certified
13 in the area of hematology" -- I'm sorry, hepatology.
14 BY MS. ROSE:
15    Q  Are you board certified as a hepatologist?     08:38:59
16    A  Okay.  No, I'm not board certified as a
17 hepatologist.  I am -- I received my boards in
18 internal medicine and then I did my boards in
19 hematology and oncology.
20    Q  Is it accurate to say that you're here today     08:39:17
21 to offer opinions as to whether Mr. Roberts NDMA
22 exposure via Valsartan was a substantial factor in
23 causing his hepatocellular cancer?
24    A  Sorry, please, could you repeat the question
25 again?                                  08:39:32

9 (Pages 30 - 33)

Page 34

1  Q  Sure. Would it be fair to say that you're
2  here today to offer opinions as to whether
3  Mr. Roberts' NDMA exposure via Valsartan was a
4  substantial factor in causing his hepatocellular --
5  hepatocellular carcinoma, I apologize.        08:39:51
6  A  Yes.
7  Q  And throughout this deposition, I'm going to
8  refer to hepatocellular carcinoma as "HCC," is that
9  okay with you?
10  A  Yes.                    08:40:02
11  Q  I'll have an easier time pronouncing HCC?
12  A  Sure.
13  Q  On page 1 of your report, you can refer to it
14  if you'd like, you define substantial factor in
15  causing a disease as, "A factor that a reasonable    08:40:14
16  person would consider to have been a cause of the
17  cancer," is that correct?
18  A  The factor that a reasonable person would
19  consider to have been a cause of the cancer, yes.
20  Q  Okay. Do you mean a reasonable person or a    08:40:27
21  reasonable medical professional?
22  A  Well, they're both, I believe, the same
23  thing. A medical professional is a person and a
24  person can be a medical professional, and I believe
25  I'm talking about a reasonable person.        08:40:50

Page 35

1  Q  And you state in your report that a
2  substantial cause must be more than a remote or
3  trivial factor; correct?
4  A  A substantial cause must be more than a
5  remote -- yes.                08:41:04
6  Q  And it's your opinion that Mr. Roberts'
7  exposure to Valsartan containing NDMA was a
8  substantial factor in causing his HCC; correct?
9  A  Yes, correct.
10  Q  And it's your opinion that Mr. Roberts'    08:41:19
11  exposure to Valsartan containing NDMA was the most
12  substantial factor in causing Mr. Roberts' HCC?
13  A  So on my review of his medical records, I do
14  believe that NDMA was one of the most substantial
15  factors in causing his HCC, yes.        08:41:42
16  Q  Okay. Is it your opinion that Mr. Roberts'
17  exposure to Valsartan containing NDMA was the only
18  substantial factor in causing his liver cancer?
19  A  Upon my review of his history, I believe that
20  there were other, or could have been other, factors    08:41:59
21  that might have been involved, but NDMA was the only
22  substantial factor or was the major substantial
23  factor.
24  Q  Okay. So I just want to clarify.
25  Are -- is it your testimony that Mr. Roberts'    08:42:12

Page 36

1  exposure containing -- exposure to Valsartan
2  containing NDMA was the only substantial factor in
3  causing his liver cancer?
4  A  So I don't understand what -- I'm -- please,
5  could you ask the question again? Would you be able    08:42:30
6  to rephrase it?
7  Q  Sure. Yes. In your last answer, you said
8  that there could have been other causes of
9  Mr. Roberts HCC, and then you said two things. You
10  said that you believed it was the only substantial    08:42:42
11  factor and then you said it was the most substantial
12  factor, so I'm just trying to figure out -- I just
13  want to pin down what your opinion is.
14  Is it that it is the most substantial factor
15  out of a number of substantial factors, or the only    08:42:55
16  substantial factor in causing Mr. Roberts HCC?
17  A  So when I reviewed his medical records, he
18  had other risk factors. So I have to mention the
19  other risk factors.
20  So he had other risk factors. When reviewing    08:43:12
21  the medical records, those risk factors were not, in
22  my opinion, as substantial as NDMA if causing the
23  HCC. I believe that the exposure to NDMA caused the
24  HCC.
25  Q  I'm just -- I'm clarifying because, as we    08:43:43

Page 37

1  just talked about, you state in your report that a
2  substantial factor must be more than a remote or
3  trivial factor. So I'm trying to determine whether
4  there are any other potential causes of Mr. Roberts'
5  HCC that qualify as more than a remote or trivial    08:43:58
6  factor?
7  MR. NIGH: Form objection, improper
8  characterization.
9  THE WITNESS: So basically when reviewing his
10  records and reviewing his medical history, he has    08:44:11
11  other risk factors. But when I did a complete
12  review of his medical records, when you look at the
13  other risk factors, they are not as significant, and
14  the NDMA is the most substantial significant risk
15  factor, and I believe the cause of his HCC.    08:44:43
16  Q  Okay. So you talked about other risk factors
17  for HCC. What were Mr. Roberts' other risk factors
18  for HCC besides Valsartan?
19  A  So I'll go to my report.
20  Q  Sorry, I -- can I ask you first before you go    08:45:03
21  through your report, because I have your report? I
22  was just wondering if you -- based on your review of
23  the case and your knowledge of Mr. Roberts, can you
24  state, without reviewing your report, what other
25  risk factors for HCC you recall Mr. Roberts having?    08:45:15

10 (Pages 34 - 37)

Page 38

1    MR. NIGH:  Form objection.
2    THE WITNESS:  Well, I mean --
3    MR. NIGH:  Hold on, hold on.  Form objection,
4 the expert is allowed to review her reports.  It's
5 not a memory test.  She can review her report for          08:45:28
6 any -- any issues she wanted to answer.
7 BY MS. ROSE:
8    Q  All right.  Dr. Siddiqui?
9    A  Yes.
10    Q  I'm just asking the question.          08:45:35
11    Without reviewing the report, and I'm not
12 saying that this is the complete list, I'm just
13 saying without reviewing the report, can you
14 identify any risk factors you believe -- sorry, can
15 you identify Mr. Roberts' other risk factors for          08:45:45
16 HCC?
17    MR. NIGH:  Form objection.  Again, it's
18 improper to try to limit her to not be able to
19 review her report.
20 BY MS. ROSE:          08:45:56
21    Q  All right.  In order -- in order to just
22 shortcut this, Dr. Siddiqui, feel free to look at
23 your report.
24    Can you tell me which other risk factors
25 Mr. Roberts had for HCC?          08:46:06

Page 39

1    A  So -- I worked very hard on this report.
2 Let's see here.
3    Okay.  So risk factors, I listed all the risk
4 factors that are usually associated with HCC, and I
5 went through them one by one to see whether any of          08:46:55
6 those risk factors apply to Mr. Roberts.
7    So the first one that I discussed was viral
8 hepatitis.  And viral hepatitis, especially
9 hepatitis B and C in chronic carriers, can be a risk
10 factor and Mr. Roberts did not have it.  Then --          08:47:13
11    Q  I'm sorry, Dr. Siddiqui, I don't -- I don't
12 want to cut you off, I just don't want this
13 deposition to have to last longer.
14    My question was, what risk factors he did
15 have.          08:47:24
16    A  So I was trying to give you thorough review
17 of his risk factors and trying to tell you, in
18 detail, the risk that he had and the risk that he
19 didn't have, because I think that puts his case in
20 much greater context.          08:47:43
21    Q  Okay.  Well, let's -- let me start over.  I
22 just want to make sure that we are -- are staying to
23 the questions that are being asked.
24    Would you say that Mr. Roberts had the risk
25 factor of cirrhosis for HCC?          08:48:02

Page 40

1    MR. NIGH:  Form objection.
2    THE WITNESS:  So the question is confuse- --
3 please, would you be able to rephrase that question
4 or ask it again?
5    Q  Sure.  Did Mr. Roberts have cirrhosis at the          08:48:19
6 time of his HCC diagnosis?
7    A  So based on the review of his medical
8 records, when he presented in 2018, the -- the
9 report from 2018 said -- and I'm paraphrasing here,
10 but I can read it exactly for you -- it said that he          08:48:47
11 had HCC in the setting of -- I can read it exactly
12 for you, to be exact.
13    There was a report from 2018 that said --
14 here it is.  Where is it?  Here it is.
15    There was a report -- okay.  It says "Likely          08:49:16
16 cirrhosis," from that report in July 2018.
17    Q  Is it your opinion, based on all the records
18 that you've reviewed, that Mr. Roberts had cirrhosis
19 at the time of his HCC diagnosis?
20    A  So I reviewed the records, and in the records          08:49:41
21 in July of 2018, it said that it was "likely
22 cirrhosis."  And based on the other -- I think they
23 also did an ultrasound and they also mentioned that
24 there were possible changes of cirrhosis.  So I --
25 on reviewing all of that, I -- I believe that he had          08:50:08

Page 41

1 evidence of changes of cirrhosis.
2    Q  And is cirrhosis a risk factor for HCC?
3    A  So, again, many risk factors for HCC,
4 cirrhosis has been listed as a risk factor for HCC,
5 can be listed as a risk factor for HCC.  However, in          08:50:39
6 Mr. Roberts' case, I do not believe that it was a
7 substantial factor in his HCC.  I believe that the
8 NDMA caused the HCC.
9    Q  And do you believe that Mr. Roberts'
10 cirrhosis was more than a trivial or remote factor          08:51:06
11 in causing his HCC?
12    MR. NIGH:  Form objection.
13    THE WITNESS:  Please could you ask the
14 question again because I think you asked for
15 causation.          08:51:22
16 BY MS. ROSE:
17    Q  Sure.
18    A  But I'm not sure if I understood it
19 correctly.
20    Q  Sure.  I was asking if you believe that          08:51:25
21 Mr. Roberts' HCC was more than a remote or trivial
22 factor?
23    MR. NIGH:  Form objection.
24    THE WITNESS:  So based on the review Of
25 Mr. Roberts's medical history, I believe that he          08:51:47

11 (Pages 38 - 41)

Page 42

1 presented with cirrhosis at the time he presented
2 with HCC, but I do not believe that the cirrhosis
3 caused the HCC. I believe that the NDMA caused the
4 carcinoma, the HCC.
5 BY MS. ROSE:                    08:52:14
6     Q  Is it your opinion that if Mr. Roberts had
7 not used Valsartan containing NDMA, he would not
8 have developed HCC from his cirrhosis?
9     MR. NIGH:  Form objection.
10    THE WITNESS:  So is that a hypothetical    08:52:31
11 question?
12 BY MS. ROSE:
13    Q  Yes.
14    A  So hypothetically -- I mean, I think that
15 would be a very difficult question to answer,    08:52:45
16 because I then have to deal with -- I mean, there's
17 a lot of other thing that I would need to -- I would
18 need to put it in context. So would you be able to
19 put the hypothetical question in context for me,
20 sort of explain it to me a little bit more?    08:52:59
21    Q  Sure. There's really not more explanation.
22 It's just -- I'm asking if you -- if it is your
23 opinion that if Mr. Roberts had not been exposed to
24 Valsartan containing NDMA, his cirrhosis would not
25 have developed into HCC?    08:53:13

Page 43

1     MR. NIGH:  Form objection.
2     THE WITNESS:  So there are lots of articles
3 that look at how HCC develops, and some people can
4 get HCC, some people don't get HCC even if they have
5 different risk factors.    08:53:37
6     The timing of the risk factors, the growth
7 rate and other factors, play into all of that. So
8 based on a hypothetical question, without looking at
9 what they were exposed to, what their lifestyle was
10 like, what other medical issues they had, what their    08:53:59
11 basically overall picture was, I really wouldn't be
12 able to comment on whether someone would get cancer
13 or not.
14    I think to comment on that, you would need a
15 lot more information and you would need to put that    08:54:14
16 in a lot of context because it's very complicated.
17    Q  So, Dr. Siddiqui, you reviewed Mr. Roberts'
18 medical records; correct?
19    A  Correct.
20    Q  And you wrote a whole report detailing    08:54:27
21 medical records that you reviewed; correct?
22    A  Correct.
23    Q  So you have a lot of context about
24 Mr. Roberts' lifestyle factors and his medical
25 history; correct?    08:54:42

Page 44

1     A  Correct.
2     Q  And based on what you reviewed, you say that
3 you're able to conclude that the -- Mr. Roberts'
4 exposure to Valsartan containing NDMA was the cause
5 of his cancer; correct?    08:54:51
6     A  Correct.
7     Q  Okay. So having all that information and all
8 of that context, is it your opinion that
9 Mr. Roberts' cirrhosis would not have developed into
10 HCC if Mr. Roberts had not used NDMA -- sorry,    08:55:05
11 Valsartan containing NDMA?
12    MR. NIGH:  Form objection.
13    THE WITNESS:  Well, I think right now, in
14 this case, we have a carcinogen. That changes
15 everything. So the carcinogen causes the cancer and    08:55:24
16 changes everything.
17    Now, if we take the carcinogen -- as you're
18 asking me to do hypothetically, take the carcinogen
19 out, which didn't happen, then yes, we do need a lot
20 of context because without the carcinogen causing    08:55:37
21 this aggressive acute cancer, we don't know what
22 would have happened.
23    Because you -- we just insert a carcinogen
24 into the picture and the entire medical history, the
25 growth rate, everything changes.    08:55:49

Page 45

1     Now, if you're hypothetically asking me to
2 take it out, then I really can't comment on how long
3 it would take, number one, to develop cancer, number
4 two if it would ever develop, number three, if other
5 things one different because it's all hypothetical.    08:56:05
6     So the fact is that in Mr. Roberts's case, we
7 do have a carcinogen that's causing the cancer.
8     If we take out that carcinogen, then the
9 entire -- entire case is different. It's a
10 hypothetical completely picture.    08:56:24
11 BY MS. ROSE:
12    Q  Okay. Based on Mr. Roberts' medical history
13 from all of the medical records that you received,
14 can you say yes or no to a reasonable degree of
15 medical certainty that Mr. Roberts' cirrhosis would    08:56:37
16 not have developed into HCC, absent his exposure to
17 Valsartan containing NDMA?
18    MR. NIGH:  Form objection.
19    THE WITNESS:  So --
20    MR. NIGH:  You can answer.    08:56:50
21    THE WITNESS:  So -- so -- there are different
22 risk factors that cause HCC. Each risk factor,
23 depending on the patient's history, depending on the
24 lifestyle, every risk factor -- that's why they're
25 called risk factors -- has an association with the    08:57:11

12 (Pages 42 - 45)

Page 46

1  particular carcinogen, with -- for example, in
2  this -- in this context, HCC.
3      So each risk factor that we listed can cause
4  HCC.
5      Now, whether or not it's an absolute, there        08:57:26
6  is no absolute. There is no absolute that if
7  someone has cirrhosis, they're going to get HCC.
8  There are percentages and things like that, but
9  there's no absolute.
10     So in this hypothetical situation, on a           08:57:40
11 hypothetical patient, who does not have the
12 exposures that Mr. Roberts has, I don't know how I
13 can answer a hypothetical question and say he
14 absolutely, yes or no, would have received it. I
15 wouldn't know how to answer that.                      08:57:53
16 BY MS. ROSE:
17     Q  Okay. My question was -- and it was a
18 yes-or-no question -- whether you were able to say
19 to a reasonable degree of medical certainty, not to
20 an absolute, that Mr. Roberts -- Mr. Roberts'        08:58:04
21 cirrhosis would not have developed into HCC, absent
22 the exposure to Valsartan?
23     MR. NIGH: Form objection.
24 BY MS. ROSE:
25     Q  I think what you're saying is that you're       08:58:17

Page 47

1  unable to make that statement; is that correct?
2      A  No, I think because -- I'm getting a little
3  confused because the question are -- I think are
4  changing each time.
5      I think the first question -- I may be            08:58:30
6  wrong -- I understood it as, does cirrhosis -- if he
7  didn't have NDMA, would the cirrhosis, yes or no,
8  have caused his HCC?
9      Then the -- right now, the question was
10 without the Valsartan -- I think I'm just getting     08:58:49
11 confused. I'm trying to explain, I think that there
12 are risk factors that can cause the HCC.
13     I believe that the NDMA, in this plaintiff
14 caused the HCC. Then the question was about
15 cirrhosis. Would it have caused HCC? Would it not    08:59:10
16 have caused HCC? Of course cirrhosis is a risk
17 factor for HCC.
18     What I'm trying to say is in this plaintiff,
19 we can't deal in absolutes because we already have
20 the reality that he was exposed to a carcinogen that  08:59:26
21 caused the HCC.
22     Q  Dr. Siddiqui, you're not board certified in
23 epidemiology; correct?
24     A  Correct.
25     Q  And you're not board certified in toxicology;   08:59:39

Page 48

1  correct?
2      A  Correct.
3      Q  Okay. Looking back at your report, on page
4  1, in the section under "Specific Causation."
5      Do you see that?                                  08:59:59
6      A  Yes.
7      Q  Okay. At the -- about four lines up from the
8  bottom, it says, "I am not being offered to give a
9  general causation opinion"; is that correct?
10     A  Correct.                                        09:00:14
11     Q  Okay. And then a little bit above that, you
12 say, "Making that determination requires a
13 systematic review of all the literature and animal
14 studies and conducting a Bradford Hill analysis
15 (this is a method, developed by Sir Bradford Hill in  09:00:27
16 1965 that courts have accepted as an appropriate to
17 assess causation)"; correct?
18     A  Correct.
19     Q  Okay. So I just want to confirm, you are not
20 offering any general causation opinion in this case;  09:00:38
21 correct?
22     A  I am not.
23     Q  Okay. And you did not do a systematic review
24 of the literature to conduct a Bradford Hill
25 analysis?                                             09:00:48

Page 49

1      A  I reviewed the literature. I reviewed the
2  Bradford Hill analysis to get a little more
3  realistic overview of the case, but I have not been
4  asked to do a general causation opinion, so I am --
5  I basically stuck to a causation opinion.             09:01:09
6      Q  Okay. So just to clarify, you did not
7  perform a Bradford Hill analysis with respect to
8  Mr. Roberts; correct?
9      A  I --
10     Q  Sorry. I'll start over again. I'll start        09:01:23
11 over again just to be clear.
12     You did not conduct a Bradford Hill analysis
13 with respect to the question of whether exposure to
14 Valsartan containing NDMA can cause HCC; correct?
15     MR. NIGH: Form.                                    09:01:36
16     THE WITNESS: So we in medicine -- so Bradford
17 Hill analysis and the differential etiology is so
18 tightly connected with what we do everyday when
19 we're reviewing.
20     So I'm not being asked to give an opinion --       09:01:49
21 a general causation opinion, so I haven't offered
22 that in my expert opinion, but when I was reviewing
23 the case, I reviewed the Bradford Hill analysis. I
24 reviewed the other general causation, basically.
25     I reviewed the -- items that would be             09:02:10

13 (Pages 46 - 49)

Page 50

1   reviewed in general causation, but I'm not being
2   asked to give an expert opinion on that.  So I did
3   not focus on that.  I focused on specific causation.
4   BY MS. ROSE:
5        Q   And when you said you reviewed the Bradford    09:02:20
6   Hill analysis, do you mean that you reviewed the
7   Bradford Hill analyses provided by other plaintiff
8   experts?
9        A   So I reviewed the Bradford Hill analysis.
10  Basically, the steps in the Bradford Hill analysis.    09:02:32
11  I reviewed the literature.  I reviewed the animal
12  studies.  I reviewed the epidemiological studies.  I
13  reviewed the expert reports.  I reviewed the medical
14  reports.  I reviewed the imaging.  I reviewed the
15  peer-reviewed literature.                              09:02:49
16       And then throughout that, I was thinking of
17  differential etiology, thinking of connections, lack
18  of connections, risk factors, all of that.  And all
19  of that comets into play when you're -- in our
20  day-to-day lives, when we're seeing patients and       09:03:06
21  when we're writing reports and all of that.
22       Q   Okay.  I just asked you a really specific
23  question because I'm trying to understand the
24  contours of your opinions here, which is what the
25  deposition is for.                                     09:03:20

Page 51

1        I'm -- you've stated in your opinion --
2   sorry -- in your report, that you are not performing
3   a general -- not offering general causation
4   opinions; correct?  I'm just asking --
5        A   I'm not -- yes, I'm not offering general      09:03:30
6   causation opinions.
7        Q   Okay.  So I'm just asking a very specific
8   question.
9        Did you perform a Bradford Hill analysis of
10  whether exposure to NDMA in Valsartan is capable of    09:03:43
11  causing HCC?
12       A   So I think what I was trying to explain was
13  that in our every day life, when we are seeing
14  patients or reviewing a case such as this, you had
15  mentioned the word "rigor," so we applied the same     09:04:01
16  rigor, medical rigor and we looked at -- we don't
17  just look at one thing.  We review everything.
18       Now, I have reviewed everything.  I have
19  reviewed the animal studies, the peer-reviewed
20  literature, the medical records, the Bradford Hill     09:04:20
21  analysis, the differential etiology, I've reviewed
22  all of that to get a wholistic overview of the case
23  because I think that is -- that is medical rigor, to
24  review everything.
25       At the end of the day, I'm being asked to be      09:04:35

Page 52

1   very specific about the causation, and so I'm
2   commenting on that, but every single day, we are
3   reviewing differential etiologies, Bradford Hill,
4   connections, things like that.  But I'm not being
5   asked to give an opinion on the Bradford Hill          09:04:48
6   analysis or all the general causation things, that's
7   not what I've been asked to do today.
8        Q   You don't intend to offer an opinion about
9   the level of exposure to NDMA in Valsartan that you
10  believe is capable of causing cancer in humans;        09:05:03
11  correct?
12       MR. NIGH:  Form objection.
13       THE WITNESS:  Sorry, please could you ask
14  that again?
15  BY MS. ROSE:                                           09:05:11
16       Q   Sure.  Do you intend to offer an opinion
17  about the level of exposure to NDMA in Valsartan
18  that you believe is capable of causing cancer in
19  humans?
20       MR. NIGH:  Form objection.                        09:05:21
21       THE WITNESS:  I -- like, as what a
22  toxicologist would do, you mean?
23  BY MS. ROSE:
24       Q   Yeah.  My question is, are you intending to
25  offer opinions about the level of exposure to NDMA     09:05:34

Page 53

1   that is required to be able to cause cancer in
2   humans?
3        A   I'm not being asked to offer any general
4   causation opinions, just specific causation
5   opinions.                                              09:05:48
6        Now, there are parts of my report where I
7   talk about the levels, where I talk about the
8   absolutely astounding levels in NDMA in some of the
9   pills that Mr. Roberts took, so I do talk about
10  that, but I'm not being asked to give a general        09:06:01
11  causation opinion, I'm being asked to give a
12  specific causation opinion on Mr. Roberts.
13       Q   Okay.  And do you intend to offer any opinion
14  as to whether the amount of NDMA and the Valsartan
15  that Mr. Roberts specifically took is capable of       09:06:15
16  causing cancer in humans?
17       MR. NIGH:  Form objection.
18       THE WITNESS:  I'm sorry, I didn't understand
19  the question.
20  BY MS. ROSE:                                           09:06:27
21       Q   Sure.  Do you intend to offer an opinion as
22  to whether the amount of NDMA in Valsartan that
23  Mr. Roberts took was capable of causing cancer in
24  humans?
25       MR. NIGH:  Form objection.                        09:06:36

14 (Pages 50 - 53)

Page 54

1    THE WITNESS: So in my -- I'm just a specific
2  causation effort. I'm talking about Mr. Roberts.
3  In my report, I do talk at the massive amounts of
4  NDMA in the Valsartan that he took. I do talk about
5  that. I'm not being asked to give a general        09:06:54
6  causation opinion, so I am basically sticking to
7  discussing, I'm -- I'm hoping what's in my report
8  and what I found reviewing Mr. Roberts' details and
9  records.
10 BY MS. ROSE:                                        09:07:14
11   Q  But you believe that Mr. Roberts' exposure to
12 NDMA and Valsartan caused his HCC; correct?
13   A  I believe that NDMA and Valsartan caused
14 Mr. Roberts' HCC, yes.
15   Q  When did you first come to believe that      09:07:37
16 exposure to NDMA is capable of causing liver cancer?
17   MR. NIGH: Form objection.
18   THE WITNESS: I can't remember how long ago.
19 BY MS. ROSE:
20   Q  When did you first develop the opinion that   09:07:51
21 exposure to NDMA in Valsartan is capable of causing
22 HCC?
23   MR. NIGH: Form objection.
24   THE WITNESS: I don't remember when.
25 BY MS. ROSE:                                        09:08:06

Page 55

1    Q  Did you have that belief prior to being
2  retained as an expert in this litigation?
3    MR. NIGH: Form objection.
4    THE WITNESS: I don't -- I don't remember
5  when that happened, actually. I don't remember. As 09:08:18
6  I mentioned before, I don't remember when we first
7  discussed it, yeah.
8    Q  So you can't say that prior to becoming an
9  expert in this litigation, you had the belief that
10 exposure to NDMA in Valsartan was capable of causing 09:08:37
11 HCC; correct?
12   MR. NIGH: Form objection.
13   THE WITNESS: Could you please repeat that?
14 I think that was completely unrelated to what I had
15 answered before. Sorry, I just wanted to            09:08:47
16 double-check what you said.
17 BY MS. ROSE:
18   Q  No problem. I'm just saying, sitting here
19 today, you can't say that prior to becoming an
20 expert in this litigation, you had the belief that  09:08:55
21 exposure to NDMA and Valsartan was capable of
22 causing HCC; correct?
23   A  That's incorrect. There were a lot of
24 reports, 2018 onwards, talking about NDMA from the
25 FDA as physicians we read that, there are also      09:09:16

Page 56

1  published articles in large peer-reviewed journals
2  talking about NDMA. There was a lot of talk about
3  NDMA in the basically medical forums so I -- I think
4  your previous statement, I believe, was incorrect.
5  I did know about NDMA and I have heard -- you know,  09:09:43
6  I mean your statement, I believe, was incorrect.
7    Q  Okay. So you mentioned medical literature
8  and statements by the FDA. Do you recall reading
9  medical literature or statements by the FDA prior to
10 becoming involved in this litigation, indicating     09:10:00
11 that exposure to NDMA and Valsartan was capable of
12 causing HCC specifically?
13   MR. NIGH: Form objection.
14   THE WITNESS: I don't remember when. I don't
15 remember -- I read a lot of literature. We get --    09:10:16
16 for -- you know, we get multiple journals and we
17 read a lot of literature. What we do -- something
18 that is very obvious is when a drug is pulled and
19 everyone talks about it and I believe that when that
20 happened, it was a very big embarrassing huge thing  09:10:43
21 that happened and I think -- I can't remember
22 exactly when, but I did find -- I mean, everyone did
23 find out about it. When a drug is actually pulled,
24 everyone finds out about it usually.
25   Q  Okay. But my question was very specific to   09:11:00

Page 57

1  whether NDMA and Valsartan was capable of causing
2  HCC specifically.
3    Did you read any medical literature or
4  statements by the FDA prior to becoming involved in
5  this litigation; indicating that exposure to NDMA    09:11:14
6  and Valsartan was capable of causing HCC
7  specifically?
8    MR. NIGH: Form objection.
9    THE WITNESS: There was literature out there
10 connecting Valsartan -- sorry, connecting NDMA and   09:11:28
11 Valsartan to carcinomas and liver cancers. There
12 was literature out there.
13 BY MS. ROSE:
14   Q  And you reviewed that literature prior to
15 becoming involved in this litigation?                09:11:42
16   A  I mean, it wasn't -- I think it was in -- I
17 can't remember what journal but yes, I remember. I
18 mean, I don't remember when. I don't remember what
19 journal but yes, it was a -- it was a discussed
20 article and it was a known article.                  09:12:00
21   Q  Dr. Siddiqui, we've been going for about an
22 hour, I believe. Would you like to take a quick
23 break or would you like to keep going?
24   A  I'll take a break, thank you.
25   THE VIDEOGRAPHER: Standby.                        09:12:14

15 (Pages 54 - 57)

Page 58

1      The time is 9:11 a.m. and we are going off
2  the record.  This is the end of media one.
3      (Recess.)
4      THE VIDEOGRAPHER:  The time is 9:30 a.m.
5  This is the beginning of media two and we are on the  09:31:14
6  record.
7  BY MS. ROSE:
8      Q  Dr. Siddiqui, you currently work at the
9  University of California San Diego; correct?
10     A  Correct.                          09:31:24
11     Q  Okay.  If is it okay if I refer to your
12  employer as UCSD for purposes of this deposition?
13     A  Of course.
14     MS. ROSE:  Great.  I want to introduce tab
15  seven as Exhibit 3.  Let me know when you see it.  09:31:41
16     (Exhibit 3 was marked for identification
17     by the court reporter and is attached hereto.)
18     THE WITNESS:  Exhibit 3, it's opening.  Okay.
19  Yes, thank you.
20     BY MS. ROSE:                          09:32:00
21     Q  Dr. Siddiqui, this document is your
22  professional profile on the UCSD website; correct?
23     A  Correct.
24     Q  Have you seen this profile before?
25     A  I have some time ago.               09:32:17

Page 59

1      Q  Is your profile up-to-date?
2      A  It's usually written by somebody, so I'm not
3  sure if it's up-to-date.  It's usually taken from my
4  resume and written and posted.
5      Q  Looking through this website, do you see  09:32:40
6  anything that's missing?
7      MR. NIGH:  Form.
8      THE WITNESS:  I mean, I think there's a lot
9  missing.
10     This is -- basically, this is a page that  09:32:59
11  every physician gets and they -- I'm not -- we -- we
12  don't get to discuss it.  It's the IT people who
13  take things from our resume, our, whatever -- put
14  them in and put that out.  So it's nothing that I
15  have not had any discussion with anyone about what's  09:33:23
16  posted.
17     And also, I don't even get any access to
18  comments that are posted.  This is just something
19  done by the IT Department or some department at
20  UCSD.                                   09:33:36
21     Q  Okay.
22     A  It has very little input from me.
23     Q  And looking at this profile, it lists your --
24  a number of your qualifications, correct, in terms
25  of your medical degree, your fellowships and  09:33:52

Page 60

1  residency?
2      A  So let's see, "Board-Certified oncologist and
3  hematologist specializing in the treatment of wide
4  variety of cancers including -- " as well as --
5  okay, "Dr. Siddiqui's research is focused on the  09:34:07
6  treatment of M.D.S and other types of blood
7  cancers."
8      Okay.  "Before joining UCSD she served as an
9  oncologist at Saint Anne's," that's correct.
10     Clinical faculty, okay, "During her training  09:34:17
11  completed a hemo. fellowship with an emphasis in
12  palliative care at MCW."  Residency, internal
13  medicine and my med school, board-certified, yeah,
14  it has a lot of it but doesn't have all of it.
15     Q  And down at the bottom it states conditions  09:34:34
16  and treatments; correct?
17     A  Yeah, they just -- again, this is not
18  something that I've listed.  They picked it up and
19  listed it.
20     Q  But to be clear, under conditions and  09:34:48
21  treatments, lung cancer is listed, for example;
22  correct?
23     A  Correct.  So under condition and treatments,
24  for me, "lung cancer, ovarian cancer, prostate
25  cancer, lymphoma, leukemia, brain cancer, head and  09:34:58

Page 61

1  neck cancer," is listed.
2      What they're trying to show me as is a
3  general oncologist and hematologist.
4      So there's like multiple diseases that can be
5  listed because I see multiple diseases, they've just  09:35:11
6  taken the top, you know, eight or whatever it is and
7  put them there.
8      THE REPORTER:  Doctor, just a reminder I'm
9  taking down what you are saying, so when you are
10  reading from a document if you could just go a
11  little bit slower, please.
12     THE WITNESS:  Oh, I'm sorry -- I'm sorry
13  about that.  Would you like me to repeat it?
14     THE REPORTER:  No.  Thank you for asking.
15     THE WITNESS:  Thank you.                09:35:32
16  BY MS. ROSE:
17     Q  Sorry, I'll start over again.
18     Liver cancer is not listed on this list;
19  correct?
20     A  So on this list that you're showing me,  09:35:39
21  online, that is a click-on page for UCSD to
22  introduce, do a brief introduction for the doctors.
23  Liver cancer is not listed, however, multiple
24  cancers that I treat are not listed and I would say
25  that I have no input in what's listed.  It's a  09:36:01

16 (Pages 58 - 61)

Page 62

1  generic IT, possibly, I don't know how it's picked
2  up and put on the schedule -- on this paper.  I
3  think it's basically done by the IT Department.
4  It's a gateway page to give you basically a very
5  brief rundown on the fact that this is the doctor,        09:36:21
6  this is where they practice, this is their number
7  and call them.
8       And so, it's not listed there, but I have a
9  panel, I would say of maybe -- I think my panel
10  anywhere -- is anywhere between 600 to 800 patients      09:36:41
11  or more.  I'm a busy doctor and I see multiple
12  cancers other than the ones that are listed here,
13  including a large amount of HCC patients.
14      MS. ROSE:  All right.  I want to introduce
15  tab 8 as Exhibit 4.                                      09:37:02
16      Let me know when you see it, Doctor.
17      (Exhibit 4 was marked for identification
18      by the court reporter and is attached hereto.)
19      THE WITNESS:  Thank you, yes.
20  BY MS. ROSE:                                             09:37:17
21   Q  And this is a website for -- on UCSD --
22  sorry, I'll start again.  This is a page on UCSD's
23  website entitled, "Liver Cancer Program | UCSD San
24  Diego Health"; correct?
25   A  Correct.                                             09:37:33

Page 63

1   Q  And if you look down about six pages, it
2  says, "Liver Cancer Doctors and Surgeons, A team
3  approach to your care," do you see that?
4   A  Yes.
5   Q  And right below that, there's a statement       09:37:50
6  that says, "View All," it look like it's like a link
7  to click for View All?
8   A  Yes.
9      MS. ROSE:  So I'm going to introduce
10  Exhibit 8B -- sorry, tab 8B as Exhibit 5.               09:38:04
11      (Exhibit 5 was marked for identification
12      by the court reporter and is attached hereto.)
13      THE WITNESS:  Sorry, I -- go back.  Okay.
14  BY MS. ROSE:
15   Q  Do you see it?                                 09:38:22
16   A  I see it, okay.
17   Q  And doctor, I'll represent to you, that when
18  you click on that view all on the website that we
19  were just looking at in Exhibit --
20   A  Uh-huh.                                         09:38:40
21   Q  -- it brings you to this page which is the
22  U.C. San Diego Health website, a search page for
23  providers showing results for liver cancer.
24      Do you see that?
25   A  I do.                                           09:38:51

Page 64

1   Q  And you are not listed anywhere on this list
2  of liver cancer providers at UCSD; correct?
3   A  So just looking at this list, firstly, if you
4  look at this list, a few of the doctors aren't -- I
5  believe, I can't speak for UCSD and what, you know,      09:39:10
6  the innings and outs are, of again, how these pages
7  are made but a few of the doctors don't even work at
8  UCSD anymore.
9      Also, they have one I think -- yeah, a few of
10  these doctors don't work there anymore is my            09:39:30
11  understanding.  And they have listed one radiation
12  oncologist, but there are actually five radiation
13  oncologists who treat liver cancers there, if not
14  six -- if not six.
15      Then they talk a lot about the surgeons, a      09:39:47
16  few of them have left.  They talk -- most of them
17  are surgeons here.
18      There are -- there is one hepatologist listed
19  here, but there are actually in the team a total of
20  I think -- I think six hepatologists in the team --     09:40:05
21  on the team.  And there is one medical oncologist --
22  actually, two -- one, it -- it is my understanding
23  that they're not all there anymore and the team of
24  hepatologists, the way it's decided is:  If a
25  patient comes in -- so the way medicine works is the    09:40:29

Page 65

1  patient is referred by --
2   Q  I'm sorry, I'm sorry, Doctor, I don't mean to
3  interrupt you but we've been talking for -- for a
4  bit but I asked a very specific question, which was
5  whether you were included in the list of liver         09:40:39
6  cancer providers on the UCSD website.  That was my
7  only question.
8   A  And what I was trying to explain is on this
9  website it doesn't even have people who are on the
10  team right now and it has people who have left UCSD.   09:40:52
11   Q  Got it.  I'm just trying to get on the record
12  a very specific question, which is that, I just
13  wanted you to confirm looking at the exhibit that
14  you are not listed, that's it, for the record.
15   A  So for the record, I looked at the website    09:41:06
16  and there are many doctors not listed that are on
17  the team and I am one of them.  But there are many
18  other doctors who are not listed and there are some
19  doctors that aren't even there anymore that are
20  listed, so I believe this may be outdated.             09:41:23
21   Q  Okay.  Dr. Siddiqui, have you looked at this
22  list of providers on the UCSD website before today
23  when I just showed it to you?
24   A  I don't think so, no.  I can't remember,
25  actually.  I'm not sure.                               09:41:40

17 (Pages 62 - 65)

Page 66

1  Q  Dr. Siddiqui, I want you to look back at
2  Exhibit 2.
3    A  Exhibit 2.  Sorry, one second.  So I'm going
4  back to exhibit -- okay, I've opened up Exhibit 2.
5    Q  And as you recall, these are the exhibits to    09:42:04
6  your report and I want you to look specifically at
7  Exhibit B within Exhibit 2 which is your CV?
8    A  I think Exhibit B shows fee schedule.
9    Q  Oh, I'm sorry.  Exhibit A.  My apologies.
10   A  Exhibit A, yes.                09:42:28
11   Q  Okay.  This is your CV; correct?
12   A  Correct.
13   Q  And is this accurate and up to date?
14   A  Yes.
15   Q  I want to look at -- you have a list of    09:42:39
16  articles published, research and publications, it's
17  on the third page.
18   A  Yes.
19   Q  This lists six published articles in total;
20  correct?                    09:43:01
21   A  Correct.
22   Q  And none of these papers address HCC;
23  correct?
24   A  So I have not authored a paper on HCC,
25  however, I have worked with many doctors who have    09:43:17

Page 67

1  done that and I've learned a lot about HCC.  We
2  basically get to decide if we're going to do
3  publications or do more clinical work.  And I wanted
4  to do more clinical work with teaching and, sort of
5  understand, and be a specialist in the nuances of    09:43:34
6  practicing medicine.
7      So I chose to be a clinician, teaching and
8  seeing patients and really understanding the
9  complexities and nuances of hepatocellular cancer or
10  the other cancers that I deal with.        09:43:54
11   Q  So just to be clear, you are not a named
12  author on any published clinical research focused on
13  HCC; correct?
14   A  So I'm a clinician and I base my -- my career
15  basically is based on understanding the nuances,    09:44:12
16  treating patients, teaching students about
17  carcinomas and I have really devoted a large amount
18  of time on that, so yes.
19   Q  Sorry, your answer is yes that you have
20  published clinical research or you have not    09:44:31
21  published clinical research on HCC?
22   A  So my answer is that I'm a clinician who does
23  basically, clinical work, teaching students,
24  understanding the complexities of cancer care and I
25  focus more on the clinical aspects of carcinomas,    09:44:47

Page 68

1  including HCC.
2    Q  Okay.  Dr. Siddiqui, I'm really not trying to
3  be difficult here.  I just need to make the record
4  clear.  So I -- this really is a yes or no answer.
5      I just want to -- am I correct that you have    09:45:03
6  not published any clinical research focused on HCC,
7  is that a correct statement?
8    A  So I have basically been a clinician,
9  teaching students, learning the complexity of
10  carcinomas, including HCC and I have not published    09:45:19
11  during the time where I've been focused as a
12  clinician a specific article on HCC.
13   Q  And am I also correct that you've never
14  published an article on nitrosamines or NDMA?
15   A  So being -- well, I'm a clinician, I do    09:45:35
16  hematology oncology cases.  I'm a very busy
17  practicing clinician, I teach students, constantly
18  learning about the nuances of care and during that
19  time, I focused on clinical practice and have not
20  published a paper on NDMA.            09:45:59
21   Q  Thank you.  And based on this list, based on
22  your CV, it doesn't look like you're a member of any
23  academic association related to liver care or liver
24  cancer; is that correct?
25   A  I am --                09:46:14

Page 69

1      MR. NIGH:  Form objection.
2      You can answer.
3      THE WITNESS:  I am -- thank you.
4      I am a member of the American Board of
5  Internal Medicine, which obviously is the most    09:46:30
6  important internal medicine body here, in my
7  opinion, in the United States, which deals with
8  liver cancers, liver diseases, et cetera.
9      And I am a member of the American Society of
10  Clinical Oncology which deals with all carcinomas,    09:46:48
11  including HCC.
12   Q  You're not an member of the American
13  Association for the Study of Liver Diseases;
14  correct?
15      THE WITNESS:  I am not, but I am a member of    09:47:04
16  ASGO and ABIM.
17   Q  Can you estimate the number of patients with
18  HCC that you treat every year?
19      MR. NIGH:  Form objection.
20      THE WITNESS:  I think -- that would be hard    09:47:29
21  to estimate.  I think that would be hard to
22  estimate.  I have a very large tunnel.
23   Q  How many patients have you treated with HCC
24  thus far in 2025?
25   A  Oh, that would be -- that would be hard to    09:47:45

18 (Pages 66 - 69)

Page 70

1  estimate. I -- I -- I think on average, I see maybe
2  a few patients a week with HCC.
3    Q  Would you say that HCC is the major focus of
4  your daily practice or just one of many solid tumors
5  that you treat?                    09:48:21
6      MR. NIGH:  Form objection.
7      THE WITNESS:  I see a lot of HCC patients.  I
8  haven't done, like, a breakdown.  I wouldn't -- I'm
9  not sure how to answer that, but I see a lot of HCC
10  patients.                        09:48:37
11  BY MS. ROSE:
12    Q  How many patients total would you estimate
13  you've diagnosed with HCC?
14    A  So that's a -- the total in my career.
15    Q  Yes.                        09:48:54
16    A  I think that would be very difficult to
17  estimate for two reasons.  You said, how many people
18  have you diagnosed with HCC, so to get a diagnosis,
19  I think the person who makes the diagnosis is the
20  person who actually, either is, reading the report    09:49:13
21  or doing the biopsy, if there is a biopsy.
22      I usually -- it depends on which patient it
23  is to see -- so it's very difficult to estimate how
24  many patients I have diagnosed with HCC.
25      Yeah, it would be -- in my career, which    09:49:38

Page 71

1  spans more than 20 years, including all the patients
2  that I saw during medical school, including the
3  patients that I saw during internal medicine, my
4  residency, including my hematology oncology
5  fellowship, which lasted three years, and then, all    09:49:57
6  the work as an attending I did after, I mean, it
7  would be very difficult for me to give an accurate
8  answer or estimate.
9    Q  Would you say it's more than a hundred?
10    A  Let's see.  Yeah, I think so.        09:50:12
11    Q  Have you -- sorry, going back to your answer.
12  You said that the diagnosis of HCC would be made by
13  the person reading the report.  Did you mean
14  reading -- that the diagnosis would be made by the
15  person reading the radiological imaging?        09:50:30
16      MR. NIGH:  Form objection.
17      THE WITNESS:  So, I'd like to explain that.
18      So basically, cancer -- all forms of cancer,
19  especially HCC, are very complicated, very complex.
20      So the patient comes in with symptoms and    09:50:52
21  initially they get blood tested.  Again, this is not
22  a hundred percent but this is usually how it happens
23  in the U.S. system, the U.S. medical system.  They
24  get blood tests, they get scans, sometimes you get
25  biopsies.  And ultimately, after all those testing    09:51:05

Page 72

1  is done, sometimes, and sometimes while that testing
2  is being done, and sometimes before that testing is
3  done, the oncologist gets involved.  And the
4  oncologist usually is the quarterback and runs the
5  entire process.                    09:51:23
6      So if there is a possibility of or diagnosis
7  of or history of carcinoma, the oncologist is the
8  main doctor who oversees everything.  So sometimes I
9  get patients who have symptoms that are suspicious,
10  in which case, I run the diagnosis and I lead the    09:51:44
11  diagnosis, I send the patient to get this, to get
12  that and then I come up with a diagnosis.
13      Sometimes the patient has come from the
14  primary care physician who, because of certain
15  physicians, did a scan and the radiologist read the    09:51:58
16  report and at that time the radiologist said that,
17  okay, this look like HCC.
18      Sometimes I get someone who has a history of
19  cancer that has been changed from one system to
20  another, an insurance change, a doctor change, a    09:52:12
21  state change and at that time the diagnosis has
22  already been done, even sometimes the treatment has
23  been done and that's when I get the patient.
24      Throughout it all, the oncologist then
25  becomes the -- the main treatment physician    09:52:25

Page 73

1  basically and we guide -- so we double check that
2  everything has been done appropriately, that the
3  diagnosis has been made, that we agree with the
4  diagnosis.
5      We then talk about the prognosis.  We then    09:52:41
6  talk about the treatment and then, we continue
7  treatment in conjunction with other doctors who
8  maybe needed.
9      And we, with the patient, with the other
10  doctors, identify what else is needed, which other    09:52:52
11  doctors are needed, so it's a very complex thing.
12    Q  Have you ever diagnosed a patient with HCC
13  based on your review of radiological Imaging alone?
14    A  So there are many instances where, for
15  whatever reason, a biopsy isn't done in HCC.  So    09:53:09
16  there are a few patients -- quite a few patients who
17  end up being diagnosed with HCC on radiology alone.
18    Q  And have you personally ever diagnosed a
19  patient with HCC based on your review of
20  radiological Imaging?                09:53:30
21    A  So, as mentioned, I diagnose, follow and
22  treat patients.  And so, again, I review all the
23  images, I -- so as an oncologist, you have to review
24  the data.  You have to -- again, with rigor, review
25  all the data, review the imaging and then, together    09:53:48

19 (Pages 70 - 73)

Page 74

1 as part of the team come up with a diagnosis and a
2 plan.
3      I think that is the ultimate best care for
4 our patient in the system.
5      So when you ask me do I on my own diagnose a    09:54:04
6 patient, yes, I diagnose patients all the time. But
7 to come to that diagnosis, I need to review the
8 data, I need to review the images. Sometimes I even
9 pick up a phone -- most times I pick up the phone
10 and I discuss with the radiologist.    09:54:18
11      Most times I pick up the phone and discuss
12 with the pathologist, if they're involved. A lot of
13 the times, I would say, I discuss with the
14 physicians who have referred the patient to me
15 because you must treat these complex patients with,    09:54:30
16 you know -- you must have all the information
17 available and you must constantly be re-discussing
18 with the other providers, constantly.
19    Q  Have you -- taking into account what you just
20 said, have you ever diagnosed a patient with HCC    09:54:49
21 based on imaging without consulting a radiologist?
22      MR. NIGH:  Form objection.
23      THE WITNESS:  So, I mean, in a career --
24 well, even before then -- even before then, starting
25 from med school, have I looked at an image and said    09:55:08

Page 75

1 this is HCC, I don't recall. But, I mean, I think,
2 as I said, it's very complex, the diagnosis. I
3 diagnose patients all the time but I like to be
4 thorough. I'm very thorough and in being thorough,
5 I will do whatever is best for the patient.    09:55:33
6      So, you know, whatever is needed, I'll do.
7      So if it's a time crunch, I mean, yeah, I
8 don't know how to answer that question, it -- it's
9 such a complicated thing taking care of a cancer
10 patient, so I'm not -- I don't know how I would    09:55:50
11 answer that question.
12    Q  Are you familiar with the term LI-RADS?
13    A  I am.
14    Q  What is LI-RADS?
15    A  So, basically it's a surveillance tool that    09:56:02
16 is used by radiologists to basically -- the way I
17 see LI-RADS, in my opinion, is it was used to help
18 systemically improve the medical system, basically,
19 in doing the surveillance for HCC, for liver disease
20 turning into HCC, things like that.    09:56:34
21    Q  Okay.  Are you familiar with the LI-RADS
22 criteria?
23    A  I am.
24    Q  Have you ever applied the LI-RADS criteria to
25 diagnose HCC based on imaging yourself?    09:56:47

Page 76

1      MR. NIGH:  Form objection.
2      THE WITNESS:  So -- so the LI-RADS criteria
3 are ultimately a form of surveillance.  They're not
4 used for prognostication.  They're not just used for
5 diagnostication.  They're one of the thing that are    09:57:05
6 used for a diagnosis.  They're one of the many
7 things used for a diagnosis.
8      So when -- if the question is have I ever
9 used LI-RADS, yes, I use LI-RADS all the time.
10      If the questions is, is that the only thing    09:57:16
11 I've used for diagnosis, LI-RADS is one of the
12 things that can be used for diagnosis, but you have
13 to put the diagnosis, the cancer and the patient in
14 context and then make that diagnosis.
15    Q  Would you agree, that under current medical    09:57:32
16 guidelines, a patient with cirrhosis can be
17 diagnosed with HCC based on imaging alone using the
18 LI-RADS criteria?
19      MR. NIGH:  Form objection.
20      THE WITNESS:  So there are many interesting    09:57:49
21 articles that talk about that, that talk about
22 LI-RADS, actually.  And they talk about the
23 different LI-RADS.  There are various different
24 LI-RADS scores, so they talk about the different
25 LI-RADS and they talk about the -- so, again,    09:58:02

Page 77

1 LI-RADS is a system, more like a surveillance
2 system, not -- I wouldn't call it a staging system.
3 It's more of a surveillance system and you can use
4 the LI-RADS points to guide you, to tell you that,
5 okay, a patient may have or a person may have this    09:58:21
6 sort of liver disease, what is -- how often should
7 we be doing the surveillance, what does this mean
8 for us?  What does this mean as far as is this
9 carcinoma or not and how accurate is our assumption
10 that it's carcinoma.    09:58:39
11      So there are some LI-RADS that are -- can be
12 considered quite accurate.  Nothing is ever a
13 hundred percent as far as, you know, as far as
14 statistics.
15      But in LI-RADS, there are certain LI-RADS,    09:58:51
16 like LI-RADS five, in the context of a patient who
17 comes in with symptoms, has a mass, has a change in
18 their values, significant change in their values and
19 has a LI-RADS five, that yes, you can use that as a
20 diagnostic tool for HCC.  However, even with LI-RADS    09:59:11
21 five, there are certain factors where a LI-RADS five
22 may not always be an associated -- may not always be
23 associated with the diagnosis of HCC.  And then, you
24 have other LI-RADS, less LI-RADS or less certain
25 LI-RADS that are -- have a very precarious or    09:59:31

20 (Pages 74 - 77)

Page 78

1  basically the association isn't -- isn't as -- as
2  accurate, I would say.
3      Q  So you agree that in a patient with
4  cirrhosis, under current medical guidelines, the
5  LI-RADS criteria can be applied to determine whether    09:59:52
6  that patient has HCC, if the patient qualifies as a
7  LI-RADS 5?
8      MR. NIGH:  Form objection.
9      A  So, again, there are many things that need to
10 be considered, not just the LI-RADS, not just the    10:00:11
11 LI-RADS.  And LI-RADS can be looked at and it is looked
12 at all the time.  And it can be looked at, so it's
13 one of the things that should be looked at.
14     Q  Okay.
15     A  That's what I would say.    10:00:26
16     Q  You disagree that under current medical
17 practices, patient -- LI-RADS can be used in a
18 patient with cirrhosis to diagnose HCC based on
19 imaging alone?
20     A  Sorry, can you repeat that?    10:00:39
21     Q  Sure.  I just want to -- I'm just trying to
22 understand if you agree or disagree, that in a
23 patient with cirrhosis, the LI-RADS criteria can be
24 applied to diagnose a patient with HCC based on
25 imaging alone without the need for a biopsy?    10:00:54

Page 79

1      A  So I think your previous question was
2  different and I think your previous statement -- I
3  thought I heard you say I disagree.  I don't
4  disagree with anything here.  I didn't feel that
5  there was any agreement or disagreement.    10:01:08
6      What I was trying to explain is that LI-RADS
7  is a radiologist criteria and it's one of the
8  important criterias that we look at to diagnose
9  patients with cirrhosis, with liver disease, with
10 anything.  It's one of the important things we look    10:01:21
11 at.  It's not the only thing we look at.  So I was
12 not agreeing or disagreeing to anything.  I was
13 trying to explain the context of it because I
14 believe context is really essential in complicated
15 cases like this.    10:01:36
16     Q  So, prior to becoming an expert in this
17 litigation, was it your practice to ask patients
18 whether they used Valsartan in connection with
19 considering whether you should make a diagnosis of
20 HCC?    10:01:47
21     MR. NIGH:  Form objection.
22     THE WITNESS:  So we are taught all the way
23 from, I would say the first week of med school after
24 introductions to take a full and complete medical
25 history.  And in the medical history, the first    10:02:05

Page 80

1  thing we do is a history and physical, then we do
2  the social, that includes drinking, smoking, drugs,
3  et cetera.
4      Then we do past medical history.  Then we do
5  the medical history and I'll talk more about the    10:02:16
6  medical history.
7      After the medical history, we go on to the
8  social mystery, we go on to review the systems and
9  then, we come up with an assessment and plan.  I
10 maybe missing something but that's what we do.    10:02:33
11     So the past history and the medical -- or the
12 medicine history is an essential part of that.
13     So when a patient comes in, whoever it is,
14 we -- if they're coming in for the first time, we
15 ask them all the medications that they're taking,    10:02:51
16 how long they've been taking it, at what dose are
17 they taking it.
18     We ask them which pharmacy they will be using
19 and which pharmacy they filled the medication at.
20 And then, if patient is a follow-up patient and    10:03:03
21 someone that we've been seeing for a long time, even
22 then, at every visit, we do a medication
23 reconciliation where we go through the medication,
24 the dose and the pharmacy.
25     Q  Okay.  I -- I don't think you've answered    10:03:20

Page 81

1  this question, which is whether it was your practice
2  to ask patients whether they used Valsartan in
3  connection with making a diagnosis of HCC?
4      A  So when a patient comes in, I do a thorough
5  review of their medical history and their medication    10:03:37
6  history.  I ask them what medications they're on.
7  So for example, if they say they have a particular
8  disease, I ask them about the medications and then,
9  in the medications they either bring the list or I
10 ask them one by one which medications they were on.    10:03:51
11     Q  Okay.  Prior to becoming involved in this
12 litigation, have you told a patient that you
13 believed his or her HCC was caused by exposure to
14 NDMA in Valsartan?
15     A  We have never -- so basically what happens is    10:04:14
16 we see the patient, the patient is already
17 distressed and they're not looking for hindsight and
18 they're not looking -- this is my opinion, they're
19 not looking for hindsight, and what happened, and
20 what caused this.  What they want urgently is a    10:04:29
21 diagnosis if they don't have it and treatment if
22 they haven't started it.
23     So we usually, as the treating physician,
24 spend the significant amount of time, basically,
25 talking about their diagnosis and their treatment.    10:04:46

21 (Pages 78 - 81)

Page 82

1  I don't -- when a patient comes in, you know,
2  distraught or whatever, I don't sit and talk to them
3  specifically about this caused it, that caused it,
4  whatever.
5  It has to be a patient led thing. It has to    10:05:01
6  be something that the patient requests. And of
7  course, at that time, then I'm available to talk to
8  them about possibilities and risk factors and that's
9  what we do.
10  But patients don't really ask that.    10:05:13
11  Q  Okay.
12  A  And that is any opinion.
13  Q  With all of that in mind, with all of this
14  context, the answer to my question is no, that
15  you've never told a patient that, given all the    10:05:25
16  context you just gave me?
17  MR. NIGH: Form objection.
18  THE WITNESS: So I have never really had
19  the -- again, I'm -- I'm trying to get nuanced and
20  thought -- thoughtful answers in putting it into a    10:05:36
21  yes or no. I feel like maybe you're getting my
22  answers wrong or maybe I'm not explaining them, but
23  none of that said, no.
24  It basically means that in my practice, when
25  a patient comes in, I don't offer an opinion, I'm    10:05:52

Page 83

1  there to take care of them. If they ask me for an
2  opinion -- for an opinion, I would try to give them
3  my best opinion in a thoughtful and considerate
4  manner and I have not been asked that.
5  Q  And prior to becoming involved in this    10:06:07
6  litigation, did you ever advise a patient that they
7  should be monitored for HCC because they used
8  recalled Valsartan?
9  A  So, sorry, please, could you repeat that
10  question?    10:06:24
11  Q  Sure. Have you ever advised a patient that
12  you believe that they should be monitored for HCC
13  because they've used recalled Valsartan?
14  A  So to me, I feel like that question -- the
15  thing is that, I'm not monitoring patients because    10:06:41
16  I'm treating them. They have already passed the
17  stage of monitoring. They have already been
18  diagnosed and now I have diagnosed them and now I'm
19  treating them.
20  So the stage of monitoring has already    10:06:58
21  passed.
22  Q  Okay. I believe the answer is no, though;
23  correct?
24  A  Can you ask that question again? Because
25  again, I think maybe that's a simplification of my    10:07:08

Page 84

1  answer. What was the yes or no to?
2  Q  I understand that you were going to give
3  context that you typically are treating patients who
4  already have cancer, but I'm asking if you've ever
5  advised a patient, for example, a patient who had a    10:07:20
6  different cancer other than liver cancer that they
7  should also be monitored for HCC because they used
8  recall Valsartan, yes or no, do you recall ever --
9  A  So -- so, I again would say that I treat
10  patients. I'm not usually monitoring them. The --    10:07:38
11  the time for monitoring has already passed.
12  Have I asked a patient to monitor for liver
13  cancer? Multiple times I've asked them to
14  follow-up, get scans, things like that. Have I
15  asked them specifically about certain carcinogen, I    10:07:54
16  don't recall that.
17  Q  I want to introduce tab 5 as Exhibit 6.
18  Let me know when you see it, Doctor.
19  (Exhibit 6 was marked for identification
20  by the court reporter for HCC because they used    10:08:18
21  THE WITNESS: So I'm opening it up.
22  Okay, yes.
23  BY MS. ROSE:
24  Q  Okay. Do you recognize this document,
25  Doctor?    10:08:33

Page 85

1  A  Yes.
2  Q  Okay. It's a four-page document; correct?
3  A  Sorry, one second, please. I see 1, 2, 3, 4.
4  Yeah, sorry, one second. So the first -- I just saw
5  the first page, initially. So the first is a    10:08:46
6  diagram, Exhibit 6, then the second is proportion of
7  deaths diagram or chart or graph.
8  The next is blood work overtime and the next
9  is another diagram, okay.
10  Q  Dr. Siddiqui, I'll represent to you that this    10:09:09
11  document was produced to us by plaintiff's counsel
12  in advance of your deposition in response to a
13  request for documents, and my question -- my first
14  question is who created this document?
15  A  I did.    10:09:25
16  Q  And when did you create this document?
17  A  While I was writing my draft.
18  Q  And what was the purpose of creating this
19  document?
20  A  I wanted to have hopefully a way to show,    10:09:42
21  with diagrams, what my expert report was talking
22  about.
23  Q  Okay. Let's look at the first page, which
24  you just described. It is an image that is marked
25  as Exhibit 1, "Diet to Liver Cancer."    10:10:00

22 (Pages 82 - 85)

Page 86

1    Do you see that?
2    A  Yes.
3    Q  And this image shows the progression from a
4  high calorie diet, chronic alcohol consumption to
5  HCC; correct?                           10:10:16
6    A  Correct.
7    Q  Did you personally create this image.
8    A  Oh, no, it was taken from -- and there should
9  be a reference -- there should be a reference from
10  that, but it was taken from the study.        10:10:29
11    Q  Okay.  Do you recall the name of the study?
12    A  I do not recall the name of the study.
13  It's -- it should be in my materials considered
14  list, but it's from a study.
15    Q  Okay.  So is it your testimony that this --   10:10:40
16  the document you created -- sorry, that there --
17  I'll start over again.
18    There is a place -- that there is a version
19  of this document that you created that has
20  references explaining where the images came from?   10:10:51
21    A  So I think what -- so I took these images
22  from the study and pasted them here to be used as
23  talking points, for what I was discussing in my
24  expert report.  And those studies are listed in my
25  expert report in the materials considered or should   10:11:12

Page 87

1  be.
2    Q  Okay.  But you can't tell me what study this
3  image came from.
4    A  I reviewed so many images and even on this
5  thing, there's another image that was also taken and   10:11:23
6  I can't exactly remember.
7    Q  Okay.  How does this image relate to the
8  opinions you're offering in this case?
9    A  It talks about the process of getting
10  diagnosed with HCC.  And I wanted to explain in a   10:11:42
11  simple effective way the process and what my
12  thoughts are about Mr. Roberts' HCC process.
13    Q  And this image does not mention or depict
14  NDMA; correct?
15    A  Correct.  So what I was trying to explain   10:12:04
16  here with this image -- so what this image shows is
17  how a healthy liver, over time, can turn into
18  steatotic liver, which is fat deposition over time.
19  Than with inflammation, then turns into a -- an
20  increased fatty deposit -- deposition liver, after   10:12:26
21  which, over time there is inflammation and fibrosis
22  and scarring.
23    And what I wanted to say was that this
24  picture, this whole timeframe usually takes,
25  according to studies, multiple studies done, usually   10:12:47

Page 88

1  takes from the first healthy liver that we see, the
2  nice brown one to the more yellow one that they
3  make, that takes around 10 to 20 years.  From that
4  steatosis time to the hematic inflammation to the
5  steatohepatitis takes another 15 to 20 years.      10:13:06
6    And from the steatohepatitis to HCC, with or
7  without cirrhosis in the middle, the listed time is
8  sometimes anywhere from seven to somewhere
9  documented 30 years.
10    And what I wanted to mention here is these   10:13:23
11  changes, the metabolism, the lipogenesis, the immune
12  responses, the oxidative stress and genome
13  instability, takes time.  It takes 20 to 30 years
14  sometimes, but in our patient, he had a diagnosis of
15  cirrhosis in 2018 with hepatocellular carcinoma,      10:13:42
16  previous image from 2016 had no diagnosis of
17  cirrhosis.  Within an extremely short period of time
18  after taking NDMA, starting in 2016, he went from a
19  very -- I would say, a low-grade change liver to a
20  massive HCC high tumor burden liver.  And what I    10:14:05
21  wanted to explain is whatever you feel the timeline
22  may be, whether it's a few months or a year or so,
23  that timeline of Mr. Roberts, in particular, does
24  not fit this long standing slow and steady timeline
25  that has been looked at.                    10:14:29

Page 89

1    Q  You mentioned a 2016 scan of Mr. Roberts'
2  liver; correct?
3    A  Correct.
4    Q  And it's your opinion that Mr. Roberts' did
5  not have cirrhosis in 2016; is that correct?      10:14:45
6    A  Correct.  So let me just -- I want to --
7  sorry, one second before that.  I just want to go
8  there where I wrote exactly what they said in 2016.
9    So it says -- sorry, just one second.  Here
10  it is.                                 10:15:02
11    The CT from April 19th, 2016 said, (as read)
12  Peripheral margin of liver is somewhat lobulated
13  particularly along the inter aspect of the left
14  globe -- lobe.  Gallbladder is surgically absent.
15  Eight millimeters focal hypodensity as seen in the   10:15:20
16  right lobe.
17    No other focal labral lesions are seen.  No
18  intrahepatic biliary ductile dilatation is
19  demonstrated.  Small cystic lesion is seen along the
20  lower poll Cortex of the left kidney, lightly      10:15:35
21  assist.
22    No abnormalities of the pancreas, spleen,
23  adrenal glands, kidneys, stomach, duodenum or the
24  visualized portions of the small or large bowel is
25  demonstrated.                            10:15:51

23 (Pages 86 - 89)

Page 90

1 No free fluid or free area is demonstrated.
2 And the radiologist and I said, (as read) The
3 radiologist impression of the CT was although not
4 specific, findings about maybe evidence of liver
5 cirrhosis and indeterminant liver lesion of that    10:16:03
6 eight millimeters is too small to definitively
7 characterize.
8 So my understanding of these reports in
9 reviewing the image was either he had -- firstly,
10 number one, he had no diagnosis of cirrhosis. There    10:16:16
11 was no diagnose made. Secondly, there may have been
12 changes consistent with very mild, very, very low --
13 low-grade cirrhosis that was not even enough to
14 characterize him or diagnose him with cirrhosis.
15 Q Okay. So it's your opinion based on your    10:16:39
16 review of Mr. Roberts' radiological scan from 2016,
17 that there's no basis to diagnose Mr. Roberts' with
18 cirrhosis at that time?
19 A I would not say it like that. I would say
20 that according to the CT scans and ultrasounds that    10:17:01
21 we had at the time, there was some changes, that
22 could have been -- might have been -- the
23 radiologist could have said they might be consistent
24 with possible cirrhosis, but there was no diagnosis
25 of cirrhosis made. The changes were not significant    10:17:17

Page 91

1 enough to be called or -- to be sort of listed or
2 diagnosed with cirrhosis.
3 Q And what is that opinion based on, that the
4 changes were not significant enough to be diagnosed
5 with cirrhosis?    10:17:30
6 A So cirrhosis has multiple -- okay, so
7 cirrhosis is basically, ultimately, the process of
8 fibrosis and scarring in the liver. That's the
9 definition of cirrhosis by the National Council
10 Institute, I'm paraphrasing but I'm not far off, so    10:17:52
11 that's the definition of cirrhosis.
12 Now, there can be many different -- sorry,
13 can you hear me or...
14 Q I can hear you. But I noticed --
15 A Oh, okay.    10:18:06
16 Q My blinds are going up so I didn't want to --
17 A Oh, I'm sorry. I thought -- I thought maybe
18 it was me.
19 Q No, I just didn't want you to hear the noise
20 of my blinds.    10:18:14
21 A Sorry.
22 So -- so, cirrhosis is a process -- the
23 definition of cirrhosis is fibrosis and scarring in
24 the liver, but it has a process. So you start off
25 with a small amount of fibrosis and over time,    10:18:27

Page 92

1 however much time, over time that scarring can turn
2 a healthy liver with some scarring into a completely
3 unhealthy liver with extensive scarring and
4 fibrosis.
5 And that time can vary, but most -- and what    10:18:44
6 I was trying to explain with this diagram, is that
7 most of the time, this entire change takes years,
8 decades.
9 In our case, in Mr. Roberts' case, the entire
10 change from possible -- possible, minor cirrhosis,    10:19:07
11 possibly -- and possibly there was no official
12 diagnosis, it was all possibilities and question
13 marks in 2016, to an active, aggressive cirrhosis
14 with a massive HCC tumor burden, that's just not
15 seen.    10:19:28
16 This was certainly not a slow process. It
17 was a very aggressive process and that is one of the
18 main reasons why I believe that NDMA was the
19 carcinogen that caused this speed up, specifically
20 even caused the speed up of the cirrhosis and caused    10:19:42
21 the HCC.
22 Q Okay. I just want to talk about something
23 you said in there.
24 You said that -- you were talking about the
25 progression of Mr. Roberts to an active massive    10:19:51

Page 93

1 cirrhosis. At what point would you say that
2 Mr. Roberts qualified as having active massive
3 cirrhosis?
4 A I didn't say -- I don't think I said massive
5 cirrhosis, I said the HCC was massive. The masses    10:20:02
6 were quite large, the tumor burden was massive. The
7 cirrhosis -- sorry what was the question about the
8 cirrhosis? I just wanted to clarify the masses --
9 what was the question of the cirrhosis.
10 Q Sorry, if I misheard you, I apologize. I'm    10:20:16
11 looking at your -- right now -- okay, sorry, you
12 said that it progressed -- that Mr. Roberts'
13 cirrhosis progressed to an active aggressive
14 cirrhosis. And I was just wondering, at what point
15 did Mr. Roberts have an active aggressive cirrhosis?    10:20:32
16 A So we have the scan or we have two, an
17 ultrasound and a CAT scan for 2016 where he did not
18 have them. And then, we have a scan in 2018 that
19 shows a large amount of tumor burden of HCC. Tumor
20 burden meaning the size, the mass, the amount of    10:20:54
21 involvement, is how I'm using the term tumor burden
22 in the setting of cirrhosis.
23 So I feel that the diagnosis of cirrhosis was
24 made -- the official diagnosis of cirrhosis was made
25 in 2018. There were signs possibly in 2016 but the    10:21:13

24 (Pages 90 - 93)

Page 94

1  diagnosis was made in 2018.
2      Q  Okay.  So as of -- but you'd agree that he --
3  that Mr. Roberts had active cirrhosis in 2018?
4      A  I -- based on the -- on the scans, based on
5  the review, based on what the doctors said, they    10:21:32
6  basically said that the scan showed that he had the
7  large tumor masses.  And in the surrounding liver,
8  there was fibrotic scarring consistent with
9  cirrhosis.  Although interestingly, the -- the
10  physician who was doing the intake, I think when he    10:21:53
11  was diagnosed, said that a work up for cirrhosis was
12  essentially negative in the past or something.  I'm
13  paraphrasing, I could find the exact quote for you,
14  but...
15      So it was -- and even then it was -- this I'm    10:22:05
16  quoting from July 17, 2018.
17      It says, (As read) He underwent a CAT scan of
18  the abdomen, pelvis and the radiologist impression
19  was Hepatosplenomegaly and evidence of diffused
20  Hepatic Parenchymal Disease, likely cirrhosis.  So    10:22:23
21  that diffused Hepatic Parenchymal Disease, we
22  believe, I believe was cirrhosis.
23      MS. ROSE:  And I want to introduce as
24  Exhibit 7, tab 1.  Let me know when you see it.
25      (Exhibit 7 was marked for identification    10:22:35

Page 95

1      by the court reporter and is attached hereto.)
2      THE WITNESS:  Sorry, just going to that.
3      Exhibit 7, it hasn't come up yet.
4      Okay.  It just came up and that is three
5  pages, Dr. Mele.    10:23:05
6  BY MS. ROSE:
7      Q  So this is the report of plaintiff's expert
8  radiologist Dr. Mele that is dated March 9, 2025;
9  correct?
10      A  Correct.    10:23:18
11      Q  And on the second page, the first full
12  paragraph, the second sentence --
13      A  Sorry, which one is it?
14      Q  Sorry, the second page.  First --
15      A  Sorry, sorry.  First -- the second page,    10:23:32
16  okay.
17      Q  The first full paragraph, it starts with a CT
18  scan.
19      Do you see that?
20      A  One second.  Okay.    10:23:43
21      Q  Do you see where I'm looking?
22      A  "A CT scan of the abdomen and pelvis was
23  performed both without and with intravenous
24  contrasts administration April 19, 2016."
25      That one, right.    10:23:59

Page 96

1      Q  Yes.  Okay.  The next sentence there says,
2  "Non-contrast CT images demonstrated an enlarged
3  liver with a nodular surface contour, enlargement of
4  the caudate lobe, and diffuse heterogenous
5  attenuation throughout the liver parenchyma -- "  am    10:24:17
6  I pronouncing --
7      A  Yes, parenchyma, yes.
8      Q  "-- parenchyma including sub-centimeter foci
9  of both increased and decreased attenuation.  This
10  constellation of imaging findings is commonly    10:24:30
11  observed in patients with underlying cirrhosis."
12      A  Uh-huh.
13      Q  That's the opinion of plaintiff's expert
14  Dr. Mele with respect to the April 2016 scan;
15  correct?    10:24:44
16      A  Correct.
17      Q  And Dr. Mele who is a radiologist says that
18  the imaging in April 2019 is -- the findings of the
19  imaging in 2019 -- I'll start that again.
20      Dr. Mele says that the imaging findings in    10:24:58
21  April 2016 are commonly observed in patients with
22  underlying cirrhosis; correct?
23      A  Correct.
24      Q  And do you disagree with Dr. Mele?
25      A  So I do not disagree with Dr. Mele, however,    10:25:11

Page 97

1  I would like to put this into context.  That
2  cirrhosis, where everything has a -- basically you
3  can't look at -- nothing is black and white, well,
4  this is not black and white.  Because, yes, there
5  are changes of cirrhosis and we -- we've been    10:25:30
6  discussing that, that there were changes of
7  cirrhosis.  Number one, a diagnosis of cirrhosis was
8  not made in 2016.  And number two, the fact that he
9  had these changes of cirrhosis, the cirrhosis here
10  seems to be extremely compensated, low grade, with    10:25:48
11  little fibrosis and the patient basically was
12  compensated.  He was so compensated, he had such
13  compensated cirrhosis.
14      Compensated cirrhosis means, where the -- the
15  liver is functioning, the patients has no symptoms,    10:26:04
16  thing are looking okay, this is, you know, a very
17  basic definition of compensated cirrhosis.
18      But there was no evidence that the cirrhosis
19  was significant enough even to warrant a diagnosis
20  of cirrhosis, at the time he was diagnosed, that's    10:26:20
21  how low grade the cirrhosis was.
22      So yes, I agree with Dr. Mele's opinion here
23  that there was cirrhosis, but I think we must
24  understand in context that having cirrhosis, it's
25  not -- it's not -- basically it's not ever or never,    10:26:36

25 (Pages 94 - 97)

Page 98

1  yes or no.  There are multiple grades of cirrhosis
2  as the patient progresses from a healthy liver.  If
3  we are specifically talking about cirrhosis here,
4  not HCC, as a patient progresses from a healthy
5  liver to a cirrhotic liver, there's multiple grades  10:26:56
6  and multiple -- you know, it's an evolution,
7  basically.  It's not, you have it and that's what it
8  is.  It's an evolution, leading to decompensated
9  cirrhosis.
10      Q  Is it your opinion that a patient with      10:27:12
11  compensated cirrhosis is not at an increased risk of
12  HCC?
13      A  So cirrhosis is a risk factor for HCC,
14  however -- however, cirrhosis, there are multiple
15  different types of cirrhosis in the sense that      10:27:33
16  cirrhosis is an evolving disease.
17      So there are studies that look at how one can
18  actually turn back cirrhosis.  There are studies of
19  how some patients with cirrhosis don't go into
20  decompensated cirrhosis.  Some go into decompensated  10:27:52
21  cirrhosis and some turnaround and go back to a
22  healthier liver, even.
23      So having cirrhosis, is and can be considered
24  a risk factor for HCC, however, not everybody gets
25  HCC.                              10:28:09

Page 99

1      In our plaintiff's case, he got diagnosed
2  with cirrhosis in 2018, at the same time he was
3  diagnosed with aggressive HCC with a large mass and
4  another mass.  And it was the whole process, in my
5  opinion, from a very baseline -- again, if we look  10:28:26
6  at cirrhosis as an evolving disease, it went from a
7  low-grade baseline 2016 cirrhosis, to a diffused
8  cirrhosis with a large amount of tumor berth in --
9  within two years.  That, to me is what I feel is the
10  most devastating and -- and you know, the most --  10:28:48
11  that to me I feel should be written up as one of
12  the -- the NDMA, as a carcinogen, I believe, was the
13  reason that this acuity, this -- this absolute
14  (indiscernible) happened.
15      Q  I don't know that you answered my question,  10:29:10
16  which was in your opinion, is a patient who has
17  compensated cirrhosis like Mr. Roberts had in 2016,
18  at an increased risk for HCC based on the medical
19  literature?
20      MR. NIGH:  Form objection.            10:29:31
21      THE WITNESS:  So -- so I think I did answer
22  that, again, in context.  I was trying to explain
23  that cirrhosis is a risk factor for HCC, however,
24  there -- cirrhosis is a disease that evolves and
25  there are many patients who actually get better,  10:29:45

Page 100

1  some who stay the same and some who develop HCC.
2      So yes, there are some but there are also
3  many who get better and some who stay the same, some
4  who stay stable.
5      So there -- it's -- it's a disease in      10:29:59
6  evolution and one has to be very -- it's a
7  complicated -- it's a complicated issue and one has
8  to be very nuanced -- nuanced about it.  One has to
9  keep everything in context and it's not ever, never,
10  yes or no.  It's not that in cirrhosis because of      10:30:18
11  the -- the basically cirrhosis is a chronic
12  evolution of a healthy liver, which is a large organ
13  turning fibrolytic and scarring and becoming
14  cirrhotic and becoming decompensated and not
15  functioning anymore, that's the end state cirrhosis.  10:30:39
16      And that evolution takes time and doesn't
17  always happen to everybody.
18      Q  Do you agree that every major national and
19  international society that addresses liver cancer --
20  sorry, liver treatment recommends routine HCC      10:30:59
21  surveillance for all patients with cirrhosis,
22  regardless of severity?
23      MR. NIGH:  Form objection.
24      THE WITNESS:  So there are quite a few
25  guidelines we can follow and they recommend      10:31:14

Page 101

1  surveillance, but there's a lot of literature and
2  back and forth about how often there should be
3  surveillance.  But, yes, there's a lot written about
4  surveillance and they do recommend -- most
5  guidelines recommend having surveillance for      10:31:30
6  cirrhosis, but not just for cirrhosis, for multiple
7  other things, you know, so there are guidelines for
8  all of that.  And surveillance is recommended but
9  different guidelines recommend different
10  surveillance and different frequencies of      10:31:44
11  surveillance.
12      Q  Are you aware of any guidelines that state
13  that patients with cirrhosis only need surveillance
14  if the cirrhosis has progressed past a stage that is
15  mild?                              10:32:00
16      A  Sorry, please say that again.
17      Q  Sure.  You said -- you said several times
18  that Mr. Roberts had mild cirrhosis in 2016;
19  correct?
20      MR. NIGH:  Form objection.            10:32:12
21      THE WITNESS:  Yes, in my opinion, yes.
22  BY MS. ROSE:
23      Q  Okay.  And I'm just asking if you're aware of
24  any medical guidelines that state that surveillance
25  for HCC should be performed in cirrhotic patients,  10:32:27

26 (Pages 98 - 101)

Page 102

1 only when the cirrhosis has progressed past a mild
2 stage?
3     A  So that's not the way guidelines work. They
4 don't say only, never, ever, they don't talk like
5 that. They basically give you guidelines as to what    10:32:46
6 you should be doing to practice good medicine and do
7 the best for the patients.
8         So the guidelines basically tell you that
9 ideally, this is what we as a group feel you should
10 do.                                10:33:00
11         So the guidelines are -- well, basically,
12 there just that, they're guidelines. And they ask
13 us to review them, take them seriously and try to as
14 best as possible stick to them. Then, other than
15 guidelines, there's lots of peer-reviewed literature    10:33:15
16 going back and forth about how often one should be
17 doing that? So I don't think anyone would ever --
18 I'm not aware that anyone would ever say only,
19 never, ever, do this, do that and never do that. I
20 don't think that's how literature and guidelines    10:33:33
21 talk. There's always pros and cons that are
22 discussed, there's always outliers and we must go in
23 reading any literature, whether it's guidelines or
24 any other literature, we must go in looking at
25 outliers and always remembering outliers. So I    10:33:46

Page 103

1 don't think there's any guidelines that would say
2 exactly what you're saying, what you just said.
3     Q  Okay. Dr. Siddiqui, I want to stick a -- put
4 a pin in that for a second, and just go back to
5 Exhibit 6, I believe which was -- no, I'm sorry.    10:34:06
6 Yeah, Exhibit 6 which was your images that you put
7 together and produced prior to your deposition.
8     A  Yes.
9     Q  Okay. If we look on the second page of that
10 as document. It's noted as, "Exhibit 2: Liver    10:34:29
11 Deaths by Etiology."
12         Do you see that?
13     A  Yes.
14     Q  Did you create this image?
15     A  No, I did not. I took it from a study and I    10:34:41
16 have the study citations listed in my expert report.
17     Q  Okay. But you can't tell me what study you
18 took this from?
19     A  I have read so many studies, I would not be
20 able to -- I wouldn't be able to give you the    10:34:57
21 exact -- I can look through my report and try and
22 get it for you.
23     Q  And what does -- this image is a graph;
24 correct?
25     A  It's a graph, yes.                10:35:08

Page 104

1     Q  And what does this graph show?
2     A  So basically, here, we are talking about the
3 proportion of death by etiology, and over the years,
4 from 2006 to 2022. And it lists the different
5 etiologies and the overwhelming majority throughout    10:35:26
6 what we can see is the brownish one -- which is the
7 brownish color one, which is Hepatitis C virus, HCB.
8         Then, the next one has been alcoholic liver
9 disease, ALD, the blue -- the dark blue one. And
10 the light blue one is hepatitis B, virus PHV. And    10:35:51
11 then, the yellow one is M-A-S-L-D which is metabolic
12 dysfunction associated steatotic liver disease.
13     Q  And do you know where this data came from?
14     A  This data was, I think -- I don't exactly
15 recall, I think it was -- I'd have to get you that    10:36:19
16 citation and I don't know remember where, but I
17 think it was Sierra data. I think it was Sierra
18 data but I'd have to double check.
19     Q  And how is this graph relevant to your
20 opinions in this case?                10:36:37
21     A  I was trying to show with this graph that we
22 are talking a lot about HCC, obviously with
23 Mr. Roberts. And we are discussing a lot of
24 literature, peer reviewed literature in particular.
25 And what I wanted to show is that, when we look at a    10:36:55

Page 105

1 case, when we look at any of the studies, our
2 baseline population, average population. The
3 average population in studies for HCC are looking at
4 or by default, most of the time, have patients who
5 have Asian descent, which isn't listed here, but I'm    10:37:14
6 just -- to explain. And they have Hepatitis C or
7 Hepatitis B, they have one of the viruses. And I
8 wanted to explain that -- well, a few things from
9 this diagram. So the first thing I want to explain
10 is that whenever we look at literature, it's very    10:37:33
11 important that we look at the fact that the
12 literature -- what is the literature looking at?
13 And the literature, the patient population that it's
14 looking at, is highly viral Hepatitis C population
15 and that Hepatitis C population has a more, usually    10:37:49
16 aggressive form of disease.
17         So when we are talking about latency, when we
18 are talking about progression, when we are talking
19 about going from a healthy liver to a cirrhotic
20 liver, or HCC, all these patients have a virus that    10:38:03
21 inserts itself into the RNA and causes carcinomas.
22         And Mr. Roberts did not have HPV -- HCV. He
23 did not have HPV, Hepatitis B. He did not have HCV,
24 he did not have HPV. He had none of the viruses
25 that promote tumor growth and that most -- most    10:38:25

27 (Pages 102 - 105)

Page 106

1 studies talk about. The overwhelming amount of case
2 patients in most studies are patients who have
3 hepatitis -- a hepatitis virus, whether it's C or B,
4 that has then gone on to be an HCC, so that's the
5 first thing.                              10:38:47
6        The second thing that I wanted to point out
7 was, that alcoholic liver disease is the second most
8 important one, proportion of death and -- and it's
9 the second most important one. And Mr. Roberts was
10 not an alcoholic and never was discussed as being --  10:39:07
11 having an issue with alcohol, drinking a large
12 amount of alcohol.
13       So all of that was -- he had none of the --
14 if you look at the graph, the graph basically
15 takes -- is taken over by HCV and ALD and he didn't  10:39:23
16 have either of those.
17       Then, the rest of the graph, most of it is
18 taken over by the Hepatitis B, which he did not have
19 either.
20       And then the final amount is taking over, a   10:39:40
21 very small proportion starting in 2008 taking the --
22 is -- is -- is involves the MASLD which is the -- I'll
23 just for purposes of explanation here, the fatty
24 liver or the metabolic dysfunction associated
25 steatotic liver disease or MASLD, it's a small       10:39:59

Page 107

1 amount.
2        Now, that is changing, it's growing but it's
3 still a very small amount as compared to the other
4 things, other issues that patients had when they
5 were diagnosed and died from HCC.                    10:40:13
6    Q  Okay. And this -- I just have a basic
7 question. This chart where it says, proportion of
8 deaths. Are -- do you know if these are HCC deaths
9 specifically or if they are deaths from HCC or
10 complications from cirrhosis? Sorry, I'll ask that  10:40:30
11 question again.
12       Do you know if the deaths that are
13 represented in this chart are deaths attributable to
14 HCC specifically or does this include deaths
15 attributable to HCC and/or complications from        10:40:45
16 cirrhosis?
17       MR. NIGH: Form objection.
18       THE WITNESS: I think -- I don't recall. It
19 was pointing towards deaths from HCC and it was
20 pointing towards the fact that most of the subjects,  10:41:00
21 most of the patient, looked at have Hepatitis C, B
22 virus -- Hepatitis C or B virus and most of them
23 have alcoholic -- a lot of them have alcoholic liver
24 disease. So my point here was that that is where we
25 get the aggressive HCC leading to death.             10:41:25

Page 108

1        Why is it that in our patient who was not an
2 alcoholic, who never had Hepatitis C, who never had
3 Hepatitis B, why is it that in our patient he has
4 such a rapid progression into a cirrhotic liver and
5 a massive amount of HCC and then, ultimately dies    10:41:44
6 from it within a few months. It just -- if you look
7 at the -- if you look at the literature, if you look
8 at the data, something happened that made him
9 absolutely ramp up and become very sick, very fast
10 and I believe that was the carcinogen NDMA in        10:42:05
11 Valsartan.
12   Q  Well, I want to ask you a couple of questions
13 but first, based on what you said, you said that
14 Mr. Roberts died a few months after his HCC
15 diagnosis; is that correct?                          10:42:18
16   A  So he --
17       MR. NIGH: Form objection.
18       THE WITNESS: -- well, I can count the months
19 for you. He was diagnosed with cirrhosis and if we
20 take the time of diagnosis as 7/17/2018 when the     10:42:37
21 first CAT scan hints at that mass, so 7/17/2018.
22 And then, we go -- he starts getting sicker and
23 sicker by early 2020 and he passes away March 2020,
24 so that's August, September, October, November, so
25 six plus 12, 18, plus three.                         10:43:21

Page 109

1        So around -- and again, my calculation may be
2 a little off, but around 21 to 23 months or so,
3 around 22 months.
4    Q  So it was more than just a few months;
5 correct?                                             10:43:38
6    A  I mean --
7       MR. NIGH: Form.
8       THE WITNESS: -- well, that's subjective for
9 me, a few is 22.
10 BY MS. ROSE:                                         10:43:44
11   Q  Okay. I was just trying to clarify what you
12 meant by a few?
13   A  Oh, okay. So 22 or so.
14   Q  All right. So this graph, as you said
15 before, breaks up either HCC or cirrhotic deaths by  10:43:55
16 etiology or cause of the death, or sorry, I guess
17 cause of the death, cause of the disease -- I'll
18 start again.
19       This chart breaks up -- you're saying HCC
20 related deaths per year into the causes or the       10:44:15
21 etiologies of the HCC. And the four causes listed
22 are Hepatitis C, alcohol dysfunction, Hepatitis B
23 and metabolic dysfunction associated -- sorry, I'm
24 going to say -- it's MASLD; is that correct?
25   A  Yes. This is what I believe this chart is      10:44:45

28 (Pages 106 - 109)

Page 110

1  showing. This is what I get from it, yes.
2    Q  Okay. So MASLD is one of the four etiologies
3  of HCC listed in this chart that you're relying on;
4  correct?
5    A  Again, I think you said I'm relying on it.    10:45:01
6  I'm not relying on this chart. What I'm trying to
7  do is give you information as to, this is one of the
8  things that I'm looking at in a broader context,
9  trying to get -- with a lot of medical rigor a very
10  wholistic idea of what happened to Mr. Roberts.    10:45:22
11    So when we do that, we should look at the
12  nuances and the -- the details, so this is one of
13  the images that I felt might be a good indicator of
14  what I'm trying to explain, as to what the
15  subjects -- who the subjects are, who are looked at    10:45:40
16  in most studies with HCC.
17    MR. NIGH: Form, objection to the question.
18    MS. ROSE: Again, my question, I'll restate
19  it so that there's no confusion.
20    This chart, which shows deaths per year, from    10:45:53
21  you say HCC and breaks up those deaths into four
22  etiologies, one of those etiologies is MASLD;
23  correct?
24    MR. NIGH: Form objection.
25    THE WITNESS: So this chart is taken from a    10:46:11

Page 111

1  study that looked at patients who died from HCC and
2  they identified the risk factors. And they took
3  some of those risk factors and put them into a graph
4  to try and help us understand what the subject
5  population is like. The patients who present to us    10:46:31
6  with HCC, overall what -- someone comes through the
7  door, what is the likelihood that their -- what is
8  the origin of their HCC, so they -- this -- in this
9  study, they took these patients, they took the data
10  and they sort of discussed what they -- what they    10:46:50
11  found.
12    So again, it's -- it's in this study, this is
13  a nice pictogram, I would say, of the kind of
14  subjects that present to any other study, this is
15  what you'll get. And I'm trying to --    10:47:13
16    Q  I'm so sorry, I don't mean to interrupt. My
17  question is really -- I'm asking a very, very simple
18  question, which is just that, this chart lists four
19  etiologies, one of which is -- sorry, one of which
20  is MASLD?    10:47:31
21    MR. NIGH: Form objection to the question.
22    You can answer.
23    THE WITNESS: So this chart lists multiple
24  etiologies, one of them being MASLD and they were
25  trying to show the fact that there are different    10:47:46

Page 112

1  etiologies and different -- basically, they were
2  trying to show the pool of subjects that come in.
3  That you should always -- what I took from it, is
4  that you should always keep in mind the nuances of
5  who comes in the door when they get -- when they    10:48:07
6  come in with HCC.
7    MR. NIGH: Nina, we've been going about
8  70 minutes, is now a good time for a break.
9    MS. ROSE: That's fine.
10    MR. NIGH: Okay.    10:48:16
11    THE VIDEOGRAPHER: Standby. The time is
12  10:47 a.m. This is the end of media two and we are
13  going off the record.
14    (Recess.)
15    THE VIDEOGRAPHER: The time is 11:07 a.m.    11:08:13
16  This is the beginning of media number three and we
17  are on the record.
18  BY MS. ROSE:
19    Q  Dr. Siddiqui, I just want to close up the
20  conversation that we were having earlier, because I    11:08:25
21  don't think I got an answer to my question. Which
22  was looking at Exhibit 6, and looking at what you
23  mark in that document as Exhibit 2 which is a graph
24  showing proportion of deaths by ideology. Is MASLD
25  one of the etiologies listed on this graph?    11:08:47

Page 113

1    A  Yes, it's one -- let me just -- sorry, one
2  second, I'm just going there, Exhibit 6. I just
3  want to confirm and this is number 2, page 2, that's
4  the graph we were talking about -- about the
5  proportion of deaths by etiology, right.    11:09:03
6    Q  Yes.
7    A  Yes. So that is -- MASLD is one of the four
8  that they've listed in this graph, yes.
9    Q  And did Mr. Roberts have MASLD in April of
10  2016?    11:09:19
11    MR. NIGH: Form objection.
12    THE WITNESS: So MASLD is -- so firstly, I
13  want to just take a step back. Firstly, they kept
14  talking about possible NASH, possible NASH in -- in
15  2016 and MASLD was after some consortium in 2023, a    11:09:36
16  smaller consortium changed NASH to MASLD.
17    So everyone has always talked about NASH. So
18  going forward should I speak about NASH or MASLD?
19  The whole entire report is all NASH, so which one
20  should I use for -- for your purposes?    11:10:00
21    Q  Sure. Well, I guess maybe I can ask that
22  question.
23    Do -- in your mind, is NASH, Nonalcoholic
24  Steatohepatitis the same thing as MASLD in...
25    A  That's why I wanted to -- so that's why I    11:10:17

29 (Pages 110 - 113)

Page 114

1  wanted to clarify because before 2023, they were
2  using NASH and MASLD, so NASH, Nonalcoholic
3  Steatohepatitis or fatty liver and then,
4  Nonalcoholic Steatohepatitis Liver Disease, which is
5  a more aggressive form of NASH and shows more        11:10:33
6  inflammation basically.
7       In 2023, they I changed that to MASH and
8  MASLD.  So they changed that to Metabolic
9  Dysfunction Associated Steatohepatitis, which would
10 be equivalent to NASH in -- in Mr. Roberts and the    11:10:50
11 MASLD -- NASLD was changed to MASLD, which is
12 Metabolic Discussion Function Associated Liver
13 Disease.
14      So how would you like me to talk about it
15 in -- in this deposition?  And I can -- and then      11:11:06
16 I'll talk to you about -- about it that way.
17    Q   So for purposes of this chart, I guess I'll
18 ask it this way, did Mr. Roberts have either MASLD
19 or NASLD as of April 2016?
20    A   In the charts -- sorry, in the medical        11:11:29
21 records, according to the scans in 2016 and
22 according to the reports, they talked about NASH,
23 which would be equivalent to MASH.  They did not
24 mention from my recollection -- let me just double
25 check one thing in my report, please.  One second.    11:11:45

Page 115

1  Sorry, just one second.  2016, he talks about fatty
2  infiltration.  So they always talk about fatty --
3  not always, but in this context in 2016 they talk
4  about fatty infiltration and the doctor mentions
5  NASH, which would be equivalent to MASH, and not      11:12:09
6  M-A-S-L-D in 2016.
7    Q   Would you agree that NASH, N-A-S-H is a more
8  severe form of N-A-S-L-D?
9       MR. NIGH:  Form objection.
10      THE WITNESS:  So my --                 11:12:26
11      MR. NIGH:  You can answer.
12      THE WITNESS:  So -- so they -- okay.  So
13 NASH -- let me just highlight the two phrases again
14 and then, if we could please tell me which phrase we
15 should look at.                         11:12:42
16      So NASH, Nonalcoholic Steatohepatitis.
17 NASLD, Nonalcoholic Steatotic Liver Disease, the
18 NASLD is usually less aggressive or considered less
19 aggressive.  Then you have MASH, which is
20 metabolic -- sorry, Metabolic Dysfunction Associated  11:13:01
21 Steatohepatitis.  And then you have MASLD, which is
22 metabolic associated -- Metabolic Dysfunction
23 Associated Liver Disease.
24      So the NASH is the hepatitis portion of it
25 where you assume that there's inflammation and the    11:13:15

Page 116

1  liver disease is the pre part of it.
2       Now, here in the report if we're using NASH,
3  in the report they call it fatty infiltration.  And
4  my understanding is that he had fatty infiltration,
5  based on the reports, he would have fatty           11:13:33
6  infiltration and N-A-S-L-D or Nonalcoholic Steatotic
7  Liver Disease.  He would have a low-grade, based on
8  what I've reviewed, what I've seen, they keep
9  talking about fatty infiltration, they do not
10 diagnose him with -- they don't diagnose him with    11:13:50
11 NASH, NASLD, MASLD, MASH, nothing, they just say
12 it's fatty infiltration.
13      So based on everything that I've read, I
14 would call this fatty infiltration, and I would call
15 it nonalcoholic -- metabolic -- well, I would call    11:14:05
16 it metabolic associated -- Metabolic Dysfunction
17 Associated Liver Disease.
18    Q   Okay.  So I think that answered my question,
19 that as of April 2016, you would classify
20 Mr. Roberts as having MASLD?                11:14:26
21    A   Correct.  Based on the findings of fatty
22 infiltrate in -- seen on the scans.
23    Q   Thank you.  Let's look at the next image
24 which is on page 3 and that's labeled as, Exhibit 3,
25 stating, "Blood work over time."             11:14:44

Page 117

1       Do you see that graph?
2    A   I do.
3    Q   Who created this graph?
4    A   I did.
5    Q   When did you create this graph?         11:14:50
6    A   While I was writing my report.
7    Q   And what is the relevance of this graph to
8  your opinion?
9    A   So in this graph, just to recap, or in
10 this -- on this page, I said his blood work over     11:15:11
11 time is listed with the table and the graph.  So on
12 the left is the table and I took whatever I could
13 find as far as liver function test.  And I found
14 liver function tests and put them down here from
15 2009 to 2020.  And then, I made a graph, a very       11:15:29
16 basic graph of the dates, the times and what the
17 liver function test did, the ALT and the AST, both
18 of which are liver function enzymes and can give
19 us -- most of the time can give us an idea of what
20 the liver is doing.                      11:15:51
21      The reason I put this graph in there -- or
22 made this graph is because we can go back to 2009
23 there was actually a visit in -- in my report,
24 August 19th, 2009, Mr. Roberts was referred for
25 abnormal liver function tests.  And he stated to the  11:16:09

Page 118

1  doctor that he has had abnormal liver tests ever
2  since he was a teenager. And what I wanted to
3  explain is, that when we were looking at HCC, liver
4  function test can be one of the important things
5  that we look at, to see what was the -- and even    11:16:28
6  when we are looking at other risk factors, what the
7  liver health was. So liver function tests can be a
8  really important value, I guess, to look at. And
9  what I just want to explain is, he actually, if you
10 look at it, sorry, I'm going between us speaking and    11:16:45
11 that lab. So he actually had elevated liver
12 function test in 2009 that actually got better,
13 better, better, all the way. And they were at their
14 best while he was being treated -- I'm sorry, no,
15 while he was diagnosed -- at the time he was    11:17:09
16 diagnosed maybe a few days after.
17     So what I was trying to explain is there are
18 some people who have elevated liver function tests
19 (audio glitch) just because that's their normal
20 range.    11:17:24
21     So having an elevated AST or ALT in 2009
22 where there was no mention of any liver disease and
23 where there is no -- I would not have diagnosed him
24 with any liver disease. Having an elevated AST/ALT
25 points towards -- well, firstly, it points towards    11:17:37

Page 119

1  the fact that his liver function test can't really
2  be relied upon to make any definitive judgements
3  when he does get diagnosed with something. And
4  secondly, having them get improved or be overall
5  better when he's supposedly suffering from the worst    11:17:55
6  kind of liver disease, also goes against the fact --
7  or goes against the fact that, you know, these liver
8  function tests should be used as a marker for long
9  standing liver disease.
10     I guess I was trying to put everything -- put    11:18:09
11 everything together and try to explain how these
12 liver function tests were elevated and have been
13 elevated for a long -- some time, but they were not
14 associated, and I cannot find, and I could not
15 diagnose him with any associated liver disease.    11:18:24
16     And he's had it since he was a teenager, so
17 in my opinion, these liver function tests that were
18 abnormal earlier were part of his normal milieu, I
19 would say.
20     Q  Okay. But you would admit that all of the    11:18:38
21 AST and ATL levels noted on this graph are above
22 what is considered to be the normal range for most
23 patients; correct?
24     A  So I reviewed all of them, and put them down
25 right onto the table and they are -- some of them --    11:19:02

Page 120

1  so I haven't -- I did not, except in the last two, I
2  -- in the last two if you look on my image, I did
3  not put down the normal ranges.
4     So the first thing we have to do always when
5  we're looking at testing is look at the last value    11:19:17
6  or the lab normal. So sometimes the lab value and
7  the textbook value defers, that's one very important
8  thing.
9     So the textbook might say an ALT or AST of 50
10 or 60 is normal or abnormal. And the lab value    11:19:35
11 where the lab is being done may be lower or higher,
12 not making the patient be abnormal on the lab.
13     So that's one thing we look at. And the
14 second thing is, that he had values that were
15 elevated all the way back to when he was a teenager.    11:19:49
16 So I don't know how I -- well, I guess what I'm
17 saying is, I don't know how I would classify that as
18 abnormal because for him -- for him they were
19 normal, is what I'm trying to say. That for him, he
20 individually always had elevated liver function    11:20:09
21 tests from the time he was a teenager.
22     Q  Okay. But my question again was, as compared
23 to the general population, so I'll -- I'll start
24 the -- I'll state the question again to be a little
25 clearer.    11:20:30

Page 121

1     What is the range that is considered normal
2  for an ALT reading under current medical guidelines?
3     A  So the guidelines -- okay, so that's a very
4  broad question because every guideline is different,
5  because every lab is different. Every lab, if we    11:20:47
6  just look at the United States, every lab, there is
7  no one value -- no one range. Every lab, whether --
8  and I can quote, like, for example, lab for quest,
9  or a local lab, or a rural lab, or a university lab.
10 Every lab is different because their machine is    11:21:04
11 different. And the -- the methods that they use and
12 the -- the chemicals that they use are different, so
13 there is no normal normal. The guidelines list a
14 range of what could be normal and each lab has its
15 own normal, so I'm not sure what the lab normals    11:21:26
16 were in his case for him.
17     Q  When you say the guidelines risk -- list a
18 range of what could be considered normal, what is
19 that range for ALT?
20     A  Each guideline is different so I don't    11:21:37
21 remember. I don't remember the exact number.
22     Q  Okay. Could you estimate what the range is?
23     MR. NIGH: Form objection.
24     THE WITNESS: I think -- I really don't
25 remember and I don't want to be inaccurate in my    11:21:51

31 (Pages 118 - 121)

Page 122

1  answers to you, so it would have to be -- it would
2  be a complete guesstimate.
3  BY MS. ROSE:
4      Q  And could you estimate what the guidelines
5  say are -- is the normal range of AST numbers?    11:22:02
6      A  So here, I can -- the one thing I can say is
7  on my list here, on my table here, I did list the
8  normal in 2020.  And the normal in that lab was 12
9  to 39.  And this was the normal at the lab he was
10  drawn at in 2020.                    11:22:21
11     Q  Right.
12     A  So using -- that's not a guideline normal.
13     Q  Apologies.  I didn't mean to interrupt.
14     A  Sorry.
15     Q  All right.  You agree that all of the AST    11:22:30
16  numbers for Mr. Roberts are above the range of 12 to
17  39; correct?
18         MR. NIGH:  Form objection.
19         THE WITNESS:  So we can't extrapolate that
20  because each lab is different.  I believe, based on    11:22:45
21  my reading of his reports that he went to many
22  different labs, many different hospitals and -- and
23  systems.
24         So I can't extrapolate that to those last
25  two, but the last two based -- the last two, when he    11:22:59

Page 123

1  was extremely sick with carcinoma and on treatment,
2  the normal lab value was listed as 12 to 39 for that
3  lab for AST, and his AST was 51.
4      Q  Okay.  And on each of these -- I'll refer to
5  them as separate graphs, the ALT graph and the AST    11:23:24
6  graphs.  On each of these graphs there are two
7  parallel red lines.
8         What do those red lines signify?
9         THE WITNESS:  For me I put them in to show
10  that there was -- so basically, it we look at the    11:23:48
11  lab -- or labs on the -- on the graph, you can
12  pretty much say it's quite stable.
13         You can pretty much put a ruler on it and it
14  won't be too skewed, except the values between those
15  red lies, I was trying to say, that when he    11:24:00
16  presented in July -- on July 18th, 2018, he had
17  these lab values that are -- were significantly
18  elevated and then they went down.
19         So I felt that this was an acute event based
20  on that and I put that -- that lab value in those    11:24:19
21  red parallel lines to sort of point towards that
22  acute event that changed the -- the numbers.
23     Q  And do you have an opinion on what that acute
24  event was that changed the numbers in 20 --
25  July 2017?                        11:24:35

Page 124

1      A  So what I believe happened, based on the
2  numbers, based on the review of his medical records
3  and the review of all the other literature, what --
4  what I believe in my opinion is, he had rapid growth
5  of hepatocellular carcinoma.  And the day he came in    11:24:58
6  with abdominal pain and these elevated values, he
7  was -- his liver was under undue stress at that
8  time, causing the pain, causing the elevated liver
9  function test.
10         And he was probably -- hepatitis inflammation    11:25:16
11  can be an infection.  Any -- any inflammation in the
12  liver is called hepatitis, so I believe in my
13  opinion that he had an acute event where the liver
14  went under undue stress and showed signs of damage
15  right there and then.                    11:25:36
16     Q  And you believe that acute increase in the
17  AST and ALT levels were attributable to his HCC?
18     A  I -- based on review of the literature I
19  believe that there was some connection with the HCC,
20  however -- however, on the next visit they were    11:25:55
21  normal, so there can be a few reasons for that.
22         Number one, it was an acute event marked by
23  acute inflammation and basically an acute worsening
24  of the Hepatitis C, an urgent growth in the
25  Hepatitis C that caused this grow -- this elevation    11:26:16

Page 125

1  in the lab test.
2         The second could be, that he came in and he
3  was going through an acute event and this was just
4  an inflammatory pseudo increase.  So basically, he
5  comes in, he's not feeling well, he's going through    11:26:34
6  this acute liver injury and there is an abnormal
7  liver function test that once he's calmed -- once
8  he's, you know, given IV fluids and given pain
9  medications, they get better.
10         And the third thing that might explain it is,    11:26:46
11  that this was just an incorrect lab.  So sometimes a
12  lab is drawn and they're off, either because of the
13  way it was drawn or because the machine didn't
14  calibrate or whatever the reason might be, so that
15  was a serious elevation or a pseudo elevation and    11:27:05
16  then it went away.
17         So those are the three possible things that I
18  can think of to explain why that one value
19  throughout his course was elevated.  That's what --
20  what I came up with.                    11:27:24
21     Q  Okay.  Dr. Siddiqui, I'm going to ask if you
22  have the sources from which the images on page 1 and
23  page 2 of this document?
24     A  Page 1 and page 2.  Page 1 and page 2.
25     Q  I guess, I'm sorry, it's not even a question,    11:27:46

32 (Pages 122 - 125)

Page 126

1  really.
2      I'm going to ask if you have the sources from
3  which the imagines on page 1 and page 2 of this
4  document came from, can you please produce those to
5  defendants?                    11:27:58
6  A  Like right now?
7  Q  No, just after the deposition.
8  A  Oh, okay.
9  Q  Are you able to do that.
10  A  Oh, yes.  I mean, yes, I have them, yeah.    11:28:08
11  Q  Thank you.
12      MR. NIGH:  And I'll just put for the record
13  that she's mentioned multiple times that she
14  believes these came from the studies that she listed
15  in her reliance list and citations in her report.    11:28:20
16      MS. ROSE:  Yes, and I'm asking the witness to
17  identify the specific documents from which she took
18  these images that were produced to us.
19  BY MS. ROSE:
20  Q  All right.  Dr. Siddiqui, am I correct, you    11:28:39
21  used a differential diagnosis as the methodology to
22  determine that the exposure to NDMA and Valsartan
23  was the only substantial factor in causing
24  Mr. Roberts' HCC; correct?
25  A  Correct.                    11:28:51

Page 127

1  Q  And am I also correct that your differential
2  diagnosis methodology involved two steps?  First,
3  identifying all of Mr. Roberts' potential risk
4  factors for HCC, and then, ruling in or ruling out
5  each risk factor as a contributing cause of    11:29:09
6  Mr. Roberts' HCC.
7  A  Correct.
8  Q  And through that process, you ruled out every
9  single risk factor as a substantial factor in
10  causing Mr. Roberts' HCC besides his exposure to    11:29:26
11  Valsartan containing NDMA; correct?
12  A  Correct.
13  Q  All right.  I want to talk about some of the
14  risk factors that you ruled out.
15  A  Sure.  I'm getting to that page.    11:29:42
16  Q  Sure.  If it helps you, we're going to be
17  talking about page 21 of your report.
18  A  Oh, thank you, okay.
19      Yes, thank you.
20  Q  So on page 21 of your report, you state that    11:29:57
21  "cirrhosis is one of the most significant risk
22  factors for HCC"; correct?
23  A  Correct.  I'm sorry.  One second, please.
24  Let me just -- yes, yes, I do.
25  Q  And you also describe cirrhosis on the next    11:30:10

Page 128

1  page -- hold on.  Actually, it's early on the same
2  page, under the "Nonalcoholic Liver Steatohepatitis"
3  section, you state that "NASH is a more severe form
4  of MASLD.  Studies have indicated that up to
5  20 percent of NASH patients go on to develop    11:30:41
6  cirrhosis, which is a major risk factor for HCC";
7  correct?
8  A  Correct.
9  Q  Did you do a literature search to identify
10  literature evaluating the size of the increased risk    11:30:50
11  of HCC that's associated with cirrhosis?
12  A  The size?
13  Q  Sure.  The relative risk -- I'll start my
14  question over.
15      Did you do a literature search to determine    11:31:06
16  if there are studies identifying the relative risk
17  of HCC associated with cirrhosis?
18  A  I did.
19  Q  And are those -- did you find studies
20  identifying the relative risk of HCC associated with    11:31:29
21  cirrhosis?
22  A  Yes.  So there are -- I researched a lot of
23  studies.  I reviewed a lot of studies.  So cirrhosis
24  is one of the main risk factors for HCC.  It is one
25  of the main risk factors for HCC and it can cause    11:31:49

Page 129

1  HCC.  Not all cirrhotic patients get HCC.  Some
2  cirrhotic patients get better.  Some cirrhotic
3  patients stay the same, and some cirrhotic patients
4  get HCC.
5      Also, there is a progression from cirrhosis    11:32:01
6  or early cirrhosis or mild cirrhosis or compensated
7  cirrhosis or however you want to say it, where they
8  see some signs on the image, but they don't see it
9  in the patient.
10      The patient is doing well and there are no    11:32:19
11  physical patients where you would not as an
12  oncologist diagnose someone with cirrhosis, or as a
13  physician diagnosis someone with cirrhosis.
14      And then there's a progression all the way up
15  to -- in some patients -- in some patients,    11:32:31
16  cirrhosis that causes complete fibrosis of the
17  liver, complete dysfunction of the liver, in some
18  patients that then leads to, in some patients, HCC.
19      And the -- there's a timeline that's been
20  looked at.  It's very specific, how you look at the    11:32:48
21  timeline of diagnosis.  The first diagnosis of
22  cirrhosis where someone says, yes, this patient or
23  person has cirrhosis, on average, when they get
24  the HCC for those patients who do get the HCC
25  because not every cirrhotic patient gets HCC.    11:33:08

33 (Pages 126 - 129)

Page 130

1    Q  Got it.  Doctor, with all respect, and I
2  understand you're trying to be thorough and -- and
3  answer questions carefully, but I don't think you're
4  answering my question again and it's sort of been
5  happening throughout the deposition, where I ask one    11:33:22
6  question and then you give me a completely different
7  response.
8        So I'll ask my question and I'm going to see
9  if you can just try to answer that question.
10       A  I'm sorry.  I thought I was.              11:33:31
11    Q  That is okay.
12       MR. NIGH:  Hold on.  I would object to that
13  narrative.  She's been very responsive during this
14  deposition.
15  BY MS. ROSE:                                    11:33:41
16    Q  So Doctor, you said you conducted a
17  literature review and I asked if you found studies
18  identifying a relative risk of HCC associated with
19  cirrhosis.
20       A  Okay.  Yes, I did.  And I did say, yes, I did    11:33:55
21  and then I sort of gave context of it.
22    Q  Okay.  So what did you -- in the literature
23  that you identified, what was the relative risk of
24  HCC associated with cirrhosis that were reported?
25       MR. NIGH:  Form objection.              11:34:15

Page 131

1        THE WITNESS:  So I don't remember the exact
2  numbers, but on my report, I talked about the annual
3  incidence of HCC in patients with diagnosed
4  cirrhosis at 2 to 4 percent.  And from the time
5  cirrhosis is first diagnosed, it takes approximately    11:34:36
6  seven to ten years between -- before increased rates
7  of HCC are observed and the article that I cited
8  to -- the Johnson article talked about the rates,
9  but I don't remember the exact rates.
10  BY MS. ROSE:                                    11:34:55
11    Q  In doing your literature review, did you come
12  across an article by Tarao et al from 2019 titled
13  "Real impact of liver cirrhosis on the development
14  of hepatocellular carcinoma in various liver
15  diseases - meta-analytic assessment"?              11:35:12
16       A  Well, let me just quickly take some time to
17  review my literature.  You said Tarao?
18    Q  Yeah, T-A-R-A-O.  And while you've reviewing,
19  I'll introduce for the record that article, which
20  may help you.  I'll introduce as Exhibit 8, tab 13.    11:35:32
21       (Exhibit 8 was marked for identification
22       by the court reporter and is attached hereto.)
23       THE WITNESS:  I have reviewed so many
24  articles.  I don't remember if I reviewed that one
25  or not, but I reviewed a lot so I'm not sure?        11:35:52

Page 132

1  BY MS. ROSE:
2    Q  Okay.
3       A  Shall I go to the medical exhibit screen?
4    Q  Yes, please.  It's going to be as Exhibit 8
5  on your screen.                                 11:36:01
6       A  And I open Exhibit 8, this is Tarao et al.
7  Okay.  Thank you, yeah.
8    Q  And if you look at the background in the
9  abstract, it says, "It is well known that the
10  incidence of developing hepatocellular carcinoma    11:36:20
11  (HCC) is increased in liver cirrhosis of different
12  etiologies.  However, comparison of HCC incidence in
13  various instances has not yet been estimated.  We
14  surveyed this comparison."
15       Do you see that?                           11:36:38
16       A  I do.
17    Q  And in -- I'm sorry.  Right beneath that, in
18  the "Results" section, it says, "The annual
19  incidence (%) of HCC in the non-cirrhotic stage and
20  cirrhotic state, and the ratio of HCC incidence in    11:36:46
21  the cirrhotic stage/non-cirrhotic stage were as
22  follows."
23       And it lists different etiologies, and
24  etiology E is listed as NASH.
25       Do you see that?                           11:37:03

Page 133

1    A  Yes.
2    Q  Okay.  And it states there that there is a
3  45.00-fold increase in HCC associated with
4  cirrhosis; correct?
5       A  Yes, according to this, yes.              11:37:15
6    Q  Do you recall now if you reviewed this?
7       A  It seems very familiar, yes but I -- yeah, I
8  reviewed so many that -- so may I -- so was there a
9  question to this?  Because I would love to actually
10  go through and look at the subjects and the          11:37:37
11  materials and methods if that's okay.
12    Q  Well, can I just ask you a couple of
13  questions and then you can go through, if you'd
14  like?
15       A  Sure.  And then definitely, I can answer    11:37:47
16  those after I've -- whatever question you're asking,
17  I can then review that and then answer that to the
18  best of my ability.
19    Q  Sure.  Okay.  Looking at page -- it's page
20  1057 at the top of the document.                11:38:03
21       A  Sorry.  I think -- okay.  Okay.
22    Q  Do you see that there?
23       A  Yes.
24    Q  On the second column, last paragraph, it
25  says, "In this study, we also demonstrated that the    11:38:19

34 (Pages 130 - 133)

Page 134

1  incidence of HCC is markedly increased."
2      And in parentheses, "(2.79- to 45.00-fold) in
3  the cirrhosis state compared to the non-cirrhotic
4  state, irrespective of the etiology of liver
5  disease."                    11:38:37
6      Do you see that?
7  A  Yes.
8  Q  And you have stated that you believe that you
9  reviewed this article prior to providing your expert
10  report in this occasion; is that correct?    11:38:50
11  A  I reviewed many articles, but I wanted to
12  make one comment here about this article.  So you
13  took me to page 1057, which is the discussion part
14  of it, and they talk about -- what they say is, "In
15  the study, we found that the incidence of HCC is    11:39:08
16  highest in HCV," which is 4.81 percent per year,
17  "and second highest in HBV," 3.23 percent per year.
18      Which is -- actually, we were discussing HCC
19  in the -- the graph that we talked about.  "Followed
20  by alcoholic liver disease," 2.06 percent.    11:39:26
21      And I'm paraphrasing a little bit.
22      It says, "alcoholic LC."  And then "PB,"
23  which is primary building cirrhosis, 1.79 percent.
24  And then NASH at 1.35 percent and then primary
25  hemochromatosis at 1.20 percent and then autoimmune    11:39:45

Page 135

1  hepatitis, which is AIH, at .53 percent.
2      So actually -- and again, I would need to go
3  up and look at the subjects that were considered,
4  but actually, what it's saying is the same thing
5  that the previous study -- the -- the graph that we    11:40:01
6  discussed.
7      And in general, what everyone is talking
8  about, that when you see someone with hepatitis, the
9  number one risk of cirrhosis is -- when you look at
10  the patient population, the number one risk of    11:40:15
11  cirrhosis is coming from the viruses, the Hepatitis
12  C and Hepatitis B.
13      And then after that is alcoholic liver
14  disease and after that is primary liver cirrhosis
15  and NASH is one of them at a much lower percent than    11:40:28
16  the others.
17      And I just want to quickly go up here in
18  the -- I just quickly wanted to look at who was
19  considered.  This study was done at the Yokohama
20  Municipal Hospital in Japan and the number one thing    11:40:45
21  we always look at when we're talking about studies
22  and incidence rates and how they get into cirrhosis,
23  Japan has a very different patient population than
24  the United States, number one, because in cirrhotic
25  livers and in Hepatitis C, Asians have more of a    11:41:08

Page 136

1  propensity to have HPV, have more of a propensity to
2  even get cirrhosis.
3      And secondly, the way cirrhosis is followed
4  in Japan and the way it's followed in the United
5  States is different.  Their guidelines are different    11:41:23
6  because cirrhosis is so prevalent in Japan and their
7  diet also has a lot to do with it.  The Japanese
8  diet, as pertains to NASH and NAFLD and MASH and
9  MAFLD, all of that has been looked at because the
10  Japanese diet is very different.        11:41:42
11      So, yes, the study is a good study and it
12  gives us some good data points, but do all of these
13  data points apply to our plaintiff, Mr. Roberts?
14      Well, he's not Japanese or Asian.  He did not
15  have Hepatitis C or B or primary biliary cirrhosis    11:42:03
16  or alcoholic liver disease.
17      He possibly had signs, according to the
18  radiologist in 2016, but I would not have diagnosed
19  him with cirrhosis in 2016.
20      In 2018, he had aggressive cirrhosis at the    11:42:17
21  same time as hepatocellular disease.
22      So again, to me, the timeline doesn't make
23  sense and the statistics don't make sense,
24  especially if the statistics are pulled from an
25  Asian population done by an Asian study group from    11:42:33

Page 137

1  Yokohama.
2  Q  Okay.
3  A  It just doesn't make sense.  Of course
4  it's a good study.  It's a great data point, but in
5  this case, I don't know how to correlate it.    11:42:46
6  Q  And do you know what the relative risk of
7  cirrhosis -- sorry.  Do you know what the relative
8  risk of HCC associated with cirrhosis among patients
9  in the United States is?
10      MR. NIGH:  Form objection.        11:43:06
11      THE WITNESS:  In the United -- in the United
12  States --
13      MR. NIGH:  You can answer.
14      THE WITNESS:  Sorry.  In the United States --
15  and I don't have an exact number.  In the United    11:43:13
16  States -- it's there, but in the United States,
17  cirrhosis -- so again, we have to look at the -- so
18  in the timeline of HCC, before HCC cirrhosis,
19  whatever -- however long it took -- usually, it
20  takes year, decades.  In our patient, it was a few    11:43:32
21  years, that's why I believe the carcinogen NDMA
22  caused it.
23      But overall, when you look at HCC, you look
24  at cirrhosis, before cirrhosis, what caused the
25  cirrhosis.  So you look at the different etiologies    11:43:45

35 (Pages 134 - 137)

Page 138

1  of cirrhosis.
2      And in the United States, basically what I
3  have in my report that I have listed to is that in
4  the United States, the annual incidence of HCC in
5  patients with diagnosed cirrhosis is 2 to 4 percent.  11:44:01
6      The -- there are other cirrhosis data and
7  studies, but I don't know the exact number so I
8  can't quote it.
9  BY MS. ROSE:
10     Q  All right.  That figure is the incidence of  11:44:12
11 cirrhosis, not the relative -- sorry.  Not the
12 relative risk associated --
13     A  Correct.
14     Q  -- with cirrhosis; correct?
15     A  Correct, correct.  11:44:22
16     Q  And you haven't -- you haven't identified any
17 studies identifying the relative risk of HCC
18 associated with cirrhosis; correct?
19     A  I have --
20     MR. NIGH:  Objection.  11:44:33
21     THE WITNESS:  I have reviewed multiple
22 studies with relative risk.  I didn't write it in my
23 report, the relative risk.  I think that I did not,
24 but the studies that I have reviewed, most of
25 them -- a lot of them talk about relative risk and  11:44:46

Page 139

1  so yes, I have identified and reviewed multiple
2  studies that talk about by relative risk.
3  BY MS. ROSE:
4      Q  Okay.  But you don't have any --
5      A  That's listed.  11:45:02
6      Q  I'm sorry.  I didn't mean to cut you off.  Go
7  ahead.
8      A  Please go ahead.
9      Q  I just want to make sure, you haven't cited
10 studies in your report?  11:45:10
11     A  I have cited studies, but what I haven't done
12 is put down value for relative risk here in the
13 cirrhosis section.
14     Q  All right.  Do you have an opinion on what
15 the relative risk of HCC is that is associated with  11:45:20
16 cirrhosis?
17     MR. NIGH:  Form objection.
18     THE WITNESS:  So -- so I do not have the
19 exact numbers, but there are various causes of
20 cirrhosis and depending on the cause, the acuity of  11:45:32
21 cirrhosis, and the timeline of cirrhosis could be
22 different and that timeline leads to the relative
23 risk of developing HCC.
24     And there are multiple patients with
25 cirrhosis who may have early stage cirrhosis that  11:45:48

Page 140

1  does not advance.  Early stage being that they have
2  evidence of possibility of cirrhosis on the scans,
3  but they're not presenting with any sort of
4  functional decrease -- or functional liver decrease
5  or any sort of signs of cirrhosis.  You know,  11:46:04
6  typically like just physically.
7      So there are multiple patients with cirrhosis
8  who get better, multiple who stay the same, and some
9  who get HCC, but we must look at the -- why they're
10 getting cirrhosis in the first place to get a better  11:46:26
11 idea of the relative risk.
12 BY MS. ROSE:
13     Q  How did you rule out Mr. Roberts' cirrhosis
14 as a substantial factor in causing his HCC?
15     A  So the method -- so we should talk about  11:46:42
16 the -- we should talk about how HCC is formed, so
17 what happens in carcinomas.
18     So HCC is abnormal liver cells that are not
19 functioning anymore, that are arising from a milieu
20 or an environment where there's a lot of  11:47:04
21 inflammation, a lot of scarring, and just an
22 overactive liver that cannot sustain itself.
23     And so most studies talk about a progression.
24 They talk about some sort of event, whether that's
25 in -- in the diagram that's with were discussing or  11:47:19

Page 141

1  the article that you showed me.  They talked about
2  Hepatitis C, so a viral -- a virus replicate inserts
3  itself into the RNA or the DNA and causes DNA
4  changes or molecular bases changes, so Hepatitis C
5  or Hepatitis B do that.  11:47:39
6      Or like alcoholic liver disease, there's
7  inflammation.  There's increased inflammation.
8  There's fat deposition and because of that, the
9  inflammatory changes and the receptor -- the
10 cytokines that are then pulled towards the liver,  11:47:51
11 that causes scarring and fibrosis and causes -- can
12 cause cirrhosis and that cirrhosis goes into HCC.
13     And then you can have this MASLD or fatty
14 liver disease or however you want to call it, where,
15 again, there's fat deposition and some patients get  11:48:11
16 more fat deposition, more inflammation and over
17 time, that can lead to cirrhosis.  That can then
18 lead to hepatitis.
19     However, all of these things have a time,
20 they have an evolution.  11:48:26
21     So from the time of normal hepatocyte goes
22 into and turns into an aggressive hepatocellular
23 carcinoma cell, that entire process, whichever one
24 that we discussed, whether it's Hepatitis C or B, or
25 whether it's alcoholic liver disease or whether it's  11:48:48

36 (Pages 138 - 141)

Page 142

1  fatty liver disease, if I can use that term, any of
2  those take time.
3       So the time to fibrosis is around -- from
4  initial -- from the initial -- when they're
5  initially exposed to it, the time to fibrosis, not    11:49:01
6  cirrhosis. The time to fibrosis and scarring is
7  around ten, 15, 20 years. The time from fibrosis to
8  cirrhosis is around another ten to 20 years. And
9  the time from cirrhosis to HCC is anywhere from
10  seven to 30 years, I read somewhere, but I listed    11:49:25
11  seven to ten, but it's nearly a decade.
12       However, here, in our case, we have
13  Mr. Roberts who was not diagnosed with cirrhosis in
14  2016. I wouldn't have diagnosed him with cirrhosis.
15  He was diagnosed based on the radiological features    11:49:45
16  that, yes, he had some cirrhosis, but he had no
17  physical features of cirrhosis, so there was no
18  diagnosis of cirrhosis made.
19       So in 2016, there's no diagnosis of cirrhosis
20  made and within two years, he has aggressive    11:49:59
21  cirrhosis and he has an aggressive, large amount of
22  tumor burden with HCC.
23       The timing of those, whether you -- whether
24  you want to look at the cirrhosis in 2016, which was
25  not diagnosed with cirrhosis, and called cirrhosis    11:50:14

Page 143

1  or you look at the cirrhosis in 2018, the timing is
2  not enough. There are not enough years based on all
3  the literature that we've reviewed. There's not
4  enough years. There's no -- there's not even a
5  decade. It's less than a year or maybe two, if    11:50:31
6  you're looking at it.
7       And that goes -- it's very consistent with
8  him, Mr. Roberts taking a carcinogen that has been
9  shown in animal studies to cause carcinomas, to
10  cause liver cancer, to cause HCC. It's shown in    11:50:46
11  animal studies to cause HCC within a few -- within a
12  few months, with even one high dose.
13       So we know that Mr. Roberts was exposed to
14  such high levels of NDMA. Based on my
15  understanding, my reading, based on all of that, we    11:51:04
16  know that he was exposed to such high levels, for
17  such a long time, more than a year. Nearly two
18  years of this exceptionally NDMA, which we know
19  causes liver cancer in animal studies.
20       We know that he has these risk factors that    11:51:19
21  -- that were so low that weren't even diagnosed.
22  That's how they were. And here he is within two
23  years of having two scans, having aggressive
24  carcinoma.
25       So that is my reason for ruling everything    11:51:32

Page 144

1  else out because the timing does not make sense and
2  we must pay attention to the timing. The timing
3  just does not make sense.
4       Q  Okay. Dr. Siddiqui, if Mr. Roberts had been
5  diagnosed with cirrhosis based on his April 2016    11:51:52
6  scan by his doctor, would you be able to rule out
7  his cirrhosis as a cause of his HCC?
8       MR. NIGH: Form objection, incomplete
9  hypothetical.
10       THE WITNESS: Please, could you ask that    11:52:10
11  question again?
12       BY MS. ROSE:
13       Q  Sure. If Mr. Roberts had received a
14  diagnosis of cirrhosis based on his April 16th scans
15  from his medical provider, would you be able to rule    11:52:17
16  out that cirrhosis as a substantial factor in
17  causing his HCC?
18       A  But he still had -- everything else was the
19  same? Like he took NDMA in Valsartan?
20       Q  Everything else was the same. The only    11:52:37
21  difference would be that the doctor on his report in
22  2018 said "diagnosis of cirrhosis"?
23       MR. NIGH: Form objection.
24       THE WITNESS: So -- so to be completely
25  wholistic and look at this completely, you know,    11:52:51

Page 145

1  absolutely with intention rigor, as you said, I
2  would even -- even if I assumed -- so say, I made
3  that assumption and the radiologists are saying that
4  the radiologist Dr. Mele in hindsight and
5  Dr. Turniak in hindsight, they mentioned that they    11:53:17
6  believed he had cirrhosis, so I'm not going to
7  discount that.
8       But even with that, the fact of the matter
9  is, even with that cirrhosis, he was exposed to the
10  carcinogen NDMA and he did get HCC within two years,    11:53:27
11  say, if we assumed the hypothetical.
12       He got HCC within two years of getting that
13  diagnosis and we know that the literature says that
14  the progression from a diagnosis of HCC -- so if
15  he's diagnosed in 2016, the progression of the    11:53:46
16  diagnosis from cirrhosis to HCC is sometimes --
17  never happens.
18       Sometimes it never happens. Sometimes it
19  happens, like single digits per year and when it
20  happens, it takes a long time to happen. It    11:54:04
21  takes -- as I mentioned, seven years to 30 years.
22       And the data is clouded on that because as I
23  mentioned before, most of the studies are not
24  looking at an overall healthy liver like
25  Mr. Roberts. They're looking at a cirrhotic liver    11:54:21

37 (Pages 142 - 145)

Page 146

1  that came from -- the origin of that cirrhosis was
2  Hepatitis C, which causes an exceptional amount of
3  inflammation and cellular changes because it
4  actually is inserting itself into the DNA.
5      And those seven to 30 years are based on the    11:54:41
6  same population that we've been discussing and most
7  of those patients have Hepatitis C and this person,
8  this patient, Mr. Roberts did not have Hepatitis C.
9      So I would argue that even if he was
10 diagnosed in 2016, I would make the argument that he  11:54:56
11 didn't have Hepatitis C, he didn't have Hepatitis B,
12 he didn't have alcoholic liver disease, he didn't
13 have primary biliary cirrhosis.
14     He had what we call fatty infiltration in the
15 scans, on the scans, so none of these things         11:55:08
16 would -- would -- none of the literature points
17 towards anyone getting this cirrhosis and HCC within
18 two years of diagnosis.  It just -- it's not there.
19 It's not there.
20 BY MS. ROSE:                                          11:55:27
21  Q  How long, in your opinion, does a patient
22 have to have cirrhosis before they are at an
23 increased risk of HCC?
24  A  That's a really -- I think that's a really
25 interesting question because most people don't have  11:55:43

Page 147

1  the answer to that.
2      So cirrhosis -- and I keep mentioning mild or
3  compensated or whatever.  Basically, again, the
4  diagnosis of cirrhosis is made based on fibrosis or
5  fiber cells that scar the liver.  And there are some  11:55:59
6  people who have cirrhosis.  They're diagnosed with
7  cirrhosis because there's one small area that has
8  fiber scarring.
9      And on the other spectrum, there are patients
10 who are diagnosed with cirrhosis who have the entire  11:56:11
11 liver, 80 percent of the liver that's scarred.
12     And so we can't answer -- I don't think we
13 can answer that question accurately.  I don't think
14 we can answer that question accurately because it
15 all depends on what caused the cirrhosis, what led   11:56:25
16 to the liver getting these changes and that make a
17 big difference, I think.
18  Q  I want to go back to a question that I asked
19 because I want to make sure I have your answer
20 clear.                                                11:56:44
21     So the hypothetical where -- that I asked you
22 if the entire case we were the same, the only
23 differences was that on the April 2016 radiological
24 report the radiologist had written "patient has
25 cirrhosis."  Nothing else changes.                    11:56:56

Page 148

1      Would that affect your opinion in this case
2  that Mr. Roberts only substantial factor for his HCC
3  was exposure to measuring NDMA and Valsartan?
4      MR. NIGH:  Form objection.
5      THE WITNESS:  So no, it would not affect my     11:57:18
6  opinion because I made the assumption based on
7  the -- based on the reports by both the experts,
8  both the -- the excellent radiologists and by
9  reviewing it.
10     So if there are -- say, for example, if there   11:57:37
11 are changing of cirrhosis, I went in with the mind
12 saying, well, let's assume that there is cirrhosis,
13 if there is cirrhosis.  Let's assume there is a
14 cirrhosis.  Even though they didn't give him a
15 diagnosis, even though he had no physical changes --  11:57:49
16 physical changes of cirrhosis, let's assume there is
17 cirrhosis.
18     Even then, the timeline would not make sense
19 to me so it would not change my -- my opinion.
20 BY MS. ROSE:                                          11:58:09
21  Q  So it's your opinion that diagnosed cirrhosis
22 cannot progress to HCC in what period of
23 approximately 21 to 22 months?
24     MR. NIGH:  Form objection.
25     THE WITNESS:  So I'm not saying ever or never    11:58:31

Page 149

1  because there are always outliers.  What I'm saying
2  is that the bulk of literature, number one, look at
3  patients who have underlying risk factors,
4  significant risk factors that lead to cirrhosis.
5      And secondly, the bulk of the literature        11:58:49
6  points towards a slow, study change and those
7  patients who do get HCC from cirrhosis, not all of
8  them do.  Those who do, usually, more often than
9  not, go through a slow and steady change.
10 BY MS. ROSE:                                          11:59:08
11  Q  All right.  Dr. Siddiqui, you just referred
12 to the bulk of the literature, suggesting that
13 cirrhosis cannot progress to HCC within a period of
14 21 to 22 months and I want to talk about that a
15 little bit.                                           11:59:29
16     The only literature that I'm aware of that
17 you cite in your report regarding the amount of time
18 it takes for cirrhosis to progress to HCC is the
19 Johnson article that's cited in -- on page 22 of
20 your report at note 45; is that correct?              11:59:46
21  A  Yes.
22  Q  So when you talk about the bulk of the
23 literature suggesting that it's not common knowledge
24 for HCC -- sorry -- it's not common for cirrhosis to
25 progress to HCC in a period of 20 to 22 months, are  12:00:13

38 (Pages 146 - 149)

Page 150

1  you relying on anything other than the Johnson
2  article?
3      A  Yes, I'm relying on a bulk of literature,
4  many literature -- many peer-reviewed articles.  The
5  thing is that when I'm writing a report, I am trying    12:00:27
6  to make it as precise as possible.  So while I
7  reviewed a multiple of articles, I chose one article
8  that I feel gave you good data.
9      Q  Okay.  But you didn't include any of these
10 other unidentified multitude of articles on your    12:00:53
11 materials considered list; correct?
12     A  They're not unidentified.  A lot of the
13 articles in the materials considered list what we're
14 talking about.  They list cirrhosis.  In fact, most
15 articles dealing with HCC talk about cirrhosis, so    12:01:08
16 they're not identified.  They're all in my materials
17 considered list.
18     Q  Sorry, I was talking -- you said that there
19 was a multitude of literature suggesting that
20 cirrhosis cannot progress to HCC or usually does not    12:01:20
21 progress to HCC within a period of 21 to 22 months.
22     I don't know if that was a question.  Hold
23 on.  I'll say it again.
24     You said there was a multitude of literature
25 suggesting that cirrhosis usually does not progress    12:01:38

Page 151

1  to HCC within a period of 21 to 22 months and my
2  question is did you include those materials on the
3  materials considered list and what are they?
4      MR. NIGH:  Form objection.
5      THE WITNESS:  So -- so firstly, I didn't use    12:01:53
6  that sentence.  I don't think that sentence is one I
7  said about the 21 to 22 months.  I don't think
8  that's my sentence.
9      I really want to be very accurate about my
10 sentences because I'm trying to give very well    12:02:04
11 thought out, nuanced answers for you and I'm trying
12 to be very, very accurate.  So to have my sentences
13 turned into a sentence that you have -- you are
14 saying to me, I don't feel that's accurate so I
15 never said that.  I never said 21 to 22 months is    12:02:21
16 not this or that.
17     What I was talking about, firstly, the
18 calculation of how many months was -- I think a few
19 minutes ago.  I can't remember when.  And then I was
20 talking about how I'm trying -- I was trying to    12:02:34
21 explain how going from an event -- whatever exposure
22 we're talking about, if we look at cirrhosis in
23 general.
24     What I was talking about is in general most
25 articles and we do -- you know, any of the articles    12:02:51

Page 152

1  that talk about cirrhosis and HCC, they talk about a
2  progression.  And most articles talk about that
3  progression as a slow and steady thing.
4      So I never mentioned 21, 22 months.  In fact,
5  I did tell you there are outliers.  Outliers can    12:03:07
6  happen but in general, whenever you look at an
7  article talking about cirrhosis and HCC, you will
8  see some -- you will see some common denominators.
9      Firstly, they'll talk about the subjects,
10 whether they're Asian or have viruses or whatnot or    12:03:27
11 alcoholic liver disease.
12     And then secondly, they'll talk about
13 cirrhosis and they'll link to other articles that
14 talk about cirrhosis in detail and they'll link to
15 other articles that talk about progression of    12:03:39
16 cirrhosis in detail.
17     So there are articles.  They're not
18 unidentified.  There are multiple articles and
19 they're either eluded to in the articles that I list
20 in my materials considered list or they are in the    12:03:53
21 materials considered list itself.  There's multiple
22 articles talking about that.
23 BY MS. ROSE:
24     Q  Okay.  But you can't point to any of them
25 sitting here, Doctor?    12:04:03

Page 153

1      A  Well, I just did, at 145.  Johnson, et al.
2      Q  Sorry, besides Johnson.  We talked about
3  that.  Besides the Johnson article?
4      A  Oh, I'm sorry you said I can't list any and
5  that's one, but there are many.    12:04:16
6      Q  Okay.  But besides the Johnson article,
7  sitting here today, you can't identify any other
8  articles?
9      MR. NIGH:  Form object.
10     THE WITNESS:  Well, here's the thing, I put    12:04:23
11 in -- I put in a citation -- excuse me.  Excuse me.
12     I put in a citation that I felt was relevant
13 and there are multiple articles that connect to that
14 citation and multiple articles that standalone, but
15 I don't remember off the top of my head because I    12:04:46
16 have read so many articles.
17 BY MS. ROSE:
18     Q  Okay.  Dr. Siddiqui, if we could look at your
19 report on page 21.
20     A  21.  Sorry.  One second.  Okay.    12:04:55
21     Q  Under the "Cirrhosis" section, second
22 sentence.  It says, "Cirrhosis is caused by chronic
23 liver damage due to a wide variety of potential
24 causes, such as viral hepatitis, chronic excessive
25 alcohol consumption, MASLD, and NDMA exposure."    12:05:27

39 (Pages 150 - 153)

Page 154

```
 1        Do you see that?
 2    A   Yes.
 3    Q   What is your basis for the statement that
 4  cirrhosis is caused by NDMA exposure?
 5    A   I was basing this on the multiple articles    12:05:42
 6  that I read and animal studies and EP studies and
 7  reviewing literature, reviewing his medical records,
 8  I based my opinion on that.
 9    Q   Okay.  But you don't cite anything in your
10  report for that proposition; correct?            12:06:03
11    A   I go on.  Excuse me just one second.  I move
12  on to page 25 where I talk about -- extensively
13  about NDMA causing carcinomas and those carcinomas
14  and what happens just before the carcinomas and
15  those types of things.  I speak extensively about    12:06:35
16  NDMA.
17    Q   I don't see anything here supporting the
18  statement that NDMA exposure causes cirrhosis,
19  though.
20        Do you see anything?                    12:06:45
21    MR. NIGH:  Form objection.
22    THE WITNESS:  One second, please.  I just
23  want to check one thing.
24        So there were -- there were articles -- so I
25  point towards articles that -- I point towards    12:07:12
```

Page 155

```
 1  animal studies that talked about liver damage on
 2  that page.
 3  BY MS. ROSE:
 4    Q   Which articles are you referring to,
 5  Dr. Siddiqui?                            12:07:26
 6    A   It's the George, so it's the "Molecular
 7  mechanisms in the pathogenesis of" -- for -- it's
 8  "N-nitrosodimethylamine induced hepatic fibrosis."
 9  That was one.
10        And then there was this animal study, 163,    12:07:47
11  toxicological profile.  And in the depths of that
12  article, they talk about liver damage and possible
13  fibrosis, I believe.  I have too -- I don't remember
14  it off the top of my head.
15        And when they talk about hepatocellular    12:08:08
16  carcinoma arising in animals, they talk about if --
17  where does the carcinoma come from.  It comes from a
18  milieu of fibrosis and scarring.
19    Q   Are you aware of any published scientific
20  evidence supporting the notion that exposure to NDMA    12:08:30
21  causes HC -- sorry -- causes cirrhosis in humans?
22    A   Sorry.  Please repeat the question again.
23    Q   Sure.  Are you aware of any published
24  scientific literature supporting the statement that
25  exposure to NDMA causes cirrhosis in humans?    12:08:56
```

Page 156

```
 1    A   Okay.  So cirrhosis we're talking about?
 2    Q   Yes.
 3    A   So we -- okay.  So we're not talking about
 4  animal studies.  We're talking about human studies.
 5  So human studies because just because we all know,    12:09:15
 6  we can't expose -- we can't ethically do any human
 7  studies to find out if giving a subject NDMA will
 8  cause cirrhosis.  We just can't do that, right?
 9        So just by that fact, the number of studies
10  are limited because it's absolutely unethical.  It    12:09:34
11  just can't be done.
12        So a lot of what we take in medicine, a lot
13  of it is done, especially when it comes to
14  exposures, is done on -- with animal studies so we
15  do give a lot of weight to animal studies also.    12:09:47
16        As far as human studies, the EP studies that
17  were done.  There were three of them and when they
18  looked at hepatocellular cancer, two of them found
19  an increased risk of hepatocellular cancer and I
20  believe -- now, they were looking back.        12:09:59
21        They were looking back and so -- at -- at
22  records.  So I don't know how much they listed
23  cirrhosis, but the assumption is always that
24  hepatocellular carcinoma, again, is arising from
25  fibrotic liver.  That's the -- that's the milieu    12:10:18
```

Page 157

```
 1  that it arises from.
 2        So as far as human studies, talking about
 3  NDMA causing cirrhosis, they're not done because
 4  they're not ethical.
 5        And when they -- they do -- when -- when they    12:10:31
 6  have looked back at HCC and cirrhosis, those studies
 7  have basically -- you know, we have two, I would
 8  say, good studies that talk about NDMA and cirrhosis
 9  that then -- sorry -- NDMA and HCC, which I believe
10  does come about in an environment of cirrhosis.    12:10:56
11    Q   Okay.  So the basis for your assertion that
12  exposure to NDMA causes cirrhosis in humans is the
13  animal studies listed on page 25 of your report; is
14  that correct?
15    MR. NIGH:  Form objection.            12:11:17
16    THE WITNESS:  The basis, it's not -- it's --
17  I based all my opinions on an extensive literature
18  review, on reading Mr. Roberts' -- reading
19  Mr. Roberts' medical records, and identifying -- as
20  part of that identifying animal studies and also    12:11:41
21  understanding very clearly that there is a lot we
22  can't do because of ethical reasons.  We can't do --
23  we can't give patients NDMA which is such a big
24  carcinogen and see whether they get cirrhosis or
25  cancer at all.                        12:11:55
```

Page 158

1    MS. ROSE: Dr. Siddiqui, I'm going to
2  introduce tab four as Exhibit 9.
3    Let me know when you see it on your screen.
4    (Exhibit 9 was marked for identification
5  by the court reporter and is attached hereto.) 12:12:09
6    THE WITNESS: Sorry, just going back too
7  that. Exhibit 9, okay.
8    Okay. Yes. It's three pages from UCSD.
9  BY MS. ROSE:
10   Q  Yes, so this is a page from the UCSD website   12:12:31
11  dedicated to cirrhosis; correct?
12   A  Correct.
13   Q  Okay. And the third paragraph reads, "The
14  leading cause of cirrhosis in the United States is
15  alcoholism, followed by chronic viral hepatitis. It   12:12:44
16  can also be caused by non-alcoholic fatty liver
17  disease, autoimmune hepatitis and bile duct disease,
18  and genetic disease such as Wilson disease."
19   Do you agree with that statement?
20   A  So this is statement I feel that has been   12:13:03
21  taken from the American Cancer Society and so yes.
22  I mean, those are some of the factors that can cause
23  cirrhosis.
24   Q  And in your institution, UCSD does not
25  mention NDMA further as a potential cause of   12:13:17

Page 159

1  cirrhosis; correct?
2   A  I can't speak towards what the IT Department
3  lists or doesn't list, but on this page that you've
4  just shown me, it's not listed.
5   Q  If Mr. Roberts had some degree of cirrhosis   12:13:33
6  in April 2016, then his first exposure to Valsartan
7  containing NDMA in September 2016 could not have
8  been the cause of that cirrhosis; correct?
9    MR. NIGH: Form objection.
10    THE WITNESS: So I believe that -- again, if   12:14:01
11  we look at the disease in evolution, so my
12  understanding is if my review of his medical
13  records, that he had fatty infiltration. So there
14  may have been some parts of his liver that had some
15  fibrose, not a lot, minimal, I would say based on   12:14:24
16  the scans because they couldn't even diagnose him
17  with cirrhosis in 2016, but say, let's assume what
18  you're saying and what the -- radiologists now
19  say.
20    So let's assume that he had cirrhosis in   12:14:37
21  2016.
22    What I'm saying is that he had cirrhosis in
23  2016 and say, at that time, he was not exposed to
24  NDMA.
25    Now, the cirrhosis, the mild cirrhosis or the   12:14:50

Page 160

1  low-level cirrhosis, the low-level -- so low that he
2  was not diagnosed with cirrhosis in 2016 -- could
3  have been because of other factors like fatty
4  infiltration, et cetera.
5    However, my opinion is that taking the NDMA   12:15:05
6  in such high doses, where even one pill had such
7  exorbitant amounts of NDMA, taking that consistently
8  for nearly two years, it is my opinion that that
9  NDMA worsened any sort of liver function, made him
10  have cirrhosis, made the cirrhosis worse and led to   12:15:29
11  HCC.
12    Because you can't look at the human body in
13  general and the liver specifically as -- as just one
14  time event. It's a constantly dynamic event in
15  evolution.                    12:15:48
16    And so even if he has fatty infiltration
17  that's causing a little bit of fibrosis, enough to
18  see some changes but not enough to diagnose him with
19  cirrhosis, something happens in 2016. We know what
20  happens. He takes this exorbitant time amount, as I   12:16:00
21  mentioned, of NDMA and suddenly, he has cirrhosis.
22  A lot of cirrhosis. Diagnosis of cirrhosis.
23  Increasing cirrhosis and HCC. So I do believe that
24  the NDMA caused the cirrhosis.
25  BY MS. ROSE:                12:16:17

Page 161

1   Q  Okay. Is it your opinion that the evidence
2  of cirrhosis that Dr. Mele and Dr. Turniak
3  identified on the April 2016 scan for Mr. Robert
4  [sic] was caused by NDMA in Valsartan?
5    MR. NIGH: Form objection.       12:16:40
6    THE WITNESS: So I just want to go back and
7  give you the dates. One second, please.
8    So the ultrasound and scan was done -- and it
9  won't change what I'm about to explain, but I just
10  want to give context to it.       12:16:53
11    So the ultrasound and scan was done -- I'll
12  fast forward to 2016. This one. 4/19/2016 and he
13  filled his prescription -- excuse me. Sorry. There
14  we go.
15    He filled his prescription of contaminated   12:17:19
16  Valsartan on 9/19/2016.
17    And so what I'm saying is that it's obvious
18  there for you -- if you assume that there was
19  cirrhosis there in 2016, it's obvious to anybody
20  that it's not in that -- in that scan, in the   12:17:42
21  April 2016 scan that that undiagnosed, low grade
22  cirrhosis was not because of the contaminated
23  Valsartan at that time.
24    However, what I'm saying is this Valsartan
25  that he took, with the massively increased amounts   12:18:01

41 (Pages 158 - 161)

Page 162

1  of NDMA in it, caused either a whole lot of new
2  cirrhosis to arise or it caused that mild cirrhosis
3  to turn into an extremely aggressive and ugly
4  cirrhosis that led to HCC.
5  BY MS. ROSE:                        12:18:26
6    Q  What is --
7    A  No --
8    Q  Sorry.  You don't -- sorry.  I'll start
9  again.
10      You don't cite any scientific literature    12:18:31
11  stating that NDMA is a promoter of cirrhosis or in
12  other words, a substance that make cirrhosis more
13  aggressive; correct?
14      MR. NIGH:  Form objection.
15      THE WITNESS:  So we can use the same -- I    12:18:51
16  would say we can use the same argument or discussion
17  as we did before about cirrhosis and NDMA.
18      So most studies are animal studies and there
19  are animal studies that show that NDMA is a promoter
20  of carcinoma and also is an inducer of carcinoma and  12:19:07
21  also is a DNA changer that causes carcinoma.
22      So NDMA does all of that.  In fact, it's used
23  in labs to promote or cause liver cancer that can be
24  studied in animals.  So we know -- it's a well known
25  fact in animal studies that NDMA is a promoter of    12:19:30

Page 163

1  carcinoma.  So that's the carcinoma.
2      And also we discussed the fact that we can't
3  use human studies because they're unethical.
4      So that's the carcinoma.
5      Now, just before the carcinoma, when you look  12:19:43
6  at those studies, they talk about fibrosis.  They
7  talk about scarring.  And so you have to put
8  everything in context, and when we're saying -- when
9  you're just only specifically asking about
10  cirrhosis, then we -- as we extrapolate, as we do    12:20:00
11  with all the studies that we're discussing, you have
12  to look at what they're saying, what they found and
13  what they found is fibrosis and HCC.
14      So that's where -- that's what I would say.
15  I would say that there are studies that show that it  12:20:16
16  promotes, it induces, and it causes fibrosis and it
17  will cause HCC.
18  BY MS. ROSE:
19    Q  Dr. Siddiqui, you haven't done any
20  toxicological evaluation of how much NDMA      12:20:28
21  Mr. Roberts was exposed to; correct?
22      MR. NIGH:  Form objection.
23      THE WITNESS:  Like myself?
24  BY MS. ROSE:
25    Q  I'm sorry?                    12:20:39

Page 164

1    A  You mean like myself evaluated?
2    Q  Yes.
3    A  A pill or something?
4    Q  No.  Have you done any toxicological
5  evaluation of how much NDMA Mr. Roberts was exposed  12:20:47
6  to over the course of taking Valsartan?
7      MR. NIGH:  Form objection.
8      THE WITNESS:  So I have basically reviewed
9  his entire medical history.  I've reviewed the
10  report, all the other reports, including the      12:21:07
11  toxicology reports, and I've reviewed the labels and
12  the -- ingredients and where his tablets came from,
13  so I have reviewed all of that.
14  BY MS. ROSE:
15    Q  Okay.  What is your basis for the statement  12:21:25
16  that Mr. Roberts was exposed to an exorbitant amount
17  of NDMA?
18    A  Okay.  So I used -- a few things.  So I'll go
19  to my report, if that's okay.
20      So I guess it's subjective, exorbitant, but I  12:21:47
21  think it's a good word.
22      So I -- I'm sorry.  I'm just putting my
23  report here.
24      So I firstly noted, and after reading the
25  reports, I also noted from the toxicologist, et    12:22:08

Page 165

1  cetera, that there were multiple manufacturers of
2  Valsartan, number one.
3      Then some labs had less NDMA in them and some
4  labs had more.
5      And after the toxicology -- the toxicologist  12:22:30
6  looked at the pills and from this particular
7  Princeton pharmaceutical, which was supplied by the
8  Zheijang pharmacy, pharmaceutical company, that
9  particular batch had about -- the 320 milligram
10  tablet had about 20,190 nanograms.        12:22:55
11      So based on my review of the report, the
12  toxicological reports and his reports, I feel that
13  this 20,190 nanograms per pill per day, I mean I
14  would describe that as exorbitant or massive or
15  whatever.                        12:23:24
16      MR. NIGH:  We've been going now for an hour
17  and 15 minutes plus, I believe.  So I think now is a
18  good time for a break.
19      MS. ROSE:  That would be great.  Would you
20  like this to be the lunch break?          12:23:35
21      MR. NIGH:  I think so, yeah.
22      THE VIDEOGRAPHER:  Standby.
23      MR. NIGH:  Doctor --
24      THE VIDEOGRAPHER:  The time is 12:23 p.m.
25  This is the end of media three and we're going off    12:23:42

42 (Pages 162 - 165)

Page 166

1  the record.
2      (Lunch recess.)
3      THE VIDEOGRAPHER:  The time is 1:17 p.m.
4  This is the beginning of media four and we are on
5  the record.                          01:18:20
6      MS. ROSE:  I'd like to mark as Exhibit 10,
7  tab 48.  Let me know when you can see it, Doctor.
8      (Exhibit 10 was marked for identification
9      by the court reporter and is attached hereto.)
10     THE WITNESS:  Thank you.  So I'm going there  01:18:39
11 now.  Okay.  Refreshing.
12     Okay.  Exhibit 10.
13 BY MS. ROSE:
14  Q  This is an October 25, 2024, article by Lai
15 et al. entitled "Incidence rates of hepatocellular  01:18:55
16 carcinoma based on risk stratification in steatotic
17 liver for precision medicine: A real-world
18 longitudinal nationwide study."  Do you see that?
19  A  Yes.
20  Q  And in the "Methods and Findings" section, it  01:19:12
21 states, "In a retrospective cohort study of adults
22 with SLD from the United States, we estimated HCC
23 incidence stratified by sex, age, cirrhosis,
24 diabetes mellitus, and a combination of all of these
25 4 factors."                         01:19:30

Page 167

1      Do you see that?
2  A  Where was it, please, if you could point it
3  to me.
4  Q  Under on the first page under "Methods and
5  Findings".                          01:19:41
6  A  Sorry, yes.
7  Q  And then, so this is a study that looked at
8  adults with steatotic liver disease in the United
9  States; correct?
10  A  This is looking at nationwide, yes.        01:19:59
11  Q  And if you look under "Methods and Findings",
12 the second paragraph about halfway down, it says,
13 "For those with cirrhosis, the incidence was
14 significantly higher at 4.29 (95 percent confident
15 interval [4.06, 4.51]) compared to those without  01:20:17
16 cirrhosis."
17     And there, it states, "(0.14, 95 percent
18 confidence interval [0.13, 0.16])."
19     Do you see that?
20  A  I am not seeing the data that you're reading  01:20:38
21 to me.  Is it on the same page?  Sorry.
22  Q  Same page, it's the next paragraph down.  It
23 is the fifth sentence.
24  A  Sorry, one minute.
25     Okay.  Yeah, yes, that one, right, where it  01:21:05

Page 168

1  says, "For those with cirrhosis," that one?
2  Q  So Lai et al. calculated a risk ratio of 4.29
3  for individuals with cirrhosis, direct?
4  A  So they said the incidence -- I would have to
5  go through the study, so one second.  So the  01:21:26
6  incidence was higher in male compared to females.
7  For those with cirrhosis, the incidents was
8  significantly higher at 4.29 compared to those
9  without cirrhosis, so they're comparing the
10 incidence of cirrhosis compared to those without  01:21:42
11 cirrhosis.
12     This -- yeah, so in this, they're comparing
13 those people with cirrhosis and the incidence of
14 getting -- one second -- incidence of getting HCC to
15 those who didn't have cirrhosis, yes.        01:22:02
16  Q  And so the relative risk that they calculated
17 as associated -- sorry, I'll start that again.
18     The relative risk of HCC that they calculated
19 as being associated with cirrhosis was 4.29;
20 correct?                          01:22:21
21     MR. NIGH:  Form objection.
22     THE WITNESS:  I don't -- they're talking
23 about the incidence here, not the relative risk.
24 Let me just go down this thing and give you what
25 they're -- I can give you a quick review, but I  01:22:35

Page 169

1  don't think they're talking about relative risk.
2      They spoke about incidence here, and on the
3  second page, they talk about the comorbidities.
4  Then they talk about how this data should be used
5  for surveillance and cost effective healthcare for  01:22:58
6  surveillance.
7      And then on the next page, they talk about
8  steatotic liver disease, surveillance.  Again, it's
9  more of a surveillance study, study design.  Okay.
10 So they talk about study design.           01:23:20
11     I'll just try and get to statistics.
12 Incidence.  So they're talking about the incidence
13 here.  They've looked at 975,000 or so patients,
14 January 2007 to 2021.  After exclusion, there were
15 741,000 patients or.                 01:23:46
16     So incidence rates.  So they talk about the
17 incidence rates -- yeah, so they're talking about
18 incidence again.  I haven't come to relative risk
19 just yet.  Noncirrhotic and they do a plot graph,
20 incidence rates again, cumulative HCC incidence  01:24:10
21 rates again with the factors associated, the
22 incidence factors associated with a tenure follow-up
23 and --
24 BY MS. ROSE:
25  Q  Doctor, I don't mean to interrupt you, but  01:24:29

43 (Pages 166 - 169)

Page 170

1  I'll -- let me withdraw the question.  I'll ask a
2  different one.
3      A  Okay.
4      Q  So this -- this paper calculated an incidence
5  rate of 4.29 associated with -- sorry, I say that  01:24:41
6  again.
7          This paper calculated an incidence for HCC of
8  4. 29 associated with cirrhosis; correct?
9      A  Yes, according to this paper.
10         MR. NIGH:  Object to form.        01:24:56
11  BY MS. ROSE:
12      Q  And what's your understanding of what an
13  incident rate is?
14      A  So my understanding of an incident rate is
15  how often you see a -- the reported incident, so in  01:25:04
16  this case, cirrhosis -- sorry, in this case, HCC in
17  a patient with the risk factor, in this case,
18  cirrhosis is what they're talking about.
19      Q  Okay.  And would you agree that this paper is
20  a statistically significant increased risk of HCC   01:25:24
21  among patients with cirrhosis?
22         MR. NIGH:  Form objection.
23         THE WITNESS:  One second, please.  I just
24  want to check one thing, on what they were saying.
25         Yes, there was a statistically significant  01:25:37

Page 171

1  increased risk, but -- in this paper, but no one is
2  denying that, of course.  Cirrhosis is a risk factor
3  and there is an increased incident of HCC in
4  cirrhosis as compared to those without cirrhosis
5  into.                                01:25:54
6  BY MS. ROSE:
7      Q  And based on this study, what would you say
8  is the percentage of increased risk for individuals
9  with cirrhosis?
10         MR. NIGH:  Objection.            01:26:03
11         THE WITNESS:  I wouldn't be able to calculate
12  that because they did incidence rates and I think to
13  do relative risk and things like that, we would have
14  to use other calculations and go and look at the
15  study population a little more.  It would take quite  01:26:15
16  a bit of time, I think.  I wouldn't be able to
17  calculate it from this.
18  BY MS. ROSE:
19      Q  And did you review the study prior to
20  offering your opinions in your report?          01:26:24
21      A  So I remember the name of the author.  I
22  don't remember -- as I mentioned, I reviewed so many
23  studies and one study leads to maybe a hundred other
24  studies, so it's highly likely that I did.  I just
25  don't remember.                       01:26:45

Page 172

1          MS. ROSE:  I'm going to introduce tab 16 as
2  Exhibit 11.
3          (Exhibit 11 was marked for identification
4          by the court reporter and is attached hereto.)
5          THE WITNESS:  I'm going back.  I don't have  01:27:06
6  it yet.
7  BY MS. ROSE:
8      Q  That's okay.  I'll ask you a question while
9  we wait for it to come up.
10      A  Okay.                        01:27:12
11      Q  Dr. Siddiqui, are you familiar with an
12  individual named Dr. Samuel Hooks?
13      A  Not off the top of my head, I don't -- I
14  don't recall.
15      Q  Okay.  Does it refresh your memory if I tell  01:27:30
16  you that Dr. Hooks was one of Mr. Roberts' treating
17  gastroenterologist?
18      A  Oh, okay.  Sorry, I thought we were talking
19  at literature again.  Okay.  One second, please.
20         Yes, I believe there was Dr. Ives and there  01:27:47
21  was a few notes by Dr. Hooks.
22      Q  Okay.  I'm going to go to page 46 of this
23  transcript and I'll represent to you, Doctor, that
24  this is the deposition of Dr. Hooks that was taken
25  in this case?                        01:28:00

Page 173

1      A  Sorry, it still hasn't come up for me.  Okay.
2  It just came up.  Okay.
3      Q  If you can go to page 46 of the transcript.
4      A  Page 46, okay.  40 -- how do I do that?  Is
5  it like -- where do -- where does -- so that would  01:28:17
6  be the last page, then?  It says 40 -- that if I go
7  to 46, it goes to the last page.
8      Q  I'm looking at 46 on the transcript.
9      A  Page -- okay.  Oh, I see.  I see.  Okay.
10  Sorry.                             01:28:41
11      Q  The transcript has page numbers.
12      A  Oh, okay.  Got it, got it, got it.  Okay, so
13  it starts with "I can't explain someone else's
14  notes"?
15      Q  Yeah.                         01:28:50
16      A  Okay.  Okay.
17      Q  Okay.  If you look down to line 14.
18      A  Yes.
19      Q  It -- actually, hold -- yeah, if you look
20  down at -- sorry, I'll start over again.          01:29:02
21         Sorry on page 46, if you go down to line
22  18 --
23      Q  It says, "In your care of Mr. Roberts, did
24  you understand the cirrhosis of the liver to be the  01:29:15

44 (Pages 170 - 173)

Page 174

1  primary known risk factor for HCC?"
2      And he answered "Yes."
3      Do you see that?
4  A  Yes.
5  Q  And by beneath that, page 47 at line 2, it    01:29:23
6  says, "In your care and treatment of Mr. Roberts,
7  did you have an understanding of the amount by which
8  having cirrhosis would increase Mr. Roberts's risk
9  of liver cancer and HCC specifically?"
10     And the answer was, "In our training it's    01:29:39
11  that the risk is two hundred times the level of the
12  general population."
13     Do you see that?
14  A  I do.
15  Q  Do you agree with Dr. Hooks that the risk of    01:29:47
16  HCC among individuals with cirrhosis is 200 times
17  the level of the general population?
18     MR. NIGH:  Form objection.
19     THE WITNESS:  I -- I would not answer to
20  that.  It's not quoting anything, and 200 times, I    01:30:05
21  wouldn't know that.  I wouldn't know that.
22  BY MS. ROSE:
23  Q  In your opinion, do you believe that the risk
24  of HCC associated with liver cancer is less than 200
25  times the level of the general population?    01:30:24

Page 175

1      MR. NIGH:  Form objection.
2      THE WITNESS:  I'm not sure because we're
3  basing this off a comment that he made about his
4  training, so I don't know what his training was.  I
5  don't know where he was trained.  I don't know what    01:30:38
6  he was taught or what books he used.
7      What I can tell you is that based on my
8  understanding, based on my review of the literature
9  and Mr. Roberts' medical records, I, again, feel
10  that, yes, he had cirrhosis and yes, cirrhosis may    01:30:55
11  be related to.  As you also showed me in that -- in
12  that report that you -- that you just submitted or
13  the -- the study that you showed me, but yes,
14  cirrhosis is associated with an increased incidence.
15     And that can, you know, lead to an increased    01:31:17
16  risk of HCC, yes, that -- there's no discount on
17  that.
18     What we're trying to say is in this case,
19  with Mr. Roberts, the cirrhosis timeline does not
20  make sense.  I believe that there was a carcinogen    01:31:32
21  that made the entire timeline shorten up and cause
22  aggressive carcinoma.
23     So I can't comment on what doc -- the doctor
24  is saying here and what his training the is.  I
25  wouldn't want to comment on that.  I mean, I don't    01:31:46

Page 176

1  think I should.
2  BY MS. ROSE:
3  Q  Okay.  I wasn't asking you to comment on
4  Mr. Hook's training.
5  A  Oh, okay.    01:31:54
6  Q  I was asking whether you had an opinion on
7  that.  It sounds like you don't.
8  A  No, my opinion is that I can't -- I -- I
9  don't have an opinion on him saying 200 times the
10  level because I have no idea what he's basing that    01:32:03
11  on.
12  Q  Okay.  If you look at page 56 of the same
13  transcript.  It's two pages later on the PDF you're
14  looking at, if that helps.
15  A  56, okay.    01:32:20
16  Q  Around page 7 -- sorry, line 7, the
17  question was asked -- if it's asked -- Dr. Hooks was
18  asked to look "at the first page of the document
19  which has a bates stamp ending in 026, these are
20  notes from an appointment you had with Mr. Roberts    01:32:37
21  on April 3, 2019.  Correct?"
22     And Dr. Hooks answers "Yes."
23     Do you see that?
24  A  Yes.
25  Q  And then two questions down, the question    01:32:47

Page 177

1  says, "At this point in your care and treatment of
2  Mr. Roberts, did you consider his cirrhosis to be a
3  risk factor for his HCC?"
4      And Dr. Hooks answers "Yes".
5      Dr. Hooks is then asked, "At this point in    01:33:01
6  your care and treatment of Mr. Roberts, did you
7  consider his cirrhosis to be the primary risk factor
8  for HCC?"
9      And Dr. Hooks answers "Yes."
10     Do you see that?    01:33:13
11  A  "Primary risk factor for HCC," and it goes
12  down just below.  Okay.  Yes.  Okay.  Yes, I do see
13  that.
14  Q  So Mr. Roberts' treating gastroenterologist
15  testified that in 2019, after Mr. Roberts was    01:33:25
16  diagnosed with HCC, he believed Mr. Roberts'
17  cirrhosis to be the primary risk factor for his HCC;
18  correct?
19     MR. NIGH:  Form objection.
20     THE WITNESS:  Well, he's -- whatever was said    01:33:35
21  in the transcript, yes.
22  BY MS. ROSE:
23  Q  Okay.  And do you disagree with that
24  statement?
25  A  So I -- doctor -- Dr. Roberts [sic] is    01:33:44

45 (Pages 174 - 177)

Page 178

1 answering based on what he's seen, what he's
2 reviewed about Mr. Roberts.
3        I have had the opportunity to go back and
4 review all the records from Mr. Roberts. I was not
5 a treating physician. I went and did a very        01:33:58
6 realistic overview of everything.
7        So what I believe Dr. Roberts [sic] is saying
8 is that again when we talk about the progression and
9 the evolution, he's saying that the HCC came
10 about -- this is me paraphrasing what I understand    01:34:12
11 him to be saying -- that he believes that the HCC
12 arose in the milieu or the environment of cirrhosis.
13 And I believe he's right in saying that because I
14 think, yes, HCC does come about after a lot of
15 inflammation and a lot of fibrosis. And that is --    01:34:30
16 you know, does come from cirrhosis, so no one is
17 discounting that.
18        What I'm saying is -- so I agree with what
19 his statement is based on him being that for that
20 amount of time, his treating physician.        01:34:43
21        What I'm saying is I had the opportunity to
22 go back and look at everything in detail, all the
23 records and all the literature and what I'm saying
24 is that, yes, cirrhosis may be and can be, of
25 course, a risk factor for HCC.        01:34:54

Page 179

1        What I'm saying is that the timeline doesn't
2 make sense for cirrhosis to be either the -- if --
3 if -- if the assumption is that the cirrhosis in
4 2016 caused the cirrhosis in 2018 that caused the
5 HCC, I think that assumption is wrong because no --    01:35:11
6 if we just look at that without a carcinogen being
7 involved, I think that assumption is wrong because
8 in 2016, there was mild, undiagnosed cirrhosis.
9        And I believe that it got very -- everything
10 got acutely worse very, very fast. And the        01:35:29
11 timelines for those with the way the progression is
12 from any sort of, you know, any liver disease or
13 mild cirrhosis, whatever, it doesn't make sense.
14        If we assume that -- I feel my assumption is
15 and I believe my opinion is and I think it's a good    01:35:48
16 opinion is that something happened in 2016 that sped
17 up, promoted the cirrhosis that led to very
18 aggressive HCC, and at the same time, led to HCC
19 directly.
20        And I believe that carcinogen that sped the    01:36:07
21 entire timeline up, that made this overall healthy,
22 undiagnosed cirrhotic patient go to having HCC, the
23 reason for that is the carcinogen, the NDMA in
24 Valsartan.
25        Now, Dr. Roberts [sic], he is the treating    01:36:26

Page 180

1 physician and he reviewed his own notes based on
2 those specific things. I have the benefit of being
3 able to review the entire picture.
4        And so I would not disagree with anything.
5 He's an excellent doctor. I would not disagree with    01:36:39
6 that. I would just say that I have the benefit of
7 reviewing much more information and data than --
8 than I suppose he had.
9 BY MS. ROSE:
10    Q Do you know if Mr. -- sorry -- Dr. Hooks'    01:36:47
11 notes include notations that Mr. Roberts was using
12 Valsartan at the time?
13    A I don't remember. I did review Dr. Hooks'
14 notes and I think there was mention of medications,
15 but I don't remember. I can't recall.        01:37:10
16    Q And April 3, 2019, is after the Valsartan
17 recall; correct?
18    A My understanding is that the Valsartan --
19 sorry, April 3rd. What are you --
20    Q Sorry. Yes, the testimony we're talking    01:37:28
21 about here was asking Dr. Hooks about his view of
22 Mr. Roberts' primary risk factors as of April 3,
23 2019.
24        MR. NIGH: Form objection.
25        THE WITNESS: Sorry, I don't see that.    01:37:44

Page 181

1 Please, could you point that to me? I'm sorry, I
2 don't see that.
3 BY MS. ROSE:
4    Q Sure. We just talked about it. It was on
5 page 56.        01:37:52
6    A Oh, okay. Okay. Okay.
7    Q Line 7 through 11.
8    A "So looking at the first page of the
9 document, these are notes from the appointment that
10 you had with Mr. Roberts on April 3, 2019."    01:37:59
11        Okay. Sorry. What was the question?
12    Q So -- sorry. The question was April 3, 2019,
13 is after the recall of Valsartan; correct?
14    A Correct, yes.
15    Q Okay. So at this point, Valsartan had been    01:38:12
16 recalled and Mr. Roberts' treating physician
17 concluded that the primary risk factor for his HCC
18 was cirrhosis and did not mention Valsartan or NDMA
19 in Valsartan; correct?
20        MR. NIGH: Form objection. Mischaracterizes    01:38:37
21 testimony.
22        THE WITNESS: So I just wanted to point out
23 here that the Valsartan was withdrawn in 2018. I
24 think Mr. Roberts -- so just two things.
25        The first thing about the Valsartan,    01:38:54

46 (Pages 178 - 181)

Page 182

1    Mr. Roberts filled his last prescription in
2    August 2018 for -- I think he had a 90-day supply.
3    And sometimes, even if the FDA -- even if something
4    is pulled from the shelves, it takes a little bit of
5    time to go into real world effect.          01:39:13
6        And secondly, about the doctor, about --
7    BY MS. ROSE:
8        Q  Go ahead.
9        A  Sorry.  Did you want to?  Did you --
10       Q  No, I just think maybe we're not -- I was    01:39:22
11   just -- I really was just asking the like simple --
12   simple question of the doctor made this -- Dr. Hooks
13   made this assessment that the primary risk factor
14   for Mr. Roberts' HCC was his cirrhosis, even after
15   the recall of Valsartan for NDMA; correct?    01:39:46
16       MR. NIGH:  Form objection.  Mis --
17       THE WITNESS:  So that's what I was --
18       MR. NIGH:  Hold on, hold on.  Form objection.
19   Mischaracterizes testimony.
20       You can answer.              01:39:55
21       THE WITNESS:  So that's what, sorry, I was
22   trying to explain was that if we put it in context,
23   so the first thing is that he still had a
24   prescription refill, even after, I believe, it was
25   pulled.                    01:40:07

Page 183

1        And secondly, the doctor who was treating him
2    saw him for a follow-up visit and his testimony is
3    based on that follow-up visit where he writes,
4    "Cirrhosis is -- is the primary factor for HCC."
5        The doctor has not gone over all the data,    01:40:23
6    all the records, all the entire -- you know, did he
7    take -- I believe he did not go over how many
8    contaminated pills or all the risk factors.  I don't
9    think the doctor did that.  That was the second
10   point of fact.                01:40:40
11       And the third point is that no one is
12   discounting -- again, I would like to say that no
13   one is discounting that cirrhosis and HCC is not
14   linked.
15       What I believe, though, is that the timeframe  01:40:48
16   from undiagnosed, nondiagnosed cirrhosis, to a
17   diagnosed cirrhosis with -- and HCC at the same time
18   of two years, if you want to assume it's 2016, does
19   not make sense.
20       So when you ask a doctor in his testimony,    01:41:07
21   you were treating this patient, then do you believe
22   cirrhosis caused it?
23       Well, he saw the patient and he saw the --
24   the scans in 2018.  He saw that there was cirrhosis
25   and he saw that there was HCC, so I think he answer   01:41:23

Page 184

1    appropriately, but he doesn't have the benefit that
2    I have of looking at everything.
3        And so I mean, I think we must keep things in
4    context.
5        MS. ROSE:  I'm going to introduce as        01:41:35
6    Exhibit 12 tab 22B.
7        (Exhibit 12 was marked for identification
8    by the court reporter and is attached hereto.)
9        THE WITNESS:  Going back.  It's not here yet
10   okay.  Here we go.              01:41:55
11       Okay.  It's one page.
12   BY MS. ROSE:
13       Q  Yes, correct.
14       A  Yes, one page with an image on it.
15       Q  Okay.  Actually, you know what?  I'm going to  01:42:17
16   take this down for a second because I think there's
17   another page that needs to be added to it, so give
18   me one second.
19       MS. ROSE:  Oh, hold on.  You know, what?  Can
20   we go off the record for one second?  I think       01:42:30
21   there -- I just want to make shire that the exhibit
22   has all the pages.
23       THE VIDEOGRAPHER:  All right.  Standby.  The
24   time is 1:41 p.m.  We're going off the record.
25       (Recess.)                  01:45:57

Page 185

1        THE VIDEOGRAPHER:  The time is 1:48 p.m.
2    We're back on the record.
3    BY MS. ROSE:
4        Q  Apologies, Dr. Siddiqui.
5        A  No problem.                01:47:33
6        Q  We had a little mix up with the exhibits.
7        A  No problem.
8        MS. ROSE:  I'm going to introduce as
9    Exhibit 13 tab 22C.  Let me know when you see it.
10       (Exhibit 13 was marked for identification  01:47:41
11   by the court reporter and is attached hereto.)
12       THE WITNESS:  Okay.  So I go back and I don't
13   go to Exhibit 12.  I try -- okay.  Exhibit 13, okay.
14   BY MS. ROSE:
15       Q  You see it?              01:47:57
16       A  22C, yes.
17       Q  Okay.  Okay.
18       This is a medical record from UAB Medicine
19   dated June 24, 2019; correct?
20       A  June, yes, yes.            01:48:09
21       Q  And the consult notes state that the report
22   was authored by a Jacob Rojymon, M.D.
23       Do you see that?
24       A  Yes.
25       Q  And beneath that, it states it was a    01:48:23

47 (Pages 182 - 185)

Page 186

1 "radiation oncology consult"?
2 A Radiation, yes, yes.
3 Q And right beneath that, it says, "Primary
4 Assessment, Primary Site."
5 Do you see that?                01:48:41
6 A Yes.
7 Q And the report says, "hepatocellular
8 carcinoma arising from a background of NASH
9 cirrhosis."
10 Do you see that?               01:48:49
11 A I do.
12 Q Okay. And then down underneath "History of
13 Present Illness," about three quarters of the way
14 down the page.
15 A Yes.                        01:48:57
16 Q It states, "63-year-old CM with long history
17 of known "fatty liver"."
18 Do you see that?
19 A Yes.
20 Q Okay. And then you go down to the third      01:49:05
21 page.
22 A Page 3, okay.
23 Q Okay. Under "Impression and Plan, it says,
24 again, "63-year-old CM with HCC arising out of NASH
25 cirrhosis."                     01:49:24

Page 187

1 Do you see that?
2 A I do.
3 Q Okay. Have you reviewed this medical record
4 before?
5 A Yes, I believe, yes, I reviewed a lot of     01:49:33
6 medical records, but the UAB records were also
7 there.
8 Q Okay. Do you remember seeing this specific
9 record?
10 A I believe I do, yes.           01:49:42
11 Q Okay. And Dr. Jacob, a radiation oncologist
12 stated in this record that Mr. Roberts developed HCC
13 arising out of NASH cirrhosis.
14 Do you see that?
15 A I do.                        01:50:00
16 Q Okay. You don't cite this statement by
17 Dr. Jacob in your report, correct, Doctor?
18 A Let me have a quick look. 2019. Mr. Roberts
19 presented to June 2019.
20 I did not list it.            01:50:33
21 Q Do you disagree with Dr. Jacob that --
22 Mr. Roberts' treating radiation oncologist that he
23 has HCC arriving out of NASH cirrhosis?
24 MR. NIGH: Form objection.
25 THE WITNESS: So -- so again, I would just     01:50:44

Page 188

1 put some context in here. So this is the first
2 consult on June 24, 2019, and this position, the
3 radiation oncologist, Dr. Rojymon has been asked to
4 see Mr. Roberts because he's been working and
5 because they want to give localized radiation as    01:51:07
6 treatment for an aggressive disease.
7 So my understanding and what my take on this
8 record is that this patient -- this physician sees
9 the patient, reviews the patient's history. They,
10 again, don't have the benefit that I do of looking   01:51:25
11 every over everything, they don't have the benefit
12 of that.
13 They see the patient. They see that the
14 patient was -- and if you see his two sentence past
15 medical history -- actually, yeah, two lines past    01:51:35
16 medical history, it says, "HCC arising out of NASH
17 cirrhosis." It's a very shortened history.
18 What their goal is -- so every -- when you're
19 reading the notes, we also have to see what context
20 they're in and what the goal is.               01:51:53
21 And the goal for this visit was not to find
22 the reason for his HCC. The goal for this visit was
23 to treat the growing HCC.
24 So he gave a two liner that he got from the
25 previous treating physician or whatever -- however   01:52:09

Page 189

1 he got that.
2 The goal of this opinion, the specific
3 causation opinion, is to look at everything, to look
4 at everything and this doctor, Dr. Rojymon, didn't
5 have everything that I have.                  01:52:24
6 He didn't know that he had, you know, a CT in
7 2016 with undiagnosed cirrhosis. He didn't know
8 that for two years, he took this extraordinary
9 amount of NDMA. He didn't know that the -- he
10 didn't even stop taking it until maybe after his    01:52:44
11 diagnosis a little bit. He didn't know any of that.
12 He didn't have that context.
13 So what he was saying, I'm not going discount
14 what he's saying. He's saying based on this, oh,
15 yes, there's -- in the past medical history chart    01:52:56
16 that gets autopopulated most of the time. In the
17 past medical history, there's fatty liver that gets
18 autopopulated into his three line note. And in the
19 past medical history, there's cirrhosis that gets
20 autopopulated.                   01:53:14
21 So what you're reading is a three line
22 autopopulated note, but what -- what he's trying to
23 do is populate that, but what his goal is to get
24 that treatment part exactly accurate, which he did,
25 he treated him and he gave him the radiation.   01:53:24

48 (Pages 186 - 189)

Page 190

1    So I think that's why I didn't even put that
2    in, because I put that in later saying that there
3    was a plan to start radiation because when you
4    autopopulate, they're using EMR, they're using
5    electronic medical records, and they're          01:53:42
6    constantly -- they're all autopopulating.
7        So they're not going to go back and ask
8    everything, ask all the exposures, what they do in
9    the limited amount of time that they have -- and
10   they are excellent doctors -- what they do, is they   01:53:59
11   autopopulate and get to what they need to do and the
12   focus of that the day is, this patient is sick, he
13   needs treatment, what do we need to do?
14       So I don't discount anything he's written.
15   All I'm saying is this is exactly happened. It's an   01:54:09
16   autopopulated past medical history and he doesn't
17   have the benefit that I do of looking at everything.
18   BY MS. ROSE:
19   Q   Doctor, have you spoken with Dr. Jacob in
20   connection with forming your opinions in this case?   01:54:25
21   A   No, I have not.
22   Q   Okay. And so you don't know that the
23   impression and plan written here in which it is
24   stated that there's a "63-year old CM with HCC
25   arising out of NASH cirrhosis" was something that    01:54:40

Page 191

1    was autopopulated and that Mr. -- Dr. Jacob did not
2    write; is that correct?
3    A   So --
4        MR. NIGH: Form objection.
5        THE WITNESS: So I don't know what happened   01:54:50
6    on that day and in this note and by this doctor, but
7    what I do know that is most systems now, especially
8    university systems, use electronic medical records
9    that autopopulate.
10       And most of those -- I can even -- you know,   01:55:03
11   everyone knows what those ERMs are and everyone
12   knows how it's done. I don't know what happened,
13   but I have a very good guess. I can -- a very high
14   probability that all these things that you're
15   reading in the impression and plan, even if they're   01:55:16
16   written, even "CM," Caucasian male, right? Even if
17   that stuff is written by him, and all that stuff is
18   written by him, I can tell you, I'm very confident
19   about it, that the goal for that doctor that day, if
20   we keep it in context, was to treat the sick        01:55:35
21   patient.
22       It was not to go over his entire history from
23   his teenage years to now and look at the risk
24   factors that caused it. I can tell you that I'm
25   extremely sure of that. The goal was to treat this   01:55:47

Page 192

1    patient and he did appropriately.
2    BY MS. ROSE:
3    Q   You -- you discount this statement in the
4    medical records that that Mr. Roberts' HCC was
5    arising out of NASH cirrhosis based on an assumption 01:55:59
6    that that phrase was autopopulated and not written
7    by the doctor. Is that what you're saying?
8    A   No, I'm not --
9        MR. NIGH: Form objection. Mischaracterizes
10   testimony, and asked and answered multiple times.   01:56:10
11       You can answer.
12       THE WITNESS: I do not -- I do not -- sorry,
13   what did you say? Whatever -- whatever you said, if
14   you could repeat that because I did not say that.
15   BY MS. ROSE:                    01:56:22
16   Q   Okay. Well, we can leave it at that. All
17   right. So Doctor, I just want to follow-up on
18   cirrhosis.
19       So I believe that it's your opinion that it
20   doesn't make sense that the features of cirrhosis   01:56:41
21   identified on the April 2016 scan could progress to
22   HCC in the time period from April 2016 to
23   August 2018; is that correct?
24   A   So based on my review of Mr. Roberts, a
25   thorough review of his medical notes, his past      01:57:08

Page 193

1    medical history, based on the literature that I
2    read, Mr. Roberts didn't have any aggressive risk
3    factors.
4        The risk factors that he had, which I listed,
5    would have been captured on that 2016 CAT scan as   01:57:24
6    that cirrhosis, that was mild enough not even to be
7    called cirrhosis.
8    Q   Did you agree that, Dr. Mele, plaintiff's
9    expert in this case, states that on the 20 --
10   sorry -- on the April 2016 CT scan, there was       01:57:47
11   features of cirrhosis present; correct?
12   A   Oh, yes. I'm not discounting that. I'm not
13   discounting what the radiologists said.
14   They're excellent radiologists and they said that.
15       Now, however, again, I would say cirrhosis is  01:58:00
16   an evolution and is a dynamic chronic disease and
17   even if there were signs of cirrhosis in the liver
18   radiologically, physically, he did not have those
19   signs and he was, in fact -- I would again state
20   that everything put together was, in my opinion, so  01:58:22
21   mild that he wasn't even given a diagnosis of
22   cirrhosis at that time, even with those findings on
23   the scans.
24   Q   I want to talk about some of the other risk
25   factors for HCC that you say you ruled out as       01:58:35

49 (Pages 190 - 193)

Page 194

1 potential causes to Mr. Roberts' HCC, okay?
2    A  Okay.
3    Q  All right.  You state in your report that
4 nonalcoholic liver steatohepatitis, or NASH, and
5 nonalcoholic fatty liver disease, NAFLD, are risk    01:58:52
6 factors for HCC; correct?
7    A  Sorry.  Just getting to that.
8    Q  It's on page 21 if that helps you?
9    A  Oh, thank you.
10       Nonalcoholic fatty liver disease.  Okay.  In    01:59:07
11 the setting of MASLD.  Sorry.  Please if you could
12 ask the question again.
13    Q  Sure.  I'm just asking you to confirm that
14 it's your opinion that nonalcoholic liver cirrhosis
15 or NASH and nonalcoholic fatty deliver disease or    01:59:26
16 NAFLD are factors for HCC?
17    A  Yes, they can be.  And again, there was --
18 the -- the terminology was changed.  Most of the
19 studies still mention NASH.  I mention both of them.
20 But just so that I can just clarify for you, that    01:59:50
21 we're using NASH or NAFLD, whichever one you prefer,
22 we can use, but yes.
23    Q  All right.  So for purposes -- for clarity,
24 you used NASH and NAFLD so I'm going to continue to
25 use NASH and NAFLD; is that okay?    01:59:59

Page 195

1    A  Yes.
2    Q  I thank you clarified earlier that NASH is
3 now known as NASH and NAFLD is now known as MASLD;
4 correct?
5    A  So you're okay with that --    02:00:10
6       MR. NIGH:  Form objection.
7       MS. ROSE:  I'm sorry.  Daniel, was your
8 objection to my question?
9       MR. NIGH:  To your question.
10 BY MS. ROSE:    02:00:19
11    Q  All right.  Just clarifying that we will be
12 using the terms NASH and NAFLD because those are the
13 terms that you used in Dr. Siddiqui's report, okay?
14    A  Yes.  Those terms were used just to simplify
15 the literature, but I can also use MASH and MAFLD as    02:00:35
16 well, if needed.
17    Q  And I don't think you answered the question.
18       So do you agree that both of those conditions
19 are risk factors for HCC?
20    A  Yes.  And the thing is that they're sort    02:00:45
21 of -- again, there's the evolution.  So it starts
22 off with NAFLD, then it goes to NASH, and then it
23 goes to fibrosis, then it goes to cirrhosis, then it
24 goes to HCC.
25    Q  Okay.  You also state on page 22 of your    02:00:58

Page 196

1 report that obesity is a risk factor for HCC;
2 correct?
3    A  Correct.
4    Q  And you agree that Mr. Roberts had a body
5 mass index or BMI that qualified as obese prior to    02:01:12
6 his HCC diagnosis?
7    A  Yes, I do.
8    Q  And you state on page 22 also that Type 2
9 diabetes or diabetes mellitus is a risk factor for
10 HCC; correct?    02:01:31
11    A  Correct.
12    Q  And Mr. Roberts was diagnosed with Type 2
13 diabetes prior to his HCC diagnosis; correct?
14    A  Correct.
15    Q  In your report on page 29 in the last    02:01:46
16 paragraph, it says, "I considered Mr. Roberts'
17 diabetes, NASH, and obesity together, because when
18 all three are present it could be considered part of
19 a metabolic syndrome that can cause oxidative stress
20 and inflammation in the liver that can eventually    02:02:05
21 lead to cirrhosis.
22       Do you see that?
23    A  Sorry, what paragraph was this?
24    Q  It's the last paragraph on page 29.
25    A  Oh, yes, thank you.  Yes, yes, thank you.    02:02:17

Page 197

1    Q  Okay.  You don't cite any support for the
2 notion that NASH, diabetes, and obesity can be
3 considered together when ruling out whether they are
4 a cause of HCC.  What is your support for that?
5       MR. NIGH:  Form objection.    02:02:35
6       THE WITNESS:  It's here.  So what I did was I
7 put down each one separately, but the way we do it
8 in basically medicine now, is we put it all under
9 MAFLD and that was cited as 151, Mantovani.
10 So basically, the MAFLD has now -- instead    02:03:00
11 of -- so they changed the nomenclature because they
12 felt fatty is too simple and fatty is too -- it's --
13 it's -- it's not a nice way to put it.
14       So they put all these three diseases --
15 actually, they also put in hyperlipidemia.  They put    02:03:17
16 in hyperlipidemia, diabetes, and obesity into a
17 group of diseases when talking about liver cancer or
18 liver disease.
19       And so for the purposes of this case, when
20 talking about liver cancer, I put diabetes, obesity,    02:03:41
21 and fatty liver into one group, which is the group
22 the they always use to discuss HCC, which is the
23 MAFLD or the -- the -- the -- the syndrome that they
24 call it and I gave citations for that.
25       MS. ROSE:  Okay.  I want to introduce tab 26    02:04:08

50 (Pages 194 - 197)

Page 198

1  as Exhibit 14.
2      Let me know when you see it, Doctor.
3      (Exhibit 14 was marked for identification
4    by the court reporter and is attached hereto.)
5      THE WITNESS:  Thank you.  I'm just      02:04:25
6  refreshing.  Sorry.  It takes a bit of time.
7      Okay.  It says "UAB Medicine."
8      Sorry, sorry.  Sorry.  Opened up the 13
9  again.
10     Okay.  14.  Okay.  It's two pages.      02:04:46
11 BY MS. ROSE:
12   Q  This is a medical record docket dated
13 August 19, 2009; correct?
14   A  Yes.  2009, okay.
15   Q  And it is signed by Dr. Christopher W. Ives,   02:05:03
16 correct, on the second page?
17   A  Yes, yes.
18   Q  And do you recognize Dr. Ives' name?
19   A  Yes, I do.
20   Q  He is one of Mr. Roberts' treating      02:05:16
21 gastroenterologists; correct?
22   A  Yes, he is.  Sorry -- yes, he is.
23   Q  All right.  In the first paragraph of the
24 note, last sentence, Dr. Ives states that "he has
25 been told over the years that he probably has a   02:05:35

Page 199

1  fatty liver, i.e. NASH."
2      Do you see that?
3   A  Yes.
4   Q  So we can agree that, as of 2009, there's
5  documentation in Mr. Roberts' medical records of   02:05:46
6  potential NASH; correct?
7   A  Correct.  Probable or potential fatty liver,
8  yeah.
9   Q  Is it your opinion that at any time before
10 Mr. Roberts was diagnosed with HCC that he was   02:06:12
11 diagnosed with NASH?
12   A  So my understanding is on review of his
13 medical history, that they assumed -- they made the
14 assumption and called him, fatty liver, NASH,
15 multiple times, they did say that.  They did   02:06:29
16 document that.  They said that he had a fatty liver
17 or -- I don't remember NASH so often as fatty liver.
18     Dr. Ives said it in August and September.  He
19 said fatty liver.  And in -- I think there was
20 another one in 2011 he said something about fatty   02:06:48
21 liver.
22     So they did talk about fatty liver.
23   Q  Okay.  But I guess my question is do you
24 believe that Mr. -- based on your review of the
25 records -- I'll start again.            02:07:03

Page 200

1      Do you believe that based on your review of
2  the records that Mr. Roberts had NASH at any point
3  before his HCC diagnosis?
4   A  Yes, I do believe that he had NASH before his
5  diagnosis based on my review of his medical records,   02:07:18
6  yes.
7   Q  And can you give me estimate on -- of when it
8  became clear from Mr. Roberts' medical records that
9  he had NASH?
10     And to clarify, I just want to say, I'm      02:07:41
11 trying to get a temporal date of when you believe
12 Mr. Roberts could be characterized as having NASH.
13   A  I see.
14     MR. NIGH:  Form objection.
15     THE WITNESS:  So Dr. Ives in 2009 didn't      02:08:01
16 mention NASH.  He said -- well, actually, one
17 second.  Sorry.  One second.  I just want to check
18 the report that you gave me.
19     He said, "He has been told over the years
20 that he probably has a fatty liver," that is NASH,   02:08:14
21 but again, that was, to me, not consistent with a
22 diagnosis.
23     Then Dr. Ives, in September on follow-ups
24 said "demonstrated fatty liver."
25     Then, Dr. Ives -- there was an ultrasound in   02:08:30

Page 201

1  20 -- then we come back to the 2016 ultrasound where
2  it says "fatty infiltrate noted within the liver."
3      So my -- from my review of it, he probably
4  had fatty liver or they were considering it and not
5  making a diagnosis, but I -- I would have said based   02:08:53
6  on this that the NASH would have maybe 2016.
7  BY MS. ROSE:
8   Q  Did you do any research to determine if NASH
9  or MASH is associated with an increased risk of HCC
10 even where HCC -- where cirrhosis is not present?   02:09:29
11   A  Yes.  So in the past, they were called
12 cryptogenic HCC or without cirrhosis HCC,
13 noncirrhotic HCC.  So yes, I have looked into that.
14   Q  Okay.  And what is your understanding of the
15 increased risk associated with NASH or MASH?   02:09:52
16   A  So on my review of the literature, the -- we
17 have to look at it from every level.
18     So you have normal functioning healthy liver.
19 As more fat gets deposited into that liver for
20 whatever reason, whether it's inflammation, whether   02:10:16
21 it's alcohol, whether it's -- whatever the reason
22 may be, insulin resistance, diabetes, whatever, all
23 of that.
24     Once there's fatty infiltration in the liver,
25 then basically they -- sorry, I lost my train of   02:10:30

51 (Pages 198 - 201)

Page 202

1  thought.
2      Could you please ask that question again?
3  I'm so sorry.
4      Oh, MASH without -- sorry.  It was NASH
5  without cirrhosis.  Sorry about that.  So NASH    02:10:50
6  without -- causing HCC without cirrhosis, right?
7      Q  Yeah.
8      A  Sorry.  So the -- the timeline is healthy
9  liver, fat deposition for whatever reason, right?
10  And that then over time with multiple different    02:11:03
11  assaults on the liver over time can lead to HCC
12  without cirrhosis.
13      That is a rare event and is connected with
14  more fibrosis and more inflammation and you would
15  still see that at some point on some of the scans.    02:11:20
16      So you would still see that there would be
17  some sort of, you know, changes.  Fatty liver
18  changes, some sort of scarring, some sort of changes
19  that bring about the HCC.
20      Q  Okay.  I think my question was about if you    02:11:36
21  had any opinion as to the increased risk that is
22  connected to NASH outside the setting of cirrhosis.
23      Have you done any -- I'll say it again.
24      Did you -- have you seen in the literature
25  any assessment of what the increased risk is for    02:11:56

Page 203

1  MASH or NASH outside the setting of cirrhosis?
2      A  So there are some studies done on that.  The
3  thing is that the studies quote that, yes, there is
4  a risk.  There's not a lot of patients that they've
5  looked at and one caveat to that, that we should    02:12:16
6  always remember is HCC -- actually, one study talked
7  about it in great detail and was very interesting
8  also.
9      They quote that HCC, a lot of the time, is
10  diagnosed without a biopsy, right?  So if it's not    02:12:33
11  diagnosed with a biopsy and if it's diagnosed on
12  radiological criteria, like he was in 2019,
13  Mr. Roberts, a lot of patients who are under that
14  category of NASH to HCC, they may have cirrhosis,
15  just not picked up on the biopsy or not picked up.    02:12:53
16      So they may still have that fibrotic liver,
17  but they were never diagnosed with cirrhosis because
18  of where they were or what part of the world they
19  were in or -- et cetera.
20      So there's a lot of conflicting data on NASH,    02:13:07
21  just in and of itself, causing HCC, but there is
22  data out there.
23      MS. ROSE:  Okay.  I want to introduce as
24  Exhibit 15, tab 28.  Let me know when you see it.
25      (Exhibit 15 was marked for identification    02:13:20

Page 204

1      by the court reporter and is attached hereto.)
2      THE WITNESS:  Let me see.  It's not here yet.
3  Okay.
4  BY MS. ROSE:
5      Q  Do you see --    02:13:46
6      A  It's a review article, yes.
7      Q  Okay.  This is a 2025 review article by Kong
8  et al. entitled "Impact of Metabolic
9  Dysfunction-Associated Fatty/Steatotic Liver Disease
10  on Hepatocellular Carcinoma Incidences and Long-Term    02:14:05
11  Prognosis Post-Liver Resection: A Systematic Review
12  and Meta-Analysis"; correct?
13      A  Correct.
14      Q  And in the results section on the first page
15  in the gray box, it reads, "Our analysis included 19    02:14:22
16  studies, among which 12 studies focused on the
17  cumulative incidence of HCC in the general
18  population."
19      And I'll excise the numbers of the different
20  individuals.  And the next sentence reads, "MAFLD,"    02:14:38
21  M-A-F-L-D, "/MASLD," M-A-S-L-D, "significantly
22  increased the cumulative incidence of HCC in the
23  general population with a hazard ratio of 1.82; 95
24  percent confidence interval, 1.34 to 2.48."
25      Do you see that?    02:15:04

Page 205

1      A  Yes.
2      Q  So this article is reporting an increased
3  risk of 82 percent for individuals with MASLD or
4  MAFLD; correct?
5      MR. NIGH:  Form objection.    02:15:14
6      THE WITNESS:  Well, according to the results,
7  but we have to go in to see.  They're talking about
8  the initial MASLD/MAFLD, right?  They're not talking
9  about was -- they're not sort of describing was
10  there cirrhosis or not?    02:15:31
11      And also when they talk about the study
12  population, they're talking about -- again, this is
13  from China with an Asian population with Hepatitis
14  C.
15      I'm just quickly reviewing the studies that    02:15:43
16  they took.  Most of them are from China and I just
17  wanted to do a quick review on the MAFLD -- the
18  MAFLD and MASLD.
19      They talk about -- they talk about the MAFLD
20  and they -- I think they discuss -- here it is.    02:16:10
21      They say, "Mak et al. reported that a high
22  glycemic burden increases the incidence of HCC and
23  the progression of liver fibrosis in chronic
24  Hepatitis B."
25      So they're looking, again, at viral patients,    02:16:33

52 (Pages 202 - 205)

Page 206

1  cirrhotic patients, et cetera. So again, the study
2  population is the same pretty much exact one that
3  we've been discussing which is Asian mostly, viral
4  overwhelmingly, and cirrhotic.
5      But despite that, what you're saying, they do  02:16:57
6  pick up this risk and I would say that no one is
7  discounting that it's a risk factor. They just
8  continue to highlight the fact that it can be a risk
9  factor, but we must look at everything in context.
10     And this -- these numbers, although it's a  02:17:14
11 risk factor. I discussed it in my opinion, but
12 those risk factors, even though they're a well
13 recognized risk factor, in my opinion, don't apply
14 to Mr. Roberts who -- well, basically I discuss the
15 reasons why. He was not Asian, he was not -- he did  02:17:30
16 not have viral hepatitis in any form. He did not
17 have a chronic liver disease.
18     And if we assume -- if we made that
19 assumption that he did have MASLD, then the MASLD
20 would have been picked up and would be put under the  02:17:47
21 umbrella of the cirrhosis that he had -- that was
22 diagnosed or, you know, eluded to in 2016, not
23 diagnosed but eluded to in 2016. He was only
24 diagnosed in 2018.
25     So all of that would fall under the same  02:18:03

Page 207

1  umbrella and we would not be able to use -- I mean,
2  this study doesn't -- this study doesn't point to
3  anything, for me, other than yes, MASLD is a risk
4  factor. And yes, the study patients are always
5  mostly Asians with viral hepatitis and fibrosis.  02:18:18
6      So for me, it doesn't add much.
7  BY MS. ROSE:
8      Q  Did you rule out -- oh, I'm sorry. I
9  didn't -- I didn't mean to cut you off.
10     A  No, no, no. Thank you.  02:18:29
11     Q  Did you rule out Mr. Roberts' NASH or MASH as
12 an independent cause of his HCC separate from
13 cirrhosis?
14     MR. NIGH: Form.
15     THE WITNESS: So I looked at -- so in my  02:18:44
16 report, I just wanted to get to that section because
17 I spoke about it. Here.
18     "Approximately 13% of patients diagnosed with
19 HCC without a background of cirrhosis were noted to
20 have NAFLD."  02:19:05
21     "NAFLD is the most common liver disease in
22 the world and has been increasingly linked to liver
23 cancer, especially individuals with progression to
24 NASH."
25     "NASH is a more severe form of NAFLD.  02:19:14

Page 208

1  Studies have indicated" -- and then I talk about the
2  studies that "have indicated that up to 20% of NASH
3  patients go on to develop cirrhosis, which is major
4  risk factor for HCC."
5      So again, whatever -- whatever we look at,  02:19:27
6  whatever risk factor we look at, so we start with
7  the very basic risk factors of diabetes, obesity,
8  and hyperlipidemia. We start with that. We put
9  those under the MASLD and then the MASLD, we --
10 we're talking about the MASLD.  02:19:44
11     And the MASLD, we already know that in 2016,
12 there were some changes, but the changes were not
13 significant enough to be shown -- he had no physical
14 sequelae from those changes.
15     They weren't radiological changes and we  02:20:03
16 wouldn't have diagnosed him with cirrhosis then.
17 But ultimately in 2018, he did get cirrhosis very
18 fast and a large amount of HCC.
19     It -- again, the timeline does not fit, the
20 timeline does not make sense. I believe that  02:20:15
21 everything was sped up by a promoter, which was the
22 carcinogen NDMA in Valsartan.
23     I do not -- the timeline just doesn't make
24 sense to me.
25 BY MS. ROSE:  02:20:28

Page 209

1      Q  Is your opinion that NASH patients without
2  cirrhosis are at an increased risk for HCC?
3      MR. NIGH: Form objection.
4      THE WITNESS: So I did -- I did put that in.
5      So when -- so when -- when we look at the  02:20:43
6  studies in a little more detail, they talk about
7  risk factors for HCC. And they say, NASH, diabetes,
8  hyperlipidemia. All of them are listed separately.
9      But what -- what happens is now more and
10 more, we're identifying it as a subset, like a -- a  02:21:01
11 system issue, which is this MASLD, M-A-S-L-D. And
12 in fact, they're not leaving it just at the liver.
13 The MASLD is the liver part of it, but they're
14 talking about the cardiology aspect of it. They're
15 talking about the coronary artery disease part of  02:21:19
16 it.
17     So they're trying to put them altogether as
18 an umbrella. Not calling it fatty, but they're
19 trying to put it all under one umbrella of a
20 metabolic disorder and that's what I spoke about.  02:21:32
21     So can a metabolic disorder, which consists
22 of diabetes and fatty liver, hyperlipidemia cause
23 HCC? Yes, and I discuss that. And the reason is
24 because of insulin resistance and inflammation and
25 all these other things. I discuss that.  02:21:52

53 (Pages 206 - 209)

Page 210

1    But most of these cases end up going into
2    cirrhosis which then goes into hepatocellular
3    carcinoma, over multiple years.
4      Q  Let's talk about diabetes.
5      You state in your report, on page 29 to 30    02:22:08
6    that you ruled out diabetes as a cause of
7    Mr. Roberts' HCC for two reasons.  One, he was
8    diagnosed with diabetes after he started taking
9    contaminated Valsartan and two, his diabetes were
10   well controlled.    02:22:23
11      Do you see that?
12      A  I do.
13      Q  I just want to understand that opinion.
14      Is it your opinion that diabetes is only a
15   risk factor for HCC in Mr. Roberts if he was    02:22:33
16   diagnosed with diabetes prior to his Valsartan?
17      A  Sorry.  I didn't understand the question.
18   Let me go back to what you read and please if you
19   could reframe or re-ask that question.  I didn't
20   understand.    02:22:57
21      Q  Sure.  You write in your report, "Mr. Roberts
22   was not diagnosed with diabetes until November 14,
23   2016 - after he started taking NDMA contaminated
24   valsartan."
25      Do you see that?    02:23:06

Page 211

1      A  Yes.
2      Q  Okay.  So I'm trying to understand that
3    opinion.
4      Are you suggesting that diabetes would only
5    be a risk factor for Mr. Roberts if he had been    02:23:17
6    diagnosed with it before he started taking
7    Valsartan?
8      MR. NIGH:  Form objection.
9      THE WITNESS:  No.  I think what I'm trying to
10   say is that if we're looking at risk factors, the    02:23:33
11   diabetes that I found in the notes as a diagnosis
12   was coming after one of our major risk factors,
13   which was that I was discussing, which was the NDMA.
14      So I was trying to put a timeline in this as
15   to the timeline of the risk factors, but again, I    02:23:49
16   then also go on to say that his diabetes was well
17   controlled, which, you know, is -- is usually a very
18   good sign as well far as progression to HCC is
19   concerned.
20   BY MS. ROSE:    02:24:08
21      Q  I want to talk a little bit about the
22   epidemiology on obesity.
23      Did you look for studies addressing the HCC
24   risk associated with diabetes?
25      A  Sorry, obesity or diabetes?    02:24:25

Page 212

1      Q  Oh, I'm sorry.  I believe I said diabetes.  I
2    apologies -- apologize if I misspoke.
3      Did you look for studies on the HCC risk
4    associated with diabetes?
5      A  I did.    02:24:36
6      Q  What searches did you perform?
7      A  Searches?
8      Q  Yeah.  When you were looking for studies, how
9    did you look for studies to see what is associated
10   with HCC that is associated with diabetes?    02:24:52
11      A  So the first thing I did was I went on -- I
12   always starting with the American Cancer Society and
13   then StatPearls and other societies that talk about
14   risk factors.
15      Then I go through each risk factor in detail.    02:25:06
16   So for diabetes, which was resisted as a risk
17   factor, I first go through PubMed, which is a
18   database that houses all our different literature
19   and I search for "diabetes, NASH, cirrhosis, HCC."
20   I also search for "diabetes HCC."    02:25:29
21      I also search for "HCC."  I also search for
22   "risk factors for HCC."  I searched for "diabetes"
23   and I think it was prognosis, like the long-term
24   effects of diabetes and I searched for "diabetes and
25   carcinoma" in general.    02:25:50

Page 213

1      That's some of the things I searched for.
2    I'm pretty sure I searched for a lot more.
3      MS. ROSE:  I'm going to introduce tab 30 as
4    Exhibit 16.
5      (Exhibit 16 was marked for identification    02:26:13
6      by the court reporter and is attached hereto.)
7      THE WITNESS:  It locked me out for some
8    reason.
9    BY MS. ROSE:
10      Q  Are you locked out of the exhibit viewer?    02:26:25
11      A  Okay.  I just went back and it's let me in
12   now.
13      Excuse me.  Exhibit 16, tab 30.
14      Q  Okay.
15      A  Type 2 diabetes and risk, right?    02:26:42
16      Q  Yes.  This is an article by Mantovani and
17   Targher; correct?
18      A  Yes.
19      Q  Okay.  And do you recall citing this article
20   in your materials considered list?    02:26:56
21      A  Gosh, I read so many articles.  Let me just
22   check one thing.  I would not remember by heart.
23      Q  You know what?  I think I can help you.  If
24   you want to look at page 23 of your report and look
25   at note 151.    02:27:13

54 (Pages 210 - 213)

Page 214

1    A  Thank you, yeah.
2    Q  So you cited this article in your report;
3  correct?
4    A  Yes.
5    Q  Okay.  If you look at page 3 of the article    02:27:30
6  and it's the first column at the very bottom.
7    A  First column at the very bottom, okay.
8    Q  It starts with, "In 2013, in a large cohort
9  study."
10      Do you see that?                02:27:47
11    A  Yes.
12    Q  Okay.  It says, "In 2013, a large cohort
13  study of 363,426 non-diabetic individuals and 8,588
14  T2DM," which I'm going to assume refers to Type 2
15  diabetes mellitus," patients without any cancer or    02:28:05
16  metastasis of baseline, Schlesinger et al. Reported
17  that T2DM was associated with an increased incidence
18  of both HCC and bile tract cancer over a follow-up
19  of 8 years, independent of age, sex, body mass
20  index, waist-to-height ratio, center, education    02:28:21
21  level, smoking and alcohol consumption"; correct?
22    A  Correct.
23      MR. NIGH:  Form objection.
24      THE WITNESS:  That's what it says here.
25  ///

Page 215

1  BY MS. ROSE:
2    Q  All right.  I'm going to -- give me one
3  second.
4      If you go to page 7 of the document under
5  conclusions?                      02:28:55
6    A  Yes.
7    Q  Okay.  It says, "HCC incidence is rapidly
8  increasing worldwide, and this is likely linked to
9  increasing incidence of T2DM, NAFLD, and metabolic
10  syndrome.  There is now robust evidence of an    02:29:09
11  association between T2DM and HCC development."
12      Do you see that?
13    A  Yes.
14      MS. ROSE:  Okay.  And now, I want to look --
15  I'm going to introduce as Exhibit 17 --    02:29:22
16    A  May I comment on something here?
17  BY MS. ROSE:
18    Q  I just wanted to make sure, you had cited
19  this study and I just wanted to note that this study
20  made certain conclusions.              02:29:34
21    A  Yes.  But I just wanted to comment here -- I
22  just wanted to comment here that what I was citing
23  to was the fact that it has been linked to MASLD and
24  this is what the study is saying, that it was linked
25  to MASLD and in fact, it has a really nice diagram    02:29:54

Page 216

1  that also shows that.
2      Type 2 diabetes for the same reason,
3  proinflammatory, cytokine, cell growth and
4  proliferation, goes on to, there's that liver there
5  with the NAFLD, but then leads to hepatocellular    02:30:05
6  carcinoma.
7      And the proinflammatory state, oxidative
8  stress, and increased angiogenesis is basically
9  being associated with fibrosis.  So it was pretty
10  much -- I mean, I had listed that and quoted that as    02:30:15
11  well.
12      THE REPORTER:  Just a reminder that I'm
13  having to take down every word that you say, so
14  please slow down.
15      THE WITNESS:  Sorry.  So sorry about that.  I    02:30:26
16  keep forgetting.  Sorry.
17      MS. ROSE:  Apologies, Alexis.  I was about to
18  give a reminder.  I could see your face.
19      THE WITNESS:  Sorry about that.  Do you need
20  me to repeat anything?              02:30:43
21      THE REPORTER:  No, thank you.
22      THE WITNESS:  Thank you.
23      MS. ROSE:  I'd like to introduce as
24  Exhibit 17 fab 30 -- sorry, I apologize.  Tab 31.
25      (Exhibit 17 was marked for identification    02:30:49

Page 217

1      by the court reporter and is attached hereto.)
2      THE WITNESS:  It's still loading on my end.
3  It's still loading or not here.  Still not here.
4      Sorry.  You said Exhibit 17, right?
5      MS. ROSE:  Exhibit 17.              02:31:17
6      THE WITNESS:  It's just -- for some reason,
7  it's between 14 and 15 for me.  I don't know why.
8  All right.  Exhibit 17, that's the Schlesinger
9  article.
10  BY MS. ROSE:                      02:31:28
11    Q  Yes.  This is the Schlesinger 2013 article
12  that was referenced in the Mantovani and Targher
13  article we just looked at; correct?
14    A  Yes.
15    Q  Okay.  And if you look on the second page --    02:31:36
16  hold on a second.  Give me one second.
17      Okay.  On the second page in the "Results
18  section," it reads -- do you see it?  It's at the
19  top of the second page.
20    A  Second page, "Results" section.  "Patients    02:32:13
21  and Methods"?  "Results," yes, yes, okay.
22    Q  The second sentence reads, "Independent of
23  body mass index and waist-to-height ratio, diabetes
24  status was associated with a higher risk of BTC and
25  HCC."                          02:32:33

Page 218

1    And the risk of HCC is defined as 2.17 with
2  the confidence interval of 1.36 to 3.47.
3    Do you see that?
4    A  Yes.
5    Q  Did you review this study in forming your    02:32:48
6  opinions in this case?
7    A  I believe I did.  I think I reviewed a lot of
8  studies, so I don't recall exactly, but the study,
9  even just starting off, said, "Evidence on
10  associations between self-reported diabetes    02:33:06
11  mellitus, diabetes duration, age at diabetes
12  diagnosis, insulin treatment, and risk of biliary
13  tract cancer (BTC) and hepatocellular carcinoma
14  (HCC), independent of general and abdominal obesity
15  is scarce."    02:33:24
16    The whole premise of this article, I
17  remember, was trying to identify data in 2012 that
18  was already scarce and trying to look into it.
19    The results that they came up with, they
20  looked at the results and they, again, found that    02:33:42
21  diabetes, yes, indeed, is a risk factor for -- at
22  this time, they're calling it NASH or whatever --
23  whatever you want to call it.  They did find that
24  and we have put that down as a risk factor.
25    And the only difference is in 2012, they had    02:34:01

Page 219

1  not really started talking about NAFLD or MASLD as,
2  you know, an umbrella of diseases that we should be
3  looking at.
4    So this, again, points to the facts that,
5  yes, diabetes is a risk factor for HCC and the way    02:34:20
6  it's a risk factor is that it causes proinflammatory
7  cytokines and insulin resistance that causes
8  fibrosis -- most of the time causes fibrosis, that
9  leads to MAFLD or MASLD, that then leads to
10  cirrhosis over time, over many years, and then that    02:34:37
11  leads to HCC.
12    So all of that is something that we already
13  know of as far as the risk factor and most
14  importantly, our -- just sort of coming back to
15  Mr. Roberts, Mr. Roberts' diabetes was well    02:34:54
16  controlled.
17    And they talk about insulin in this
18  Schlesinger article as well, that, you know, he was
19  well controlled and he actually never really
20  required insulin.  So he was well controlled and he    02:35:06
21  was, throughout his time, well controlled with the
22  diabetes and the NAFLD or MASLD basically would have
23  been captured under any cirrhosis that we saw in
24  2016 and we know in 2016, even though there were
25  certain changes in the liver, there were no physical    02:35:31

Page 220

1  signs and no exact diagnosis of cirrhosis in 2016.
2    So all of that just goes to prove that yes,
3  definitely diabetes is a risk factor and
4  hyperlipidemia is a risk fact factor.  Obesity is a
5  risk factor, which I discussed, but in my report, I    02:35:48
6  try to sort of put that all in this context for
7  Mr. Roberts to try to explain why I really don't
8  believe that this diabetes, obesity, and fatty liver
9  led to the rapid response of live of the cirrhosis
10  and the significant tumor burden with HCC that he    02:36:10
11  had between 2016 to 2018, is what I was trying to
12  explain in my report, citing these articles and from
13  my understanding and opinion on it.
14    Q  Is it your opinion that there is no
15  scientific literature identifying diabetes as a risk    02:36:28
16  factor for HCC independent of cirrhosis?
17    A  I mean, you just -- we just discussed one
18  that's talking about it.  So the thing is that when
19  we were looking at the literature -- I'm sorry.  I'm
20  just going back to this.    02:36:50
21    So for example, when we look at this and we
22  talk about diabetes -- so this -- the question that
23  you just asked me is being asked in this article
24  that we just discussed.
25    Q  Okay.  I -- sorry.  I think there was some    02:37:01

Page 221

1  confusion.  I thought in your prior answer that you
2  were saying that you didn't believe that this
3  article showed an end when different risk of HCC
4  associated with diabetes because you believed that
5  the risk was encompassed within a risk of cirrhosis.    02:37:16
6  Is that not what you were saying?
7    A  What I --
8    MR. NIGH:  Form objection.
9    THE WITNESS:  So what I was saying was that
10  this article is being question because right    02:37:26
11  from the get-go, right the beginning, the background
12  and the background itself, it basically says that
13  self-reported diabetes has -- I want to use the
14  words that they said -- evidence -- and I'm
15  paraphrasing -- "evidence of the association between    02:37:46
16  self-reported diabetes" and the risk of -- I'm
17  missing out words in the middle -- and the risk of
18  hepatocellular carcinoma independent of general and
19  abdominal obesity.
20    So what they're trying to say is in and of    02:38:03
21  itself is scarce.  So they start off right off the
22  bat saying that the data is scarce.  So I was trying
23  to, first and foremost, point the fact out that
24  there's very little -- I mean, there is literature.
25  It's conflicting literature and the amount of    02:38:17

56 (Pages 218 - 221)

Page 222

1  literature just talking about diabetes straight on
2  to HCC without any -- anything in the middle is
3  going to be extremely rare to find because most
4  patients get put under -- especially now --
5  especially now, since 2023, they get put under the    02:38:31
6  umbrella of this sort of metabolic syndrome.
7      So that's what I was trying to explain that
8  yes, there are articles that look at that
9  independently and ask the question, but you're going
10  to find it very hard to get a good answer because    02:38:46
11  most diabetic patients get put under the umbrella of
12  this metabolic syndrome, which is what, again, we've
13  been talking about throughout, that even if he had
14  the metabolic syndrome, which by 2016, we believe he
15  did, that metabolic syndrome -- so -- so anything    02:39:06
16  before then, so if -- whether he had diabetes,
17  whether he had hyperlipidemia, whether he was obese,
18  what I was trying to explain in my report is yes,
19  those are risk factors.
20      But now, they're being put under the umbrella    02:39:20
21  of this metabolic syndrome, and then, I go on to
22  discuss the metabolic syndrome in detail because all
23  of them, they don't exist in a bubble.
24      They exist together and they're treated
25  together and they're followed together, and the    02:39:33

Page 223

1  surveillance is together.  All of it is treated as a
2  syndrome under one umbrella.
3  BY MS. ROSE:
4      Q  Okay.  So just so I'm clear, you're agreeing
5  that Schlesinger 2013 evaluates diabetes as a risk    02:39:44
6  factor for HCC independent of cirrhosis and observes
7  an increased risk of 2.17; correct?
8      MR. NIGH:  Form objection.
9      THE WITNESS:  So you said am I agreeing to
10  it?  Am I agreeing -- am I saying, yes, I saw the    02:40:06
11  article and yes, that's what it says.  You're right,
12  yes, I read the article and that's what it says.
13  BY MS. ROSE:
14      Q  Okay.  Thank you.  That is what I was asking.
15      A  Okay.                    02:40:15
16      MS. ROSE:  Okay.  I want to introduce as
17  Exhibit 18, tab 32.
18      (Exhibit 18 was marked for identification
19      by the court reporter and is attached hereto.)
20      THE WITNESS:  18, tab 32.  Okay.    02:40:36
21  BY MS. ROSE:
22      Q  This is an article from 2020 by Yang et al.
23  titled "Diabetes Is Associated With Increase Risk of
24  Hepatocellular Carcinoma in Patients With Cirrhosis
25  From Nonalcoholic Fatty Liver Disease"; correct?    02:40:55

Page 224

1      A  Yes.
2      Q  And if you look at -- apologies, give me one
3  second.
4      A  No problem.
5      Q  Sorry.  The first -- the first line of the    02:41:13
6  article, it says, "Diabetes increases the risk of
7  liver disease progression and cirrhosis in patients
8  with nonalcoholic steatohepatitis."
9      A  Yes, and that's what we've been talking
10  about.                        02:41:28
11      Q  And "the association with diabetes and the
12  risk of hepatocellular carcinoma in NASH patients
13  with cirrhosis is not well qualified."
14      Do you see that?
15      A  Quantified.                02:41:37
16      Q  Quantified.  I'm sorry.  You read it
17  correctly.  I did not.
18      A  "The association between diabetes and the
19  risk of HCC in NASH patients with cirrhosis is not
20  well quantified."                02:41:49
21      Okay.  Yes, that's what it says.
22      Q  Okay.  And if you go about halfway down that
23  paragraph.
24      A  Okay.
25      Q  It says, "Diabetes was associated in this    02:41:55

Page 225

1  study that was conducted" -- diabetes was -- I'll
2  start over again.
3      In the study, the article states, "Diabetes
4  was associated with an increased risk of developing
5  HCC and a univariate hazard ratio of 3.6 with a    02:42:07
6  95 percent confidence interval of 1.1 to 11.9."
7      Do you see that?
8      A  Yes.
9      Q  And the sentence goes on, "In a multivariable
10  analysis, the hazard ratio is 4.2 with the    02:42:22
11  95 percent confidence interval of 1.9 to 95."
12      Do you see that?
13      A  Yes, yes.
14      Q  So this study compared patients who had NASH
15  and no diabetes to patients who had NASH and    02:42:37
16  diabetes; correct?
17      A  So this study -- "All patients with the
18  diagnosis of NASH cirrhosis seen at Mayo Clinic.
19  All adult liver transplants registrants with NASH."
20      So let me just -- there's a very specific    02:42:54
21  question that they're asking.
22      They're asking -- the question is, is
23  diabetes associated with increased risk of HCC in
24  patients with cirrhosis from NASH?  So they're
25  already making that assumption.        02:43:14

57 (Pages 222 - 225)

Page 226

1    So they're already making the assumption.
2  And I remember this study because if we look down
3  further, there was a very interesting point --
4  sorry. Let me just find it. There was a point in
5  this study -- here it is.              02:43:32
6       They talked about how "diabetes increases the
7  risk of progression of cirrhosis development and --
8  in patient with NAFLD."
9       So they -- again, this study was used to
10  identify the fact that diabetes -- again, I would    02:43:53
11  say yes, it's a risk factor, but it's now being put
12  under the umbrella of fibrosis, insulin resistance,
13  hyperlipidemia, obesity, NAFLD, MASLD, whatever it
14  is. It's under that umbrella and this study also
15  pointed towards that.               02:44:13
16  Q. Okay.
17  A. So they said that it's all under one
18  umbrella. And actually, this study was already
19  looking at patients with NASH. The patients already
20  have cirrhosis from NASH.              02:44:25
21  Q. Okay. I understand that. So I actually want
22  to look at table four of this study, which is on
23  page 13 of the study itself.
24  A. Okay. Sorry, table four, sorry.
25  Q. Yes, sorry, I wasn't finished -- I wasn't    02:44:45

Page 227

1  finished with my explanation. I was going to say
2  it's also --
3  A. Sorry, sorry.
4  Q. It's page 913 of the study itself and then
5  seven of the PDF.              02:44:57
6  A. Thank you, okay.
7  Q. Do you see where I am?
8  A. Yes. Table four, "Diabetes and Risk."
9  Q. Yes. And about halfway down the table, the
10  authors report a hazard ratio associated with    02:45:09
11  diabetes in patients with NASH cirrhosis of 1.14
12  with the confidence interval of 1.11 to 1.80;
13  correct?
14  A. Yes, that's what it says here.
15  Q. So this study finds that their -- in patients    02:45:28
16  who have NASH cirrhosis, the present of diabetes as
17  an additional risk factor increases the risk of HCC;
18  correct?
19  A. I -- okay. So I think that's a very
20  interesting point, the way you're looking -- so I    02:45:56
21  think what this study is saying is that these
22  patients have NASH, right? So these patients have
23  NASH and then after NASH, they got HCC.
24       And then, it's looking at these patients and
25  what their characteristics were.              02:46:14

Page 228

1    So male, 1.58, was a higher risk factor than
2  diabetes at 1.41, because what they were doing was
3  identifying what specific confounding factors or --
4  or risk factors is a better -- risk factors these
5  patients have.              02:46:36
6       So they're looking at it and trying to come
7  up with a tie in and what they came up with in their
8  conclusion was that diabetes is associated with --
9  again, they talk about -- at this time, this study
10  was done in, I think, 2020.              02:46:51
11       So at this time, what they're saying is
12  diabetes causes the whole insulin resistance,
13  proinflammatory cytokines, possible fibrosis,
14  leading to more fibrosis, then cirrhosis, and then
15  HCC, but that's what they were saying.              02:47:07
16       So they looked at all total patients with
17  NASH HCC or HCC due to NASH and how many of them,
18  what were their other risk factors. What were
19  the -- what did they start off with? And what
20  they're saying is that they had diabetes.              02:47:20
21       But at the same time, when you look at
22  diabetes as a hazards ratio of 1.41, you can also
23  see that being male was 1.58. So I -- you know, to
24  me, the study -- when you look at it, if you're
25  going through the intricacies of it, is giving    02:47:39

Page 229

1  really great data on how diabetes is a risk factor,
2  but how it sort of plays into the whole entire
3  syndrome that they really made.
4       And since 2022, 2023, 2024, they're trying to
5  put that all under the metabolic syndrome and the    02:47:57
6  metabolic syndrome affects the liver, affects the
7  heart and all of that.
8  Q. Okay. I think that we're in agreement. I
9  just want to make sure.
10       But you agree that this study reports an    02:48:13
11  increased risk of diabetes.
12       Sorry, this study of diabetes reports an
13  increased risk of HCC in all patients who have
14  NASH -- let me start again. Let me just start
15  again.              02:48:30
16       I'm trying to make sure we're -- we're
17  exactly on the same page.
18       This study looked -- the universe -- the
19  population of this study was patients with NASH;
20  correct?              02:48:41
21  A. The baseline population in this study on my
22  review here is patients with cirrhosis from NASH,
23  that they felt was from NASH.
24  Q. Okay. So among that population, they looked
25  at individuals who had diabetes and who did not and    02:48:56

Page 230

1  they concluded that there was an increased risk,
2  above the risk that comes with NASH cirrhosis
3  itself, of 1.14 associated with diabetes; correct?
4      MR. NIGH:  Form objection.
5      THE WITNESS:  I -- I don't think that's what    02:49:13
6  they're saying.  I don't think that's what they're
7  saying.
8      If we go into the discussion part of it, they
9  get into it and they basically say that diabetes
10  increases the risk of liver disease progression and    02:49:26
11  cirrhosis development in patients with NAFLD.  So
12  they were trying to find what causes the NASH or
13  what is associated with the NASH.
14      I don't -- I think what you just said -- the
15  statement that you just made, I don't think is what    02:49:39
16  they -- they concluded, but we can go down further.
17  "Diabetes may also be associated with
18  hyperinsulinemia and activation of growth-promoting
19  insulin-like growth factor signalling pathways."
20      And then they say, "The association between    02:49:55
21  diabetes and HCC remains unclear."
22      And then, yeah, I don't think that's what
23  they're saying.  I believe what they're saying is
24  that the patients that they reviewed -- the patients
25  that they reviewed had these risk factors.    02:50:15

Page 231

1  BY MS. ROSE:
2    Q  Okay.
3    A  In that --
4    Q  I'm just -- I'm confused because I'm trying
5  to understand, that there's -- there's a report here    02:50:21
6  of hazard ratios and the hazard ratio associated
7  with diabetes is 1.14.
8      So I'm trying to understand your disagreement
9  with the fact that the authors indicated that their
10  diabetes had --    02:50:38
11    A  So --
12      MR. NIGH:  Hold on.  Hold on.  Let her finish
13  the question.
14      THE WITNESS:  Sorry about that.
15      MR. NIGH:  What's the question?    02:50:46
16      MS. ROSE:  Let me look at the question.
17  BY MS. ROSE:
18    Q  So this study reports, in table four, a
19  hazard ratio of 1.14 associated with diabetes and
20  that's a statistically significant increased risk of    02:51:06
21  HCC associated with diabetes; correct?
22      MR. NIGH:  Mischaracterizes the -- this has
23  been asked and answered multiple times.
24      THE WITNESS:  So I think it was explained
25  well in the bulk of the text and in the conclusion.    02:51:28

Page 232

1  They say, "Diabetes was an associated with an
2  increased risk of HCC in patients with NASH
3  cirrhosis."
4      So what they're saying is -- I think what you
5  had mentioned was it's separate to or, you know,    02:51:41
6  something, but what they're saying is that NASH
7  cirrhosis, which leads to HCC, when you look back at
8  the patient population that they studied, this 1.41
9  ratio, basically what they studied is that the
10  diabetes was associated with NASH that went to HCC.    02:51:57
11      And therefore, diabetes is a risk factor with
12  the hazard ratio of 1.41 because it causes insulin
13  resistance and cytokine -- proinflammatory cytokines
14  and fibrosis.
15      So they're saying the same thing basically,    02:52:14
16  that diabetes causes liver disease by this whole
17  metabolic syndrome, insulin resistance, cytokine
18  release, inflammation, and fibrosis that then leads
19  to cirrhosis is -- is what my take on this article
20  is.    02:52:39
21  BY MS. ROSE:
22    Q  And we talked earlier about how you wrote in
23  your report that Mr. Roberts was not diagnosed in
24  diabetes until after he began using Valsartan in
25  September 2016; correct?    02:52:53

Page 233

1      MR. NIGH:  Form objection.
2      THE WITNESS:  Yes, that's when I first picked
3  up on it.  He may have been -- he may have been
4  diagnosed before, but that's when I picked up on it.
5      MS. ROSE:  Okay.  Well, I'm going to    02:53:07
6  introduce tab 33 as Exhibit 19.
7      (Exhibit 19 was marked for identification
8      by the court reporter and is attached hereto.)
9      MR. NIGH:  Can we -- we've been going on now
10  for over an hour and a half.  Can we take a break    02:53:14
11  now?
12      MS. ROSE:  Sure.
13      MR. NIGH:  Thank you.
14      THE VIDEOGRAPHER:  Standby.  The time is
15  2:52 p.m.  This is the end of media four and we're    02:53:22
16  going off the record.
17      (Recess.)
18      THE VIDEOGRAPHER:  The time the 3:16 p.m.
19  This is the beginning of media five and we are on
20  the record.    03:17:04
21      MS. ROSE:  I believe right before we took a
22  break, I introduced Exhibit 19.
23  BY MS. ROSE:
24    Q  Do you see that, Doctor?
25    A  I have to -- I'd have to go back.  One    03:17:12

Page 234

1  second, please, it's loading.
2      Okay.  Exhibit 19.  North Baldwin laboratory,
3  2007, okay.
4      Q  You see it?
5      A  Yeah.                    03:17:34
6      Q  Okay.  So this is a record from a visit
7  Mr. Roberts had with his cardiologist Dr. Buckley in
8  June of 2007; correct?
9      A  Dr. Buckley, yeah, yes.
10     Q  Okay.  And there are various labs listed;    03:17:52
11 correct?
12     A  Yes.
13     Q  And at the -- the last lab listed is an A1c
14 test and the patient results are 6.9; correct?
15     A  Yes, correct.              03:18:10
16     Q  And then there's a handwritten note from
17 Dr. Buckley that says, "6.9 or 5.9, if 6.9, refer
18 for possible DM."
19     Do you see that?
20     A  Yes.                    03:18:24
21     Q  Okay.  Do you understand DM to refer to
22 diabetes mellitus in this scenario?
23     A  Yes, yes.
24     Q  So here, Dr. Buckley performed a hemoglobin
25 A1c test which returned at a 6.9 percent result;    03:18:41

Page 235

1  correct?
2      A  Correct.
3      Q  Would a 6.9 result on an A1c test qualify for
4  diabetes?
5      MR. NIGH:  Form objection.        03:18:55
6      THE WITNESS:  Not always, no.  So the way we
7  diagnose diabetes or the way diabetes is diagnosed
8  is, firstly, they look at the random fasting, then
9  they look at the HbA1c.  So the HbA1c is a measure
10 of the glucose over the last 3 to 6 months.  So it    03:19:12
11 gives you an idea of what their sugars have been
12 doing.
13     And when someone sees an elevated HbA1c, the
14 first thing they do is repeat it.  I couldn't even
15 see whether -- I think the doctor was right.  Was it    03:19:21
16 5.9 or 6.9, I couldn't see exactly what it was.
17     Well, when someone has an elevated HbA1c, the
18 first thing that is recommended is they go through
19 lifestyle modifications, exercise more, maybe take a
20 -- his triglycerides were elevated, so maybe take a    03:19:48
21 statin and focus on the cardiology part of it, which
22 I think he was seeing cardiology as well in 2000
23 something.
24     So anyway, so we do that.  We -- and then we
25 repeat the testing and we give them time for    03:20:02

Page 236

1  lifestyle modification before diagnosing them with
2  diabetes, which is basically Type 2 diabetes which
3  is basically Type 2 diabetes mellitus.  Type 2 is
4  basically adult acquired for which treatment is
5  needed.                    03:20:17
6      So there's a few steps before you diagnose a
7  person with Type 2 diabetes mellitus.
8      Q  In this record, Dr. Buckley reported possible
9  diabetes; correct?
10     A  I think it's he.  The doctor said, "6.9 or    03:20:34
11 5.9, if 6.9, refer for possible diabetes."
12     MS. ROSE:  Okay.  I want to introduce as
13 Exhibit 20 tab 34.  Let me know when you see it.
14     THE WITNESS:  Yes, here it is, okay.
15     (Exhibit 20 was marked for identification    03:21:17
16     by the court reporter and is attached hereto.)
17 BY MS. ROSE:
18     Q  And this is the record of Mr. Roberts' visit
19 two cardiologist associates on December 20, 2007;
20 correct?                    03:21:30
21     A  Yes.
22     Q  So this is a few months after the last visit
23 that we just talked about; correct?
24     A  I think that was in -- wasn't that in -- I
25 think that was in 2005 maybe.              03:21:40

Page 237

1      Q  Looking at Exhibit 19, the date on that is
2  June 22nd, 2007.
3      A  Okay.
4      Q  I think -- is that correct?  Is that accurate
5  based on your understanding?              03:21:55
6      A  I -- are we looking at Exhibit 19?
7      Q  Sure, yes.  I just want to clarify, the date
8  on the visit for Exhibit 19 is June 22nd, 2007.
9      A  It looks like May 22nd to me, five -- it
10 looks like a five to me.              03:22:12
11     Q  If you look at the very top of the page,
12 there's a gray box that says the patient name and
13 date of visit?
14     A  Patient name and date of visit.  I don't know
15 why I don't see -- oh, here, here.  Okay, okay.    03:22:24
16 June -- okay, got it.  Yes, yes, thank you.
17     Q  Okay.
18     A  So June 22nd, 2007.
19     Q  And then going to Exhibit 20.
20     A  Okay.                    03:22:38
21     Q  The date of visit there is December 20th,
22 2007; correct?
23     A  Yes, correct.
24     Q  So about six months later?
25     A  Yes.                    03:22:45

Page 238

1    Q   And in this note under "Impression/Plan,"
2  Dr. Buckley has handwritten notes that say, "1, mild
3  CAD," do you understand that to mean mild coronary
4  artery disease?
5    A   Yes.                              03:23:05
6    Q   He has a Number 2 that looks like an arrow
7  pointing up and CHOL.  Do you interpret that as
8  increased high cholesterol?
9    A   Yes.
10   Q   Okay.  Number 3 is "OSAS on CPAP"?    03:23:17
11   A   Yes.
12   Q   Do you interpret that as obstructive sleep
13  apnea?
14   A   Yes.
15   Q   Okay.  And then Number 4 says "DM."    03:23:28
16    Do you see that?
17   A   Yes.
18   Q   Do you interpret that as diabetes?
19   A   Yes.
20   Q   And then it says, "HTN" after that?    03:23:38
21   A   Yes.
22   Q   Do you interpret that as hypertension?
23   A   Yes.
24   Q   So as of December 2007, Dr. Buckley had
25  diagnosed Mr. Roberts with diabetes?        03:23:56

Page 239

1      MR. NIGH:  Form objection.
2      THE WITNESS:  So I saw this and I was
3  really -- I didn't know what to make of it because
4  there was the diabetes treatment and pressure
5  implant and when you went down and looked at the    03:24:15
6  medications, it wasn't written there in the official
7  medication list.
8      And then I had this note from 20 -- I think
9  it was 2016 that said recently diagnosed.  The note
10  was from 26 of something, no evidence.  Something in  03:24:53
11  2016 where he was recently diagnosed.
12      Oh, here, November 26th, '16.  "During an
13  office visit, it was noted that Mr. Roberts had a
14  recent diagnosis of diabetes and as well controlled
15  on oral medications and feels great."        03:25:13
16      So based on this, because when we look at
17  what is in this exhibit, he has DMHTN, diabetes
18  mellitus hypertension but on the medication list
19  from what I take to be the same date, there's not a
20  single medication for diabetes, not even crossed    03:25:32
21  out.  So I was -- and even in the diagnoses, cardiac
22  diagnosis and noncardiac diagnosis, they list for
23  cardiac diagnosis, chest pain, hypertension,
24  cholesterol, palps, which is palpitation and mild
25  CAD.                                03:25:56

Page 240

1      And for noncardiac diagnosis, arthritis,
2  appendectomy, OSAP or obstructive sleep apnea and
3  then they say questionable diabetes.  It's
4  specifically written here questionable diabetes, so
5  --                                  03:26:10
6    Q   I'm sorry -- I'm sorry, Doctor, where are you
7  reading from?
8    A   Your -- your thing, your exhibit.  I don't
9  know what happened.  It just wasn't away.  Sorry,
10  Exhibit 20, second page.                  03:26:24
11      Under the gray box, "Account Number."  Under
12  that, is a set of numbers.  Under that, is referring
13  physician.  Under that, is "Cardiac DX."  And under
14  that, is "Noncardiac DX."  And the last thing
15  written on noncardiac DX is "?DM."          03:26:43
16    Q   I see.  So even though Dr. Buckley wrote on
17  the first page of this report under impressions that
18  one of his impressions was that Mr. Roberts had
19  diabetes mellitus, you discount that because on the
20  second page listing medications, it says "?DM"?    03:27:03
21    A   Oh, no, I don't --
22      MR. NIGH:  Hold on, hold on.  Objection;
23  mischaracterizes testimony.
24      You can answer.
25      THE WITNESS:  So I do not -- thank you.  I do  03:27:17

Page 241

1  not discount any of this that this doctor has
2  written.
3      Again, I would say that there's one
4  handwritten note in 2007 that says DM, from the same
5  time, from the same office, from the same doctor is  03:27:28
6  a typewritten note, same questionable DM.  I'm just
7  reading that to you.  I don't discount any of that
8  and I don't know what to make of it.  I don't know.
9  There's two separate -- there's a question mark from
10  the same day, same doctor and there isn't a        03:27:41
11  question mark, but I don't discount any of that.
12  And, you know, it's here, right here in the record.
13  BY MS. ROSE:
14    Q   If Mr. Roberts did in fact have diabetes
15  prior to 2016, is there any basis to rule out that    03:27:58
16  diabetes as a potential cause of his HCC?
17      MR. NIGH:  Form objection.
18      You can answer.
19      THE WITNESS:  Sorry, please could you repeat
20  that, I --                            03:28:11
21    Q   Sure.
22    A   If I could --
23    Q   We've been looking at this note from 2007 in
24  which Dr. Buckley noted diabetes in his impressions
25  of Mr. Roberts.                        03:28:21

Page 242

1    So I'm asking the follow-up question, if
2    Mr. Roberts had diabetes in 2007, is there any basis
3    to rule out that -- his diabetes as potential cause
4    of his HCC?
5        MR. NIGH: Form objection.        03:28:37
6        THE WITNESS: So this is how I would look at
7    it, in my opinion.
8        So if I have these -- what's presented --
9    what's presented to me and it's a hypothetical --
10   hypothetical question, it's completely -- and    03:28:48
11   hypothetically and everything else is the same;
12   right?
13   Q    Oh, I -- I don't think this is really a
14   hypothetical question because there is an indication
15   of diabetes, so I'm asking if you said that this    03:28:58
16   note could be interpreted multiple ways, I believe.
17   A    Yes.
18   Q    So if this note indicates that Mr. Roberts
19   had been diagnosed with diabetes in 2007, what is
20   your basis to rule out his diabetes as a potential    03:29:11
21   cause of his HCC?
22   A    I see. Okay.
23       MR. NIGH: Form objection.
24       THE WITNESS: So 2007 -- 2007, we have a note
25   pointing towards diabetes mellitus, we also have    03:29:24

Page 243

1    another note questioning diabetes mellitus and we
2    have no evidence of medication usage.
3        So if we make the assumption based on that
4    one note that says "DM" that there was diabetes
5    mellitus, we can also make the assumption then that    03:29:36
6    it was low-grade diabetes mellitus or diabetes
7    mellitus that was not treated because he wasn't put
8    on medication.
9        At least that's my understanding of it.
10   And then in 2016, we fast forward to 2016,    03:29:47
11   where we talk about the fact that he had recently
12   been diagnosed with diabetes mellitus and started on
13   Metformin, et cetera.
14       Ultimately, whenever he was diagnosed with
15   the diabetes, if we are looking at diabetes in the    03:30:02
16   context of hepatocellular carcinoma, the way -- and
17   we looked at it in the studies that you also shared
18   with me.
19       If we look at diabetes in the context of
20   hepatocellular carcinoma, it's a chronic disease in    03:30:15
21   progression. Diabetes, under an umbrella of
22   metabolic syndrome or MASLD, that then leads to
23   increased insulin resistance, increased cytokine,
24   mediated inflammation, increased -- basically
25   proinflammatory markers, which then leads to    03:30:37

Page 244

1    fibrosis, which then can over time lead to
2    cirrhosis, which then over nearly a decade as I had
3    mentioned, can lead to HCC.
4        And all of that, all of that, again, I would
5    say would have been picked up in 2016, so if we    03:30:53
6    start looking in 2016, again, we have in -- with
7    this plaintiff, we have a 2016 scan that does not
8    diagnose it -- diagnose him with cirrhosis; yes?
9    There are markers of, you know, radiological markers
10   of cirrhosis, but there's no clinical marker of    03:31:15
11   cirrhosis.
12       So whenever the diagnosis was of diabetes and
13   whenever treatment started, the fact is that in
14   2016, he didn't have any clinical -- any clinical
15   signs of cirrhosis. He didn't. Which then, again,    03:31:30
16   calls into question the fact that within 2 years,
17   for 2016, 2018, he then had obvious signs of
18   cirrhosis and multiple huge liver lesions consistent
19   with aggressive HCC.
20       So for me, no, it would not change -- I would    03:31:51
21   still rule the IBTs out as a risk factor for this
22   patient, for Mr. Roberts, for this plaintiff. I
23   assume -- of course, IBT, there's a risk factor
24   for -- you know, in general we can discuss that, but
25   for Mr. Roberts, I would rule it out as a risk    03:32:09

Page 245

1    factor based on what I just explained.
2    Q    You just mentioned clinical markers of
3    cirrhosis. What are the clinical markers of
4    cirrhosis?
5    A    I think I -- I didn't say -- I think I said    03:32:21
6    clinically. If I said clinical markers, what I
7    meant was clinically.
8    Q    Okay. I am reading the transcript. You
9    said, "The fact is that in 2016, he didn't have any
10   clinical -- any clinical signs of cirrhosis." Hold    03:32:43
11   on, I think you said something earlier.
12       You also said, "We have a 26 scan, that does
13   not diagnose it -- diagnose him with cirrhosis, yes.
14   There are markers of, you know, radiological markers
15   of cirrhosis, but there's no clinical marker of    03:33:04
16   cirrhosis."
17       So I wanted to know what are the clinical
18   markers of cirrhosis?
19   A    Sorry --
20       MR. NIGH: Form objection.        03:33:11
21       THE WITNESS: So let me just -- let me
22   just -- I think I -- I wasn't specifically -- when I
23   was explaining it to you, I wasn't specifically
24   talking about clinical markers, I was talking about
25   clinically, he doesn't have it. So yeah, I wasn't    03:33:24

62 (Pages 242 - 245)

Page 246

1 talking about clinical markers, per se, I was
2 talking about clinically, physically, he doesn't
3 have cirrhosis -- or he didn't seem to have
4 cirrhosis in 2016.
5 BY MS. ROSE:                        03:33:35
6    Q   And again, what is the basis for your opinion
7 that clinically Mr. Roberts did not have cirrhosis
8 in 2016?
9    A   Clinically, he had no evidence of ascites, he
10 had no evidence of an increase in his liver function 03:33:50
11 test. They have always been mildly elevated. They
12 were not significantly elevated from his -- from his
13 baseline.
14       There's no evidence of abdominal pain
15 distension, jaundice, anything. He didn't have any  03:34:07
16 clinical -- at this point, I can say, he didn't have
17 any clinical markers or any clinical signs of
18 cirrhosis.
19       And clinically, he was -- I would not have
20 diagnosed him with cirrhosis in 2016.               03:34:21
21    Q   Okay. But you agree that parties -- the
22 radiological experts for both parties in this case
23 have reviewed the 2016 scans and concluded that
24 there were characteristics of cirrhosis on those
25 scans?                               03:34:43

Page 247

1    A   Oh, yes, they're both excellent doctors and
2 they see radiological signs of cirrhosis.
3       Again, I would say that we made the
4 assumption -- if we make the assumption that, yes,
5 he had cirrhosis in 2016, obviously, the cirrhosis   03:34:59
6 was not extensive enough, was not advanced enough,
7 was actually extremely mild in my opinion, where
8 no -- at that time, in 2016, no doctor diagnosed him
9 with cirrhosis.
10       And then within two years, he has this         03:35:14
11 aggressive cirrhosis that had led or is part of this
12 whole HCC, you know, medical issue and at the same
13 time, the only thing that could, in my opinion, spur
14 this on again, the timeline doesn't make sense, the
15 fact that it happened so quickly to me, I feel that  03:35:35
16 the -- the only risk factor for this was NDMA in the
17 Valsartan that caused the HCC.
18    Q   Do you agree that both Dr. Mele and
19 Dr. Turniak, the radiologist experts for the parties
20 are better qualified than you are to determine       03:35:56
21 whether cirrhosis is present based on a radiological
22 scan?
23       MR. NIGH: Form objection.
24       THE WITNESS: They're radiologists and
25 they're board-certified in radiology so I think they 03:36:11

Page 248

1 have that certification for sure. Better qualified,
2 I think because of that certification, because
3 they're radiologists, they would do the reading.
4 But as a physician who sees this all the time, who
5 reads reports all the time and who sees images all   03:36:22
6 the time, I think I would also be qualified to read
7 a report and say, you know, this looks like cancer
8 or this doesn't look like cancer.
9 BY MS. ROSE:
10    Q   We talked earlier, Dr. Siddiqui, about your    03:36:45
11 opinion that Mr. Roberts' diabetes was not a cause
12 of HCC because you're certain his diabetes was well
13 controlled.
14       Do you remember talking about that?
15       MR. NIGH: Form objection; mischaracterizes     03:36:57
16 testimony.
17       THE WITNESS: I think in my report, I said it
18 was -- I actually say I considered Mr. Roberts'
19 diabetes NASH and obesity together. And throughout
20 this -- we've been talking about this and I always   03:37:19
21 try to say again, that, I consider the diabetes as
22 part of a metabolic syndrome under the umbrella and
23 of diabetes, hyperlipidemia, fatty liver, all of
24 this comes under the metabolic syndrome and that
25 metabolic syndrome I have considered as a risk       03:37:36

Page 249

1 factor for HCC and in detail.
2       And then I even say here because when all
3 three are present, it can be considered part of a
4 metabolic syndrome that can cause oxidative stress
5 and inflammation of the liver that can eventually    03:37:47
6 lead to cirrhosis.
7       Mr. Roberts was not diagnosed with -- and
8 then I talk about diabetes and how I believe that,
9 furthermore, it was noted that Mr. Roberts' diabetes
10 was well controlled.                             03:38:03
11       I didn't -- I don't think I made a statement
12 in the form that you -- that you said I made.
13 BY MS. ROSE:
14    Q   Okay. Well, let me ask you that question.
15       Is your opinion that Mr. Roberts' diabetes    03:38:15
16 was not a substantial factor in causing his HCC
17 based at all on your opinion that the diabetes was
18 well controlled?
19       MR. NIGH: Form objection.
20       THE WITNESS: So -- so the way I look at it,   03:38:34
21 my medical opinion is that, how does diabetes turn
22 into, for example, if the question is HCC, how does
23 it turn into that? Every risk factor, you need to
24 look at that in context; right?
25       So how does diabetes turn into HCC. So --     03:38:46

63 (Pages 246 - 249)

Page 250

1  and we've looked at the study so basically diabetes
2  starts with insulin resistance.
3      That insulin resistance promotes
4  proinflammatory cytokines and many different
5  inflammatory markers that go and -- go sit in the    11:47:51
6  liver and start changing the architecture of the
7  liver and start putting liver cell -- sorry, fatty
8  cells into the liver.
9      Over time, as time goes on, that changes into
10 fibrosis and more fibrosis and more fibrosis and as    03:39:17
11 it turns into -- as it goes further and further into
12 fibrosis, it can then sometimes lead to cirrhosis
13 and that cirrhosis can sometimes lead to HCC.
14     Now, that's the whole spectrum. At any point
15 here, there are studies that show that you can turn    03:39:34
16 back cirrhosis or the progression to cirrhosis or
17 fibrosis, you can turn it back, especially in
18 metabolic syndrome which is what we have been
19 discussing, diabetes under the umbrella of metabolic
20 syndrome. You can turn it back with lifestyle    03:39:52
21 changes, treatment.
22     So many studies talk about Statin, the
23 treatment for hyperlipidemia, Metformin or any of
24 the diabetic medication including insulin as a
25 treatment. So when you start treating the actual    03:40:07

Page 251

1  issue that's causing the inflammation and causing
2  the fibrosis that leads to whatever, you know --
3  whatever we've been discussing, when you start going
4  to the root cause and treat it, it stands to reason
5  and studies approved it that the risk factor    03:40:22
6  decreases.
7      So if you have a patient with uncontrolled
8  diabetes who has never seen a medication for
9  diabetes before, who has, you know, basically
10 uncontrolled eating sweets, not having any lifestyle    03:40:34
11 changes and they continue to do that for the next
12 20, 30, 40 years or whatever it is that the -- you
13 know, that can -- is one of the reasons -- that is
14 one of the reasons why this is such a big risk
15 factor or can be considered a big risk factor.    03:40:49
16     However, now, the more we understand
17 diabetes, the more we understanding that treating it
18 and making lifestyle changes and putting people on
19 medications and turn things around, the fact that
20 these patients with diabetes are controlled, changes    03:41:02
21 the entire picture, changes our entire view of their
22 actual risk in causing cancer.
23     Q  What is the standard that you apply in
24 determining whether diabetes is well controlled?
25     MR. NIGH: Form objection.    03:41:22

Page 252

1      THE WITNESS: Well, that's a very broad
2  question.
3      Firstly, I follow the basic lab value in the
4  guidelines. And then they usually -- if they have
5  significant guidelines, they're usually followed by    03:41:40
6  an endocrinologist.
7      And the lab values, the random fasting
8  glucose values usually start coming down. And on a
9  day-to-day basis, when they do their finger sticks,
10 that starts changing, it starts becoming better.    03:42:03
11     And when you look at their clinical markers
12 and just their physical markers, their blood
13 pressure starts going down, they could lose a little
14 bit of weight, things like that.
15     So it's not just one thing. It's a whole    03:42:13
16 spectrum of things that you look at when you say the
17 diabetes is well controlled.
18     When I was reviewing Mr. Roberts' reports,
19 there was times that he had very good control of the
20 diabetes and there were times when he needed more    03:42:29
21 medication or whatever it is.
22     But he, overall, had control of the diabetes.
23     Q  Do you believe that a patient with an A1c
24 result of 9.5 percent has well controlled diabetes?
25     A  Not at that time --    03:42:48

Page 253

1      MR. NIGH: Form objection.
2      THE WITNESS: Not at the time when
3  they have -- not at the time. If a patient comes in
4  with an HBA1c of 9.5, all that is telling you is
5  that for the last 3 months to -- I think, 3 to    03:43:00
6  6 months -- the last 3 to 6 months, they had sugar
7  levels or glucose levels that were not where we want
8  them to be. That's what the HBA1c one tells you.
9      It's the glucose that sits in the -- it's the
10 glycosylated glucose, basically and so that is --    03:43:18
11 again, it's a point reference. You can't use one
12 HBA1c value to give a -- basically entire -- you
13 can't use that as a review of the entire diabetes
14 history that this patient has.
15 BY MS. ROSE:    03:43:48
16     Q  Dr. Siddiqui, you agree that Mr. Roberts was
17 qualified as obese for years prior to his HCC
18 diagnosis; correct?
19     A  Yes. I don't exactly remember the year, but
20 he was diagnosed as obese.    03:44:06
21     Q  And what is your basis for ruling out
22 Mr. Roberts' obesity as a significant risk factor
23 for his HCC?
24     A  So obesity, diabetes, hyperlipidemia, fatty
25 liver disease all come under an umbrella of    03:44:26

64 (Pages 250 - 253)

Page 254

1  metabolic syndrome.  And so what happens is when we
2  talk about obesity, we -- and we look at studies
3  with obesity causing HCC, when we talk about that.
4       We look at how it causes it and what we found
5  is that obesity, hyperlipidemia, diabetes, and fatty   03:44:44
6  liver disease fall under the umbrella of metabolic
7  syndrome or MASLD or MASH and what they do is they
8  cause increased insulin resistance and they cause
9  increased cytokines, proinflammatory cytokines that
10 go into the liver, cause more inflammation and more   03:45:07
11 fibrosis.
12      So when I did a review and looked at obesity,
13 diabetes, hyperlipidemia and NASH, and I put them
14 together appropriately, I believe, under the
15 umbrella of this metabolic syndrome and I discuss   03:45:24
16 the metabolic syndrome in detail.
17      MS. ROSE:  All right.  I want to introduce
18 tab 29 as Exhibit 21.
19      (Exhibit 21 was marked for identification
20      by the court reporter and is attached hereto.)   03:45:50
21      THE WITNESS:  It's not up yet for me.  Okay.
22 Here it is.  It's loading.  Okay.  Thank you, it's
23 loaded.  It says, "Scientific report."
24 BY MS. ROSE:
25   Q  Yes.  And it's an article by Xie et al. and   03:46:04

Page 255

1  the title is "Correlation Analysis of Metabolic
2  Characteristics and the Risk of Metabolic Associated
3  Fatty Liver Disease Related Hepatocellular
4  Carcinoma."
5       Do you see that?                03:46:22
6    A  Yes.
7    Q  And in the first paragraph of that article,
8  it says -- the second sentence, "To explore the risk
9  factors of MAFLD," M-A-F-L-D, "HCC, we evaluated the
10 independent and combined effects of metabolic   03:46:41
11 characteristics of the risk of metabolic HCC."
12      Do you see that?
13   A  Yes.
14   Q  Okay.  And then about two sentences down, it
15 says, "Each metabolic feature was significantly   03:46:52
16 correlated with the increased risk of MAFLD HCC.
17 Obesity had the strongest correlation, adjusted odds
18 ratio of 3.63, 95 percent confidence interval of
19 1.99 to 6.62"; correct?
20   A  Uh-huh, uh-huh.                03:47:13
21   Q  So this article reports obesity as an
22 independent risk factor for HCC; correct?
23   A  So --
24      MR. NIGH:  Form objection.
25      THE WITNESS:  I dont think that's what this   03:47:29

Page 256

1  article is saying.  So firstly, a few things about
2  this article, it's from Asia and the test subjects
3  are all Asian.
4       Your exhibit sticker is right on top of it,
5  so I don't know where -- which country it's from.  I   03:47:45
6  don't want to -- I don't want to speculate.
7       But anyway, it's Asia and all the test
8  subjects are Asian and we talked about the
9  differences of the test subject group and the fact
10 that all Asians have a higher risk for HCC.      03:48:00
11      And the second thing is, there is -- what it
12 says is that we evaluated the independent and
13 combined effects of metabolic characteristics on the
14 risk of MAFLD and HCC.
15      So what they're saying is, that they looked   03:48:19
16 at -- they looked at specific risk factors for MAFLD
17 and then they looked at how that MAFLD caused HCC.
18      So what they're saying is, when you look at
19 the data and you look at the combined risk factors,
20 obesity is the one that had the strongest   03:48:36
21 correlation with MAFLD HCC.  With MAFLD HCC, so
22 MAFLD has to be in the middle there, not just HCC on
23 its own.
24      And the second thing was, that they said that
25 with the advanced cirrhosis, if you had more risk   03:48:48

Page 257

1  factors, you had more risk.
2       And excuse me, I just wanted to go down here
3  and just have a look at these patients.  There were
4  only 2,000 patients checked in this university in
5  Asia somewhere.  And only 135 of those fulfilled the   03:49:06
6  study criteria.
7       Let's see.  And then there was -- and all of
8  them pretty much had fibrosis.  They say no
9  significant difference in the average age of sex and
10 fibrosis ratio and they looked at hypertension,      03:49:29
11 prediabetes, obesity, cirrhosis, everything.
12      So again, this goes again towards what we've
13 been talking about that this -- here it is, this is
14 what it says.
15      Compared with the -- compared with the   03:49:48
16 control, patients with MAFLD HCC had a higher
17 prevalence of prediabetes, obesity, hypertension,
18 dyslipidemia and advanced fibrosis.
19      So that's what they're talking about.
20 They're taking about the characteristics and the   03:50:03
21 risk factors for MAFLD that leads to HCC and our
22 issue -- not issue but what we've been talking about
23 here is that we know that.  We know that this is a
24 risk factor.  We know that obesity is a risk factor.
25 We know that diabetes is a risk factor.  We know   03:50:22

65 (Pages 254 - 257)

Page 258

1  that hyperlipidemia is a risk factor.  And we've
2  listed all of them, first, separately and then under
3  the combined umbrella heading of metabolic syndrome
4  or MAFLD or MASLD or whatever, and we've talked
5  about -- then going forward, we talked about the    03:50:36
6  risk of MAFLD causing HCC.
7      So I've already, in detail discussed in my
8  report how I feel that obesity, diabetes and
9  hyperlipidemia, although risk factors can be ruled
10  out because in 2016, even with his diabetes, even    03:50:54
11  with his obesity, even with hyperlipidemia, in 2016,
12  he did not get diagnosed with cirrhosis, but he had
13  these radiological features consistent with
14  cirrhosis.
15      However, most of the time most studies say    03:51:07
16  that the evolution from basic inflammatory changes
17  to HCC can be, you know, ten -- the first ten years
18  to fibrosis, another 10, 15, 20 years to cirrhosis,
19  and another 10, 15, 20, years if that, if they go to
20  HCC.    03:51:30
21      In our plaintiff, we have 2016, no diagnosis
22  of cirrhosis, some radiological changes and then all
23  of a sudden, two years later, he has an exponential
24  amount of HCC tumor burden.  He has more cirrhosis
25  and he has significant amount of disease, so that's    03:51:47

Page 259

1  what I'm saying.
2      What I'm trying to say is that no one is
3  discounting the fact that there are risk factors.
4  But what I'm also trying to say is that these risk
5  factors get put under an umbrella and -- under the    03:52:03
6  umbrella of metabolic syndrome and I have discussed
7  metabolic syndrome and I also have discussed why I
8  do not feel that Mr. Roberts' metabolic syndrome was
9  the cause of his carcinoma.  I believe that
10  something sped up -- acutely sped up his liver    03:52:19
11  disease, his liver change, cause the HCC and I
12  believe that was the carcinogen NDMA in Valsartan.
13  BY MS. ROSE:
14      Q  All right.  Dr. Siddiqui, I just want to go
15  back to the article which is what we were talking    03:52:34
16  about.
17      A  Sure.
18      Q  If you look at Table 5 of this article, it
19  lists associations between metabolic traits and
20  MAFLD HCC in patients without cirrhosis on    03:52:43
21  univariate and multivariate logistic regression
22  analysis; correct?
23      A  Sorry, just one second getting to that.
24  Association between metabolic traits and MAFLD HCC
25  in patients without cirrhosis on univariate and    03:52:55

Page 260

1  multivariate logistic regression analysis, okay.
2      Q  So in patients without cirrhosis, the
3  adjusted odds ratio that the operator calculated for
4  prediabetes and Type 2 diabetes and H -- MAFLD HCC
5  was 2.39 with a confidence interval of 1.35 to 4.23;    03:53:10
6  correct?
7      A  Yes, that's what it says here.
8      Q  Is it your opinion that diabetes outside a
9  setting of cirrhosis is an independent risk factor
10  for HCC?    03:53:36
11      A  So based on my previous discussions as well,
12  there are studies that look at diabetes as an
13  independent risk factor for HCC but more and more,
14  the studies have also been conflicting and most
15  patients, when you look at how diabetes cause HCC,    03:53:51
16  most patients fall under the metabolic -- of the
17  metabolic syndrome umbrella of diabetes, obesity,
18  hyperlipidemia and fatty liver.
19      And the way diabetes ultimately turns into --
20  the way diabetes ultimately turns into HCC is most    03:54:10
21  of the time, through this metabolic umbrella.
22      Now, here, they're talking about the
23  metabolic traits in patients without cirrhosis.  So
24  what they're talking about here is not that this is
25  causing the cancer.    03:54:25

Page 261

1      They're talking about the odds ratio is the
2  trait of prediabetes or Type 2 diabetes in causing
3  the MAFLD HCC.
4      Those patients already don't have cirrhosis.
5  So the point here, what they're trying to say is    03:54:40
6  that this trait of prediabetes or Type 2 diabetes is
7  associated with an increased risk of MAFLD that goes
8  into HCC, that's what this table is showing.
9      Q  Okay.  That raised an interesting point.
10  So you've been talking about MAFLD HCC and    03:54:59
11  that is HCC that is not associated with cirrhosis;
12  correct?  It is -- it is HCC in the setting of
13  MAFLD; correct?
14      MR. NIGH:  Form objection.
15      THE WITNESS:  No, that's not what I --    03:55:16
16  BY MS. ROSE:
17      Q  Okay.
18      A  That's not what I'm saying.
19      So let me just -- I explained this before
20  but, of course, I'll explain it again.  So MAFLD HCC    03:55:23
21  what that means is, and especially in this article,
22  we're just quoting this, MAFLD HCC they've used this
23  label.  What that means is metabolic dysfunction
24  associated fibrotic liver disease or whatever --
25  however they're calling it; right?  So firstly,    03:55:39

66 (Pages 258 - 261)

Page 262

1  we've been talking about -- we haven't been talking
2  about MAFLD HCC, we've been talking about our
3  metabolic syndrome and MASLD or NAFLD or whatever it
4  is.
5      But let's take all of them together under one  03:55:53
6  umbrella. So what we're saying is, that most of the
7  time -- as I mentioned before, there's nothing
8  absolute.
9      Most of the time, an inordinately high
10  percentage of the time, HCC comes from -- when it's  03:56:07
11  coming from fatty liver disease or this metabolic
12  syndrome, it goes -- progresses from fatty liver or
13  fatty inflammation, fibrosis, fibrosis, fibrosis,
14  cirrhosis, cirrhosis, HCC; that's how it goes.
15      However, as I also mentioned before, there  03:56:26
16  are certain studies that show that there are types
17  of HCC that don't have a cirrhotic background, it's
18  rare but they're there and I also mentioned that,
19  the fact that is -- that a lot of studies talk about
20  why this could be and they feel that the results  03:56:41
21  could be skewed because we're not biopsying everyone
22  with HCC so even though they may not have -- or even
23  though they may not have signs that they have
24  cirrhosis, and therefore, they would be put under
25  the group of non cirrhotic HCC. When you look at  03:57:00

Page 263

1  the cellular level, there may be fibrosis and there
2  may be scarring there that leads to fibrosis-related
3  HCC so there's a lot of conflicting data.
4      So what we've been talking about is the
5  overwhelming majority of patients, this is how it  03:57:17
6  happens; diabetes, obesity, hyperlipidemia, fatty
7  liver disease, fibrosis, fibrosis, cirrhosis,
8  cirrhosis, HCC.
9      That's a great simplification, of course, but
10  I have mentioned that, it falls under the umbrella  03:57:33
11  and that's how it happens.
12      Are there outliers? Yes, there are, but
13  they're -- they're not common.
14  Q  And on page 30 of your report with respect to
15  obesity, you say on the last sentence of your first  03:57:47
16  paragraph, "Mr. Roberts' increased risk of liver
17  cancer due to obesity would have been negligible,"
18  and again, best captured based on his -- I'm sorry,
19  and again based -- best captured based on the degree
20  of his liver cirrhosis; correct?  03:58:13
21  A  Please, sorry, could you show me where is
22  that.
23  Q  Yeah, page 30 of your report?
24  A  Yes.
25  Q  First paragraph, last sentence.  03:58:20

Page 264

1  A  Sorry, one second, first paragraph. Okay.
2      Yes, so that I was trying to explain was,
3  that the -- it was basically exactly what I just
4  explained, which is basically that I am not looking
5  at obesity as a single separate risk factor or  03:58:36
6  causation factor. I am putting his obesity,
7  diabetes, hyperlipidemia and fatty liver under this
8  umbrella and that would have best been captured in
9  that 2016 liver cirrhosis. That's what I was trying
10  to explain, that I feel all of these things together  03:58:54
11  come under metabolic syndrome and metabolic
12  syndrome, if we make the assumption that he had
13  metabolic syndrome in 2016, then we've captured
14  that. We've captured what that metabolic syndrome
15  was doing to his liver. It wasn't doing, in my  03:59:13
16  opinion, a lot to his liver.
17      Yes, there were several kinds of cirrhosis on
18  radiology, but there were no clinical -- there was
19  clinically no cirrhosis, basically. As I said, I
20  would not have diagnosed him with cirrhosis. So  03:59:26
21  here, we have again this patient who has all of
22  these, you know, risk factors or we ruled out the
23  risk factors that he has, this umbrella of metabolic
24  syndrome and then we have a scan, in 2016, showing
25  just what that metabolic syndrome meant for him and  03:59:44

Page 265

1  it really didn't mean much for him. His lifestyle
2  wasn't changed. He had no disease. He had no --
3  again, he did not have enough fibrosis even to be
4  called to be diagnosed with cirrhosis.
5      And then in 2018, he does, he has  04:00:02
6  overwhelming cirrhosis, overwhelming tumor burden,
7  so that's what I was trying to explain.
8  Q  And what is your scientific basis for opining
9  that Mr. Roberts' increased risk of liver cancer
10  would have been negligible?  04:00:17
11      MR. NIGH: Form objection; asked and
12  answered.
13      THE WITNESS: So Mr. Roberts' increased risk
14  of liver cancer due to obesity would have been
15  negligible, what I mean by that is in 2023 -- 2022,  04:00:34
16  2023, they started taking obesity, hyperlipidemia
17  and diabetes and fatty liver and they put that under
18  an umbrella of metabolic syndrome and they called it
19  MAFLD, MASLD, et cetera.
20      When they did that, they realized -- and  04:00:56
21  we've been talk looking at it and multiple studies
22  have looked at it and some of them we've discussed
23  today. When they looked at each separate risk
24  factor, which I've listed here separately; obesity,
25  diabetes, hyperlipidemia, all of those, fatty liver.  04:01:14

Veritext Legal Solutions

800-227-8440                                                                 973-410-4040

Page 266

1    When we look at that, we see that overwhelmingly
2    each separate risk factor, for example, obesity,
3    goes in, causes insulin resistance, the insulin
4    resistance increases fatty deposition in the liver
5    and causes proinflammatory cytokines that causes    04:01:36
6    changes in the liver architecture. Those changes
7    take around sometimes 10 to 20 years to go from a
8    healthy liver to a fibrotic liver.
9         Then further changes if lifestyle
10   modifications are not made and continue to occur, at 04:01:56
11   this point, you could still turn back sometime, I
12   think. If they continue to occur and they go from
13   fibrosis. They can continue, some patients continue
14   to cirrhosis, and some of those patients continue to
15   HCC.                            04:02:13
16        And that's why -- and that whole spectrum
17   takes anywhere from 10 to 20 years to go to
18   fibrosis, another 10 to 20 years to go to cirrhosis
19   and let's say another 5 to 7 years to go to HCC, if
20   they go to HCC.                  04:02:32
21        And most of those subjects that we've looked
22   at, other than those risk factors listed, they
23   also -- for HCC, we can't discount the fact that
24   those subjects have Asian dissent, Hepatitis C,
25   Hepatitis B, alcoholic liver disease.       04:02:45

Page 267

1         So based on all of that, putting all of that
2    together, when you look at the risk factors, I would
3    then look at the progression of Mr. Roberts. And
4    Mr. Roberts comes in, we have a scan in 2016 that
5    doesn't show any obvious medical signs, symptoms of  04:03:00
6    cirrhosis. Some subtle radiological changes of
7    cirrhosis.
8         He is not diagnosed with cirrhosis in 2016.
9    Knowing -- me know now that he had all of these risk
10   factors even then. Then within two years in 2018,    04:03:20
11   he comes back again, he has overwhelming cirrhosis,
12   his liver is significantly scarred and fibrosed. He
13   has very large lesions, more than 5 centimeters. He
14   has abdominal pain. He has significant signs of an
15   acute and extremely aggressive hepatocellular        04:03:43
16   carcinoma.
17        So all of that happened in two years and what
18   I'm trying to explain here is the fact that, when I
19   started this whole thing from obesity or diabetes or
20   hyperlipidemia. Here to here takes, on average, as   04:04:04
21   I said ten plus ten plus 20, maybe 30 to 40 years.
22   And in fact, unfortunately in Mr. Roberts' case,
23   it's 2 years.
24        So why is that? And the reason in my expert
25   opinion is, that he took an inordinate amount -- a    04:04:22

Page 268

1    huge amount of NDMA, which is known as a carcinogen,
2    especially to the liver, especially known to cause
3    liver cancer. He took an excessive amount of that
4    for nearly 2 years and I believe that the NDMA is
5    what caused this amount -- this, I'm pointing to --   04:04:42
6    nearly 30 to 40 years of progression and changed it
7    into two years of massive progression where he goes
8    from not having any diagnosed disease to basically
9    overwhelming liver disease and overwhelming liver
10   cancer and dying from it within what we calculated,  04:05:01
11   under -- under 2 years.
12        And that's my explanation for why I do not
13   feel that obesity is a risk factor for Mr. Roberts,
14   why I do not feel that diabetes is a risk factor for
15   Mr. Roberts and why I do not feel that NASH or MAFLD 04:05:14
16   or NAFLD is a risk factor for Mr. Roberts because
17   the metabolic syndrome takes time. It takes time to
18   cause these changes. They don't happen
19   automatically. Not with these risk factors.
20        Q  Dr. Siddiqui, do you have any scientific or  04:05:34
21   published literature to support your opinion that it
22   takes 30 to 40 years for cirrhosis to cause HCC?
23        MR. NIGH:  Form objection --
24        THE WITNESS:  I didn't say --
25        MR. NIGH:  Mischaracterizes testimony.   04:05:52

Page 269

1         THE WITNESS:  I --
2    BY MS. ROSE:
3         Q  I'm sorry, if I misunderstood your testimony,
4    I'm just reading what you said.
5         A  Yes, I try to be so articulate and explain it  04:05:59
6    in detail to you.
7         Q  You said here, it -- here -- okay, let's see
8    what I want to say.
9         You said all that happened in 2 years. "What
10   I'm trying to explain here is the fact that when I   04:06:11
11   know I started this whole thing from obesity or
12   diabetes or hyperlipidemia, here to here, takes on
13   average as I said ten plus ten plus 20, maybe 30 to
14   40 years and in fact, unfortunately in Mr. Roberts'
15   case, it's 2 years."                   04:06:28
16        I'm trying to explain, when you said "it
17   takes ten plus ten plus 20, maybe 30 to 40 years,"
18   what are you saying takes that long?
19        A  Sorry, I should explain because I know that
20   you can see me but obviously the transcription is -- 04:06:41
21   they have to write the transcription so I shouldn't
22   have said "here to here."
23        What I was showing here to here is basically
24   studies have shown -- and there's a lot of
25   literature on this on how it develops. Studies have  04:06:53

68 (Pages 266 - 269)

Page 270

1  shown that from a risk factor to -- actually, let's
2  talk about that.  Risk factor, the highest risk
3  factor is Hepatitis C, which inserts itself into the
4  DNA.  So studies have talked about Hepatitis C
5  causing fibrosis over a period of 10 to 20 years.    04:07:12
6  And in fact, it can be turned around and changed
7  with lifestyle modification and treatment for
8  Hepatitis C, which is the same for obesity and
9  diabetes, same thing.  You can treat it and you can
10  turn that around.  You can delay the progress.    04:07:28
11     So the first part of it, the risk factor
12  being -- a person being exposed to a risk factor and
13  going to fibrosis, on average, you're looking at 10
14  to 20 years, the first part.  The second part what I
15  was saying was fibrosis to cirrhosis.    04:07:44
16     So say, they've tried lifestyle modifications
17  or they've not been successful or it's just a
18  relentless risk factor that continues and continues
19  and continues, like, in a lot of Asian countries.
20  Most of these studies are from Asia.  And in a lot    04:08:02
21  of Asian countries, they don't have the financial
22  capacity to be treated for HCC at this time.
23     So those cases, in those cases, this is where
24  the data is coming from, those cases from fibrosis
25  to cirrhosis on average is 10 to 20 years and even    04:08:20

Page 271

1  that can be changed with modification and treatment.
2     And then what I was saying was, once some of
3  those same patients, looking at the latency data
4  from other studies looking at the patients with HCC,
5  the change from cirrhosis to HCC takes, on average,    04:08:40
6  seven -- and I -- I think I quoted here, 7 to
7  10 years but I have also seen up to 30, but I quoted
8  here 7 to 10.
9     And this is based on Hepatitis C, patients
10  who are always -- please remember -- more complex    04:09:02
11  and more aggressive than someone without hepatitis
12  or someone without alcoholic liver disease.
13     I believe that the -- the thing that -- so
14  Mr. Roberts didn't have any of those.  The one thing
15  that he had was this absolute increase exposure to    04:09:26
16  NDMA everyday for nearly two years and we know that
17  NDMA is a liver cancer promoter.  And that's why I
18  did that but you were asking about the actual
19  citation, it's here in my report.
20     Q  I believe we talked about the Johnson study;    04:09:45
21  correct?
22     A  Yes.
23     Q  That's the only thing cited?
24     A  But please, I just want to clarify, I think
25  you had said 40 years from cirrhosis to that, I    04:09:53

Page 272

1  never said that.
2     Q  Okay.  I'm sorry --
3     A  I just explained what I said.
4     Q  It's your opinion that on average, it takes 7
5  to 10 years from cirrhosis to progress to HCC;    04:10:02
6  correct?
7     A  Yes.  And I -- I will tell you that there are
8  outliers, so when you go looking for -- for data,
9  you will find patients who are outliers of that so
10  you will have, you know, subjects who live for    04:10:17
11  30 years after cirrhosis.  Because again, cirrhosis
12  is -- cirrhosis is a disease -- a chronic disease in
13  evolution and there are patients who can present
14  with cirrhosis, but they just have a small part of
15  their liver fibrosed.    04:10:33
16     And then as I mentioned before, there are
17  patients who have significant fibrosis so it's a --
18  and not just that -- not just that, not the amount
19  of fibrosis.
20     Also -- also there can be -- as in the study    04:10:45
21  that you showed me, the more risk factors you have,
22  the more cirrhosis you can see.
23     So we -- all of this, I feel -- I feel that
24  the reptity [sic] of this HCC, this devastating HCC
25  that Mr. Roberts has, has to do with NDMA being the    04:11:08

Page 273

1  carcinogen that promoted this cancer.
2     Q  I'm going to pause for a second.
3     MS. ROSE:  I don't know how long we've been
4  on the record for but if we could go off the record
5  for a second.    04:11:24
6     THE VIDEOGRAPHER:  Standby.
7     The time is 4:10 p.m. and we're going off the
8  record.
9     (Recess.)
10     THE VIDEOGRAPHER:  The time is 4:28 p.m. and    04:26:50
11  we are back on the record.
12  BY MS. ROSE:
13     Q  Dr. Siddiqui, what is the basis for your
14  opinion that exposure to NDMA in Valsartan beginning
15  in September of 2016 is capable of causing HCC in    04:27:32
16  less than 2 years?
17     A  So I have done quite a thorough review on all
18  of that, basically.  So there's quite a few -- I'll
19  start with the animal data and then I'll go into the
20  human EP data.    04:27:54
21     So in animals -- and I cited to that in my
22  report of the studies -- in animals, NDMA can --
23  even at low concentrations within a few weeks, NDMA
24  can cause liver cancer, a significant liver cancer.
25  It's also known to cause cancer -- basically, it can    04:28:15

Page 274

1  cause cancer at any point, quickly and with
2  continuous doses as well.
3       So there's quite a bit of animal data talking
4  about NDMA as a carcinogen.
5       Then, you also have the human EP studies,    04:28:34
6  basically, so there are three big ones that were
7  looked at and I'll talk about the -- well, I'll talk
8  about all three. So there are three big ones that
9  were looked at and I talk about them in my report.
10 Basically, it's Pottegård, Mansouri and Gomm -- I'm    04:28:53
11 just getting to that page so I can give you an exact
12 of what I wrote, excuse me.
13      So basically, in the Pottegård -- here we go.
14 So in the Pottegård study, they looked at a small
15 population, comparatively small population of    04:29:37
16 patients who has taken Valsartan. They had looked
17 at all of Valsartan and some of those patients they
18 had identified, most of these studies looked at
19 Valsartan -- the way they were looking at it, they
20 were looking at Valsartan was ever versus never, one    04:29:53
21 failed versus who knows how many failed.
22      And they looked at Valsartan -- so the
23 Pottegård study didn't find an increased risk of
24 cancer for taking Valsartan, however, an interesting
25 thing that the Pottegård study talked about was,    04:30:11

Page 275

1  they mentioned, firstly, that they didn't have
2  enough patients; and secondly, in their study, they
3  mentioned that it was interesting to note that we
4  still saw an increase in carcinomas -- I'm
5  paraphrasing and we can pull it up if you want if    04:30:30
6  you have it.
7       It was interesting to know that we still saw
8  an increase in the amount of carcinomas even though
9  they had such few patients. So that was the
10 Pottegård study.    04:30:45
11      The second study that I would really want to
12 talk about is the Mansouri study and then the Gomm
13 study, we can talk about them together. Basically
14 they looked at a large database of patients and they
15 looked at basically ever versus never. So the    04:30:58
16 patients who took Valsartan and patients who didn't.
17 And both of them found a statistically increased
18 risk of HCC. Both of them had -- because of the
19 ever, never, they never actually looked. They
20 didn't have the data. I think Mansouri mentioned    04:31:17
21 that -- I'm -- I'm -- if I go in my memory, I would
22 need to pull it up.
23      But I think one of them mentioned that they
24 didn't have the data for which batches or lots were
25 contaminated.    04:31:31

Page 276

1       So for me, it was astounding the fact that
2  even though there was such a propensity for dilution
3  because you have all these patients that they have
4  looked at but they're not looking at the patients
5  who have the most amount of contaminated Valsartan.    04:31:46
6       Because as we went over before, there are
7  certain pills from certain manufacturers, like,
8  Zhejiang Chemicals that have a significant amount of
9  NDMA per pill. But then there are other production
10 houses or pharmaceuticals that have a significantly    04:32:01
11 less amount. So they never took that into account.
12 They didn't have access to that data which we do
13 now.
14      And not taking that into account, so they
15 pulled everybody together, they pulled the Valsartan    04:32:15
16 group -- basically the contaminated group was
17 basically altogether in -- as far as if someone took
18 Valsartan once, one pill that maybe had a small
19 amount of NDMA was put into the same group as
20 someone who took Valsartan for 2 years with a full    04:32:34
21 amount of NDMA or an exorbitant amount of NDMA, they
22 put that altogether.
23      And even despite all of that, even despite
24 not knowing that information, even despite having
25 such a big dilution affect, they still found an    04:32:48

Page 277

1  increased risk of HCC in both the Gomm and the
2  Mansouri studies.
3  Q  Okay. Well, let's talk about the Gomm study
4  first. Let's introduce tab 40 as Exhibit 22.
5       (Exhibit 22 was marked for identification    04:33:00
6  by the court reporter and is attached hereto.)
7       THE WITNESS: Exhibit 22, thank you. Okay.
8  So this is the Gomm study.
9  BY MS. ROSE:
10 Q  Yes, this is the Gomm study that you cite if    04:33:33
11 your report; correct?
12 A  Yes.
13 Q  If you go to page 360, Table 2?
14 A  360, Table 2.
15 Q  Do you see where I'm looking?    04:33:44
16 A  Yes.
17 Q  Table 2 reports liver cancer risk due to use
18 of potentially NDMA-contaminated Valsartan drug
19 products compared with uncontaminated Valsartan;
20 correct?    04:33:57
21 A  Yes.
22 Q  And the hazard rate for exposure to
23 NDMA-contaminated Valsartan is 1.16 with a
24 confidence interval of 1.03 to 1.31; correct?
25 A  Yes.    04:34:10

70 (Pages 274 - 277)

Page 278

1    Q   That's the significantly increased risk that
2   Gomm reported; correct?
3    A   That's what they reported, yes.
4    Q   And that's the hazard ratio for all liver
5   cancers, not HCC specifically; correct?          04:34:19
6    A   But most of them were, like, you know, HCC.
7    Q   And what's your basis for stating that most
8   of the liver --
9    A   Because in the materials, if we go up to the
10   method, they looked at the insurance group.  And if   04:34:36
11   you look at the methodology here, they -- one second
12   here -- there was a table that talks about that --
13   individual cancer types.  Here we go.
14        NDMA.  Where is what they -- cancer, NDMA.
15        Where is it?  NDMA, liver cancer.  They -- I   04:35:21
16   believe -- so basically my recollection, it was
17   listed but also I'm trying to find it where it was
18   listed.  But also, liver cancer, 90 percent of it is
19   HCC so just doing the math without it even being
20   listed, one can make the assumption but that's fine.  04:35:55
21        But I take this to be HCC because most of
22   that is -- most liver cancers are HCC.  I'm just
23   trying to find where it said that, because they
24   define it.
25    Q   That's okay.  We can take a break in a little   04:36:14

Page 279

1   bit and you can look at the article off the record
2   if you want.
3    A   Sure, sure.
4        MS. ROSE:  Okay.  So we're going to go now to
5   exhibit Exhibit 23, which is going to be tab 41.   04:36:24
6        Let me know when you see it.
7        (Exhibit 23 was marked for identification
8        by the court reporter and is attached hereto.)
9        THE WITNESS:  Tab 41, Exhibit 23.
10        Okay.  It's up now.  Right, that's the   04:36:43
11   Mansouri.
12   BY MS. ROSE:
13    Q   So this exhibit is the Mansouri study that we
14   were just discussing that you cite in your report;
15   correct?                          04:36:56
16    A   Yes.
17    Q   If we go to page 9 -- actually, I believe it
18   might be page 8, it's a table.
19    A   Uh-huh, page 8, okay.
20    Q   And on the table the author's report for   04:37:17
21   exposed patients -- hold on I'm trying to find the
22   report -- an adjusted hazard ratio of 1.12 with a
23   confidence interval of 1.04 to 1.22?
24    A   Uh-huh, yes.
25    Q   And that's the significantly increased risk   04:37:42

Page 280

1   that you're referring to when you say that --
2    A   Yes.
3    Q   I'm sorry --
4        MR. NIGH:  Form objection.
5        MS. ROSE:  Sorry, I didn't finish.   04:37:50
6        THE WITNESS:  Sorry.  Go ahead.
7   BY MS. ROSE:
8    Q   That's -- that's the significantly increased
9   risk that you're referring to when you say that the
10   Mansouri study found a significantly increased risk   04:37:56
11   of HCC associated with exposure to potentially
12   NDMA-contaminated Valsartan?
13        MR. NIGH:  Form objection.
14        THE WITNESS:  So what I'm saying is that,
15   they had a statistically increased risk for HCC or   04:38:13
16   here, they list liver cancer.  They're European
17   studies so they call it liver cancer and 90 percent
18   of liver cancers are HCC.  So they -- they talked
19   about HCC -- they talk about the risk of increased
20   liver cancer despite having what I mentioned, the   04:38:29
21   dilution effect.  So they looked at Valsartan and
22   they listed -- both of them listed as an issue with
23   their study, both of them list that.
24        And also the other issues is that they
25   stopped early, so they -- I think Gomm stopped at   04:38:49

Page 281

1   three years and Mansouri stopped at five years so we
2   haven't even seen the amount of, you know, HCC that
3   will be coming ahead in the future, they stopped
4   early and both of them missed that, too.
5        So for me, taking all of this into account,   04:39:08
6   went you look at the data, when you sort of look at
7   the numbers they're presenting and you look at their
8   methods, they had a patient population where they
9   didn't know which batches were -- which batches had
10   the -- the high levels of NDMA.  They didn't know   04:39:23
11   how much the patient took.  Sometimes, especially
12   with the Gomm data, I think the Gomm data was the
13   insurance data, I'd have to go back and look.
14        But, you know, insurance agencies change
15   their patients all the time or the patients fall off   04:39:39
16   or the patients stop paying insurance or they
17   change, so taking all of that into account, all of
18   these, you know, issues that they themselves cited
19   in the study, they still found a statistically
20   significant risk of HCC.                 04:39:52
21        So for me, that is a significantly positive
22   finding for a study that didn't look at the proper
23   data, the proper data -- that didn't have access to
24   the proper data and ended early.
25    Q   And, Dr. Siddiqui, as we've talked about the   04:40:10

71 (Pages 278 - 281)

Page 282

1  hazard ratios reported in both the Gomm study and
2  the Mansouri study are lower than all of the hazard
3  ratios and incidents ratios that we've looked at in
4  all of the studies addressing obesity, diabetes and
5  NASH or MASH as a risk factor for HCC; correct?    04:40:39
6        MR. NIGH:  Form objection; mischaracterizes
7  testimony.
8        THE WITNESS:  That's incorrect, because if
9  you look at basic epidemiology 101, the hazard ratio
10  that they come up with is from a formula from that    04:40:52
11  set.
12        So if I have a hazard ratio calculation in
13  one study instead of asking one question, I can't
14  compare that hazard ratio to another study and say
15  this hazard ratio is better because the calculation    04:41:08
16  is being done from that database, from that database
17  in that study.
18        So you cannot say, oh, 1.4, for example, the
19  highest was being male, right, the highest was being
20  male and -- and more than diabetes, causing HCC.    04:41:21
21        So we can't look at that hazard as 1.5 in a
22  bubble and say, well, this is 1.5, this is a 1.15.
23  That's just not the way statistics work.
24        And each study has its own statistician or
25  group of statisticians looking at their own number    04:41:41

Page 283

1  or their database you can't compare because they're
2  formerly are different and their database is
3  different and the numbers they're looking at are
4  different.  It's not apples to apples, basically,
5  you can't compare.    04:41:54
6     Q  And do you feel that a hazard ratio of, for
7  example, 1.16 is sufficient evidence of a causal
8  connection between NDMA and Valsartan and HCC?
9        MR. NIGH:  Form objection; incomplete
10  hypothetical.    04:42:15
11        THE WITNESS:  So is that any 1.16 or are you
12  pointing to a particular article?
13  BY MS. ROSE:
14     Q  I'm sorry, 1.16 is the hazard ratio you
15  identified in the Gomm article.    04:42:28
16        So you're saying as reported in the Gomm
17  article, you believe that a hazard ration of 1.16 is
18  sufficient to establish a causal connection between
19  NDMA and HCC?
20        MR. NIGH:  Form objection.    04:42:38
21        THE WITNESS:  So what I'm saying -- so what
22  I'm saying is, that based on my entire review on
23  Mr. Roberts' medical history, of the animal
24  literature, of the human literature, all of that put
25  together and the fact that we know that NDMA is a    04:42:51

Page 284

1  cancer promoter and the fact that we know the
2  problems with these studies, so these studies
3  were -- you know, they tried their best to do the
4  best they could, they were good studies but they had
5  limitations and they listed them.  The limitations    04:43:05
6  being, they pulled everyone together, ever or never
7  Valsartan, that completely dilutes your patient
8  population.
9        So you may be mixing people like Mr. Roberts
10  who had such a high amount of NDMA of -- intake    04:43:18
11  daily with someone who filled one prescription and
12  didn't even take it or lost insurance and walked
13  away.
14        You're mixing -- as acute as Mr. Roberts with
15  someone who has no acuity.  You're mixing that so    04:43:33
16  that's a huge bias right there and then.  A bias
17  that points towards -- so that bias -- even that
18  huge bias -- I'll finish my thought -- so you're
19  mixing that and you're ending early, you have not
20  given the cancer that -- it was withdrawn in 2018,    04:43:49
21  they stopped I think within 3 to 5 years, 1 in 3, 1
22  in 5, they haven't even had a chance to see what
23  happened with those patients who kept taking it up
24  until 2018.
25        There's so many issues with -- they were good    04:44:03

Page 285

1  studies but there are issues with the way they
2  played out because they didn't have the information
3  that we have now sitting here in 2025.  They don't
4  have the batches.  They didn't have any of that.
5  They didn't know the difference in the pill.    04:44:15
6        They assumed that having one Valsartan pill
7  means one dose but now we know -- now, we know very
8  well that someone with one pharmaceutical company
9  can have a smaller dose of Valsartan -- of NDMA in
10  that one pill whereas someone with -- from another    04:44:30
11  company, like, Zhejiang Pharmaceuticals can have
12  another 20,000 -- I mean, that's exponentially
13  increasing the amount of NDMA, basically, in one
14  pill, as much as they would have maybe from a 30-day
15  supply, for example.    04:44:49
16        So we know the limitations.  But what I'm
17  saying is, based on all of this, based on all the
18  review of the medical literature, the animal
19  literature, the human EP studies and Mr. Roberts
20  himself, I understand that there is a hazard ratio    04:45:03
21  that points towards a statistical significance
22  between being exposed to contaminated Valsartan,
23  which has NDMA and getting HCC and I am basing my
24  opinion that Mr. Roberts had HCC because of his
25  NDMA, because he took such high levels of it, based    04:45:25

72 (Pages 282 - 285)

Page 286

1  on all of that.

2  Q  Dr. Siddiqui, are you aware of any medical

3  organization that has identified NDMA as a risk

4  factor for HCC?

5      MR. NIGH:  Form objection.          04:45:50

6      THE WITNESS:  Medical organization, would

7  you -- I don't understand the label.

8  BY MS. ROSE:

9  Q  Sure.

10  A  Like we know -- I'm sorry, please go ahead.    04:46:01

11  Would you be able to sort of define that for me.

12  Please.

13  Q  How about I'll ask it this way.  Do you know

14  if the American Association for the Study of Liver

15  Diseases or the AASLD identifies NDMA exposure as a    04:46:14

16  risk factor for HCC?

17  A  I don't recall that but I think the

18  American -- which one did you say, please?

19  Q  The American Association for the Study of

20  Liver Diseases.                           04:46:31

21  A  So the American Association for the Study of

22  Liver Diseases, I'm not sure they've gotten to that

23  yet or when they're going to get to that, but I do

24  know that we have IARC and we have WHO and we have

25  FDA, we have large organizations that are looking at    04:46:45

Page 287

1  these things that have identified NDMA as a

2  carcinogen.

3  Q  Okay.  Has IARC identified NDMA -- sorry, has

4  IARC identified NDMA as a risk factor for HCC in

5  humans?                                  04:47:01

6      MR. NIGH:  Form objection.

7      THE WITNESS:  They have -- I think -- again,

8  I would say that -- you'd asked about agencies and I

9  think that there are big agencies that have called

10  NDMA a carcinogen.                       04:47:17

11      And then I follow that up with multiple

12  animal studies that prove that NDMA as a carcinogen

13  causes liver cancer because unfortunately, it's

14  taken out by the (indiscernible) system in the liver

15  and so its direct effect is in the liver.    04:47:33

16      And then I followed that up with human EP

17  studies that despite not having enough information,

18  despite not having all the information that we would

19  need, still showed a statistical significance.

20      So I think all of that needs to be taken into    04:47:50

21  context.  I need think all of that needs to be taken

22  into context and we, again, can't ignore the fact

23  that from between 2016 to 2018 he has rapid growth

24  of -- well, he has this acute HCC diagnosis.  He is

25  extremely sick, he has very large tumor burden.  We    04:48:09

Page 288

1  can't ignore any of these things.  We can't ignore

2  any of these things and large agencies have said

3  that.

4      Maybe -- I'm not sure about the one that you

5  mentioned but many others have.          04:48:25

6  Q  So are you aware of any medical practice

7  guidelines that identify Valsartan-containing NDMA

8  as a risk factor for HCC?

9      MR. NIGH:  Form objection.

10      THE WITNESS:  So I think the way to look at    04:48:48

11  it, again, we can't bubble, we can't -- it's not

12  black and white.  So what happens is, that more and

13  more now we, as oncologists, as internists are being

14  asked to do a rigorous evaluation of what the risk

15  factors are.                             04:49:07

16      And we cannot ignore risk factors such as

17  carcinogens.  And if we already -- so we can't

18  ignore carcinogens.  And carcinogens are listed by

19  the American Cancer Society by IARC by all of these

20  different, you know, committees are listed    04:49:27

21  carcinogens.  Certain carcinogens and specifically

22  NDMA is listed by IARC, by WHO as a carcinogen.  And

23  so in a broader context, we cannot discount

24  carcinogens as an aggressive risk factor for

25  carcinoma.                               04:49:41

Page 289

1  BY MS. ROSE:

2  Q  I'm asking a different question, which is --

3  I'm asking if there are any medical organizations or

4  medical guidelines that you're aware of

5  Valsartan-containing NDMA as a risk factor for HCC?    04:49:59

6      MR. NIGH:  Form objection.

7      THE WITNESS:  And I think what I'm trying to

8  say is, that there are multiple medical

9  organizations that identify carcinogens as a risk

10  factor for HCC and what I'm saying is Valsartan,    04:50:12

11  within NDMA, contaminated with NDMA in the amount

12  that it was contaminated, firstly, was only

13  withdrawn in 2018.  By the time the literature

14  started coming out, it was 2023, 2024, et cetera, et

15  cetera.                                  04:50:33

16      There's still time, but if you put NDMA as a

17  carcinogen, which it is a known carcinogen, then

18  yes, there are multiple organizations that are

19  talking about carcinogens, talking about looking for

20  carcinogens and identifying carcinogens and having    04:50:46

21  guidelines for carcinogens.

22  BY MS. ROSE:

23  Q  Dr. Siddiqui, looking at your report on page

24  29?

25  A  Yes.                                04:51:08

73 (Pages 286 - 289)

Page 290

1 Q The second paragraph on that page, you say
2 that, "It's my opinion that Mr. Roberts' exposure to
3 NDMA-contaminate" -- sorry, I'm going to start over
4 again for the court reporter.
5     "It is my opinion that Mr. Roberts' exposure    04:51:21
6 to NDMA-contaminated Valsartan promoted his cancer
7 to be more aggressive and progress faster, which
8 made his cancer harder to treat and limited his
9 treatment options."
10     Do you see that?    04:51:36
11 A That is page 29 and you said second
12 paragraph?
13 Q Yeah, halfway through.
14 A Okay. Halfway through. "Mr. Roberts
15 continued to be exposed to high levels of a potent    04:51:50
16 liver carcinogen."
17 Q That's not where I was reading, sorry.
18 A Sorry --
19 Q It states, "It is my opinion that
20 Mr. Roberts' exposure to NDMA-contaminated Valsartan    04:52:01
21 promoted his cancer to be more aggressive and
22 progress faster which made his cancer harder to
23 treat and limited his treatment options"; correct?
24 A Yes.
25 Q Okay. Are you aware of any scientific    04:52:12

Page 291

1 literature reporting that NDMA contaminated
2 Valsartan promotes cancer to be more aggressive and
3 progress faster?
4     MR. NIGH: Form objection.
5     THE WITNESS: So there are animal studies    04:52:25
6 that look at that directly and -- and NDMA is known
7 as a cancer promoter and a cancer inducer, and it
8 can speed up the cancer.
9     We also discuss the fact that adding more
10 carcinogens -- so basically, having a carcinogen, we    04:52:45
11 also discussed the fact that having an acute dose,
12 an increased dose, can cause cancer in animals --
13 this is animal studies because again, for ethical --
14 due to ethical reasons, we can't do human studies
15 and give them high doses and see how they do, we    04:53:04
16 cannot do that.
17     So based on animal studies, when they have
18 given higher concentrated doses, the cancers have
19 come about, sometimes as early as 6 weeks. So
20 that's what I'm basing that on. I do believe that    04:53:22
21 NDMA is a promoter, inducer and basically can change
22 the way the cancer grows or the liver milieu
23 changes.
24     I believe that NDMA absolutely promotes and
25 induces cancer.    04:53:45

Page 292

1 BY MS. ROSE:
2 Q And your support for that are the animal
3 studies cited in your report; correct?
4     MR. NIGH: Form objection.
5     THE WITNESS: My support -- my support for    04:53:52
6 that is my review of Mr. Roberts' medical records,
7 the multiple, multiple, multiple studies that I've
8 read, the animal studies -- including the animal
9 studies, the human EP studies that we just discussed
10 and what I felt about them and how I felt they were    04:54:12
11 statistically significant and the fact that from
12 2016 to 2018, nothing -- other than a high massive
13 dose of NDMA was introduced into the picture.
14 Q Are you -- are you able to point to any
15 scientific literature suggesting that the levels of    04:54:37
16 NDMA present in Valsartan promotes cancer to be more
17 aggressive?
18     MR. NIGH: Form objection.
19     THE WITNESS: Would you please ask that
20 question again?    04:54:50
21 BY MS. ROSE:
22 Q Sure. Are you aware of any scientific
23 literature suggesting that NDMA in the levels
24 present in Valsartan promotes cancer to be more
25 aggressive?    04:55:01

Page 293

1     MR. NIGH: Form objection.
2     THE WITNESS: That's a multifaceted answer,
3 so I'll try to answer that.
4     Number one, the FDA came up with a number, I
5 have it in my report. That is a good baseline where    04:55:16
6 you shouldn't surpass that or there's a higher risk
7 of carcinoma.
8     Number two, there are multiple animal studies
9 that show that pushing NDMA into animals at high
10 doses can cause aggressive acute hepatocellular or    04:55:31
11 liver cancer.
12     Number three, we know that we can't
13 extrapolate that easily into human test subjects
14 because we can't give them something that's so
15 carcinogen that causes cancer in six weeks. We know    04:55:49
16 we can't do that, it's unethical and is not allowed,
17 obviously.
18     And number four, we have the EP studies, the
19 human EP studies that show that even despite that,
20 even despite mixing with lower doses, you have    04:56:02
21 patients coming out with HCC within the short term
22 follow-up that these studies did.
23     So all of these together, we again can't look
24 at it in a bubble, we have to look at it in context.
25     All of these together point towards the fact    04:56:19

74 (Pages 290 - 293)

Page 294

1  that the carcinogen that Mr. Roberts was exposed to
2  at the high doses that he was exposed to causes
3  liver cancer.
4       And I just want to go in here and just tell
5  you about the number, which I had mentioned before.  04:56:36
6  It was -- it's a 320-milligram tablet of Valsartan
7  contained up to 20,190-nanograms.  He took this
8  every single day for nearly 2 years and the FDA --
9  FDA lists a reasonably safe level at 96-nanograms,
10  so what is that?  20,000 divided by a hundred.     04:57:11
11  Let's -- if we're talking about multiply --
12  multiplication, again, not the best way to give an
13  answer, but 2,000 times as much as the safe dose
14  every single day.
15       Q  So my question was started -- asked with --  04:57:41
16  if you could identify scientific literature
17  reporting that the amount of NDMA present in
18  Valsartan promotes cancer to be more aggressive.
19  I -- I didn't hear you identify any specific
20  articles in there?                                 04:57:55
21       MR. NIGH:  Form objection.
22       THE WITNESS:  The reason we can't do that is
23  as I explained is, you -- your question was very
24  specific.  It says, do you have any literature, and
25  I'm paraphrasing, do you have any literature that  04:58:05

Page 295

1  supports NDMA in Valsartan as carcinogenic.  And
2  what I have tried to explain is we know NDMA is
3  carcinogenic.  We know that NDMA in doses above what
4  the FDA said at 96-nanograms is carcinogenic.  We
5  know that a high concentration of NDMA is          04:58:23
6  carcinogenic.  And we know from human studies which
7  is the best we can do right now, we know that in
8  human studies, NDMA, those patients with larger
9  doses and lower doses taking Valsartan had a higher
10  statistical significance of getting liver cancer.  04:58:44
11       So all of those together point towards --
12  it's all literature.  It's all -- it's all
13  literature that tells you, that shows you the
14  association between NDMA and Valsartan causing HCC.
15       Q  With's the --                              04:59:04
16       A  Put it into context.
17       Q  I'm sorry.  What's the basis for your
18  statement that NDMA exposure above 96-nanograms per
19  day is carcinogenic?
20       MR. NIGH:  Form objection.                    04:59:16
21       THE WITNESS:  I -- I don't think I said per
22  day.
23  BY MS. ROSE:
24       Q  Oh, sorry.  So, I'll go back to exactly what
25  you said.                                          04:59:22

Page 296

1       What is your basis for the statement that
2  NDMA in doses above what the FDA said at
3  96-nanograms is carcinogenic?
4       MR. NIGH:  Form objection.
5       THE WITNESS:  My -- I'm quoting the comment   04:59:35
6  that the FDA commented -- so I said here in -- on
7  page 27, "The FDA commented that the reasonably safe
8  level of NDMA for human ingestion is 96-nanograms,"
9  and that's 168.
10  BY MS. ROSE:                            04:59:49
11       Q  And is it your opinion that the FDA setting
12  the limit for NDMA in Valsartan at 96-nanograms is
13  evidence that exposure to NDMA above 96-nanograms is
14  carcinogenic?
15       MR. NIGH:  Form objection.              05:00:14
16       THE WITNESS:  Please, would it be possible to
17  ask the question again?  I'm...
18  BY MS. ROSE:
19       Q  Sure.  Is -- is it your opinion that the fact
20  that the FDA set a regulatory limit for NDMA    05:00:23
21  Valsartan at 96-nanograms --
22       A  Yes.
23       Q  -- is scientific evidence that exposure to
24  NDMA above 96-nanograms causes cancer?
25       MR. NIGH:  Form objection.               05:00:42

Page 297

1       THE WITNESS:  So we were talking about
2  scientific evidence and I was trying to pull in all
3  the literature, animal studies, human EP studies,
4  Mr. Roberts' reports, and everything together to try
5  and explain why I feel that a 20,190-nanogram dose  05:00:56
6  daily is carcinogenic.  And I was trying to explain
7  to you, you had asked me about committees or
8  guidelines, committees by guidelines, et cetera, and
9  I was talking to you about IR, FDA et cetera.
10       The FDA gives you, I think a -- a reference   05:01:14
11  range, so they said 96-nanograms.
12       Now I'm not going to hold fast and strong to
13  a reference range but I -- but I will say is, that
14  the records range give you an idea of what the
15  literature is behind those reference ranges.  They  05:01:34
16  came up with it from somewhere.  And then they came
17  up with it, that in animal studies, a high dose of
18  NDMA in a concentrated application causes cancer.
19       So extrapolating that data, extrapolating the
20  animal studies, extrapolating the guidance from    05:01:50
21  these large committees, and extrapolating from the
22  EP studies, what you can say is, that someone with
23  maybe 2,000 times the safe dose of NDMA has a very
24  high risk of developing cancer, especially when you
25  have animal studies and human EP studies to prove  05:02:10

75 (Pages 294 - 297)

Page 298

1    that.
2        Q   The next line on your report on page 29 says,
3    "Furthermore it is my opinion that Mr. Roberts'
4    continued exposure to NDMA contaminated Valsartan
5    inhibited his initial cancer treatment." There's no    05:02:21
6    cite there.  What is your scientific support for
7    that statement?
8        MR. NIGH:  Same objection.
9        THE WITNESS:  The -- the -- sorry can I just
10   go.  It is my opinion, which made -- please, sorry,    05:02:34
11   which line is that, for instance, is it the line
12   before, for instance.
13   BY MS. ROSE:
14       Q   No, it's -- it's the last line of the second
15   paragraph starting with, furthermore.    05:02:44
16       A   Oh, okay.  Sorry.  "So furthermore it is my
17   opinion that Mr. Roberts' continued exposure to NDMA
18   contaminated Valsartan inhibited his initial cancer
19   treatment."  The reason I'm saying that is because
20   based on the animal studies, I believe that NDMA as    05:02:58
21   a carcinogen is a tumor inducer and promoter, it's
22   been proven and shown in animal studies.
23       So if you have -- if you have, in my opinion,
24   if you have a person who is continuing to take
25   20,000 -- I'll keep quoting that 20,000-nanograms    05:03:18

Page 299

1    daily and we know that NDMA is a promoter, is an
2    inducer, so on one hand, you've got the cancer
3    that's growing and then on the other hand, you've
4    got the treatment that's continuing, and on the
5    third hand, you've got continued exposure to extreme    05:03:32
6    high levels of NDMA.  My medical opinion, my expert
7    opinion of this is based on everything that I've
8    seen and based on what I've seen from Mr. Roberts,
9    is that all of these things together point towards
10   the fact, it is my opinion, that this high level of    05:03:51
11   NDMA that he didn't stop taking for some time after
12   his diagnosis, led to more difficulty treating the
13   cancer and more difficulty -- well, caused continued
14   growth, basically.
15       Q   And can you point to any scientific    05:04:10
16   literature that supports your opinion that exposure
17   to NDMA inhibits cancer treatments?
18       MR. NIGH:  Form objection.
19       THE WITNESS:  So I would like to again say
20   that you have to look at everything in context.  So    05:04:27
21   I don't have human data because we cannot test human
22   subjects.  I don't have human data that will show
23   you that by giving them contaminated NDMA at
24   20,000 units, will they get liver cancer or not, I
25   can't do that.  I don't have that.  What I do have    05:04:43

Page 300

1    is very good animal studies that show that NDMA is a
2    tumor inducer, a tumor promoter, it causes cancer to
3    grow and we know, it's a known fact that in labs, in
4    lab animals, NDMA is given to promote cancer growth,
5    to give them liver cancer.  We know that NDMA is    05:05:03
6    broken down through the P-450 system, we know that.
7    We know that it causes liver cancer.
8        And so, when we know that and when we know
9    that it's a tumor inducer and a tumor promoter.  And
10   it's continuing while we're trying to do the    05:05:21
11   treatment, it is my medical opinion that continuing
12   this tumor promoter and inducer decreases the
13   effectiveness of the treatment.
14       Q   I appreciate it and Dr. Siddiqui I feel like
15   I'm very generous in allowing you to give very    05:05:37
16   complete answers to my questions.  I've really tried
17   not to cut you off at any point during this
18   deposition, but I'm really asking you a very
19   specific question, which is scientific -- whether
20   you have scientific literature that supports your    05:05:48
21   opinion that exposure to NDMA inhibits cancer
22   treatments.  I know you said you believe it does,
23   but do you have any scientific literature suggesting
24   that exposure to NDMA inhibits cancer treatment,
25   specifically?    05:06:06

Page 301

1        A   So I would say again, we can't look at it
2    in -- without the context.  And if there's a
3    promoter being given at the same time as an
4    inhibitor.  So the promoter is NDMA in very large
5    concentrations and the inhibitor of the cancer is    05:06:20
6    the chemotherapy.
7        It will affect -- that's just cancer biology.
8    It's just cancer biology.  It will affect -- a
9    promoter that continues will affect the results of
10   an inhibitor that you're trying to use.  That's just    05:06:37
11   pure cancer biology.
12       Q   Dr. Siddiqui, on page 30 of your report,
13   looking at the third sentence from the bottom and it
14   starts with the phrase, "While on the topic of
15   cirrhosis."    05:06:59
16       Do you see where I'm looking at?
17       A   Sorry, where is it?
18       Q   It's four lines up from the bottom on page
19   30.
20       A   Oh, yes, yes, yes.    05:07:11
21       Q   Right-hand side of the page, it says, "While
22   on the topic of cirrhosis."
23       Do you see that?
24       A   Yes.
25       Q   Okay.  It states, "While on the topic of    05:07:17

76 (Pages 298 - 301)

Page 302

1  cirrhosis, I disagree with Dr. McEvoy's January 6,
2  2020 imprecise notation that Mr. Roberts' current
3  ascites is secondary to his decompensated
4  cirrhosis."
5      Do you see that?                05:07:30
6  A  Yes.
7  Q  Okay.  So Dr. McEvoy was Mr. Roberts'
8  oncologist at the Southern Cancer Center in 2020;
9  correct?
10  A  Correct.                       05:07:41
11  Q  And he stated specifically in his medical
12  records that, "Mr. Roberts ascites is secondary to
13  his decompensated cirrhosis."
14      Do you agree with that?
15  A  That's what he stated.         05:07:54
16  Q  Okay.  What is your scientific basis for
17  disagreeing with the oncologist who treated Mr.
18  Robert; regarding the cause of his ascites?
19      MR. NIGH:  Form objection.
20      THE WITNESS:  So he seems to be an excellent  05:08:09
21  doctor and I think he's done a really great job, it
22  was a very complicated case.  But again, I have the
23  hindsight, I have the benefit of looking at
24  everything.
25      So what Dr. McEvoy said was his recurrent  05:08:21

Page 303

1  ascites is secondary to his decompensated cirrhosis.
2  What I think, what my opinion is, is that his
3  recurrent ascites is secondary to his HCC.
4      The reason I feel that is number one, because
5  when he presented with decompensated cirrhosis in  05:08:40
6  2018, he didn't have ascites, not enough to be --
7  not enough to have paracentesis.
8      By the end, before his death, he was being
9  drained approximately 3 to 4 liters nearly everyday
10  or every other day.                05:08:57
11      The cirrhosis didn't change in the 2 years,
12  the cirrhosis didn't change.  What changed was the
13  architecture of the liver because the HCC amount,
14  the mass of the liver cancer was growing.  And so
15  what happened was, if you look at it at the cellular  05:09:12
16  level, what happened was the HCC is growing,
17  changing the environment of the liver, pushing out
18  more and more of the normal cells, or not pushing
19  out but decreasing the amount of space that the
20  liver cells have to function.     05:09:27
21      The function of the liver declined
22  significantly.  There's more pressure and mass
23  effect that causes more portal hypertension.  That
24  causes more fibrosis, which then causes the ascites.
25  And that's why just before death, sometimes up to 3  05:09:40

Page 304

1  to 6 months before death, the amount of ascites
2  increases.
3      So if you ask a hepatologist why is this
4  happening or if you ask, you know, your specialist,
5  why is this happening, why is there ascites, they  05:09:53
6  will say, well, it's cirrhosis.  But the answer is
7  more nuanced than that.  He had cirrhosis.  He had
8  cirrhosis all the way back in 2018 when he was
9  diagnosed and it was decompensated cirrhosis.  He
10  had significant parenchymal changes in 2018 but he  05:10:08
11  did not have ascites.  He did not have ascites until
12  the very end of his life, when the mass -- the
13  mass -- the cancer grew to such high levels that
14  basically the liver function went down
15  significantly.  It became more scarred, more  05:10:22
16  fibrotic and his liver was dying and that's what
17  caused the ascites.
18      So Dr. McEvoy is a very good doctor.  I
19  disagree with this one statement because he's making
20  this statement sound like the ascites is the cause  05:10:37
21  of decompensated cirrhosis.  What I would like to
22  change in that statement, if I could, or what I
23  would change in that statement, is I would say,
24  Mr. Roberts' recurrent ascites is secondary to his
25  HCC that is causing further decompensation of his  05:10:51

Page 305

1  cirrhosis.
2  Q  And what is your basis for the statement that
3  Mr. Roberts' cirrhosis did not change from 2018 to
4  2020?
5  A  We have scans.  We have scans continuously  05:11:05
6  looking at that.  So what happens is you have a
7  baseline cirrhosis, right, and the cirrhosis may be
8  getting worse, may be changing.  But now, you don't
9  have just cirrhosis.  You have HCC that is causing
10  the fibrosis, that is causing the changing in the  05:11:22
11  cirrhosis.  So the HCC is a dynamic event.  The
12  cirrhosis is a dynamic event and the HCC is an
13  extremely, inflammatory, aggressive dynamic event.
14  And both these things are causing fibrosis but the
15  HCC that's growing, continuously growing,  05:11:39
16  relentlessly is causing more fibrosis and making the
17  liver become more and more and more initially
18  dysfunctional and then nonfunctional.
19      And the reason -- I mean, I've been doing --
20  I've been practicing as an oncologist for more than  05:11:54
21  20 years and we have multiple -- we have multiple
22  literature articles.  We have textbooks talking
23  about why ascites happens.  And why ascites happens
24  in a cancer patient.  And why ascites happens in an
25  HCC patient.  And the way it happens is, that yes,  05:12:16

77 (Pages 302 - 305)

Page 306

1  of course, there is cirrhosis. But the cirrhosis is
2  getting worse because there is cancer and the cancer
3  is taking over. The cancer is making the liver
4  nonfunctional and ultimately when the liver dies,
5  that's why it's not being able to clear any of that   05:12:34
6  ascites and that is what -- what happened
7  unfortunately with Mr. Roberts.
8      Q  Okay. I want to just quickly introduce
9  exhibit -- I'm sorry, not introduce. I want to go
10  back to Exhibit 9. Can you open Exhibit 9?   05:12:50
11     A  Exhibit 9, yes.
12     Q  Oh, I apologize. It's not Exhibit 9. Give
13  me one second.
14        Oh, sorry, I want to introduce -- I don't
15  think we've done it yet. I thought it was   05:13:24
16  Exhibit 9. Oh, no, wait it is. Oh, okay, sorry,
17  tab 14. Sorry, can we go off the record for one
18  second. I just want to figure out what exhibit
19  this --
20        THE VIDEOGRAPHER: Standby.   05:13:48
21        MS. ROSE: Okay. Thank you.
22        THE VIDEOGRAPHER: The time is, sorry,
23  5:13 p.m. and this is the end of media number five
24  and we're going off the record.
25        (Discussion off the record.)   05:14:37

Page 307

1        THE VIDEOGRAPHER: The time is 5:14 p.m.
2  This is the beginning of media six and we are on the
3  record.
4  BY MS. ROSE:
5      Q  Doctor, do you have Exhibit 9 pulled up?   05:14:45
6      A  I had and then I put it back. Let me just
7  put it up again. Exhibit 9.
8      Q  This is the UCSD website's page on cirrhosis;
9  correct.
10     A  It seems to be, yes.   05:15:03
11     Q  If you scroll down to the second page,
12  there's a section called, "What are the
13  Complications of Cirrhosis?"
14     A  Yes.
15     Q  Okay. And the second complication mentioned   05:15:11
16  is ascites; correct?
17     A  Yes.
18     Q  And this does not say that ascites is a
19  complication of cirrhosis, only when it develops
20  into HCC; correct?   05:15:25
21        MR. NIGH: Form objection.
22        THE WITNESS: So this is a university website
23  for patients to ask more questions and call a
24  support group. This is not in any way medical
25  literature. It's in the in any way textbook   05:15:40

Page 308

1  literature. It's not in any way a substitute for
2  medical -- my medical knowledge for 20 years, it's
3  not in any way a substitute for that.
4        This is someone in IT pulling up certain tabs
5  to show people where to go for support and who to   05:15:54
6  call. So I would use this as -- as -- this has no
7  scientific basis for me, however, if you want to
8  talk about this particular page, what I would like
9  to say here is that it talks about complications of
10  cirrhosis, it talks about four of them. There are   05:16:11
11  multiple complications of cirrhosis, including
12  abdominal pain, abdominal distension, difficult
13  urinating, dizziness, low blood pressure, it doesn't
14  mention that.
15        Also when we talk about ascites is a fluid   05:16:23
16  accumulation in the abdomen, it doesn't talk about
17  all the other forms of ascites that can happen. It
18  doesn't talk about ascites in ovarian cancers. It
19  doesn't talk about ascites in GI cancers. It
20  doesn't talk about ascites in uterine cancers. It   05:16:42
21  doesn't talk about any of that.
22     Q  Okay.
23     A  This is not a medical source.
24     Q  Dr. Siddiqui, I think we've gone way beyond
25  my question.   05:16:50

Page 309

1        So I guess I'll ask a different way. Do
2  you -- is it your opinion that ascites is not a
3  complication of cirrhosis, absent HCC?
4        MR. NIGH: Form objection.
5        THE WITNESS: I don't think I ever said that.   05:17:03
6  In the fact I didn't say --
7  BY MS. ROSE:
8      Q  Well, I'll just -- I pulled up the website
9  and you said there were a whole bunch of reasons why
10  it wasn't accurate.   05:17:06
11        So I just want to say, is ascites a
12  recognized complication of cirrhosis, absent HCC?
13        MR. NIGH: Form objection, mischaracterizes
14  testimony.
15        THE WITNESS: Ascites, and I would like to   05:17:19
16  just give the definition of ascites. Ascites is
17  fluid in the peritoneum, so peritoneal fluid, that's
18  ascites. Ascites is a complication of multiple
19  diseases, multiple diseases, multiple carcinomas.
20  One of those diseases, noncarcinoma, if you're   05:17:35
21  looking at noncancer, one of those is cirrhosis,
22  another one is a portal vein thrombus, which is a
23  protal -- the portal vein. Another one is hepatic
24  scarring due to genetic changes, so there's multiple
25  causes for ascites. I'm not saying that this is   05:17:58

78 (Pages 306 - 309)

Page 310

1 wrong. What I'm saying is that that's not the only
2 reason. You have to look at everything in context.
3     And what I wanted to explain about
4 Mr. Roberts was that yes, he had ascites, but what
5 I'm trying to say is that the reason for his ascites 05:18:14
6 happening just before as -- before, as he was dying
7 is because his liver was dying. And his liver was
8 dying because the cancer was growing exponentially,
9 significantly, it was causing pressure and a mass
10 effect and more fibrosis. 05:18:28
11     So both cirrhosis and HCC can cause ascites
12 and I even mentioned that in how I would like to
13 rephrase Mr. McEvoy's sentence, in fact, I did say
14 that.
15     So yes, cirrhosis can cause HCC but in 05:18:42
16 Mr. Roberts' case, the ascites in my opinion
17 worsened and caused by his liver dying, becoming
18 nonfunctioning as the cancer grew, his HCC grew.
19     MS. ROSE: We can go off the record for a
20 second. 05:19:01
21     THE VIDEOGRAPHER: Standby.
22     The time is 5:18 p.m. We're going off the
23 record.
24     (Recess.)
25     THE VIDEOGRAPHER: The time is 5:23 p.m. and 05:24:28

Page 311

1 we're back on the record.
2 BY MS. ROSE:
3     Q  I'd like to introduce tab 10 as Exhibit 23.
4 Let me know when you see it.
5     A  Thank you. Going there. 05:24:49
6     MS. ASPEGREN: Exhibit 24.
7     (Exhibit 24 was marked for identification
8     by the court reporter and is attached hereto.)
9     MS. ROSE: Apologies. I would like to
10 introduce it as Exhibit 24. That should be the PDF 05:24:58
11 you look for in the viewer.
12     THE WITNESS: 24. Yes, yes.
13 BY MS. ROSE:
14     Q  Okay. Dr. Siddiqui this is a copy of your
15 deposition testimony given in a round up product 05:25:15
16 liability case called Grub.
17     Do you see that?
18     A  Yes.
19     Q  If you turn to page, I think it is the fourth
20 page of the PDF, it's page 13 of the transcript. 05:25:33
21     A  Okay. Page 13.
22     Q  At line 24 you were asked, "Do you have an
23 opinion as to what cancers are caused by NDMA?"
24     Do you see that?
25     A  Yes. 05:25:57

Page 312

1     Q  And your answer is, "Not currently"; correct?
2     A  No.
3     Q  And this deposition was given on
4 November 19th, 2024; correct?
5     A  Let's see. 05:26:07
6     Q  You can look on the first page.
7     A  The first page, November 19th, yeah.
8     Q  So as of about six months ago, you did not
9 have an opinion as to what cancers were caused by
10 NDMA; correct? 05:26:25
11     MR. NIGH: Form objection.
12     THE WITNESS: No, that's -- that's incorrect.
13 I said not currently. I was going through a
14 deposition, the attorney was something else and I
15 was trying to think and I couldn't think of an 05:26:38
16 answer so I said not currently.
17 BY MS. ROSE:
18     Q  Okay. So when you were asked under oath by
19 what cancers were cause by NDMA and you answered not
20 currently? 05:26:49
21     A  Uh-huh.
22     Q  You did not intend to testify that you didn't
23 have an opinion -- I'll -- I'll start that over
24 again.
25     I just want to -- want to be clear. It's 05:26:59

Page 313

1 your testimony that as of November 19th, 2024, you
2 had an opinion as to which cancers were caused by
3 NDMA?
4     MR. NIGH: Form objections.
5     THE WITNESS: So I don't recall the timing. 05:27:19
6 I don't recall all of that. I think you said under
7 oath I said something. I said not currently because
8 current meaning right there and then when he's
9 asking me, he was asking me very quickly and very
10 fast, but I don't remember the rest of that. 05:27:32
11     Q  But I'm asking you now, in November of 2024
12 did you have an opinion that NDMA caused HCC?
13     MR. NIGH: Form objection.
14     THE WITNESS: So I've been looking at
15 Mr. Roberts' case since -- well, after that and 05:28:01
16 reviewing it. I think you asked me before what my
17 opinions were about NDMA and I -- I discussed that
18 with you.
19     I feel that based on everything that I've
20 reviewed from Mr. Roberts and because every person 05:28:18
21 is an individual. And every case is individual.
22 And when I reviewed Mr. Roberts' case and I reviewed
23 the literature again, I reviewed everything, I
24 believe that NDMA caused Mr. Roberts' HCC.
25     Q  You believe that today? 05:28:35

79 (Pages 310 - 313)

Page 314

1    MR. NIGH: Form objection.
2    BY MS. ROSE:
3    Q   I was trying to verify. I was asking if you
4    had the belief that HCC caused -- sorry, if you had
5    the belief that NDMA caused HCC as of November 2024.   05:28:47
6    MR. NIGH: Form objection.
7    THE WITNESS: I'm not sure about the dates
8    and the timings because these are thought processes
9    and you're going and reading through so much. Also,
10   as far as testimony, it's a very high intense thing   05:29:04
11   and if I say not currently, that means right there
12   and then I can't think of an answer for him.
13       However, I have been reading for years, I've
14   been going over medical histories for years, so I've
15   been basing -- whatever we've talked about today is   05:29:23
16   based on years of treating HCC. It's based on a
17   thorough literature review. It's based on a
18   thorough animal study review and EP review. And I
19   believe that Mr. Roberts' HCC was caused by NDMA.
20   Q   And did you have that belief as of     05:29:45
21   November 2024?
22       MR. NIGH: Form objection.
23       THE WITNESS: I can't recall that.
24       MS. ROSE: Okay. All right. I don't have
25   any more questions, thank you Dr. Siddiqui.   05:29:58

Page 315

1        THE WITNESS: Thank you.
2        MR. NIGH: Okay. Will do -- we need to take
3    a break here.
4        THE VIDEOGRAPHER: Okay. The time is
5    5:29 p.m. We're going off the record.     05:30:07
6        (Recess.)
7        THE VIDEOGRAPHER: The time is 6 o'clock p.m.
8    and we are back on the record.
9    BY MR. NIGH:
10   Q   Hi, Doctor. My -- my name is Daniel Nigh. I   06:01:23
11   wanted to ask you a few questions.
12   A   Thank you.
13   Q   At the beginning of the deposition, you were
14   asked if you reviewed Dr. Mele's report.
15       Do you remember that?       06:01:36
16   A   Yes.
17   Q   And you weren't sure of the exact date that
18   you had reviewed Dr. Mele's report.
19       Do you remember that?
20   A   Yes.        06:01:41
21   Q   Okay. Doctor, I want to turn your attention
22   to page 1 of your expert report, underneath "Heading
23   of Specific Causation."
24   A   Yes.
25   Q   Can you read the last sentence there?   06:01:52

Page 316

1    A   "For the purposes of this report, I reviewed
2    the general causation report of Dr. Hecht,
3    Dr. Plunkett, Dr. Etminan, Dr. Madigan, Dr. Lagan,
4    Dr. Najafi and Dr. Panigrahy, and the specific
5    causation report of Dr. Sawyer and Dr. Mele."   06:02:10
6    Q   Okay. Does this help refresh your memory as
7    to whether or not you reviewed these reports before
8    submitting your final report?
9    A   Yes, I reviewed them before submitting my
10   final report.      06:02:27
11   Q   And doctor, you mentioned many times during
12   questions that that's your holistic approach in this
13   case, do you remember that?
14   A   I do.
15   Q   And part of the support in your case would be   06:02:34
16   the review of these expert reports; correct?
17       MS. ROSE: Object to the format.
18       THE WITNESS: It is.
19   BY MR. NIGH:
20   Q   Now doctor, part of your support of your   06:02:45
21   opinions would be the review of these general
22   causation of expert and specific causation expert
23   reports that are listed in this paragraph; correct?
24       MS. ROSE: Object to the format.
25       THE WITNESS: Correct.     06:02:57

Page 317

1    BY MR. NIGH:
2    Q   Doctor, you were asked questions about
3    surveillance for cirrhosis and guidelines for this,
4    do you remember that?
5    A   Yes.       06:03:06
6    Q   And doctor, generally speaking, those
7    guidelines would be for patients who are diagnosed
8    with cirrhosis; correct?
9        MS. ROSE: Object to the form.
10       THE WITNESS: Correct.     06:03:17
11   BY MR. NIGH:
12   Q   Doctor, I want to talk about cirrhosis. You
13   were asked a lot of questions about cirrhosis and
14   the radiologist's opinions, do you recall that?
15   A   I do.       06:03:36
16   Q   Okay. And doctor, when you're looking at
17   cirrhosis, you considered both the radiological
18   signs and the clinical symptoms; correct?
19       MS. ROSE: Object to the form.
20       THE WITNESS: Correct.     06:03:47
21   BY MR. NIGH:
22   Q   And why is that?
23   A   Because everything has to be taken in
24   totality. The radiological signs and the physical
25   or clinical signs have to be put together to make a   06:04:02

80 (Pages 314 - 317)

Veritext Legal Solutions

800-227-8440                                           973-410-4040

Page 318

1  diagnosis, I think.
2  Q  And so doctor, when you said you would not
3  have diagnosed cirrhosis in 2016, you stated that
4  that was because of a lack of clinical symptoms
5  in -- in 2016; correct?                06:04:16
6      MS. ROSE:  Objection; form.
7      THE WITNESS:  That's Correct.
8  BY MR. NIGH:
9  Q  Okay.  And what are those clinical symptoms
10 that you would be looking for to diagnose cirrhosis?  06:04:25
11 A  Most often the clinical symptoms are like
12 jaundice, weight loss, ascites, chronic relentless
13 abdominal pain, blood tests that are getting worse
14 and changing, like LFTs that are getting worse and
15 worse and worse and changing, long term.        06:04:48
16 Q  And doctor, you didn't disagree with Dr. Mele
17 in his report that there may have been radiographic
18 signs of cirrhosis in 2016; correct?
19     MS. ROSE:  Object to the form.
20     THE WITNESS:  Correct.              06:05:05
21 BY MR. NIGH:
22 Q  And Doctor, none of the treating doctors
23 diagnosed Mr. Roberts with cirrhosis in 2016;
24 correct?
25     MS. ROSE:  Object to the form.        06:05:21

Page 319

1      THE WITNESS:  Correct.
2  BY MR. NIGH:
3  Q  Doctor, you were asked questions about
4  LI-RADS.  Do you recall those questions?
5  A  I do.                              06:05:33
6  Q  And Doctor, do you recall stating that you
7  will sometimes consider LI-RADS in your practice?
8  A  I do.
9  Q  Doctor, you also review reports where there
10 are not LI-RADS scores; correct?              06:05:46
11     MS. ROSE:  Object to the form.
12     THE WITNESS:  Correct, very often.
13 BY MR. NIGH:
14 Q  And when I say "review reports," discussing
15 radiology -- reports from radiologists regarding   06:05:57
16 either CT scans or ultrasounds or MRIs; correct?
17     MS. ROSE:  Object to the form.
18     THE WITNESS:  Correct.
19 BY MR. NIGH:
20 Q  Okay.  And Doctor, when -- when those CT    06:06:17
21 scans, ultrasounds, or MRIs do not have LI-RADS
22 scores, you're still able to consider the findings
23 based on their qualitative description; correct?
24     MS. ROSE:  Object to the form.
25     THE WITNESS:  Yes, absolutely.        06:06:32

Page 320

1  BY MR. NIGH:
2  Q  Let's take a look at -- Doctor, if you could
3  take a look at Exhibit 10.  I'm going to pull it up
4  as well myself.  This is the Lai Study.
5  A  Okay.  Going there.  Pulling it up.      06:06:55
6      Okay.
7  Q  Do you recall being asked questions about
8  this study?
9  A  Yes.
10 Q  And Doctor, I want to draw your attention to   06:07:08
11 the second paragraph under "Methods and Findings".
12 You were asked questions where they pointed out --
13 defense counsel pointed out, "For those with
14 cirrhosis, the incidents was significantly higher at
15 4.29."                              06:07:32
16     Do you recall that?
17 A  I do.
18 Q  And Doctor, this is referring to the number
19 of cases per 1,000 patient years; correct?
20     MS. ROSE:  Object to the form.        06:07:44
21     THE WITNESS:  Correct.
22 BY MR. NIGH:
23 Q  So this study even shows that the vast
24 majority of people with cirrhosis are not getting
25 HCC; correct?                        06:07:55

Page 321

1      MS. ROSE:  Object to the form.
2      THE WITNESS:  Correct.
3      MR. NIGH:  Okay.  We can take that down.
4      Let's take a look at Exhibit 11.
5  BY MR. NIGH:                        06:08:14
6  Q  Doctor, you recall being asked questions
7  about -- from -- about Dr. Hooks' deposition
8  transcript?
9  A  Yes.
10 Q  And Doctor, this -- this was one of the      06:08:24
11 document that you considered in forming your
12 opinions; correct?
13     MS. ROSE:  Object to the form.
14     THE WITNESS:  Correct.
15 BY MR. NIGH:                        06:08:37
16 Q  Okay.  If we could take a look at page 61,
17 lines 15.  It starts, "Sure.  I'll try to rephrase
18 it again.  Sorry.  I'm trying to do it as clear as
19 possible.  I guess what I'm really getting at is I'm
20 just trying to -- did you make a causal -- in your   06:09:11
21 care and treatment of Mr. Roberts, did you make a
22 causal determination of why he developed HCC?"
23     And the answer was "I don't -- I don't -- I
24 don't think about that per se."
25     Do you remember that?              06:09:26

Veritext Legal Solutions
800-227-8440                                            973-410-4040

Page 322

1    A  Yes, I do.
2    Q  I mean, do you see that?
3    A  I do see that.
4    Q  Okay.  Then the next question is, "So fair to
5    say that you never determined in the course of your    06:09:36
6    care of Mr. Roberts that his HCC was caused by his
7    use of the drug Valsartan."
8        Do you see that?
9    A  I do.
10   Q  And I want to turn your attention to page 74,    06:09:45
11   line 20.
12   A  Okay.
13   Q  And the question to Dr. Hooks, "Doctor, did
14   you first become aware that Valsartan even had the
15   potential to have" -- or sorry.  Let me read that    06:10:06
16   again.
17       "And Doctor, when did you first become aware
18   that Valsartan even had the potential to have NDMA?"
19       And the answer is "when I received the
20   subpoena for this deposition."    06:10:16
21       Do you see that?
22   A  I do.
23   Q  Okay.  And then it next says, "So that would
24   have been well after -- that would have been well
25   after all of your care of Dr. Roberts -- I mean    06:10:25

Page 323

1    Gaston Roberts.  Correct?"
2        And the answer is "correct."
3        Do you see that?
4    A  I see that.
5    Q  Do you recall being asked questions about    06:10:34
6    Dr. Hooks' testimony in -- regarding a risk factor
7    in April 2019?  Defense counsel asked you questions
8    about that from this transcript.  Do you remember
9    that?
10   A  Yes.    06:10:53
11   Q  The defense counsel didn't show you these
12   questions; correct?
13       MS. ROSE:  Object to the form.
14       THE WITNESS:  Correct.
15   BY MR. NIGH:    06:11:01
16   Q  And this testimony shows that Dr. Hooks
17   wasn't even aware that Valsartan had the potential
18   to have NDMA in it.
19       Do you see that?
20       MS. ROSE:  Object to the form.    06:11:16
21       THE WITNESS:  I did see that.
22   BY MR. NIGH:
23   Q  And then below, page 75, lines 11 to 15.
24   "And Doctor, you never did a systematic review on
25   the literature of NDMA to see whether or not NDMA is    06:11:27

Page 324

1    capable of causing hepatocellular carcinoma.
2    Correct."
3        And the -- and Doctor answers, "Correct."
4
5        Do you see that?    06:11:39
6    A  I do.
7    Q  And Doctor, you did do a systematic review as
8    you looked at all of Mr. Roberts' records,
9    scientific literature and the other experts opinions
10   in this case; correct?    06:11:55
11       MS. ROSE:  Object to the form.
12       THE WITNESS:  Correct, yes, I did.
13   BY MR. NIGH:
14   Q  And then 76, lines 11 -- starting at line 11.
15   "So Doctor, it's fair to say that when you were    06:12:19
16   considering what the primary risk factors or causes
17   of hepatocellular carcinoma would be, you weren't
18   considering whether or not NDMA could be one of
19   those causes.  Correct?"
20       And his answer is, "Correct."    06:12:31
21       Do you see that?
22   A  I do.
23   Q  And so Doctor, you don't have any information
24   in here that Dr. Hooks was help aware that NDMA
25   could cause -- that it even had -- sorry, strike    06:12:44

Page 325

1    that.
2        And Doctor, you don't have any information in
3    here that Dr. Hooks had even considered NDMA as a
4    potential carcinogen for his cancer; correct?
5        MS. ROSE:  Object to the form.    06:13:02
6        MR. NIGH:  I'll strike that question.  I'll
7    move on.
8    BY MR. NIGH:
9    Q  Doctor, you were shown medical records from
10   various treating doctors discussing hepatocellular    06:13:12
11   carcinoma and cirrhosis.  Do you recall that?
12       MS. ROSE:  Object to the form.
13       THE WITNESS:  I do.
14   BY MR. NIGH:
15   Q  But like Dr. Hooks, defense counsel didn't    06:13:27
16   show you any mention by of those treaters that they
17   understood Mr. Roberts had taken about Valsartan
18   contaminated with NDMA; correct?
19       MS. ROSE:  Object to the form.
20       THE WITNESS:  Correct.    06:13:37
21       MR. NIGH:  We can take this -- take this
22   down.
23   BY MR. NIGH:
24   Q  I want to talk to you about diabetes.
25       Doctor, whether Mr. Roberts was diagnosed    06:13:50

82 (Pages 322 - 325)

Page 326

1  with diabetes initially in November 2016 or nearly a
2  decade earlier. This would not change your opinion
3  in ruling out diabetes as a substantial contributing
4  cause of his HCC; correct?
5      MS. ROSE: Object to the form.        06:14:05
6      THE WITNESS: Correct.
7  BY MR. NIGH:
8      Q  Doctor, I want to take a look at Exhibit 22,
9  the Gomm study.
10     A  Okay.                              06:14:31
11     Q  And I want to turn your attention to page 4,
12  Table 2.
13     A  Yes.
14     Q  And Doctor, do you recall being asked
15  questions about the table?                06:14:47
16     A  I do.
17     Q  And do you recall that this table shows an
18  exposure at a 1.16, hazard ratio 1.03 to 1.31.
19     Do you see that?
20     A  I do.                              06:15:07
21     Q  So patients who are exposed to NDMA
22  contaminated Valsartan had an increase --
23  statistically increased risk of getting liver
24  cancer; correct?
25     MR. NIGH: Object to the form.         06:15:20

Page 327

1      THE WITNESS: Correct.
2  BY MR. NIGH:
3      Q  And that would be a 16 percent increased risk
4  according to the subjects who were included in this
5  study; correct?                          06:15:33
6      A  Correct.
7      MS. ROSE: Form.
8  BY MR. NIGH:
9      Q  And Doctor, if you take a look down at
10  "long-term valsartan use" for exposure. Number two,  06:15:41
11  shows that long-term Valsartan is defined as
12  Valsartan prescription in at least nine-quarters
13  within the first three years of the study period.
14     Do you see that?
15     A  I do.                              06:15:54
16     Q  And comparing the risk for exposure, there
17  was a 22 percent increased risk comparing the
18  exposed to the nonexposed, correct, for long-term
19  Valsartan; correct?
20     MS. ROSE: Object to the form.         06:16:10
21     THE WITNESS: Correct.
22  BY MR. NIGH:
23     Q  So an even higher increase risk when looking
24  at three plus years of usage; correct?
25     MS. ROSE: Object to the form.         06:16:16

Page 328

1      THE WITNESS: Correct.
2  BY MR. NIGH:
3      Q  I want to take a look at Exhibit 23, the
4  Mansouri study.
5      A  Going there and opening it. Okay.   06:16:29
6      Q  And I want to draw your attention to table
7  three, which is page 8 of 45 of this document.
8      A  Going there. Okay.
9      Q  And Doctor, looking at "Liver cancer,
10  Exposed" versus "Unexposed." The exposed had a 1.12  06:17:09
11  incident rate; correct?
12     Strike that.
13     Doctor, in comparing the -- for liver cancer,
14  the exposed had a 1.112 AHR compared to the
15  unexposed; correct?                      06:17:37
16     MS. ROSE: Object to the form.
17     THE WITNESS: Correct.
18  BY MR. NIGH:
19     Q  So they had a 10 percent overall increased
20  study in this risk; correct?             06:17:46
21     A  Correct.
22     Q  And that was statistically significant in
23  this study?
24     MS. ROSE: Object to the form.
25     THE WITNESS: Correct.               06:17:53

Page 329

1  BY MR. NIGH:
2      Q  And Doctor, I want to draw your attention to
3  the supplemental tables. Did you include the --
4  consider the supplemental tables as well in your
5  opinion?                                 06:18:01
6      A  I did.
7      Q  And Doctor, I want to draw your attention to
8  table S10, page 28.
9      Do you see that?
10     A  Yes.                              06:18:30
11     Q  And this table says, "Risk of overall cancer
12  and cancer by location in patients exposed to NDMA
13  contaminated valsartan compared to unexposed
14  subjects after excluding patients who received both
15  NDMA contaminated and uncontaminated valsartan."  06:18:50
16     Do you see that?
17     A  I do.
18     Q  And Doctor, for most of these analysis, with
19  people who took both NDMA contaminated Valsartan and
20  NDMA uncontaminated Valsartan, they included those  06:19:08
21  subjects in both the test and the control; correct?
22     MS. ROSE: Object to the form.
23     THE WITNESS: Correct.
24  BY MR. NIGH:
25     Q  But this table shows what -- what the      06:19:23

83 (Pages 326 - 329)

Page 330

1  analysis would be when you take people who are
2  exposed to both and take them out of the equation,
3  such that you're comparing tests just those that are
4  exposed versus control, those who are not exposed to
5  NDMA contaminated Valsartan; correct?    06:19:39
6      MS. ROSE: Object to the form.
7      THE WITNESS: Correct.
8  BY MR. NIGH:
9    Q  And under "Any Malignancy," you can see that
10  it's a 1.30 AHR.                06:19:50
11     Do you see that?
12     MS. ROSE: Object to the form.
13     THE WITNESS: I do.
14  BY MR. NIGH:
15    Q  That would mean that for all cancers, there    06:19:58
16  would be a 3 percent statistically significant
17  increase risk for people who are taking NDMA
18  contaminated Valsartan compared to uncontaminated
19  Valsartan; correct?
20     MS. ROSE: Object to the form.        06:20:11
21     THE WITNESS: Correct.
22  BY MR. NIGH:
23    Q  And then under "Liver Cancer," you can see
24  that for "Exposed," the risk would be 1.15 -- a
25  15 percent increase compared in the exposed versus    06:20:25

Page 331

1  the unexposed; correct?
2      MS. ROSE: Object to the form.
3      THE WITNESS: Correct.
4  BY MR. NIGH:
5    Q  So when the patients who were exposed to both    06:20:33
6  contaminated and uncontaminated were removed from
7  the analysis, the increased risk of liver cancer
8  goes up to when they're included in growth groups;
9  correct?
10     MS. ROSE: Object to the form.        06:20:47
11     THE WITNESS: Correct.
12  BY MR. NIGH:
13    Q  And next, I want to turn your attention to
14  S11. It's the next page. It says, "Subgroup
15  analysis of the association between NDMA        06:21:07
16  contaminated valsartan exposure and the risk of
17  liver cancer and melanoma subjects after excluding
18  patients who receive both NDMA contaminated and
19  uncontaminated valsartan."
20     Do you see that?            06:21:22
21     A  I do.
22    Q  And I want to direct your attention to males.
23  They give a breakdown for females and males.
24     Do you see that?
25     A  I do.                06:21:30

Page 332

1    Q  Mr. Roberts is a male, correct -- or was a
2  male?
3      MS. ROSE: Object to the form.
4      THE WITNESS: Correct. Correct.
5  BY MR. NIGH:                06:21:37
6    Q  And this table shows the AHR for males is
7  1.23.
8     Do you see that?
9      MS. ROSE: Object to the form.
10  BY MR. NIGH:                06:21:46
11    Q  For liver cancer?
12    A  I do. I do.
13    Q  Okay. And so that would be a 23 percent
14  increased risk in comparing the exposed for males
15  compared to the unexposed; correct?        06:21:56
16     MS. ROSE: Object to the form.
17     THE WITNESS: Correct.
18  BY MR. NIGH:
19    Q  And the P score is .0001. That would be a
20  very significant statistical P score; correct?    06:22:07
21     MS. ROSE: Object to the form.
22     THE WITNESS: Correct.
23  BY MR. NIGH:
24    Q  Sorry. One second.
25     Doctor, I want to turn your attention to S22,    06:23:22

Page 333

1  table S22, page 44, 45 -- 43 of 45.
2    A  Thank you. I was just going there. Okay.
3    Q  Doctor, this is titled "Risk of liver cancer
4  and melanoma by valsartan dose category among long
5  term users."                06:23:46
6     Do you see that?
7    A  I do.
8    Q  And if you look below at the bottom of this
9  table, it shows, "Long term valsartan users defined
10  as those who filled valsartan prescriptions during    06:23:59
11  least 3 consecutive years of the study period."
12     Do you see that?
13    A  I do.
14    Q  So we have a similar analysis in Mansouri as
15  we saw earlier in Gomm; correct?        06:24:12
16     MS. ROSE: Object to the form.
17     THE WITNESS: Correct.
18  BY MR. NIGH:
19    Q  And the overall finding here would be a 1.22
20  AHR; correct?                06:24:22
21     MS. ROSE: Object to the form.
22     THE WITNESS: Correct.
23  BY MR. NIGH:
24    Q  Which is even higher than the 1.12 overall
25  increased risk of liver cancer that this study found  06:24:33

84 (Pages 330 - 333)

Page 334

1  when comparing exposed to unexposed; correct?
2      MS. ROSE:  Object to the form.
3      THE WITNESS:  Correct.
4  BY MR. NIGH:
5    Q  So Doctor, the Mansouri study shows both an    06:24:45
6  overall increase that is statistically significant.
7  It shows that when users are using it for three or
8  more years, that that in -- that that risk goes up
9  even further, and it also shows an increased risk
10 for males; correct?                    06:25:04
11     MS. ROSE:  Object to the form.
12     THE WITNESS:  Correct.
13 BY MR. NIGH:
14   Q  And this would be all information that would
15 be supportive to your opinions; correct?    06:25:11
16   A  Correct.
17     MR. NIGH:  Okay.  We can -- we can -- you can
18 take that down, yeah.  You don't have to look at
19 that anymore.  We're going to move on.
20 BY MR. NIGH:                         06:25:23
21   Q  Doctor, you were asked about what was your
22 scientific support that NDMA can promote a tumor to
23 be more aggressive.  Do you recall this?
24   A  I do.
25   Q  And you mentioned several things for your    06:25:40

Page 335

1  support.  Do you recall that?
2    A  I do.
3    Q  And Doctor, one of the things that also
4  supports your opinion is Dr. Panigrahy's report;
5  correct?                          06:25:49
6      MS. ROSE:  Object to the form.
7      THE WITNESS:  Correct.
8  BY MR. NIGH:
9    Q  And the description -- his description of the
10 key characteristics of NDMA was also supportive of    06:26:00
11 your opinion; correct?
12     MS. ROSE:  Object to the form.
13     THE WITNESS:  Correct.
14 BY MR. NIGH:
15   Q  And Doctor, you were asked about what was    06:26:09
16 your scientific support for NDMA can inhibit
17 treatment for cancer.  Do you recall that?
18   A  I do.
19   Q  One of the things that also supports that
20 opinion is Dr. Panigrahy's report as well; correct?    06:26:23
21     MS. ROSE:  Object to the form.
22     THE WITNESS:  Correct.
23 BY MR. NIGH:
24   Q  Doctor, do you recall being asked questions
25 about a deposition that you gave for RoundUp?    06:26:37

Page 336

1    A  I do.
2    Q  And do you recall seeing the question about
3  whether you had an opinion about which cancers are
4  related to Valsartan -- which cancers are related to
5  NDMA?                            06:26:48
6    A  I do.
7    Q  Doctor, you've never been asked to opine
8  regarding all cancers and as to which of those
9  cancers can be caused by NDMA; correct?
10     MS. ROSE:  Object to the form.          06:27:02
11     THE WITNESS:  Correct.
12 BY MR. NIGH:
13   Q  Doctor, you were given several studies to
14 look at during this deposition by defense counsel.
15 Do you recall that?                   06:27:27
16   A  I do.
17   Q  I want to fist turn your attention to
18 Exhibit 80, the Tarao study, 2019.  Can you take a
19 look at that?
20   A  Opening it up.  Yes.               06:27:41
21   Q  And you had a chance to review this -- this
22 study; correct?
23     MS. ROSE:  Object to the form.
24     THE WITNESS:  Correct.
25 ///

Page 337

1  BY MR. NIGH:
2    Q  And does this study change any of your
3  opinions that you gave in your report?
4    A  No.
5    Q  And Doctor, take a look at Exhibit 10, the    06:27:59
6  Lai study, L-A-I.
7    A  10, Lai.  Okay.
8    Q  And Doctor, you were shown this study here in
9  this deposition; correct?
10   A  Correct.                        06:28:21
11   Q  And you've had a chance to review this study;
12 correct?
13     MS. ROSE:  Object to the form.
14     THE WITNESS:  Correct.
15 BY MR. NIGH:                         06:28:25
16   Q  And Doctor, did this study change any of your
17 opinions that you gave in your report?
18     MS. ROSE:  Object to the form.
19     THE WITNESS:  No, it did not.
20 BY MR. NIGH:                         06:28:33
21   Q  Okay.  Let's take a look at Exhibit 15, the
22 Kong study, 2025.
23   A  It's opening up.  Okay.
24   Q  Doctor, you were given a chance to review the
25 study during this deposition; correct?          06:28:51

85 (Pages 334 - 337)

Page 338

1    A  Correct.
2    Q  You were asked questions by defense counsel
3  about this study; correct?
4      MS. ROSE:  Object to the form.
5      THE WITNESS:  Correct.              06:29:03
6  BY MR. NIGH:
7    Q  And does this study change any of the
8  opinions that you gave in your report?
9    A  No, it does not.
10    Q  Let's take a look at the Schlesinger 2015,    06:29:14
11  Exhibit 17.
12    A  Going there.  17.  Opening.  Okay.
13    Q  And Doctor, you were asked questions about
14  this study by defense counsel; correct?
15      MS. ROSE:  Object to the form.         06:29:35
16      THE WITNESS:  Correct.
17  BY MR. NIGH:
18    Q  And you've had a chance to review this study;
19  correct?
20      MS. ROSE:  Object to form.          06:29:42
21      THE WITNESS:  Correct.
22  BY MR. NIGH:
23    Q  Does this study change any of the opinions
24  that you've given in your report?
25    A  No, it does not.                 06:29:50

Page 339

1    Q  Exhibit 18, the Yang study, 2020.
2    A  Okay.  Opened.
3    Q  Doctor, you were asked questions about this
4  study by defense counsel; correct?
5    A  Correct.                    06:30:09
6    Q  And you've had a chance to review the study;
7  correct?
8    A  Correct.
9    Q  And does this study change any of the
10  opinions that you gave in your report?      06:30:20
11    A  No, it does not.
12    Q  Exhibit 21, the Xie studies, X-I-E, 2022.
13    A  Opening up, okay.
14    Q  Doctor, you were asked questions about this
15  study by counsel.  Do you recall that?      06:30:41
16    A  I do.
17    Q  And you've had the chance to review this
18  study; correct?
19    A  Correct.
20    Q  Does this study change any of the opinions in   06:30:46
21  your report?
22    A  No, it does not.
23    Q  And Doctor, do any of the documents that
24  you've seen here today change any to have the
25  opinions in your report?              06:30:59

Page 340

1    A  No, they do not.
2      MR. NIGH:  Okay.  Let's take a quick break.
3  I may be very brief, but I want a chance to consult
4  with colleagues real quick.
5      THE VIDEOGRAPHER:  The time is 6:30 p.m. and   06:31:12
6  we are beginning off the record.
7      (Recess.)
8      THE VIDEOGRAPHER:  The time is 6:32 p.m.
9  We're back on the record.
10      MR. NIGH:  Doctor, I don't have any more      06:33:05
11  questions.  Thank you.
12      THE WITNESS:  Thank you.
13      THE VIDEOGRAPHER:  All right, anything else
14  before I close?
15      MS. ROSE:  Thank you for your time today,     06:33:16
16  Doctor.
17      THE WITNESS:  Thank you so much.
18      MR. NIGH:  Thank you, Doctor.
19      THE VIDEOGRAPHER:  We're off the record at
20  6:32 p.m. and this concludes today's testimony given   06:33:24
21  by Fareeha Siddiqui, M.D.
22      The total number of media used was six and
23  will be retained by Veritext.
24      (TIME NOTED:  6:32 p.m.)
25

Page 341

1
2
3
4
5      I, FAREEHA SIDDIQUI, M.D., do hereby
6  declare under penalty of perjury that I have read
7  the foregoing transcript; that I have made any
8  corrections as appear noted, in ink, initialed by
9  me, or attached hereto; that my testimony as
10  contained herein, as corrected, is true and correct.
11      EXECUTED this _____ day of _____,
12  20____, at _____, _____.
          (City)            (State)
13
14
15
16      _____
          FAREEHA SIDDIQUI, M.D.
17                Volume I
18
19
20
21
22
23
24
25

86 (Pages 338 - 341)

Page 342

1
2
3        I, the undersigned, a Certified Shorthand
4   Reporter of the State of California, do hereby
5   certify:
6        That the foregoing proceedings were taken
7   before me at the time and place herein set forth;
8   that any witnesses in the foregoing proceedings,
9   prior to testifying, were placed under oath; that a
10  record of the proceedings was made by me using
11  machine shorthand which was thereafter transcribed
12  under my direction; further, that the foregoing is
13  an accurate transcription thereof.
14       I further certify that I am neither
15  financially interested in the action nor a relative
16  or employee of any attorney of any of the parties.
17       IN WITNESS WHEREOF, I have this date
18  subscribed my name.
19
20  Dated: May 1, 2025
21
22
23
    ALEXIS KAGAY
24      CSR NO. 13795
25

Page 343

1   Daniel Nigh, Esq.
2   Dnigh@nighgoldenberg.com
3        May 1, 2025
4   RE: In Re: Valsartan, Losartan, Et Al v. Zhejiang Huahai
       Pharmaceutical Co., Ltd., Et Al. (Gaston Roberts)
5   4/29/2025, Fareeha Siddiqui , M.D. (#7344551)
6    The above-referenced transcript is available for
7   review.
8    Within the applicable timeframe, the witness should
9   read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12   The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-ny@veritext.com.
16   Return completed errata within 30 days from
17  receipt of testimony.
18   If the witness fails to do so within the time
19  allotted, the transcript may be used as if signed.
20
21
22       Yours,
23       Veritext Legal Solutions
24
25

Page 344

1   In Re: Valsartan, Losartan, Et Al v. Zhejiang Huahai
       Pharmaceutical Co., Ltd., Et Al. (Gaston Roberts)
2   Fareeha Siddiqui , M.D. (#7344551)
3        E R R A T A  S H E E T
4   PAGE_____ LINE_____ CHANGE_____
5   _____
6   REASON_____
7   PAGE_____ LINE_____ CHANGE_____
8   _____
9   REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  Fareeha Siddiqui , M.D.          Date
25

87 (Pages 342 - 344)

**[& - 18th]**                                                                                    Page 1

| & | | | |
|---|---|---|---|
| **&**  3:4 4:4 10:5 | **1.14.**  231:7 | 271:7,8 272:5 | 198:10 210:22 |

**0**

**0.13**  167:18
**0.14**  167:17
**0.16**  167:18
**0001**  332:19
**00946**  1:8 2:7
  9:20
**026**  176:19

**1**

**1**  1:25 5:11
  20:1,3,20,24
  21:22 34:13
  48:4 85:3,25
  94:24 125:22
  125:24,24
  126:3 238:2
  284:21,21
  315:22 342:20
  343:3
**1,000**  320:19
**1.03**  277:24
  326:18
**1.04**  279:23
**1.1**  225:6
**1.11**  227:12
**1.112**  328:14
**1.12**  279:22
  328:10 333:24
**1.14**  227:11
  230:3 231:19

**1.15**  330:24
**1.15.**  282:22
**1.16**  277:23
  283:7,11,14,17
  326:18
**1.20**  134:25
**1.22**  279:23
  333:19
**1.23.**  332:7
**1.30**  330:10
**1.31**  277:24
**1.31.**  326:18
**1.34**  204:24
**1.35**  134:24
  260:5
**1.36**  218:2
**1.4**  282:18
**1.41**  228:2,22
  232:8,12
**1.5**  282:21,22
**1.58**  228:1
**1.58.**  228:23
**1.79**  134:23
**1.80**  227:12
**1.82**  204:23
**1.9**  225:11
**1.99**  255:19
**10**  6:13 28:23
  88:3 166:6,8
  166:12 258:18
  258:19 266:7
  266:17,18
  270:5,13,25

311:3 320:3
328:19 337:5,7
**101**  282:9
**1057**  133:20
  134:13
**10:47**  112:12
**10th**  15:10
**11**  5:6 6:15
  172:2,3 181:7
  321:4 323:23
  324:14,14
**11.9.**  225:6
**11776**  342:23
**11:07**  112:15
**12**  6:18 108:25
  122:8,16 123:2
  184:6,7 185:13
  204:16
**120**  9:20
**12:23**  165:24
**13**  6:20 131:20
  185:9,10,13
  198:8 207:18
  226:23 311:20
  311:21
**1301**  4:9
**131**  6:4
**135**  257:5
**13795**  1:23
  2:20 10:21
  342:24
**14**  3:10 6:23
  173:17 198:1,3

217:7 306:17
**145**  153:1
**15**  7:2 88:5
  142:7 165:17
  203:24,25
  217:7 258:18
  258:19 321:17
  323:23 330:25
  337:21
**151**  197:9
  213:25
**158**  6:10
**16**  7:11 172:1
  213:4,5,13
  239:12 327:3
**163**  155:10
**166**  6:13
**168**  296:9
**16th**  144:14
**17**  7:16 94:16
  215:15 216:24
  216:25 217:4,5
  217:8 338:11
  338:12
**172**  6:15
**18**  7:18 108:25
  173:22 223:17
  223:18,20
  339:1
**184**  6:18
**185**  6:20
**18th**  123:16

**[19 - 2016]**                                                               Page 2

| | | | |
|---|---|---|---|
| **19** 6:24 7:24 | 276:20 277:13 | 297:5 | 114:19,21 |
| 8:11 95:24 | 277:14,17 | **200** 174:16,20 | 115:1,3,6 |
| 198:13 204:15 | 294:8 303:11 | 174:24 176:9 | 116:19 136:18 |
| 233:6,7,22 | 326:12 | **2000** 235:22 | 136:19 142:14 |
| 234:2 237:1,6 | **2,000** 257:4 | **20004** 4:10 | 142:19,24 |
| 237:8 | 294:13 297:23 | **20016** 3:12 | 144:5 145:15 |
| **1965** 48:16 | **2.06** 134:20 | **2005** 236:25 | 146:10 147:23 |
| **198** 6:23 | **2.17** 218:1 | **2006** 104:4 | 159:6,7,17,21 |
| **19th** 89:11 | 223:7 | **2007** 8:2 | 159:23 160:2 |
| 117:24 312:4,7 | **2.39** 260:5 | 169:14 234:3,8 | 160:19 161:3 |
| 313:1 | **2.48.** 204:24 | 236:19 237:2,8 | 161:12,19,21 |
| **1:17** 166:3 | **2.79** 134:2 | 237:18,22 | 179:4,8,16 |
| **1:20** 1:8 2:7 | **20** 5:11,13 8:2 | 238:24 241:4 | 183:18 189:7 |
| **1:41** 184:24 | 8:2 24:25 25:1 | 241:23 242:2 | 192:21,22 |
| **1:48** 185:1 | 71:1 88:3,5,13 | 242:19,24,24 | 193:5,10 201:1 |
| **2** | 123:24 128:5 | **2008** 106:21 | 201:6 206:22 |
| | 142:7,8 149:25 | **2009** 6:25 | 206:23 208:11 |
| **2** 5:13 7:11 | 193:9 201:1 | 117:15,22,24 | 210:23 219:24 |
| 20:11,12 21:16 | 208:2 236:13 | 118:12,21 | 219:24 220:1 |
| 21:23,24 66:2 | 236:15,19 | 198:13,14 | 220:11 222:14 |
| 66:3,4,7 85:3 | 237:19 239:8 | 199:4 200:15 | 232:25 239:9 |
| 103:10 112:23 | 240:10 251:12 | **2011** 199:20 | 239:11 241:15 |
| 113:3,3 125:23 | 258:18,19 | **2012** 218:17,25 | 243:10,10 |
| 125:24,24 | 266:7,17,18 | **2013** 7:16 | 244:5,6,7,14,17 |
| 126:3 131:4 | 267:21 269:13 | 214:8,12 | 245:9 246:4,8 |
| 138:5 174:5 | 269:17 270:5 | 217:11 223:5 | 246:20,23 |
| 196:8,12 | 270:14,25 | **2015** 338:10 | 247:5,8 258:10 |
| 213:15 214:14 | 305:21 308:2 | **2016** 88:16,18 | 258:11,21 |
| 216:2 236:2,3 | 322:11 341:12 | 89:1,5,8,11 | 264:9,13,24 |
| 236:3,7 238:6 | **20,000** 285:12 | 90:16 92:13 | 267:4,8 273:15 |
| 244:16 260:4 | 294:10 298:25 | 93:17,25 95:24 | 287:23 292:12 |
| 261:2,6 267:23 | 298:25 299:24 | 96:14,21 97:8 | 318:3,5,18,23 |
| 268:4,11 269:9 | **20,190** 165:10 | 99:7,17 101:18 | 326:1 |
| 269:15 273:16 | 165:13 294:7 | 113:10,15 | |

**[2017 - 30]**                                                    Page 3

| | | | |
|---|---|---|---|
| **2017** 123:25 | **2022** 8:5 104:4 | 150:21 151:1,7 | 196:15,24 |
| **2018** 40:8,9,13 | 229:4 265:15 | 151:15 152:4 | 210:5 254:18 |
| 40:16,21 55:24 | 339:12 | 195:25 196:8 | 289:24 290:11 |
| 88:15 93:18,25 | **2023** 113:15 | 277:4,5,7 | 298:2 |
| 94:1,3,16 99:2 | 114:1,7 222:5 | 326:8 327:17 | **29th** 9:6 |
| 123:16 136:20 | 229:4 265:15 | **223** 7:18 | **2:52** 233:15 |
| 143:1 144:22 | 265:16 289:14 | **22b** 184:6 | **3** |
| 179:4 181:23 | **2024** 8:11 16:3 | **22c** 185:9,16 | |
| 182:2 183:24 | 16:3 166:14 | **22nd** 237:2,8,9 | **3** 5:15 58:15,16 |
| 192:23 206:24 | 229:4 289:14 | 237:18 | 58:18 85:3 |
| 208:17 220:11 | 312:4 313:1,11 | **23** 8:9 109:2 | 116:24,24 |
| 244:17 265:5 | 314:5,21 | 213:24 279:5,7 | 176:21 180:16 |
| 267:10 284:20 | **2025** 1:17 2:19 | 279:9 311:3 | 180:22 181:10 |
| 284:24 287:23 | 6:15 9:1,6 | 328:3 332:13 | 181:12 186:22 |
| 289:13 292:12 | 15:10 17:17 | **233** 7:24 | 214:5 235:10 |
| 303:6 304:8,10 | 28:23 69:24 | **236** 8:2 | 238:10 253:5,5 |
| 305:3 | 95:8 204:7 | **24** 8:11 185:19 | 253:6 284:21 |
| **2019** 96:18,19 | 285:3 337:22 | 188:2 311:6,7 | 284:21 303:9 |
| 131:12 176:21 | 342:20 343:3 | 311:10,12,22 | 303:25 330:16 |
| 177:15 180:16 | **203** 7:2 | **25** 154:12 | 333:11 |
| 180:23 181:10 | **20th** 237:21 | 157:13 166:14 | **3.23** 134:17 |
| 181:12 185:19 | **21** 8:5 109:2 | **254** 8:5 | **3.47.** 218:2 |
| 187:18,19 | 127:17,20 | **26** 197:25 | **3.6** 225:5 |
| 188:2 203:12 | 148:23 149:14 | 239:10 245:12 | **3.63** 255:18 |
| 323:7 336:18 | 150:21 151:1,7 | **26th** 239:12 | **30** 88:9,13 |
| **202.792.7927** | 151:15 152:4 | **27** 296:7 | 142:10 145:21 |
| 3:13 | 153:19,20 | **277** 8:7 | 146:5 210:5 |
| **2020** 108:23,23 | 194:8 254:18 | **279** 8:9 | 213:3,13 |
| 117:15 122:8 | 254:19 339:12 | **28** 203:24 | 216:24 251:12 |
| 122:10 223:22 | **213** 7:11 | 329:8 | 263:14,23 |
| 228:10 302:2,8 | **216** 7:16 | **2875** 1:8 2:7 | 267:21 268:6 |
| 305:4 339:1 | **22** 8:7 109:3,9 | 9:19 | 268:22 269:13 |
| **2021** 169:14 | 109:13 148:23 | **29** 1:17 2:19 | 269:17 271:7 |
| | 149:14,19,25 | 6:15 9:1 170:8 | 272:11 285:14 |

800-227-8440                                                    973-410-4040

[30 - 9]

Page 4

301:12,19
343:16
**31**   216:24
**311**   8:11
**32**   223:17,20
**320**   165:9
294:6
**33**   233:6
**34**   236:13
**342**   1:25
**360**   277:13,14
**363,426**   214:13
**39**   122:9,17
123:2
**3:16**   233:18
**3rd**   180:19

**4**

**4**   5:18 62:15,17
85:3 131:4
138:5 166:25
170:8 238:15
303:9 326:11
**4.06**   167:15
**4.2**   225:10
**4.23**   260:5
**4.29**   167:14
168:2,8,19
170:5
**4.29.**   320:15
**4.51**   167:15
**4.81**   134:16
**4/19/2016**
161:12

**4/29/2025**
343:5
**40**   173:4,6
251:12 267:21
268:6,22
269:14,17
271:25 277:4
**41**   279:5,9
**43**   333:1
**44**   333:1
**45**   149:20
328:7 333:1,1
**45.00**   133:3
134:2
**450**   300:6
**46**   172:22
173:3,4,7,8,21
**47**   174:5
**48**   166:7
**4:10**   273:7
**4:28**   273:10

**5**

**5**   5:21 63:10,11
78:7 84:17
259:18 266:19
267:13 284:21
284:22
**5.9**   234:17
235:16 236:11
**50**   120:9
**51**   123:3
**53**   135:1

**56**   176:12,15
181:5
**58**   5:15
**5:13**   306:23
**5:14**   307:1
**5:18**   310:22
**5:23**   310:25
**5:29**   315:5

**6**

**6**   5:24 84:17,19
85:6 103:5,6
112:22 113:2
235:10 253:6,6
291:19 302:1
304:1 315:7
**6.62**   255:19
**6.9**   234:14,17
234:17,25
235:3,16
236:10,11
**6/22/07**   7:25
**60**   120:10
**600**   62:10
**61**   321:16
**62**   5:18
**63**   5:21 186:16
186:24 190:24
**6:30**   340:5
**6:32**   2:18 340:8
340:20,24

**7**

**7**   6:1 94:24,25
95:3 176:16,16
181:7 215:4
266:19 271:6,8
272:4
**7/17/2018**
108:20,21
**70**   112:8
**7344551**   1:24
343:5 344:2
**74**   322:10
**741,000**   169:15
**75**   323:23
**76**   324:14

**8**

**8**   6:4 62:15
131:20,21
132:4,6 214:19
279:18,19
328:7
**8,588**   214:13
**80**   147:11
336:18
**800**   62:10
**82**   205:3
**84**   5:24
**8:04**   2:18 9:2,5
**8b**   63:10,10

**9**

**9**   6:10 95:8
158:2,4,7,7

279:17 306:10
306:10,11,12
306:16 307:5,7
**9.5** 252:24
253:4
**9/19/2016**
161:16
**90** 182:2
278:18 280:17
**913** 227:4
**94** 6:1
**95** 167:14,17
204:23 225:6
225:11,11
255:18
**96** 294:9 295:4
295:18 296:3,8
296:12,13,21
296:24 297:11
**975,000** 169:13
**9:11** 58:1
**9:30** 58:4

**a**

**a.m.** 2:18 9:2,5
58:1,4 112:12
112:15
**a1c** 234:13,25
235:3 252:23
**aasld** 286:15
**abdomen** 94:18
95:22 308:16
**abdominal**
124:6 218:14

221:19 246:14
267:14 308:12
308:12 318:13
**ability** 15:1
133:18
**abim** 69:16
**able** 17:1 23:17
36:5 38:18
40:3 42:18
43:12 44:3
46:18 53:1
103:20,20
126:9 144:6,15
171:11,16
180:3 207:1
286:11 292:14
306:5 319:22
**abnormal**
117:25 118:1
119:18 120:10
120:12,18
125:6 140:18
**abnormalities**
89:22
**above** 48:11
119:21 122:16
230:2 295:3,18
296:2,13,24
343:6
**absent** 45:16
46:21 89:14
309:3,12
**absolute** 46:5,6
46:6,9,20

99:13 262:8
271:15
**absolutely** 17:7
46:14 53:8
108:9 145:1
156:10 291:24
319:25
**absolutes** 47:19
**abstract** 132:9
**academic** 68:23
**accepted** 48:16
**access** 59:17
276:12 281:23
**account** 74:19
240:11 276:11
276:14 281:5
281:17
**accumulation**
308:16
**accuracy** 343:9
**accurate** 15:1,5
15:8 17:13
33:20 66:13
71:7 77:9,12
78:2 151:9,12
151:14 189:24
237:4 309:10
342:13
**accurately**
147:13,14
**acknowledg...**
343:12
**acquired** 236:4

**action** 342:15
**activation**
230:18
**active** 92:13,25
93:2,13,15
94:3
**actual** 250:25
251:22 271:18
**actually** 27:6
55:5 56:23
64:12,19,22
65:25 70:20
76:22 98:18
99:25 117:23
118:9,11,12
128:1 133:9
134:18 135:2,4
146:4 173:19
184:15 188:15
197:15 200:16
203:6 219:19
226:18,21
247:7 248:18
270:1 275:19
279:17
**acuity** 99:13
139:20 284:15
**acute** 44:21
123:19,22,23
124:13,16,22
124:23,23
125:3,6 267:15
284:14 287:24
291:11 293:10

[acutely - american]                                                      Page 6

| | | | |
|---|---|---|---|
| **acutely** 179:10 | **affect** 148:1,5 | **agree** 9:12 14:3 | **alcohol** 86:4 |
| 259:10 | 276:25 301:7,8 | 14:6,10,13 | 106:11,12 |
| **add** 207:6 | 301:9 | 73:3 76:15 | 109:22 153:25 |
| **added** 184:17 | **affects** 229:6,6 | 78:3,22 94:2 | 201:21 214:21 |
| **adding** 291:9 | **affiliations** | 97:22 100:18 | **alcoholic** 14:22 |
| **additional** | 10:2 | 115:7 122:15 | 104:8 106:7,10 |
| 227:17 | **age** 166:23 | 158:19 170:19 | 107:23,23 |
| **address** 66:22 | 214:19 218:11 | 174:15 178:18 | 108:2 134:20 |
| **addresses** | 257:9 | 193:8 195:18 | 134:22 135:13 |
| 100:19 | **agencies** | 196:4 199:4 | 136:16 141:6 |
| **addressing** | 281:14 287:8,9 | 229:10 246:21 | 141:25 146:12 |
| 211:23 282:4 | 288:2 | 247:18 253:16 | 152:11 158:16 |
| **adjusted** | **aggressive** | 302:14 | 266:25 271:12 |
| 255:17 260:3 | 44:21 92:13,17 | **agreeing** 79:12 | **alcoholism** |
| 279:22 | 93:13,15 99:3 | 223:4,9,10 | 158:15 |
| **administered** | 105:16 107:25 | **agreement** 79:5 | **ald** 104:9 |
| 10:25 | 114:5 115:18 | 229:8 | 106:15 |
| **administration** | 115:19 136:20 | **ahead** 139:7,8 | **alexis** 1:22 2:19 |
| 95:24 | 141:22 142:20 | 182:8 280:6 | 9:23 10:21 |
| **admit** 119:20 | 142:21 143:23 | 281:3 286:10 | 216:17 342:23 |
| **adrenal** 89:23 | 162:3,13 | **ahr** 328:14 | **allotted** 343:19 |
| **adult** 225:19 | 175:22 179:18 | 330:10 332:6 | **allowed** 38:4 |
| 236:4 | 188:6 193:2 | 333:20 | 293:16 |
| **adults** 166:21 | 244:19 247:11 | **aih** 135:1 | **allowing** |
| 167:8 | 267:15 271:11 | **al** 1:9,10 2:9,10 | 300:15 |
| **advance** 85:12 | 288:24 290:7 | 7:18 8:7 | **alt** 117:17 |
| 140:1 | 290:21 291:2 | 131:12 132:6 | 118:21,24 |
| **advanced** | 292:17,25 | 153:1 166:15 | 120:9 121:2,19 |
| 247:6 256:25 | 293:10 294:18 | 168:2 204:8 | 123:5 124:17 |
| 257:18 | 305:13 334:23 | 205:21 214:16 | **altogether** |
| **advise** 83:6 | **ago** 19:16 | 223:22 254:25 | 209:17 276:17 |
| **advised** 83:11 | 54:18 58:25 | 343:4,4 344:1 | 276:22 |
| 84:5 | 151:19 312:8 | 344:1 | **american** 69:4 |
| | | | 69:9,12 158:21 |

[american - application]                                        Page 7

212:12 286:14
286:18,19,21
288:19
**amount**  28:1
53:14,22 62:13
67:17 81:24
91:25 93:19,20
99:8 106:1,12
106:20 107:1,3
108:5 142:21
146:2 149:17
160:20 164:16
174:7 178:20
189:9 190:9
208:18 221:25
258:24,25
267:25 268:1,3
268:5 272:18
275:8 276:5,8
276:11,19,21
276:21 281:2
284:10 285:13
289:11 294:17
303:13,19
304:1
**amounts**  54:3
160:7 161:25
**analyses**  50:7
**analysis**  7:9
48:14,25 49:2
49:7,12,17,23
50:6,9,10 51:9
51:21 52:6
204:12,15

225:10 255:1
259:22 260:1
329:18 330:1
331:7,15
333:14
**analytic**  6:8
131:15
**angiogenesis**
216:8
**animal**  48:13
50:11 51:19
143:9,11,19
154:6 155:1,10
156:4,14,15
157:13,20
162:18,19,25
273:19 274:3
283:23 285:18
287:12 291:5
291:13,17
292:2,8,8
293:8 297:3,17
297:20,25
298:20,22
300:1 314:18
**animals**  155:16
162:24 273:21
273:22 291:12
293:9 300:4
**anne's**  60:9
**annual**  131:2
132:18 138:4
**answer**  12:25
13:7,15 29:21

29:24 30:13
36:7 38:6
42:15 45:20
46:13,15 67:19
67:22 68:4
69:2 70:9 71:8
71:11 75:8,11
82:14 83:22
84:1 99:21
111:22 112:21
115:11 130:3,9
133:15,17
137:13 147:1
147:12,13,14
147:19 174:10
174:19 182:20
183:25 192:11
221:1 222:10
240:24 241:18
293:2,3 294:13
304:6 312:1,16
314:12 321:23
322:19 323:2
324:20
**answered**
55:15 80:25
99:15 116:18
174:2 192:10
195:17 231:23
265:12 312:19
**answering**
130:4 178:1
**answers**  16:18
82:20,22 122:1

151:11 176:22
177:4,9 300:16
324:3
**anybody**
161:19
**anymore**  64:8
64:10,23 65:19
100:15 140:19
334:19
**anyway**  235:24
256:7
**apnea**  238:13
240:2
**apologies**  66:9
122:13 185:4
212:2 216:17
224:2 311:9
**apologize**  27:1
34:5 93:10
212:2 216:24
306:12
**appear**  341:8
**appearance**
9:25 10:2
**appearances**
3:1 4:1
**appearing**  2:17
**appendectomy**
240:2
**apples**  283:4,4
**applicable**
343:8
**application**
297:18

[applied - asked]                                                                Page 8

**applied**  51:15
  75:24 78:5,24
**apply**  39:6
  136:13 206:13
  251:23
**applying**  17:4
**appointment**
  176:20 181:9
**appreciate**
  300:14
**approach**  63:3
  316:12
**appropriate**
  48:16
**appropriately**
  73:2 184:1
  192:1 254:14
**approved**
  251:5
**approximately**
  131:5 148:23
  207:18 303:9
**april**  1:17 2:19
  9:1,6 89:11
  95:24 96:14,18
  96:21 113:9
  114:19 116:19
  144:5,14
  147:23 159:6
  161:3,21
  176:21 180:16
  180:19,22
  181:10,12
  192:21,22

  193:10 323:7
**architecture**
  250:6 266:6
  303:13
**area**  26:17
  30:24 31:12
  33:9,13 90:1
  147:7
**argue**  146:9
**argument**
  146:10 162:16
**arises**  157:1
**arising**  140:19
  155:16 156:24
  186:8,24
  187:13 188:16
  190:25 192:5
**arose**  178:12
**arriving**  187:23
**arrow**  238:6
**artery**  209:15
  238:4
**arthritis**  240:1
**article**  57:20,20
  68:12,14 131:7
  131:8,12,19
  134:9,12 141:1
  149:19 150:2,7
  152:7 153:3,6
  155:12 166:14
  204:6,7 205:2
  213:16,19
  214:2,5 217:9
  217:11,13

  218:16 219:18
  220:23 221:3
  221:10 223:11
  223:12,22
  224:6 225:3
  232:19 254:25
  255:7,21 256:1
  256:2 259:15
  259:18 261:21
  279:1 283:12
  283:15,17
**articles**  24:4
  43:2 56:1
  66:16,19 76:21
  131:24 134:11
  150:4,7,10,13
  150:15 151:25
  151:25 152:2
  152:13,15,17
  152:18,19,22
  153:8,13,14,16
  154:5,24,25
  155:4 213:21
  220:12 222:8
  294:20 305:22
**articulate**
  269:5
**ascites**  246:9
  302:3,12,18
  303:1,3,6,24
  304:1,5,11,11
  304:17,20,24
  305:23,23,24
  306:6 307:16

  307:18 308:15
  308:17,18,19
  308:20 309:2
  309:11,15,16
  309:16,18,18
  309:25 310:4,5
  310:11,16
  318:12
**asgo**  69:16
**asia**  256:2,7
  257:5 270:20
**asian**  105:5
  136:14,25,25
  152:10 205:13
  206:3,15 256:3
  256:8 266:24
  270:19,21
**asians**  135:25
  207:5 256:10
**aside**  13:20
  14:4,9
**asked**  39:23
  41:14 49:4,20
  50:2,22 51:25
  52:5,7 53:3,10
  53:11 54:5
  65:4 83:4
  84:12,13,15
  130:17 147:18
  147:21 176:17
  176:17,18
  177:5 188:3
  192:10 220:23
  220:23 231:23

**[asked - attention]**                                                    Page 9

265:11 287:8
288:14 294:15
297:7 311:22
312:18 313:16
315:14 317:2
317:13 319:3
320:7,12 321:6
323:5,7 326:14
334:21 335:15
335:24 336:7
338:2,13 339:3
339:14
**asking**  19:7
25:8 26:7,19
27:7,7 38:10
41:20 42:22
44:18 45:1
51:4,7 61:14
84:4 101:23
111:17 126:16
133:16 163:9
176:3,6 180:21
182:11 194:13
221:10 223:14
225:21,22
242:1,15
271:18 282:13
289:2,3 300:18
313:9,9,11
314:3
**aspect**  89:13
209:14
**aspects**  67:25

**aspegren**  10:7
311:6
**aspergren**  4:6
**assaults**  202:11
**assertion**
157:11
**assess**  48:17
**assessment**  6:8
80:9 131:15
182:13 186:4
202:25
**assist**  89:21
**assistance**  29:7
**associated**  7:3
7:19 39:4
77:22,23
104:12 106:24
109:23 114:9
114:12 115:20
115:22,23
116:16,17
119:14,15
128:11,17,20
130:18,24
133:3 137:8
138:12,18
139:15 168:17
168:19 169:21
169:22 170:5,8
174:24 175:14
201:9,15 204:9
211:24 212:4,9
212:10 214:17
216:9 217:24

221:4 223:23
224:25 225:4
225:23 227:10
228:8 230:3,13
230:17 231:6
231:19,21
232:1,10 255:2
261:7,11,24
280:11
**associates**
236:19
**association**
45:25 68:23
69:13 78:1
215:11 221:15
224:11,18
230:20 259:24
286:14,19,21
295:14 331:15
**associations**
218:10 259:19
**assume**  12:18
13:8 115:25
148:12,13,16
159:17,20
161:18 179:14
183:18 206:18
214:14 244:23
**assumed**  145:2
145:11 199:13
285:6
**assumption**
77:9 145:3
148:6 156:23

179:3,5,7,14
192:5 199:14
206:19 225:25
226:1 243:3,5
247:4,4 264:12
278:20
**ast**  117:17
118:21,24
119:21 120:9
122:5,15 123:3
123:3,5 124:17
**astounding**
53:8 276:1
**atl**  119:21
**attached**  20:4
20:13 58:17
62:18 63:12
84:20 95:1
131:22 158:5
166:9 172:4
184:8 185:11
198:4 204:1
213:6 217:1
223:19 233:8
236:16 254:20
277:6 279:8
311:8 341:9
343:11
**attending**  71:6
**attention**  144:2
315:21 320:10
322:10 326:11
328:6 329:2,7
331:13,22

**[attention - based]**                                                      Page 10

| | | | |
|---|---|---|---|
| 332:25 336:17 | **autopopulate** | 104:10 105:7 | 207:19 221:11 |
| **attenuation** | 190:4,11 191:9 | 105:23 106:3 | 221:12 262:17 |
| 96:5,9 | **autopopulated** | 106:18 107:21 | **baldwin**   234:2 |
| **attorney**   10:3 | 189:16,18,20 | 107:22 108:3 | **balowin**   7:24 |
| 19:5,7 312:14 | 189:22 190:16 | 109:22 135:12 | **base**   25:2 67:14 |
| 342:16 343:13 | 191:1 192:6 | 136:15 141:5 | **based**   24:21,22 |
| **attorneys**   3:9 | **autopopulating** | 141:24 146:11 | 24:23,25 25:4 |
| 4:8 16:7,12 | 190:6 | 205:24 266:25 | 37:22 40:7,17 |
| 17:15,20 | **available**   12:6 | **back**   21:15 | 40:22 41:24 |
| **attributable** | 12:7 23:18 | 22:17 26:5 | 43:8 44:2 |
| 107:13,15 | 30:9 32:8 | 48:3 63:13 | 45:12 67:15 |
| 124:17 | 74:17 82:7 | 66:1,4 71:11 | 68:21,21 73:13 |
| **audio**   9:11 12:1 | 343:6 | 98:18,21 101:2 | 73:19 74:21 |
| 12:5 118:19 | **avenue**   4:9 | 102:16 103:4 | 75:25 76:17 |
| **audrey**   4:6 10:7 | **average**   70:1 | 113:13 117:22 | 78:18,24 90:15 |
| **audrey.asper...** | 105:2,3 129:23 | 120:15 147:18 | 91:3 94:4,4,5 |
| 4:12 | 257:9 267:20 | 156:20,21 | 99:18 108:13 |
| **august**   6:24 | 269:13 270:13 | 157:6 158:6 | 116:5,7,13,21 |
| 108:24 117:24 | 270:25 271:5 | 161:6 172:5 | 122:20,25 |
| 182:2 192:23 | 272:4 | 178:3,22 184:9 | 123:19 124:1,2 |
| 198:13 199:18 | **avila**   3:6 10:14 | 185:2,12 190:7 | 124:18 142:15 |
| **author**   67:12 | 10:14 | 201:1 210:18 | 143:2,14,15 |
| 171:21 | **aware**   101:12 | 213:11 219:14 | 144:5,14 146:5 |
| **author's** | 101:23 102:18 | 220:20 232:7 | 147:4 148:6,7 |
| 279:20 | 149:16 155:19 | 233:25 250:16 | 154:8 157:17 |
| **authored**   66:24 | 155:23 286:2 | 250:17,20 | 159:15 165:11 |
| 185:22 | 288:6 289:4 | 259:15 266:11 | 166:16 171:7 |
| **authors**   227:10 | 290:25 292:22 | 267:11 273:11 | 175:7,8 178:1 |
| 231:9 | 322:14,17 | 281:13 295:24 | 178:19 180:1 |
| **autoimmune** | 323:17 324:24 | 304:8 306:10 | 183:3 189:14 |
| 134:25 158:17 | **b** | 307:6 311:1 | 192:5,24 193:1 |
| **automatically** | | 315:8 340:9 | 199:24 200:1,5 |
| 268:19 | **b**   20:10 22:5 | **background** | 201:5 237:5 |
| | 39:9 66:7,8 | 132:8 186:8 | 239:16 243:3 |

**[based - believe]**                                    Page 11

| | | | |
|---|---|---|---|
| 245:1 247:21 | 91:7 94:6 97:2 | 241:15 242:2 | 25:23,24 26:3 |
| 249:17 260:11 | 97:11,25 98:7 | 242:20 246:6 | 27:17,18 28:17 |
| 263:18,19,19 | 100:11 102:5,8 | 252:9 253:21 | 34:22,24 35:14 |
| 267:1 271:9 | 102:11 104:2 | 265:8 273:13 | 35:19 36:23 |
| 283:22 285:17 | 106:14 112:1 | 278:7 295:17 | 37:15 38:14 |
| 285:17,25 | 114:6 123:10 | 296:1 302:16 | 40:25 41:6,7,9 |
| 291:17 298:20 | 124:23 125:4 | 305:2 308:7 | 41:20,25 42:2 |
| 299:7,8 313:19 | 138:2 147:3 | **bat** 221:22 | 42:3 47:13 |
| 314:16,16,17 | 157:7 164:8 | **batch** 165:9 | 52:10,18 54:11 |
| 319:23 | 197:8,10 | **batches** 275:24 | 54:13,15 56:4 |
| **baseline** 99:5,7 | 201:25 206:14 | 281:9,9 285:4 | 56:6,19 57:22 |
| 105:2 214:16 | 216:8 219:22 | **bates** 176:19 | 64:5 65:20 |
| 229:21 246:13 | 221:12 230:9 | **becoming** | 79:14 83:12,22 |
| 293:5 305:7 | 232:9,15 236:2 | 16:11 55:8,19 | 92:18 94:22,22 |
| **bases** 141:4 | 236:3,4 243:24 | 56:10 57:4,15 | 99:12 103:5 |
| **basic** 12:19 | 250:1 251:9 | 79:16 81:11 | 108:10 109:25 |
| 97:17 107:6 | 253:10,12 | 83:5 100:13,14 | 122:20 124:1,4 |
| 117:16 208:7 | 264:3,4,19 | 252:10 310:17 | 124:12,16,19 |
| 252:3 258:16 | 268:8 269:23 | **began** 232:24 | 134:8 137:21 |
| 282:9 | 273:18,25 | **beginning** 2:18 | 155:13 156:20 |
| **basically** 16:21 | 274:6,10,13 | 10:3 58:5 | 157:9 159:10 |
| 22:21 23:18 | 275:13,15 | 112:16 166:4 | 160:23 165:17 |
| 25:3,16 28:8 | 276:16,17 | 221:11 233:19 | 172:20 174:23 |
| 28:11 30:13 | 278:16 283:4 | 273:14 307:2 | 175:20 178:7 |
| 32:14,20 33:3 | 285:13 291:10 | 315:13 340:6 | 178:13 179:9 |
| 37:9 43:11 | 291:21 299:14 | **behalf** 2:16 | 179:15,20 |
| 49:5,24 50:10 | 304:14 | 10:6,8,14,17 | 182:24 183:7 |
| 54:6 56:3 | **basing** 24:16 | 27:15 | 183:15,21 |
| 59:10 62:3,4 | 154:5 175:3 | **belief** 55:1,9,20 | 187:5,10 |
| 67:2,15,23 | 176:10 285:23 | 314:4,5,20 | 192:19 199:24 |
| 68:8 71:18 | 291:20 314:15 | **believe** 15:12 | 200:1,4,11 |
| 73:1 75:15,16 | **basis** 90:17 | 17:12,18 19:4 | 208:20 212:1 |
| 75:18 78:1 | 154:3 157:11 | 19:24 21:4 | 218:7 220:8 |
| 81:15,24 82:24 | 157:16 164:15 | 23:22 24:15 | 221:2 222:14 |

**[believe - bubble]**                                      Page 12

| | | | |
|---|---|---|---|
| 230:23 233:21 | 119:5 125:9 | 274:3 279:1 | **brain**  31:23 |
| 242:16 249:8 | 129:2 140:8,10 | **black**  97:3,4 | 32:8 33:1 |
| 252:23 254:14 | 228:4 247:20 | 288:12 | 60:25 |
| 259:9,12 268:4 | 248:1 252:10 | **blinds**  91:16,20 | **break**  13:13,16 |
| 271:13,20 | 282:15 | **blood**  33:4 60:6 | 57:23,24 112:8 |
| 278:16 279:17 | **beyond**  308:24 | 71:21,24 85:8 | 165:18,20 |
| 283:17 291:20 | **bias**  284:16,16 | 116:25 117:10 | 233:10,22 |
| 291:24 298:20 | 284:17,18 | 252:12 308:13 | 278:25 315:3 |
| 300:22 313:24 | **big**  56:20 | 318:13 | 340:2 |
| 313:25 314:19 | 147:17 157:23 | **blue**  104:9,9,10 | **breakdown** |
| **believed**  36:10 | 251:14,15 | **bmi**  196:5 | 70:8 331:23 |
| 81:13 145:6 | 274:6,8 276:25 | **board**  30:20 | **breaks**  13:12 |
| 177:16 221:4 | 287:9 | 33:15,16 47:22 | 109:15,19 |
| **believes**  126:14 | **bile**  158:17 | 47:25 60:2,13 | 110:21 |
| 178:11 | 214:18 | 69:4 247:25 | **bret**  10:12 |
| **beneath**  132:17 | **biliary**  89:18 | **boards**  33:17 | **brett**  3:8 |
| 174:5 185:25 | 136:15 146:13 | 33:18 | **brief**  61:22 |
| 186:3 | 218:12 | **body**  32:3 69:6 | 62:5 340:3 |
| **benefit**  180:2,6 | **biology**  301:7,8 | 160:12 196:4 | **bring**  81:9 |
| 184:1 188:10 | 301:11 | 214:19 217:23 | 202:19 |
| 188:11 190:17 | **biopsies**  71:25 | **books**  175:6 | **brings**  63:21 |
| 302:23 | **biopsy**  70:21 | **bottom**  48:8 | **broad**  121:4 |
| **berth**  99:8 | 70:21 73:15 | 60:15 214:6,7 | 252:1 |
| **best**  13:1 29:24 | 78:25 203:10 | 301:13,18 | **broader**  110:8 |
| 30:12 74:3 | 203:11,15 | 333:8 | 288:23 |
| 75:5 83:3 | **biopsying** | **bowel**  89:24 | **broken**  300:6 |
| 102:7,14 | 262:21 | **box**  204:15 | **brown**  88:2 |
| 118:14 133:18 | **bit**  25:6 42:20 | 237:12 240:11 | **brownish**  104:6 |
| 263:18,19 | 48:11 61:11 | **bradford**  48:14 | 104:7 |
| 264:8 284:3,4 | 65:4 134:21 | 48:15,24 49:2 | **btc**  217:24 |
| 294:12 295:7 | 149:15 160:17 | 49:7,12,16,23 | 218:13 |
| **better**  99:25 | 171:16 182:4 | 50:5,7,9,10 | **bubble**  222:23 |
| 100:3 118:12 | 189:11 198:6 | 51:9,20 52:3,5 | 282:22 288:11 |
| 118:13,13 | 211:21 252:14 | | 293:24 |

**[buckley - cancer]** Page 13

**buckley** 234:7
234:9,17,24
236:8 238:2,24
240:16 241:24
**building**
134:23
**built** 12:2
**bulk** 149:2,5,12
149:22 150:3
231:25
**bunch** 309:9
**burden** 88:20
92:14 93:6,19
93:20,21
142:22 205:22
220:10 258:24
265:6 287:25
**busy** 62:11
68:16
**bvaughn** 3:17

**c**

**c** 22:6 39:9
104:7 105:6,14
105:15 106:3
107:21,22
108:2 109:22
124:24,25
135:12,25
136:15 141:2,4
141:24 146:2,7
146:8,11
205:14 266:24
270:3,4,8

271:9
**cad** 238:3
239:25
**calculate**
171:11,17
**calculated**
168:2,16,18
170:4,7 260:3
268:10
**calculation**
109:1 151:18
282:12,15
**calculations**
171:14
**calibrate**
125:14
**california** 58:9
342:4
**call** 62:7 77:2
116:3,14,14,15
141:14 146:14
197:24 218:23
280:17 307:23
308:6
**called** 45:25
91:1 124:12
142:25 193:7
199:14 201:11
265:4,18 287:9
307:12 311:16
**calling** 209:18
218:22 261:25
**calls** 244:16

**calmed** 125:7
**calorie** 86:4
**camden** 1:3 2:3
9:19
**camera** 9:9
12:3
**cancer** 5:18
31:6,20 32:11
32:12 33:23
34:17,19 35:18
36:3 43:12
44:5,15,21
45:3,7 52:10
52:18 53:1,16
53:23 54:16
60:21,24,24,25
60:25 61:1,18
61:23 62:23
63:2,23 64:2
65:6 67:9,24
68:24 71:18,18
72:19 75:9
76:13 84:4,6,6
84:13 85:25
100:19 143:10
143:19 156:18
156:19 157:25
158:21 162:23
174:9,24
197:17,20
207:23 212:12
214:15,18
218:13 248:7,8
251:22 260:25

263:17 265:9
265:14 268:3
268:10 271:17
273:1,24,24,25
274:1,24
277:17 278:13
278:14,15,18
280:16,17,20
284:1,20
287:13 288:19
290:6,8,21,22
291:2,7,7,8,12
291:22,25
292:16,24
293:11,15
294:3,18
295:10 296:24
297:18,24
298:5,18 299:2
299:13,17,24
300:2,4,5,7,21
300:24 301:5,7
301:8,11 302:8
303:14 304:13
305:24 306:2,2
306:3 310:8,18
325:4 326:24
328:9,13
329:11,12
330:23 331:7
331:17 332:11
333:3,25
335:17

[cancers - cases]                                                          Page 14

**cancers** 32:25
33:2,2,2,3,4
57:11 60:4,7
61:24 62:12
64:13 67:10
69:8 278:5,22
280:18 291:18
308:18,19,20
311:23 312:9
312:19 313:2
330:15 336:3,4
336:8,9
**capable** 51:10
52:10,18 53:15
53:23 54:16,21
55:10,21 56:11
57:1,6 273:15
324:1
**capacity** 17:23
270:22
**captured** 193:5
219:23 263:18
263:19 264:8
264:13,14
**carcinogen**
44:14,15,17,18
44:20,23 45:7
45:8 46:1
47:20 84:15
92:19 99:12
108:10 137:21
143:8 145:10
157:24 175:20
179:6,20,23

208:22 259:12
268:1 273:1
274:4 287:2,10
287:12 288:22
289:17,17
290:16 291:10
293:15 294:1
298:21 325:4
**carcinogenic**
295:1,3,4,6,19
296:3,14 297:6
**carcinogens**
288:17,18,18
288:21,21,24
289:9,19,20,20
289:21 291:10
**carcinoma** 6:6
7:5,12,20 31:6
31:10 34:5,8
42:4 72:7 77:9
77:10 88:15
123:1 124:5
131:14 132:10
141:23 143:24
155:16,17
156:24 162:20
162:20,21
163:1,1,4,5
166:16 175:22
186:8 204:10
210:3 212:25
216:6 218:13
221:18 223:24
224:12 243:16

243:20 255:4
259:9 267:16
288:25 293:7
324:1,17
325:11
**carcinomas**
32:24,25 57:11
67:17,25 68:10
69:10 105:21
140:17 143:9
154:13,13,14
275:4,8 309:19
**cardiac** 239:21
239:23 240:13
**cardiologist**
234:7 236:19
**cardiology**
32:13 209:14
235:21,22
**care** 6:10 60:12
63:3 67:24
68:18,23 72:14
74:3 75:9 83:1
173:24 174:6
177:1,6 321:21
322:6,25
**career** 67:14
70:14,25 74:23
**carefully** 130:3
**carriers** 39:9
**case** 1:8 2:7
9:20 11:7 12:4
15:10,14 17:9
17:21,25 18:1

18:2,2,13,14,14
19:1,10,13,17
20:2,22 22:2
23:3,5 29:11
29:18 31:5,5
31:10 37:23
39:19 41:6
44:14 45:6,9
48:20 49:3,23
51:14,22 72:10
87:8 92:9,9
99:1 104:20
105:1 106:1
121:16 137:5
142:12 147:22
148:1 170:16
170:16,17
172:25 175:18
190:20 193:9
197:19 218:6
246:22 267:22
269:15 302:22
310:16 311:16
313:15,21,22
316:13,15
324:10
**cases** 16:15
17:10 18:4,6
18:14,16,18,20
68:16 79:15
210:1 270:23
270:23,24
320:19

[cat - certainly]                                            Page 15

**cat** 93:17 94:17
  108:21 193:5
**category**
  203:14 333:4
**caucasian**
  191:16
**caudate** 96:4
**causal** 283:7,18
  321:20,22
**causation**
  30:10 41:15
  48:4,9,17,20
  49:4,5,21,24
  50:1,3 51:3,6
  52:1,6 53:4,4
  53:11,12 54:2
  54:6 189:3
  264:6 315:23
  316:2,5,22,22
**cause** 34:16,19
  35:2,4 37:15
  44:4 45:22
  46:3 47:12
  49:14 53:1
  109:16,17,17
  127:5 128:25
  139:20 141:12
  143:9,10,10,11
  144:7 156:8
  158:14,22,25
  159:8 162:23
  163:17 175:21
  196:19 197:4
  207:12 209:22

  210:6 241:16
  242:3,21
  248:11 249:4
  251:4 254:8,8
  254:10 259:9
  259:11 260:15
  268:2,18,22
  273:24,25
  274:1 291:12
  293:10 302:18
  304:20 310:11
  310:15 312:19
  324:25 326:4
**caused** 36:23
  41:8 42:3,3
  47:8,14,15,16
  47:21 54:12,13
  81:13,20 82:3
  82:3 92:19,20
  92:20 124:25
  137:22,24
  147:15 153:22
  154:4 158:16
  160:24 161:4
  162:1,2 179:4
  179:4 183:22
  191:24 247:17
  256:17 268:5
  299:13 304:17
  310:17 311:23
  312:9 313:2,12
  313:24 314:4,5
  314:19 322:6
  336:9

**causes** 36:8
  37:4 44:15
  105:21 109:20
  109:21 129:16
  139:19 141:3
  141:11,11
  143:19 146:2
  153:24 154:18
  155:21,21,25
  157:12 162:21
  163:16 194:1
  219:6,7,8
  228:12 230:12
  232:12,16
  254:4 266:3,5
  266:5 287:13
  293:15 294:2
  296:24 297:18
  300:2,7 303:23
  303:24,24
  309:25 324:16
  324:19
**causing** 33:23
  34:4,15 35:8
  35:12,15,18
  36:3,16,22
  41:11 44:20
  45:7 51:11
  52:10,18 53:16
  53:23 54:16,21
  55:10,22 56:12
  57:1,6 124:8,8
  126:23 127:10
  140:14 144:17

  154:13 157:3
  160:17 202:6
  203:21 249:16
  251:1,1,22
  254:3 258:6
  260:25 261:2
  270:5 273:15
  282:20 295:14
  304:25 305:9
  305:10,14,16
  310:9 324:1
**caveat** 203:5
**cder** 22:23
**cell** 141:23
  216:3 250:7
**cells** 140:18
  147:5 250:8
  303:18,20
**cellular** 146:3
  263:1 303:15
**center** 214:20
  302:8
**centimeter** 96:8
**centimeters**
  267:13
**certain** 16:15
  16:19 72:14
  77:15,21,24
  84:15 215:20
  219:25 248:12
  262:16 276:7,7
  288:21 308:4
**certainly** 92:16

[certainty - cirrhosis]                                          Page 16

**certainty** 45:15
46:19
**certification**
248:1,2
**certified** 2:19
30:20 33:9,12
33:15,16 47:22
47:25 60:2,13
247:25 342:3
**certify** 342:5,14
**cetera** 69:8
80:3 160:4
165:1 203:19
206:1 243:13
265:19 289:14
289:15 297:8,9
**chance** 284:22
336:21 337:11
337:24 338:18
339:6,17 340:3
**change** 72:20
72:20,21 77:17
77:18 88:19
92:7,10 148:19
149:6,9 161:9
244:20 259:11
271:5 281:14
281:17 291:21
303:11,12
304:22,23
305:3 326:2
337:2,16 338:7
338:23 339:9
339:20,24

344:4,7,10,13
344:16,19
**changed** 72:19
113:16 114:7,8
114:11 123:22
123:24 194:18
197:11 265:2
268:6 270:6
271:1 303:12
**changer** 162:21
**changes** 40:24
41:1 44:14,16
44:25 88:11
90:12,21,25
91:4 97:5,6,9
141:4,4,9
146:3 147:16
147:25 148:15
148:16 160:18
202:17,18,18
208:12,12,14
208:15 219:25
250:9,21
251:11,18,20
251:21 258:16
258:22 266:6,6
266:9 267:6
268:18 291:23
304:10 309:24
343:10
**changing** 47:4
107:2 148:11
250:6 252:10
303:17 305:8

305:10 318:14
318:15
**characteristics**
227:25 246:24
255:2,11
256:13 257:20
335:10
**characterizati...**
37:8
**characterize**
90:7,14
**characterized**
200:12
**chart** 85:7
107:7,13
109:19,25
110:3,6,20,25
111:18,23
114:17 189:15
**charts** 114:20
**check** 55:16
73:1 104:18
114:25 154:23
170:24 200:17
213:22
**checked** 257:4
**checking** 22:3
27:2
**chemicals**
121:12 276:8
**chemotherapy**
301:6
**chest** 239:23

**china** 205:13
205:16
**chol** 238:7
**cholesterol**
238:8 239:24
**chose** 32:24
67:7 150:7
**christopher** 6:1
24:12 198:15
**chronic** 39:9
86:4 100:11
153:22,24
158:15 193:16
205:23 206:17
243:20 272:12
318:12
**cirrhosis** 6:4,10
7:21 39:25
40:5,16,18,22
40:24 41:1,2,4
41:10 42:1,2,8
42:24 44:9
45:15 46:7,21
47:6,7,15,16
76:16 78:4,18
78:23 79:9
88:7,15,17
89:5 90:5,10
90:13,14,18,24
90:25 91:2,5,6
91:7,9,11,22,23
92:10,13,20
93:1,3,5,7,8,9
93:13,14,15,22

| | | | |
|---|---|---|---|
| 93:23,24 94:3 | 140:2,5,7,10,13 | 166:23 167:13 | 220:16 221:5 |
| 94:9,11,20,22 | 141:12,12,17 | 167:16 168:1,3 | 223:6,24 224:7 |
| 96:11,22 97:2 | 142:6,8,9,13,14 | 168:7,9,10,11 | 224:13,19 |
| 97:5,7,7,9,9,13 | 142:16,17,18 | 168:13,15,19 | 225:18,24 |
| 97:14,17,18,20 | 142:19,21,24 | 170:8,16,18,21 | 226:7,20 |
| 97:21,23,24 | 142:25,25 | 171:2,4,4,9 | 227:11,16 |
| 98:1,3,9,11,13 | 143:1 144:5,7 | 173:25 174:8 | 228:14 229:22 |
| 98:14,15,16,18 | 144:14,16,22 | 174:16 175:10 | 230:2,11 232:3 |
| 98:19,20,21,23 | 145:6,9,16 | 175:10,14,19 | 232:7,19 244:2 |
| 99:2,6,7,8,17 | 146:1,13,17,22 | 177:2,7,17 | 244:8,10,11,15 |
| 99:23,24 | 147:2,4,6,7,10 | 178:12,16,24 | 244:18 245:3,4 |
| 100:10,11,15 | 147:15,25 | 179:2,3,4,8,13 | 245:10,13,15 |
| 100:21 101:6,6 | 148:11,12,13 | 179:17 181:18 | 245:16,18 |
| 101:13,14,18 | 148:14,16,17 | 182:14 183:4 | 246:3,4,7,18,20 |
| 102:1 107:10 | 148:21 149:4,7 | 183:13,16,17 | 246:24 247:2,5 |
| 107:16 108:19 | 149:13,18,24 | 183:22,24 | 247:5,9,11,21 |
| 127:21,25 | 150:14,15,20 | 186:9,25 | 249:6 250:12 |
| 128:6,11,17,21 | 150:25 151:22 | 187:13,23 | 250:13,16,16 |
| 128:23 129:5,6 | 152:1,7,13,14 | 188:17 189:7 | 256:25 257:11 |
| 129:6,7,12,13 | 152:16 153:21 | 189:19 190:25 | 258:12,14,18 |
| 129:16,22,23 | 153:22 154:4 | 192:5,18,20 | 258:22,24 |
| 130:19,24 | 154:18 155:21 | 193:6,7,11,15 | 259:20,25 |
| 131:4,5,13 | 155:25 156:1,8 | 193:17,22 | 260:2,9,23 |
| 132:11 133:4 | 156:23 157:3,6 | 194:14 195:23 | 261:4,11 |
| 134:3,23 135:9 | 157:8,10,12,24 | 196:21 201:10 | 262:14,14,24 |
| 135:11,14,22 | 158:11,14,23 | 201:12 202:5,6 | 263:7,8,20 |
| 136:2,3,6,15,19 | 159:1,5,8,17,20 | 202:12,22 | 264:9,17,19,20 |
| 136:20 137:7,8 | 159:22,25,25 | 203:1,14,17 | 265:4,6 266:14 |
| 137:17,18,24 | 160:1,2,10,10 | 205:10 206:21 | 266:18 267:6,7 |
| 137:24,25 | 160:19,21,22 | 207:13,19 | 267:8,11 |
| 138:1,5,6,11,14 | 160:22,23,24 | 208:3,16,17 | 268:22 270:15 |
| 138:18 139:13 | 161:2,19,22 | 209:2 210:2 | 270:25 271:5 |
| 139:16,20,21 | 162:2,2,4,11,12 | 212:19 219:10 | 271:25 272:5 |
| 139:21,25,25 | 162:17 163:10 | 219:23 220:1,9 | 272:11,11,12 |

[cirrhosis - comets]                                                          Page 18

| | | | |
|---|---|---|---|
| 272:14,22 | **cite**  24:2 149:17 | **clearer**  120:25 | **colleagues** |
| 301:15,22 | 154:9 162:10 | **clearly**  157:21 | 340:4 |
| 302:1,4,13 | 187:16 197:1 | **click**  20:23,24 | **collected**  23:24 |
| 303:1,5,11,12 | 277:10 279:14 | 21:5,19,20 | **color**  104:7 |
| 304:6,7,8,9,21 | 298:6 | 23:17 61:21 | **column**  133:24 |
| 305:1,3,7,7,9 | **cited**  22:16 | 63:7,18 | 214:6,7 |
| 305:11,12 | 24:9 26:3,8,20 | **clinic**  6:20 | **combination** |
| 306:1,1 307:8 | 131:7 139:9,11 | 225:18 | 166:24 |
| 307:13,19 | 149:19 197:9 | **clinical**  60:10 | **combined** |
| 308:10,11 | 214:2 215:18 | 67:3,4,12,20,21 | 30:19,19 |
| 309:3,12,21 | 271:23 273:21 | 67:23,25 68:6 | 255:10 256:13 |
| 310:11,15 | 281:18 292:3 | 68:19 69:10 | 256:19 258:3 |
| 317:3,8,12,13 | **citing**  213:19 | 244:10,14,14 | **come**  17:14 |
| 317:17 318:3 | 215:22 220:12 | 245:2,3,6,10,10 | 54:15 72:12,13 |
| 318:10,18,23 | **city**  341:12 | 245:15,17,24 | 74:1,7 80:9 |
| 320:14,24 | **clarified**  195:2 | 246:1,16,17,17 | 95:3 112:2,6 |
| 325:11 | **clarify**  16:9 | 252:11 264:18 | 131:11 155:17 |
| **cirrhotic**  98:5 | 29:15 35:24 | 317:18,25 | 157:10 169:18 |
| 100:14 101:25 | 49:6 93:8 | 318:4,9,11 | 172:9 173:1 |
| 105:19 108:4 | 109:11 114:1 | **clinically**  245:6 | 178:14,16 |
| 109:15 129:1,2 | 194:20 200:10 | 245:7,25 246:2 | 201:1 228:6 |
| 129:2,3,25 | 237:7 271:24 | 246:7,9,19 | 253:25 264:11 |
| 132:19,20,21 | **clarifying** | 264:19 | 282:10 291:19 |
| 132:21 134:3 | 36:25 195:11 | **clinician**  67:7 | **comes**  64:25 |
| 135:24 145:25 | **clarity**  194:23 | 67:14,22 68:8 | 71:20 77:17 |
| 179:22 206:1,4 | **classify**  116:19 | 68:12,15,17 | 80:13 81:4 |
| 262:17,25 | 120:17 | **close**  112:19 | 82:1,25 111:6 |
| **citation**  104:16 | **clear**  49:11 | 340:14 | 112:5 125:5 |
| 153:11,12,14 | 60:20 67:11 | **closed**  14:1 | 155:17 156:13 |
| 271:19 | 68:4 147:20 | **clouded**  145:22 | 230:2 248:24 |
| **citations** | 200:8 223:4 | **cm**  186:16,24 | 253:3 262:10 |
| 103:16 126:15 | 306:5 312:25 | 190:24 191:16 | 267:4,11 |
| 197:24 | 321:18 | **cohort**  166:21 | **comets**  50:19 |
| | | 214:8,12 | |

**[coming - confident]**                                      Page 19

**coming**  20:14
  80:14 135:11
  211:12 219:14
  252:8 262:11
  270:24 281:3
  289:14 293:21
**comment**  30:9
  43:12,14 45:2
  134:12 175:3
  175:23,25
  176:3 215:16
  215:21,22
  296:5
**commented**
  296:6,7
**commenting**
  52:2
**comments**
  59:18
**committees**
  288:20 297:7,8
  297:21
**common**
  149:23,24
  152:8 207:21
  263:13
**commonly**
  96:10,21
**communicati...**
  29:6
**comorbidities**
  169:3
**companies**
  15:18,21,22

**company**  15:23
  165:8 285:8,11
**comparatively**
  274:15
**compare**
  282:14 283:1,5
**compared**
  107:3 120:22
  134:3 167:15
  168:6,8,10
  171:4 225:14
  257:15,15
  277:19 328:14
  329:13 330:18
  330:25 332:15
**comparing**
  168:9,12
  327:16,17
  328:13 330:3
  332:14 334:1
**comparison**
  132:12,14
**compensated**
  97:10,12,12,13
  97:14,17 98:11
  99:17 129:6
  147:3
**complete**  15:5
  15:7 37:11
  38:12 79:24
  122:2 129:16
  129:17 300:16
**completed**
  60:11 343:16

**completely**
  45:10 55:14
  92:2 130:6
  144:24,25
  242:10 284:7
**complex**  71:19
  73:11 74:15
  75:2 271:10
**complexities**
  67:9,24
**complexity**
  68:9
**complicated**
  32:12 43:16
  71:19 75:9
  79:14 100:7,7
  302:22
**complication**
  307:15,19
  309:3,12,18
**complications**
  107:10,15
  307:13 308:9
  308:11
**computer**  12:1
  12:5 13:22
  14:4
**concentrated**
  291:18 297:18
**concentration**
  295:5
**concentrations**
  273:23 301:5

**concerned**
  211:19
**concerning**
  18:10
**conclude**  44:3
**concluded**
  181:17 230:1
  230:16 246:23
**concludes**
  340:20
**conclusion**
  228:8 231:25
**conclusions**
  215:5,20
**condition**  60:23
**conditions**
  60:15,20
  195:18
**conduct**  11:16
  13:21 48:24
  49:12
**conducted**  9:8
  11:12 130:16
  225:1
**conducting**
  48:14
**confidence**
  167:18 204:24
  218:2 225:6,11
  227:12 255:18
  260:5 277:24
  279:23
**confident**
  167:14 191:18

**[confirm - continue]** Page 20

**confirm** 48:19
65:13 113:3
194:13
**conflicting**
203:20 221:25
260:14 263:3
**confounding**
228:3
**confuse** 40:2
**confused** 47:3
47:11 231:4
**confusing**
28:12
**confusion**
110:19 221:1
**conjunction**
73:7
**connect** 153:13
**connected**
49:18 202:13
202:22
**connecting**
57:10,10
**connection** 9:9
15:10 16:5
23:4 79:18
81:3 124:19
190:20 283:8
283:18
**connections**
50:17,18 52:4
**cons** 102:21
**consecutive**
333:11

**consider** 34:16
34:19 177:2,7
248:21 319:7
319:22 329:4
**considerate**
83:3
**considered**
22:8,15,19
24:3,10 28:21
77:12 78:10
86:13,25 98:23
115:18 119:22
121:1,18 135:3
135:19 150:11
150:13,17
151:3 152:20
152:21 196:16
196:18 197:3
213:20 248:18
248:25 249:3
251:15 317:17
321:11 325:3
**considering**
79:19 201:4
324:16,18
**consistent**
90:12,23 94:8
143:7 200:21
244:18 258:13
**consistently**
160:7
**consists** 209:21
**consortium**
113:15,16

**constantly**
68:17 74:17,18
160:14 190:6
**constellation**
96:10
**consult** 6:18,20
185:21 186:1
188:2 340:3
**consultation**
6:24
**consulting**
15:17 74:21
**consumption**
86:4 153:25
214:21
**contact** 17:14
**contained**
294:7 341:10
**containing** 35:7
35:11,17 36:1
36:2 42:7,24
44:4,11 45:17
49:14 127:11
159:7 288:7
289:5
**contaminate**
290:3
**contaminated**
161:15,22
183:8 210:9,23
275:25 276:5
276:16 277:18
277:23 280:12
285:22 289:11

289:12 290:6
290:20 291:1
298:4,18
299:23 325:18
326:22 329:13
329:15,19
330:5,18 331:6
331:16,18
**context** 12:14
39:20 42:18,19
43:16,23 44:8
44:20 46:2
76:14 77:16
79:13,14 82:14
82:16 84:3
97:1,24 99:22
100:9 110:8
115:3 130:21
161:10 163:8
182:22 184:4
188:1,19
189:12 191:20
206:9 220:6
243:16,19
249:24 287:21
287:22 288:23
293:24 295:16
299:20 301:2
310:2
**continue** 9:11
73:6 194:24
206:8 251:11
266:10,12,13
266:13,14

[continued - correct]                                        Page 21

| | | | |
|---|---|---|---|
| **continued** 4:1 | **cooper** 4:17 | 89:3,5,6 95:9 | 214:21,22 |
| 290:15 298:4 | 9:21 | 95:10 96:15,16 | 217:13 223:7 |
| 298:17 299:5 | **copies** 343:14 | 96:22,23 | 223:25 225:16 |
| 299:13 | **copy** 14:16 | 101:19 103:24 | 227:13,18 |
| **continues** | 20:21 21:10,13 | 108:15 109:5 | 229:20 230:3 |
| 270:18,18,19 | 22:1,5 26:12 | 109:24 110:4 | 231:21 232:25 |
| 301:9 | 311:14 | 110:23 116:21 | 234:8,11,14,15 |
| **continuing** | **coronary** | 119:23 122:17 | 235:1,2 236:9 |
| 298:24 299:4 | 209:15 238:3 | 126:20,24,25 | 236:20,23 |
| 300:10,11 | **correct** 12:9 | 127:1,7,11,12 | 237:4,22,23 |
| **continuous** | 15:11,15,16 | 127:22,23 | 253:18 255:19 |
| 274:2 | 20:20 21:25 | 128:7,8 133:4 | 255:22 259:22 |
| **continuously** | 23:21 26:4 | 134:10 138:13 | 260:6 261:12 |
| 305:5,15 | 28:16 30:6,15 | 138:14,15,15 | 261:13 263:20 |
| **contour** 96:3 | 31:12 33:9 | 138:18 149:20 | 271:21 272:6 |
| **contours** 50:24 | 34:17 35:3,8,9 | 150:11 154:10 | 277:11,20,24 |
| **contrast** 96:2 | 43:18,19,21,22 | 157:14 158:11 | 278:2,5 279:15 |
| **contrasts** 95:24 | 43:25 44:1,5,6 | 158:12 159:1,8 | 282:5 290:23 |
| **contributing** | 47:1,23,24 | 162:13 163:21 | 292:3 302:9,10 |
| 127:5 326:3 | 48:1,2,9,10,17 | 167:9 168:20 | 307:9,16,20 |
| **control** 252:19 | 48:18,21 49:8 | 170:8 176:21 | 312:1,4,10 |
| 252:22 257:16 | 49:14 51:4 | 177:18 180:17 | 316:16,23,25 |
| 329:21 330:4 | 52:11 54:12 | 181:13,14,19 | 317:8,10,18,20 |
| **controlled** | 55:11,22 58:9 | 182:15 184:13 | 318:5,7,18,20 |
| 210:10 211:17 | 58:10,22,23 | 185:19 187:17 | 318:24 319:1 |
| 219:16,19,20 | 59:24 60:9,16 | 191:2 192:23 | 319:10,12,16 |
| 219:21 239:14 | 60:22,23 61:19 | 193:11 194:6 | 319:18,23 |
| 248:13 249:10 | 62:24,25 64:2 | 195:4 196:2,3 | 320:19,21,25 |
| 249:18 251:20 | 66:11,12,20,21 | 196:10,11,13 | 321:2,12,14 |
| 251:24 252:17 | 66:23 67:13 | 196:14 198:13 | 323:1,2,12,14 |
| 252:24 | 68:5,7,13,24 | 198:16,21 | 324:2,3,10,12 |
| **conversation** | 69:14 83:23 | 199:6,7 204:12 | 324:19,20 |
| 112:20 | 85:2 86:5,6 | 204:13 205:4 | 325:4,18,20 |
| | 87:14,15 89:2 | 213:17 214:3 | 326:4,6,24 |

[correct - damage]

327:1,5,6,18,19
327:21,24
328:1,11,15,17
328:20,21,25
329:21,23
330:5,7,19,21
331:1,3,9,11
332:1,4,4,15,17
332:20,22
333:15,17,20
333:22 334:1,3
334:10,12,15
334:16 335:5,7
335:11,13,20
335:22 336:9
336:11,22,24
337:9,10,12,14
337:25 338:1,3
338:5,14,16,19
338:21 339:4,5
339:7,8,18,19
341:10
**corrected**
341:10
**corrections**
341:8
**correctly** 41:19
224:17
**correlate** 137:5
**correlated**
255:16
**correlation**
255:1,17
256:21

**cortex** 89:20
**cost** 169:5
**council** 91:9
**counsel** 10:1
23:21 24:7
29:7 85:11
320:13 323:7
323:11 325:15
336:14 338:2
338:14 339:4
339:15 343:14
**count** 108:18
**countries**
270:19,21
**country** 256:5
**couple** 108:12
133:12
**course** 11:10
23:14 47:16
58:13 82:7
125:19 137:3
164:6 171:2
178:25 244:23
261:20 263:9
306:1 322:5
**court** 1:1 2:1
9:18,22 10:18
11:11 13:3
20:4,13 58:17
62:18 63:12
84:20 95:1
131:22 158:5
166:9 172:4
184:8 185:11

198:4 204:1
213:6 217:1
223:19 233:8
236:16 254:20
277:6 279:8
290:4 311:8
**courts** 48:16
**cpap** 238:10
**create** 85:16
86:7 103:14
117:5
**created** 85:14
86:16,19 117:3
**creating** 85:18
**criteria** 75:22
75:24 76:2,18
78:5,23 79:7
203:12 257:6
**criterias** 79:8
**crossed** 239:20
**crunch** 75:7
**cryptogenic**
201:12
**cs** 343:15
**csr** 1:23 10:21
342:24
**ct** 89:11 90:3
90:20 95:17,22
96:2 189:6
193:10 319:16
319:20
**cumulative**
169:20 204:17
204:22

**current** 76:15
78:4,16 121:2
302:2 313:8
**currently** 11:15
58:8 312:1,13
312:16,20
313:7 314:11
**cut** 18:12 39:12
139:6 207:9
300:17
**cv** 1:8 2:7 9:20
66:7,11 68:22
**cystic** 89:19
**cytokine** 216:3
232:13,17
243:23
**cytokines**
141:10 219:7
228:13 232:13
250:4 254:9,9
266:5

**d**

**d** 22:7,14,17,18
104:11 115:6,8
116:6 204:21
204:21 209:11
255:9
**d.c.** 3:12
**daily** 70:4
284:11 297:6
299:1
**damage** 124:14
153:23 155:1

**[damage - demonstrated]**                                      Page 23

155:12
**daniel**  3:5 10:9
  195:7 315:10
  343:1
**dark**  104:9
**data**  73:24,25
  74:8 104:13,14
  104:17,18
  108:8 111:9
  136:12,13
  137:4 138:6
  145:22 150:8
  167:20 169:4
  180:7 183:5
  203:20,22
  218:17 221:22
  229:1 256:19
  263:3 270:24
  271:3 272:8
  273:19,20
  274:3 275:20
  275:24 276:12
  281:6,12,12,13
  281:23,23,24
  297:19 299:21
  299:22
**database**
  212:18 275:14
  282:16,16
  283:1,2
**date**  59:1,3
  66:13 200:11
  237:1,7,13,14
  237:21 239:19

315:17 342:17
  344:24
**dated**  6:24 7:25
  95:8 185:19
  198:12 342:20
**dates**  26:6
  117:16 161:7
  314:7
**day**  15:12
  50:20,20 51:13
  51:25 52:2
  124:5 165:13
  182:2 190:12
  191:6,19
  241:10 252:9,9
  285:14 294:8
  294:14 295:19
  295:22 303:10
  341:11
**days**  118:16
  343:16
**dc**  4:10
**deal**  42:16
  47:19 67:10
**dealing**  150:15
**deals**  69:7,10
**death**  104:3
  106:8 107:25
  109:16,17
  303:8,25 304:1
**deaths**  85:7
  103:11 107:8,8
  107:9,12,13,14
  107:19 109:15

109:20 110:20
  110:21 112:24
  113:5
**decade**  142:11
  143:5 244:2
  326:2
**decades**  92:8
  137:20
**deceased**  10:11
**december**  8:2
  236:19 237:21
  238:24
**decide**  32:18
  67:2
**decided**  64:24
**declare**  341:6
**declined**
  303:21
**decompensated**
  98:8,20,20
  100:14 302:3
  302:13 303:1,5
  304:9,21
**decompensat...**
  304:25
**decrease**  140:4
  140:4
**decreased**  96:9
**decreases**
  251:6 300:12
**decreasing**
  303:19
**dedicated**
  158:11

**deep**  32:15
**default**  105:4
**defendant**
  24:25
**defendants**
  2:17 4:3 10:6,8
  11:6 126:5
**defense**  320:13
  323:7,11
  325:15 336:14
  338:2,14 339:4
**defers**  120:7
**define**  34:14
  278:24 286:11
**defined**  218:1
  327:11 333:9
**definitely**
  133:15 220:3
**definition**  91:9
  91:11,23 97:17
  309:16
**definitive**  119:2
**definitively**
  90:6
**degree**  45:14
  46:19 59:25
  159:5 263:19
**delay**  270:10
**deliver**  194:15
**demonstrated**
  89:19,25 90:1
  96:2 133:25
  200:24

**denominators**
152:8
**denying** 171:2
**department**
59:19,19 62:3
159:2
**depending**
45:23,23
139:20
**depends** 9:8
70:22 147:15
**depict** 87:13
**deponent**
343:13
**deposed** 12:8
12:10,19
**deposing**
343:13
**deposit** 87:20
**deposited**
201:19
**deposition** 1:15
2:15 6:16 8:11
9:7,15 11:12
11:16,25 12:20
13:18,21 14:5
14:12 34:7
39:13 50:25
58:12 85:12
87:18,20 103:7
114:15 126:7
130:5,14 141:8
141:15,16
172:24 202:9

266:4 300:18
311:15 312:3
312:14 315:13
321:7 322:20
335:25 336:14
337:9,25
**depositions**
12:13
**depths** 155:11
**descent** 105:5
**describe**
127:25 165:14
**described**
85:24
**describing**
205:9
**description**
5:10 319:23
335:9,9
**design** 169:9,10
**despite** 206:5
276:23,23,24
280:20 287:17
287:18 293:19
293:20
**detail** 39:18
152:14,16
178:22 203:7
209:6 212:15
222:22 249:1
254:16 258:7
269:6
**detailing** 43:20

**details** 16:14
19:13 54:8
110:12
**determination**
48:12 321:22
**determine** 37:3
78:5 126:22
128:15 201:8
247:20
**determined**
322:5
**determining**
251:24
**devastating**
99:10 272:24
**develop** 45:3,4
54:20 100:1
128:5 208:3
**developed** 42:8
42:25 44:9
45:16 46:21
48:15 187:12
321:22
**developing**
132:10 139:23
225:4 297:24
**development**
6:5 131:13
215:11 226:7
230:11
**develops** 43:3
269:25 307:19
**devoted** 67:17

**diabetes** 7:11
7:18 166:24
196:9,9,13,17
197:2,16,20
201:22 208:7
209:7,22 210:4
210:6,8,9,14,16
210:22 211:4
211:11,16,24
211:25 212:1,4
212:10,16,19
212:20,22,24
212:24 213:15
214:15 216:2
217:23 218:10
218:11,11,21
219:5,15,22
220:3,8,15,22
221:4,13,16
222:1,16 223:5
223:23 224:6
224:11,18,25
225:1,3,15,16
225:23 226:6
226:10 227:8
227:11,16
228:2,8,12,20
228:22 229:1
229:11,12,25
230:3,9,17,21
231:7,10,19,21
232:1,10,11,16
232:24 234:22
235:4,7,7

**[diabetes - difference]** Page 25

236:2,2,3,7,9
236:11 238:18
238:25 239:4
239:14,17,20
240:3,4,19
241:14,16,24
242:2,3,15,19
242:20,25
243:1,4,6,6,12
243:15,15,19
243:21 244:12
248:11,12,19
248:21,23
249:8,9,15,17
249:21,25
250:1,19 251:8
251:9,17,20,24
252:17,20,22
252:24 253:13
253:24 254:5
254:13 257:25
258:8,10 260:4
260:8,12,15,17
260:19,20
261:2,6 263:6
264:7 265:17
265:25 267:19
268:14 269:12
270:9 282:4,20
325:24 326:1,3
**diabetic** 214:13
222:11 250:24
**diagnose** 73:21
74:5,6 75:3,25

78:18,24 79:8
90:11,14,17
116:10,10
119:15 129:12
159:16 160:18
235:7 236:6
244:8,8 245:13
245:13 318:10
**diagnosed**
70:13,18,24
73:12,17,18
74:20 76:17
83:18,18 87:10
91:2,4 94:11
97:20 99:1,3
107:5 108:19
118:15,16,23
119:3 131:3,5
136:18 138:5
142:13,14,15
142:25 143:21
144:5 145:15
146:10 147:6
147:10 148:21
160:2 177:16
183:17 196:12
199:10,11
203:10,11,11
203:17 206:22
206:23,24
207:18 208:16
210:8,16,22
211:6 232:23
233:4 235:7

238:25 239:9
239:11 242:19
243:12,14
246:20 247:8
249:7 253:20
258:12 264:20
265:4 267:8
268:8 304:9
317:7 318:3,23
325:25
**diagnoses**
239:21
**diagnosing**
236:1
**diagnosis** 31:7
40:6,19 70:18
70:19 71:12,14
72:6,10,11,12
72:21 73:3,4
74:1,7 75:2
76:6,7,11,12,13
76:14 77:23
79:19 81:3,21
81:25 88:14,16
90:10,24 92:12
93:23,24 94:1
97:7,19 108:15
108:20 126:21
127:2 129:13
129:21,21
142:18,19
144:14,22
145:13,14,16
146:18 147:4

148:15 160:22
189:11 193:21
196:6,13 200:3
200:5,22 201:5
211:11 218:12
220:1 225:18
239:14,22,22
239:23 240:1
244:12 253:18
258:21 287:24
299:12 318:1
**diagnostic**
77:20
**diagnostication**
76:5
**diagram** 85:6,7
85:9 92:6
105:9 140:25
215:25
**diagrams** 5:24
85:21
**died** 107:5
108:14 111:1
**diego** 5:15,19
5:21 6:10 58:9
62:24 63:22
**dies** 108:5
306:4
**diet** 85:25 86:4
136:7,8,10
**difference**
144:21 147:17
218:25 257:9
285:5

**[differences - disease]**                                                     Page 26

| | | | |
|---|---|---|---|
| **differences** | **diffuse** 96:4 | **discounting** | 230:8 306:25 |
| 147:23 256:9 | **diffused** 94:19 | 178:17 183:12 | **discussions** |
| **different** 23:12 | 94:21 99:7 | 183:13 193:12 | 260:11 |
| 25:18,18 43:5 | **digits** 145:19 | 193:13 206:7 | **disease** 7:4,14 |
| 45:5,9,21 | **dilatation** | 259:3 | 7:22 34:15 |
| 76:23,23,24 | 89:18 | **discuss** 59:12 | 75:19 77:6 |
| 79:2 84:6 | **dilutes** 284:7 | 74:10,11,13 | 79:9 81:8 |
| 91:12 98:15 | **dilution** 276:2 | 197:22 205:20 | 94:20,21 98:16 |
| 101:9,9,10 | 276:25 280:21 | 206:14 209:23 | 99:6,24 100:5 |
| 104:4 111:25 | **direct** 168:3 | 209:25 222:22 | 104:9,12 |
| 112:1 121:4,5 | 287:15 331:22 | 244:24 254:15 | 105:16 106:7 |
| 121:10,11,12 | **direction** | 291:9 | 106:25 107:24 |
| 121:20 122:20 | 342:12 | **discussed** 18:3 | 109:17 114:4 |
| 122:22,22 | **directly** 179:19 | 39:7 55:7 | 114:13 115:17 |
| 130:6 132:11 | 291:6 | 57:19 102:22 | 115:23 116:1,7 |
| 132:23 135:23 | **disagree** 78:16 | 106:10 111:10 | 116:17 118:22 |
| 136:5,5,10 | 78:22 79:3,4 | 135:6 141:24 | 118:24 119:6,9 |
| 137:25 139:22 | 96:24,25 | 163:2 206:11 | 119:15 134:5 |
| 170:2 202:10 | 177:23 180:4,5 | 220:5,17,24 | 134:20 135:14 |
| 204:19 212:18 | 187:21 302:1 | 258:7 259:6,7 | 136:16,21 |
| 221:3 250:4 | 304:19 318:16 | 265:22 291:11 | 141:6,14,25 |
| 283:2,3,4 | **disagreeing** | 292:9 313:17 | 142:1 146:12 |
| 288:20 289:2 | 79:12 302:17 | **discussing** 54:7 | 152:11 158:17 |
| 309:1 | **disagreement** | 74:17 86:23 | 158:17,18,18 |
| **differential** | 79:5 231:8 | 97:6 104:23 | 159:11 167:8 |
| 49:17 50:17 | **disclosed** 18:19 | 134:18 140:25 | 169:8 179:12 |
| 51:21 52:3 | 18:21 | 146:6 163:11 | 188:6 193:16 |
| 126:21 127:1 | **discount** 145:7 | 206:3 211:13 | 194:5,10,15 |
| **difficult** 42:15 | 175:16 189:13 | 250:19 251:3 | 197:18 204:9 |
| 68:3 70:16,23 | 190:14 192:3 | 279:14 319:14 | 206:17 207:21 |
| 71:7 308:12 | 240:19 241:1,7 | 325:10 | 209:15 223:25 |
| **difficulty** | 241:11 266:23 | **discussion** | 224:7 230:10 |
| 299:12,13 | 288:23 | 59:15 114:12 | 232:16 238:4 |
| | | 134:13 162:16 | 243:20 253:25 |

[disease - doses]                                                          Page 27

| | | | |
|---|---|---|---|
| 254:6 255:3 | **dna** 141:3,3 | 318:2,16,22 | 133:20 176:18 |
| 258:25 259:11 | 146:4 162:21 | 319:3,6,9,20 | 181:9 199:16 |
| 261:24 262:11 | 270:4 | 320:2,10,18 | 215:4 321:11 |
| 263:7 265:2 | **dnigh** 3:14 | 321:6,10 | 328:7 |
| 266:25 268:8,9 | 343:2 | 322:13,17 | **documentation** |
| 271:12 272:12 | **doc** 175:23 | 323:24 324:3,7 | 199:5 |
| 272:12 | **docket** 9:19 | 324:15,23 | **documented** |
| **diseases** 6:7 | 198:12 | 325:2,9,25 | 88:9 |
| 16:20 61:4,5 | **doctor** 5:21 | 326:8,14 327:9 | **documents** |
| 69:8,13 131:15 | 19:16 61:8 | 328:9,13 329:2 | 14:8,9,14 22:9 |
| 197:14,17 | 62:5,11,16 | 329:7,18 | 22:16,20 23:13 |
| 219:2 286:15 | 63:17 65:2 | 332:25 333:3 | 23:16 85:13 |
| 286:20,22 | 72:8,20 84:18 | 334:5,21 335:3 | 126:17 339:23 |
| 309:19,19,20 | 84:25 115:4 | 335:15,24 | **doing** 13:18 |
| **disorder** | 118:1 130:1,16 | 336:7,13 337:5 | 32:6 70:21 |
| 209:20,21 | 144:6,21 | 337:8,16,24 | 75:19 77:7 |
| **dissent** 266:24 | 152:25 165:23 | 338:13 339:3 | 94:10 102:6,17 |
| **distension** | 166:7 169:25 | 339:14,23 | 117:20 129:10 |
| 246:15 308:12 | 172:23 175:23 | 340:10,16,18 | 131:11 228:2 |
| **distraught** 82:2 | 177:25 180:5 | **doctors** 22:22 | 235:12 264:15 |
| **distressed** | 182:6,12 183:1 | 25:19 61:22 | 264:15 278:19 |
| 81:17 | 183:5,9,20 | 63:2 64:4,7,10 | 305:19 |
| **district** 1:1,2 | 187:17 189:4 | 65:16,18,19 | **door** 111:7 |
| 2:1,2 9:18,18 | 190:19 191:6 | 66:25 73:7,10 | 112:5 |
| **divided** 294:10 | 191:19 192:7 | 73:11 94:5 | **dose** 80:16,24 |
| **diving** 32:15 | 192:17 198:2 | 190:10 247:1 | 143:12 285:7,9 |
| **dizziness** | 233:24 235:15 | 318:22 325:10 | 291:11,12 |
| 308:13 | 236:10 240:6 | **document** 1:8 | 292:13 294:13 |
| **dm** 234:18,21 | 241:1,5,10 | 2:8 58:21 | 297:5,17,23 |
| 238:15 240:15 | 247:8 302:21 | 61:10 84:24 | 333:4 |
| 240:20 241:4,6 | 304:18 307:5 | 85:2,11,14,16 | **doses** 160:6 |
| 243:4 | 315:10,21 | 85:19 86:16,19 | 274:2 291:15 |
| **dmhtn** 239:17 | 316:11,20 | 103:10 112:23 | 291:18 293:10 |
| | 317:2,6,12,16 | 125:23 126:4 | 293:20 294:2 |

[doses - effect]                                                Page 28

295:3,9,9
296:2
**double** 27:2
30:21 55:16
73:1 104:18
114:24
**download**
21:19
**dr** 5:16 6:1,16
11:5 12:9 15:9
20:1 24:12,13
24:17 25:10,21
26:4,8,20,24
27:12,13,20,21
27:23 28:15,23
30:15 38:8,22
39:11 43:17
47:22 57:21
58:8,21 60:5
65:21 66:1
68:2 85:10
95:5,8 96:14
96:17,20,24,25
97:22 103:3
112:19 125:21
126:20 144:4
145:4,5 149:11
153:18 155:5
158:1 161:2,2
163:19 172:11
172:12,16,20
172:21,24
174:15 176:17
176:22 177:4,5

177:9,25 178:7
179:25 180:10
180:13,21
182:12 185:4
187:11,17,21
188:3 189:4
190:19 191:1
193:8 195:13
198:15,18,24
199:18 200:15
200:23,25
234:7,9,17,24
236:8 238:2,24
240:16 241:24
247:18,19
248:10 253:16
259:14 268:20
273:13 281:25
286:2 289:23
300:14 301:12
302:1,7,25
304:18 308:24
311:14 314:25
315:14,18
316:2,3,3,3,3,4
316:4,5,5
318:16 321:7
322:13,25
323:6,16
324:24 325:3
325:15 335:4
335:20
**draft** 85:17

**drafting** 29:8
**drained** 303:9
**draw** 320:10
328:6 329:2,7
**drawn** 122:10
125:12,13
**drink** 14:24
**drinking** 80:2
106:11
**drinks** 14:23
**drug** 56:18,23
277:18 322:7
**drugs** 80:2
**duct** 158:17
**ductile** 89:18
**due** 153:23
228:17 263:17
265:14 277:17
291:14 309:24
**duodenum**
89:23
**duration**
218:11
**dx** 240:13,14
240:15
**dying** 268:10
304:16 310:6,7
310:8,17
**dynamic**
160:14 193:16
305:11,12,13
**dysfunction** 7:3
104:12 106:24
109:22,23

114:9 115:20
115:22 116:16
129:17 204:9
261:23
**dysfunctional**
305:18
**dyslipidemia**
257:18

---
e
---

**e** 13:24 132:24
339:12 344:3,3
344:3
**earlier** 18:24
19:4 112:20
119:18 195:2
232:22 245:11
248:10 326:2
333:15
**early** 16:2
108:23 128:1
129:6 139:25
140:1 280:25
281:4,24
284:19 291:19
**easier** 13:3
14:19 21:11,12
34:11
**easily** 293:13
**eating** 251:10
**education**
31:11 214:20
**effect** 182:5
280:21 287:15

303:23 310:10

**effective** 87:11
169:5

**effectiveness**
300:13

**effects** 212:24
255:10 256:13

**efficiency**
20:10

**effort** 54:2

**eight** 14:23
61:6 89:15
90:6

**either** 70:20
81:9 90:9
106:16,19
109:15 114:18
125:12 152:19
162:1 179:2
319:16

**electronic**
14:10 190:5
191:8

**elevated** 118:11
118:18,21,24
119:12,13
120:15,20
123:18 124:6,8
125:19 235:13
235:17,20
246:11,12

**elevation**
124:25 125:15
125:15

**ellis** 4:4 10:5

**else's** 173:13

**eluded** 152:19
206:22,23

**embarrassing**
56:20

**emphasis** 60:11

**employee**
342:16

**employer** 58:12

**emr** 190:4

**encompassed**
221:5

**ended** 281:24

**endocrinolog...**
252:6

**enlarged** 96:2

**enlargement**
96:3

**entire** 24:20
32:3 44:24
45:9,9 72:5
92:7,9 113:19
141:23 147:10
147:22 164:9
175:21 179:21
180:3 183:6
191:22 229:2
251:21,21
253:12,13
283:22

**entitled** 62:23
166:15 204:8

**environment**
140:20 157:10
178:12 303:17

**enzymes**
117:18

**ep** 154:6
156:16 273:20
274:5 285:19
287:16 292:9
293:18,19
297:3,22,25
314:18

**epidemiologi...**
50:12

**epidemiology**
47:23 211:22
282:9

**equation** 330:2

**equivalent**
114:10,23
115:5

**erms** 191:11

**errata** 343:11
343:13,16

**especially** 39:8
71:19 136:24
156:13 191:7
207:23 222:4,5
250:17 261:21
268:2,2 281:11
297:24

**esq** 343:1

**essential** 79:14
80:12

**essentially**
94:12

**establish**
283:18

**estimate** 69:17
69:21,22 70:1
70:12,17,23
71:8 121:22
122:4 200:7

**estimated**
132:13 166:22

**et** 1:9,10 2:9,10
7:18 8:7 69:8
80:3 131:12
132:6 153:1
160:4 164:25
166:15 168:2
203:19 204:8
205:21 206:1
214:16 223:22
243:13 254:25
265:19 289:14
289:14 297:8,9
343:4,4 344:1
344:1

**ethical** 157:4
157:22 291:13
291:14

**ethically** 156:6

**etiologies** 52:3
104:5 109:21
110:2,22,22
111:19,24
112:1,25

**[etiologies - exhibit]** Page 30

132:12,23
137:25
**etiology** 49:17
50:17 51:21
103:11 104:3
109:16 113:5
132:24 134:4
**etminan** 316:3
**european**
280:16
**evaluated**
164:1 255:9
256:12
**evaluates** 223:5
**evaluating**
128:10
**evaluation**
163:20 164:5
288:14
**event** 123:19,22
123:24 124:13
124:22 125:3
140:24 151:21
160:14,14
202:13 305:11
305:12,13
**eventually**
196:20 249:5
**everybody**
98:24 100:17
276:15
**everyday** 49:18
271:16 303:9

**evidence** 41:1
90:4 94:19
97:18 140:2
155:20 161:1
215:10 218:9
221:14,15
239:10 243:2
246:9,10,14
283:7 296:13
296:23 297:2
**evolution** 98:6
98:8 100:6,12
100:16 141:20
159:11 160:15
178:9 193:16
195:21 258:16
272:13
**evolves** 99:24
**evolving** 98:16
99:6
**exact** 26:6
40:12 94:13
103:21 121:21
131:1,9 137:15
138:7 139:19
206:2 220:1
274:11 315:17
**exactly** 16:3
17:16 26:1
40:10,11 56:22
87:6 89:8
103:2 104:14
189:24 190:15
218:8 229:17

235:16 253:19
264:3 295:24
**examination**
5:2 11:3
**examined**
10:25
**example** 46:1
60:21 81:7
84:5 121:8
148:10 220:21
249:22 266:2
282:18 283:7
285:15
**exams** 30:21
31:25
**excellent** 17:13
148:8 180:5
190:10 193:14
247:1 302:20
**except** 120:1
123:14
**exceptional**
146:2
**exceptionally**
143:18
**excessive**
153:24 268:3
**excise** 204:19
**excluding**
329:14 331:17
**exclusion**
169:14
**excuse** 26:9,14
27:3 153:11,11

154:11 161:13
213:13 257:2
274:12
**executed**
341:11
**exercise** 235:19
**exhibit** 5:11,13
5:15,18,21,24
6:1,4,10,13,15
6:18,20,23 7:2
7:11,16,18,24
8:2,5,7,9,11
20:1,3,11,12,20
20:24 21:1,16
21:16,21,22,23
21:24,24 22:4
22:5,6,7,14,17
22:18 58:15,16
58:18 62:15,17
63:10,10,11,19
65:13 66:2,3,4
66:4,7,7,8,9,10
84:17,19 85:6
85:25 94:24,25
95:3 103:5,6
103:10 112:22
112:23 113:2
116:24 131:20
131:21 132:3,4
132:6 158:2,4
158:7,7 166:6
166:8,12 172:2
172:3 184:6,7
184:21 185:9

185:10,13,13
198:1,3 203:24
203:25 213:4,5
213:10,13
215:15 216:24
216:25 217:4,5
217:8 223:17
223:18 233:6,7
233:22 234:2
236:13,15
237:1,6,8,19
239:17 240:8
240:10 254:18
254:19 256:4
277:4,5,7
279:5,5,7,9,13
306:9,10,10,11
306:12,16,18
307:5,7 311:3
311:6,7,10
320:3 321:4
326:8 328:3
336:18 337:5
337:21 338:11
339:1,12
**exhibits**  5:9,13
20:11 22:1
66:5 185:6
**exist**  222:23,24
**exorbitant**
160:7,20
164:16,20
165:14 276:21

**experience**
16:14 25:17
**expert**  5:11
12:14,16 15:9
15:14,17,18,24
16:1,4,5,11,15
16:22,24 17:5
17:9,11,24
18:7,15,19
20:21 22:2
24:9,24 26:12
27:13 28:25
29:2,11,18
30:10,24 31:2
31:9 38:4
49:22 50:2,13
55:2,9,20
79:16 85:21
86:24,25 95:7
96:13 103:16
134:9 193:9
267:24 299:6
315:22 316:16
316:22,22
**experts**  27:13
28:6,7 50:8
148:7 246:22
247:19 324:9
**explain**  17:1
27:24 33:12
42:20 47:11
51:12 65:8
71:17 79:6,13
87:10,15 88:21

92:6 99:22
105:6,8,9
110:14 118:3,9
118:17 119:11
125:10,18
151:21 161:9
173:13 182:22
220:7,12 222:7
222:18 261:20
264:2,10 265:7
267:18 269:5
269:10,16,19
295:2 297:5,6
310:3
**explained**
231:24 245:1
261:19 264:4
272:3 294:23
**explaining**
82:22 86:20
245:23
**explanation**
33:8 42:21
106:23 227:1
268:12
**explore**  255:8
**exponential**
258:23
**exponentially**
285:12 310:8
**expose**  156:6
**exposed**  42:23
43:9 47:20
142:5 143:13

143:16 145:9
159:23 163:21
164:5,16
270:12 279:21
285:22 290:15
294:1,2 326:21
327:18 328:10
328:10,14
329:12 330:2,4
330:4,24,25
331:5 332:14
334:1
**exposure**  33:22
34:3 35:7,11
35:17 36:1,1
36:23 44:4
45:16 46:22
49:13 51:10
52:9,17,25
54:11,16,21
55:10,21 56:11
57:5 81:13
126:22 127:10
148:3 151:21
153:25 154:4
154:18 155:20
155:25 157:12
159:6 271:15
273:14 277:22
280:11 286:15
290:2,5,20
295:18 296:13
296:23 298:4
298:17 299:5

[exposure - factors]                                      Page 32

| | | | |
|---|---|---|---|
| 299:16 300:21 | **fact**   45:6 62:5 | 41:4,5,7,10,22 | 270:1,2,3,11,12 |
| 300:24 326:18 | 97:8 105:11 | 45:22,24 46:3 | 270:18 282:5 |
| 327:10,16 | 107:20 111:25 | 47:17 98:13,24 | 286:4,16 287:4 |
| 331:16 | 119:1,6,7 | 99:23 126:23 | 288:8,24 289:5 |
| **exposures** | 145:8 150:14 | 127:5,9,9 | 289:10 323:6 |
| 46:12 156:14 | 152:4 156:9 | 128:6 140:14 | **factors**   35:15 |
| 190:8 | 162:22,25 | 144:16 148:2 | 35:20 36:15,18 |
| **expressed**   30:5 | 163:2 183:10 | 170:17 171:2 | 36:19,20,21 |
| **extensive**   92:3 | 193:19 206:8 | 174:1 177:3,7 | 37:11,13,16,17 |
| 157:17 247:6 | 209:12 215:23 | 177:11,17 | 37:25 38:14,15 |
| **extensively** | 215:25 220:4 | 178:25 181:17 | 38:24 39:3,4,6 |
| 154:12,15 | 221:23 226:10 | 182:13 183:4 | 39:14,17 41:3 |
| **extraordinary** | 231:9 241:14 | 196:1,9 206:7 | 43:5,6,7,24 |
| 189:8 | 243:11 244:13 | 206:9,11,13 | 45:22,25 47:12 |
| **extrapolate** | 244:16 245:9 | 207:4 208:4,6 | 50:18 77:21 |
| 122:19,24 | 247:15 251:19 | 210:15 211:5 | 82:8 111:2,3 |
| 163:10 293:13 | 256:9 259:3 | 212:15,17 | 118:6 127:4,14 |
| **extrapolating** | 262:19 266:23 | 218:21,24 | 127:22 128:24 |
| 297:19,19,20 | 267:18,22 | 219:5,6,13 | 128:25 143:20 |
| 297:21 | 269:10,14 | 220:3,4,5,16 | 149:3,4 158:22 |
| **extreme**   299:5 | 270:6 276:1 | 223:6 226:11 | 160:3 166:25 |
| **extremely** | 283:25 284:1 | 227:17 228:1 | 169:21,22 |
| 88:17 97:10 | 287:22 291:9 | 229:1 230:19 | 180:22 183:8 |
| 123:1 162:3 | 291:11 292:11 | 232:11 244:21 | 191:24 193:3,4 |
| 191:25 222:3 | 293:25 296:19 | 244:23 245:1 | 193:25 194:6 |
| 247:7 267:15 | 299:10 300:3 | 247:16 249:1 | 194:16 195:19 |
| 287:25 305:13 | 309:6 310:13 | 249:16,23 | 206:12 208:7 |
| **eyes**   32:9 | **factor**   33:22 | 251:5,15,15 | 209:7 211:10 |
| **f** | 34:4,14,15,18 | 253:22 255:22 | 211:12,15 |
| | 35:3,8,12,18,22 | 257:24,24,25 | 212:14,22 |
| **f**   204:21 255:9 | 35:23 36:2,11 | 258:1 260:9,13 | 222:19 228:3,4 |
| **fab**   216:24 | 36:12,14,16 | 264:5,6 265:24 | 228:4,18 |
| **face**   216:18 | 37:2,3,6,15 | 266:2 268:13 | 230:25 255:9 |
| | 39:10,25 41:2 | 268:14,16 | 256:16,19 |

[factors - fibrosis]                                                    Page 33

257:1,21 258:9
259:3,5 264:22
264:23 266:22
267:2,10
268:19 272:21
288:15,16
324:16
**facts** 219:4
**faculty** 60:10
**failed** 274:21
274:21
**fails** 343:18
**fair** 13:10 30:3
34:1 322:4
324:15
**fall** 206:25
254:6 260:16
281:15
**falls** 263:10
**familiar** 75:12
75:21 133:7
172:11
**far** 23:19 25:24
69:24 77:8,13
77:13 91:10
117:13 156:16
157:2 211:18
219:13 276:17
314:10
**fareeha** 1:16
2:15 5:3,16
8:12 9:15
10:24 11:10
340:21 341:5

341:16 343:5
344:2,24
**fast** 108:9
161:12 179:10
208:18 243:10
297:12 313:10
**faster** 290:7,22
291:3
**fasting** 235:8
252:7
**fat** 87:18 141:8
141:15,16
201:19 202:9
**fatty** 7:4,13,22
87:20 106:23
114:3 115:1,2
115:4 116:3,4
116:5,9,12,14
116:21 141:13
142:1 146:14
158:16 159:13
160:3,16
186:17 189:17
194:5,10,15
197:12,12,21
199:1,7,14,16
199:17,19,20
199:22 200:20
200:24 201:2,4
201:24 202:17
204:9 209:18
209:22 220:8
223:25 248:23
250:7 253:24

254:5 255:3
260:18 262:11
262:12,13
263:6 264:7
265:17,25
266:4
**favor** 11:8
**fda** 22:23,23
55:25 56:8,9
57:4 182:3
286:25 293:4
294:8,9 295:4
296:2,6,7,11,20
297:9,10
**feature** 255:15
**features** 142:15
142:17 192:20
193:11 258:13
**fee** 22:5 66:8
**feel** 38:22 79:4
82:21 83:14
88:21 93:23
99:9,11 102:9
150:8 151:14
158:20 165:12
175:9 179:14
247:15 258:8
259:8 262:20
264:10 268:13
268:14,15
272:23,23
283:6 297:5
300:14 303:4
313:19

**feeling** 125:5
**feels** 239:15
**fellowship**
30:17,18 60:11
71:5
**fellowships**
59:25
**felt** 110:13
123:19 153:12
197:12 229:23
292:10,10
**females** 168:6
331:23
**fiber** 147:5,8
**fibrolytic**
100:13
**fibrose** 159:15
**fibrosed** 267:12
272:15
**fibrosis** 87:21
91:8,23,25
92:4 97:11
129:16 141:11
142:3,5,6,7
147:4 155:8,13
155:18 160:17
163:6,13,16
178:15 195:23
202:14 205:23
207:5 216:9
219:8,8 226:12
228:13,14
232:14,18
244:1 250:10

[fibrosis - followed]                                                                   Page 34

| | | | |
|---|---|---|---|
| 250:10,10,12 | **find**  56:22,23 | 80:14 85:4,5,5 | **five**  64:12 |
| 250:17 251:2 | 94:13 117:13 | 85:13,23 88:1 | 77:16,19,21,21 |
| 254:11 257:8 | 119:14 128:19 | 95:11,14,15,17 | 233:19 237:9 |
| 257:10,18 | 156:7 188:21 | 105:9 106:5 | 237:10 281:1 |
| 258:18 262:13 | 218:23 222:3 | 108:13,21 | 306:23 |
| 262:13,13 | 222:10 226:4 | 120:4 127:2 | **floor**  3:11 |
| 263:1,2,7,7 | 230:12 272:9 | 129:21 131:5 | **fluid**  90:1 |
| 265:3 266:13 | 274:23 278:17 | 140:10 159:6 | 308:15 309:17 |
| 266:18 270:5 | 278:23 279:21 | 167:4 176:18 | 309:17 |
| 270:13,15,24 | **finding**  281:22 | 181:8,25 | **fluids**  125:8 |
| 272:17,19 | 333:19 | 182:23 188:1 | **focal**  89:15,17 |
| 303:24 305:10 | **findings**  90:4 | 198:23 204:14 | **foci**  96:8 |
| 305:14,16 | 96:10,18,20 | 212:11,17 | **focus**  32:7 50:3 |
| 310:10 | 116:21 166:20 | 214:6,7 221:23 | 67:25 70:3 |
| **fibrotic**  94:8 | 167:5,11 | 224:5,5 233:2 | 190:12 235:21 |
| 156:25 203:16 | 193:22 319:22 | 235:14,18 | **focused**  50:3 |
| 261:24 266:8 | 320:11 | 240:17 255:7 | 60:5 67:12 |
| 304:16 | **finds**  56:24 | 258:2,17 | 68:6,11,19 |
| **fifth**  167:23 | 227:15 | 263:15,25 | 204:16 |
| **figure**  36:12 | **fine**  13:5 14:20 | 264:1 270:11 | **focusing**  30:13 |
| 138:10 306:18 | 112:9 278:20 | 270:14 277:4 | **fold**  133:3 |
| **filed**  9:17 | **finger**  252:9 | 312:6,7 322:14 | 134:2 |
| **files**  14:11 | **finish**  12:25 | 322:17 327:13 | **follow**  73:21 |
| **filled**  80:19 | 13:1 231:12 | **firstly**  64:3 | 80:20 84:14 |
| 161:13,15 | 280:5 284:18 | 90:9 113:12,13 | 100:25 169:22 |
| 182:1 284:11 | **finished**  27:1 | 118:25 151:5 | 183:2,3 192:17 |
| 333:10 | 226:25 227:1 | 151:17 152:9 | 200:23 214:18 |
| **final**  106:20 | **firm**  9:23 10:5 | 164:24 235:8 | 242:1 252:3 |
| 316:8,10 | 10:7 16:20 | 252:3 256:1 | 287:11 293:22 |
| **financial** | **first**  12:23 | 261:25 275:1 | **followed** |
| 270:21 | 15:13 17:14 | 289:12 | 134:19 136:3,4 |
| **financially** | 37:20 39:7 | **fist**  336:17 | 158:15 222:25 |
| 342:15 | 47:5 54:15,20 | **fit**  88:24 208:19 | 252:5 287:16 |
| | 55:6 79:23,25 | | |

**[follows - frequencies]**                                              Page 35

| | | | |
|---|---|---|---|
| **follows**  11:1 | 130:25 137:10 | 292:4,18 293:1 | 218:5 321:11 |
| 132:22 | 139:17 144:8 | 294:21 295:20 | **forms**  71:18 |
| **foregoing** | 144:23 148:4 | 296:4,15,25 | 308:17 |
| 341:7 342:6,8 | 148:24 151:4 | 299:18 302:19 | **formula**  282:10 |
| 342:12 | 153:9 154:21 | 307:21 309:4 | **forth**  101:2 |
| **foremost** | 157:15 159:9 | 309:13 312:11 | 102:16 342:7 |
| 221:23 | 161:5 162:14 | 313:4,13 314:1 | **forums**  56:3 |
| **forgetting** | 163:22 164:7 | 314:6,22 317:9 | **forward**  113:18 |
| 216:16 | 168:21 170:10 | 317:19 318:6 | 161:12 243:10 |
| **form**  23:9,25 | 170:22 174:18 | 318:19,25 | 258:5 |
| 24:19 25:11 | 175:1 177:19 | 319:11,17,24 | **found**  24:13 |
| 29:12,20 30:7 | 180:24 181:20 | 320:20 321:1 | 54:8 111:11 |
| 31:4,13 33:10 | 182:16,18 | 321:13 323:13 | 117:13 130:17 |
| 37:7 38:1,3,17 | 187:24 191:4 | 323:20 324:11 | 134:15 156:18 |
| 40:1 41:12,23 | 192:9 195:6 | 325:5,12,19 | 163:12,13 |
| 42:9 43:1 | 197:5 200:14 | 326:5,25 327:7 | 211:11 218:20 |
| 44:12 45:18 | 205:5 206:16 | 327:20,25 | 254:4 275:17 |
| 46:23 49:15 | 207:14,25 | 328:16,24 | 276:25 280:10 |
| 52:12,20 53:17 | 209:3 211:8 | 329:22 330:6 | 281:19 333:25 |
| 53:25 54:17,23 | 214:23 221:8 | 330:12,20 | **four**  22:9 48:7 |
| 55:3,12 56:13 | 223:8 230:4 | 331:2,10 332:3 | 85:2 109:21 |
| 57:8 59:7 69:1 | 233:1 235:5 | 332:9,16,21 | 110:2,21 |
| 69:19 70:6 | 239:1 241:17 | 333:16,21 | 111:18 113:7 |
| 71:16 74:22 | 242:5,23 | 334:2,11 335:6 | 158:2 166:4 |
| 76:1,3,19 78:8 | 245:20 247:23 | 335:12,21 | 226:22,24 |
| 79:21 82:17 | 248:15 249:12 | 336:10,23 | 227:8 231:18 |
| 99:20 100:23 | 249:19 251:25 | 337:13,18 | 233:15 293:18 |
| 101:20 105:16 | 253:1 255:24 | 338:4,15,20 | 301:18 308:10 |
| 107:17 108:17 | 261:14 265:11 | **format**  316:17 | **fourth**  311:19 |
| 109:7 110:17 | 268:23 280:4 | 316:24 | **free**  38:22 90:1 |
| 110:24 111:21 | 280:13 282:6 | **formed**  140:16 | 90:1 |
| 113:11 114:5 | 283:9,20 286:5 | **formerly**  283:2 | **frequencies** |
| 115:8,9 121:23 | 287:6 288:9 | **forming**  23:14 | 101:10 |
| 122:18 128:3 | 289:6 291:4 | 25:8 190:20 | |

**[front - go]**                                                                Page 36

**front**  21:10
**fulfilled**  257:5
**full**  11:9 79:24
  95:11,17
  276:20
**function**
  114:12 117:13
  117:14,17,18
  117:25 118:4,7
  118:12,18
  119:1,8,12,17
  120:20 124:9
  125:7 160:9
  246:10 303:20
  303:21 304:14
**functional**
  140:4,4
**functioning**
  97:15 100:15
  140:19 201:18
**further**  32:22
  158:25 226:3
  230:16 250:11
  250:11 266:9
  304:25 334:9
  342:12,14
**furthermore**
  249:9 298:3,15
  298:16
**future**  281:3

**g**

**gallbladder**
  89:14

**gaston**  1:9 2:9
  6:23 8:2 10:11
  323:1 343:4
  344:1
**gastroenterol...**
  172:17 177:14
**gastroenterol...**
  198:21
**gateway**  62:4
**general**  18:11
  31:25 32:6,6
  32:11,16 33:1
  48:9,20 49:4
  49:21,24 50:1
  51:3,3,5 52:6
  53:3,10 54:5
  61:3 120:23
  135:7 151:23
  151:24 152:6
  160:13 174:12
  174:17,25
  204:17,23
  212:25 218:14
  221:18 244:24
  316:2,21
**generally**  27:8
  317:6
**generic**  62:1
**generous**
  300:15
**genetic**  158:18
  309:24
**genome**  88:12

**george**  155:6
**getting**  21:17
  29:5 47:2,10
  82:21 87:9
  108:22 127:15
  140:10 145:12
  146:17 147:16
  168:14,14
  194:7 259:23
  274:11 285:23
  295:10 305:8
  306:2 318:13
  318:14 320:24
  321:19 326:23
**gi**  308:19
**give**  15:1,5,7
  20:16 39:16
  48:8 49:20
  50:2 52:5
  53:10,11 54:5
  62:4 71:7 83:2
  84:2 102:5
  103:20 110:7
  117:18,19
  130:6 148:14
  151:10 156:15
  157:23 161:7
  161:10 168:24
  168:25 184:17
  188:5 200:7
  215:2 216:18
  217:16 224:2
  235:25 253:12
  274:11 291:15

293:14 294:12
  297:14 300:5
  300:15 306:12
  309:16 331:23
**given**  18:17
  82:15 125:8,8
  193:21 284:20
  291:18 300:4
  301:3 311:15
  312:3 336:13
  337:24 338:24
  340:20
**gives**  136:12
  235:11 297:10
**giving**  156:7
  228:25 299:23
**glands**  89:23
**glitch**  118:19
**globe**  89:14
**glucose**  235:10
  252:8 253:7,9
  253:10
**glycemic**
  205:22
**glycosylated**
  253:10
**go**  9:12 12:20
  21:15,18 22:17
  26:5 27:5
  31:17 37:19,20
  61:10 63:13
  80:7,8,23 89:7
  98:19,20,21
  102:22,24

[go - graph]                                                                                    Page 37

| | | | |
|---|---|---|---|
| 103:4 108:22 | 281:13 286:10 | 126:2 127:16 | 283:16 326:9 |
| 117:22 128:5 | 294:4 295:24 | 130:8 132:4 | 333:15 |
| 132:3 133:10 | 298:10 306:9 | 145:6 151:21 | **good**   9:4 10:4,9 |
| 133:13 135:2 | 306:17 308:5 | 158:1,6 165:16 | 11:5 102:6 |
| 135:17 139:6,8 | 310:19 | 165:25 166:10 | 110:13 112:8 |
| 147:18 149:9 | **goal**   188:18,20 | 172:1,5,22 | 136:11,12 |
| 154:11 161:6 | 188:21,22 | 184:5,9,15,24 | 137:4 150:8 |
| 161:14 164:18 | 189:2,23 | 185:8 189:13 | 157:8 164:21 |
| 168:5,24 | 191:19,25 | 190:7 194:24 | 165:18 179:15 |
| 171:14 172:22 | **goes**   119:6,7 | 210:1 213:3 | 191:13 211:18 |
| 173:3,6,21 | 141:12,21 | 214:14 215:2 | 222:10 252:19 |
| 178:3,22 | 143:7 173:7 | 215:15 220:20 | 284:4,25 293:5 |
| 179:22 182:5,8 | 177:11 195:22 | 222:3,9 227:1 | 300:1 304:18 |
| 183:7 184:10 | 195:23,23,24 | 228:25 233:5,9 | **gosh**   213:21 |
| 184:20 185:12 | 210:2 216:4 | 233:16 237:19 | **gotten**   286:22 |
| 185:13 186:20 | 220:2 225:9 | 251:3 252:13 | **grade**   88:19 |
| 190:7 191:22 | 250:9,11 | 258:5 270:13 | 90:13 97:10,21 |
| 205:7 208:3 | 257:12 261:7 | 273:2,7 279:4 | 99:7 116:7 |
| 210:18 211:16 | 262:12,14 | 279:5 286:23 | 161:21 243:6 |
| 212:15,17 | 266:3 268:7 | 290:3 297:12 | **grades**   98:1,5 |
| 215:4 221:11 | 331:8 334:8 | 306:24 310:22 | **graph**   85:7 |
| 222:21 224:22 | **going**   9:5 12:18 | 311:5 312:13 | 103:23,25 |
| 230:8,16 | 13:8,12 14:8 | 314:9,14 315:5 | 104:1,19,21 |
| 233:25 235:18 | 19:25 20:9,10 | 320:3,5 328:5 | 106:14,14,17 |
| 250:5,5 254:10 | 21:11 34:7 | 328:8 333:2 | 109:14 111:3 |
| 257:2 258:19 | 46:7 57:21,23 | 334:19 338:12 | 112:23,25 |
| 259:14 266:7 | 58:1 63:9 66:3 | **goldenberg**   3:4 | 113:4,8 117:1 |
| 266:12,17,18 | 67:2 71:11 | 10:13,15,17 | 117:3,5,7,9,11 |
| 266:19,20 | 84:2 91:16 | **gomm**   8:7 | 117:15,16,21 |
| 272:8 273:4,19 | 95:2 102:16 | 274:10 275:12 | 117:22 119:21 |
| 274:13 275:21 | 105:19 109:24 | 277:1,3,8,10 | 123:5,11 |
| 277:13 278:9 | 112:7,13 113:2 | 278:2 280:25 | 134:19 135:5 |
| 278:13 279:4 | 113:18 118:10 | 281:12,12 | 169:19 |
| 279:17 280:6 | 125:3,5,21 | 282:1 283:15 | |

[graphs - hcc]                                                    Page 38

| | | | |
|---|---|---|---|
| **graphs**  123:5,6 | 300:4 331:8 | **halfway**  167:12 | 288:12 305:6 |
| 123:6 | **grub**  311:16 | 224:22 227:9 | 305:23,23,24 |
| **gray**  204:15 | **guess**  23:12 | 290:13,14 | 305:25 |
| 237:12 240:11 | 109:16 113:21 | **hand**  299:2,3,5 | **hard**  17:12 |
| **great**  14:3,16 | 114:17 118:8 | 301:21 | 39:1 69:20,21 |
| 21:25 58:14 | 119:10 120:16 | **handwritten** | 69:25 222:10 |
| 137:4 165:19 | 125:25 164:20 | 234:16 238:2 | **harder**  290:8 |
| 203:7 229:1 | 191:13 199:23 | 241:4 | 290:22 |
| 239:15 263:9 | 309:1 321:19 | **happen**  44:19 | **hazard**  204:23 |
| 302:21 | **guesstimate** | 100:17 145:20 | 225:5,10 |
| **greater**  39:20 | 122:2 | 152:6 268:18 | 227:10 231:6,6 |
| **grew**  304:13 | **guidance** | 308:17 | 231:19 232:12 |
| 310:18,18 | 297:20 | **happened** | 277:22 278:4 |
| **group**  102:9 | **guide**  73:1 77:4 | 16:13 28:9 | 279:22 282:1,2 |
| 136:25 197:17 | **guideline**  121:4 | 44:22 55:5 | 282:9,12,14,15 |
| 197:21,21 | 121:20 122:12 | 56:20,21 81:19 | 282:21 283:6 |
| 256:9 262:25 | **guidelines**  17:4 | 99:14 108:8 | 283:14,17 |
| 276:16,16,19 | 76:16 78:4 | 110:10 124:1 | 285:20 326:18 |
| 278:10 282:25 | 100:25 101:5,7 | 179:16 190:15 | **hazards**  228:22 |
| 307:24 | 101:9,12,24 | 191:5,12 240:9 | **hba1c**  235:9,9 |
| **groups**  331:8 | 102:3,5,8,11,12 | 247:15 267:17 | 235:13,17 |
| **grow**  124:25 | 102:15,20,23 | 269:9 284:23 | 253:4,8,12 |
| 300:3 | 103:1 121:2,3 | 303:15,16 | **hbv**  134:17 |
| **growing**  107:2 | 121:13,17 | 306:6 | **hc**  155:21 |
| 188:23 299:3 | 122:4 136:5 | **happening** | **hcb**  104:7 |
| 303:14,16 | 252:4,5 288:7 | 130:5 304:4,5 | **hcc**  34:8,11 |
| 305:15,15 | 289:4,21 297:8 | 310:6 | 35:8,12,15 |
| 310:8 | 297:8 317:3,7 | **happens**  71:22 | 36:9,16,23,24 |
| **grows**  291:22 | | 81:15 140:17 | 37:5,15,17,18 |
| **growth**  43:6 | **h** | 145:17,18,19 | 37:25 38:16,25 |
| 44:25 105:25 | **h**  115:7 260:4 | 145:20 154:14 | 39:4,25 40:6 |
| 124:4,24 216:3 | 344:3 | 160:19,20 | 40:11,19 41:2 |
| 230:18,19 | **half**  233:10 | 209:9 254:1 | 41:3,4,5,7,8,11 |
| 287:23 299:14 | | 263:6,11 | 41:21 42:2,3,4 |

| | | | |
|---|---|---|---|
| 42:8,25 43:3,4 | 109:15,19,21 | 166:22 168:14 | 214:18 215:7 |
| 43:4 44:10 | 110:3,16,21 | 168:18 169:20 | 215:11 217:25 |
| 45:16,22 46:2 | 111:1,6,8 | 170:7,16,20 | 218:1,14 219:5 |
| 46:4,7,21 47:8 | 112:6 118:3 | 171:3 174:1,9 | 219:11 220:10 |
| 47:12,14,15,16 | 124:17,19 | 174:16,24 | 220:16 221:3 |
| 47:17,21 49:14 | 126:24 127:4,6 | 175:16 177:3,8 | 222:2 223:6 |
| 51:11 54:12,14 | 127:10,22 | 177:11,16,17 | 224:19 225:5 |
| 54:22 55:11,22 | 128:6,11,17,20 | 178:9,11,14,25 | 225:23 227:17 |
| 56:12 57:2,6 | 128:24,25 | 179:5,18,18,22 | 227:23 228:15 |
| 62:13 66:22,24 | 129:1,1,4,18,24 | 181:17 182:14 | 228:17,17 |
| 67:1,13,21 | 129:24,25 | 183:4,13,17,25 | 229:13 230:21 |
| 68:1,6,10,12 | 130:18,24 | 186:24 187:12 | 231:21 232:2,7 |
| 69:11,18,23 | 131:3,7 132:11 | 187:23 188:16 | 232:10 241:16 |
| 70:2,3,7,9,13 | 132:12,19,20 | 188:22,23 | 242:4,21 244:3 |
| 70:18,24 71:12 | 133:3 134:1,15 | 190:24 192:4 | 244:19 247:12 |
| 71:19 72:17 | 134:18 137:8 | 192:22 193:25 | 247:17 248:12 |
| 73:12,15,17,19 | 137:18,18,23 | 194:1,6,16 | 249:1,16,22,25 |
| 74:20 75:1,19 | 138:4,17 | 195:19,24 | 250:13 253:17 |
| 75:20,25 76:17 | 139:15,23 | 196:1,6,10,13 | 253:23 254:3 |
| 77:20,23 78:6 | 140:9,14,16,18 | 197:4,22 | 255:9,11,16,22 |
| 78:18,24 79:20 | 141:12 142:9 | 199:10 200:3 | 256:10,14,17 |
| 81:3,13 83:7 | 142:22 143:10 | 201:9,10,12,12 | 256:21,21,22 |
| 83:12 84:7 | 143:11 144:7 | 201:13 202:6 | 257:16,21 |
| 86:5 87:10,12 | 144:17 145:10 | 202:11,19 | 258:6,17,20,24 |
| 88:6,20 92:14 | 145:12,14,16 | 203:6,9,14,21 | 259:11,20,24 |
| 92:21 93:5,19 | 146:17,23 | 204:17,22 | 260:4,10,13,15 |
| 98:4,12,13,24 | 148:2,22 149:7 | 205:22 207:12 | 260:20 261:3,8 |
| 98:25 99:3,18 | 149:13,18,24 | 207:19 208:4 | 261:10,11,12 |
| 99:23 100:1,20 | 149:25 150:15 | 208:18 209:2,7 | 261:20,22 |
| 101:25 104:22 | 150:20,21 | 209:23 210:7 | 262:2,10,14,17 |
| 105:3,20 106:4 | 151:1 152:1,7 | 210:15 211:18 | 262:22,25 |
| 107:5,8,9,14,15 | 157:6,9 160:11 | 211:23 212:3 | 263:3,8 266:15 |
| 107:19,25 | 160:23 162:4 | 212:10,19,20 | 266:19,20,23 |
| 108:5,14 | 163:13,17 | 212:21,22 | 268:22 270:22 |

271:4,5 272:5
272:24,24
273:15 275:18
277:1 278:5,6
278:19,21,22
280:11,15,18
280:19 281:2
281:20 282:5
282:20 283:8
283:19 285:23
285:24 286:4
286:16 287:4
287:24 288:8
289:5,10
293:21 295:14
303:3,13,16
304:25 305:9
305:11,12,15
305:25 307:20
309:3,12
310:11,15,18
313:12,24
314:4,5,16,19
320:25 321:22
322:6 326:4
**hcv** 105:22,23
106:15 134:16
**head** 60:25
153:15 155:14
172:13
**heading** 258:3
315:22
**health** 5:15,19
5:21 6:11

62:24 63:22
118:7
**healthcare**
169:5
**healthier** 98:22
**healthy** 87:17
88:1 92:2 98:2
98:4 100:12
105:19 145:24
179:21 201:18
202:8 266:8
**hear** 11:22
28:10 91:13,14
91:19 294:19
**heard** 56:5 79:3
**heart** 32:13
213:22 229:7
**hecht** 316:2
**height** 214:20
217:23
**help** 75:17
111:4 131:20
213:23 316:6
324:24
**helps** 127:16
176:14 194:8
**hematic** 88:4
**hematologist**
30:16,21 31:9
60:3 61:3
**hematology**
30:18,20,24
33:13,19 68:16
71:4

**hemo** 60:11
**hemochroma...**
134:25
**hemoglobin**
234:24
**hepatic** 94:20
94:21 155:8
309:23
**hepatitis** 39:8,8
39:9 104:7,10
105:6,7,14,15
105:23 106:3,3
106:18 107:21
107:22 108:2,3
109:22,22
115:24 124:10
124:12,24,25
135:1,8,11,12
135:25 136:15
141:2,4,5,18,24
146:2,7,8,11,11
153:24 158:15
158:17 205:13
205:24 206:16
207:5 266:24
266:25 270:3,4
270:8 271:9,11
**hepatocellular**
6:6 7:5,12,20
31:6,10 33:23
34:4,5,8 67:9
88:15 124:5
131:14 132:10
136:21 141:22

155:15 156:18
156:19,24
166:15 186:7
204:10 210:2
216:5 218:13
221:18 223:24
224:12 243:16
243:20 255:3
267:15 293:10
324:1,17
325:10
**hepatocyte**
141:21
**hepatologist**
33:15,17 64:18
304:3
**hepatologists**
64:20,24
**hepatology**
31:3,12,20,21
32:2,10,10,17
32:21 33:9,13
**hepatospleno...**
94:19
**hereto** 20:4,13
58:17 62:18
63:12 84:20
95:1 131:22
158:5 166:9
172:4 184:8
185:11 198:4
204:1 213:6
217:1 223:19
233:8 236:16

[hereto - hyperlipidemia]                                    Page 41

254:20 277:6
279:8 311:8
341:9
**heterogenous**
96:4
**hi** 315:10
**high** 86:4 88:20
143:12,14,16
160:6 191:13
205:21 238:8
262:9 281:10
284:10 285:25
290:15 291:15
292:12 293:9
294:2 295:5
297:17,24
299:6,10
304:13 314:10
**higher** 120:11
167:14 168:6,8
217:24 228:1
256:10 257:16
291:18 293:6
295:9 320:14
327:23 333:24
**highest** 134:16
134:17 270:2
282:19,19
**highlight**
115:13 206:8
**highly** 105:14
171:24
**hill** 48:14,15,24
49:2,7,12,17,23

50:6,7,9,10
51:9,20 52:3,5
**hindsight** 81:17
81:19 145:4,5
302:23
**hints** 108:21
**histories**
314:14
**history** 24:22
35:19 37:10
41:25 43:25
44:24 45:12,23
72:7,18 79:25
79:25 80:1,4,5
80:6,7,11,12
81:5,6 164:9
186:12,16
188:9,15,16,17
189:15,17,19
190:16 191:22
193:1 199:13
253:14 283:23
**hold** 38:3,3
128:1 130:12
150:22 173:19
182:18,18
184:19 217:16
231:12,12
240:22,22
245:10 279:21
297:12
**holistic** 316:12
**honestly** 29:22

**hook's** 176:4
**hooks** 6:16
172:12,16,21
172:24 174:15
176:17,22
177:4,5,9
180:10,13,21
182:12 321:7
322:13 323:6
323:16 324:24
325:3,15
**hopefully** 17:13
85:20
**hoping** 54:7
**hospital** 135:20
**hospitals** 23:23
122:22
**hour** 57:22
165:16 233:10
**hours** 14:23
**houses** 212:18
276:10
**hpv** 105:22,23
105:24 136:1
**htn** 238:20
**huahai** 1:9 2:9
343:4 344:1
**huge** 56:20
244:18 268:1
284:16,18
**huh** 63:20
96:12 255:20
255:20 279:19
279:24 312:21

**human** 156:4,5
156:6,16 157:2
160:12 163:3
273:20 274:5
283:24 285:19
287:16 291:14
292:9 293:13
293:19 295:6,8
296:8 297:3,25
299:21,21,22
**humans** 52:10
52:19 53:2,16
53:24 155:21
155:25 157:12
287:5
**hundred** 71:9
71:22 77:13
171:23 174:11
294:10
**hyperinsuline...**
230:18
**hyperlipidemia**
197:15,16
208:8 209:8,22
220:4 222:17
226:13 248:23
250:23 253:24
254:5,13 258:1
258:9,11
260:18 263:6
264:7 265:16
265:25 267:20
269:12

[hypertension - incidence]                                    Page 42

| | | | |
|---|---|---|---|
| **hypertension** | 166:8 172:3 | **ignore** 287:22 | **importantly** |
| 238:22 239:18 | 184:7 185:10 | 288:1,1,16,18 | 219:14 |
| 239:23 257:10 | 198:3 203:25 | **iken** 3:7 10:16 | **imprecise** |
| 257:17 303:23 | 213:5 216:25 | 10:16 | 302:2 |
| **hypodensity** | 223:18 233:7 | **illness** 186:13 | **impression** |
| 89:15 | 236:15 254:19 | **image** 74:25 | 90:3 94:18 |
| **hypothetical** | 277:5 279:7 | 85:24 86:3,7 | 186:23 190:23 |
| 42:10,19 43:8 | 311:7 | 87:3,5,7,13,16 | 191:15 238:1 |
| 45:5,10 46:10 | **identified** 24:3 | 87:16 88:16 | **impressions** |
| 46:11,13 144:9 | 24:5 111:2 | 90:9 103:14,23 | 240:17,18 |
| 145:11 147:21 | 130:23 138:16 | 116:23 120:2 | 241:24 |
| 242:9,10,14 | 139:1 150:16 | 129:8 184:14 | **improper** 37:7 |
| 283:10 | 161:3 192:21 | **images** 28:5 | 38:18 |
| **hypothetically** | 274:18 283:15 | 73:23 74:8 | **improve** 75:18 |
| 42:14 44:18 | 286:3 287:1,3 | 86:20,21 87:4 | **improved** |
| 45:1 242:11 | 287:4 | 96:2 103:6 | 119:4 |
| **i** | **identifies** | 110:13 125:22 | **inaccurate** |
| | 286:15 | 126:18 248:5 | 121:25 |
| **i.e.** 199:1 | **identify** 15:18 | **imagines** 126:3 | **incidence** 7:6 |
| **iarc** 286:24 | 38:14,15 73:10 | **imaging** 22:8 | 131:3 132:10 |
| 287:3,4 288:19 | 126:17 128:9 | 22:19 50:14 | 132:12,19,20 |
| 288:22 | 153:7 218:17 | 71:15 73:13,20 | 134:1,15 |
| **ibt** 244:23 | 226:10 288:7 | 73:25 74:21 | 135:22 138:4 |
| **ibts** 244:21 | 289:9 294:16 | 75:25 76:17 | 138:10 166:15 |
| **idea** 110:10 | 294:19 | 78:19,25 96:10 | 166:23 167:13 |
| 117:19 140:11 | **identifying** | 96:18,19,20 | 168:4,6,10,13 |
| 176:10 235:11 | 127:3 128:16 | **immune** 88:11 | 168:14,23 |
| 297:14 | 128:20 130:18 | **impact** 6:4 7:2 | 169:2,12,12,16 |
| **ideally** 102:9 | 138:17 157:19 | 131:13 204:8 | 169:17,18,20 |
| **identification** | 157:20 209:10 | **implant** 239:5 | 169:20,22 |
| 20:3,12 58:16 | 220:15 228:3 | **important** 69:6 | 170:4,7 171:12 |
| 62:17 63:11 | 289:20 | 79:8,10 105:11 | 175:14 204:17 |
| 84:19 94:25 | **ideology** | 106:8,9 118:4 | 204:22 205:22 |
| 131:21 158:4 | 112:24 | 118:8 120:7 | 214:17 215:7,9 |

**[incidences - inflammation]**

**incidences**
204:10
**incident** 170:13
170:14,15
171:3 328:11
**incidents** 168:7
282:3 320:14
**inclined** 32:18
**include** 107:14
150:9 151:2
180:11 329:3
**included** 25:18
29:11,18 65:5
204:15 327:4
329:20 331:8
**includes** 31:18
32:1,10,11,11
80:2
**including** 18:7
18:8 32:1 60:4
62:13 68:1,10
69:11 71:1,2,4
96:8 164:10
250:24 292:8
308:11
**incomplete**
144:8 283:9
**incorrect** 31:14
33:7 55:23
56:4,6 125:11
282:8 312:12
**increase** 124:16
125:4 133:3
174:8 223:23

246:10 271:15
275:4,8 326:22
327:23 330:17
330:25 334:6
**increased** 7:19
87:20 96:9
98:11 99:18
128:10 131:6
132:11 134:1
141:7 146:23
156:19 161:25
170:20 171:1,3
171:8 175:14
175:15 201:9
201:15 202:21
202:25 204:22
205:2 209:2
214:17 216:8
223:7 225:4,23
229:11,13
230:1 231:20
232:2 238:8
243:23,23,24
254:8,9 255:16
261:7 263:16
265:9,13
274:23 275:17
277:1 278:1
279:25 280:8
280:10,15,19
291:12 326:23
327:3,17
328:19 331:7
332:14 333:25

334:9
**increases**
205:22 224:6
226:6 227:17
230:10 266:4
304:2
**increasing**
160:23 215:8,9
285:13
**increasingly**
207:22
**independent**
207:12 214:19
217:22 218:14
220:16 221:18
223:6 255:10
255:22 256:12
260:9,13
**independently**
222:9
**indeterminant**
90:5
**index** 5:1 196:5
214:20 217:23
**indicated** 128:4
208:1,2 231:9
**indicates**
242:18
**indicating**
56:10 57:5
**indication**
242:14
**indicator**
110:13

**indiscernible**
26:25 99:14
287:14
**individual**
172:12 278:13
313:21,21
**individually**
120:20
**individuals**
168:3 171:8
174:16 204:20
205:3 207:23
214:13 229:25
**induced** 155:8
**inducer** 162:20
291:7,21
298:21 299:2
300:2,9,12
**induces** 163:16
291:25
**infection**
124:11
**infiltrate**
116:22 201:2
**infiltration**
115:2,4 116:3
116:4,6,9,12,14
146:14 159:13
160:4,16
201:24
**infirmary** 7:24
**inflammation**
87:19,21 88:4
114:6 115:25

**[inflammation - introduce]**                                          Page 44

124:10,11,23
140:21 141:7,7
141:16 146:3
178:15 196:20
201:20 202:14
209:24 232:18
243:24 249:5
251:1 254:10
262:13
**inflammatory**
125:4 141:9
250:5 258:16
305:13
**information**
24:17 43:15
44:7 74:16
110:7 180:7
276:24 285:2
287:17,18
324:23 325:2
334:14
**ingestion** 296:8
**ingredients**
164:12
**inhibit** 335:16
**inhibited** 298:5
298:18
**inhibitor** 301:4
301:5,10
**inhibits** 299:17
300:21,24
**initial** 13:19
33:5,6 142:4,4
205:8 298:5,18

**initialed** 341:8
**initially** 28:2
71:21 85:5
142:5 305:17
326:1
**injury** 125:6
**ink** 341:8
**innings** 64:6
**inordinate**
267:25
**inordinately**
262:9
**input** 59:22
61:25
**insert** 44:23
**inserting** 146:4
**inserts** 105:21
141:2 270:3
**instability**
88:13
**instance** 298:11
298:12
**instances** 73:14
132:13
**institute** 15:24
16:1,4,11,15,22
91:10
**institution**
158:24
**insulin** 201:22
209:24 218:12
219:7,17,20
226:12 228:12
230:19 232:12

232:17 243:23
250:2,3,24
254:8 266:3,3
**insurance**
72:20 278:10
281:13,14,16
284:12
**intake** 94:10
284:10
**intend** 29:10,17
52:8,16 53:13
53:21 312:22
**intending**
52:24
**intense** 314:10
**intention** 145:1
**inter** 89:13
**interested**
16:16 342:15
**interesting**
76:20 146:25
203:7 226:3
227:20 261:9
274:24 275:3,7
**interestingly**
94:9
**interfere** 15:1
**internal** 31:17
31:18 32:6,7
33:1,18 60:12
69:5,6 71:3
**international**
100:19

**internet** 9:9
**internist** 32:20
**internists**
288:13
**interpret** 238:7
238:12,18,22
**interpreted**
242:16
**interrupt** 65:3
111:16 122:13
169:25
**interval** 167:15
167:18 204:24
218:2 225:6,11
227:12 255:18
260:5 277:24
279:23
**intrahepatic**
89:18
**intravenous**
95:23
**intricacies**
228:25
**introduce**
19:25 58:14
61:22 62:14
63:9 84:17
94:23 131:19
131:20 158:2
172:1 184:5
185:8 197:25
203:23 213:3
215:15 216:23
223:16 233:6

[introduce - know]                                                     Page 45

236:12 254:17
277:4 306:8,9
306:14 311:3
311:10
**introduced**
16:15,20
233:22 292:13
**introduction**
61:22
**introductions**
79:24
**involved**  16:4
17:21 19:14
35:21 56:10
57:4,15 72:3
74:12 81:11
83:5 127:2
179:7
**involvement**
93:21
**involves**  106:22
**ir**  297:9
**irbesartan**  1:6
2:6 9:17
**irrespective**
134:4
**issue**  12:6
100:7 106:11
209:11 247:12
251:1 257:22
257:22 280:22
**issues**  17:6
31:22,24 38:6
43:10 107:4

280:24 281:18
284:25 285:1
**items**  49:25
**iv**  125:8
**ives**  172:20
198:15,18,24
199:18 200:15
200:23,25

**j**

**jacob**  185:22
187:11,17,21
190:19 191:1
**jan**  10:10
**january**  6:15
169:14 302:1
**japan**  135:20
135:23 136:4,6
**japanese**  136:7
136:10,14
**jaundice**
246:15 318:12
**jersey**  1:2 2:2
9:19
**job**  1:24 302:21
**johnson**  131:8
149:19 150:1
153:1,2,3,6
271:20
**joining**  60:8
**journal**  57:17
57:19
**journals**  56:1
56:16

**judgements**
119:2
**july**  40:16,21
94:16 123:16
123:16,25
**june**  185:19,20
187:19 188:2
234:8 237:2,8
237:16,18

**k**

**kagay**  1:22
2:19 9:23
10:21 342:23
**kathryn**  3:6
10:14
**kavila**  3:15
**keep**  21:17
57:23 100:9
112:4 116:8
147:2 184:3
191:20 216:16
298:25
**keeps**  21:5
**kept**  113:13
284:23
**key**  335:10
**kidney**  31:22
89:20
**kidneys**  32:11
89:23
**kind**  111:13
119:6

**kinds**  264:17
**kirkland**  4:4
10:5
**kirkland.com**
4:11,12,13
**kirklin**  6:20
**kjs**  1:8 2:7
**know**  11:11
12:19 13:7,13
14:21 16:19
18:1 21:9
24:12 26:24
27:12,14 44:21
46:12,15 56:5
56:5,16 58:15
61:6 62:1,16
64:5 74:16
75:6,8,10
77:13 82:1
84:18 94:24
97:16 98:6
99:10,15 101:7
104:13,16
107:8,12 119:7
120:16,17
125:8 137:5,6
137:7 138:7
140:5 143:13
143:16,18,20
144:25 145:13
150:22 151:25
156:5,22 157:7
158:3 160:19
162:24 166:7

**[know - leave]**                                                   Page 46

174:21,21
175:4,5,5,15
178:16 179:12
180:10 183:6
184:15,19
185:9 189:6,6
189:7,9,11
190:22 191:5,7
191:10,12
198:2 202:17
203:24 206:22
208:11 211:17
213:23 217:7
219:2,13,18,24
228:23 232:5
236:13 237:14
239:3 240:9
241:8,8,12
244:9,24
245:14,17
247:12 248:7
251:2,9,13
256:5 257:23
257:23,24,25
257:25 258:17
264:22 267:9
269:11,19
271:16 272:10
273:3 275:7
278:6 279:6
281:2,9,10,14
281:18 283:25
284:1,3 285:5
285:7,7,16

286:10,13,24
288:20 293:12
293:15 295:2,3
295:5,6,7
299:1 300:3,5
300:6,7,8,8,22
304:4 311:4
**knowing** 267:9
276:24
**knowledge**
37:23 149:23
308:2
**known** 57:20
132:9 162:24
174:1 186:17
195:3,3 268:1
268:2 273:25
289:17 291:6
300:3
**knows** 191:11
191:12 274:21
**kong** 204:7
337:22

**l**

**l** 104:11 115:6
115:8 116:6
204:21,21
209:11 255:9
337:6
**lab** 22:23
118:11 120:6,6
120:10,11,12
121:5,5,6,7,8,9

121:9,9,10,14
121:15 122:8,9
122:20 123:2,3
123:11,17,20
125:1,11,12
234:13 252:3,7
300:4
**label** 261:23
286:7
**labeled** 116:24
**labels** 164:11
**laboratory**
7:25 22:24
234:2
**labral** 89:17
**labs** 122:22
123:11 162:23
165:3,4 234:10
300:3
**lack** 50:17
318:4
**lagan** 316:3
**lai** 166:14
168:2 320:4
337:6,7
**laptop** 12:2
**large** 56:1
62:13 67:17
69:22 89:24
93:6,19 94:7
99:3,8 100:12
106:11 142:21
208:18 214:8
214:12 267:13

275:14 286:25
287:25 288:2
297:21 301:4
**larger** 295:8
**largest** 28:1
**lasted** 71:5
**latency** 105:17
271:3
**law** 3:9 4:8
**lawyer** 18:25
19:2
**lc** 134:22
**lead** 72:10
141:17,18
149:4 175:15
196:21 202:11
244:1,3 249:6
250:12,13
**leading** 98:8
107:25 158:14
228:14
**leads** 129:18
139:22 171:23
216:5 219:9,9
219:11 232:7
232:18 243:22
243:25 251:2
257:21 263:2
**learn** 32:16
**learned** 67:1
**learning** 31:17
68:9,18
**leave** 192:16

[leaving - lists]                                                              Page 47

| | | | |
|---|---|---|---|
| **leaving**  209:12 | 77:1,4,11,15,15 | 181:7 189:18 | 153:4 159:3 |
| **led**  82:5 147:15 | 77:16,19,20,21 | 189:21 224:5 | 187:20 213:20 |
| 160:10 162:4 | 77:24,24,25 | 298:2,11,11,14 | 239:7,18,22 |
| 179:17,18 | 78:5,7,10,11,11 | 311:22 322:11 | 280:16,23 |
| 220:9 247:11 | 78:17,23 79:6 | 324:14 344:4,7 | **listed**  28:20 |
| 299:12 | 319:4,7,10,21 | 344:10,13,16 | 39:3 41:4,5 |
| **left**  64:16 65:10 | **liability**  1:7 2:7 | 344:19 | 46:3 60:18,19 |
| 89:13,20 | 9:17 311:16 | **liner**  188:24 | 60:21 61:1,5 |
| 117:12 | **lies**  123:15 | **lines**  48:7 123:7 | 61:18,23,24,25 |
| **legal**  343:23 | **life**  13:2 51:13 | 123:8,21 | 62:8,12 64:1 |
| **lesion**  89:19 | 304:12 | 188:15 301:18 | 64:11,18 65:14 |
| 90:5 | **lifestyle**  43:9,24 | 321:17 323:23 | 65:16,18,20 |
| **lesions**  89:17 | 45:24 235:19 | 324:14 | 86:24 88:7 |
| 244:18 267:13 | 236:1 250:20 | **link**  23:16,17 | 91:1 103:16 |
| **leukemia**  60:25 | 251:10,18 | 23:25 63:6 | 105:5 109:21 |
| **level**  52:9,17,25 | 265:1 266:9 | 152:13,14 | 110:3 112:25 |
| 160:1,1 174:11 | 270:7,16 | **linked**  183:14 | 113:8 117:11 |
| 174:17,25 | **light**  104:10 | 207:22 215:8 | 123:2 126:14 |
| 176:10 201:17 | **lightly**  89:20 | 215:23,24 | 132:24 138:3 |
| 214:21 263:1 | **likelihood** | **links**  22:11 | 139:5 142:10 |
| 294:9 296:8 | 111:7 | **lipogenesis** | 156:22 157:13 |
| 299:10 303:16 | **likely**  40:15,21 | 88:11 | 159:4 193:4 |
| **levels**  53:7,8 | 94:20 171:24 | **list**  22:15,16,19 | 209:8 216:10 |
| 119:21 124:17 | 215:8 | 24:3,10 28:21 | 234:10,13 |
| 143:14,16 | **limit**  30:8 38:18 | 38:12 61:18,20 | 258:2 265:24 |
| 253:7,7 281:10 | 296:12,20 | 64:1,3,4 65:5 | 266:22 278:17 |
| 285:25 290:15 | **limitations** | 65:22 66:15 | 278:18,20 |
| 292:15,23 | 284:5,5 285:16 | 68:21 81:9 | 280:22,22 |
| 299:6 304:13 | **limited**  30:4 | 86:14 121:13 | 284:5 288:18 |
| **lfts**  318:14 | 156:10 190:9 | 121:17 122:7,7 | 288:20,22 |
| **li**  75:12,14,17 | 290:8,23 | 126:15 150:11 | 316:23 |
| 75:21,24 76:2 | **line**  12:6,7 | 150:13,14,17 | **listing**  240:20 |
| 76:9,9,11,18,22 | 173:17,21 | 151:3 152:19 | **lists**  59:23 |
| 76:23,24,25 | 174:5 176:16 | 152:20,21 | 66:19 104:4 |

**[lists - liver]**                                                        Page 48

| | | | |
|---|---|---|---|
| 111:18,23 | 283:24 285:18 | 221:24 252:13 | 118:1,3,7,7,11 |
| 132:23 159:3 | 285:19 289:13 | 278:25 | 118:18,22,24 |
| 259:19 294:9 | 291:1 292:15 | **live** 220:9 | 119:1,6,7,9,12 |
| **literature** 17:5 | 292:23 294:16 | 272:10 | 119:15,17 |
| 22:12,12,12,25 | 294:24,25 | **liver** 5:18 6:4,7 | 120:20 124:7,8 |
| 24:2,4,8,22,23 | 295:12,13 | 7:4,7,14,22 | 124:12,13 |
| 25:13,19 28:4 | 297:3,15 | 32:9 33:2 | 125:6,7 128:2 |
| 48:13,24 49:1 | 299:16 300:20 | 35:18 36:3 | 129:17,17 |
| 50:11,15 51:20 | 300:23 305:22 | 54:16 57:11 | 131:13,14 |
| 56:7,9,15,17 | 307:25 308:1 | 61:18,23 62:23 | 132:11 134:4 |
| 57:3,9,12,14 | 313:23 314:17 | 63:2,23 64:2 | 134:20 135:13 |
| 99:19 101:1 | 323:25 324:9 | 64:13 65:5 | 135:14 136:16 |
| 102:15,20,23 | **liters** 303:9 | 68:23,23 69:8 | 140:4,18,22 |
| 102:24 104:24 | **litigants** 15:19 | 69:8,13 75:19 | 141:6,10,14,25 |
| 104:24 105:10 | **litigation** 1:7 | 77:6 79:9 84:6 | 142:1 143:10 |
| 105:12,12,13 | 2:7 9:17 12:15 | 84:12 85:25 | 143:19 145:24 |
| 108:7 124:3,18 | 15:14 16:6,7 | 87:17,18,20 | 145:25 146:12 |
| 128:9,10,15 | 16:12 17:6,15 | 88:1,19,20 | 147:5,11,11,16 |
| 130:17,22 | 17:21 18:25 | 89:2,12 90:4,5 | 152:11 153:23 |
| 131:11,17 | 19:6,7,22,22,23 | 91:8,24 92:2,3 | 155:1,12 |
| 143:3 145:13 | 27:14 55:2,9 | 94:7 96:3,5 | 156:25 158:16 |
| 146:16 149:2,5 | 55:20 56:10 | 97:15 98:2,5,5 | 159:14 160:9 |
| 149:12,16,23 | 57:5,15 79:17 | 98:22 100:12 | 160:13 162:23 |
| 150:3,4,19,24 | 81:12 83:6 | 100:19,20 | 166:17 167:8 |
| 154:7 155:24 | **little** 25:6 28:12 | 103:10 104:8 | 169:8 173:25 |
| 157:17 162:10 | 42:20 47:2 | 104:12 105:19 | 174:9,24 |
| 172:19 175:8 | 48:11 49:2 | 105:20 106:7 | 179:12 186:17 |
| 178:23 193:1 | 59:22 61:11 | 106:24,25 | 189:17 193:17 |
| 195:15 201:16 | 97:11 109:2 | 107:23 108:4 | 194:4,5,10,14 |
| 202:24 212:18 | 120:24 134:21 | 114:3,4,12 | 196:20 197:17 |
| 220:15,19 | 149:15 160:17 | 115:17,23 | 197:18,20,21 |
| 221:24,25 | 171:15 182:4 | 116:1,7,17 | 199:1,7,14,16 |
| 222:1 268:21 | 185:6 189:11 | 117:13,14,17 | 199:17,19,21 |
| 269:25 283:24 | 209:6 211:21 | 117:18,20,25 | 199:22 200:20 |

[liver - look]    Page 49

| | | | |
|---|---|---|---|
| 200:24 201:2,4 | 290:16 291:22 | 137:19 143:17 | 142:24 143:1 |
| 201:18,19,24 | 293:11 294:3 | 145:20 146:21 | 144:25 149:2 |
| 202:9,11,17 | 295:10 299:24 | 186:16 204:10 | 151:22 152:6 |
| 203:16 204:9 | 300:5,7 303:13 | 212:23 269:18 | 153:18 159:11 |
| 204:11 205:23 | 303:14,17,20 | 273:3 318:15 | 160:12 163:5 |
| 206:17 207:21 | 303:21 304:14 | 327:10,11,18 | 163:12 167:11 |
| 207:22 209:12 | 304:16 305:17 | 333:4,9 | 171:14 173:17 |
| 209:13,22 | 306:3,4 310:7 | **longer** 39:13 | 173:19 176:12 |
| 216:4 219:25 | 310:7,17 | **longitudinal** | 176:18 178:22 |
| 220:8 223:25 | 326:23 328:9 | 166:18 | 179:6 187:18 |
| 224:7 225:19 | 328:13 330:23 | **look** 14:8,10 | 189:3,3 191:23 |
| 229:6 230:10 | 331:7,17 | 21:12,16 26:6 | 201:17 206:9 |
| 232:16 244:18 | 332:11 333:3 | 26:22 37:12 | 208:5,6 209:5 |
| 246:10 248:23 | 333:25 | 38:22 43:3 | 211:23 212:3,9 |
| 249:5 250:6,7 | **livers** 135:25 | 51:17 63:1,6 | 213:24,24 |
| 250:7,8 253:25 | **lives** 50:20 | 64:4 66:1,6,15 | 214:5 215:14 |
| 254:6,10 255:3 | **llp** 4:4 | 68:22 72:17 | 217:15 218:18 |
| 259:10,11 | **loaded** 254:23 | 79:8,10,11 | 220:21 222:8 |
| 260:18 261:24 | **loading** 217:2,3 | 85:23 97:3 | 224:2 226:2,22 |
| 262:11,12 | 234:1 254:22 | 98:17 99:5 | 228:21,24 |
| 263:7,16,20 | **lobe** 89:14,16 | 103:9,21 | 231:16 232:7 |
| 264:7,9,15,16 | 96:4 | 104:25 105:1 | 235:8,9 237:11 |
| 265:9,14,17,25 | **lobulated** 89:12 | 105:10,11 | 239:16 242:6 |
| 266:4,6,8,8,25 | **local** 121:9 | 106:14 108:6,7 | 243:19 248:8 |
| 267:12 268:2,3 | **localized** 188:5 | 108:7 110:11 | 249:20,24 |
| 268:9,9 271:12 | **location** 329:12 | 115:15 116:23 | 252:11,16 |
| 271:17 272:15 | **lockard** 4:7 | 118:5,8,10 | 254:2,4 256:18 |
| 273:24,24 | **locked** 213:7,10 | 120:2,5,13 | 256:19 257:3 |
| 277:17 278:4,8 | **logistic** 259:21 | 121:6 123:10 | 259:18 260:12 |
| 278:15,18,22 | 260:1 | 129:20 132:8 | 260:15 262:25 |
| 280:16,17,18 | **long** 7:6 15:25 | 133:10 135:3,9 | 266:1 267:2,3 |
| 280:20 286:14 | 19:16 45:2 | 135:18,21 | 278:11 279:1 |
| 286:20,22 | 54:18 80:16,21 | 137:17,23,23 | 281:6,6,7,13,22 |
| 287:13,14,15 | 88:24 119:8,13 | 137:25 140:9 | 282:9,21 |

**[look - m]**                                                                Page 50

| | | | |
|---|---|---|---|
| 288:10 291:6 | 280:21 282:3 | 305:6 309:21 | 203:13,20 |
| 293:23,24 | 324:8 | 313:14 317:16 | 213:2 218:7 |
| 299:20 301:1 | **looking**   20:20 | 318:10 327:23 | 262:19 263:3 |
| 303:15 310:2 | 21:1 43:8 48:3 | 328:9 | 264:16 269:24 |
| 311:11 312:6 | 59:5,23 63:19 | **looks**   237:9,10 | 270:19,20 |
| 320:2,3 321:4 | 64:3 65:13 | 238:6 248:7 | 317:13 |
| 321:16 326:8 | 81:17,18,19 | **losartan**   1:6 | **lots**   43:2 |
| 327:9 328:3 | 93:11 95:21 | 2:6 9:16 343:4 | 102:15 275:24 |
| 333:8 334:18 | 97:16 102:24 | 344:1 | **love**   133:9 |
| 336:14,19 | 105:3,12,14 | **lose**   252:13 | **low**   88:19 |
| 337:5,21 | 110:8 112:22 | **loss**   318:12 | 90:12,13 97:10 |
| 338:10 | 112:22 118:3,6 | **lost**   201:25 | 97:21 99:7 |
| **looked**   51:16 | 120:5 133:19 | 284:12 | 116:7 143:21 |
| 65:15,21 74:25 | 143:6 145:24 | **lot**   13:2 21:12 | 160:1,1,1 |
| 78:11,11,12,13 | 145:25 156:20 | 25:19 31:20 | 161:21 243:6 |
| 88:25 107:21 | 156:21 167:10 | 32:10,16 42:17 | 273:23 308:13 |
| 110:15 111:1 | 173:8 176:14 | 43:15,16,23 | **lower**   89:20 |
| 129:20 136:9 | 181:8 184:2 | 44:19 55:23 | 120:11 135:15 |
| 156:18 157:6 | 188:10 190:17 | 56:2,15,17 | 282:2 293:20 |
| 165:6 167:7 | 205:25 211:10 | 59:8 60:14 | 295:9 |
| 169:13 201:13 | 212:8 219:3 | 64:15 67:1 | **lunch**   165:20 |
| 203:5 207:15 | 220:19 226:19 | 70:7,9 74:12 | 166:2 |
| 217:13 218:20 | 227:20,24 | 101:1,3 104:22 | **lung**   60:21,24 |
| 228:16 229:18 | 228:6 237:1,6 | 104:23 107:23 | **lungs**   32:9 |
| 229:24 239:5 | 241:23 243:15 | 110:9 128:22 | **lymphoma** |
| 243:17 250:1 | 244:6 264:4 | 128:23 131:25 | 60:25 |
| 254:12 256:15 | 265:21 270:13 | 136:7 138:25 | **lymphomas** |
| 256:16,17 | 271:3,4 272:8 | 140:20,21 | 33:4 |
| 257:10 265:22 | 274:19,20 | 150:12 156:12 | |

| | | | |
|---|---|---|---|
| | | | **m** |
| 265:23 266:21 | 276:4 277:15 | 156:12,15 | **m**   104:11 115:6 |
| 274:7,9,14,16 | 282:25 283:3 | 157:21 159:15 | 204:21,21 |
| 274:18,22 | 286:25 289:19 | 160:22 162:1 | 209:11 255:9 |
| 275:14,15,19 | 289:23 301:13 | 178:14,15 | |
| 276:4 278:10 | 301:16 302:23 | 187:5 203:4,9 | |

| | | | |
|---|---|---|---|
| **m.d.** 1:16 2:16<br>5:3 9:15 10:24<br>185:22 340:21<br>341:5,16 343:5<br>344:2,24<br>**m.d.s** 60:6<br>**machine**<br>121:10 125:13<br>342:11<br>**made** 64:7<br>71:12,14 73:3<br>90:11,25 93:24<br>93:24 94:1<br>97:8 108:8<br>117:15,22<br>142:18,20<br>145:2 147:4<br>148:6 160:9,10<br>175:3,21<br>179:21 182:12<br>182:13 199:13<br>206:18 215:20<br>229:3 230:15<br>247:3 249:11<br>249:12 266:10<br>290:8,22<br>298:10 341:7<br>342:10<br>**madigan** 316:3<br>**mafld** 136:9<br>195:15 197:9<br>197:10,23<br>204:20 205:4,8<br>205:17,18,19 | 219:9 255:9,16<br>256:14,16,17<br>256:21,21,22<br>257:16,21<br>258:4,6 259:20<br>259:24 260:4<br>261:3,7,10,13<br>261:20,22<br>262:2 265:19<br>268:15<br>**mail** 13:24<br>**main** 72:8,25<br>92:18 128:24<br>128:25<br>**major** 35:22<br>70:3 100:18<br>128:6 208:3<br>211:12<br>**majority** 104:5<br>263:5 320:24<br>**mak** 205:21<br>**make** 13:2<br>22:25 26:15<br>39:22 47:1<br>68:3 76:14<br>79:19 88:3<br>119:2 134:12<br>136:22,23<br>137:3 139:9<br>144:1,3 146:10<br>147:16,19<br>148:18 150:6<br>162:12 175:20<br>179:2,13 | 183:19 184:21<br>192:20 208:20<br>208:23 215:18<br>229:9,16 239:3<br>241:8 243:3,5<br>247:4,14<br>264:12 278:20<br>317:25 321:20<br>321:21<br>**makes** 70:19<br>**making** 48:12<br>81:3 120:12<br>201:5 225:25<br>226:1 251:18<br>304:19 305:16<br>306:3<br>**male** 168:6<br>191:16 228:1<br>228:23 282:19<br>282:20 332:1,2<br>**males** 331:22<br>331:23 332:6<br>332:14 334:10<br>**malignancy**<br>330:9<br>**manner** 83:4<br>**mansouri** 8:9<br>274:10 275:12<br>275:20 277:2<br>279:11,13<br>280:10 281:1<br>282:2 328:4<br>333:14 334:5 | **mantovani**<br>197:9 213:16<br>217:12<br>**manufacturers**<br>165:1 276:7<br>**march** 15:10<br>28:23 95:8<br>108:23<br>**margin** 89:12<br>**mark** 20:9,10<br>112:23 166:6<br>241:9,11<br>**marked** 20:3<br>20:12 58:16<br>62:17 63:11<br>84:19 85:24<br>94:25 124:22<br>131:21 158:4<br>166:8 172:3<br>184:7 185:10<br>198:3 203:25<br>213:5 216:25<br>223:18 233:7<br>236:15 254:19<br>277:5 279:7<br>311:7<br>**markedly**<br>134:1<br>**marker** 119:8<br>244:10 245:15<br>**markers**<br>243:25 244:9,9<br>245:2,3,6,14,14<br>245:18,24 |

**[markers - medical]**                                                    Page 52

246:1,17 250:5
252:11,12
**marks**  92:13
**mash**  114:7,23
115:5,19
116:11 136:8
195:15 201:9
201:15 202:4
203:1 207:11
254:7 282:5
**masld**  106:22
106:25 109:24
110:2,22
111:20,24
112:24 113:7,9
113:12,15,16
113:18,24
114:2,8,11,11
114:18 115:21
116:11,20
128:4 141:13
153:25 194:11
195:3 204:21
205:3,8,18
206:19,19
207:3 208:9,9
208:10,11
209:11,13
215:23,25
219:1,9,22
226:13 243:22
254:7 258:4
262:3 265:19

**mass**  77:17
93:20 99:3,4
108:21 196:5
214:19 217:23
303:14,22
304:12,13
310:9
**masses**  93:5,8
94:7
**massive**  54:3
88:20 92:14,25
93:2,4,5,6
108:5 165:14
268:7 292:12
**massively**
161:25
**materials**  22:7
22:15,19 23:4
24:3,10 28:20
86:13,25
133:11 150:11
150:13,16
151:2,3 152:20
152:21 213:20
278:9
**math**  278:19
**matter**  9:16
145:8
**mayo**  225:18
**mcevoy**  302:7
302:25 304:18
**mcevoy's**  302:1
310:13

**mcw**  60:12
**mdl**  1:8 2:7
9:19
**mean**  18:12
19:3 23:22
27:17 28:20
30:9 33:11
34:20 38:2
42:14,16 50:6
52:22 56:6,22
57:16,18 59:8
65:2 71:6,13
74:23 75:1,7
77:7,8 109:6
111:16 122:13
126:10 139:6
158:22 164:1
165:13 169:25
175:25 184:3
207:1,9 216:10
220:17 221:24
238:3 265:1,15
285:12 305:19
322:2,25
330:15
**meaning**  93:20
313:8
**means**  30:9
82:24 97:14
261:21,23
285:7 314:11
**meant**  109:12
245:7 264:25

**measure**  235:9
**measuring**
148:3
**mechanisms**
155:7
**med**  31:16,16
31:24,25 60:13
74:25 79:23
**media**  9:14
58:2,5 112:12
112:16 165:25
166:4 233:15
233:19 306:23
307:2 340:22
**mediated**
243:24
**medical**  17:4,4
17:6 22:21
23:3,19,20
24:1,8,21 25:1
25:14 28:2
34:21,23,24
35:13 36:17,21
37:10,12 40:7
41:25 43:10,18
43:21,24 44:24
45:12,13,15
46:19 50:13
51:16,20,23
56:3,7,9 57:3
59:25 64:21
71:2,23 75:18
76:15 78:4,16
79:24,25 80:4

[medical - metformin]                                              Page 53

| | | | |
|---|---|---|---|
| 80:5,6,7,11 | 239:15 240:20 | 243:6,7,12 | **meta**  6:8 7:9 |
| 81:5 99:18 | 251:19 | **member**  68:22 | 131:15 204:12 |
| 101:24 110:9 | **medicine**  6:13 | 69:4,9,12,15 | **metabolic**  7:2 |
| 114:20 121:2 | 31:18,19 32:1 | **memory**  38:5 | 104:11 106:24 |
| 124:2 132:3 | 32:6,7,16 33:1 | 172:15 275:21 | 109:23 114:8 |
| 144:15 154:7 | 33:18 49:16 | 316:6 | 114:12 115:20 |
| 157:19 159:12 | 60:13 64:25 | **mention**  36:18 | 115:20,22,22 |
| 164:9 175:9 | 67:6 69:5,6 | 87:13 88:10 | 116:15,16,16 |
| 185:18 187:3,6 | 71:3 80:12 | 114:24 118:22 | 196:19 204:8 |
| 188:15,16 | 102:6 156:12 | 158:25 180:14 | 209:20,21 |
| 189:15,17,19 | 166:17 185:18 | 181:18 194:19 | 215:9 222:6,12 |
| 190:5,16 191:8 | 197:8 198:7 | 194:19 200:16 | 222:14,15,21 |
| 192:4,25 193:1 | **medicines** | 308:14 325:16 | 222:22 229:5,6 |
| 198:12 199:5 | 31:18 | **mentioned**  25:5 | 232:17 243:22 |
| 199:13 200:5,8 | **melanoma** | 40:23 51:15 | 248:22,24,25 |
| 247:12 249:21 | 331:17 333:4 | 55:6 56:7 | 249:4 250:18 |
| 267:5 283:23 | **mele**  6:1 24:12 | 73:21 89:1 | 250:19 254:1,6 |
| 285:18 286:2,6 | 24:13 25:10 | 126:13 145:5 | 254:15,16 |
| 288:6 289:3,4 | 26:8 95:5,8 | 145:21,23 | 255:1,2,10,11 |
| 289:8 292:6 | 96:14,17,20,24 | 152:4 160:21 | 255:15 256:13 |
| 299:6 300:11 | 96:25 145:4 | 171:22 232:5 | 258:3 259:6,7 |
| 302:11 307:24 | 161:2 193:8 | 244:3 245:2 | 259:8,19,24 |
| 308:2,2,23 | 247:18 316:5 | 262:7,15,18 | 260:16,17,21 |
| 314:14 325:9 | 318:16 | 263:10 272:16 | 260:23 261:23 |
| **medication** | **mele's**  24:17 | 275:1,3,20,23 | 262:3,11 |
| 14:25 80:19,22 | 25:21 26:4,20 | 280:20 288:5 | 264:11,11,13 |
| 80:23 81:5 | 97:22 315:14 | 294:5 307:15 | 264:14,23,25 |
| 239:7,18,20 | 315:18 | 310:12 316:11 | 265:18 268:17 |
| 243:2,8 250:24 | **mellitus**  7:11 | 334:25 | **metabolism** |
| 251:8 252:21 | 166:24 196:9 | **mentioning** | 88:11 |
| **medications** | 214:15 218:11 | 147:2 | **metastasis** |
| 80:15 81:6,8,9 | 234:22 236:3,7 | **mentions**  115:4 | 214:16 |
| 81:10 125:9 | 239:18 240:19 | **messaging** | **metformin** |
| 180:14 239:6 | 242:25 243:1,5 | 13:24 | 243:13 250:23 |

[method - n]                                                    Page 54

**method**  48:15
140:15 278:10
**methodology**
126:21 127:2
278:11
**methods**
121:11 133:11
166:20 167:4
167:11 217:21
281:8 320:11
**microphone**
12:1,3
**mid**  16:3
**middle**  88:7
221:17 222:2
256:22
**mild**  90:12
101:15,18
102:1 129:6
147:2 159:25
162:2 179:8,13
193:6,21 238:2
238:3 239:24
247:7
**mildly**  246:11
**milieu**  119:18
140:19 155:18
156:25 178:12
291:22
**milligram**
165:9 294:6
**millimeters**
89:15 90:6

**mind**  82:13
112:4 113:23
148:11
**minimal**  159:15
**minor**  92:10
**minute**  167:24
**minutes**  112:8
151:19 165:17
**mis**  182:16
**mischaracteri...**
181:20 182:19
192:9 231:22
240:23 248:15
268:25 282:6
309:13
**misheard**  93:10
**missed**  281:4
**missing**  59:6,9
80:10 221:17
**misspoke**  212:2
**misunderstood**
269:3
**mix**  185:6
**mixing**  284:9
284:14,15,19
293:20
**modification**
236:1 270:7
271:1
**modifications**
235:19 266:10
270:16
**molecular**
141:4 155:6

**monitor**  84:12
**monitored**  83:7
83:12 84:7
**monitoring**
83:15,17,20
84:10,11
**months**  88:22
108:6,14,18
109:2,3,4
143:12 148:23
149:14,25
150:21 151:1,7
151:15,18
152:4 235:10
236:22 237:24
253:5,6,6
304:1 312:8
**morning**  9:4
10:4,9 11:5
14:21
**move**  27:10
154:11 325:7
334:19
**moving**  24:1
**mris**  319:16,21
**multifaceted**
293:2
**multiple**  25:14
31:18 56:16
61:4,5,23
62:11 84:13
87:25 91:6
98:1,5,6,14
101:6 111:23

126:13 138:21
139:1,24 140:7
140:8 150:7
152:18,21
153:13,14
154:5 165:1
192:10 199:15
202:10 210:3
231:23 242:16
244:18 265:21
287:11 289:8
289:18 292:7,7
292:7 293:8
305:21,21
308:11 309:18
309:19,19,24
**multiplication**
294:12
**multiply**
294:11
**multitude**
150:10,19,24
**multivariable**
225:9
**multivariate**
259:21 260:1
**municipal**
135:20
**muscular**  32:13
**mystery**  80:8

**n**

**n**  115:7,8 116:6
155:8

**nafld**   136:8
    194:5,16,21,24
    194:25 195:3
    195:12,22
    207:20,21,25
    215:9 216:5
    219:1,22 226:8
    226:13 230:11
    262:3 268:16
**najafi**   316:4
**name**   9:21 10:4
    10:9 11:5,9
    19:13 86:11,12
    171:21 198:18
    237:12,14
    315:10 342:18
**named**   67:11
    172:12
**nanogram**
    297:5
**nanograms**
    165:10,13
    294:7,9 295:4
    295:18 296:3,8
    296:12,13,21
    296:24 297:11
    298:25
**narrative**
    130:13
**nash**   113:14,14
    113:16,17,18
    113:19,23
    114:2,2,5,10,22
    115:5,7,13,16

    115:24 116:2
    116:11 128:3,5
    132:24 134:24
    135:15 136:8
    186:8,24
    187:13,23
    188:16 190:25
    192:5 194:4,15
    194:19,21,24
    194:25 195:2,3
    195:12,22
    196:17 197:2
    199:1,6,11,14
    199:17 200:2,4
    200:9,12,16,20
    201:6,8,15
    202:4,5,22
    203:1,14,20
    207:11,24,25
    208:2 209:1,7
    212:19 218:22
    224:12,19
    225:14,15,18
    225:19,24
    226:19,20
    227:11,16,22
    227:23,23
    228:17,17
    229:14,19,22
    229:23 230:2
    230:12,13
    232:2,6,10
    248:19 254:13
    268:15 282:5

**nasld**   114:11
    114:19 115:17
    115:18 116:11
**national**   91:9
    100:18 121:13
**nationwide**
    166:18 167:10
**ndma**   33:21
    34:3 35:7,11
    35:14,17,21
    36:2,22,23
    37:14 41:8
    42:3,7,24 44:4
    44:10,11 45:17
    47:7,13 49:14
    51:10 52:9,17
    52:25 53:8,14
    53:22 54:4,12
    54:13,16,21
    55:10,21,24
    56:2,3,5,11
    57:1,5,10
    68:14,20 81:14
    87:14 88:18
    92:18 99:12
    108:10 126:22
    127:11 137:21
    143:14,18
    144:19 145:10
    148:3 153:25
    154:4,13,16,18
    155:20,25
    156:7 157:3,8
    157:9,12,23

    158:25 159:7
    159:24 160:5,7
    160:9,21,24
    161:4 162:1,11
    162:17,19,22
    162:25 163:20
    164:5,17 165:3
    179:23 181:18
    182:15 189:9
    208:22 210:23
    211:13 247:16
    259:12 268:1,4
    271:16,17
    272:25 273:14
    273:22,23
    274:4 276:9,19
    276:21,21
    277:18,23
    278:14,14,15
    280:12 281:10
    283:8,19,25
    284:10 285:9
    285:13,23,25
    286:3,15 287:1
    287:3,4,10,12
    288:7,22 289:5
    289:11,11,16
    290:3,6,20
    291:1,6,21,24
    292:13,16,23
    293:9 294:17
    295:1,2,3,5,8
    295:14,18
    296:2,8,12,13

[ndma - nigh]                                                          Page 56

| | | | |
|---|---|---|---|
| 296:20,24 | 287:19,21 | **new**  1:2 2:2 | 126:12 130:12 |
| 297:18,23 | 315:2 | 6:23 9:19 13:2 | 130:25 137:10 |
| 298:4,17,20 | **needed**  73:8,10 | 162:1 | 137:13 138:20 |
| 299:1,6,11,17 | 73:11 75:6 | **nice**  88:2 | 139:17 144:8 |
| 299:23 300:1,4 | 195:16 236:5 | 111:13 197:13 | 144:23 148:4 |
| 300:5,21,24 | 252:20 | 215:25 | 148:24 151:4 |
| 301:4 311:23 | **needs**  184:17 | **nigh**  3:4,5 10:9 | 153:9 154:21 |
| 312:10,19 | 190:13 287:20 | 10:10,12,15,16 | 157:15 159:9 |
| 313:3,12,17,24 | 287:21 | 19:9,11,17,21 | 161:5 162:14 |
| 314:5,19 | **negative**  94:12 | 23:9 24:19 | 163:22 164:7 |
| 322:18 323:18 | **negligible** | 25:11 29:12,14 | 165:16,21,23 |
| 323:25,25 | 263:17 265:10 | 29:20 30:7 | 168:21 170:10 |
| 324:18,24 | 265:15 | 31:4,13 33:10 | 170:22 171:10 |
| 325:3,18 | **neither**  342:14 | 37:7 38:1,3,17 | 174:18 175:1 |
| 326:21 329:12 | **nephrology** | 40:1 41:12,23 | 177:19 180:24 |
| 329:15,19,20 | 31:22 | 42:9 43:1 | 181:20 182:16 |
| 330:5,17 | **neurology** | 44:12 45:18,20 | 182:18 187:24 |
| 331:15,18 | 31:23 | 46:23 49:15 | 191:4 192:9 |
| 334:22 335:10 | **never**  14:24 | 52:12,20 53:17 | 195:6,9 197:5 |
| 335:16 336:5,9 | 68:13 81:15 | 53:25 54:17,23 | 200:14 205:5 |
| **nearly**  142:11 | 82:15,18 97:25 | 55:3,12 56:13 | 207:14 209:3 |
| 143:17 160:8 | 100:9 102:4,19 | 57:8 59:7 69:1 | 211:8 214:23 |
| 244:2 268:4,6 | 102:19 106:10 | 69:19 70:6 | 221:8 223:8 |
| 271:16 294:8 | 108:2,2 145:17 | 71:16 74:22 | 230:4 231:12 |
| 303:9 326:1 | 145:18 148:25 | 76:1,19 78:8 | 231:15,22 |
| **neck**  61:1 | 151:15,15 | 79:21 82:17 | 233:1,9,13 |
| **need**  13:13 | 152:4 203:17 | 99:20 100:23 | 235:5 239:1 |
| 42:17,18 43:14 | 219:19 251:8 | 101:20 107:17 | 240:22 241:17 |
| 43:15 44:19 | 272:1 274:20 | 108:17 109:7 | 242:5,23 |
| 68:3 74:7,8 | 275:15,19,19 | 110:17,24 | 245:20 247:23 |
| 78:9,25 101:13 | 276:11 284:6 | 111:21 112:7 | 248:15 249:19 |
| 135:2 190:11 | 322:5 323:24 | 112:10 113:11 | 251:25 253:1 |
| 190:13 216:19 | 336:7 | 115:9,11 | 255:24 261:14 |
| 249:23 275:22 | | 121:23 122:18 | 265:11 268:23 |

268:25 280:4
280:13 282:6
283:9,20 286:5
287:6 288:9
289:6 291:4
292:4,18 293:1
294:21 295:20
296:4,15,25
298:8 299:18
302:19 307:21
309:4,13
312:11 313:4
313:13 314:1,6
314:22 315:2,9
315:10 316:19
317:1,11,21
318:8,21 319:2
319:13,19
320:1,22 321:3
321:5,15
323:15,22
324:13 325:6,8
325:14,21,23
326:7,25 327:2
327:8,22 328:2
328:18 329:1
329:24 330:8
330:14,22
331:4,12 332:5
332:10,18,23
333:18,23
334:4,13,17,20
335:8,14,23
336:12 337:1

337:15,20
338:6,17,22
340:2,10,18
343:1
**nighgoldenbe...**
3:14,15,16,17
343:2
**nina** 4:5 10:4
11:5 112:7
**nina.rose** 4:11
**nine** 327:12
**nitrosamines**
68:14
**nitrosodimet...**
155:8
**nodular** 96:3
**noise** 91:19
**nomenclature**
197:11
**non** 96:2
132:19,21
134:3 158:16
214:13 262:25
**nonalcoholic**
7:13,22 113:23
114:2,4 115:16
115:17 116:6
116:15 128:2
194:4,5,10,14
194:15 223:25
224:8
**noncancer**
309:21

**noncarcinoma**
309:20
**noncardiac**
239:22 240:1
240:14,15
**noncirrhotic**
169:19 201:13
**nondiagnosed**
183:16
**nonexposed**
327:18
**nonfunctional**
305:18 306:4
**nonfunctioning**
310:18
**normal** 118:19
119:18,22
120:3,6,10,19
121:1,13,14,15
121:18 122:5,8
122:8,9,12
123:2 124:21
141:21 201:18
303:18
**normals** 121:15
**north** 7:24
234:2
**notation** 302:2
**notations**
180:11
**note** 9:7 149:20
189:18,22
191:6 198:24
213:25 215:19

234:16 238:1
239:8,9 241:4
241:6,23
242:16,18,24
243:1,4 275:3
343:10
**noted** 103:10
119:21 164:24
164:25 201:2
207:19 239:13
241:24 249:9
340:24 341:8
**notes** 6:18,21
172:21 173:14
176:20 180:1
180:11,14
181:9 185:21
188:19 192:25
211:11 238:2
**noticed** 91:14
**noticing** 10:3
**notion** 155:20
197:2
**november** 8:11
108:24 210:22
239:12 312:4,7
313:1,11 314:5
314:21 326:1
**nuanced** 82:19
100:8,8 151:11
304:7
**nuances** 67:5,9
67:15 68:18
110:12 112:4

[number - objection]                                                    Page 58

| | | | |
|---|---|---|---|
| **number**  5:10 | **obese**  196:5 | 327:20,25 | 137:10 138:20 |
| 9:19,20 36:15 | 222:17 253:17 | 328:16,24 | 139:17 144:8 |
| 45:3,3,4 59:24 | 253:20 | 329:22 330:6 | 144:23 148:4 |
| 62:6 69:17 | **obesity**  196:1 | 330:12,20 | 148:24 151:4 |
| 90:10 97:7,8 | 196:17 197:2 | 331:2,10 332:3 | 154:21 157:15 |
| 112:16 113:3 | 197:16,20 | 332:9,16,21 | 159:9 161:5 |
| 121:21 124:22 | 208:7 211:22 | 333:16,21 | 162:14 163:22 |
| 135:9,10,20,24 | 211:25 218:14 | 334:2,11 335:6 | 164:7 168:21 |
| 137:15 138:7 | 220:4,8 221:19 | 335:12,21 | 170:22 171:10 |
| 149:2 156:9 | 226:13 248:19 | 336:10,23 | 174:18 175:1 |
| 165:2 238:6,10 | 253:22,24 | 337:13,18 | 177:19 180:24 |
| 238:15 240:11 | 254:2,3,5,12 | 338:4,15,20 | 181:20 182:16 |
| 282:25 293:4,4 | 255:17,21 | **objection**  24:19 | 182:18 187:24 |
| 293:8,12,18 | 256:20 257:11 | 25:11 29:12,20 | 191:4 192:9 |
| 294:5 303:4 | 257:17,24 | 30:7 31:4,13 | 195:6,8 197:5 |
| 306:23 320:18 | 258:8,11 | 33:10 37:7 | 200:14 205:5 |
| 327:10 340:22 | 260:17 263:6 | 38:1,3,17 40:1 | 209:3 211:8 |
| **numbers**  122:5 | 263:15,17 | 41:12,23 42:9 | 214:23 221:8 |
| 122:16 123:22 | 264:5,6 265:14 | 43:1 44:12 | 223:8 230:4 |
| 123:24 124:2 | 265:16,24 | 45:18 46:23 | 233:1 235:5 |
| 131:2 139:19 | 266:2 267:19 | 52:12,20 53:17 | 239:1 240:22 |
| 173:11 204:19 | 268:13 269:11 | 53:25 54:17,23 | 241:17 242:5 |
| 206:10 240:12 | 270:8 282:4 | 55:3,12 56:13 | 242:23 245:20 |
| 281:7 283:3 | **object**  130:12 | 57:8 69:1,19 | 247:23 248:15 |
| **nw**  3:10 4:9 | 153:9 170:10 | 70:6 71:16 | 249:19 251:25 |
| **ny**  343:15 | 316:17,24 | 74:22 76:1,19 | 253:1 255:24 |
| **o** | 317:9,19 | 78:8 79:21 | 261:14 265:11 |
| | 318:19,25 | 82:17 99:20 | 268:23 280:4 |
| **o**  131:18 | 319:11,17,24 | 100:23 101:20 | 280:13 282:6 |
| **o'clock**  315:7 | 320:20 321:1 | 107:17 108:17 | 283:9,20 286:5 |
| **oath**  10:25 | 321:13 323:13 | 110:17,24 | 287:6 288:9 |
| 312:18 313:7 | 323:20 324:11 | 111:21 113:11 | 289:6 291:4 |
| 342:9 | 325:5,12,19 | 115:9 121:23 | 292:4,18 293:1 |
| | 326:5,25 | 122:18 130:25 | 294:21 295:20 |

[objection - okay]                                                          Page 59

| | | | |
|---|---|---|---|
| 296:4,15,25 | **offered** 30:24 | 19:21 20:5,16 | 109:13 110:2 |
| 298:8 299:18 | 31:2 48:8 | 20:17,20 21:6 | 112:10 115:12 |
| 302:19 307:21 | 49:21 | 21:9,15,17,18 | 116:18 119:20 |
| 309:4,13 | **offering** 48:20 | 21:21,24,25 | 120:22 121:3 |
| 312:11 313:13 | 51:3,5 87:8 | 22:9,10,12 | 121:22 123:4 |
| 314:1,6,22 | 171:20 | 23:20 24:7 | 125:21 126:8 |
| 318:6 | **office** 239:13 | 27:11 29:5 | 127:18 130:11 |
| **objections** 9:24 | 241:5 | 33:16 34:9,20 | 130:20,22 |
| 313:4 | **official** 92:11 | 35:16,24 37:16 | 132:2,7 133:2 |
| **observed** 96:11 | 93:24 239:6 | 39:3,21 40:15 | 133:11,19,21 |
| 96:21 131:7 | **oh** 17:7 21:3 | 44:7 45:12 | 133:21 137:2 |
| **observes** 223:6 | 27:1,9 28:17 | 46:17 48:3,7 | 139:4 144:4 |
| **obstructive** | 61:12 66:9 | 48:11,19,23 | 150:9 152:24 |
| 238:12 240:2 | 69:25 86:8 | 49:6 50:22 | 153:6,18,20 |
| **obtained** 23:17 | 91:15,17 | 51:7 53:13 | 154:9 156:1,3 |
| **obvious** 56:18 | 109:13 126:8 | 56:7,25 58:11 | 157:11 158:7,8 |
| 161:17,19 | 126:10 127:18 | 58:11,18 59:21 | 158:13 161:1 |
| 244:17 267:5 | 153:4 172:18 | 60:5,8,10 | 164:15,18,19 |
| **obviously** 69:5 | 173:9,12 176:5 | 63:13,16 65:21 | 166:11,12 |
| 104:22 247:5 | 181:6 184:19 | 66:4,11 68:2 | 167:25 169:9 |
| 269:20 293:17 | 189:14 193:12 | 72:17 75:21 | 170:3,19 172:8 |
| **occasion** | 194:9 196:25 | 77:5 78:14 | 172:10,15,18 |
| 134:10 | 202:4 207:8 | 80:25 81:11 | 172:19,22 |
| **occur** 266:10 | 212:1 237:15 | 82:11 83:22 | 173:1,2,4,9,9 |
| 266:12 | 239:12 240:21 | 84:22,24 85:2 | 173:12,12,16 |
| **october** 108:24 | 242:13 247:1 | 85:9,23 86:11 | 173:16,17,23 |
| 166:14 | 282:18 295:24 | 86:15 87:2,7 | 176:3,5,12,15 |
| **odds** 255:17 | 298:16 301:20 | 90:15 91:6,15 | 177:12,12,23 |
| 260:3 261:1 | 306:12,14,16 | 92:22 93:11 | 181:6,6,11,15 |
| **offer** 29:10,17 | 306:16 | 94:2 95:4,16 | 184:10,11,15 |
| 33:21 34:2 | **okay** 11:18 | 95:20 96:1 | 185:12,13,13 |
| 52:8,16,25 | 12:4,8,21 13:4 | 97:16 101:23 | 185:17,17 |
| 53:3,13,21 | 13:16 14:16 | 103:3,9,17 | 186:12,20,22 |
| 82:25 | 16:23 18:4 | 107:6 109:11 | 186:23 187:3,8 |

[okay - opinion]                                                    Page 60

| | | | |
|---|---|---|---|
| 187:11,16 | 287:3 290:14 | 305:20 | 53:12,13,21 |
| 190:22 192:16 | 290:25 298:16 | **oncologists** | 54:6,20 69:7 |
| 194:1,2,10,25 | 301:25 302:7 | 31:7 64:13 | 75:17 81:18 |
| 195:5,13,25 | 302:16 306:8 | 288:13 | 82:12,25 83:2 |
| 197:1,25 198:7 | 306:16,21 | **oncology** 30:17 | 83:2,3 89:4 |
| 198:10,10,14 | 307:15 308:22 | 30:20,25 32:2 | 90:15 91:3 |
| 199:23 201:14 | 311:14,21 | 33:19 68:16 | 96:13 97:22 |
| 202:20 203:23 | 312:18 314:24 | 69:10 71:4 | 98:10 99:5,16 |
| 204:3,7 211:2 | 315:2,4,21 | 186:1 | 101:21 117:8 |
| 213:11,14,19 | 316:6 317:16 | **ones** 32:12 | 119:17 123:23 |
| 214:5,7,12 | 318:9 319:20 | 62:12 274:6,8 | 124:4,13 |
| 215:7,14 | 320:5,6 321:3 | **online** 11:13,22 | 139:14 146:21 |
| 217:15,17,21 | 321:16 322:4 | 61:21 | 148:1,6,19,21 |
| 220:25 223:4 | 322:12,23 | **onwards** 55:24 | 154:8 160:5,8 |
| 223:14,15,16 | 326:10 328:5,8 | **open** 13:22,25 | 161:1 174:23 |
| 223:20 224:21 | 332:13 333:2 | 14:3 132:6 | 176:6,8,9 |
| 224:22,24 | 334:17 337:7 | 306:10 | 179:15,16 |
| 226:16,21,24 | 337:21,23 | **opened** 66:4 | 189:2,3 192:19 |
| 227:6,19 229:8 | 338:12 339:2 | 198:8 339:2 | 193:20 194:14 |
| 229:24 231:2 | 339:13 340:2 | **opening** 58:18 | 199:9 202:21 |
| 233:5 234:2,3 | **old** 186:16,24 | 84:21 328:5 | 206:11,13 |
| 234:6,10,21 | 190:24 | 336:20 337:23 | 209:1 210:13 |
| 236:12,14 | **once** 125:7,7 | 338:12 339:13 | 210:14 211:3 |
| 237:3,15,15,16 | 201:24 271:2 | **operator** 260:3 | 220:13,14 |
| 237:17,20 | 276:18 | **opine** 336:7 | 242:7 246:6 |
| 238:10,15 | **oncologist** | **opining** 265:8 | 247:7,13 |
| 242:22 245:8 | 16:25 30:15,16 | **opinion** 25:2 | 248:11 249:15 |
| 246:21 249:14 | 30:22 31:9 | 29:23 35:6,10 | 249:17,21 |
| 254:21,22 | 60:2,9 61:3 | 35:16 36:13,22 | 260:8 264:16 |
| 255:14 260:1 | 64:12,21 72:3 | 40:17 42:6,23 | 267:25 268:21 |
| 261:9,17 264:1 | 72:4,7,24 | 44:8 48:9,20 | 272:4 273:14 |
| 269:7 272:2 | 73:23 129:12 | 49:4,5,20,21,22 | 285:24 290:2,5 |
| 277:3,7 278:25 | 187:11,22 | 50:2 51:1 52:5 | 290:19 296:11 |
| 279:4,10,19 | 188:3 302:8,17 | 52:8,16 53:11 | 296:19 298:3 |

[opinion - page]                                                            Page 61

298:10,17,23
299:6,7,10,16
300:11,21
303:2 309:2
310:16 311:23
312:9,23 313:2
313:12 326:2
329:5 335:4,11
335:20 336:3
**opinions** 17:5,9
23:14 24:16,17
24:24 25:9,9
25:18 28:11
29:10,17 30:5
33:21 34:2
50:24 51:4,6
52:25 53:4,5
87:8 104:20
157:17 171:20
190:20 218:6
313:17 316:21
317:14 321:12
324:9 334:15
337:3,17 338:8
338:23 339:10
339:20,25
**opportunity**
178:3,21
**option** 30:17
**options** 290:9
290:23
**oral** 239:15
**order** 28:4
38:21,21

**organ** 32:8
100:12
**organization**
286:3,6
**organizations**
286:25 289:3,9
289:18
**origin** 111:8
146:1
**osap** 240:2
**osas** 238:10
**outdated** 65:20
**outliers** 102:22
102:25,25
149:1 152:5,5
263:12 272:8,9
**outs** 64:6
**outside** 202:22
203:1 260:8
**ovarian** 60:24
308:18
**overactive**
140:22
**overall** 43:11
111:6 119:4
137:23 145:24
179:21 252:22
328:19 329:11
333:19,24
334:6
**oversees** 72:8
**overtime** 85:8
**overview** 28:8
49:3 51:22

178:6
**overwhelming**
104:5 106:1
263:5 265:6,6
267:11 268:9,9
**overwhelmin...**
206:4 266:1
**own** 28:11 74:5
121:15 180:1
256:23 282:24
282:25
**oxidative** 88:12
196:19 216:7
249:4

**p**

**p** 300:6 332:19
332:20
**p.m.** 2:18
165:24 166:3
184:24 185:1
233:15,18
273:7,10
306:23 307:1
310:22,25
315:5,7 340:5
340:8,20,24
**page** 5:10 21:1
27:4,7 34:13
48:3 59:10
61:21 62:4,22
63:21,22 66:17
85:2,5,23
95:11,14,15

103:9 113:3
116:24 117:10
125:22,23,24
125:24,24,24
126:3,3 127:15
127:17,20
128:1,2 133:19
133:19 134:13
149:19 153:19
154:12 155:2
157:13 158:10
159:3 167:4,21
167:22 169:3,7
172:22 173:3,4
173:6,7,9,11,21
174:5 176:12
176:16,18
181:5,8 184:11
184:14,17
186:14,21,22
194:8 195:25
196:8,15,24
198:16 204:14
210:5 213:24
214:5 215:4
217:15,17,19
217:20 226:23
227:4 229:17
237:11 240:10
240:17,20
263:14,23
274:11 277:13
279:17,18,19
289:23 290:1

**[page - patient]**                                                    Page 62

| | | | |
|---|---|---|---|
| 290:11 296:7 | 68:20 170:4,7 | 203:18 209:13 | 190:16 192:25 |
| 298:2 301:12 | 170:9,19 171:1 | 209:15 230:8 | 201:11 |
| 301:18,21 | **papers** 66:22 | 235:21 247:11 | **pasted** 86:22 |
| 307:8,11 308:8 | **paracentesis** | 248:22 249:3 | **pathogenesis** |
| 311:19,20,20 | 303:7 | 270:11,14,14 | 155:7 |
| 311:21 312:6,7 | **paragraph** | 272:14 316:15 | **pathologist** |
| 315:22 321:16 | 22:6 95:12,17 | 316:20 | 74:12 |
| 322:10 323:23 | 133:24 158:13 | **participants** | **pathways** |
| 326:11 328:7 | 167:12,22 | 2:17 9:10 | 230:19 |
| 329:8 331:14 | 196:16,23,24 | 11:21 | **patient** 6:23 |
| 333:1 344:4,7 | 198:23 224:23 | **participating** | 23:23 46:11 |
| 344:10,13,16 | 255:7 263:16 | 11:25 | 64:25 65:1 |
| 344:19 | 263:25 264:1 | **particular** | 70:22 71:20 |
| **pages** 1:25 22:9 | 290:1,12 | 26:17 27:4,7 | 72:11,13,23 |
| 63:1 64:6 95:5 | 298:15 316:23 | 46:1 81:7 | 73:9,12,19 |
| 158:8 176:13 | 320:11 | 88:23 104:24 | 74:4,6,14,20 |
| 184:22 198:10 | **parallel** 123:7 | 165:6,9 283:12 | 75:5,10 76:13 |
| **pain** 124:6,8 | 123:21 | 308:8 | 76:16 77:5,16 |
| 125:8 239:23 | **paraphrasing** | **particularly** | 78:3,6,6,17,18 |
| 246:14 267:14 | 40:9 91:10 | 89:13 | 78:23,24 80:13 |
| 308:12 318:13 | 94:13 134:21 | **parties** 9:12 | 80:20,20 81:4 |
| **palliative** 60:12 | 178:10 221:15 | 246:21,22 | 81:12,16,16 |
| **palpitation** | 275:5 294:25 | 247:19 342:16 | 82:1,5,6,15,25 |
| 239:24 | **parenchyma** | **parts** 53:6 | 83:6,11 84:5,5 |
| **palps** 239:24 | 96:5,7,8 | 159:14 | 84:12 88:14 |
| **pancreas** 89:22 | **parenchymal** | **party** 27:14 | 97:11 98:2,4 |
| **panel** 62:9,9 | 94:20,21 | **passed** 83:16 | 98:10 99:16 |
| **panigrahy** | 304:10 | 83:21 84:11 | 105:13 107:21 |
| 316:4 | **parentheses** | **passes** 108:23 | 108:1,3 120:12 |
| **panigrahy's** | 134:2 | **past** 14:23 80:4 | 129:9,10,22,25 |
| 335:4,20 | **part** 74:1 80:12 | 80:11 94:12 | 135:10,23 |
| **paper** 14:11,16 | 116:1 119:18 | 101:14 102:1 | 137:20 146:8 |
| 21:10,13 26:12 | 134:13 157:20 | 188:14,15 | 146:21 147:24 |
| 62:2 66:24 | 189:24 196:18 | 189:15,17,19 | 170:17 179:22 |

**[patient - period]**                                      Page 63

| | | | |
|---|---|---|---|
| 183:21,23 | 129:15,15,18 | 275:16 276:3,4 | 320:24 329:19 |
| 188:8,9,13,14 | 129:18,24 | 279:21 281:15 | 330:1,17 |
| 190:12 191:21 | 131:3 137:8 | 281:15,16 | **percent** 71:22 |
| 192:1 226:8 | 138:5 139:24 | 284:23 293:21 | 77:13 128:5 |
| 232:8 234:14 | 140:7 141:15 | 295:8 307:23 | 131:4 134:16 |
| 237:12,14 | 146:7 147:9 | 317:7 326:21 | 134:17,20,23 |
| 244:22 251:7 | 149:3,7 157:23 | 329:12,14 | 134:24,25 |
| 252:23 253:3 | 169:13,15 | 331:5,18 | 135:1,15 138:5 |
| 253:14 264:21 | 170:21 203:4 | **pause** 273:2 | 147:11 167:14 |
| 281:8,11 284:7 | 203:13 205:25 | **pay** 144:2 | 167:17 204:24 |
| 305:24,25 | 206:1 207:4,18 | **paying** 281:16 | 205:3 225:6,11 |
| 320:19 | 208:3 209:1 | **pb** 134:22 | 234:25 252:24 |
| **patient's** 45:23 | 214:15 217:20 | **pdf** 20:25 | 255:18 278:18 |
| 188:9 | 222:4,11 | 176:13 227:5 | 280:17 327:3 |
| **patients** 7:21 | 223:24 224:7 | 311:10,20 | 327:17 328:19 |
| 50:20 51:14 | 224:12,19 | **pediatrics** | 330:16,25 |
| 62:10,13 67:8 | 225:14,15,17 | 31:20 | 332:13 |
| 67:16 69:17,23 | 225:24 226:19 | **peer** 24:23 | **percentage** |
| 70:2,7,10,12,24 | 226:19 227:11 | 25:19 28:4 | 171:8 262:10 |
| 71:1,3 72:9 | 227:15,22,22 | 50:15 51:19 | **percentages** |
| 73:16,16,22 | 227:24 228:5 | 56:1 102:15 | 46:8 |
| 74:6,15 75:3 | 228:16 229:13 | 104:24 150:4 | **perfect** 12:8 |
| 79:9,17 81:2 | 229:19,22 | **pelvis** 94:18 | **perform** 49:7 |
| 82:10 83:15 | 230:11,24,24 | 95:22 | 51:9 212:6 |
| 84:3,10 96:11 | 232:2 251:20 | **penalty** 341:6 | **performed** |
| 96:21 97:15 | 257:3,4,16 | **pending** 13:15 | 11:14 95:23 |
| 98:19 99:25 | 259:20,25 | **pennsylvania** | 101:25 234:24 |
| 100:21 101:13 | 260:2,15,16,23 | 4:9 | **performing** |
| 101:25 102:7 | 261:4 263:5 | **people** 43:3,4 | 51:2 |
| 105:4,20 106:2 | 266:13,14 | 59:12 65:9,10 | **period** 88:17 |
| 106:2 107:4 | 271:3,4,9 | 70:17 118:18 | 148:22 149:13 |
| 111:1,5,9 | 272:9,13,17 | 146:25 147:6 | 149:25 150:21 |
| 119:23 128:5 | 274:16,17 | 168:13 251:18 | 151:1 192:22 |
| 129:1,2,3,3,11 | 275:2,9,14,16 | 284:9 308:5 | 270:5 327:13 |

[period - plus]                                                                Page 64

333:11

**peripheral**
89:12

**peritoneal**
309:17

**peritoneum**
309:17

**perjury** 341:6

**person** 25:3,13
34:16,18,20,23
34:24,25 70:19
70:20 71:13,15
77:5 129:23
146:7 236:7
270:12 298:24
313:20

**personally**
73:18 86:7

**pertain** 30:12

**pertains** 136:8

**pete** 4:17 9:21

**pharmaceutical**
1:10 2:10
165:7,8 285:8
343:4 344:1

**pharmaceutic...**
276:10 285:11

**pharmacy**
80:18,19,24
165:8

**phone** 74:9,9
74:11

**phrase** 115:14
192:6 301:14

**phrases** 115:13

**phv** 104:10

**physical** 80:1
129:11 142:17
148:15,16
208:13 219:25
252:12 317:24

**physically**
140:6 193:18
246:2

**physician**
25:15 59:11
72:14,25 81:23
94:10 129:13
178:5,20 180:1
181:16 188:8
188:25 240:13
248:4

**physicians**
55:25 72:15
74:14

**pick** 74:9,9,11
206:6

**picked** 60:18
62:1 203:15,15
206:20 233:2,4
244:5

**pictogram**
111:13

**picture** 43:11
44:24 45:10
87:24 180:3
251:21 292:13

**pill** 160:6 164:3
165:13 276:9
276:18 285:5,6
285:10,14

**pills** 53:9 165:6
183:8 276:7

**pin** 36:13 103:4

**place** 9:12
86:18 140:10
342:7

**placed** 342:9

**plaintiff** 10:13
17:20 24:24
28:9 30:11
47:13,18 50:7
136:13 244:7
244:22 258:21

**plaintiff's**
16:12 17:15
18:25 19:2
24:21 27:19
29:6 85:11
95:7 96:13
99:1 193:8

**plaintiffs** 3:3
10:15,17 19:6

**plan** 74:2 80:9
186:23 190:3
190:23 191:15
238:1

**platform** 11:13
11:15 13:20
14:9

**play** 43:7 50:19

**played** 285:2

**plays** 229:2

**pleadings**
22:13 23:2

**please** 9:7,25
11:9 13:7 17:2
26:16 29:15
33:12,24 36:4
40:3 41:13
52:13 55:13
61:11 83:9
85:3 101:16
114:25 115:14
126:4 127:23
132:4 139:8
144:10 154:22
155:22 161:7
167:2 170:23
172:19 181:1
194:11 202:2
210:18 216:14
234:1 241:19
263:21 271:10
271:24 286:10
286:12,18
292:19 296:16
298:10

**pllc** 3:4

**plos** 6:13

**plot** 169:19

**plunkett** 316:3

**plus** 108:25,25
165:17 267:21

**[plus - presented]**                                                    Page 65

267:21 269:13
269:13,17,17
327:24
**point** 12:5 93:1
93:14 106:6
107:24 123:21
137:4 152:24
154:25,25
167:2 177:1,5
181:1,15,22
183:10,11
200:2 202:15
207:2 221:23
226:3,4 227:20
246:16 250:14
253:11 261:5,9
266:11 274:1
292:14 293:25
295:11 299:9
299:15 300:17
**pointed** 226:15
320:12,13
**pointing**
107:19,20
238:7 242:25
268:5 283:12
**points** 77:4
86:23 118:25
118:25 136:12
136:13 146:16
149:6 219:4
284:17 285:21
**poll** 89:20

**pool** 112:2
**populate**
189:23
**population**
105:2,2,3,13,14
105:15 111:5
120:23 135:10
135:23 136:25
146:6 171:15
174:12,17,25
204:18,23
205:12,13
206:2 229:19
229:21,24
232:8 274:15
274:15 281:8
284:8
**portal** 303:23
309:22,23
**portion** 115:24
**portions** 89:24
**position** 188:2
**positive** 281:21
**possibilities**
82:8 92:12
**possibility** 72:6
140:2
**possible** 29:22
40:24 90:24
92:10,10
102:14 113:14
113:14 125:17
150:6 155:12
228:13 234:18

236:8,11
296:16 321:19
**possibly** 62:1
92:11,11 93:25
136:17
**post** 7:7 204:11
**posted** 59:4,16
59:18
**potent** 290:15
**potential** 15:18
37:4 127:3
153:23 158:25
194:1 199:6,7
241:16 242:3
242:20 322:15
322:18 323:17
325:4
**potentially**
277:18 280:11
**pottegård**
274:10,13,14
274:23,25
275:10
**practice** 62:6
68:19 70:4
79:17 81:1
82:24 102:6
288:6 319:7
**practices** 17:4
78:17
**practicing** 25:1
67:6 68:17
305:20

**practitioner**
25:1
**pre** 116:1
**precarious**
77:25
**precise** 150:6
**precision**
166:17
**prediabetes**
257:11,17
260:4 261:2,6
**prefer** 194:21
**premise** 218:16
**preparing** 17:8
17:10
**prescription**
161:13,15
182:1,24
284:11 327:12
**prescriptions**
333:10
**present** 10:1
111:5,14
186:13 193:11
196:18 201:10
227:16 247:21
249:3 272:13
292:16,24
294:17
**presented** 40:8
42:1,1 123:16
187:19 242:8,9
303:5

**presenting**
140:3 281:7
**pressure** 239:4
252:13 303:22
308:13 310:9
**pretty** 123:12
123:13 206:2
213:2 216:9
257:8
**prevalence**
257:17
**prevalent**
136:6
**previous** 19:6
56:4 79:1,2
88:16 135:5
188:25 260:11
**primary** 72:14
134:23,24
135:14 136:15
146:13 174:1
177:7,11,17
180:22 181:17
182:13 183:4
186:3,4 324:16
**princeton**
165:7
**printout** 5:15
5:22
**prior** 11:16
22:7 55:1,8,19
56:9 57:4,14
79:16 81:11
83:5 103:7

134:9 171:19
196:5,13
210:16 221:1
241:15 253:17
342:9
**probability**
191:14
**probable** 199:7
**probably** 21:11
124:10 198:25
200:20 201:3
**problem** 12:4
55:18 185:5,7
224:4
**problems** 284:2
**proceed** 10:20
**proceeding**
9:24 11:22
**proceedings**
342:6,8,10
**process** 31:17
72:5 87:9,11
87:12 91:7,22
91:24 92:16,17
99:4 127:8
141:23
**processes** 314:8
**produce** 126:4
**produced** 22:8
22:20 85:11
103:7 126:18
**product** 19:14
311:15

**production**
276:9
**products** 1:6
2:6 9:17
277:19
**professional**
34:21,23,24
58:22
**profile** 58:22
58:24 59:1,23
155:11
**prognosis** 7:6
73:5 204:11
212:23
**prognosticati...**
76:4
**program** 5:18
32:5 62:23
**programs**
13:22,25 14:4
**progress**
148:22 149:13
149:18,25
150:20,21,25
192:21 270:10
272:5 290:7,22
291:3
**progressed**
93:12,13
101:14 102:1
**progresses** 98:2
98:4 262:12
**progression**
86:3 92:25

105:18 108:4
129:5,14
140:23 145:14
145:15 152:2,3
152:15 178:8
179:11 205:23
207:23 211:18
224:7 226:7
230:10 243:21
250:16 267:3
268:6,7
**proinflammat...**
216:3,7 219:6
228:13 232:13
243:25 250:4
254:9 266:5
**proliferation**
216:4
**promote**
105:25 162:23
300:4 334:22
**promoted**
179:17 273:1
290:6,21
**promoter**
162:11,19,25
208:21 271:17
284:1 291:7,21
298:21 299:1
300:2,9,12
301:3,4,9
**promotes**
163:16 250:3
291:2,24

**[promotes - question]**                                                    Page 67

292:16,24
294:18
**promoting**
230:18
**pronouncing**
34:11 96:6
**propensity**
136:1,1 276:2
**proper** 281:22
281:23,24
**proportion**
85:6 104:3
106:8,21 107:7
112:24 113:5
**proposition**
154:10
**pros** 102:21
**prostate** 60:24
**protal** 309:23
**prove** 220:2
287:12 297:25
**proven** 298:22
**provide** 24:8
**provided** 22:22
23:4,16,20,24
24:17 25:9
50:7
**provider**
144:15
**providers**
63:23 64:2
65:6,22 74:18
**providing** 17:5
134:9

**pseudo** 125:4
125:15
**publications**
66:16 67:3
**published** 56:1
66:16,19 67:12
67:20,21 68:6
68:10,14,20
155:19,23
268:21
**pubmed** 212:17
**pull** 275:5,22
297:2 320:3
**pulled** 56:18,23
136:24 141:10
182:4,25
276:15,15
284:6 307:5
309:8
**pulling** 308:4
320:5
**pure** 301:11
**purpose** 85:18
**purposes** 58:12
106:23 113:20
114:17 194:23
197:19 316:1
**pushing** 293:9
303:17,18
**put** 16:13 23:10
42:18,19 43:15
59:13,14 61:7
62:2 76:13
97:1 103:3,6

111:3 117:14
117:21 119:10
119:10,24
120:3 123:9,13
123:20 126:12
139:12 153:10
153:11,12
163:7 182:22
188:1 190:1,2
193:20 197:7,8
197:13,14,15
197:15,20
206:20 208:8
209:4,17,19
211:14 218:24
220:6 222:4,5
222:11,20
226:11 229:5
243:7 254:13
259:5 262:24
265:17 276:19
276:22 283:24
289:16 295:16
307:6,7 317:25
**puts** 39:19
**putting** 28:3,11
82:20 164:22
250:7 251:18
264:6 267:1

**q**

**qualifications**
59:24

**qualified** 93:2
196:5 224:13
247:20 248:1,6
253:17
**qualifies** 78:6
**qualify** 37:5
235:3
**qualitative**
319:23
**quality** 9:8,9
**quantified**
224:15,16,20
**quarterback**
72:4
**quarters**
186:13 327:12
**quest** 121:8
**question** 13:2,8
13:15,15 16:9
17:1 18:5,13
23:12 24:6
25:6 30:11
33:24 36:5
38:10 39:14
40:2,3 41:14
42:11,15,19
43:8 46:13,17
46:18 47:3,5,9
47:14 49:13
50:23 51:8
52:24 53:19
56:25 65:4,7
65:12 75:8,11
76:8 79:1 81:1

**[question - random]**                                                          Page 68

82:14 83:10,14
83:24 85:13,14
92:12 93:7,9
99:15 107:7,11
110:17,18
111:17,18,21
112:21 113:22
116:18 120:22
120:24 121:4
125:25 128:14
130:4,6,8,9
133:9,16
144:11 146:25
147:13,14,18
150:22 151:2
155:22 170:1
172:8 176:17
176:25 181:11
181:12 182:12
194:12 195:8,9
195:17 199:23
202:2,20
210:17,19
220:22 221:10
222:9 225:21
225:22 231:13
231:15,16
241:9,11 242:1
242:10,14
244:16 249:14
249:22 252:2
282:13 289:2
292:20 294:15
294:23 296:17

300:19 308:25
322:4,13 325:6
336:2
**questionable**
240:3,4 241:6
**questioning**
243:1
**questions**   12:25
13:7,19 16:19
29:22 39:23
76:10 108:12
130:3 133:13
176:25 300:16
307:23 314:25
315:11 316:12
317:2,13 319:3
319:4 320:7,12
321:6 323:5,7
323:12 326:15
335:24 338:2
338:13 339:3
339:14 340:11
**quick**   12:21
57:22 168:25
187:18 205:17
340:2,4
**quickly**   131:16
135:17,18
205:15 247:15
274:1 306:8
313:9
**quite**   73:16
77:12 93:6
100:24 123:12

171:15 273:17
273:18 274:3
**quote**   94:13
121:8 138:8
203:3,9
**quoted**   216:10
271:6,7
**quoting**   94:16
174:20 261:22
296:5 298:25

**r**

**r**   131:18 344:3
344:3
**radiation**   64:11
64:12 186:1,2
187:11,22
188:3,5 189:25
190:3
**radiographic**
318:17
**radiological**
71:15 73:13,20
90:16 142:15
147:23 203:12
208:15 244:9
245:14 246:22
247:2,21
258:13,22
267:6 317:17
317:24
**radiologically**
193:18

**radiologist**
24:15 72:15,16
74:10,21 79:7
90:2,3,23
94:18 95:8
96:17 136:18
145:4 147:24
247:19
**radiologist's**
317:14
**radiologists**
75:16 145:3
148:8 159:18
193:13,14
247:24 248:3
319:15
**radiology**   6:1
73:17 247:25
264:18 319:15
**rads**   75:12,14
75:17,21,24
76:2,9,9,11,18
76:22,23,24,25
77:1,4,11,15,15
77:16,19,20,21
77:24,24,25
78:5,7,10,11,11
78:17,23 79:6
319:4,7,10,21
**raised**   261:9
**ramp**   108:9
**random**   235:8
252:7

[range - recall]                                                              Page 69

| | | | |
|---|---|---|---|
| **range** 118:20 | 285:20 326:18 | **reads** 158:13 | 216:2 217:6 |
| 119:22 121:1,7 | **ration** 283:17 | 204:15,20 | 251:4 267:24 |
| 121:14,18,19 | **ratios** 231:6 | 217:18,22 | 294:22 298:19 |
| 121:22 122:5 | 282:1,3,3 | 248:5 | 303:4 305:19 |
| 122:16 297:11 | **rb** 1:8 2:7 | **real** 6:4 131:13 | 310:2,5 343:11 |
| 297:13,14 | **read** 25:17,17 | 166:17 182:5 | 344:6,9,12,15 |
| **ranges** 120:3 | 27:17,20,21 | 340:4 | 344:18,21 |
| 297:15 | 40:10,11 55:25 | **realistic** 49:3 | **reasonable** |
| **rapid** 108:4 | 56:15,17 57:3 | 178:6 | 34:15,18,20,21 |
| 124:4 220:9 | 72:15 89:11 | **reality** 47:20 | 34:25 45:14 |
| 287:23 | 90:2 94:17 | **realized** 265:20 | 46:19 |
| **rapidly** 215:7 | 103:19 116:13 | **really** 32:15 | **reasonably** |
| **rare** 202:13 | 142:10 153:16 | 42:21 43:11 | 294:9 296:7 |
| 222:3 262:18 | 154:6 193:2 | 45:2 50:22 | **reasons** 70:17 |
| **raso** 3:4 | 210:18 213:21 | 67:8,17 68:2,4 | 92:18 124:21 |
| **rate** 43:7 44:25 | 223:12 224:16 | 79:14 82:10,18 | 157:22 206:15 |
| 170:5,13,14 | 248:6 292:8 | 111:17 118:8 | 210:7 251:13 |
| 277:22 328:11 | 315:25 322:15 | 119:1 121:24 | 251:14 291:14 |
| **rates** 131:6,8,9 | 341:6 343:9 | 126:1 146:24 | 309:9 |
| 135:22 166:15 | **reading** 28:2,4 | 146:24 151:9 | **recall** 19:10,12 |
| 169:16,17,20 | 28:5,6,7 56:8 | 182:11 215:25 | 19:12,14 26:8 |
| 169:21 171:12 | 61:10 70:20 | 219:1,19 220:7 | 26:19,23 37:25 |
| **ratio** 132:20 | 71:13,14,15 | 229:1,3 239:3 | 56:8 66:5 75:1 |
| 168:2 204:23 | 102:23 121:2 | 242:13 265:1 | 84:8,8,16 |
| 214:20 217:23 | 122:21 143:15 | 275:11 300:16 | 86:11,12 |
| 225:5,10 | 157:18,18 | 300:18 302:21 | 104:15 107:18 |
| 227:10 228:22 | 164:24 167:20 | 321:19 | 133:6 172:14 |
| 231:6,19 232:9 | 188:19 189:21 | **reason** 15:4,7 | 180:15,17 |
| 232:12 255:18 | 191:15 240:7 | 73:15 99:13 | 181:13 182:15 |
| 257:10 260:3 | 241:7 245:8 | 117:21 125:14 | 213:19 218:8 |
| 261:1 278:4 | 248:3 269:4 | 143:25 179:23 | 286:17 313:5,6 |
| 279:22 282:9 | 290:17 314:9 | 188:22 201:20 | 314:23 317:14 |
| 282:12,14,15 | 314:13 | 201:21 202:9 | 319:4,6 320:7 |
| 283:6,14 | | 209:23 213:8 | 320:16 321:6 |

[recall - related]                                                    Page 70

| | | | |
|---|---|---|---|
| 323:5 325:11 | **recommended** | 36:17,21 37:10 | **referred**  65:1 |
| 326:14,17 | 101:8 235:18 | 37:12 40:8,17 | 74:14 117:24 |
| 334:23 335:1 | **recommends** | 40:20,20 43:18 | 149:11 |
| 335:17,24 | 100:20 | 43:21 45:13 | **referring**  26:18 |
| 336:2,15 | **reconciliation** | 51:20 54:9 | 29:25 155:4 |
| 339:15 | 80:23 | 114:21 124:2 | 240:12 280:1,9 |
| **recalled**  83:8 | **record**  9:5,13 | 154:7 156:22 | 320:18 |
| 83:13 181:16 | 10:2 11:9 | 157:19 159:13 | **refers**  214:14 |
| **recap**  117:9 | 14:11,22 26:11 | 175:9 178:4,23 | **refill**  182:24 |
| **receipt**  343:17 | 58:2,6 65:11 | 183:6 187:6,6 | **reframe**  210:19 |
| **receive**  331:18 | 65:14,15 68:3 | 190:5 191:8 | **refresh**  20:5 |
| **received**  23:15 | 112:13,17 | 192:4 199:5,25 | 172:15 316:6 |
| 23:15 33:17 | 126:12 131:19 | 200:2,5,8 | **refresher**  12:21 |
| 45:13 46:14 | 166:1,5 184:20 | 292:6 297:14 | **refreshing** |
| 144:13 322:19 | 184:24 185:2 | 302:12 324:8 | 166:11 198:6 |
| 329:14 | 185:18 187:3,9 | 325:9 | **regarding**  17:6 |
| **recent**  239:14 | 187:12 188:8 | **recurrent** | 149:17 302:18 |
| **recently**  239:9 | 198:12 233:16 | 302:25 303:3 | 319:15 323:6 |
| 239:11 243:11 | 233:20 234:6 | 304:24 | 336:8 |
| **receptor**  141:9 | 236:8,18 | **red**  123:7,8,15 | **regardless** |
| **recess**  58:3 | 241:12 273:4,4 | 123:21 | 100:22 |
| 112:14 166:2 | 273:8,11 279:1 | **refer**  14:19 | **registrants** |
| 184:25 233:17 | 306:17,24,25 | 21:11 34:8,13 | 225:19 |
| 273:9 310:24 | 307:3 310:19 | 58:11 123:4 | **regression** |
| 315:6 340:7 | 310:23 311:1 | 234:17,21 | 259:21 260:1 |
| **recognize** | 315:5,8 340:6 | 236:11 | **regular**  13:12 |
| 84:24 198:18 | 340:9,19 | **reference**  86:9 | **regulatory** |
| **recognized** | 342:10 | 86:9 253:11 | 296:20 |
| 206:13 309:12 | **recorded**  9:14 | 297:10,13,15 | **relate**  87:7 |
| **recollection** | **recording**  9:8 | **referenced** | **related**  68:23 |
| 114:24 278:16 | 9:11 14:5 | 217:12 343:6 | 109:20 175:11 |
| **recommend** | **records**  22:21 | **references** | 255:3 263:2 |
| 100:25 101:4,5 | 23:3,19,20 | 86:20 | 336:4,4 |
| 101:9 | 28:3 35:13 | | |

**[relates - report]** Page 71

| | | | |
|---|---|---|---|
| **relates** 1:8 2:8 | 56:15,21 57:17 | 235:25 241:19 | 116:2,3 117:6 |
| **relating** 9:20 | 57:17,18,18 | **rephrase** 24:7 | 117:23 126:15 |
| **relative** 128:13 | 65:24 87:6 | 36:6 40:3 | 127:17,20 |
| 128:16,20 | 104:16 121:21 | 310:13 321:17 | 131:2 134:10 |
| 130:18,23 | 121:21,25 | **replicate** 141:2 | 138:3,23 |
| 137:6,7 138:11 | 131:1,9,24 | **report** 5:11,13 | 139:10 144:21 |
| 138:12,17,22 | 151:19 153:15 | 6:2 14:15,17 | 147:24 149:17 |
| 138:23,25 | 155:13 171:21 | 15:9 17:13 | 149:20 150:5 |
| 139:2,12,15,22 | 171:22,25 | 20:2,11,21 | 153:19 154:10 |
| 140:11 168:16 | 180:13,15 | 21:7,10,12 | 157:13 164:10 |
| 168:18,23 | 187:8 199:17 | 22:2,15 24:2,9 | 164:19,23 |
| 169:1,18 | 203:6 213:22 | 24:14,18,20 | 165:11 171:20 |
| 171:13 342:15 | 218:17 226:2 | 25:4,10,21,22 | 175:12 185:21 |
| **release** 232:18 | 248:14 253:19 | 25:25 26:4,4,6 | 186:7 187:17 |
| **relentless** | 271:10 313:10 | 26:9,13,17,20 | 194:3 195:13 |
| 270:18 318:12 | 315:15,19 | 26:21 27:3,18 | 196:1,15 |
| **relentlessly** | 316:13 317:4 | 27:20,21,22,23 | 200:18 207:16 |
| 305:16 | 321:25 323:8 | 27:25 28:1,15 | 210:5,21 |
| **relevance** | **remembering** | 28:16,24,25 | 213:24 214:2 |
| 117:7 | 26:5 102:25 | 29:2,8,11,19,24 | 220:5,12 |
| **relevant** 104:19 | **reminder** 61:8 | 30:1,5,14 | 222:18 227:10 |
| 153:12 | 216:12,18 | 34:13 35:1 | 231:5 232:23 |
| **reliance** 126:15 | **remote** 1:15 | 37:1,19,21,21 | 240:17 248:7 |
| **relied** 25:9,12 | 2:15 11:15,25 | 37:24 38:5,11 | 248:17 254:23 |
| 25:13,13,14,16 | 35:2,5 37:2,5 | 38:13,19,23 | 258:8 263:14 |
| 119:2 | 41:10,21 | 39:1 40:9,13 | 263:23 271:19 |
| **relying** 110:3,5 | **remotely** 2:17 | 40:15,16 43:20 | 273:22 274:9 |
| 110:6 150:1,3 | 11:12 13:19 | 48:3 51:2 53:6 | 277:11 279:14 |
| **remains** 230:21 | **removed** 331:6 | 54:3,7 66:6 | 279:20,22 |
| **remember** | **repeat** 33:24 | 70:20 71:13 | 289:23 292:3 |
| 17:16 18:1 | 55:13 61:13 | 72:16 85:21 | 293:5 298:2 |
| 25:25 26:23 | 78:20 83:9 | 86:24,25 95:7 | 301:12 315:14 |
| 54:18,24 55:4 | 155:22 192:14 | 103:16,21 | 315:18,22 |
| 55:5,6 56:14 | 216:20 235:14 | 113:19 114:25 | 316:1,2,5,8,10 |

318:17 335:4
335:20 337:3
337:17 338:8
338:24 339:10
339:21,25
**reported**  1:22
130:24 170:15
205:21 214:16
218:10 221:13
221:16 236:8
278:2,3 282:1
283:16
**reporter**  2:20
9:22 10:19,21
11:11 13:3
20:4,13 58:17
61:8,14 62:18
63:12 84:20
95:1 131:22
158:5 166:9
172:4 184:8
185:11 198:4
204:1 213:6
216:12,21
217:1 223:19
233:8 236:16
254:20 277:6
279:8 290:4
311:8 342:4
**reporting**
205:2 291:1
294:17
**reports**  17:10
22:8,20 25:14

28:18,19,20
38:4 50:13,14
50:21 55:24
90:8 114:22
116:5 122:21
148:7 164:10
164:11,25
165:12,12
229:10,12
231:18 248:5
252:18 255:21
277:17 297:4
316:7,16,23
319:9,14,15
**represent**
10:10 11:6
63:17 85:10
172:23
**represented**
19:5 107:13
**representing**
9:21 10:13
17:20
**reptity**  272:24
**request**  85:13
**requests**  82:6
**required**  53:1
219:20
**requires**  48:12
**research**  60:5
66:16 67:12,20
67:21 68:6
201:8

**researched**
128:22
**researching**
29:8
**resection**  7:7
204:11
**residency**  32:4
60:1,12 71:4
**resistance**
201:22 209:24
219:7 226:12
228:12 232:13
232:17 243:23
250:2,3 254:8
266:3,4
**resisted**  212:16
**respect**  49:7,13
96:14 130:1
263:14
**responded**
16:18
**response**  85:12
130:7 220:9
**responses**
88:12
**responsive**
130:13
**rest**  32:2
106:17 313:10
**restate**  110:18
**result**  234:25
235:3 252:24
**results**  63:23
132:18 204:14

205:6 217:17
217:20,21
218:19,20
234:14 262:20
301:9
**resume**  14:15
16:14 22:4
59:4,13
**retained**  16:11
55:2 340:23
**retention**  16:5
**retrospective**
166:21
**return**  343:13
343:16
**returned**
234:25
**review**  7:8
22:16,20 23:19
24:22,24 25:21
35:13,19 37:12
37:22 38:4,5
38:19 39:16
40:7 41:24
48:13,23 51:17
51:24 73:13,19
73:22,23,24,25
74:7,8 80:8
81:5 90:16
94:5 102:13
124:2,3,18
130:17 131:11
131:17 133:17
157:18 159:12

**[review - risk]**                                                    Page 73

| | | | |
|---|---|---|---|
| 165:11 168:25 | 119:24 128:23 | 109:14 113:5 | **risk**  7:12,19 |
| 171:19 175:8 | 131:23,24,25 | 119:25 122:11 | 36:18,19,20,21 |
| 178:4 180:3,13 | 133:6,8 134:9 | 122:15 124:15 | 37:11,13,14,16 |
| 192:24,25 | 134:11 138:21 | 126:6,20 | 37:17,25 38:14 |
| 199:12,24 | 138:24 139:1 | 127:13 132:17 | 38:15,24 39:3 |
| 200:1,5 201:3 | 143:3 150:4,7 | 138:10 139:14 | 39:3,6,9,14,17 |
| 201:16 204:6,7 | 164:8,9,11,13 | 149:11 156:8 | 39:18,18,24 |
| 204:11 205:17 | 171:22 178:2 | 167:25 178:13 | 41:2,3,4,5 43:5 |
| 218:5 229:22 | 180:1 187:3,5 | 184:23 186:3 | 43:6 45:22,22 |
| 253:13 254:12 | 218:7 230:24 | 191:16 192:17 | 45:24,25 46:3 |
| 273:17 283:22 | 230:25 246:23 | 194:3,23 | 47:12,16 50:18 |
| 285:18 292:6 | 313:20,22,22 | 195:11 198:23 | 82:8 98:11,13 |
| 314:17,18,18 | 313:23 315:14 | 202:6,9 203:10 | 98:24 99:18,23 |
| 316:16,21 | 315:18 316:1,7 | 205:8 213:15 | 111:2,3 118:6 |
| 319:9,14 | 316:9 | 215:2 217:4,8 | 121:17 127:3,5 |
| 323:24 324:7 | **reviewing** | 221:10,11,21 | 127:9,14,21 |
| 336:21 337:11 | 26:12,14 28:5 | 223:11 227:22 | 128:6,10,13,16 |
| 337:24 338:18 | 28:10 36:20 | 233:21 235:15 | 128:20,24,25 |
| 339:6,17 343:7 | 37:9,10,24 | 241:12 242:12 | 130:18,23 |
| **reviewed**  22:22 | 38:11,13 40:25 | 249:24 254:17 | 135:9,10 137:6 |
| 22:24 23:1,2 | 49:19,22 51:14 | 256:4 259:14 | 137:8 138:12 |
| 24:23 25:3,19 | 52:3 54:8 90:9 | 261:25 279:10 | 138:17,22,23 |
| 26:16 28:4,13 | 131:18 148:9 | 282:19 284:16 | 138:25 139:2 |
| 28:15,17 30:12 | 154:7,7 180:7 | 295:7 301:21 | 139:12,15,23 |
| 36:17 40:18,20 | 205:15 252:18 | 305:7 313:8 | 140:11 143:20 |
| 43:17,21 44:2 | 313:16 | 314:11,24 | 146:23 149:3,4 |
| 49:1,1,23,24,25 | **reviews**  188:9 | 340:13 | 156:19 166:16 |
| 50:1,5,6,9,11 | **ridge**  3:10 | **rigor**  16:24 | 168:2,16,18,23 |
| 50:11,12,13,13 | **right**  16:8 | 17:8 51:15,16 | 169:1,18 |
| 50:14,14,15 | 19:25 38:8,21 | 51:16,23 73:24 | 170:17,20 |
| 51:18,19,19,21 | 44:13 47:9 | 110:9 145:1 | 171:1,2,8,13 |
| 56:1 57:14 | 62:14 63:5 | **rigorous**  31:17 | 174:1,8,11,15 |
| 87:4 102:15 | 65:10 89:16 | 288:14 | 174:23 175:16 |
| 104:24 116:8 | 93:11 95:25 | | 177:3,7,11,17 |

**[risk - roberts]**                                                    Page 74

| | | | |
|---|---|---|---|
| 178:25 180:22 | 247:16 248:25 | 333:25 334:8,9 | 127:10 136:13 |
| 181:17 182:13 | 249:23 251:5 | **rna** 105:21 | 140:13 142:13 |
| 183:8 191:23 | 251:14,15,22 | 141:3 | 143:8,13 144:4 |
| 193:2,4,24 | 253:22 255:2,8 | **robert** 161:3 | 144:13 145:25 |
| 194:5 195:19 | 255:11,16,22 | 302:18 | 146:8 148:2 |
| 196:1,9 201:9 | 256:10,14,16 | **roberts** 1:9 2:9 | 157:18,19 |
| 201:15 202:21 | 256:19,25 | 6:23 8:2 10:10 | 159:5 163:21 |
| 202:25 203:4 | 257:1,21,24,24 | 10:11 18:14 | 164:5,16 |
| 205:3 206:6,7 | 257:25 258:1,6 | 33:3,21 34:3 | 172:16 173:24 |
| 206:8,11,12,13 | 258:9 259:3,4 | 35:6,10,12,16 | 174:6 175:9,19 |
| 207:3 208:4,6 | 260:9,13 261:7 | 35:25 36:9,16 | 176:20 177:2,6 |
| 208:7 209:2,7 | 263:16 264:5 | 37:4,17,23,25 | 177:14,15,16 |
| 210:15 211:5 | 264:22,23 | 38:15,25 39:6 | 177:25 178:2,4 |
| 211:10,12,15 | 265:9,13,23 | 39:10,24 40:5 | 178:7 179:25 |
| 211:24 212:3 | 266:2,22 267:2 | 40:18 41:6,9 | 180:11,22 |
| 212:14,15,16 | 267:9 268:13 | 41:21 42:6,23 | 181:10,16,24 |
| 212:22 213:15 | 268:14,16,19 | 43:17,24 44:3 | 182:1,14 |
| 217:24 218:1 | 270:1,2,2,11,12 | 44:9,10 45:12 | 187:12,18,22 |
| 218:12,21,24 | 270:18 272:21 | 45:15 46:12,20 | 188:4 192:4,24 |
| 219:5,6,13 | 274:23 275:18 | 46:20 49:8 | 193:2 194:1 |
| 220:3,4,5,15 | 277:1,17 278:1 | 53:9,12,15,23 | 196:4,12,16 |
| 221:3,5,5,16,17 | 279:25 280:9 | 54:2,8,11,14 | 198:20 199:5 |
| 222:19 223:5,7 | 280:10,15,19 | 87:12 88:23 | 199:10 200:2,8 |
| 223:23 224:6 | 281:20 282:5 | 89:1,4 90:16 | 200:12 203:13 |
| 224:12,19 | 286:3,16 287:4 | 90:17 92:9,25 | 206:14 207:11 |
| 225:4,23 226:7 | 288:8,14,16,24 | 93:2,12,15 | 210:7,15,21 |
| 226:11 227:8 | 289:5,9 293:6 | 94:3 99:17 | 211:5 219:15 |
| 227:17,17 | 297:24 323:6 | 101:18 104:23 | 219:15 220:7 |
| 228:1,4,4,18 | 324:16 326:23 | 105:22 106:9 | 232:23 234:7 |
| 229:1,11,13 | 327:3,16,17,23 | 108:14 110:10 | 236:18 238:25 |
| 230:1,2,10,25 | 328:20 329:11 | 113:9 114:10 | 239:13 240:18 |
| 231:20 232:2 | 330:17,24 | 114:18 116:20 | 241:14,25 |
| 232:11 244:21 | 331:7,16 | 117:24 122:16 | 242:2,18 |
| 244:23,25 | 332:14 333:3 | 126:24 127:3,6 | 244:22,25 |

246:7 248:11
248:18 249:7,9
249:15 252:18
253:16,22
259:8 263:16
265:9,13 267:3
267:4,22
268:13,15,16
269:14 271:14
272:25 283:23
284:9,14
285:19,24
290:2,5,14,20
292:6 294:1
297:4 298:3,17
299:8 302:2,7
302:12 304:24
305:3 306:7
310:4,16
313:15,20,22
313:24 314:19
318:23 321:21
322:6,25 323:1
324:8 325:17
325:25 332:1
343:4 344:1
**roberts's** 41:25
45:6 174:8
**robust** 215:10
**rojymon**
185:22 188:3
189:4
**room** 11:19

**root** 251:4
**rose** 4:5 5:6
10:4,5 11:4,6
19:25 20:6,9
20:16,19 23:11
25:20 29:16
30:2 33:14
38:7,20 41:16
42:5,12 45:11
46:16,24 50:4
52:15,23 53:20
54:10,19,25
55:17 57:13
58:7,14,20
61:16 62:14,20
63:9,14 70:11
84:23 94:23
95:6 101:22
109:10 110:18
112:9,18 122:3
126:16,19
130:15 131:10
132:1 138:9
139:3 140:12
144:12 146:20
148:20 149:10
152:23 153:17
155:3 158:1,9
160:25 162:5
163:18,24
164:14 165:19
166:6,13
169:24 170:11
171:6,18 172:1

172:7 174:22
176:2 177:22
180:9 181:3
182:7 184:5,12
184:19 185:3,8
185:14 190:18
192:2,15 195:7
195:10 197:25
198:11 201:7
203:23 204:4
207:7 208:25
211:20 213:3,9
215:1,14,17
216:17,23
217:5,10 223:3
223:13,16,21
231:1,16,17
232:21 233:5
233:12,21,23
236:12,17
241:13 246:5
248:9 249:13
253:15 254:17
254:24 259:13
261:16 269:2
273:3,12 277:9
279:4,12 280:5
280:7 283:13
286:8 289:1,22
292:1,21
295:23 296:10
296:18 298:13
306:21 307:4
309:7 310:19

311:2,9,13
312:17 314:2
314:24 316:17
316:24 317:9
317:19 318:6
318:19,25
319:11,17,24
320:20 321:1
321:13 323:13
323:20 324:11
325:5,12,19
326:5 327:7,20
327:25 328:16
328:24 329:22
330:6,12,20
331:2,10 332:3
332:9,16,21
333:16,21
334:2,11 335:6
335:12,21
336:10,23
337:13,18
338:4,15,20
340:15
**round** 311:15
**roundup**
335:25
**routine** 100:20
**rule** 140:13
144:6,15 207:8
207:11 241:15
242:3,20
244:21,25

**[ruled - scarring]**                                    Page 76

**ruled**  127:8,14
  193:25 210:6
  258:9 264:22
**ruler**  123:13
**rules**  12:19
**ruling**  127:4,4
  143:25 197:3
  253:21 326:3
**run**  72:10
**rundown**  62:5
**runs**  72:4
**rural**  121:9

**s**

**s**  104:11 115:6
  115:7,8 116:6
  204:21 209:11
  344:3
**s10**  329:8
**s11**  331:14
**s22**  332:25
  333:1
**safe**  294:9,13
  296:7 297:23
**saint**  60:9
**sake**  20:10
**samuel**  6:16
  172:12
**san**  5:15,18,21
  6:10 58:9
  62:23 63:22
**saw**  71:2,3 85:4
  183:2,23,23,24
  183:25 219:23

223:10 239:2
275:4,7 333:15
**sawyer**  27:12
  27:13 316:5
**sawyer's**  27:20
  27:21,23 28:15
**saying**  28:25
  38:12,13 46:25
  55:18 61:9
  103:2 109:19
  120:17 135:4
  145:3 148:12
  148:25 149:1
  151:14 159:18
  159:22 161:17
  161:24 163:8
  163:12 170:24
  175:24 176:9
  178:7,9,11,13
  178:18,21,23
  179:1 189:13
  189:14,14
  190:2,15 192:7
  193:13 206:5
  215:24 221:2,6
  221:9,22
  223:10 227:21
  228:11,15,20
  230:6,7,23,23
  232:4,6,15
  256:1,15,18
  259:1 261:18
  262:6 269:18
  270:15 271:2

280:14 283:16
283:21,22
285:17 289:10
298:19 309:25
310:1
**says**  20:25
  21:21,24 22:5
  40:15 48:8
  63:2,6 89:9
  94:17 96:1,17
  96:20 107:7
  129:22 132:9
  132:18 133:25
  134:22 145:13
  153:22 167:12
  168:1 173:6,24
  174:6 177:1
  186:3,7,23
  188:16 196:16
  198:7 201:2
  214:12,24
  215:7 221:12
  223:11,12
  224:6,21,25
  227:14 234:17
  237:12 238:15
  238:20 240:20
  241:4 243:4
  254:23 255:8
  255:15 256:12
  257:14 260:7
  294:24 298:2
  301:21 322:23
  329:11 331:14

**scan**  72:15 89:1
  90:16 93:16,17
  93:18 94:6,17
  95:18,22 96:14
  108:21 144:6
  161:3,8,11,20
  161:21 192:21
  193:5,10 244:7
  245:12 247:22
  264:24 267:4
**scans**  71:24
  84:14 90:20
  94:4 114:21
  116:22 140:2
  143:23 144:14
  146:15,15
  159:16 183:24
  193:23 202:15
  246:23,25
  305:5,5 319:16
  319:21
**scar**  147:5
**scarce**  218:15
  218:18 221:21
  221:22
**scarred**  147:11
  267:12 304:15
**scarring**  87:22
  91:8,23 92:1,2
  92:3 94:8
  100:13 140:21
  141:11 142:6
  147:8 155:18
  163:7 202:18

[scarring - see]                                                        Page 77

263:2 309:24
**scenario**
  234:22
**schedule**  22:5
  62:2 66:8
**schlesinger**
  7:16 214:16
  217:8,11
  219:18 223:5
  338:10
**school**  31:16,16
  31:24,25 60:13
  71:2 74:25
  79:23
**scientific**
  155:19,24
  162:10 220:15
  254:23 265:8
  268:20 290:25
  292:15,22
  294:16 296:23
  297:2 298:6
  299:15 300:19
  300:20,23
  302:16 308:7
  324:9 334:22
  335:16
**score**  332:19,20
**scores**  76:24
  319:10,22
**screen**  132:3,5
  158:3
**scroll**  307:11

**se**  246:1 321:24
**search**  63:22
  128:9,15
  212:19,20,21
  212:21
**searched**
  212:22,24
  213:1,2
**searches**  212:6
  212:7
**second**  20:16
  21:17 26:10,16
  66:3 85:3,4,6
  89:7,9 95:11
  95:12,14,15,20
  103:4,9 106:6
  106:7,9 113:2
  114:25 115:1
  120:14 125:2
  127:23 133:24
  134:17 153:20
  153:21 154:11
  154:22 161:7
  167:12 168:5
  168:14 169:3
  170:23 172:19
  183:9 184:16
  184:18,20
  198:16 200:17
  200:17 215:3
  217:15,16,16
  217:17,19,20
  217:22 224:3
  234:1 240:10

240:20 255:8
  256:11,24
  259:23 264:1
  270:14 273:2,5
  275:11 278:11
  290:1,11
  298:14 306:13
  306:18 307:11
  307:15 310:20
  320:11 332:24
**secondary**
  302:3,12 303:1
  303:3 304:24
**secondly**  90:11
  119:4 136:3
  149:5 152:12
  182:6 183:1
  275:2
**section**  48:4
  128:3 132:18
  139:13 153:21
  166:20 204:14
  207:16 217:18
  217:20 307:12
**see**  20:7 21:7
  23:13 26:9,16
  26:22 39:2,5
  48:5 58:15
  59:5 60:2 61:5
  62:11,16 63:3
  63:15,16,24
  70:1,7,9,23
  71:10 75:17
  81:16 84:18

85:3 86:1 88:1
  94:24 95:19,21
  103:12 104:6
  117:1 118:5
  129:8,8 130:8
  132:15,25
  133:22 134:6
  135:8 152:8,8
  154:1,17,20
  157:24 158:3
  160:18 166:7
  166:18 167:1
  167:19 170:15
  173:9,9 174:3
  174:13 176:23
  177:10,12
  180:25 181:2
  185:9,15,23
  186:5,10,18
  187:1,14 188:4
  188:13,13,14
  188:19 196:22
  198:2 199:2
  200:13 202:15
  202:16 203:24
  204:2,5,25
  205:7 210:11
  210:25 212:9
  214:10 215:12
  216:18 217:18
  218:3 224:14
  225:7,12 227:7
  228:23 233:24
  234:4,19

[see - showing]                                                    Page 78

| | | | |
|---|---|---|---|
| 235:15,16 | 225:18 251:8 | **separately** | **severity** 100:22 |
| 236:13 237:15 | 271:7 281:2 | 197:7 209:8 | **sex** 166:23 |
| 238:16 240:16 | 299:8,8 339:24 | 258:2 265:24 | 214:19 257:9 |
| 242:22 247:2 | **sees** 188:8 | **september** | **share** 21:1,16 |
| 255:5,12 257:7 | 235:13 248:4,5 | 108:24 159:7 | **shared** 243:17 |
| 266:1 269:7,20 | **selected** 23:3,6 | 199:18 200:23 | **sheet** 343:11 |
| 272:22 277:15 | **self** 218:10 | 232:25 273:15 | **shelves** 182:4 |
| 279:6 284:22 | 221:13,16 | **sequelae** | **shire** 184:21 |
| 290:10 291:15 | **send** 72:11 | 208:14 | **short** 88:17 |
| 301:16,23 | **sense** 98:15 | **serious** 125:15 | 293:21 |
| 302:5 311:4,17 | 136:23,23 | **seriously** | **shortcut** 38:22 |
| 311:24 312:5 | 137:3 144:1,3 | 102:13 | **shorten** 175:21 |
| 322:2,3,8,21 | 148:18 175:20 | **served** 15:14 | **shortened** |
| 323:3,4,19,21 | 179:2,13 | 17:11 18:6,15 | 188:17 |
| 323:25 324:5 | 183:19 192:20 | 60:8 | **shorthand** 2:20 |
| 324:21 326:19 | 208:20,24 | **serving** 12:14 | 342:3,11 |
| 327:14 329:9 | 247:14 | **set** 240:12 | **show** 61:2 |
| 329:16 330:9 | **sent** 343:14 | 282:11 296:20 | 85:20 104:1,21 |
| 330:11,23 | **sentence** 95:12 | 342:7 | 104:25 111:25 |
| 331:20,24 | 96:1 151:6,6,8 | **setting** 40:11 | 112:2 123:9 |
| 332:8 333:6,12 | 151:13 153:22 | 93:22 194:11 | 162:19 163:15 |
| **seeing** 50:20 | 167:23 188:14 | 202:22 203:1 | 250:15 262:16 |
| 51:13 67:8 | 198:24 204:20 | 260:9 261:12 | 263:21 267:5 |
| 80:21 167:20 | 217:22 225:9 | 296:11 | 293:9,19 |
| 187:8 235:22 | 255:8 263:15 | **seven** 58:15 | 299:22 300:1 |
| 336:2 | 263:25 301:13 | 88:8 131:6 | 308:5 323:11 |
| **seem** 246:3 | 310:13 315:25 | 142:10,11 | 325:16 |
| **seems** 97:10 | **sentences** | 145:21 146:5 | **showed** 65:23 |
| 133:7 302:20 | 151:10,12 | 227:5 271:6 | 94:6 124:14 |
| 307:10 | 255:14 | **several** 101:17 | 141:1 175:11 |
| **seen** 58:24 | **separate** 123:5 | 264:17 334:25 | 175:13 221:3 |
| 89:15,17,19 | 207:12 232:5 | 336:13 | 272:21 287:19 |
| 92:15 116:8,22 | 241:9 264:5 | **severe** 115:8 | **showing** 61:20 |
| 178:1 202:24 | 265:23 266:2 | 128:3 207:25 | 63:23 110:1 |

**[showing - skewed]**                                              Page 79

| | | | |
|---|---|---|---|
| 112:24 261:8 | 58:8,21 65:21 | 295:10 | 262:23 267:5 |
| 264:24 269:23 | 66:1 68:2 | **significant** | 267:14 317:18 |
| **shown** 143:9,10 | 85:10 103:3 | 37:13,14 77:18 | 317:24,25 |
| 159:4 208:13 | 112:19 125:21 | 81:24 90:25 | 318:18 |
| 269:24 270:1 | 126:20 144:4 | 91:4 97:19 | **siken** 3:16 |
| 298:22 325:9 | 149:11 153:18 | 127:21 149:4 | **similar** 333:14 |
| 337:8 | 155:5 158:1 | 170:20,25 | **simple** 87:11 |
| **shows** 66:8 | 163:19 172:11 | 208:13 220:10 | 111:17 182:11 |
| 86:3 87:16 | 185:4 248:10 | 231:20 252:5 | 182:12 197:12 |
| 93:19 110:20 | 253:16 259:14 | 253:22 257:9 | **simplification** |
| 114:5 216:1 | 268:20 273:13 | 258:25 267:14 | 83:25 263:9 |
| 295:13 320:23 | 281:25 286:2 | 272:17 273:24 | **simplify** 195:14 |
| 323:16 326:17 | 289:23 300:14 | 276:8 281:20 | **single** 32:8 52:2 |
| 327:11 329:25 | 301:12 308:24 | 292:11 304:10 | 127:9 145:19 |
| 332:6 333:9 | 311:14 314:25 | 328:22 330:16 | 239:20 264:5 |
| 334:5,7,9 | 340:21 341:5 | 332:20 334:6 | 294:8,14 |
| **sic** 161:4 | 341:16 343:5 | **significantly** | **sir** 48:15 |
| 177:25 178:7 | 344:2,24 | 123:17 167:14 | **sit** 82:2 250:5 |
| 179:25 272:24 | **siddiqui's** 60:5 | 168:8 204:21 | **site** 186:4 |
| **sick** 108:9 | 195:13 | 246:12 255:15 | **sits** 253:9 |
| 123:1 190:12 | **side** 27:19 | 267:12 276:10 | **sitting** 28:14 |
| 191:20 287:25 | 301:21 | 278:1 279:25 | 55:18 152:25 |
| **sicker** 108:22 | **sierra** 104:17 | 280:8,10 | 153:7 285:3 |
| 108:23 | 104:17 | 281:21 303:22 | **situation** 46:10 |
| **siddiqui** 1:16 | **sign** 211:18 | 304:15 310:9 | **six** 63:1 64:14 |
| 2:16 5:3,11,13 | 343:12 | 320:14 | 64:14,20 66:19 |
| 5:16,24 8:12 | **signalling** | **signify** 123:8 | 108:25 237:24 |
| 9:15 10:24 | 230:19 | **signs** 93:25 | 293:15 307:2 |
| 11:5,10 12:9 | **signature** | 124:14 129:8 | 312:8 340:22 |
| 15:9 20:1 | 342:23 | 136:17 140:5 | **size** 93:20 |
| 26:24 28:23 | **signed** 16:13 | 193:17,19 | 128:10,12 |
| 30:15 38:8,22 | 198:15 343:19 | 220:1 244:15 | **skeletal** 32:13 |
| 39:11 43:17 | **significance** | 244:17 245:10 | **skewed** 123:14 |
| 47:22 57:21 | 285:21 287:19 | 246:17 247:2 | 262:21 |

[sld - specialist]                                           Page 80

| | | | |
|---|---|---|---|
| **sld**  166:22 | 29:13 33:12,13 | 163:25 164:22 | 295:24 298:9 |
| **sleep**  238:12 | 33:24 37:20 | 167:6,21,24 | 298:10,16 |
| 240:2 | 38:14 39:11 | 168:17 170:5 | 301:17 306:9 |
| **slow**  88:24 | 44:10 49:10 | 170:16 172:18 | 306:14,16,17 |
| 92:16 149:6,9 | 51:2 52:13 | 173:1,10,20,21 | 306:22 314:4 |
| 152:3 216:14 | 53:18 55:15 | 176:16 180:10 | 321:18 322:15 |
| **slower**  61:11 | 57:10 61:12,12 | 180:19,20,25 | 324:25 332:24 |
| **small**  89:19,24 | 61:17 62:22 | 181:1,11,12 | **sort**  28:3 42:20 |
| 90:6 91:25 | 63:10,13 65:2 | 182:9,21 | 67:4 77:6 91:1 |
| 106:21,25 | 65:2 66:3,9 | 192:12 193:10 | 111:10 123:21 |
| 107:3 147:7 | 67:19 71:11 | 194:7,11 195:7 | 130:4,21 140:3 |
| 272:14 274:14 | 78:20 83:9 | 196:23 198:6,8 | 140:5,24 160:9 |
| 274:15 276:18 | 85:3,4 86:16 | 198:8,8,22 | 179:12 195:20 |
| **smaller**  113:16 | 89:7,9 91:12 | 200:17 201:25 | 202:17,18,18 |
| 285:9 | 91:17,21 93:7 | 202:3,4,5,8 | 205:9 219:14 |
| **smoking**  80:2 | 93:10,11 95:2 | 207:8 210:17 | 220:6 222:6 |
| 214:21 | 95:13,14,15,15 | 211:25 212:1 | 229:2 281:6 |
| **social**  80:2,8 | 100:20 101:16 | 216:15,15,16 | 286:11 |
| **societies**  212:13 | 103:5 107:10 | 216:19,24 | **sound**  304:20 |
| **society**  69:9 | 109:16,23 | 217:4 220:19 | **sounds**  176:7 |
| 100:19 158:21 | 111:16,19 | 220:25 224:5 | **source**  308:23 |
| 212:12 288:19 | 113:1 114:20 | 224:16 226:4 | **sources**  125:22 |
| **solid**  70:4 | 115:1,20 | 226:24,24,25 | 126:2 |
| **solutions** | 118:10,14 | 227:3,3 229:12 | **southern**  302:8 |
| 343:23 | 122:14 125:25 | 231:14 240:6,6 | **space**  303:19 |
| **somebody**  59:2 | 127:23 130:10 | 240:9 241:19 | **spans**  71:1 |
| **somewhat** | 132:17 133:21 | 245:19 250:7 | **speak**  64:5 |
| 89:12 | 137:7,14 | 259:23 263:18 | 113:18 154:15 |
| **sorry**  15:21 | 138:11 139:6 | 263:21 264:1 | 159:2 |
| 16:9 17:6 18:4 | 149:24 150:18 | 269:3,19 272:2 | **speaking** |
| 18:12 19:17,18 | 153:2,4,20 | 280:3,5,6 | 118:10 317:6 |
| 20:23 21:5,17 | 155:21,22 | 283:14 286:10 | **specialist**  32:18 |
| 22:3,17 24:5 | 157:9 158:6 | 287:3 290:3,17 | 32:23,24 67:5 |
| 26:22 27:2 | 161:13 162:8,8 | 290:18 295:17 | 304:4 |

**specializing**
60:3
**specific** 23:13
25:7 30:10
32:23 48:4
50:3,22 51:7
52:1 53:4,12
54:1 56:25
65:4,12 68:12
90:4 126:17
129:20 180:2
187:8 189:2
225:20 228:3
256:16 294:19
294:24 300:19
315:23 316:4
316:22
**specifically**
29:23 31:12
53:15 56:12
57:2,7 66:6
82:3 84:15
92:19 98:3
107:9,14
160:13 163:9
174:9 240:4
245:22,23
278:5 288:21
300:25 302:11
**spectrum** 147:9
250:14 252:16
266:16
**speculate** 256:6

**sped** 179:16,20
208:21 259:10
259:10
**speed** 92:19,20
291:8
**spend** 81:24
**spent** 28:2
32:15
**spleen** 89:22
**spoke** 169:2
207:17 209:20
**spoken** 190:19
**spotlight** 7:13
**spur** 247:13
**square** 3:10
**stable** 100:4
123:12
**stage** 83:17,20
101:14 102:2
132:19,21,21
139:25 140:1
**staging** 77:2
**stamp** 176:19
**standalone**
153:14
**standard**
251:23
**standards** 17:3
**standby** 57:25
112:11 165:22
184:23 233:14
273:6 306:20
310:21

**standing** 88:24
119:9
**stands** 251:4
**start** 13:1 18:4
31:16 39:21
49:10,10 61:17
62:22 86:17
91:24 96:19
109:18 120:23
128:13 162:8
168:17 173:20
190:3 199:25
208:6,8 221:21
225:2 228:19
229:14,14
244:6 250:6,7
250:25 251:3
252:8 273:19
290:3 312:23
**started** 81:22
210:8,23 211:6
219:1 243:12
244:13 265:16
267:19 269:11
289:14 294:15
**starting** 74:24
88:18 106:21
212:12 218:9
298:15 324:14
**starts** 95:17
108:22 173:13
195:21 214:8
250:2 252:10
252:10,13

301:14 321:17
**state** 9:25 10:1
11:8 26:11
35:1 37:1,24
72:21 100:15
101:12,24
120:24 127:20
128:3 132:20
134:3,4 185:21
193:19 194:3
195:25 196:8
210:5 216:7
341:12 342:4
**stated** 51:1
117:25 134:8
187:12 190:24
302:11,15
318:3
**statement** 33:5
33:6 47:1 56:4
56:6 63:5 68:7
79:2 154:3,18
155:24 158:19
158:20 164:15
177:24 178:19
187:16 192:3
230:15 249:11
295:18 296:1
298:7 304:19
304:20,22,23
305:2
**statements**
22:23 56:8,9
57:4

**states** 1:1 2:1 9:18 32:5 60:15 69:7 121:6 133:2 135:24 136:5 137:9,12,14,16 137:16 138:2,4 158:14 166:21 166:22 167:9 167:17 185:25 186:16 193:9 198:24 225:3 290:19 301:25

**statin** 235:21 250:22

**stating** 116:25 162:11 278:7 319:6

**statistical** 285:21 287:19 295:10 332:20

**statistically** 170:20,25 231:20 275:17 280:15 281:19 292:11 326:23 328:22 330:16 334:6

**statistician** 282:24

**statisticians** 282:25

**statistics** 77:14 136:23,24

169:11 282:23

**statpearls** 212:13

**status** 217:24

**stay** 100:1,3,4 129:3 140:8

**staying** 39:22

**steady** 88:24 149:9 152:3

**steatohepatitis** 88:5,6 113:24 114:3,4,9 115:16,21 128:2 194:4 224:8

**steatosis** 88:4

**steatotic** 7:4 87:18 104:12 106:25 115:17 116:6 166:16 167:8 169:8 204:9

**step** 113:13

**stephanie** 3:7 10:16

**steps** 50:10 127:2 236:6

**stick** 102:14 103:3

**sticker** 256:4

**sticking** 54:6

**sticks** 252:9

**stomach** 89:23

**stop** 189:10 281:16 299:11

**stopped** 280:25 280:25 281:1,3 284:21

**straight** 222:1

**stratification** 166:16

**stratified** 166:23

**stress** 88:12 124:7,14 196:19 216:8 249:4

**strike** 324:25 325:6 328:12

**strong** 297:12

**strongest** 255:17 256:20

**stuck** 49:5

**students** 67:16 67:23 68:9,17

**studied** 162:24 232:8,9

**studies** 32:22 48:14 50:12,12 51:19 86:24 87:25,25 98:17 98:18 103:19 105:1,3 106:1 106:2 110:16 126:14 128:4 128:16,19,23 128:23 130:17

135:21 138:7 138:17,22,24 139:2,10,11 140:23 143:9 143:11,19 145:23 154:6,6 155:1 156:4,4 156:5,7,9,14,15 156:16,16 157:2,6,8,13,20 162:18,18,19 162:25 163:3,6 163:11,15 171:23,24 194:19 203:2,3 204:16,16 205:15 208:1,2 209:6 211:23 212:3,8,9 218:8 243:17 250:15,22 251:5 254:2 258:15 260:12 260:14 262:16 262:19 265:21 269:24,25 270:4,20 271:4 273:22 274:5 274:18 277:2 280:17 282:4 284:2,2,4 285:1,19 287:12,17 291:5,13,14,17

292:3,7,8,9,9
293:8,18,19,22
295:6,8 297:3
297:3,17,20,22
297:25,25
298:20,22
300:1 336:13
339:12
**study** 69:13
86:10,11,12,14
86:22 87:2
103:15,16,17
111:1,9,12,14
133:25 134:15
135:5,19
136:11,11,25
137:4 149:6
155:10 166:18
166:21 167:7
168:5 169:9,9
169:10 171:7
171:15,19,23
175:13 203:6
205:11 206:1
207:2,2,4
214:9,13
215:19,19,24
218:5,8 225:1
225:3,14,17
226:2,5,9,14,18
226:22,23
227:4,15,21
228:9,24
229:10,12,18

229:19,21
231:18 250:1
257:6 271:20
272:20 274:14
274:23,25
275:2,10,11,12
275:13 277:3,8
277:10 279:13
280:10,23
281:19,22
282:1,2,13,14
282:17,24
286:14,19,21
314:18 320:4,8
320:23 326:9
327:5,13 328:4
328:20,23
333:11,25
334:5 336:18
336:22 337:2,6
337:8,11,16,22
337:25 338:3,7
338:14,18,23
339:1,4,6,9,15
339:18,20
**stuff** 191:17,17
**sub** 96:8
**subgroup**
331:14
**subject** 111:4
156:7 256:9
**subjective**
109:8 164:20

**subjects** 30:5
31:19,19
107:20 110:15
110:15 111:14
112:2 133:10
135:3 152:9
256:2,8 266:21
266:24 272:10
293:13 299:22
327:4 329:14
329:21 331:17
**submitted** 15:9
20:2,22 22:1
25:25 27:22
28:15 175:12
**submitting**
24:14 25:22
316:8,9
**subpoena**
322:20
**subscribed**
342:18
**subset** 209:10
**substance**
162:12
**substantial**
33:22 34:4,14
35:2,4,8,12,14
35:18,22,22
36:2,10,11,14
36:15,16,22
37:2,14 41:7
126:23 127:9
140:14 144:16

148:2 249:16
326:3
**substitute**
308:1,3
**subtle** 267:6
**successful**
270:17
**sudden** 258:23
**suddenly**
160:21
**suffering** 119:5
**sufficient** 283:7
283:18
**sugar** 253:6
**sugars** 235:11
**suggesting**
149:12,23
150:19,25
211:4 292:15
292:23 300:23
**supplemental**
329:3,4
**supplied** 165:7
**supply** 182:2
285:15
**support** 197:1
197:4 268:21
292:2,5,5
298:6 307:24
308:5 316:15
316:20 334:22
335:1,16
**supporting**
154:17 155:20

**[supporting - tables]**                                    Page 84

| | | | t |
|---|---|---|---|
| 155:24 | 229:9,16 | 318:4,9,11 | |
| **supportive** | 233:12 237:7 | **syndrome** | **t** 131:18 344:3 |
| 334:15 335:10 | 241:21 248:1 | 196:19 197:23 | 344:3 |
| **supports** 295:1 | 259:17 279:3,3 | 215:10 222:6 | **t2dm** 214:14,17 |
| 299:16 300:20 | 286:9,22 288:4 | 222:12,14,15 | 215:9,11 |
| 335:4,19 | 292:22 296:19 | 222:21,22 | **tab** 20:1,10 |
| **suppose** 180:8 | 314:7 315:17 | 223:2 229:3,5 | 58:14 62:15 |
| **supposed** 31:7 | 321:17 | 229:6 232:17 | 63:10 84:17 |
| 32:7 | **surface** 96:3 | 243:22 248:22 | 94:24 131:20 |
| **supposedly** | **surgeons** 63:2 | 248:24,25 | 158:2 166:7 |
| 119:5 | 64:15,17 | 249:4 250:18 | 172:1 184:6 |
| **sure** 16:3 17:3 | **surgically** | 250:20 254:1,7 | 185:9 197:25 |
| 17:18 18:20,21 | 89:14 | 254:15,16 | 203:24 213:3 |
| 18:23 19:20 | **surpass** 293:6 | 258:3 259:6,7 | 213:13 216:24 |
| 23:1 25:25 | **surrounding** | 259:8 260:17 | 223:17,20 |
| 26:1,7,15 | 94:7 | 262:3,12 | 233:6 236:13 |
| 29:17 30:8 | **surveillance** | 264:11,12,13 | 254:18 277:4 |
| 34:1,12 36:7 | 75:15,19 76:3 | 264:14,24,25 | 279:5,9 306:17 |
| 39:22 40:5 | 77:1,3,7 | 265:18 268:17 | 311:3 |
| 41:17,18,20 | 100:21 101:1,3 | **system** 32:14 | **table** 117:11,12 |
| 42:21 52:16 | 101:4,5,8,10,11 | 71:23,23 72:19 | 119:25 122:7 |
| 53:21 59:3 | 101:13,24 | 74:4 75:18 | 226:22,24 |
| 65:25 70:9 | 169:5,6,8,9 | 77:1,2,2,3 | 227:8,9 231:18 |
| 78:21 83:11 | 223:1 317:3 | 209:11 287:14 | 259:18 261:8 |
| 101:17 113:21 | **surveyed** | 300:6 | 277:13,14,17 |
| 121:15 127:15 | 132:14 | **systematic** 7:8 | 278:12 279:18 |
| 127:16 128:13 | **suspicious** 72:9 | 48:13,23 | 279:20 326:12 |
| 131:25 133:15 | **sustain** 140:22 | 204:11 323:24 | 326:15,17 |
| 133:19 139:9 | **swear** 10:19 | 324:7 | 328:6 329:8,11 |
| 144:13 147:19 | **sweets** 251:10 | **systemically** | 329:25 332:6 |
| 155:23 175:2 | **symptoms** | 75:18 | 333:1,9 |
| 181:4 191:25 | 71:20 72:9 | **systems** 80:8 | **tables** 329:3,4 |
| 194:13 210:21 | 77:17 97:15 | 122:23 191:7,8 | |
| 213:2 215:18 | 267:5 317:18 | | |

**[tablet - talks]**                                                   Page 85

| | | | |
|---|---|---|---|
| **tablet**  165:10 | 287:14,20,21 | 169:3,4,7,10,16 | 85:21 86:23 |
| 294:6 | 317:23 325:17 | 178:8 193:24 | 92:24 98:3 |
| **tablets**  164:12 | 342:6 | 199:22 205:11 | 104:2,22 |
| **tabs**  308:4 | **takes**  87:24 | 205:19,19 | 105:17,18,18 |
| **take**  9:12 13:12 | 88:1,3,5,13,13 | 208:1 209:6 | 113:4,14 116:9 |
| 13:16 44:17,18 | 92:7 100:16 | 210:4 211:21 | 127:17 135:7 |
| 45:2,3,8 57:22 | 106:15 131:5 | 212:13 219:17 | 135:21 150:14 |
| 57:24 59:13 | 137:20 145:20 | 220:22 228:9 | 150:18 151:17 |
| 79:24 83:1 | 145:21 149:18 | 243:11 249:8 | 151:20,22,24 |
| 102:13 108:20 | 160:20 182:4 | 250:22 254:2,3 | 152:7,22 156:1 |
| 113:13 131:16 | 198:6 266:17 | 262:19 265:21 | 156:3,4 157:2 |
| 142:2 156:12 | 267:20 268:17 | 270:2 274:7,7 | 168:22 169:1 |
| 171:15 183:7 | 268:17,22 | 274:9 275:12 | 169:12,17 |
| 184:16 188:7 | 269:12,17,18 | 275:13 277:3 | 170:18 172:18 |
| 216:13 232:19 | 271:5 272:4 | 280:19 308:8 | 180:20 197:17 |
| 233:10 235:19 | **talk**  12:23,24 | 308:15,16,18 | 197:20 205:7,8 |
| 235:20 239:19 | 53:7,7,9 54:3,4 | 308:19,20,21 | 205:12 208:10 |
| 262:5 266:7 | 56:2 64:15,16 | 317:12 325:24 | 209:14,15 |
| 278:21,25 | 73:5,6 76:21 | **talked**  37:1,16 | 219:1 220:18 |
| 284:12 298:24 | 76:21,22,24,25 | 113:17 114:22 | 222:1,13 224:9 |
| 315:2 320:2,3 | 80:5 82:2,7 | 131:2,8 134:19 | 245:24,24 |
| 321:3,4,16 | 92:22 102:4,21 | 141:1 153:2 | 246:1,2 248:14 |
| 325:21,21 | 106:1 114:14 | 155:1 181:4 | 248:20 257:13 |
| 326:8 327:9 | 114:16 115:2,3 | 203:6 226:6 | 257:19,22 |
| 328:3 330:1,2 | 127:13 134:14 | 232:22 236:23 | 259:15 260:22 |
| 334:18 336:18 | 138:25 139:2 | 248:10 256:8 | 260:24 261:1 |
| 337:5,21 | 140:15,16,23 | 258:4,5 270:4 | 261:10 262:1,1 |
| 338:10 340:2 | 140:24 149:14 | 271:20 274:25 | 262:2 263:4 |
| **taken**  2:16 9:15 | 149:22 150:15 | 280:18 281:25 | 274:3 289:19 |
| 59:3 61:6 86:8 | 152:1,1,2,9,12 | 314:15 | 289:19 294:11 |
| 86:10 87:5 | 152:14,15 | **talking**  22:14 | 297:1,9 305:22 |
| 106:15,18 | 154:12 155:12 | 34:25 54:2 | **talks**  22:6 |
| 110:25 158:21 | 155:15,16 | 55:24 56:2 | 56:19 87:9 |
| 172:24 274:16 | 157:8 163:6,7 | 65:3 81:25 | 115:1 278:12 |

**[talks - thing]**                                                           Page 86

308:9,10
**tarao** 131:12
  131:17 132:6
  336:18
**targher** 213:17
  217:12
**taught** 79:22
  175:6
**teach** 68:17
**teaching** 67:4,7
  67:16,23 68:9
**team** 19:3 63:2
  64:19,20,21,23
  65:10,17 74:1
**technical** 12:6
**teenage** 191:23
**teenager** 118:2
  119:16 120:15
  120:21
**telephone** 12:5
  12:7
**tell** 38:24 39:17
  77:4 87:2
  102:8 103:17
  115:14 152:5
  172:15 175:7
  191:18,24
  272:7 294:4
**telling** 253:4
**tells** 253:8
  295:13
**temporal**
  200:11

**ten** 131:6 142:7
  142:8,11
  258:17,17
  267:21,21
  269:13,13,17
  269:17
**tenure** 169:22
**term** 7:6 75:12
  93:21 142:1
  204:10 212:23
  293:21 318:15
  327:10,11,18
  333:5,9
**terminology**
  194:18
**terms** 17:3
  59:24 195:12
  195:13,14
**test** 11:14
  22:24 38:5
  117:13,17
  118:4,12 119:1
  124:9 125:1,7
  234:14,25
  235:3 246:11
  256:2,7,9
  293:13 299:21
  329:21
**tested** 71:21
**testified** 11:1
  19:4 177:15
**testify** 30:3
  312:22

**testifying** 11:19
  16:24 18:15,16
  27:15,17,18
  342:9
**testimonies**
  22:7
**testimony**
  11:22 15:2,6,8
  18:17 30:4
  35:25 86:15
  180:20 181:21
  182:19 183:2
  183:20 192:10
  240:23 248:16
  268:25 269:3
  282:7 309:14
  311:15 313:1
  314:10 323:6
  323:16 340:20
  341:9 343:9,17
**testing** 71:25
  72:1,2 120:5
  235:25
**tests** 71:24
  117:14,25
  118:1,7,18
  119:8,12,17
  120:21 318:13
  330:3
**text** 231:25
**textbook** 120:7
  120:9 307:25
**textbooks**
  305:22

**thank** 10:11
  12:22 14:7
  21:14 57:24
  58:19 61:14,15
  62:19 68:21
  69:3 116:23
  126:11 127:18
  127:19 132:7
  166:10 194:9
  195:2 196:25
  196:25 198:5
  207:10 214:1
  216:21,22
  223:14 227:6
  233:13 237:16
  240:25 254:22
  277:7 306:21
  311:5 314:25
  315:1,12 333:2
  340:11,12,15
  340:17,18
**thanks** 33:8
**thereof** 342:13
**thing** 13:14
  27:2 34:23
  42:17 51:17
  56:20 73:11
  75:9 76:5,10
  79:11 80:1
  82:5 83:15
  87:5 97:16
  105:9 106:5,6
  113:24 114:25
  120:4,8,13,14

[thing - thoughts]                                                      Page 87

| | | | |
|---|---|---|---|
| 122:6 125:10 | 264:10 287:1 | 130:3 133:21 | 281:12 284:21 |
| 135:4,20 150:5 | 288:1,2 299:9 | 138:23 146:24 | 286:17 287:7,9 |
| 152:3 153:10 | 305:14 334:25 | 147:12,13,17 | 287:20,21 |
| 154:23 168:24 | 335:3,19 | 151:6,7,18 | 288:10 289:7 |
| 170:24 181:25 | **think**  12:12 | 164:21 165:17 | 295:21 297:10 |
| 182:23 195:20 | 13:2 16:2 | 165:21 169:1 | 302:21 303:2 |
| 203:3 212:11 | 18:23,23 19:12 | 171:12,16 | 306:15 308:24 |
| 213:22 220:18 | 19:15,18,18,24 | 176:1 178:14 | 309:5 311:19 |
| 232:15 235:14 | 20:17 24:13 | 179:5,7,15 | 312:15,15 |
| 235:18 240:8 | 25:23,24 27:17 | 180:14 181:24 | 313:6,16 |
| 240:14 247:13 | 31:14 33:6 | 182:2,10 183:9 | 314:12 318:1 |
| 252:15 256:11 | 39:19 40:22 | 183:25 184:3 | 321:24 |
| 256:24 267:19 | 41:14 42:14 | 184:16,20 | **thinking**  50:16 |
| 269:11 270:9 | 43:14 44:13 | 190:1 195:17 | 50:17 |
| 271:13,14,23 | 46:25 47:2,3,5 | 199:19 202:20 | **third**  3:11 |
| 274:25 314:10 | 47:10,11 51:12 | 205:20 211:9 | 66:17 125:10 |
| **things**  25:4 | 51:23 55:14 | 212:23 213:23 | 158:13 183:11 |
| 26:15 32:21 | 56:3,21 57:16 | 218:7 220:25 | 186:20 299:5 |
| 33:4 36:9 45:5 | 59:8 62:3,9 | 227:19,21 | 301:13 |
| 46:8 52:4,6 | 64:9,20,20 | 228:10 229:8 | **thorough**  39:16 |
| 59:13 75:20 | 65:24 66:8 | 230:5,6,14,15 | 75:4,4,4 81:4 |
| 76:7,12 78:9 | 69:20,21 70:1 | 230:22 231:24 | 130:2 192:25 |
| 78:13 79:10 | 70:16,19 71:10 | 232:4 235:15 | 273:17 314:17 |
| 84:14 101:7 | 74:3 75:1 79:1 | 235:22 236:10 | 314:18 |
| 105:8 107:4 | 79:2 80:25 | 236:24,25 | **thought**  79:3 |
| 110:8 118:4 | 83:25 86:21 | 237:4 239:8 | 82:20 91:17,17 |
| 125:17 141:19 | 93:4 94:10 | 242:13 245:5,5 | 130:10 151:11 |
| 146:15 154:15 | 97:23 99:21 | 245:11,22 | 172:18 202:1 |
| 164:18 171:13 | 102:17,20 | 247:25 248:2,6 | 221:1 284:18 |
| 180:2 181:24 | 103:1 104:14 | 248:17 249:11 | 306:15 314:8 |
| 184:3 191:14 | 104:15,17,17 | 253:5 255:25 | **thoughtful** |
| 209:25 213:1 | 107:18 110:5 | 266:12 271:6 | 82:20 83:3 |
| 251:19 252:14 | 112:21 116:18 | 271:24 275:20 | **thoughts**  87:12 |
| 252:16 256:1 | 121:24 125:18 | 275:23 280:25 | |

[three - together]                                                    Page 88

**three**  12:12
  18:22 22:9
  30:18,19 32:4
  32:15 45:4
  71:5 95:4
  108:25 112:16
  125:17 156:17
  158:8 165:25
  186:13 189:18
  189:21 196:18
  197:14 249:3
  274:6,8,8
  281:1 293:12
  327:13,24
  328:7 334:7
**thrombus**
  309:22
**thyroid**  32:9
  33:2
**tie**  228:7
**tightly**  49:18
**time**  9:25 10:18
  13:13 18:2
  24:14 28:2
  29:25 34:11
  40:6,19 42:1
  47:4 58:1,4,25
  67:18 68:11,19
  72:16,21 74:6
  75:3,7 76:9
  78:12 80:14,21
  81:24 82:7
  84:11 87:17,18
  87:21 88:4,7

88:13,17 90:18
90:21 91:25
92:1,1,5,7
97:20 99:2
100:16 105:4
108:20 112:8
112:11,15
116:25 117:11
117:19 118:15
119:13 120:21
124:8 131:4,16
136:21 141:17
141:19,21
142:2,3,5,6,7,9
143:17 145:20
149:17 159:23
160:14,20
161:23 165:18
165:24 166:3
171:16 178:20
179:18 180:12
182:5 183:17
184:24 185:1
189:16 190:9
192:22 193:22
198:6 199:9
202:10,11
203:9 218:22
219:8,10,21
228:9,11,21
233:14,18
235:25 241:5
244:1 247:8,13
248:4,5,6

250:9,9 252:25
253:2,3 258:15
260:21 262:7,9
262:10 268:17
268:17 270:22
273:7,10
281:15 289:13
289:16 299:11
301:3 306:22
307:1 310:22
310:25 315:4,7
340:5,8,15,24
342:7 343:18
**timeframe**
  87:24 183:15
  343:8
**timeline**  88:21
  88:23,24
  129:19,21
  136:22 137:18
  139:21,22
  148:18 175:19
  175:21 179:1
  179:21 202:8
  208:19,20,23
  211:14,15
  247:14
**timelines**
  179:11
**times**  12:11,12
  28:12 74:9,11
  74:13 84:13
  101:17 117:16
  126:13 174:11

174:16,20,25
176:9 192:10
199:15 231:23
252:19,20
294:13 297:23
316:11
**timing**  43:6
  142:23 143:1
  144:1,2,2
  313:5
**timings**  26:1
  314:8
**title**  255:1
**titled**  131:12
  223:23 333:3
**today**  11:16,23
  14:8,14,25
  15:6,8 28:14
  30:25 33:20
  34:2 52:7
  55:19 65:22
  153:7 265:23
  313:25 314:15
  339:24 340:15
**today's**  340:20
**together**  73:25
  103:7 119:11
  193:20 196:17
  197:3 222:24
  222:25,25
  223:1 248:19
  254:14 262:5
  264:10 267:2
  275:13 276:15

[together - try]                                                    Page 89

283:25 284:6
293:23,25
295:11 297:4
299:9 317:25
**told**  81:12
82:15 198:25
200:19
**took**  53:9,15,23
54:4 86:21
103:15,18
111:2,9,9
112:3 117:12
126:17 134:13
137:19 144:19
161:25 189:8
205:16 233:21
267:25 268:3
275:16 276:11
276:17,20
281:11 285:25
294:7 329:19
**tool**  75:15
77:20
**top**  61:6 133:20
153:15 155:14
172:13 217:19
237:11 256:4
**topic**  301:14,22
301:25
**total**  18:10,14
64:19 66:19
70:12,14
228:16 340:22

**totality**  317:24
**towards**  107:19
107:20 118:25
118:25 123:21
141:10 146:17
149:6 154:25
154:25 159:2
226:15 242:25
257:12 284:17
285:21 293:25
295:11 299:9
**toxicological**
155:11 163:20
164:4 165:12
**toxicologist**
52:22 164:25
165:5
**toxicology**
47:25 164:11
165:5
**tract**  214:18
218:13
**train**  201:25
**trained**  175:5
**training**  31:11
31:15 60:10
174:10 175:4,4
175:24 176:4
**trait**  261:2,6
**traits**  259:19
259:24 260:23
**transcribed**
342:11

**transcript**  6:15
172:23 173:3,8
173:11 176:13
177:21 245:8
311:20 321:8
323:8 341:7
343:6,19
**transcription**
269:20,21
342:13
**transplants**
225:19
**treat**  31:8,8
32:25 61:24
64:13 69:18
70:5 73:22
74:15 84:9
188:23 191:20
191:25 251:4
270:9 290:8,23
**treated**  69:23
118:14 189:25
222:24 223:1
243:7 270:22
302:17
**treaters**  325:16
**treating**  32:21
67:16 81:23
83:16,19 84:3
172:16 177:14
178:5,20
179:25 181:16
183:1,21
187:22 188:25

198:20 250:25
251:17 299:12
314:16 318:22
325:10
**treatment**  60:3
60:6 72:22,25
73:6,7 81:21
81:25 100:20
123:1 174:6
177:1,6 188:6
189:24 190:13
218:12 236:4
239:4 244:13
250:21,23,25
270:7 271:1
290:9,23 298:5
298:19 299:4
300:11,13,24
321:21 335:17
**treatments**
60:16,21,23
299:17 300:22
**trial**  30:4
**tried**  270:16
284:3 295:2
300:16
**triglycerides**
235:20
**trivial**  35:3
37:3,5 41:10
41:21
**true**  341:10
**try**  12:23,24
13:12 17:12

29:24 30:12
38:18 83:2
102:13 103:21
111:4 119:11
130:9 169:11
185:13 220:6,7
248:21 269:5
293:3 297:4
321:17
**trying** 28:8
36:12 37:3
39:16,17 47:11
47:18 50:23
51:12 61:2
65:8,11 68:2
78:21 79:6,13
82:19 87:15
92:6 99:22
104:21 109:11
110:6,9,14
111:15,25
112:2 118:17
119:10 120:19
123:15 130:2
150:5 151:10
151:11,20,20
175:18 182:22
189:22 200:11
209:17,19
211:2,9,14
218:17,18
220:11 221:20
221:22 222:7
222:18 228:6

229:4,16
230:12 231:4,8
259:2,4 261:5
264:2,9 265:7
267:18 269:10
269:16 278:17
278:23 279:21
289:7 297:2,6
300:10 301:10
310:5 312:15
314:3 321:18
321:20
**tuesday** 1:17
2:19 9:1,5
14:21
**tumor** 88:20
92:14 93:6,19
93:19,21 94:7
99:8 105:25
142:22 220:10
258:24 265:6
287:25 298:21
300:2,2,9,9,12
334:22
**tumors** 70:4
**tunnel** 69:22
**turn** 87:17 92:1
98:18 162:3
249:21,23,25
250:15,17,20
251:19 266:11
270:10 311:19
315:21 322:10
326:11 331:13

332:25 336:17
**turnaround**
98:21
**turned** 151:13
270:6
**turniak** 145:5
161:2 247:19
**turning** 75:20
100:13
**turns** 87:19
141:22 250:11
260:19,20
**two** 12:12
30:17,17 36:9
45:4 58:5
64:22 70:17
93:16 97:8
99:9 112:12
115:13 120:1,2
122:25,25,25
123:6 127:2
142:20 143:5
143:17,22,23
145:10,12
146:18 156:18
157:7 160:8
174:11 176:13
176:25 181:24
183:18 188:14
188:15,24
189:8 198:10
210:7,9 236:19
241:9 247:10
255:14 258:23

267:10,17
268:7 271:16
293:8 327:10
**type** 7:11 196:8
196:12 213:15
214:14 216:2
236:2,3,3,7
260:4 261:2,6
**types** 60:6
98:15 154:15
262:16 278:13
**typewritten**
241:6
**typically** 84:3
140:6

**u**

**u.c.** 63:22
**u.s.** 32:5 71:23
71:23
**uab** 6:20
185:18 187:6
198:7
**uc** 5:15,18,21
6:10
**ucsd** 58:12,22
59:20 60:8
61:21 62:21,23
64:2,5,8 65:6
65:10,22 158:8
158:10,24
307:8
**ucsd's** 62:22

[ugly - united]                                                Page 91

| | | | |
|---|---|---|---|
| **ugly**  162:3 | **unclear**  230:21 | 330:23 341:6 | **understood** |
| **uh**  63:20 96:12 | **uncontaminat...** | 342:9,12 | 13:8,11,17 |
| 255:20,20 | 277:19 329:15 | **underlying** | 24:1 41:18 |
| 279:19,24 | 329:20 330:18 | 96:11,22 149:3 | 47:6 325:17 |
| 312:21 | 331:6,19 | **underneath** | **underwent** |
| **ultimate**  74:3 | **uncontrolled** | 186:12 315:22 | 94:17 |
| **ultimately** | 251:7,10 | **undersigned** | **undiagnosed** |
| 71:25 76:3 | **under**  48:4 | 342:3 | 161:21 179:8 |
| 91:7 108:5 | 60:20,23 76:15 | **understand** | 179:22 183:16 |
| 208:17 243:14 | 78:4,16 121:2 | 13:6 16:10 | 189:7 |
| 260:19,20 | 124:7,14 128:2 | 24:6 36:4 | **undue**  124:7,14 |
| 306:4 | 153:21 167:4,4 | 50:23 53:18 | **unethical** |
| **ultrasound** | 167:11 186:23 | 67:5 78:22 | 156:10 163:3 |
| 40:23 93:17 | 197:8 203:13 | 84:2 97:24 | 293:16 |
| 161:8,11 | 206:20,25 | 111:4 130:2 | **unexposed** |
| 200:25 201:1 | 208:9 209:19 | 173:25 178:10 | 328:10,15 |
| **ultrasounds** | 215:4 219:23 | 210:13,17,20 | 329:13 331:1 |
| 90:20 319:16 | 222:4,5,11,20 | 211:2 226:21 | 332:15 334:1 |
| 319:21 | 223:2 226:12 | 231:5,8 234:21 | **unfortunately** |
| **umbrella** | 226:14,17 | 238:3 251:16 | 267:22 269:14 |
| 206:21 207:1 | 229:5 238:1 | 285:20 286:7 | 287:13 306:7 |
| 209:18,19 | 240:11,11,12 | **understanding** | **unhealthy**  92:3 |
| 219:2 222:6,11 | 240:13,13,17 | 24:21 30:23 | **unidentified** |
| 222:20 223:2 | 243:21 248:22 | 31:1 64:11,22 | 150:10,12 |
| 226:12,14,18 | 248:24 250:19 | 67:8,15,24 | 152:18 |
| 243:21 248:22 | 253:25 254:6 | 90:8 116:4 | **united**  1:1 2:1 |
| 250:19 253:25 | 254:14 258:2 | 143:15 157:21 | 9:18 32:5 69:7 |
| 254:6,15 258:3 | 259:5,5 260:16 | 159:12 170:12 | 121:6 135:24 |
| 259:5,6 260:17 | 262:5,24 | 170:14 174:7 | 136:4 137:9,11 |
| 260:21 262:6 | 263:10 264:7 | 175:8 180:18 | 137:11,14,15 |
| 263:10 264:8 | 264:11 265:17 | 188:7 199:12 | 137:16 138:2,4 |
| 264:23 265:18 | 268:11,11 | 201:14 220:13 | 158:14 166:22 |
| **unable**  15:5 | 312:18 313:6 | 237:5 243:9 | 167:8 |
| 47:1 | 320:11 330:9 | 251:17 | |

| | | | |
|---|---|---|---|
| **units** 299:24 | 76:12 78:17 | **v** | 273:14 274:16 |
| **univariate** | 79:18 81:2 | | 274:17,19,20 |
| 225:5 259:21 | 83:7,13 84:7 | **v** 1:9 2:9 343:4 | 274:22,24 |
| 259:25 | 86:22 119:8 | 344:1 | 275:16 276:5 |
| **universe** | 126:21 162:22 | **vague** 29:14 | 276:15,18,20 |
| 229:18 | 164:18 169:4 | **valsartan** 1:6 | 277:18,19,23 |
| **university** 58:9 | 175:6 194:24 | 2:6 9:16 18:11 | 280:12,21 |
| 121:9 191:8 | 195:13,14 | 19:6 33:22 | 283:8 284:7 |
| 257:4 307:22 | 226:9 261:22 | 34:3 35:7,11 | 285:6,9,22 |
| **unrelated** | 340:22 343:19 | 35:17 36:1 | 288:7 289:5,10 |
| 55:14 | **users** 333:5,9 | 37:18 42:7,24 | 290:6,20 291:2 |
| **ups** 200:23 | 334:7 | 44:4,11 45:17 | 292:16,24 |
| **urgent** 124:24 | **using** 11:15 | 46:22 47:10 | 294:6,18 295:1 |
| **urgently** 81:20 | 12:1 13:20 | 49:14 51:10 | 295:9,14 |
| **urinating** | 76:17 80:18 | 52:9,17 53:14 | 296:12,21 |
| 308:13 | 93:21 114:2 | 53:22 54:4,12 | 298:4,18 322:7 |
| **usage** 243:2 | 116:2 122:12 | 54:13,21 55:10 | 322:14,18 |
| 327:24 | 180:11 190:4,4 | 55:21 56:11 | 323:17 325:17 |
| **use** 17:3,8 76:9 | 194:21 195:12 | 57:1,6,10,11 | 326:22 327:10 |
| 77:3,19 113:20 | 232:24 334:7 | 79:18 81:2,14 | 327:11,12,19 |
| 121:11,12 | 342:10 | 83:8,13 84:8 | 329:13,15,19 |
| 142:1 151:5 | **usually** 39:4 | 108:11 126:22 | 329:20 330:5 |
| 162:15,16 | 56:24 59:2,3 | 127:11 144:19 | 330:18,19 |
| 163:3 171:14 | 70:22 71:22 | 148:3 159:6 | 331:16,19 |
| 191:8 194:22 | 72:4 81:23 | 161:4,16,23,24 | 333:4,9,10 |
| 194:25 195:15 | 84:10 87:24,25 | 164:6 165:2 | 336:4 343:4 |
| 197:22 207:1 | 105:15 115:18 | 179:24 180:12 | 344:1 |
| 221:13 253:11 | 137:19 149:8 | 180:16,18 | **value** 118:8 |
| 253:13 277:17 | 150:20,25 | 181:13,15,18 | 120:5,6,7,10 |
| 301:10 308:6 | 211:17 252:4,5 | 181:19,23,25 | 121:7 123:2,20 |
| 322:7 327:10 | 252:8 | 182:15 208:22 | 125:18 139:12 |
| **used** 16:23 42:7 | **uterine** 308:20 | 210:9,16,24 | 252:3 253:12 |
| 44:10 75:16,17 | | 211:7 232:24 | **values** 77:18,18 |
| 76:4,4,6,7,9,11 | | 247:17 259:12 | 120:14 123:14 |

[values - wanted]                                                            Page 93

123:17 124:6
252:7,8
**variety**  60:4
153:23
**various**  6:7
76:23 131:14
132:13 139:19
234:10 325:10
**vary**  92:5
**vast**  320:23
**vaughn**  3:4,8
10:12,12
**vein**  309:22,23
**verify**  314:3
343:9
**verifying**  28:3
**veritext**  9:21,23
340:23 343:14
343:23
**veritext.com.**
343:15
**version**  86:18
**versus**  274:20
274:21 275:15
328:10 330:4
330:25
**vicinage**  1:3 2:3
9:19
**victoria**  4:7
**victoria.locka...**
4:13
**video**  9:11,14
**videoconfere...**
3:1

**videographer**
4:16 9:4,22
10:18 57:25
58:4 112:11,15
165:22,24
166:3 184:23
185:1 233:14
233:18 273:6
273:10 306:20
306:22 307:1
310:21,25
315:4,7 340:5
340:8,13,19
**videotaped**
1:15 2:15
**view**  63:6,7,18
180:21 251:21
**viewer**  213:10
311:11
**viral**  39:7,8
105:14 141:2
153:24 158:15
205:25 206:3
206:16 207:5
**virtually**  9:8
**virus**  104:7,10
105:20 106:3
107:22,22
141:2
**viruses**  105:7
105:24 135:11
152:10
**visit**  8:3 80:22
117:23 124:20

183:2,3 188:21
188:22 234:6
236:18,22
237:8,13,14,21
239:13
**visualized**
89:24
**volume**  1:18
2:16 5:4
341:17

**w**

**w**  8:7 198:15
**waist**  214:20
217:23
**wait**  172:9
306:16
**walked**  284:12
**want**  11:14
21:15 22:25
26:11,14 35:24
36:13 39:12,12
39:22 48:19
58:14 62:14
66:1,6,15 68:5
78:21 81:20
84:17 89:6,7
91:16,19 92:22
94:23 103:3
105:9 108:12
112:19 113:3
113:13 118:9
121:25 127:13
129:7 135:17

139:9 141:14
142:24 147:18
147:19 149:14
151:9 154:23
161:6,10
170:24 175:25
182:9 183:18
184:21 188:5
192:17 193:24
197:25 200:10
200:17 203:23
210:13 211:21
213:24 215:14
218:23 221:13
223:16 226:21
229:9 236:12
237:7 253:7
254:17 256:6,6
259:14 269:8
271:24 275:5
275:11 279:2
294:4 306:8,9
306:14,18
308:7 309:11
312:25,25
315:21 317:12
320:10 322:10
325:24 326:8
326:11 328:3,6
329:2,7 331:13
331:22 332:25
336:17 340:3
**wanted**  16:10
27:4,24 38:6

**[wanted - witness]**                                                    Page 94

| | | | |
|---|---|---|---|
| 55:15 65:13 | 308:24 309:1 | **went**  16:21 | 23:10 24:20 |
| 67:3 85:20 | **ways**  242:16 | 39:5 88:18 | 25:12 26:12 |
| 87:10,23 88:10 | **we've**  57:21 | 99:6 122:21 | 29:13,15,21 |
| 88:21 93:8 | 65:3 80:21 | 123:18 124:14 | 30:8,10 31:5,9 |
| 104:25 105:8 | 97:5 112:7 | 125:16 148:11 | 31:14 33:11 |
| 106:6 113:25 | 143:3 146:6 | 178:5 212:11 | 37:9 38:2 40:2 |
| 114:1 118:2 | 165:16 206:3 | 213:11 232:10 | 41:13,24 42:10 |
| 134:11 135:18 | 222:12 224:9 | 239:5 276:6 | 43:2 44:13 |
| 181:22 205:17 | 233:9 241:23 | 281:6 304:14 | 45:19,21 49:16 |
| 207:16 215:18 | 248:20 250:1 | **whatnot**  152:10 | 52:13,21 53:18 |
| 215:19,21,22 | 251:3 257:12 | **whereof**  342:17 | 54:1,18,24 |
| 245:17 257:2 | 257:22 258:1,4 | **whichever** | 55:4,13 56:14 |
| 310:3 315:11 | 262:1,2 263:4 | 141:23 194:21 | 57:9 58:18 |
| **warrant**  97:19 | 264:13,14 | **white**  97:3,4 | 59:8 61:12,15 |
| **washington** | 265:21,22 | 288:12 | 62:19 63:13 |
| 3:12 4:10 | 266:21 273:3 | **wholistic**  28:8 | 69:3,15,20 |
| **way**  64:24,25 | 281:25 282:3 | 51:22 110:10 | 70:7 71:17 |
| 75:16 79:22 | 306:15 308:24 | 144:25 | 74:23 76:2,20 |
| 85:20 87:11 | 314:15 | **wide**  60:3 | 79:22 82:18 |
| 102:3 114:16 | **website**  22:11 | 153:23 | 84:21 95:2 |
| 114:18 118:13 | 58:22 59:5 | **wife**  10:10 | 99:21 100:24 |
| 120:15 125:13 | 62:21,23 63:18 | **william**  27:12 | 101:21 107:18 |
| 129:14 136:3,4 | 63:22 65:6,9 | **wilson**  158:18 | 108:18 109:8 |
| 179:11 186:13 | 65:15,22 | **wish**  32:22 | 110:25 111:23 |
| 197:7,13 219:5 | 158:10 307:22 | **with's**  295:15 | 113:12 115:10 |
| 227:20 235:6,7 | 309:8 | **withdraw** | 115:12 121:24 |
| 243:16 249:20 | **website's**  307:8 | 170:1 | 122:19 123:9 |
| 260:19,20 | **websites**  22:11 | **withdrawn** | 126:16 131:1 |
| 274:19 282:23 | **week**  70:2 | 181:23 284:20 | 131:23 137:11 |
| 285:1 286:13 | 79:23 | 289:13 | 137:14 138:21 |
| 288:10 291:22 | **weeks**  273:23 | **witness**  5:2 | 139:18 144:10 |
| 294:12 304:8 | 291:19 293:15 | 10:19 12:14,16 | 144:24 148:5 |
| 305:25 307:24 | **weight**  156:15 | 17:24 18:7,19 | 148:25 151:5 |
| 307:25 308:1,3 | 252:14 318:12 | 20:5,14,17 | 153:10 154:22 |

**[witness - xie]** Page 95

| | | | |
|---|---|---|---|
| 157:16 158:6 | 286:6 287:7 | 343:10,12,18 | **worsened** |
| 159:10 161:6 | 288:10 289:7 | **witnesses** 15:18 | 160:9 310:17 |
| 162:15 163:23 | 291:5 292:5,19 | 342:8 | **worsening** |
| 164:8 166:10 | 293:2 294:22 | **wondering** | 124:23 |
| 168:22 170:23 | 295:21 296:5 | 37:22 93:14 | **worst** 119:5 |
| 171:11 172:5 | 296:16 297:1 | **word** 51:15 | **write** 17:12 |
| 174:19 175:2 | 298:9 299:19 | 164:21 216:13 | 27:23 28:1 |
| 177:20 180:25 | 302:20 307:22 | **words** 162:12 | 138:22 191:2 |
| 181:22 182:17 | 309:5,15 | 221:14,17 | 210:21 269:21 |
| 182:21 184:9 | 311:12 312:12 | **work** 15:17,21 | **writes** 183:3 |
| 185:12 187:25 | 313:5,14 314:7 | 15:22,23 16:24 | **writing** 50:21 |
| 191:5 192:12 | 314:23 315:1 | 16:25 19:16 | 85:17 117:6 |
| 197:6 198:5 | 316:18,25 | 58:8 64:7,10 | 150:5 |
| 200:15 204:2 | 317:10,20 | 67:3,4,23 71:6 | **written** 24:20 |
| 205:6 207:15 | 318:7,20 319:1 | 85:8 94:11 | 29:24 59:2,4 |
| 209:4 211:9 | 319:12,18,25 | 102:3 116:25 | 99:11 101:3 |
| 213:7 214:24 | 320:21 321:2 | 117:10 282:23 | 147:24 190:14 |
| 216:15,19,22 | 321:14 323:14 | **worked** 15:24 | 190:23 191:16 |
| 217:2,6 221:9 | 323:21 324:12 | 16:10 17:19,22 | 191:17,18 |
| 223:9,20 230:5 | 325:13,20 | 18:24 19:5,10 | 192:6 239:6 |
| 231:14,24 | 326:6 327:1,21 | 19:21 39:1 | 240:4,15 241:2 |
| 233:2 235:6 | 328:1,17,25 | 66:25 | **wrong** 47:6 |
| 236:14 239:2 | 329:23 330:7 | **working** 15:25 | 82:22 179:5,7 |
| 240:25 241:19 | 330:13,21 | 16:8 188:4 | 310:1 |
| 242:6,24 | 331:3,11 332:4 | **works** 64:25 | **wrote** 27:24 |
| 245:21 247:24 | 332:17,22 | **world** 166:17 | 28:23 29:4 |
| 248:17 249:20 | 333:17,22 | 182:5 203:18 | 43:20 89:8 |
| 252:1 253:2 | 334:3,12 335:7 | 207:22 | 232:22 240:16 |
| 254:21 255:25 | 335:13,22 | **worldwide** | 274:12 |
| 261:15 265:13 | 336:11,24 | 215:8 | **x** |
| 268:24 269:1 | 337:14,19 | **worse** 160:10 | **x** 339:12 |
| 277:7 279:9 | 338:5,16,21 | 179:10 305:8 | **xie** 8:5 254:25 |
| 280:6,14 282:8 | 340:12,17 | 306:2 318:13 | 339:12 |
| 283:11,21 | 342:17 343:8 | 318:14,15,15 | |

**[yang - zoom]**                                          Page 96

| y | |
|---|---|

**yang**  7:18
  223:22 339:1
**yeah**  18:9
  52:24 55:7
  60:13,17 64:9
  70:25 71:10
  75:7 85:4
  103:6 126:10
  131:18 132:7
  133:7 165:21
  167:25 168:12
  169:17 173:15
  173:19 188:15
  199:8 202:7
  212:8 214:1
  230:22 234:5,9
  245:25 263:23
  290:13 312:7
  334:18
**year**  19:19 32:4
  69:18 88:22
  109:20 110:20
  134:16,17
  137:20 143:5
  143:17 145:19
  186:16,24
  190:24 253:19
**years**  25:1,14
  25:16 30:17,18
  30:18,19 32:15
  71:1,5 88:3,5,9
  88:13 92:7

99:9 104:3
131:6 137:21
142:7,8,10,20
143:2,4,18,23
145:10,12,21
145:21 146:5
146:18 160:8
183:18 189:8
191:23 198:25
200:19 210:3
214:19 219:10
244:16 247:10
251:12 253:17
258:17,18,19
258:23 266:7
266:17,18,19
267:10,17,21
267:23 268:4,6
268:7,11,22
269:9,14,15,17
270:5,14,25
271:7,16,25
272:5,11
273:16 276:20
281:1,1 284:21
294:8 303:11
305:21 308:2
314:13,14,16
320:19 327:13
327:24 333:11
334:8
**yellow**  88:2
  104:11

**yokohama**
  135:19 137:1

| z | |
|---|---|

**zantac**  19:15
  19:23
**zheijang**  1:9
  2:9 165:8
**zhejiang**  276:8
  285:11 343:4
  344:1
**zhp**  10:6,8 11:6
**zoom**  3:1 13:20
  14:4,9

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.