# EXHIBIT 14

# Roberts, Gaston J

MRN: 000015187

**Office Visit** 6/23/2016  
ESMS GASTROENTEROLOGY  

Provider: Christopher W Ives, MD (Gastroenterology)  
Primary diagnosis: Abdominal pain, left upper quadrant  
Reason for Visit: Follow-up  

## Progress Notes

Christopher W Ives, MD (Physician) • Gastroenterology

### Subjective:

**Patient ID:** Gaston J Roberts Jr. is a 60 y.o. male.

### Chief Complaint:

HPI  
Mr. Roberts' US and CT revealed some cysts in liver for which 4-6 month f/u is recommended. Still having fairly frequent LUQ discomfort. The cholestyramine has helped with his diarrhea greatly as long as he takes it. No significant wt loss, no fever, no blood in the stool. LFT's were sl increased and he has been told all of his life that they have been up a bit and US shows fatty infiltration.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • CAD (coronary artery disease) | |
| • CAD (coronary artery disease) | |
| • DJD (degenerative joint disease) | |
| • Fractures | |
| • GERD (gastroesophageal reflux disease) | |
| • Headache(784.0) | |
| • History of smoking | |
| • Hypertension | |
| • Irritable bowel syndrome | |
| • Nonalcoholic steatohepatitis (NASH) | |
| • Nonspecific abnormal results of liver function study | |
| • Obesity | |
| • OSA on CPAP | |
| • PAF (paroxysmal atrial fibrillation) | |
| • Snoring disorder | |
| • SSS (sick sinus syndrome) | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Father | |
| • High Cholesterol | Father | |
| • Colon Cancer | Neg Hx | |
| • Inflam Bowel Dis | Neg Hx | |
| • Liver Disease | Neg Hx | |
| • Irritable Bowel Syndrome | Neg Hx | |
| • Colon Polyps | Neg Hx | |

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Appendectomy | | |
| • Cholecystectomy | | |

Printed by Majoy Heaton at 5/25/21 2:28 PM

Page 1 of 16

Restricted Confidential Information GRobertsJr-ESMS-000029

- Colonoscopy
- Coronary angiography

**Allergies**

| Allergen | Reactions |
|---|---|
| • Penicillins | |

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cholestyramine-Aspartame 4 gram Powd | Take 4 g by mouth 2 times daily. | 1 Can | 3 |
| • ascorbic acid (VITAMIN C) 1,000 mg tablet | Take 1,000 mg by mouth daily. | | |
| • valsartan-hydrochlorothiazide (DIOVAN-HCT) 320-25 mg per tablet | Take 1 Tab by mouth daily. | | |
| • ALPRAZolam (XANAX) 0.25 mg tablet | Take 0.25 mg by mouth nightly as needed for Anxiety. | | |
| • lansoprazole (PREVACID) 30 mg capsule | Take 1 Cap by mouth 2 times daily. | 60 Cap | 11 |
| • acetaminophen (TYLENOL) 325 mg tablet | Take 650 mg by mouth every 4 hours as needed for Fever. | | |
| • diltiazem (CARDIZEM) 60 mg tablet | Take 30 mg by mouth 4 times daily as needed (palpitations). Take every 4 to 6 hours as needed for palpitations | | |
| • propafenone (RYTHMOL SR) 225 mg SR capsule | Take 225 mg by mouth 2 times daily. | | |
| • triamcinolone (NASACORT AQ) 55 mcg nasal inhaler | 2 Sprays into both nostrils at bedtime. | | |
| • Cholecalciferol, Vitamin D3, (VITAMIN D-3) 2,000 unit Cap | Take 1 Cap by mouth daily. | | |
| • GLUC/CHND/OM3/DHA/EPA/FISH/STR (GLUCOSAMINE CHONDROITIN PLUS ORAL) | Take 500 mg by mouth daily. | | |
| • ANTIOX#10/OM3/DHA/EPA/LUT/ZEAX (I-CAPS ORAL) | Take 2 Tabs by mouth daily. | | |
| • Omega-3 Fatty Acids-Fish Oil 340-1,000 mg Cap | Take 2,000 mg by mouth daily. | | |
| • aspirin EC 81 mg EC tablet | Take 81 mg by mouth daily. | | |
| • Lutein 20 mg Cap | Take 20 mg by mouth daily. | | |

**Social History**

Social History
- Marital status:           Married
    Spouse name:         N/A
- Number of children:  N/A
- Years of education:  N/A

Occupational History
- Not on file.

Social History Main Topics

Restricted Confidential Information GRobertsJr-ESMS-000030

- Smoking status: Former Smoker
    - Years: 10.00
    - Types: Cigarettes
    - Quit date: 10/26/1982
- Smokeless tobacco: Former User
    - Types: Chew
    - Quit date: 10/26/1982
- Alcohol use: No
- Drug use: No
- Sexual activity: Not on file

| Other Topics | Concern |
|---|---|

- Not on file

Social History Narrative

Review of Systems No new complaints and no changes in the ROS from last office visit other than what is mentioned in the HPI.

**Vitals:**

|  | 06/23/16 1501 |
|---|---|
| BP: | 140/82 |
| Pulse: | 80 |
| Resp: | 16 |
| Temp: | 96.1 °F (35.6 °C) |
| TempSrc: | Tympanic |
| SpO2: | 95% |
| Weight: | **(!) 269 lb 6.4 oz (122.2 kg)** |

**Objective:**
Physical Exam
HEENT- Unremarkable with nonicteric sclerae
Chest- CTA with no wheezes, rales or rhonci. Moving air well.
Card- RRR without m, g or rubs
Abdomen- + BS's, soft NT, ND, no masses or HSM. No rebound or guarding.
Extremities- No CCE
Neuro- Intact

**Patient Active Problem List**

| Diagnosis | Code |
|---|---|
| OSA on CPAP | G47.33 |
| Essential hypertension | I10 |
| DJD (degenerative joint disease) | M19.90 |
| Obesity (BMI 30-39.9) | E66.9 |
| GERD with apnea | K21.9, R06.81 |
| PAF (paroxysmal atrial fibrillation) | I48.0 |
| CAD (coronary artery disease) | I25.10 |
| Chronic rhinosinusitis | J32.9 |
| Chronic nasal congestion | R09.81 |
| Snores | R06.83 |
| Open wound(s) (multiple) of unspecified site (s), without mention of complication | T14.8 |

Printed by Majoy Heaton at 5/25/21 2:28 PM                                          Page 3 of 16

Restricted Confidential Information GRobertsJr-ESMS-000031

- Chest pain                                                    R07.9
- Atrial fibrillation with rapid ventricular response           I48.91
- GERD (gastroesophageal reflux disease)                        K21.9
- Special screening for malignant neoplasms, colon              Z12.11
- Abdominal pain, epigastric                                    R10.13
- Diarrhea                                                      R19.7
- Functional diarrhea                                           K59.1
- Abdominal pain, left upper quadrant                           R10.12
- Fatty liver                                                   K76.0

### Assessment:

|    |                                      | ICD-10-CM |
|----|--------------------------------------|-----------|
| 1. | **Abdominal pain, left upper quadrant** | **R10.12** |
| 2. | Functional diarrhea                  | K59.1     |
| 3. | Fatty liver                          | K76.0     |

### Plan:
Switch to Colestid from the questran
Robinul Forte trial for his pain
Repeat CT in 4-6 months as recommended by rdiology

## Instructions
After Visit Summary (Printed 6/23/2016)

## Additional Documentation

Vitals: BP 140/82 Pulse 80 Temp 96.1 °F (35.6 °C) (Tympanic) Resp 16
Wt **269 lb 6.4 oz (122.2 kg)** ❗ (Abnormal) SpO2 95% BMI 39.78 kg/m² BSA 2.44 m²

Flowsheets: Simple Peds Vital Signs, Bariatric Weight Assessment

Encounter Info: Billing Info, History, Allergies, Detailed Report

## 👥 Patient Care Team

|                          | Relationship   | Specialty         | Notifications | Start    | End |
|--------------------------|----------------|-------------------|---------------|----------|-----|
| Donald B Sanders, MD     | PCP - General  | Internal Medicine |               | 6/15/18  |     |
| Thomasina H Sharpe, MD   |                | Family Medicine   |               | 4/25/13  |     |
| Ralph S Buckley, MD      | Cardiologist   | Cardiology        |               | 12/25/14 |     |
| Robert Robichaux, MD     | Cardiologist   | Hospitalist       |               | 12/25/14 |     |

| | Relationship | Specialty | Notifications | Start | End |
|---|---|---|---|---|---|
| William C McEvoy, MD | Hematology and Oncology | Hematology and Oncology | | 4/12/19 | |
| Frank K Hixon, MD | | | | 7/3/19 | |
| Joseph Reece Jones, MD | Hematology | Hematology | | 1/7/20 | |
| John W Boyer, MD | Cardiothoracic Surgery | Cardiothoracic Surgery | | 3/5/20 | |

## BestPractice Advisories

Click to view active BestPractice Advisories

## Orders Placed

None

## Medication Changes

As of 6/23/2016  4:11 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: colestipol (COLESTID) 1 gram tablet** | 3 | 6/23/2016 | 3/20/2017 |
| Take 1 Tab by mouth 2 times daily. - Oral | | | |
| **Added: glycopyrrolate (ROBINUL FORTE) 2 mg tablet** | 3 | 6/23/2016 | 6/15/2018 |
| Take 1 Tab by mouth every 12 hours as needed (for abdominal pain). - Oral | | | |
| **Discontinued or Completed: Cholestyramine-Aspartame 4 gram Powd** | | | |

## Visit Diagnoses

Abdominal pain, left upper quadrant R10.12
Functional diarrhea K59.1
Fatty liver K76.0

---

# Roberts, Gaston J    MRN: 000015187

**Office Visit** 4/4/2016    Provider: Christopher W Ives, MD (Gastroenterology)
ESMS GASTROENTEROLOGY    Primary diagnosis: Abdominal pain, epigastric
Reason for Visit: Diarrhea

## Progress Notes    Christopher W Ives, MD (Physician) • Gastroenterology

**Subjective:**

**Patient ID:** Gaston J Roberts Jr. is a 60 y.o. male.

**Chief Complaint:**
HPI
With a nml colonoscopy and EGD in 7/15, Mr. Roberts c/o's of a constant 2 out of 10 pain just over his lower left ribs, not meal related and has been going on for about a year. He has a Fhx