# EXHIBIT 15

**Patient Name:** Gaston Roberts  **MRN:** 19411  **DOB:** 06-Oct-1955
**Date of Visit:** 14-Nov-2016  **Owner:** Robichaux,Robert
**Document Type:** Established
**Site Name:** Cardiology Associates -Providence Clinic

### Chief Complaint
**Chief Complaint:**
The patient presents to the office today with routine EP follow up. Pt denies chest pain, SOB, dizziness, palpitations or edema.

### Reason For Visit
**Reason For Visit:** The patient is being seen for a follow-up. Primary Physician is Donald Sanders

### History of Present Illness
Cardiac General:
Mr. Roberts is a delightful 61 year-old white male with a history of PVCs, PACs, htn and atrial fibrillation as well as sleep apnea who presents today for followup. He reports recent diagnosis of DM2. He is well controlled now on oral meds and feels great. Much more energy and less PVCs.

### Review of Systems

**Constitutional:** having good general health lately, but not feeling tired (fatigue).
**Cardiovascular:** no chest pain, no palpitations, no lower extremity edema and no shortness of breath during exertion.
**Neurological:** no dizziness.
All other systems were reviewed and are negative

### End of Encounter Meds
1. ALPRAZolam 0.25 MG Oral Tablet (Xanax 0.25 MG Oral Tablet); TAKE 1 TABLET DAILY AS NEEDED;
   Therapy: 14Nov2016 to (Renew:14Mar2017); Last Rx:14Nov2016 Ordered
2. Aspirin 81 MG TABS; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:21Mar2012) to Recorded
3. Diltiazem HCl - 30 MG Oral Tablet; TAKE 1 TABLET EVERY 4 - 6 HOURS AS NEEDED FOR PALPITATIONS;
   Therapy: 02Jan2013 to (Renew:01May2015)  Requested for: 02Mar2015; Last Rx:02Mar2015 Ordered
4. Escitalopram Oxalate 10 MG Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:14Nov2016) to Recorded
5. Fish Oil CAPS; TAKE 1400 MG Twice daily;
   Therapy: (Recorded:14Nov2016) to Recorded
6. Glucosamine CAPS; TAKE 2000 MG Daily;
   Therapy: (Recorded:14Nov2016) to Recorded
7. Lansoprazole 30 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE DAILY;
   Therapy: (Recorded:09May2013) to Recorded
8. Lutein-Zeaxanthin 25-5 MG Oral Capsule; TAKE 1 CAPSULE Daily;
   Therapy: (Recorded:14Nov2016) to Recorded
9. MetFORMIN HCl - 500 MG Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:14Nov2016) to Recorded
10. Micronized Colestipol HCl - 1 GM Oral Tablet; TAKE 1 TABLET DAILY;
    Therapy: (Recorded:14Nov2016) to Recorded
11. Nasacort AQ AERS; USE 2 SPRAYS IN EACH NOSTRIL ONCE DAILY;
    Therapy: (Recorded:21Mar2012) to Recorded
12. Propafenone HCl ER 225 MG Oral Capsule Extended Release 12 Hour; TAKE ONE CAPSULE BY MOUTH EVERY 12 HOURS;
    Therapy: 08Sep2014 to (Renew:09Oct2017)  Requested for: 14Oct2016; Last Rx:14Oct2016 Ordered
13. Trulicity SOPN; Inject once weekly as directed;
    Therapy: (Recorded:14Nov2016) to Recorded
14. Valsartan-Hydrochlorothiazide 320-25 MG Oral Tablet; TAKE 1 TABLET DAILY;
    Therapy: 08Oct2015 to (Renew:11Mar2017)  Requested for: 14Jun2016; Last Rx:14Jun2016 Ordered
15. Vitamin C 1000 MG Oral Tablet; TAKE 1 TABLET DAILY;
    Therapy: (Recorded:14Nov2016) to Recorded
16. Vitamin D3 2000 UNIT Oral Capsule; TAKE 1 CAPSULE Daily;

Restricted Confidential Information GRobertsJr-CA-000243

| | | |
|---|---|---|
| **Patient Name:** Gaston Roberts | **MRN:** 19411 | **DOB:** 06-Oct-1955 |
| **Date of Visit:** 14-Nov-2016 | **Owner:** Robichaux, Robert | |
| **Document Type:** Established | | |
| **Site Name:** Cardiology Associates -Providence Clinic | | |

Case 1:19-md-02875-RMB-SAK   Document 3099-16   Filed 06/26/25   Page 3 of 10 PageID: 122603

Therapy: (Recorded:14Nov2016) to Recorded

### Active Problems
1. CAD (coronary artery disease) (I25.10)
   - 2012 normal nuclear.
     2010 Normal nuclear.
     Mild CAD by CTA
     Nl cors by LHC 96
2. Family Doctor - Last Seen
   - Dr. Kolb
3. Fatigue (R53.83)
4. History of hyperlipidemia (Z86.39)
5. Hypertension (I10)
6. Obstructive sleep apnea (G47.33)
7. Palpitations (R00.2)
8. Paroxysmal atrial fibrillation (I48.0)
9. Shortness of breath (R06.02)

### Vitals
** Printed in Appendix #1 below.

### Family History
- Family history of Hypertension
- Family history of Hypertension

### Social History
- Alcohol Use
- Caffeine Use
- Family Doctor - Last Seen
- Former smoker (Z87.891)
- Marital History - Currently Married

### Surgical History
- History of Appendectomy
- History of Arthroscopy Knee
- History of Cholecystectomy

### Allergies
1. Penicillins

### Results/Data

| Goal | 14Nov2016 | 11May2009 | 24Jul2003 |
|---|---|---|---|
| AST | | | |
| ALT | | | |
| CREATINE KINASE, TOTAL | | | |
| CVD: RICA/LICA | | | |
| Other | | | |
| CHOLESTEROL, TOTAL | | 218 | |
| LDL-CHOLESTEROL | | 131 | |
| HDL CHOLESTEROL | | 36 | |
| TRIGLYCERIDES | | 257 | |

Restricted Confidential Information GRobertsJr-CA-000244

Patient Name: Gaston Roberts  MRN: 19411  DOB: 06-Oct-1955
Date of Visit: 14-Nov-2016  Owner: Robichaux, Robert
Document Type: Established
Site Name: Cardiology Associates -Providence Clinic

Case 1:19-md-02875-RMB-SAK    Document 3099-16    Filed 06/26/25    Page 4 of 10 PageID: 122604

| | | |
|---|---|---|
| EF% | 60 | 60% |

Rhythm and rate - I personally reviewed the ECG strips: **normal sinus rhythm**.

## Physical Exam

**Constitutional**
**General appearance: No acute distress, well appearing and well nourished.**
**Neck**
Jugular veins: Normal.
Thyroid: Normal, no thyromegaly.
**Pulmonary**
Respiratory effort: No increased work of breathing or signs of respiratory distress.
Auscultation of lungs: Clear to auscultation.
**Cardiovascular**
Palpation of heart: Normal PMI, no thrills.
Auscultation of heart: Normal rate and rhythm, normal S1 and S2, without murmurs.
Carotid pulses: Normal, 2+ bilaterally.
Abdominal aorta: Normal.
Femoral pulses: Normal, 2+ bilaterally.
Pedal pulses: Normal, 2+ bilaterally.
Examination of extremities for edema and/or varicosities: Normal.
**Abdomen**
Liver and spleen: No hepatomegaly or splenomegaly.
**Musculoskeletal**
Digits and nails: Normal without clubbing or cyanosis.
**Psychiatric**
Orientation to person, place, and time: Normal.
Mood and affect: Normal.

## Assessment

1. Paroxysmal atrial fibrillation (I48.0)
2. Former smoker (Z87.891)
   - quit 1986
3. Encounter for preventive health examination (Z00.00)
4. Palpitations (R00.2)
5. CAD (coronary artery disease) (I25.10)
6. Fatigue (R53.83)
7. Shortness of breath (R06.02)
8. History of hyperlipidemia (Z86.39)
9. Hypertension (I10)
10. Diabetes mellitus (E11.9)

## Plan

**Health Maintenance**
- Follow-up visit in 6 months Evaluation and Treatment  Follow-up  Status: Hold For - Scheduling  Requested for: 14Nov2016
  Ordered Today;For: Health Maintenance; Ordered By: Robichaux, Robert Performed:  Due: 14Nov2016; Last Updated By: Roberts, Michele; 11/14/2016 4:38:14 PM

**Palpitations**
- Continue with our present treatment plan.  Status: Active  Requested for: 14Nov2016
  ; Last Updated By: Roberts, Michele; 11/14/2016 4:38:14 PM; Ordered;For: Palpitations; Ordered By: Robichaux, Robert

**Paroxysmal atrial fibrillation**
- Tobacco Use Screening Completed  Status: Complete - Retrospective Authorization Done: 14Nov2016
  ; Last Updated By: Robertson, Jennifer; 11/14/2016 4:10:12 PM; Ordered;For: Paroxysmal atrial fibrillation; Ordered By: Robichaux, Robert

**Unlinked**

**Patient Name:** Gaston Roberts  **MRN:** 19411  **DOB:** 06-Oct-1955
**Date of Visit:** 14-Nov-2016  **Owner:** Robichaux,Robert
**Document Type:** Established
**Site Name:** Cardiology Associates -Providence Clinic

Case 1:19-md-02875-RMB-SAK   Document 3099-16   Filed 06/26/25   Page 5 of 10 PageID: 122605

- Start: Start: ALPRAZolam 0.25 MG Oral Tablet (Xanax 0.25 MG Oral Tablet); TAKE 1 TABLET DAILY AS NEEDED
  Rx By: Robichaux,Robert; Dispense: 30 Days ; #:30 Tablet; Refill: 3; DAW = N; Faxed To: NORTH BALDWIN FAMILY PHARMACY; Last Updated By: Roberts,Michele; 11/14/2016 4:38:14 PM

No changes to current med regimen
Feeling great
DM2 regimen noted
F/u in 6 months

**Signatures**
Electronically signed by : Robert Robichaux, M.D.; Nov 14 2016  5:17PM CST            (Author)

Restricted Confidential Information GRobertsJr-CA-000246

Patient Name: Gaston Roberts    MRN: 19411    DOB: 06-Oct-1955
Date of Visit: 14-Nov-2016    Owner: Robichaux, Robert
Document Type: Established
Site Name: Cardiology Associates -Providence Clinic

Appendix #1

Patient: Roberts, Gaston J; DOB: 10/6/1955; MRN: 19411

|  | Recorded by : Robertson, Jennifer at 14Nov2016 04:09PM | Recorded by : Bisignano, Stacy at 14Jun2016 11:56AM | Recorded by : Ahmadi, Alicia at 14Oct2015 01:01PM |
|---|---|---|---|
| Heart Rate | 71, Apical | 80, Apical | 76 |
| Pulse Quality | Regular, Apical | Regular, Apical |  |
| Systolic | 146, LUE, Sitting | 138, LUE, Sitting | 148, LUE |
| Diastolic | 82, LUE, Sitting | 74, LUE, Sitting | 90, LUE |
| Height | 5 ft 10 in | 5 ft 10 in | 5 ft 10 in |
| Weight | 244.2 lb | 269 lb | 273 lb |
| BMI Calculated | 35.04 | 38.6 | 39.17 |
| BSA Calculated | 2.27 | 2.37 | 2.38 |
| Ejection Fraction |  | 57 | 60 |
| EF% | 60 |  |  |

Restricted Confidential Information GRobertsJr-CA-000247

Patient Name: Gaston Roberts  MRN: 19411  DOB: 06-Oct-1955
Date of Visit: 14-Nov-2016  Owner: Robichaux, Robert
Document Type: Patient Information
Site Name: Cardiology Associates -Providence Clinic

Case 1:19-md-02875-RMB-SAK    Document 3099-16    Filed 06/26/25    Page 7 of 10 PageID: 122607

P#: 19411

Ins Card ☐   DL ☐   HIPAA ☐

## CARDIOLOGY ASSOCIATES of MOBILE
## PATIENT INFORMATION

| | |
|---|---|
| Name: **Gaston J Roberts, Jr** | Date of Birth: **10/06/1955** |
| Address One: **802 Lakeview Dr** | Social Security #: **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** |
| Address Two: | Sex: **M**   HIPAA Date: **06/14/2016** |
| City: **Bay Minette** | Email: **N/A 4/20/15** |
| State: **AL**   Zip: **36507** | Employer: **Sanders Hyland Corp** |
| Home Phone#: **(251) 937-9213** | Emergency Contact: **Gaston Roberts, Sr** |
| Work Phone#: **(251) 661-1952** | Emergency Phone#: **(251) 937-6316** |
| Cell Phone#: **(251) 605-0345** | Emergency Relationship: |
| Primary Language (Note): **English** | Race (Note): **White** |
| Ethnicity (Note): **Non Hispanic Or Latino** | PCP: ~~Gary Kolb~~ DONALD SANDERS |

**\*\*Note\*\*** If blank for any of the three fields noted above, choose one of the following

**Primary Language:** ☐English  ☐Spanish  ☐Other  ☐Decline

**Ethnicity:** ☐Hispanic/Latino  ☐Non-Hispanic/Latino  ☐Decline

**Race:**  ☐American Indian or Alaska Native  ☐Asian  ☐Black or African American  ☐Hispanic
☐Native Hawaiian or Other Pacific Islander  ☐White  ☐Decline

## GUARANTOR INFORMATION

| | |
|---|---|
| Name: **Gaston J Roberts, Jr** | Date of Birth: **10/06/1955** |
| Address One: **802 Lakeview Dr** | Social Security#: **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** |
| Address Two: | Sex: **M** |
| City: **Bay Minette** | Employer: **Sanders Hyland Corp** |
| State: **AL**   Zip: **36507** | Employer Address: **1640 Varner Dr** |
| Home Phone#: **(251) 937-9213** | Employer City: **Mobile** |
| Work Phone#: **(251) 661-1952** | Employer State: **AL** Zip: **36693** |
| Cell Phone#: **(251) 605-0345** | |

## INSURANCE INFORMATION

| | |
|---|---|
| Primary Insurance: **Blue Cross of Alabama** | Secondary Insurance: |
| Certificate#: **PPA860008164** | Certificate#: |
| Group Number: **01851** | Group Number: |
| Group Name: | Group Name: |
| Co-pay: | Co-pay: |
| Subscriber Name: **Gaston J Roberts, Jr** | Subscriber Name: |
| Subscriber Date of Birth: **10/06/1955** | Subscriber Date of Birth: |

**Authorization To Pay Benefits To Physician:** I authorize the release of medical or other information necessary to process health insurance claims. I also request payment of benefits to Cardiology Associates of Mobile when assignment accepted.

_____   11-14-16
Signed (patient or parent if minor)            Date

Restricted Confidential Information GRobertsJr-CA-000248

Patient Name: Gaston Roberts　　　　　　　　MRN: 19411　　　　　　DOB: 06-Oct-1955
Date of Visit: 14-Nov-2016　　　　　　　　　Owner: Robichaux, Robert
Document Type: Patient Summary
Site Name: Cardiology Associates -Providence Clinic

Case 1:19-md-02875-RMB-SAK   Document 3099-16   Filed 06/26/25   Page 8 of 10 PageID: 122608

### Allergies
1. Penicillins

### Vitals
** Printed in Appendix #1 below.

### End of Encounter Meds
1. ALPRAZolam 0.25 MG Oral Tablet (Xanax 0.25 MG Oral Tablet); TAKE 1 TABLET DAILY AS NEEDED;
   Therapy: 14Nov2016 to (Renew:14Mar2017); Last Rx:14Nov2016 Ordered
2. Aspirin 81 MG TABS; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:21Mar2012) to Recorded
3. Diltiazem HCl - 30 MG Oral Tablet; TAKE 1 TABLET EVERY 4 - 6 HOURS AS NEEDED FOR PALPITATIONS;
   Therapy: 02Jan2013 to (Renew:01May2015) Requested for: 02Mar2015; Last Rx:02Mar2015 Ordered
4. Escitalopram Oxalate 10 MG Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:14Nov2016) to Recorded
5. Fish Oil CAPS; TAKE 1400 MG Twice daily;
   Therapy: (Recorded:14Nov2016) to Recorded
6. Glucosamine CAPS; TAKE 2000 MG Daily;
   Therapy: (Recorded:14Nov2016) to Recorded
7. Lansoprazole 30 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE DAILY;
   Therapy: (Recorded:09May2013) to Recorded
8. Lutein-Zeaxanthin 25-5 MG Oral Capsule; TAKE 1 CAPSULE Daily;
   Therapy: (Recorded:14Nov2016) to Recorded
9. MetFORMIN HCl - 500 MG Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:14Nov2016) to Recorded
10. Micronized Colestipol HCl - 1 GM Oral Tablet; TAKE 1 TABLET DAILY;
    Therapy: (Recorded:14Nov2016) to Recorded
11. Nasacort AQ AERS; USE 2 SPRAYS IN EACH NOSTRIL ONCE DAILY;
    Therapy: (Recorded:21Mar2012) to Recorded
12. Propafenone HCl ER 225 MG Oral Capsule Extended Release 12 Hour; TAKE ONE CAPSULE BY MOUTH EVERY 12 HOURS;
    Therapy: 08Sep2014 to (Renew:09Oct2017) Requested for: 14Oct2016; Last Rx:14Oct2016 Ordered
13. Trulicity SOPN; Inject once weekly as directed;
    Therapy: (Recorded:14Nov2016) to Recorded
14. Valsartan-Hydrochlorothiazide 320-25 MG Oral Tablet; TAKE 1 TABLET DAILY;
    Therapy: 08Oct2015 to (Renew:11Mar2017) Requested for: 14Jun2016; Last Rx:14Jun2016 Ordered
15. Vitamin C 1000 MG Oral Tablet; TAKE 1 TABLET DAILY;
    Therapy: (Recorded:14Nov2016) to Recorded
16. Vitamin D3 2000 UNIT Oral Capsule; TAKE 1 CAPSULE Daily;
    Therapy: (Recorded:14Nov2016) to Recorded

### Plan
#### Health Maintenance
- Follow-up visit in 6 months Evaluation and Treatment Follow-up Status: Hold For - Scheduling Requested for: 14Nov2016

#### Palpitations
- Continue with our present treatment plan. Status: Active Requested for: 14Nov2016

#### Paroxysmal atrial fibrillation
- Tobacco Use Screening Completed Status: Complete - Retrospective Authorization Done: 14Nov2016

Patient Name: Gaston Roberts  MRN: 19411  DOB: 06-Oct-1955
Date of Visit: 14-Nov-2016  Owner: Robichaux, Robert
Document Type: Patient Summary
Site Name: Cardiology Associates -Providence Clinic

Case 1:19-md-02875-RMB-SAK   Document 3099-16   Filed 06/26/25   Page 9 of 10 PageID: 122609

**Unlinked**
- Start: Start: ALPRAZolam 0.25 MG Oral Tablet (Xanax 0.25 MG Oral Tablet); TAKE 1 TABLET DAILY AS NEEDED

No changes to current med regimen
Feeling great
DM2 regimen noted
F/u in 6 months

**Assessment**
1. Paroxysmal atrial fibrillation (I48.0)
2. Former smoker (Z87.891)
3. Encounter for preventive health examination (Z00.00)
4. Palpitations (R00.2)
5. CAD (coronary artery disease) (I25.10)
6. Fatigue (R53.83)
7. Shortness of breath (R06.02)
8. History of hyperlipidemia (Z86.39)
9. Hypertension (I10)
10. Diabetes mellitus (E11.9)

**Signatures**
Electronically signed by : Robert Robichaux, M.D.; Nov 14 2016  5:17PM CST
(Author)

Patient Name: Gaston Roberts  MRN: 19411  DOB: 06-Oct-1955
Date of Visit: 14-Nov-2016  Owner: Robichaux, Robert
Document Type: Patient Summary
Site Name: Cardiology Associates -Providence Clinic

Case 1:19-md-02875-RMB-SAK   Document 3099-16   Filed 06/26/25   Page 10 of 10 PageID: 122610

Appendix #1

Patient: Roberts, Gaston J; DOB: 10/6/1955; MRN: 19411

|  | Recorded by : Robertson, Jennifer at 14Nov2016 04:09PM | Recorded by : Bisignano, Stacy at 14Jun2016 11:56AM | Recorded by : Ahmadi, Alicia at 14Oct2015 01:01PM |
| --- | --- | --- | --- |
| Heart Rate | 71, Apical | 80, Apical | 76 |
| Pulse Quality | Regular, Apical | Regular, Apical |  |
| Systolic | 146, LUE, Sitting | 138, LUE, Sitting | 148, LUE |
| Diastolic | 82, LUE, Sitting | 74, LUE, Sitting | 90, LUE |
| Height | 5 ft 10 in | 5 ft 10 in | 5 ft 10 in |
| Weight | 244.2 lb | 269 lb | 273 lb |
| BMI Calculated | 35.04 | 38.6 | 39.17 |
| BSA Calculated | 2.27 | 2.37 | 2.38 |
| Ejection Fraction |  | 57 | 60 |
| EF% | 60 |  |  |

Restricted Confidential Information GRobertsJr-CA-000251