# **<u>EXHIBIT 19</u>**

**TCAS**

**Toxicology Consultants & Assessment Specialists, LLC**

6450 Pine Avenue, Sanibel, FL 33957
29 Fennell Street, Skaneateles, NY 13152
(239) 472-2436 [FL] (315) 685-2345 [NY] (800) 308-0080
E-mail: drsawyer@experttoxicologist.com & Website: experttoxicologist.com

Toxic Exposures · Environmental Testing · Risk Assessment · Forensic Toxicology · Causation Evaluation

March 10, 2025

Kathryn Avila, Esq. and Daniel Nigh, Esq.
Nigh Goldenberg Raso & Vaughn, LLP
14 Ridge Square NW, Third Floor
Washington, DC 20016

**Re: Valsartan Toxicological Dose Assessment of Gaston J. Roberts, Jr.**

Dear Attorneys Avila and Nigh:

I have researched various databases and reviewed the studies and agency documents noted in Appendix A. Based upon the case-specific information provided and the application of generally accepted toxicological methodology and referenced sources as cited herein, I have stated my opinions in this matter to reasonable toxicological certainty.

Throughout this report, I am relying in part on the medical diagnostic findings and opinions of physicians within the medical records. Although I have provided a summary of information regarding the medical history for Mr. Gaston J. Roberts, Jr. ("Mr. Roberts") per his available medical records, I am limiting my opinions specifically to toxicological mechanisms, dose, and dose-response and applying human epidemiological studies of dietary, valsartan and occupational study data on N-nitrosodimethylamine (NDMA). Additionally, I have relied on the meta-analysis study by Song et al.[1]

I have evaluated valsartan constituent formulations, absorption (bioavailability), distribution, metabolism, and excretion (ADME), and NDMA's mechanism of action for genotoxicity, bioactivation and promotion. Additionally, I have considered other exposures that could potentially serve as contributing or confounding factors. Based upon the information provided, generally accepted toxicological methodology, and referenced sources, I have applied the Bradford Hill and weight of the evidence methodology in this matter to reasonable toxicological certainty.

---

[1] Song et al., "Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis," 2015 Dec 1, Nutrients, Vol. 7(12), pp. 9872-9895.
https://pmc.ncbi.nlm.nih.gov/articles/PMC4690057/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 2

# Contents

1. Introduction ............................................................................................................................. 4

    Objectives of Toxicological Assessment .......................................................................... 5

    Overview of N-Nitrosodimethylamine ............................................................................. 5

    U.S. FDA Recall of Valsartan .......................................................................................... 7

        Carcinogenicity of Process Contaminants .................................................................. 8

    NDEA and Genotoxicity, Promotion, and Induction of Neoplasms ................................ 8

    Initiation vs. Promotion ..................................................................................................... 9

    Carcinogenic Metabolites of NDMA ............................................................................. 10

    Dietary Dose-Response Studies: NDMA and Multiple Sites of Human Malignancies ..... 11

        DeStefani et al. (1996) (Lung cancer) ...................................................................... 11

        Goodman et al. (1992) (Lung cancer) ....................................................................... 12

        Jakszyn et al. (2012) (Prostate Cancer) ................................................................... 13

        Jakszyn et al. (2011) (Bladder Cancer) .................................................................... 14

        Keszei et al. (2013) (Esophageal and Gastric Cancer) ........................................... 15

        Knekt et al. (1999) (Gastrointestinal Cancer) .......................................................... 16

        Larsson et al. (2006) (Gastric Cancer) .................................................................... 17

        La Vecchia et al. (1995) (Gastric Cancer) ............................................................... 19

        Loh et. al. (2011) (Gastrointestinal Cancer) ............................................................ 20

        Palli et al. (2000) (Gastric Cancer) .......................................................................... 23

        Pobel et al. (1995) (Gastric Cancer) ........................................................................ 24

        Rogers et al. (1995) (Laryngeal, Esophageal and Oral Cancers) ............................ 26

        Zheng et al. (2019) (Pancreatic Cancer) .................................................................. 28

        Zheng, et al., 2021 (Liver Cancer Study) .................................................................. 30

        Song et al. (2015) (Meta analysis - nonlinear relationship was found for NDMA intake) ... 33

    Valsartan-Specific Human Epidemiological Studies - NDMA Human Malignancies ................ 35

        Gomm et al. (2021) ................................................................................................... 35

        Mansouri et al. (2022) ............................................................................................... 39

        Pottegârd et al. (2018) .............................................................................................. 41

        Liver NDMA Pharmacokinetics & Potential Impact on Liver Cancer ........................ 44

        Acute Bolus Dose vs. Dietary Dosage ..................................................................... 44

        Liver Saturation or Dose-Responses Resulting in Differential Metabolism Pathways ...... 45

    NDMA Contamination in Common NDMA Foods, Water, and Bacon ............................... 47

    Jakszyn et al. 2006 ......................................................................................................... 49

    NDMA Bioavailability ...................................................................................................... 52

    Oral Bioavailability in Primates and Beagle Dogs ......................................................... 53

    Impact of First-Pass Liver Metabolism ........................................................................... 53

    Hidajat Study: Conversion of Inhaled NDMA Dose to a Systemic Dose ......................... 54

    Bioavailability ................................................................................................................. 54

    Establishing a Bioavailability Factor for Inhalation ........................................................ 57

    Inhalation Dose Calculations ......................................................................................... 59

        Hidajat et al.: Calculation of NDMA Exposure Based on Geometric Mean (GM) ...... 60

        10-year cumulative dose (47th percentile of employment duration was 10 years in Hidajat, et al.) ...... 61

2. Toxicological Assessment of Gavin J. Roberts, Jr. ............................................................. 65

    Summary of Health History of Mr. Gaston J. Roberts, Jr. .............................................. 65

    Valsartan Oral Intake Calculations for Mr. Roberts (FDA data) ..................................... 76

    Bioavailable Dose of Valsartan for Mr. Roberts (FDA): ................................................. 77

    Systemic Dose Based on Lot Numbers Received from Defendants ................................ 77

    Other Prescribed Drugs Potentially Contributing to Liver Cancer .................................. 79

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 3

Prednisone Use .................................................................................................. 79
Metformin Prescribed to Mr. Roberts .............................................................. 79
Hill Factors and Weight of Evidence ........................................................................ 80
Application of Evidential Factors ...................................................................... 80
Methodological Summary .................................................................................. 83
Conclusions ................................................................................................................... 83
3. Materials Considered List (MCL) ............................................................................. 85
4. Appendix B: Curriculum Vitae .................................................................................. 92
5. Appendix C: Instructional Analysis of Mr. Roberts Tablets for NDMA Dosage ......... 104
6. Appendix D: ............................................................................................................... 106

## List of Figures

Figure 1: From Phalen, R.F. et al. "Aerosol particle size as a factor in pulmonary toxicity" ........................... 55
Figure 2. Basis of U.S. EPA methodology for bioavailability (oral + Inhalation) ............................... 56
Figure 3: "Table 1" from Monarca Study .............................................................. 58
Figure 4. From: U.S. EPA, "Exposure Assessment Tools by Routes – Inhalation" ........................... 60

## List of Tables

Table 1.  FDA Laboratory Analyses of NDMA and NDEA Levels in Valsartan Products ................................ 38
Table 2.  Hidajat Study: Risk of Cancer Death - Cumulative NDMA Exposure ............................... 64
Table 3.  Medical Record Timeline of Gaston J. Roberts, Jr. ................................... 66
Table 4.  Prescription Diovan/Valsartan Doses from North Baldwin Pharmacy ............................... 74
Table 5.  List of Mr. Roberts' Contaminated Valsartan Prescriptions Prior to Diagnosis (720 pills) ................ 76
Table 6.  Summary Derived from Defendants' Excel Data ........................................... 77
Table 7.  Hidajat Study: Risk of Liver Cancer Death - Cumulative NDMA Exposure ..................................... 79

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 4

# 1. Introduction

This report reviews the carcinogenicity and dose-response characteristics of valsartan on the basis of information provided in the most recent, generally accepted, peer-reviewed animal, human dietary, valsartan NDMA studies and occupational study data. The systemic N-nitrosodimethylamine (NDMA) dose levels have then been compared to the study findings of quartiles of human risk levels (hazard ratios or standardized mortality ratios) as per the generally accepted methodology.

Sections of this report delve into the methodology used to establish a bioavailability factor for inhaled NDMA (as in the Hidajat study), the calculations used to determine inhalation doses, and the conversion of such inhalation doses to the equivalent cumulative ingestion doses of NDMA from consumption of valsartan. These sections also provide a detailed analysis of the risk of liver cancer and various other sites of NDMA malignancies based on the quantity of NDMA ingested from valsartan products over time (including dietary studies and potential environmental exposures). Additionally, I have examined the absorption, distribution, metabolism, excretion (ADME) with respect to hepatic impact characteristic of NDMA.

In the context of this report, I have discussed the three valsartan-specific NDMA studies as well as the Hidajat study,[2] a quantitated human dose-response analysis, to calculate risk levels from ingested quantities of NDMA. The Hidajat study serves as a reference to understand the potential health implications of NDMA exposure which Hidajat has identified using statistically significant dose-responses. The study is a comprehensive, peer-reviewed publication that thoroughly investigated the link between occupational exposure to NDMA and cancer mortality among a cohort of British rubber workers. Spanning nearly half a century from 1967 to 2015, this study monitored the health status of 36,441 workers and found that the highest exposures to NDMA more than doubled the risk for mortality from various types of cancer with statistically significant dose response. The study's credibility is underpinned by its large sample size, extensive follow-up period, and rigorous statistical analysis.

Further, the Hidajat study presents a dose-response analysis based on the study findings including a quantified dose-response evaluation to calculate the accumulated dose quartiles of NDMA. In this report, the cumulative dose of NDMA consumed by the decedent, Gaston

---

[2] Hidajat, M., et al., "Lifetime exposure to rubber dust, fumes, and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up," 2019, Occup Env. Med, Vol. 76, pp. 250-258.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 5

J. Roberts Jr's., NDMA dose has then been compared with the findings of the Hidajat study with respect to the health risks associated with his systemic dose of valsartan.

It is important to recognize that forensic toxicology is an investigative discipline not limited to narrow academic boundaries of study. In the present matter, a scientifically credible assessment applies the generally accepted FDA and U.S. EPA prescribed methods to assess the mechanism(s) of action, dosage, and potential carcinogenicity risks of NDMA.

### Objectives of Toxicological Assessment

The toxicological mechanisms of action, dose-response, and resulting human health risk levels are based upon dosage measured in human studies as referenced in this report. Sufficiently high doses of NDMA have the potential to induce genotoxicity, bioactivation, oxidative stress, and promotion leading to carcinogenic toxicological end points. The referenced studies, as noted below, provide the means and dose levels at which NDMA exerts its toxic effects at a 95% confidence level.

The generally accepted peer-reviewed toxicological literature also provides a baseline to determine whether Mr. Roberts' dosage meets the dose-response criteria (as cited herein), per site-specific quantitative cancer hazard ratio risks as required using the referenced Bradford Hill and weight of evidence methodology.

Hence, the objectives of this toxicological assessment are (**a**) review the available study findings as applicable to the present matter, (**b**) report toxicologically-relevant mechanistic findings pertinent to Mr. Roberts' diagnoses, and (**c**) determine if Mr. Roberts' NDMA dosage via valsartan over time was sufficient to present an increased risk of liver cancer.

### Overview of N-Nitrosodimethylamine

N-Nitrosodimethylamine (NDMA) is a potent hepatotoxin and multi-site carcinogen. It is sometimes found in environmental contaminants, pharmaceuticals, and certain foods. NDMA poses significant health risks due to its documented mechanisms and metabolites to induce DNA damage and oxidative stress as well as rapid promotion of tumorigenesis as reported in numerous peer-reviewed, generally accepted toxicological studies. Additionally, specific to Mr. Roberts' malignancy, the generally accepted first-pass mechanism occurs when oral administration of a substance occurs with subsequent GI absorption which is then routed through the hepatic portal vein directly into the liver. Significant first-pass metabolism in the liver is well recognized by toxicologists and ultimately renders the liver as a preferential target.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 6

Toxicological mechanism of action defines how a chemical or physical agent causes adverse effects in living organisms, i.e., how different agents interact with DNA, mitochondrial dysfunction, oxidative stress, cellular turnover, apoptosis, etc. In the case of NDMA, there are multiple mechanisms of action that occur at the molecular level, all with significant toxicological relevance. Some of these include:

**Metabolic Activation and DNA Alkylation:** NDMA is primarily metabolized in the liver by cytochrome P450 enzymes (especially the CYP2E1 enzyme) into reactive intermediates. It is important to note that the one of these intermediates, the metabolite **methyl diazonium**, is a potent alkylating agent. It modifies nucleobases in DNA, leading to the formation of mutagenic lesions such as O6-methylguanine (O6-MeG).[3] These modifications result in base mispairing during replication, thereby increasing mutagenesis and carcinogenicity.

**Oxidative Stress and Lipid Peroxidation:** The metabolic conversion of NDMA also generates reactive oxygen species (ROS) which contribute to oxidative stress and lipid peroxidation.[4] Excessive ROS production can lead to mitochondrial dysfunction, protein oxidation, and apoptosis which can exacerbate cellular damage.

**Hepatotoxicity and Necrosis:** NDMA-induced toxicity primarily affects hepatocytes which can lead to centrilobular necrosis. The activation of the CYP2E1 enzyme can result in glutathione depletion. This can reduce the liver's ability to counteract oxidative stress.[5] The depletion of cellular antioxidants exacerbates NDMA-induced liver injury and fibrosis.

**Apoptotic and Inflammatory Pathways:** NDMA exposure activates apoptotic pathways through mitochondrial cytochrome c release and caspase activation.[6] Additionally, inflammatory responses, mediated by nuclear factor kappa B (NF-dB) and tumor necrosis factor-alpha (TNF-α), contribute to hepatotoxic effects.

**Carcinogenic Potential:** The persistence of DNA adducts such as O6-MeG can lead to errors in DNA repair and replication, increasing the likelihood of oncogenic mutations.[7] Chronic NDMA exposure has been linked to the development of hepatic, gastric, and

---

[3] Pegg, A. E., "DNA repair and mutagenesis: O6-methylguanine and beyond," 2012, Mutation Research, Vol. 743(1-2), pp. 11-20, https://www.sciencedirect.com/science/article/pii/S0027510712000023

[4] Yuan, J. M., et al., "Oxidative stress and NDMA-induced hepatic injury," 2007, Free Radical Biology and Medicine, Vol. 42(8), pp. 1203-1211.
https://www.sciencedirect.com/science/article/pii/S0891584907000351

[5] Park, S. J., et al., "NDMA metabolism and liver toxicity: Role of CYP2E1 and glutathione depletion," 2020, Journal of Hepatic Research, Vol. 58(2), pp. 178-186.

[6] Kim, Y. J., et al., "Mechanisms of NDMA-induced apoptosis in hepatic cells," 2019, Toxicology Letters, 314, pp. 25-33. https://www.sciencedirect.com/science/article/pii/S0378427419300023

[7] Swenberg et al., "NDMA exposure and carcinogenesis," 2011, Carcinogenesis, Vol. 32(5), pp. 639-645.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 7

colorectal cancer as well as other malignancies through both animal models and epidemiological studies. Liver cancer is often mentioned or revealed in case-control, cohort, and cross-sectional studies examining NDMA's carcinogenic potential.

**Promotion:** Refers to a stage where initiated cells proliferate due to repeated exposure to tumor-promoting agents such as oxidative stress, chronic inflammation, certain hormones, or chemicals. NDMA is known as a strong promoter of the neoplastic transformation process. Unlike induction, promotion does not involve direct genetic mutations but rather, promotion changes and enhances malignant cell division creating a clonal expansion of initiated cells. Unlike many carcinogens, NDMA is both an initiator and promoter of the malignant process, known as a complete carcinogen. Dose-dependent levels of NDMA can increase the malignant growth rate and decrease the latency period.

### U.S. FDA Recall of Valsartan

In July 2018, the U.S. FDA announced a recall of valsartan, a drug primarily used to treat high blood pressure. This occurred following detection of an impurity in the API; namely, N-nitrosodimethylamine (NDMA), a probable human carcinogen. It was believed that the presence of NDMA was related to changes in the way the active ingredient in valsartan was manufactured.[8] It should be noted that not all products containing valsartan were recalled; only those with specific NDC (national drug code) numbers.

However, a year earlier (July 2017), employees of Zhejiang Huahai Pharmaceutical Company (ZHP) were apparently aware of sartan impurities, including NDMA, resulting from their manufacturing processes. An internal email within the company states "the N-nitrosodimethylamine that occurs in valsartan, when quenched with sodium nitrite and its structure, is very toxic."[9] Additionally, an email by a ZHP employee who worked at ZHP's CEMAT division, Jinsheng Lin Ph.D. wrote on July 27, 2017:

> "If it is confirmed as the above speculated structure, then its *toxicity will be very strong* and there will be an *extremely high GMP risk*. This is a common problem with the production and synthesis of sartan active pharmaceutical ingredients (API). It is recommended to improve other quenching processes (such as NaCl0) along with the optimization of the valsartan sodium azide quenching process."

---

[8] www.fda.gov/news-events/press-announcements/

[9] Expert Report of Laura M. Plunkett, Ph.D., DABT, dated, October 31, 2022, p. 32/42.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 8

This is strong evidence that ZHP understood as far back as 2017 that nitrosamines were being created in the production of their sartan active pharmaceutical ingredient (API), including in valsartan.

**Carcinogenicity of Process Contaminants**

Dr. Plunkett provides insight into the goals of the U.S. Pharmacopeia (USP). Established in 1820, the USP is an independent, scientific, nonprofit organization whose mission is to protect patient safety by making sure that medications relied on by the public are available when needed and are efficacious.[10] In doing so, the USP sets quality standards for both active pharmaceutical ingredients (APIs) and excipients with over 5,000 individual drug monographs (both biologically-derived products and those which are chemically synthesized such as valsartan).[11] Updates to the monographs are made as new information become available with respect to standards and general procedures.

The USP does not list impurities in its monographs for which there is no acceptable amount allowed. During the relevant time period, this includes NDMA[12] whose toxicity has been known for decades by regulatory agencies and described in generally accepted textbooks and peer-reviewed studies.[13]

**NDEA and Genotoxicity, Promotion, and Induction of Neoplasms**

For the purpose of analogy (Bradford Hill) an understanding the metabolite profile and similarities between NDMA and N-nitrosodiethylamine (NDEA), I have included this section on NDEA.

As a very close relative of NDMA, NDEA is a potent genotoxic carcinogen and promoter. It induces metabolic activation of cytochrome P450 enzymes leading to the formation of ethylating intermediates. These reactive metabolites induce DNA adduct formation that results in mutations. NDEA is a strong promoter of tumorigenesis, particularly in the liver. Multiple studies show that prolonged exposure to NDEA leads to the induction of hepatic, esophageal, and respiratory tract neoplasms; thus, demonstrating its significant carcinogenic potential.

---

[10] https://www.usp.org/about

[11] Expert Report of Laura M. Plunkett, Ph.D., DABT, dated October 31, 2022, p. 13/42.

[12] Id., p. 13/42.

[13] Williams and Weisburger, "Chemical Carcinogenesis," 1991, in Casarett and Doull's Toxicology, "The Basic Science of Poisons," 4th edition, Chapter 5, Pergamon Press, NY, pp. 127-200.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 9

Both NDMA and NDEA have WHO classifications of **Group 2A** *(Probable Carcinogenic to Humans)*. NDEA is metabolized by cytochrome P450 enzymes into ethylating agents that form DNA adducts (especially O6-ethylguanine) which contribute to mutations and genomic instability.[14] NDEA exposure can lead to oxidative stress, inflammation, and dysregulation of cellular repair mechanisms, promoting neoplastic transformation. Chronic exposure has been associated with development of liver, esophageal, and lung cancers in animal models as reported in peer-reviewed epidemiological studies.[15] However, as stated above, no NDEA has been reported at this time.

### Initiation vs. Promotion

Carcinogenesis is a consequence of *initiation* or *promotion*. It is important in the context of this assessment to understand the distinction between these phenomena.

**Initiation** (or induction) is the direct alteration within cells. Genetic mutations or irreversible DNA damage occur in cells as a consequence of exposure to carcinogens. The mechanisms of this phase involve alterations in proto-oncogenes (genes that control normal cell growth and division), tumor suppressor genes, and/or DNA repair genes, leading to permanent genetic changes. Once a cell undergoes initiation, it is permanently altered and has the potential to develop into a tumor (if favorable environmental conditions arise). For example, exposure to benzo[a]pyrene (a carcinogen in tobacco smoke) can induce mutations in the TP53 gene which can initiate tumor development.

**Promotion** refers to a stage where initiated cells proliferate due to repeated exposure to tumor-promoting agents such as oxidative stress, chronic inflammation, certain hormones, or chemicals such as NDMA. Unlike induction, promotion does not involve direct genetic mutations but rather, promotes changes and enhances cell division creating a clonal expansion of initiated cells.

The effects of tumor promotion can be reversed if the promoting stimulus is removed before the cells undergo progression. For example, chronic alcohol consumption promotes liver cancer by causing inflammation and oxidative stress, encouraging growth of initiated cells.

---

[14] Lijinsky, W., "N-Nitroso compounds in the environment," 1999, Mutation Research, Vol. 443(1-2), pp. 129-138.

[15] Bartsch et al., "Relevance of nitrosamines to human cancer," 1984, Carcinogenesis, Vol. 5(11), pp. 1381-1393.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 10

Hence, unlike the initiation stage (which is irreversible), the promotion stage can be reversed by removal of the exposure (e.g., cessation of excessive alcohol intake).

Most carcinogenic substances are capable of inducing cancer through either initiation or promotion, whereas NDMA has been shown to be capable of both. Thus, NDMA is *a tumor initiator* and *a tumor promoter*. Unlike some substances that induce carcinogenicity through one mode of action or another, NDMA is a complete carcinogen. It initiates cancer (in animal models) without administration of other carcinogens/promoters and results in the rapid growth of a quiescent malignancy. This fact has been identified by U.S. ATSDR.[16]

### *Carcinogenic Metabolites of NDMA*

When NDMA is absorbed and metabolized in the body, it is broken down into a series of metabolites. These include formaldehyde (a Class 1 Known Carcinogen), monomethylamine (shown to be carcinogenic in animal studies), and the reactive **methyl diazonium ion** (generally recognized as the basis of NDMA's carcinogenic properties). Additionally, formaldehyde is subsequently oxidized to carbon dioxide or reduced to form methanol. U.S. ATSDR's *Toxicological Profile for NDMA* provides guidance with regard to how these substances induce hepatotoxic damage:

> NDMA is rapidly metabolized in the liver by microsomal membrane-bound cytochrome P450 (CYP) 2E1 to form hydroxymethyl-nitrosamine, which then undergoes nonenzymatic degradation to **formaldehyde** and the **reactive methyl diazonium ion**. Downstream metabolites of these compounds include methanol and the **methyl carbonium ion**. Several of these metabolites are *known to be potent hepatotoxicants*. The methyl diazonium ion is a potent alkylating agent that methylates deoxyribonucleic acid (DNA) and proteins, resulting in damage to hepatic tissues. In addition, **formaldehyde** is an electrophilic molecule that reacts with a wide range of macromolecules, including proteins. Protein alkylation and cross-linking is a candidate molecular initiating event leading to hepatic fibrosis in NDMA-exposed organisms. [17]

This explains how systemic accumulation of NDMA in body organs (such as the liver) can both initiate and promote carcinogenic reactions (as previously described).

---

[16] U.S. ATSDR National Toxicology Program, "Toxicological Profile for N-Nitrosodimethylamine (NDMA)," April 2023, p. 68, https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf

[17] Id., p. 46.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 11

U.S. ATSDR confirms this through its own review of the systemic processes underlying these reactions:

> NDMA metabolites induce fibrosis through interactions with hepatocytes, lymphocytes, and sinusoidal endothelial cells (George et al. 2019).[18] Both formaldehyde and methanol induce inflammation in the liver, leading to hemorrhagic necrosis. [19]

Thus, the causative evidence for NDMA's carcinogenic and hepatotoxic modes of action are both generally recognized and well described in the generally accepted toxicological literature.

**Dietary Dose-Response Studies: NDMA and Multiple Sites of Human Malignancies**

**DeStefani et al. (1996)[20] (Lung cancer)**

This study is important with respect to and dose-response and linearity considerations with a monotonic test for <u>linear trend</u> (p < 0.001). It is a hospital-based, case-control study which was conducted to evaluate the possible association between dietary NDMA and lung cancer in Uruguay. The Uruguay population has a high consumption of cured meats and other sources of NDMA.

The study period was May 1994 - December 1995. All cases/incidences of lung cancer admitted for treatment in the seven major hospitals (n=320) were identified and for each case, a control from the same hospital was frequency matched on five-year age group, gender, and county of residence.[21]

Subjects were interviewed regarding usual diet during the five years preceding the onset of illness. Queries of usual portion sizes of 70 food items allowed for the calculation of total energy intake. The main sources of NDMA in this study included bacon, sausage, salami, ham, and salted meat. Nutrient intake was estimated and categorized in quartiles of the combined sample of cases and controls.

---

[18] George et al., "Metabolism of N-nitrosodimethylamine, methylation of macromolecules, and development of hepatic fibrosis in rodent models," 2019, https://www.josorge.com/Papers/JMM.pdf

[19] U.S. ATSDR National Toxicology Program, "Toxicological Profile for N-Nitrosodimethylamine (NDMA)," April 2023, p. 46, https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf

[20] De Stefani E, Deneo-Pellegrini H, Carzoglio JC, Ronco A, Mendilaharsu M., "Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay," 1996 Sep, Cancer Epidemiol Biomarkers Prev, Vol. 5(9), pp. 679-682. PMID: 8877057.

[21] Controls excluded subjects hospitalized for diseases related to tobacco use.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 12

Odds ratios were presented with 95% confidence bounds. NDMA intake was associated with a monotonic gradient of increased risks with a <u>highly significant test for linear trend (P < 0.001)</u>. A three-fold increase in risk was observed for the highest level of intake. Both squamous cell and adenocarcinoma type malignancies were associated with a <u>strong dose-response pattern</u>, and the highest category of intake showed an <u>increased risk of 4.6</u> for adenocarcinoma of the lung.

**Goodman et al. (1992)[22] (Lung cancer)**

This study is important with respect to the measured positive monotonic trend and statistically significant (p for trend=0.0006). Goodman et al. conducted this population-based, case-control study of the association of dietary cholesterol and fat with histologically confirmed primary lung cancer diagnosed between March 1, 1983, and September 30, 1985, on Oahu, Hawaii. Subjects were aged 30 to 84 and belonged to one of the five major ethnic groups in Hawaii: Caucasian, Japanese, Chinese, Filipino, and Hawaiian/part-Hawaiian.

Subjects were interviewed for the reference period of one year before diagnosis or the onset of symptoms and during the corresponding time period for the matched controls. Dietary history was collected for over 130 food items with three serving sizes. The consumption of nutrients was computed using food composition data compiled largely from U.S. Department of Agriculture tables.

Odds ratios for lung cancer by quantiles of the intake of various fat-containing foods and food groups were adjusted for covariates. In men, positive (although not always monotonic) trends in the odds ratios were seen with increasing consumption of meats overall and specifically, processed meats such as luncheon meats, bacon, and sausage. In women, there were trends in risk associated with increasing intake of Spam and pork, but not meats overall. There were positive dose-response relations for luncheon meats and bacon and the risk of lung cancer in women.

Adjusted odds ratios[23] for lung cancer by quartiles of the intake of NDMA and nitrite were also calculated. Among men, when comparing with the lowest intake of NDMA, a positive monotonic trend in the adjusted odds ratios for lung cancer was found for NDMA. The results were statistically significant (<u>p for trend=0.0006) for Q4 vs. Q1 intake [OR 3.3 (95% CI 1.7-6.2)]</u> and for <u>Q3 vs. Q1 intake [OR 2.8 (95% CI 1.4-5.3)].</u> A positive monotonic trend in the

---

[22] Goodman, Marc T.; Hankin, Jean H.; Wilkens, Lynne R.; Kolone, Laurence N., "High-Fat Foods and the Risk of Lung Cancer," July 1992, Epidemiology, Vol. 3(4), pp 288-299.

[23] Adjusted for age, ethnicity, smoking status, pack-years of cigarette use, and beta-carotene intake.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 13

odds ratios for lung cancer was also found for nitrites among men (however at the 95% CI level, the minimum OR≤1.0 and p for trend=0.02).

In women, a positive dose-response relation was shown for NDMA intake but not for nitrite. For Q4 vs. Q1 intake of NDMA, OR=2.7, 95% CI 1.0-6.9 and p for trend=0.04.

### Jakszyn et al. (2012)[24] (Prostate Cancer)

This study is relevant with respect to the NDMA intake that ranged from only 0.045 to 0.87 ug/day. Jakszyn carried out this prospective cohort study investigated potential associations between dietary nitrosamines and prostate cancer risk with focus on NDMA. The study authors assessed dietary intake from 139,005 male participants across eight European countries in the European Prospective Investigation into Cancer and Nutrition (EPIC) by analyzing data from food frequency questionnaires. Participants were followed for cancer incidence for ten years (on average) using local cancer registries and active follow-ups to identify diagnoses.

The study authors evaluated hazard ratios (HRs) for a doubling of NDMA intake using Cox proportional models to estimate hazard ratios for prostate cancer associated with dietary intakes. Models were stratified at recruitment to account for potential confounding factors including age, total energy intake, smoking status, marital status, dairy product consumption, educational level, and body mass index (BMI).

The study authors applied multifactorial analyses and adjusted for multiple covariates, including dietary and lifestyle factors, to isolate the effect of nitrosamines and heme iron on prostate cancer risk. After the follow-up period, 4,606 participants were diagnosed with first incident prostate cancer. However, the resulting HR for a doubling of NDMA intake was not statistically significant (1.00; 95% CI: 0.98–1.03). Mean NDMA intake ranged from only 0.045 to 0.87 ug/day.

Hence, the study findings were not statistically significant, and no dose-response relationship was revealed between NDMA intake and prostate cancer risk. It should be noted that potential study weaknesses included reliance on self-reported food frequency, comparatively low intake levels, and applicability of findings to European men only who may have vastly different dietary habits or genetic backgrounds than other populations.

---

[24] Jakszyn et al., "Nitrosamines and heme iron and risk of prostate cancer in the European prospective investigation into cancer and nutrition," 2012 Mar, Cancer Epidemiol Biomarkers Prev., Vol. 21(3), pp. 547-551. https://pubmed.ncbi.nlm.nih.gov/22253298/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 14

In summary, although a large-scale prospective study, the Jakszyn et al. 2012 study findings did not support an association between dietary intake of NDMA and prostate cancer risk.

**Jakszyn et al. (2011)[25] (Bladder Cancer)**

The 2011 Jakszyn et al. study is of relevance with respect to NDMA dosage (ranges were (by quartile 0.05 – 0.19 µg/day). The study examined the potential associations between red meat consumption, dietary nitrosamines, heme iron intake, and bladder cancer risk. As with the 2012 study (described above), this was a prospective cohort study within the EPIC framework involving 481,419 participants from ten European countries. The study authors collected dietary intake data using country-specific questionnaires and tracked the study participants for an average follow-up interval of 8.7 years during which 1,001 cases of bladder cancer were identified.

The study estimated NDMA dietary intake based on previous estimations in the EPIC-EURGAST study. As with the 2012 study, the analysis evaluated hazard ratios (HRs) for bladder cancer associated with a doubling of NDMA intake using Cox proportional hazards models to estimate HRs for bladder cancer in relation to dietary exposures. As with the 2012 study, the authors adjusted for multiple covariates.

NDMA dosage ranges were (by quartile) Q1, 0–0.05; Q2, 0.05–0.1; Q3, 0.10–0.19; and Q4, 0.19–21.11 µg/day. Highest vs. lowest quartiles of intake for NDMA was 1.12 (95% CI: 0.88–1.44). For a doubling of overall NDMA intake, findings reported the following hazard ratios: **NDMA overall:** HR = 0.98; 95% CI: 0.92–1.05. **Red Meat:** HR = 1.06; 95% CI: 0.99–1.13. **Endogenous Nitroso Compounds (ENOC):** HR = 1.09; 95% CI: 0.92–1.30. **Heme Iron:** HR = 1.05; 95% CI: 0.99–1.12.

Ultimately, the study results indicated no statistically significant associations between NDMA intake and bladder cancer risk at the cited dietary dosages. The study authors stated that the lack of association was supported by analyses of continuous variables. As with the 2012 study, potential study weakness included comparatively low intake levels and reliance on self-reported food frequencies from an indigenous (regional) study population.

**Important note:** Neither the Jakszyn et al. 2011 or 2012 study actually tested for NDMA, but rather, scaled from the iron ingestion rates based on a questionnaire. Thus, the study

---

[25] Jakszyn et al., "Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC)," 2011 March, Cancer Epidemiol Biomarkers Prev, Vol. 20(3), pp. 555-559. https://pubmed.ncbi.nlm.nih.gov/21239687/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 15

was based on multiple estimations. The assumptions regarding the heme and NDMA may be adequate. However, the estimated NDMA does not represent the full spectrum of NDMA exposures. This is a serious weakness in both studies.

**Keszei et al. (2013)[26] (Esophageal and Gastric Cancer)**

This study is of relevance with respect to the HR for 0.1-µg/day dose increase. The 2013 Keszei et al. cohort study investigated potential associations between dietary intake of NDMA, heme iron, nitrite, and nitrate, and risks of esophageal and gastric cancer subtypes. Conducted within the Netherlands Cohort Study framework, the study included 120,852 participants who completed a baseline questionnaire in 1986, providing detailed dietary and lifestyle information. The study identified 282 esophageal and 491 gastric cancer cases after 16.3 years of follow-up.

The study assessed dietary NDMA intake on the basis of statistical analysis focused on hazard ratios (HRs) associated with a 0.1-µg/day increase in NDMA intake. Overall intake ranged from only 0.084 to 0.340 ug/day. The highest intake levels were primarily among men.

The study authors applied Cox proportional hazards models to estimate HRs for cancer subtypes in relation to dietary exposures. The study applied multifactorial analyses which adjusted for multiple covariates to account for potential confounding factors, These included age, sex, smoking status, alcohol consumption, and total energy intake.

The study reported the following associations (observed primarily in men) for **esophageal squamous cell carcinoma:**

- **NDMA:** HR for 0.1-µg/day increase = 1.15; 95% Confidence Interval (CI): 1.05–1.25; *P*-trend = 0.01

- **Nitrite:** HR for 0.1-mg/day increase = 1.19; 95% CI: 1.05–1.36; P-trend = 0.06

- **Heme Iron:** HR for 1-mg/day increase = 1.83; 95% CI: 0.98–3.39; P-trend = 0.03

The study also reported the following association (again observed primarily in men) for **gastric noncardia adenocarcinoma:**

- **NDMA:** HR for 0.1-µg/day increase = 1.06; 95% CI: 1.01–1.10; P-trend = 0.09

---

[26] Keszei AP, Goldbohm RA, Schouten LJ, Jakszyn P, van den Brandt PA., "Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study," 2013 Jan, Am J Clin Nutr, Vol. 97(1), pp. 135-146. https://pubmed.ncbi.nlm.nih.gov/23193003/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 16

The positive association between NDMA intake and esophageal squamous cell carcinoma risk in men was statistically significant ($p$-trend = 0.01). Associations with nitrite and heme iron intakes showed trends toward significance but did not reach conventional levels ($p$-trend = 0.06 and 0.03, respectively). The association between NDMA intake and gastric noncardia adenocarcinoma risk had a $p$-trend of 0.09, indicating a borderline significance.

The study revealed a <u>statistically significant dose-response</u> relationship between NDMA intake and esophageal squamous cell carcinoma risk in men, with higher NDMA intake correlating with increased risk. Similar trends were noted for nitrite and heme iron intakes concerning esophageal squamous cell carcinoma risk, though less pronounced. Trend analyses indicated a significant positive trend between NDMA intake and esophageal squamous cell carcinoma risk in men ($p$-trend = 0.01). Trends for nitrite and heme iron intakes with esophageal squamous cell carcinoma risk approached significance ($p$-trend = 0.06 and 0.03, respectively). The trend for NDMA intake and GNCA risk was of borderline significance ($p$-trend = 0.09).

Potential limitations of the study included **r**eliance on self-reported dietary data, and **gender-specific findings (**primarily observed in men), which may limit the applicability of findings to women.

In summary, this prospective cohort study suggests that higher dietary intake of NDMA is associated with an increased risk of esophageal squamous cell carcinoma in men. The findings highlight the potential role of N-nitroso compounds and their precursors in esophageal carcinogenesis. It is noteworthy that statistically significant findings (elevated HRs and $p$-trends were measured at relatively low NDMA dosage.

### Knekt et al. (1999)[27] (Gastrointestinal Cancer)

The Knekt study is relevant with respect to NDMA intake suggesting a dose-response relationship. This 1999 follow-up study by Knekt et al. investigated the relationship between dietary intake of nitrates, nitrites, and NDMA with respect to gastrointestinal cancer risk. This prospective cohort study involved 9,985 Finnish adults who provided comprehensive dietary information through a 1-year dietary history interview which captured total diet. The cohort was followed for up to 24 years, during which 189 cases of gastrointestinal cancers were diagnosed.

---

[27] Knekt et al., "Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study," 1999 Mar 15, Int J Cancer, Vol. 80(6), pp. 852-856. https://pubmed.ncbi.nlm.nih.gov/10074917/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 17

The study estimated NDMA intake based on participants' dietary data. The analysis compared the highest and lowest quartiles of NDMA intake to assess cancer risk. Mean daily intake of NDMA was 0.052 µg/day from diet and 0.071 µg/day from beer. A significant positive association was found between NDMA intake and colorectal cancer risk. Participants in the highest quartile of NDMA intake had an RR of 2.12 (95% CI: 1.04–4.33) compared to those in the lowest quartile. Additionally, high intake of smoked and salted fish was significantly associated with colorectal cancer risk (RR = 2.58; 95% CI: 1.21–5.51).

Although no specific dose-response relationship was stated, the association between high NDMA intake and increased colorectal cancer risk was statistically significant. Similarly, the link between smoked and salted fish consumption and colorectal cancer was significant. The association with cured meat intake did not reach statistical significance. However, the study's comparison between the highest and lowest quartiles of NDMA intake suggests a dose-response relationship, with higher NDMA intake correlating with increased colorectal cancer risk.

The study adjusted for potential confounding factors through application of multifactorial analyses, including sex, age, geographic area, smoking and other variables.. Potential limitations include reliance on self-reported dietary data, which may introduce recall bias or inaccuracies. The long follow-up period may also have led to changes in participants' diets over time, potentially affecting exposure assessments. Additionally, the relatively small number of cancer cases may limit the statistical power to detect associations for less common cancers.

Ultimately, the authors of this long-term prospective study concluded that there is a significant association between higher dietary NDMA intake and an increased risk of colorectal cancer, thus supporting the hypothesis that N-nitroso compounds may contribute to colorectal carcinogenesis in humans. It is noteworthy that statistically significant findings were measured at relatively low NDMA dosage.

### Larsson et al. (2006)[28] (Gastric Cancer)

The Larsson study is relevant to dose response (trend = 0.01), and dose range (lowest quintile: 0.017 µg/day; highest quintile: 0.277 µg/day). This prospective cohort study applied data from the Swedish Mammography Cohort, which followed 61,433 Swedish women over

---

[28] Larsson et al., "Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women," June 2006, National Institute of Environmental Medicine, https://pubmed.ncbi.nlm.nih.gov/16550597/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 18

a period of 18 years (1987–2004). The study objective was to investigate associations between processed meat consumption, dietary nitrosamines (particularly NDMA), and the risk of stomach cancer. Dietary intake was assessed using food-frequency questionnaires (FFQs) at baseline and updated in 1997. The authors identified cancer cases through Swedish cancer registries.

With regard to Statistics applied in the study, Cox proportional hazards models allowed estimation of hazard ratios (HRs) with 95% confidence intervals (CIs). Stratification variables included age in months and year of cohort entry. Multivariate models adjusted for age, education, BMI, total energy intake, alcohol, fruit, and vegetable consumption.

Continuous intake variable modeling permitted. tests for linear trends. The authors used likelihood ratio tests to check for violations of proportional hazard assumptions by applying Wald tests to assess interaction statistical significance. The study also examined the influence of fruit and vegetable intake, vitamin C, and vitamin E levels on stomach cancer risk to assess potential interactions. This approach insured *accurate adjustments for multiple potential confounding factors*. Additionally, the study authors stratified NDMA intake dosage into quintiles, with the following median intake levels (µg/day):

- Lowest quintile: **0.017 µg/day**
- Highest quintile: **0.277 µg/day**

The results of the statistical analyses revealed that women in the highest quintile of NDMA intake had a nearly 2-fold increased risk of stomach cancer compared to those in the lowest quintile (HR = 1.96; 95% CI = 1.08–3.58). The analyses also revealed association between higher processed meat consumption and increased stomach cancer risk, with a statistically significant hazard ratio of 1.**66 (95% CI = 1.13–2.45, *p*-trend = 0.01**) for the highest vs. lowest category.

By applying a food-specific analysis methodology, the study found that processed meats (e.g., bacon, sausage, ham/salami) revealed positive associations with stomach cancer risk (though some did not reach statistical significance).

The study also revealed a clear dose-response relationship. Increasing processed meat intake correlated with higher stomach cancer risk in a linear fashion (*p*-trend = 0.01). Additionally, NDMA intake analyses revealed a strong trend for women in the highest quintile, who had a significantly higher risk compared to the lowest quintile.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 19

Further analyses found <u>statistically significant positive trends</u> for both processed meat intake (*p*-trend = 0.01) and NDMA intake (*p*-trend = 0.02). The association strengthened when excluding cases diagnosed in the first three years of follow-up, suggesting dietary changes due to preclinical symptoms did not drive the findings.

Thus, several statistically significant findings emerged from the Larsson study analyses:

- NDMA & stomach cancer risk: HR = 1.96, 95% CI = 1.08–3.58, *p*-trend = 0.02.
- Processed meat consumption and stomach cancer risk: HR = 1.66, 95% CI = 1.13–2.45, *p*-trend = 0.01.
- Processed meats (bacon, sausage, ham/salami) showed weaker associations with only some reaching statistical significance.

The study design had several potential weaknesses, none of which were presented as critical. For example, food-frequency questionnaires may not perfectly capture all NDMA or processed meat consumption variables. Similarly, processed meats contain high salt levels which could affect stomach cancer risk assessments. Smoking data was not available, limiting its adjustment in multivariate analyses. The study did not account for H. pylori infection, a known risk factor for stomach cancer, which may have confounded findings related to gastric cancers. Finally, this was a single-country study that may not be applicable to other populations with different dietary habits.

In conclusion, the study found a <u>statistically significant association</u> between processed meat, NDMA intake and stomach cancer risk in the study population. The study findings also revealed a clear <u>dose-response relationship</u>.[29] It is noteworthy that the estimated NDMA intake levels (lowest quintile = 0.017 µg/day, highest = 0.277 µg/day) are significantly lower than decedent's calculated ingestion levels in the present matter.

**La Vecchia et al. (1995)[30] (Gastric Cancer)**

This study revealed a quantifiable dose-response relationship. It is an early case-control study conducted in Northern Italy involved 746 incident cases of gastric cancer and 2,053 control subjects admitted to hospitals between 1985-1993 for acute, non-neoplastic, and non-digestive tract diseases (unrelated to long-term dietary modifications). Data on the frequency of consumption of 29 food items, including selected sources of NDMA, were

---

[29] Id.

[30] La Vecchia et al., "Nitrosamine intake and gastric cancer risk," December 1995, European Journal of Cancer Prevention, Vol. 4(6), pp. 469-474. https://pubmed.ncbi.nlm.nih.gov/8580782/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 20

collected through structured interviews.

The study authors employed multivariate logistic regression models to calculate odds ratios (ORs) and 95% confidence intervals (CIs). These models adjusted for potential confounding factors including total energy intake and other major dietary and non-dietary variables associated with gastric cancer. Multifactorial analyses accounted for various confounders to isolate specific effect(s) of NDMA intake on gastric cancer risk.

NDMA intake was categorized into tertiles (three groups) based on consumption levels. The study compared the lowest tertile (reference group) to the intermediate and highest tertiles to assess associations between NDMA intake and gastric cancer risk.

The statistical analyses revealed <u>statistically significant</u> findings among males. Compared to subjects in the lowest tertile of NDMA intake, the ORs were 1.1 for the intermediate tertile and 1.6 for the highest tertile, indicating an increased risk of gastric cancer with higher NDMA intake. After adjusting for confounders, the multivariate OR for the highest NDMA intake tertile was 1<u>.4 (95% CI: 1.1-1.7)</u>. The 95% confidence interval for the highest tertile of NDMA intake (1.1-1.7) was statistically significant, a showing an association between high NDMA intake and increased gastric cancer risk.

Additionally, this early study revealed a <u>dose-response relationship</u>, with higher NDMA intake correlating to an increased risk of gastric cancer. The ORs rose from 1.1 in the intermediate tertile to 1.6 in the highest tertile, indicating a trend of increasing risk with higher NDMA consumption.

Thus, the study revealed a statistically significant association between higher dietary NDMA intake and increased gastric cancer risk. The study also revealed a quantifiable dose-response relationship, offering compelling statistical support for the association.

**Loh et. al. (2011)[31] (Gastrointestinal Cancer)**

The Loh study provides a dose range of 0.017 µg/day to 0.113 µg/day with a *p*-trend = 0.005. It is a prospective cohort study conducted as part of the European Prospective Investigation into Cancer and Nutrition (EPIC–Norfolk) in the U.K., the Loh et al. study included **23,363** men and women aged 40–79 years, recruited between 1993 and 1997. The study authors followed the participants for an average of 11.4 years through 2008. The study objective was

---

[31] Loh et al., "N-nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)–Norfolk Study," 2011, The American Journal of Clinical Nutrition, Vol. 93(5), pp. 1053-1061, https://pubmed.ncbi.nlm.nih.gov/21430112/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 21

to assess potential associations between dietary N-nitroso compounds (particularly NDMA), endogenous N-nitroso compound exposure, and dietary nitrite with risk of gastrointestinal cancer and overall cancer incidence.

The study authors assessed dietary intake through the use of a validated food-frequency questionnaire. Cancer cases were identified using national cancer registries. The study applied multivariate Cox regression models to adjust for potential confounders. These included demographic factors (age, sex, education level), lifestyle factors (smoking, alcohol intake, physical activity), dietary factors (energy intake, vitamin C intake) and health-related factors (BMI and menopausal status in women). The study also tested interactions between NDMA intake and plasma vitamin C levels, assessing whether vitamin C modifies the relationship between NDMA exposure and cancer risk.

The Cox proportional hazard regression models estimated hazard ratios (HRs) with 95% confidence intervals (CIs). Quartile and continuous analyses were conducted for NDMA, endogenous NOC index (ENOC), and nitrite exposure. The authors identified statistical interactions through likelihood ratio tests. Extreme outliers for NDMA, ENOC, and nitrite were adjusted using log transformations. *P*-values were considered statistically significant at 5% (e.g., $p < 0.05$, the 95% Confidence Interval).

NDMA intake was stratified into **quartiles**, using the following median intake levels:

- **Quartile 1 (lowest): 0.017 µg/day**
- **Quartile 2: 0.033 ug/day**
- **Quartile 3: 0.053 ug/day**
- **Quartile 4 (highest): 0.113 µg/day**

The results of the statistical analyses revealed that NDMA intake was associated with an <u>increased overall cancer risk</u> when comparing the highest quartile to lowest (HR = 1.14; 95% CI = 1.03–1.27; *p*-trend = 0.03), but this association lost significance in fully adjusted multivariate models (HR = 1.10; 95% CI = 0.97–1.24; *p*-trend = 0.22).

When analyzed separately, NDMA intake was <u>significantly associated</u> with cancer risk in men only (HR = 1.24; 95% CI = 1.07–1.44; *p*-trend = 0.005 in age- and sex-adjusted models), but the association weakened in fully adjusted models (HR = 1.18; 95% CI = 1.00–1.40; *p*-trend = 0.08). NDMA was also associated with increased gastrointestinal cancer risk (HR = 1.13; 95% CI = 1.00–1.28; p = 0.04) and more strongly associated with rectal cancer risk (HR = 1.46; 95% CI = 1.16–1.84; p = 0.001).

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 22

Endogenous NOC exposure (ENOC) and dietary nitrite ingestion revealed <u>no significant associations</u>. The following summarizes the study's statistical findings:

- The NDMA-overall cancer risk association was <u>statistically significant</u> in age- and sex-adjusted models ($p$-trend = 0.03) but not in fully adjusted models ($p$-trend = 0.22).

- The NDMA-rectal cancer risk association <u>remained statistically significant</u> in fully adjusted models (HR = 1.46; 95% CI = 1.16–1.84; p = 0.001).

- Surprisingly, vitamin C interaction was statistically significant, suggesting a protective effect of high plasma vitamin C levels against NDMA-related cancer risk ($p$-interaction < 0.00001). Notably, this was not the first study to report a similar finding.

- A statistically significant trend ($p$ = 0.03) was observed between NDMA intake and overall cancer risk in age- and sex-adjusted models, but it disappeared in multivariate analyses.

- A significant trend ($p$ = 0.001) was observed for rectal cancer risk, with increasing NDMA exposure linked to higher risk.

- A significant trend ($p$ = 0.04) was observed for gastrointestinal cancer risk.

- No trends were found for other cancers (e.g., stomach, lung, breast, prostate).

Additionally, a <u>dose-response trend</u> was revealed for NDMA-overall cancer risk ($p$-trend = 0.03), but lost significance in multivariate models. A dose-response trend was also revealed for gastrointestinal cancer risk ($p$ = 0.04) and particularly for rectal cancer risk ($p$ = 0.001), where risk proportionally increased per standard deviation of NDMA intake.

Study weaknesses include loss of NDMA statistical significance after full adjustment for confounders, suggesting other dietary or lifestyle factors may influence results. Reliance on food databases that lack complete NDMA content information may have affected results. Additionally, small sample sizes for esophageal (n=55) and stomach cancer (n=64) may have limited the power to detect associations.

In conclusion, this large prospective cohort study found a <u>statistically significant</u> intake association for NDMA intake and increased gastrointestinal and rectal cancer risk. The NDMA-rectal cancer risk association remained statistically significant in fully adjusted models (HR = 1.46; 95% CI = 1.16–1.84; p = 0.001). The findings strongly suggest a dose-response relationship, particularly for rectal cancer. However, the association with overall cancer risk weakened after full adjustment, highlighting potential confounding factors. Importantly, higher plasma vitamin C levels mitigated NDMA-related cancer risk, suggesting a <u>protective role</u> of antioxidants.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 23

As with most other dietary studies cited in this section, it is highly noteworthy that the estimated NDMA intake levels (lowest quartile = 0.017 µg/day, highest = 0.113 µg/day) are significantly lower than decedent's calculated ingestion levels in the present matter, but were ingested over much longer periods of time.

**Palli et al. (2000)[32] (Gastric Cancer)**

The Palli study provides an assessment of *p*-trend for NDMA intake and mortality = 0.08 (approaching statistical significance). This population-based cohort study assessed 10-year survival rates among 382 gastric carcinoma patients who were interviewed in 1985–1987, as part of a larger case-control study conducted in a high-risk area of Italy. Follow-up was conducted until December 31, 1997, with survival status obtained for all but three patients (resulting in a 99.2% follow-up rate). Dietary intake data was collected through face-to-face interviews, using a food frequency questionnaire covering 181 food items. NDMA and dimethylamine (DMA) concentrations in local foods **were tested** in 28 food samples.

Intake of pre-formed NDMA was assessed from dietary sources. The study categorized NDMA intake into tertiles to evaluate its effect on survival. NDMA concentrations in food were measured using high-performance liquid chromatography (HPLC).

The study authors applied Cox proportional hazard models to estimate hazard ratios (HRs) and 95% confidence intervals (CIs). Survival curves were plotted using Kaplan-Meier estimates. Likelihood ratio tests assessed trends by tertile of intake. Multifactorial analyses adjusted for potential confounders such as demographic factors (age, gender, social class), clinical factors (tumor stage, lymph node involvement), and other dietary factors (energy intake, specific nutrients). Separate analyses were conducted for patients with and without a family history of gastric carcinoma.

NDMA-specific study findings relating to dose-response revealed that patients with a gastric cancer family history with high NDMA intake exhibited a nearly two-fold increase in mortality risk compared to those with lower NDMA intake.

- Hazard Ratio (HR) for the highest NDMA intake tertile at borderline statistical significance with a HR of 1.99 (95% CI: 1.00–3.98).

- *P*-trend for NDMA intake and mortality = 0.08 (approaching statistical significance).

---

[32] Palli et al., "Dietary and familial determinants of 10-year survival among patients with gastric carcinoma," 2000 Sep 15, Cancer, Vol. 89(6), pp. 1205-1213, https://pubmed.ncbi.nlm.nih.gov/11002214/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 24

This suggests a dose-response trend, although it did not reach full statistical significance. Notably, no significant association between NDMA intake and mortality was found among patients without a familial history of gastric carcinoma. The HR for highest NDMA intake tertile in non-familial cases = 1.10 (95% CI: 0.81–1.50), suggesting that NDMA's impact on survival may be stronger in familial gastric cancer cases.

The results of the statistical analyses revealed that the overall 10-year survival rate was 18% (26% at 5 years). Major predictors of mortality included:

- High α-tocopherol (Vitamin E) intake improved survival (HR = 0.75; $p$ = 0.04).

- Starch and vegetable fat intake reduced mortality in familial gastric carcinoma cases ($p$-values: 0.008 and 0.02, respectively).

Additionally, the association of alcohol with reduced survival was statistically significant ($p$ = 0.02). As in some other study findings, vitamin E's protective effect was also found to be statistically significant ($p$ = 0.04).

**Pobel et al. (1995)[33] (Gastric Cancer)**

The Probel study is relevant primarily with respect to the low dosage range of 0.55 ± 0.87 µg/day as well as the dose-dependent increase in gastric cancer risk (p = 0.04). This case-control study of potential relationships between NDMA, nitrate and nitrite in relation to gastric cancer was conducted in Marseille, France between 1985 and 1988. Subjects consisted of 92 patients with histologically confirmed gastric adenocarcinoma from eight major gastroenterological surgery centers. Controls consisted of 128 subjects undergoing functional re-education for injuries or trauma in two specialized medical centers. Controls were group-matched to cases by sex and age. The study population consisted only of French citizens who had lived in France for at least 20 years. All eligible participants agreed to participate (100% response rate).

Subjects completed a dietary history questionnaire to assess food intake for the year preceding symptom onset (for cases) or the year preceding the interview (for controls). NDMA intake was quantified based on food types (e.g., smoked, cured or salted, beer).

The study's statistical framework was specifically designed to calculate odds ratios (ORs) to measure associations between gastric cancer risk and dietary intake. Adjusted for confounders included age (categorized: ≤55, 56–65, 66–75, ≥76 years), sex, occupation

---

[33] Pobel et al., "Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France," 1995 Feb, Eur J Epidemiol., Vol. 11(1), pp. 67-73. https://pubmed.ncbi.nlm.nih.gov/7489775/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 25

(proxy for socioeconomic status, divided into five levels), and total calorie intake (adjusted using the residual method by Willett & Stampfer, 1986). Statistical models applied unconditional logistic regression to estimate ORs and 95% confidence intervals (CIs). Chi-square tests were conducted to derive linear trends.

Multivariate adjustments were made for potential confounders by applying logistic regression models to account for confounding variables. Adjustments were made for age, sex, occupation and total calorie intake. Residuals from total calorie intake regression were used to correct for energy intake.

NDMA intake dosage ranges were divided into tertiles (three groups) for analysis. The mean NDMA intake for the groups were:

- Cases (gastric cancer patients): **0.55 ± 0.87 µg/day**
- Controls: **0.33 ± 0.50 µg/day**

The NDMA intake levels for tertile categorization were:

- Lowest tertile (T1): Reference group.
- Second tertile (T2): OR = 4.13 (95% CI: 0.93–18.27).
- Highest tertile (T3): OR = 7.00 (95% CI: 1.85–26.46).

The NDMA intake dosage ranges for the three tertiles (based on daily intake levels) were set as follows:

- Tertile 1 (Lowest intake, reference group): < 0.25 µg/day
- Tertile 2 (Intermediate intake): 0.25 – 0.51 µg/day
- Tertile 3 (Highest intake): > 0.51 µg/day

The results of the statistical analyses revealed that NDMA intake was significantly associated with an increased risk of gastric cancer. Statistical trend analysis confirmed a dose-dependent increase in gastric cancer risk ($p = 0.04$).

Trend analysis confirmed a linear relationship between NDMA intake and gastric cancer risk ($p = 0.04$). No significant association was found between total nitrate or nitrite intake and gastric cancer risk. Notably, vegetable consumption was also protective: Low-nitrate vegetables significantly reduced cancer risk (OR = 0.45, 95% CI: 0.22–0.92) as well as high-nitrate vegetables showed a borderline protective effect (OR = 0.53, $p = 0.07$).

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 26

Thus, the association between NDMA intake and gastric cancer risk was statistically significant, with a *p*-value for trend = 0.04. The highest tertile of NDMA intake showed a substantially increased risk (OR = 7.00, 95% CI: 1.85–26.46).

The study findings revealed a clear dose-response relationship for NDMA intake and gastric cancer. Increasing tertiles of NDMA intake showed progressively higher odds of diagnosis (*p*-trend for NDMA intake = 0.04, confirming a statistically significant trend).

With regard to potential study weaknesses, the comparatively small sample size (92 cases, 128 controls) limits statistical power. The NDMA intake estimates relied on food composition tables, which may not accurately reflect individual exposures. There is also the possibility of recall bias in dietary data collection, as cases reported diet prior to symptom onset. There were no direct measurements of endogenous nitrosation, limiting assessment of nitrosamine formation in the stomach. The study authors also did not consider NDMA from drinking water. Finally, the study was limited to a small population in Marseille, which has a low gastric cancer incidence rate compared to other regions.

In summary, the study provides strong evidence that higher NDMA intake is significantly associated with increased gastric cancer risk. A clear dose-response relationship was observed for NDMA (p = 0.04). No association was found for total nitrate or nitrite intake, suggesting that NDMA is the primary risk factor. Vegetable consumption (especially low-nitrate vegetables) was also shown to be protective against gastric cancer. Actual testing of the various foods for NDMA provided a more accurate dose level than that in other similar studies.

It is further toxicologically noteworthy that the estimated NDMA intake levels applied in the Pobel et al. study analyses (lowest tertile = 0.25 µg/day, highest = > 0.51 µg/day) are significantly lower than decedent's calculated ingestion levels in the present matter.

**Rogers et al. (1995)[34] (Laryngeal, Esophageal and Oral Cancers)**

The Rogers study is relevant with respect to the low dose range of Q1 at < 0.06 µg/day with a Q3 dose of > 0.179 µg/day and overall cancer (*p*-trend = 0.037. The study is an early population-based case-control study conducted in Washington state, Rogers et al. assessed the associations between dietary intake of nitrate, nitrite, and NDMA with respect to risk of

---

[34] Rogers et al., "Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer," 1995 Jan-Feb, Cancer Epidemiol Biomarkers Prev., Vol. 4(1), pp. 29-36.
https://pubmed.ncbi.nlm.nih.gov/7894321/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 27

upper aerodigestive tract cancers (laryngeal, esophageal, and oral). The study population consisted of 645 cases (169 laryngeal, 125 esophageal, and 351 oral cancer cases) identified from the state Cancer Surveillance System; 458 controls were selected via random digit dialing and matched by age and gender.

Study participants completed a food frequency questionnaire assessing dietary habits 10 years prior to interviews. The study authors subsequently estimated nitrate, nitrite, and NDMA intake from 125 foods and beverages (based on existing databases). Data on tobacco use, alcohol consumption, body mass index (BMI), education, and medical history were also collected and integrated into the study database.

The study authors used unconditional logistic regression models to estimate odds ratios (ORs) and 95% confidence intervals (CIs). The study authors also conducted trend tests to assess dose-response relationships. The study methodology adjusted for multiple potential confounding variables including demographics (age, gender, education level), lifestyle factors: (smoking in pack-years, alcohol in drink-years), BMI and dietary factors (total energy intake and ascorbic acid intake). The study also tested potential interactions between NDMA intake and vitamin C, tea consumption, and canker sores.

NDMA intake was divided into tertiles, based on the control population:

- Lowest tertile: < 0.06 µg/day
- Middle tertile: 0.06–0.179 µg/day
- Highest tertile: > 0.179 µg/day

Upon application of the study methodology, the statistical analyses revealed that NDMA intake was associated with a 79% increased risk of upper aerodigestive tract cancers when comparing the highest to the lowest tertile ($p$-trend = 0.037). Additionally, NDMA showed stronger associations for oral cancer (OR = 1.82, 95% CI = 1.10-3.00, $p$-trend = 0.118. Esophageal cancer risk was non-significant (OR = 1.86, 95% CI = 0.87-3.95, $p$-trend = 0.063).

Thus, the association between NDMA and overall cancer risk was statistically significant ($p$-trend = 0.037). Trend analyses revealed a statistically significant dose-response in which NDMA showed a positive trend with increasing risk for upper aerodigestive tract cancers.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 28

There were several potential study weaknesses worthy of note. These included potential recall bias of dietary habits (from 10 years prior), estimation of NDMA content in foods (using older databases), and small sample size for some exposures (e.g., esophageal adenocarcinomas).

The study found that NDMA consumption was associated with an increased risk of upper aerodigestive tract cancers, with a statistically significant trend. Meanwhile, higher nitrate intake was protective. The association between NDMA and cancer risk appeared stronger for esophageal and oral cancers. Notably, the effects of nitrate/nitrite were modified by vitamin C intake, tea consumption, and canker sores.

As with other studies cited in this section, the estimated NDMA intake levels (lowest tertile = 0.06 μg/day, highest = 0.179 μg/day) are significantly lower than Plaintiff's calculated ingestion levels in the present matter but were ingested over a longer period of time.

### Zheng et al. (2019)[35] (Pancreatic Cancer)

The Zheng study is relevant with respect to the wider dose range of NDMA range: Q1 at 0.09–0.41 μg/day and Q4 at 0.62–3.45 μg/day with an exceptional p-trend < 0.0001. This hospital-based case–control study focused on relationships between NDMA and pancreatic cancer (e.g., ductal adenocarcinoma). The study included 957 cases and 938 controls, frequency-matched based on age group, race, and sex. Controls were cancer-free individuals, recruited from friends and family of patients with non-pancreatic and non-smoking-related cancers. Cases were pathologically-confirmed pancreatic cancer patients recruited from the University of Texas MD Anderson Cancer Center.

The study authors collected dietary data using a validated food frequency questionnaire to estimate dietary intake of N-nitroso compounds, nitrate, and nitrite. Chi-square testing compared demographic characteristics and risk factors between cases and controls. The study authors applied unconditional logistic regression models were used to estimate odds ratios (ORs) and 95% confidence intervals (CIs) for pancreatic cancer risk across quartiles of N-nitroso compound intake. Multivariable-adjusted models accounted for confounders, including age, sex, race, education, BMI, alcohol intake, diabetes history, smoking status, and family history . Linear trend analysis tested for dose-response relationships.

---

[35] Zheng et al., "Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study," 2019 April 29, Carcinogenesis, Vol. 40(2), pp. 254-262. doi: 10.1093/carcin/bgy169. https://pubmed.ncbi.nlm.nih.gov/30475991/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 29

The study design applied multifactorial analyses to adjust models for multiple potential confounders, including interactions between dietary vitamin C and E intake, red meat intake, smoking, alcohol consumption, and family history. The methodology also applied sensitivity analyses to assess potential biases. The NDMA dosage ranges were divided into quartiles for analysis, as follows:

- Q1 (Lowest): 0.28 µg/1000 kcal/day (NDMA range: 0.09–0.41)

- Q2: 0.45 µg/1000 kcal/day (NDMA range: 0.36–0.70)

- Q3: 0.58 µg/1000 kcal/day (NDMA range: 0.47–0.96)

- Q4 (Highest): 0.99 µg/1000 kcal/day (NDMA range: 0.62–3.45).

The results of the statistical analyses revealed a <u>significant positive association</u> between NDMA intake from plant sources and pancreatic cancer risk. Highest quartile (Q4) vs. lowest quartile (Q1): OR = 1.93, 95% CI = 1.42–2.61, $p$-trend < 0.0001. Furthermore, a <u>dose-response relationship</u> was revealed for NDMA from plant sources, as indicated by the increasing odds ratios across quartiles and a highly significant $p$-trend <u>(< 0.0001).</u>

The trend analyses used log-transformed, energy-adjusted quartiles of NDMA intake. A <u>significant increasing trend</u> was observed for NDMA intake from plant sources, with higher quartiles showing increased pancreatic cancer risk. Notably, although the association between NDMA from plant sources and pancreatic cancer risk was statistically significant, NDMA intake from animal sources was not significantly associated with risk, nor was any clear dose-response relationship seen for NDMA from animal sources.

Potential study weaknesses included recall bias due to self-reported dietary data, limitations of the NDMA food-content database, the limited number of cases in stratified analyses, and the potential for changes in dietary data (collected between 2002–2009), which may not reflect current dietary patterns.

In conclusion, the Zheng study found a <u>statistically significant association</u> between NDMA intake from plant sources and increased pancreatic cancer risk. However, NDMA from animal sources did not show significant associations. As with other studies cited in this section, the estimated NDMA intake levels (lowest quartile = 0.28 µg/day, highest = 0.99 µg/day) are significantly lower than decedent's calculated ingestion levels in the present matter but were of longer duration.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 30

**Zheng, et al., 2021[36] (Liver Cancer Study)**

The Zheng study is a large, hospital-based, case-control study, which found positive statistically significant associations between 3 potent dietary sources (including NDMA) and hepatocellular carcinoma risk. Patients with other types of primary liver cancer such as cholangiocarcinoma, fibrolamellar carcinoma, benign or unknown tumors or a concurrent or past history of other cancers were excluded from the study.

Controls subjects were free of cancer at recruitment, and they were spouses of cancer patients who were diagnosed with cancers other than liver, other gastrointestinal, lung, or head and neck cancers as these cancers were excluded to prevent selection bias from shared environmental and genetic hepatocellular carcinoma risk factors.

Cases and controls were recruited simultaneously and consecutively from January 2004 to December 2018, and a total of 855 cases and 1018 controls were eligible for study. A total of 827 cases and 1013 controls were included in the analysis. Validated and structured questionnaires were used by trained interviewers and included demographics, lifestyle factors, family histories of cancers among first- and second-degree relatives, and personal medical histories from cases and controls. The authors further classified ever-alcohol drinkers into 2 groups of ≤60 mL/day and >60 mL/day (approximately 3.3 standard drink equivalents per day). The study referenced this level as a known threshold to increase hepatocellular carcinoma. Obesity in early adulthood was also classified as a significant risk factor for hepatocellular carcinoma and therefore current heights and body weights from cases and controls in their 30s were used to calculate the body mass index (BMI) as a potential risk factor.

*Dietary assessment*

The usual dietary intake over the past year prior to registry was self-reported from cases and controls with two different (original and updated) versions of the Harvard semi-quantitative questionnaire. The original and updated questionnaires covered 84 and 131 food items, respectively, and the most-consumed American foods were on both questionnairesThe N-nitroso compound content of foods was ascertained from a database that had previously been compiled from publications and government reports (and had been validated in a prior cross-sectional study).

---

[36] Zheng et al., Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A US-Based Study. Hepatology. 2021 December; 74(6): 3161–3173. doi:10.1002/hep.32046.Aut

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 31

### *Statistical analysis*

The multivariable-adjusted association between each risk factor and the risk of hepatocellular carcinoma was calculated using unconditional logistic regression models after mutual adjustment for other factors. The study categorized dietary intake of total N-nitroso compound, each of the 21 individual N-nitroso compounds, nitrite, and nitrate according to questionnaire-specific, log-transformed, energy-adjusted quartile distributions of the control group. Unconditional logistic regression was used to estimate the multivariable-adjusted odds ratios (ORs) and 95% confidence intervals (CIs) of hepatocellular carcinoma for participants in the higher versus those in the lowest quartiles of N-nitroso compound intake as referent group, with adjustment for confounders including total calorie intake, age, sex, race, education level, BMI at <u>age in</u> 30s, alcohol drinking, history of diabetes, smoking status, and family history of liver cancer.

Since associations for plant-sourced and animal-sourced N-nitroso compounds were investigated separately, the authors controlled confounding by adjusting for the total dietary intake of red and processed meat in the analysis of N-nitroso compounds from plant foods; and adjusted for dietary intake of fruits and vegetables in the analysis of N-nitroso compounds from animal foods. Linear trend of hepatocellular carcinoma risk across quartiles was assessed by using the <u>median value</u> of each quartile in the multivariable-adjusted model, after linearity was confirmed. If linearity was assessed at a $p$ value of <0.05, it was reported, otherwise it was noted as significant non-linearity. The statistical analyses for men and women combined detected no significant differences for total N-nitroso compounds, N-nitrosodiethylamine (NDEA), N-nitrosodimethylamine (NDMA), N-nitrosodibutylamine (NDBA), N-nitrosodipropylamine, N-nitroso-N-(1-methylacetonyl)-3- methylbutylamine (NMAMBA), N-nitrosopyrrolidine, N-nitrosopiperidine (NPIP), nitrate, and nitrite.

For those N-nitroso compounds that were found to have significant positive associations with hepatocellular carcinoma, the multivariable-adjusted odds ratios with 95% confidence intervals of hepatocellular carcinoma were calculated according to quartiles of consumption of major food contributors to these N-nitroso compounds. To account for the potential effects caused by diet modification and viral infection, main analyses were restricted to individuals without a history of diabetes and to individuals without HBV and/or HCV infection, respectively. Sensitivity analyses were also performed for HCC demonstrating cirrhosis vs non-cirrhosis, only White persons vs the entire group, the original vs the updated questionnaire, and completed questionnaires vs those missing any data. All statistical analyses were conducted using SAS version 9.4. All tests were 2-sided with $p$ values<0.05 considered to be statistically significant if not otherwise noted.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 32

### Results

Compared to controls, hepatocellular carcinoma cases were more likely to be older, male, non-White, overweight or obese individuals in their 30's, current or former smokers, less educated and to have a history of diabetes, HBV or HBC infection, and family history of liver cancer. After adjusting for confounders, the following were found to be risk factors for hepatocellular carcinoma in this study: older age (≥ 60), races other than White, African American and Hispanic, education less than high school, obesity at 30s, having diabetes (regardless of duration), ever-alcohol use, positive HBV or HCV status, and having family history of liver cancer. The authors found that the hepatitis virus can act synergistically with the consumption of higher levels of hepatocellular carcinoma-inducing N-nitroso compounds to enhance N-nitroso compounds' carcinogenic effects.

The study found a non-linear association between the highest and lowest quartiles (Q4 vs Q1) of NDMA from plant sources and increased hepatocellular carcinoma risk (OR=1.54; 95% CI=1.01–2.34). Similar associations were found for NDEA from plant sources ($OR_{Q4vsQ1}$=1.58; 95% CI =1.03–2.41) and NMAMBA from plant sources ($OR_{Q4vsQ1}$=1.54; 95% CI=1.01– 2.35) all with *p* non-linearity<0.05. The increased hepatocellular carcinoma risk associated with NPIP, which was entirely from animal sources, was significantly linear ($OR_{Q4vsQ1}$= 2.52; 95% CI=1.62–3.94; *p*-trend = 0.0001).

### Study Strengths and Limitations

1. As reported by the authors, one strength of this study is that it had sufficient hepatocellular carcinoma cases to enable them to investigate the main associations between each individual N-nitroso compound and hepatocellular carcinoma risk and conduct important two-factor joint effect analyses.

2. Hepatocellular carcinoma was clearly defined and accurately ascertained.

3. The study used validated questionnaires containing foods commonly consumed in the US and linked the validated database and the relatively comprehensive N-nitroso compound <u>concentration</u> database of 23 individual N-nitroso compound-related compounds.

4. The study findings for NDEA and NDMA were supported by experimental studies of carcinogenic mechanisms and were consistent with findings from the previous Zheng et al. (2019) case-control study on N-nitroso compounds and pancreatic cancer.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 33

### *Limitations*

1. With respect to study weaknesses, selection bias was possible. However, the authors stated that controlled selection bias was limited by selecting controls from populations with demographic and socioeconomic features similar to those of cases and thus, minimizing or avoiding bias.

2. Selection related to hepatocellular carcinoma risk factors was tested. However, this could have led to "nondifferential misclassifications" of N-nitroso compound exposures and driven the association estimates towards null.

In summary, in this large, hospital-based, case-control study, positive associations between three potent dietary and liver carcinogens, NDMA, NDEA, and NPIP, revealed increases of hepatocellular carcinoma risks. Also, these N-nitroso compounds and hepatitis infection synergistically increased the risk of developing hepatocellular carcinoma.

**Song et al. (2015)[37] (Meta analysis - nonlinear relationship was found for NDMA intake)**

This pooled meta-analysis of 22 studies (covering 49 independent studies published before August 2015) included 19 studies on nitrates, 19 studies on nitrites, and 11 studies on NDMA. Study types included 9 cohort studies and 10 case-control studies. The study authors conducted their analyses using a systematic review and quantitative meta-analysis approach. Data sources included PubMed and Embase databases. Risk estimates (Relative Risk, RR) were pooled using random-effects models.

The study statistical design assessed associations on the basis of relative risk (RR). A random-effects model was applied to account for within- and between-study variations. Heterogeneity was evaluated using Q-tests and I² index. NDMA heterogeneity was I² = 75.8%, p < 0.001 (indicating substantial heterogeneity[38]). Meta-regression analysis was conducted to explore sources of heterogeneity. Subgroup analyses by study design (cohort vs. case-control), geographic region, publication year and sample size. The study authors also performed sensitivity analyses by removing individual studies to test results.

---

[37] Song et al., "Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis," 2015 Dec 1, Nutrients, Vol. 7(12), pp. 9872-9895. https://pmc.ncbi.nlm.nih.gov/articles/PMC4690057/

[38] Statistical heterogeneity is when the results of different studies vary more than would be expected by chance. Statistical heterogeneity occurs when the observed intervention (for example, variable ethnic food diets in various countries, dose calculation design) are significantly different from each other. Causes include clinical variations such as different questionnaires, or other factors that vary across studies. It is possible that a study design can be significantly different in different studies.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 34

NDMA intake was categorized based on highest vs. lowest levels reported across studies. The following findings emerged:

- Pooled relative risk (RR) for high NDMA intake vs. low intake was statistically significant: **1.34** (95% CI: 1.02–1.76).

- Dose-response analysis revealed an increased gastric cancer risk when NDMA intake reached **0.12 µg/day**.

- Exact NDMA tertiles or quartiles varied by study but were generally in the range of **0.02–0.25 µg/day**.

The results of the statistical analyses revealed that NDMA was significantly associated with an increased risk of gastric cancer:

- Overall pooled RR for NDMA intake was statistically significant: **1.34** (95% CI: 1.02–1.76)

- Cohort studies RR: **1.09** (95% CI: 0.89–1.33)

- Hospital-based case-control studies were statistically significant RR: **2.81** (95% CI: 1.16–6.80)

The study authors took a conscientious approach to assessing the statistical significance of findings by applying a self-checking methodology. As a consequence, NDMA intake showed a statistically significant association with gastric cancer risk ($p < 0.05$). In addition, the *p*-trend for NDMA in the dose-response analysis was < 0.001, indicating a clear positive association. Nitrites were also significantly associated with increased gastric cancer risk (RR = 1.31, 95% CI: 1.13–1.52, p = 0.013). Nitrates, however, showed a statistically significant protective effect (RR = 0.80, 95% CI: 0.69–0.93, p = 0.015).

With regard to dose-response relationships, a nonlinear relationship was found for NDMA intake. The risk of gastric cancer increased significantly when NDMA intake exceeded 0.12 µg/day. For nitrites, a linear dose-response relationship was observed: Each 0.1 mg/day increase in nitrites was associated with a 7% increase in gastric cancer risk (RR = borderline significance at 1.07, 95% CI: 1.00–1.15, p = 0.041).

For nitrates, a protective effect was noted. NDMA intake showed a significant positive trend with gastric cancer risk (*p*-trend < 0.001). Nitrites also showed a linear trend (*p*-trend = 0.041), confirming increasing risk with higher intake. Nitrates showed a nonlinear protective trend, with the strongest protective effect in the range of 66.4–220 mg/day.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 35

NDMA exposure estimates varied across studies, which could potentially lead to misclassification bias. Dietary assessments relied on food frequency questionnaires, which may introduce recall bias. Additionally, some included studies did not adequately adjust for selected confounders (e.g., Helicobacter pylori infection).

It is important to remember that the purpose of a meta-analysis of 22 studies presenting a cross-sectional view of a group of peer-reviewed toxicological and epidemiological studies is to determine if there is *specific consensus with respect to findings*. The overall analysis revealed that higher NDMA intake was significantly associated with increased gastric cancer risk (**RR = 1.34, p < 0.05**). A dose-response relationship was also revealed, with significant risk increasing above **0.12 µg/day** of NDMA intake.

The study analyses confirmed a statistically significant trend linking NDMA and nitrites to gastric cancer but noted high heterogeneity across included studies. Nitrites were also positively associated with gastric cancer risk, whereas nitrates showed a protective effect.

With respect to the present matter, the collective study findings, including strength of the associations, dose-response, absorption (systemic with preferential liver impact), distribution, metabolism (genotoxic metabolite formation, carcinogen metabolite formation) and the findings of this meta-analysis support a toxicologically causative relationship between NDMA and carcinogenic outcomes at daily intake levels far below those calculated for Mr. Roberts.

**Valsartan-Specific Human Epidemiological Studies - NDMA Human Malignancies**

**Gomm et al. (2021)[39]**

This longitudinal cohort study was based on 2009-2017 data obtained from a large German statutory health insurance provider. The cohort comprised 780,871 patients (age ≥40 years) who had filled at least "one prescription" for valsartan in the period 2012-2017. 409,183 patients were classified as ever exposed and 371,688 as never exposed to potentially NDMA-contaminated valsartan. Potential NDMA contamination was assessed based on the pharmaceutical registration number (PZN) in the prescription records and the contaminated batches sold. The authors divided the PZN into "possibly" contaminated (<75% of sold

---

[39] Gomm W, Röthlein C, Schüssel K, Brückner G, Schröder H, Heß S, Frötschl R, Broich K, Haenisch B., "N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer—A Longitudinal Cohort Study Based on German Health Insurance Data," 2021 May 28, Dtsch Arztebl Int., Vol. 118(21), pp. 357-362.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 36

packages contained contaminated valsartan) and "probably" contaminated (≥75% of sold packages contained contaminated valsartan).

The endpoint was a diagnosis of cancer. Hazard ratios were calculated with adjustment for potential confounders, including gender, age, concurrent prescriptions for ≥5 different drugs, comedications that are known or suspected to affect cancer risk, and comorbidities such as diabetes, COPD, alcohol-related disease, and CHF. Smoking data was not available.

The study reported a statistically significant association between NDMA-contaminated valsartan exposure and **hepatic cancer** (adjusted **HR 1.16; 95% CI 1.03-1.31; p=0.017).** The association with liver cancer remained stable after basic adjustment for age and gender (**HR 1.20 [1.06; 1.35]**) and also *after additional adjustment for hepatitis and other liver diseases.* Sensitivity analyses with varying degrees of possible or probable NDMA contamination yielded results comparable to those of the main analysis (both possible and probable contamination were significantly associated with liver cancer.)

The study strengths include a large cohort size (409,183 patients exposed) and various cancers with large numbers of cancer events. The authors obtained detailed batch information on potentially NDMA-contaminated valsartan and determined the proportion of all batches that contained potentially NDMA-contaminated valsartan. Individual subjects who were not exposed may have been miscategorized as "probably" or "possibly" exposed, not based on actual use, but on the percentage of sold packages containing contaminated valsartan. ("Never exposed" individuals were only exposed to uncontaminated valsartan.) However, the authors noted that sensitivity analyses with varying degrees of possible or probable NDMA contamination yielded results comparable to those of the main analysis.

The study was somewhat limited because adjustments for some cancer risk factors (e.g., smoking, nutritional habits, genetic predisposition) could not be integrated into the analysis (the information was not available in the insurance data). However, the authors point out that the unmeasured cancer risk factors should be similar in the NDMA-exposed and non-exposed groups. More importantly, the authors made an incorrect assumption that the levels of NDMA in a pill increased proportionally to the milligram of the pill. This is only true for finish dose made from the same batch of API by the same manufacturer. NDMA levels significantly very from API batch to API batch, and vary even more significantly from manufacturer to manufacturer, to the extent that a 40mg finish dose of valsartan could contain many times more NDMA than a 320mg finished dose made by a different company.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 37

In this study, exposure to potentially NDMA-contaminated valsartan statistically and significantly elevated the risk of liver cancer. However, there was no dose-dependent effect on the risk *for higher exposure* based on limited daily dose as individual-dependent weighted lot number data was not applied with respect to the 409,183 patients who were classified as ever exposed. It is important to note that 409,183 patients were classified as ever exposed, providing an adequate number of cases to detect liver cancer. It is very important to note that the study included contaminated valsartan dose groups based on PZN classifications that contained mixed low/high NDMA content (see **Table 1 and Appendix A**). Such averaging intrinsically dilutes the results and power to detect a statistically significant event (type II error) by adding in batches with little NDMA content.

The study is capturing the signal on just ever vs. never exposed, which is very significant, especially considering many would barely have been exposed (*i.e.*, 1 fill or multiple fills/chronic use. Thus, an accurate dose-repose was not possible in this study. However, Mr. Roberts was taking the highest dose of valsartan (320mg) made from ZHP lots with among the highest levels of contamination for 1.86 months.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 38

Table 1.

**FDA Laboratory Analyses of NDMA and NDEA Levels in Valsartan Products**[40]

(Note the widespread differences in NDMA per tablet)

| Company | Product (tablets) | Lots Tested | NDMA level (ug/tablet) | NDEA level ug/tablet |
|---|---|---|---|---|
| Aurobindo Pharma Ltd | Amlodipine 10 mg/Valsartan 320 mg | VKSA18005-A, VKSA18007-A, VKSA18001-A | Below LOD | 0.02-0.09 |
| Aurobindo Pharma Ltd | Valsartan 320 mg | VUSD17008-A, VUSD17001-A, VUSD17009-A | Below LOD | 0-0.05 |
| Aurobindo Pharma Ltd | Valsartan 320 mg/HCT 25 mg | HTSB18001-A, HTSB18028-A, HTSB18029-A | Below LOD | 0.02-0.19 |
| Hetero Labs Ltd | Valsartan 320 mg | VLS18049, VLS18051, VLS18050 | 0.33-0.44 | Below LOD |
| Mylan Pharmaceutical Inc. | Amlodipine 10 mg/Valsartan 320 mg | 3079709, 3077618, 3079708 | Below LOD | 0.04-0.11 |
| Mylan Pharmaceutical Inc. | Amlodipine 10 mg/Valsartan 320 mg/HCT 25 mg | 2008702 | Below LOD | 0.05 |
| Mylan Pharmaceutical Inc. | Valsartan 320 mg | 3080009, 3080010, 3079205 | Below LOD | 0.07-0.16 |
| Mylan Pharmaceutical Inc. | Valsartan 320 mg/HCT 25 mg | 3084886, 3093804, 3084862 | Below LOD | 0.20-0.38 |
| Prinston Pharmaceutical | Valsartan 320 mg | 344B18027, 344B18028, 344B18029 | 15.18-16.30 | Below LOD |
| Prinston Pharmaceutical | Valsartan 320 mg/HCTZ 25 mg | 611B18025, 611B18026, 611B18027 | 13.18-20.19 | Below LOD |
| Teva Pharmaceutical | Amlodipine 10 mg/Valsartan 320 mg | 26X053, 26X054, 26X055, 26X051, 26X044, 26X048 | Below LOD | 0-0.03 |
| Teva Pharmaceutical | Amlodipine 10 mg/Valsartan 320 mg/HCT 25 mg | 22X045, 22X046, 22X047, 22X038, 22X041 | Below LOD | 0-0.03 |
| Teva Pharmaceuticals | Valsartan 320 mg | 1240425A, 1247282M | 7.92-16.55 | Below LOD |
| Teva Pharmaceuticals | Valsartan 320 mg/HCTZ 25 mg | 1217576M, 1217577M, 1217578M | 6.94-10.35 | 0-0.77 |
| Torrent Pharmaceuticals | Amlodipine 10 mg/Valsartan 320 mg/HCTZ 25 mg | BBX2E001, BBX2E002, BBX2E003 | 10.24-11.53 | Below LOD |
| Torrent Pharmaceuticals | Valsartan 320 mg | BV48D001, BV48D002 | 0.56-0.62 | 1.12-1.22 |
| Torrent Pharmaceuticals | Valsartan 160 mg | BV47D001 | 0.45 | 1.31 |

(Shaded area indicates pharmaceutical Company, Product and Lot(s) consumed by Mr. Roberts)

---

[40] https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 39

Other study limitations include:

- **Observational Design & Residual Confounding**: The entire study is observational, based on health insurance claims data, meaning randomization was not possible. Unmeasured confounders (e.g., smoking, dietary habits, genetic predisposition and others) were not available in the dataset. However, the frequency and influence of these according to the authors would be expected to be similar in both exposure groups.

- **Lack of Precise NDMA Content and Dosage Data:** The study relied on batch-related contamination status, rather than measuring actual NDMA levels in individual drug lot numbers and NDMA content. This limited dose-response analysis introduced dilution of the higher individual exposure levels.

- **Limited Latency Period Follow-Up:** The maximum follow-up period was ~3 years, which may not be long enough to capture longer-term carcinogenic effects of NDMA exposure. Some cancers may take longer to develop, leading to underestimation of potential risks. While some individuals may develop cancer in a shorter timeframe, this follow-up might only measure the beginning of a set cancers expected within the population. Certain cancers might require longer follow-up periods to fully assess risk.

- **Potential Selection Bias:** The study population consisted of patients from a single German insurance provider (AOK), which might not be fully representative of the general population. However, AOK covers 30% of the German population.

**Mansouri et al. (2022)[41]**

This French observational cohort study analyzed the association between NDMA-contaminated valsartan and cancer risk. The study authors applied healthcare databases to identify valsartan users, categorizing them into exposed (contaminated valsartan) and unexposed (uncontaminated valsartan) groups. Follow-up data were collected to assess cancer incidence in these groups over a median period of 5.6 years for exposed individuals and 5.0 years for unexposed individuals.

The study methodology calculated Incidence rates of various cancers per 100,000 person-years (PYR) for both exposed and unexposed groups. Multivariable Cox proportional hazards models were used to estimate adjusted hazard ratios (aHRs) with 95% confidence intervals (CIs).

---

[41] Mansouri et al., "N-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A Nationwide Study of 1.4 Million Valsartan Users," 2022, Journal of the American Heart Association, https://www.ahajournals.org/doi/pdf/10.1161/JAHA.122.026739

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 40

The study authors applied inverse probability of treatment weighting (IPTW) to adjust for confounding variables. False discovery rate (FDR)-adjusted *p*-values were used to correct for multiple comparisons. Multivariable adjustments using IPTW models accounted for confounders such as age, sex, comorbidities, social deprivation index, and other medication use. The analyses also stratified findings across subgroups (e.g., age, sex, prevalent vs. incident users, social deprivation index).

NDMA exposure was measured only indirectly through cumulative dose of valsartan, rather than direct NDMA dosage or measurements. Data on defined daily dose (DDD) of valsartan (mg/day) and cumulative exposure were analyzed for their impact on cancer risk.

The study findings revealed no significant increase in <u>overall</u> cancer risk between exposed and unexposed groups (HR = 1.01, 95% CI: 0.99–1.02, *p*=0.21). However, specific cancers showed increased risk, notably <u>liver cancer</u> (**HR = 1.13, 95% CI: 1.02–1.24, *p*=0.02**) and malignant melanoma (**HR = 1.14, 95% CI: 1.05–1.23, *p*=0.001**). Mr. Roberts would fall into this group even if he just took (1) 30-day prescription fill. However, Mr. Roberts had significantly more NDMA exposure than those who only had 1 fill of a non-ZHP valsartan.

Other cancers (breast, prostate, colon, rectal, lung, bladder, uterine) did not show statistically significant risk differences. The study did not establish a clear dose-response relationship between valsartan dose and cancer risk. Similarly, the study did not explicitly report a trend analysis linking increasing NDMA exposure to cancer risk. Some cancers (liver and melanoma) showed increased risk with valsartan use, but a clear linear trend with cumulative dose was not identified.

Patients that consumed both contaminated and uncontaminated were included in both the test and control groups - which would generally lead to bias towards the null. However, there is a supplemental analysis (Table S11 in the study) where the study excluded these users from both groups and found a statistically significant increased risk for <u>liver cancer</u> **[adjusted hazard risk 1.38 [95% CI, 1.02-1.46]** and include any other cancer types (melanoma).

There were notable study weaknesses, including but not limited to the following:

- **Lack of direct NDMA exposure measurement:** NDMA levels were inferred from mixed valsartan contamination data rather than direct patient use of specific dose and lot number assessments.

- **Residual confounding:** Despite statistical adjustments, unmeasured confounders (e.g., lifestyle factors, occupational exposures, and others) may have influenced results.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 41

- **Potential misclassification bias:** Some patients might have been misclassified as exposed or unexposed due to pharmacy distribution patterns.

- **Limited follow-up for long-latency cancers:** Certain cancers might require longer follow-up periods to fully assess risk in a population peak bell curve. The study used 5 years as the maximal latency period

- **Lack of consistent dose-response relationship:** While some cancers showed increased risk, the study did not firmly establish a dose-dependent effect. However, due to lack of exact cumulative dose for each patient, dose-response measurements were widely variable.

The Mansouri study suggests that NDMA-contaminated valsartan may be associated with increased liver cancer and malignant melanoma risk, but not with overall cancer risk. The findings were statistically significant for these two malignancies.

**Pottegârd et al. (2018)[42]**

A nationwide cohort study using Danish health registries to investigate cancer risk associated with NDMA-contaminated valsartan use, the study included 5,150 Danish patients who used valsartan between January 2012 and June 2018. Patients were followed from one year after cohort entry (to allow a lag period) until cancer diagnosis, death, migration, or the study's end. Exposure to NDMA-contaminated valsartan was determined using prescription records, linking valsartan manufacturers to contamination sources.

With regard to statistics used in the study, the authors applied Cox proportional hazard models to estimate adjusted hazard ratios (HRs) for cancer risk. Schoenfeld residuals were used to test the proportional hazards assumption. The authors conducted trend analysis by categorizing cumulative valsartan tablet exposures in 10,000 mg increments (later transformed to cumulative NDMA). Adjustment factors included age, sex, comorbidities, and medication use. Data analysis was performed using STATA 15.2.

No direct NDMA measurements were performed. Instead. exposure was indirectly assessed by categorizing cumulative valsartan tablet exposure as:

- <20,000 mg
- 20,000–49,999 mg
- ≥50,000 mg

---

[42] Pottegârd et al., "Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study," 2018, BMJ. Vol. 362. https://pubmed.ncbi.nlm.nih.gov/30209057/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 42

Hence, the study did not measure actual NDMA intake but crudely assumed a correlation between episodic valsartan cumulative dose and NDMA exposure. A further statistic in the study of possible significance was that the study found 104 cancer outcomes in 3625 never-exposed users and 198 cancer outcomes in 3450 exposed valsartan users. However, when considering person-years, the finding of overall cancer decreased to only 1.09 (95% confidence interval 0.85 to 1.41).

The study findings revealed a non-significant hazard ratio for overall cancer risk (HR = **1.09,** 95% CI: 0.85–1.41), p = 0.70, suggesting a minor increase in cancer risk. A non-significant increase in colorectal cancer (HR = **1.46**, 95% CI: 0.79–2.73) and uterine cancer (HR = **1.81,** 95% CI: 0.55–5.90) was reported. Other cancers (lung, pancreatic, melanoma, breast, prostate, kidney, bladder) showed no statistically significant increases. Incident users had a borderline significant increased cancer risk (HR = **1.58**, 95% CI: 0.99–2.52) compared to prevalent users (HR = **0.91**, 95% CI: 0.66–1.25). No clear dose-response relationship was found. Trend analysis *p*-value = 0.70, indicating no significant trend between increasing NDMA exposure and cancer risk. Adjusted hazard ratios for <20,000 mg, 20,000–49,999 mg, and ≥50,000 mg valsartan exposure were 1.26, 1.07, and 1.14, respectively, none of which were statistically significant.

Regarding the lack of liver cancers in this study, the authors stated, "*A markedly increased risk of liver cancer associated with NDMA exposure thus seems unlikely.*" This is incorrect as the U.S. SEER report states, "The rate of new cases of liver and intrahepatic bile duct cancer was 9.4 per 100,000 men and women per year based on 2017–2021 cases, age-adjusted.[43]" Using this statistic, the 5,150 study subjects expected rate would be 0.48 person. Doubling of the rate would be required to even expect 1 person with liver cancer.

 Mr. Roberts was 62 years old at the time of his diagnosis. The SEER registry as of 2021 shows an incidence rate of 29.6 per 100,000 population at ages 60-64. Thus, at this age only 1.52 cases would be expected due to background. Furthermore, at age 40-44 the SEER incidence rate (at the study minimal inclusion age) is only 1.8 per 100,000 population[44], with an expected 0.05 cases per 100,000 population at ages 40-44. Thus, 19.4 liver cancer cases would be needed to reach a 1 person equivalent. Therefore, there is insufficient statistical power (type II error) to detect a significant change. Drawing any inferences or observations regarding the lack of liver cancer in the Pottegård study would be misleading as there is

---

[43] U.S. SEER https://seer.cancer.gov/statfacts/html/livibd.html

[44] U.S. SEER https://www.statista.com/statistics/951914/new-liver-cancer-cases-rate-by-age/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 43

simply insufficient power to make any assessment. There is insufficient power in this study to assess dose-response and thenrisk of liver cancer from valsartan.

There were study weaknesses and limitations, including (but not limited to) he following:

- **Limited precision due to low valsartan use in Denmark**: The small number of cases in some cancer types reduced statistical power. For example, the Gomm (2021) study included over 450,000 "exposed" patients compared to the Pottegård, et al. (2018) study of only 3,450 exposed valsartan users.

- **The expected background rate** for the 5,150 study participants is only 0.35 person. The background rate would have to have been nearly tripled to see even one person with liver cancer in the Pottegârd study.

- **No direct NDMA measurement**: Exposure was inferred based on valsartan prescription data rather than actual NDMA content per traceable manufacturer's lot numbers.

- **Potential misclassification of exposure**: Some valsartan products were categorized as "possibly contaminated," adding uncertainty.

The study methodology was also unusual in two notable respects. Per the study authors:

> "The study cohort comprised all Danish patients filling a valsartan prescription during the study period of 1 January 2012 to 30 June 2017."

and:

> "We further stratified NDMA exposed person time by cumulative dose from filled prescriptions of potentially NDMA containing valsartan tablets (applying preplanned stratums of <20000, 20000-49999, and =50000 mg). The use of milligrams of valsartan as a scale for the dose-response analysis was based on the observation that the NDMA content for each tablet seems to correlate with the strength of the tablet. With an estimated daily use of 80-160 mg (the defined daily dose of valsartan is 80 mg"), these cut-offs corresponded roughly to <200, 200-499, and =500 tablets."

The methodological choices strongly limited the study's observational power as the study period **significantly predated** the known wide-spread period of valsartan NDMA contamination from the manufacturer Zhejiang Huahai Pharmaceuticals (ZHP) documented with analytical GC/mass spectrometry test data. As shown in **Table 1**, NDMA content of valsartan was widely variable and dependent on the method of preparation and specific manufacturer, and pill lot numbers; thus, potentially introducing large NDMA dose variations into the total for each comparison group, resulting in diluted statistical power.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 44

The authors could not explain their finding that exposure to NDMA was associated with an increased risk of cancer specifically among users <u>initiating valsartan</u> treatment during the study period, as opposed to among <u>valsartan users prevalent at the beginning</u> of the study period. Their data show that in the exposed group, the ratio of prevalent to incident users was approximately 50/50. However, 74.3% of the non-exposed subjects were prevalent users. Given that the start of the study period coincided with the start of NDMA contamination, incident users were more likely to receive contaminated valsartan as it became more widespread. This, combined with the risk time contributed to the non-exposed cohort by subjects classified as exposed, who would have disproportionately been prevalent users, could explain this finding.[45]

In summary, the actual NDMA content of the valsartan products used in this study were not provided in the study or any appendix tables. The study found only suggestive evidence linking NDMA-contaminated valsartan to an increased overall cancer risk. However, colorectal and uterine cancer also showed suggestive risk increases, though not statistically significant due to lack of dose-response and trends. These limitations are likely attributable to the study weaknesses noted above.

### *Liver NDMA Pharmacokinetics & Potential Impact on Liver Cancer*

**Acute Bolus Dose vs. Dietary Dosage**

The oral intake of a single 320 mg valsartan tablet containing an average of 17.98 µg NDMA per tablet/day produces a higher peak blood level of NDMA compared to the same amount received through periodic <u>dietary</u> dosing over the course of a day. This is a generally accepted concept in pharmacokinetics. Although the same dose would not create any difference in the area under the curve (AUC), the peak blood levels of NDMA would be effectively higher if the entire daily dose was administer in a single bolus.[46]

---

[45] The study states on pg. 2 of 7, "The study cohort comprised all Danish patients filling a valsartan prescription during the study period of 1 January 2012 to 30 June 2018. Prevalent users of valsartan at the start of the study period—defined as individuals having filled a valsartan prescription in September to the end of December 2011, entered the study cohort at 1 January 2012, whereas incident users entered the study cohort at the day of filling their first valsartan prescription during the study period.

[46] Ratain, et al., "One implication of this principle is that the drug exposure (AUC) is not affected by changes in drug schedule. For example, the AUC after a 60 mg/m$^2$ bolus dose of doxorubicin equals the total AUC for 3 daily (or weekly) bolus doses of 20 mg/m$^2$, which equals the AUC for the same dose administered as a 96-hour infusion.." Principles of Pharmacokinetics, Holland-Frei Cancer Medicine. 6th edition. https://www.ncbi.nlm.nih.gov/books/NBK12815/

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 45

**Liver Saturation or Dose-Responses Resulting in Differential Metabolism Pathways**

In vivo studies have indicated that the metabolism of NDMA is saturable in swine and beagles at high dosage.[47] Gombar et al. (1987, 1988) studied and documented, that with respect to oral exposure in swine and beagles, measurements of the area under the blood NDMA concentration to time ratio curve were <u>not proportional</u> to dose suggesting saturation of metabolism. The Gombar evidence of saturation by NDMA is consistent with evidence for competitive inhibition of NDMA metabolism by ethanol. Additionally, when mice and patas monkeys were co-exposed to ethanol and NDMA by oral administration, greater quantities of NDMA escaped first-pass metabolism, presumably due to ethanol's competitive inhibition of the CYP2E1 enzyme.[48]

Of significance, studies have revealed differential NDMA metabolic enzyme patterns at higher dose or saturation. Saturation is also supported by evidence that different forms of enzymes appear at higher dosage.[49] "Studies of NDMA toxicokinetics in multiple species (rats, mice, hamsters, dogs, swine, and patas monkeys) exposed orally have shown that clearance of NDMA from blood is primarily via metabolism."[50] Furthermore, the ATSDR has summarized that "Because toxicity is induced by a metabolite, there may be other target organ(s) in <u>larger species</u> depending on where metabolism occurs. The primary CYP [enzyme] involved in demethylation of NDMA is CYP2E1 in both laboratory animals and in human liver extracts, demonstrating that humans are capable of NDMA <u>bioactivation</u>."[51]

Bioactivation is the process where enzymes or other biologically active molecules acquire the ability to perform their biological function, such as inactive proenzymes being converted into active enzymes that are able to catalyze their substrates into products to produce (by

---

[47] Gombar, et al., 1987, Pharmacokinetics of N-nitrosodimethylamine in beagles, Cancer Res. 1987 Jan 15;47(2):343-7. https://pubmed.ncbi.nlm.nih.gov/3791224/

Gombar et al., 1988, Pharmacokinetics of N-nitrosodimethylamine in swine. Carcinogenesis 9(8):1351-1354. https://academic.oup.com/carcin/article-abstract/9/8/1351/2478691?redirectedFrom=fulltext

U.S. ATSDR National Toxicology Program, "Toxicological Profile for N-Nitrosodimethylamine (NDMA)," April 2023, p. 46, https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf

[48] Anderson et al., 1986, 1992b **in** U.S. ATSDR National Toxicology Program, "Toxicological Profile for N-Nitrosodimethylamine (NDMA)," April 2023, p. 87-88, https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf

[49] Kroeger-Koepke and Michejda, 1979; Lotlikar et al. 1992b 1978 **in** in U.S. ATSDR National Toxicology Program, "Toxicological Profile for N-Nitrosodimethylamine (NDMA)," April 2023, p. 87-89. https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf

[50] U.S. ATSDR National Toxicology Program, "Toxicological Profile for N-Nitrosodimethylamine (NDMA)," April 2023, p. 87-89. https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf

[51] Id.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 46

definition) metabolites that are **more toxic than their parent compounds**.[52] The Reference Module in Biomedical Sciences states that, "The general concept is that biotransformation produces electrophilic species, or at least species with charge separation into nucleophilic and electrophilic centers (sometimes radicals are formed, as well). Biological molecules, particularly proteins and nucleic acids, contain a number of nucleophilic atoms that can react with these electrophiles (e.g., NOS – nitric oxide synthetase). The covalent products of conjugation may have altered biological activities, e.g., miscoding by DNA."[53] The fact that altered biological enzymatic profiles are altered at higher NDMA dosage is consistent with a postulated mechanism of action, such as greater highly toxic diazonium species, etc.

One of Bradford Hill's evidential pathway calls for only a postulated mechanism of action. In the current matter dietary liver cancer is less common in dietary studies. Valsartan and occupational studies are generally at a much higher per day dosage than within the published dietary studies. Additionally, the mean 17.98 µg NDMA per tablet/day as measured in the decedent's pharmaceutical data (Appendix A) for Mr. Roberts is substantially higher than that in dietary studies. Additionally, a bolus oral administration of a valsartan tablet produces higher peak levels than dietary dosing over the course of a day.

The Zheng (2021) liver cancer study reported significant increased NDMA liver cancer risk (NDMA from dietary plant sources) in Quartile 4 (OR Q4 vs. Q1 = 1.54; 95% CI=1.01–2.34) with significant nonlinearity from NDMA from plant sources (p non-linearity<0.05). The statistically significant increased risk was accompanied with statistically significant non-linearity which is consistent with potential bioactivation at higher levels of NDMA. Additionally, the Zheng 2021 dietary study revealed higher levels of NDMA compared to prior published dietary studies. The Q4 range was 0.63–9.84 µg/1000kcal/day (Supplement Table 2 in Zheng, 2021).

---

[52] Science Direct, "Bioactivation", Chapter - Understanding pharmacotoxicology.
https://www.sciencedirect.com/topics/pharmacology-toxicology-and-pharmaceutical-science/bioactivation

[53] Guengerich, 2023, "The Importance of Biotransformation" in Reference Module in Biomedical Sciences, Department of Biochemistry Vanderbilt University School of Medicine, Nashville, TN, United States.
https://www.sciencedirect.com/science/article/abs/pii/B9780323954884000061

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 47

## NDMA Contamination in Common NDMA Foods, Water, and Bacon

Per the FDA website on valsartan recalls the following data is provided[54]:

**Dietary Guidelines for Americans**:

- Cured meat - 0.004-0.23 micrograms
- Smoked meat - 0.004-1.02 micrograms
- Grilled meat - 0.006-0.13 micrograms
- Bacon - 0.07-0.09 micrograms

In more ordinary terms, the peer-reviewed study by Beatriz et al. tested over 100 bacon samples and reported, "All but one sample of traditional pork bacon contained NDMA (mean 0.95 µg/kg, range ND-3.0 µg/kg)."[55] This is equivalent to 1 kg = 2.2 pounds.

Mr. Roberts' single tablet of valsartan contained 13 to 20 micrograms[56] of NDMA, this is equivalent to eating 28 to 46 pounds of bacon per day. Thus, to receive an equivalent oral dose of his valsartan (one 320 mg tablet), he would have to consume daily 28 to 46 pounds of bacon.

## Endogenous Formation of NDMA

The wide range of amounts of NDMA that studies have reported as endogenously formed is unreliable, with the Zeilmaker study reporting levels as low as 0.4 ng/kg in the 95th percentile of the adult population.[57] This would convert to only 0.03 µg/day for an 80 kg person.

---

[54] FDA website on valsartan recalls. Announcement date of 8/20/2018: https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-angiotensin-ii-receptor-blocker-arb-recalls-valsartan-losartan2015-2020

[55] Beatriz et al., "Volatile Nitrosamines in Fried Bacon," 1997, Journal of Agricultural and Food Chemistry, Vol 45(5).

[56] FDA: Prinston Pharmaceutical Valsartan 320 mg/HCTZ 25 mg, 3 lots: 611B18025, 611B18026, 611B18027 at 13.18-20.19 micrograms per tablet. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products

[57] Zeilmaker 2010, Hrudey SE, Bull RJ, Cotruvo JA, et al. 2013. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk analysis: an official publication of the Society for Risk Analysis 33(12):2179-2208. http://doi.org/10.1111/risa.12070;

Vermeer IT, Pachen DM, Dallinga JW, et al. 1998. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. Environ Health Perspect 106(8):459-463. http://doi.org/10.1289/ehp.106-1533225;

Krul CA, Zeilmaker MJ, Schothorst RC, et al. 2004. Intragastric formation and modulation of N-nitrosodimethylamine in a dynamic in vitro gastrointestinal model under human physiological conditions. Food Chem Toxicol 42(1):51-63;

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 48

However, Hrudey, et al. (2013)[58] referenced the blood study Dunn, et al. which reported endogenous NDMA at "approximately 900 µg/day". The Hrudey study based a model upon levels of O6-MeG in DNA derived from human blood at 1,360 µg/day, ranging up to a high of 17,000 µg/day. Hrudey, et al. also modeled endogenous NDMA based on urinary excretion from <250 to 6,400 µg/day. The study stated that "this clearance rate is a basis for estimating the rate of endogenous formation of NDMA using conventional pharmacokinetic models". Furthermore states, "In addition, their metabolic and urinary clearance has not been established". This wide range of results from 0.03 µg/day up to 6,400 and 17,000 µg/day exemplifies the problem of these various models.

The studies referenced below are based on models that rely on assumptions and uncertainties.[59] These studies were unable to actually measure the amounts of NDMA that may be formed endogenously within humans, so they relied on modelling and numerous assumptions to attempt to estimate the amounts of NDMA formed endogenously.[60] The most astounding error is that of reliance on rat or other animal studies for clearance rates to use in the models. For example, multiplying a NDMA blood level without knowledge of the human volume of distribution (VD) and the human clearance rate would carry an unacceptable rate of error.

However, whatever amounts of NDMA are formed endogenously in real life, these amounts of endogenous NDMA would be background levels in the Hidajat and valsartan epidemiological studies that demonstrated statistically significant increased risks of liver

---

Tannenbaum SR. A model for estimation of human exposure to endogenous N-nitrosodimethylamine. Oncology. 1980;37(4):232-235.

Jakszyn P, Bingham S, Pera G et al. (2006). Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. Carcinogenesis 27(7): 1497–1501;

Keszei A, Goldbohm R, Schouten L, Jaksyn P, van der Brandt P (2013). Dietary N-Nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. The American Journal of Clinical Nutrition 97: 135-146.

EMA Nitrosamine Impurities in Medicinal Products, June 25, 2020; and EFSA Panel regarding Re-evaluation of potassium nitrite and sodium nitrite as food additives, April 5, 2017.

[58] Hrudey, et al., "Drinking Water as a Proportion of Total Human Exposure to Volatile N-Nitrosamines", Risk Analysis, Vol. 33, No. 12, 2013. https://onlinelibrary.wiley.com/doi/epdf/10.1111/risa.12070

[59] Id.

[60] Id.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 49

cancer due to <u>ex</u>ogenous NDMA via occupational exposure or ingestion of contaminated valsartan.[61]

The wide range of NDMA endogenous formation results proved that there is a serious problem with relying on such models. For example, the Jakszyn study[62] exemplified the uncertainties of applying models to calculate endogenous NDMA exposure levels as the Jakszyn 2006 study (below) found that exposure to modelled NDMA was <1 µg/day, on average in contrast to the 6,500 or 17,000 µg/day level reported by Hrudey, et al.

### Jakszyn et al. 2006

The risk of gastric cancer associated with dietary intake of NDMA and endogenous formation of nitroso compounds was investigated in the European Prospective Investigation into Cancer and Nutrition (EPIC).

An index for endogenous formation of nitroso compounds exposure was determined using data of iron intake (model) from meat and fecal "apparent" total nitroso compounds formation from previously published studies. Jakszyn et al.[63] estimated the amount of iron from meat administered in the various studies using the UK Food Composition Database. Then the correlation between iron content and fecal ATNC levels was assessed. These estimations revealed a very high correlation between intake of iron from meat and apparent total nitroso compound formation (r=0.948), whereas that from meat was substantially lower (r=0.576). The study used linear regression to predict the endogenous nitroso formation for each subject of the cohort using their consumption of iron from meat as an independent variable (mg/day of iron) for intakes of iron less than 8.5 mg/day. For iron intakes >8.5 mg/day, the study applied a fixed value of 201.41 obtained from the proportional model (0.7% of cases).

### Statistical methods

Analyses were carried out using the proportional hazard model (Cox regression) for the analysis of the cohort data. The data was stratified by age and by center location to control for potential confounding factors such as differences in follow-up procedures and questionnaire design. Age was used as the timescale variable in all models. Entry time was

---

[61] Hidajat, Gomm, and Mansouri.

[62] Jakszyn P, Bingham S, Pera G et al. (2006). Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. Carcinogenesis 27(7): 1497–1501;

[63] Jakszyn, P., et al., "Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study," Jul 2006, Carcinogenesis, Vol. 27(7), pp. 1497-1501.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 50

defined as age at recruitment and final time as age of diagnosis (cases) or age at censoring (at risk subjects).

Potential confounding factors such as sex, height, weight, educational level, alcohol intake, smoking status, daily cigarette smoking (in current smokers only), physical activity at work, energy intake (kcal/day), and food consumption types were assessed.

### Results

The study included one of the largest cohorts of men and women specifically designed to examine the relationships between diet and cancer. There were 2,916,642 person-years in 6.64 average years of follow-up.

The study found that exposure to modelled NDMA was <1 µg, on average, compared with 93 µg, an average, from endogenous formation of nitroso compounds (not only NDMA) and was significantly associated with non-cardia[64] cancer risk (**HR, 1.42; 95% CI, 1.14–1.78** at 40 µg /day) but not with cardia cancer (HR, 0.96; 95% CI, 0.69–1.33). There was no association between NDMA intake and gastric carcinoma risk (HR, 1.00; 95% CI, 0.7–1.43).

Limited data suggested a possible interaction between endogenous formation of nitroso compounds and *H. Pylori* infection (*p* for interaction = 0.09). The authors hypothesized that endogenous formation of nitroso compounds may account for their previously reported association between red and processed meat consumption and increased gastric cancer risk. Additionally, the authors reported that, under certain conditions, heme are known to be nitrosated and act as nitrosating agents and that nitric oxide (NO) has been shown to react directly with hemoglobin and myoglobin to produce N-nitroso compounds.

### Study Conclusions

In discussion, the authors stated that various nitroso compounds from endogenous synthesis may contribute 45–75% of total exposure. Furthermore, studies have shown that red but not white meat diets markedly increase fecal nitroso compounds (as apparent total nitroso compounds) and produce a clear dose response with increasing red meat intake suggesting that endogenous N-nitrosation could explain the association between colorectal cancer and red and processed meat. The study concludes, "In conclusion, we have found a

---

[64] Non-cardia gastric cancer is a type of stomach cancer that develops in the main part of the stomach as opposed to the esophageal junction area.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 51

significant increase of non-cardia cancer risk associated with endogenous exposure to nitroso compounds but not with pre-formed NDMA intake."

### Study Limitations

The authors point out that, "We <u>estimated</u> intake of NDMA, the volatile nitrosamines most commonly detected in foods. The limitations of assigning values of NDMA to foods based on published reports include the limited availability of data of these compounds in some food items, and the variation of levels found in similar items across countries. During the second half of the last century, reductions in the use of nitrates and nitrites for curing meat and the modifications of malting techniques in the brewing industry have resulted in significant reductions in the levels of NDMA in foods. Therefore, it may be possible that current NDMA exposure in our population is below the biological level required to increase the risk of cancer."

Additionally, the authors stated that, "Infection with *H. Pylori* is likely to increase NO production from macrophages in response to bacterial overgrowth, so that the availability of NO in *H. Pylori*-infected individuals will be increased. Heme is readily nitrosated and can then nitrosate other substrates in the presence of NO."

### Toxicological Opinions regarding Endogenous Production of NDMA

In summary, endogenous formation of various nitroso compounds (no matter the methodology for quantitative dose assessment) remains only as a crude estimate as actual direct measurements have not been employed to humans. With respect to NDMA in the current studies, it was estimated using a complex methodology of intake analyzed as continuous variables (increment of 1 and 40 µg/day for NDMA <u>and</u> endogenous nitroso compounds, respectively), and log-transformed as categorical variables, by EPIC-wide, sex-specific tertiles. Thus, the modelled studies are of insufficient quality to rule-out associations of NDMA cardia or other malignancies.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 52

## NDMA Bioavailability

U.S. ATSDR assessed NDMA's bioavailability in its *Toxicological Profile for NDMA*:[65]

Oral bioavailability estimates for unchanged NDMA, obtained by comparing the area under the blood concentration-time curves (AUCs) after oral and i.v. administration, varied by species in studies using oral doses of 0.15–3 mg/kg. Relatively low fractional bioavailability (**8–31%**) was observed for rats and hamsters (Mico et al. 1985; Streeter et al. 1990a, 1990b); bioavailability in patas monkeys and swine was higher (**49–67%**; Gombar et al. 1988, 1990), and the highest values were obtained with beagles (**93%**; Gombar et al. 1987). Because NDMA is essentially completely absorbed from the gastrointestinal tract and does not bind plasma proteins (Gombar et al. 1987, 1988; Streeter et al. 1990a, 1990b) or associate with erythrocytes, the reasons for the wide variation in bioavailability are not fully understood. Little to no unchanged NDMA is excreted in urine or expired air (Anderson et al. 1992b; Magee 1956; Swann et al. 1984). The **higher bioavailability in larger species** has been suggested to result from significant extrahepatic metabolism (Gombar et al. 1990). This hypothesis is supported by observations of constant systemic clearance rates (normalized to body weight) despite large differences in hepatic extraction ratios.

The following summaries of studies cited in the U.S. ATSDR's bioavailability assessment provide insights into the toxicological mechanisms responsible for these findings (particularly with respect to variations of bioavailability in different species).

**Mico et al. (1985)** observed relatively low NDMA bioavailability (8–31%) for rats and hamsters. The study reported an oral bioavailability estimate of **21%** in male rats given deuterated NDMA at a dose of 0.15 mg/kg. The study also noted toxicokinetic studies that have shown greater amounts of unchanged NDMA escaping first-pass metabolism; thus, achieving systemic circulation in <u>larger species</u> (such as dogs, pigs, and monkeys) than the much lower levels found in smaller species (such as rats, mice and hamsters).

**Streeter et al. (1990a, 1990b)** found an estimated bioavailability of **31%** in male rats given 1 mg/kg deuterated NDMA. The study authors also found that unmetabolized NDMA was <u>widely distributed</u> throughout the body in mice, hamsters, and pigs following i.v. injection, passing freely between blood and tissues.

**Gombar et al. (1988, 1990)** revealed that in patas monkeys (the only primate species tested), systemic availability was **49%** (low end of the range). It was suggested that in larger species, a significant portion of the NDMA dose escapes first-pass metabolism and is metabolized later. Thus, humans are likely to have *higher*, not lower, NDMA bioavailability than dogs and patas monkeys.

---

[65] U.S. ATSDR, National Toxicology Program, "Toxicological Profile for N-Nitrosodimethylamine (NDMA)," April 2023, pp. 81-82. https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 53

### *Oral Bioavailability in Primates and Beagle Dogs*

Oral bioavailability in patas monkeys and swine was 49–67% (Gombar et al. 1988, 1990), and the highest bioavailability value was obtained with beagles at 93% (Gombar et al. 1987). The non-rodent oral bioavailability was, therefore, **49%** and was applied in the following dose calculations. Thus, I am applying a conservative low range value that, in turn, renders my dose calculations at the low end of the range of larger animals (canine and primate). Studies have indicated that the bioavailability percentage increases with animal size.

### Impact of First-Pass Liver Metabolism

As described above, NDMA is known to undergo what is termed as "first-pass metabolism" within the liver. This occurs when oral administration of a substance occurs with subsequent GI absorption which is then routed through the hepatic portal vein directly into the liver. Significant first-pass metabolism in the liver is well recognized by toxicologists.

This process substantially reduces the amount of unmetabolized NDMA entering systemic circulation as the liver metabolizes a significant portion of the compound before it reaches the rest of the body.

Although first-pass effect is dose-dependent; at lower doses, the liver effectively metabolizes a significant portion of the NDMA (forming highly toxic/genotoxic metabolites). At higher doses, the liver's capacity can become saturated or bioactivated, allowing more unmetabolized NDMA to enter systemic circulation. In either case, the liver receives a higher impact of toxicity compared to other systemic organs. Additionally, the more water-soluble toxic metabolites formed in the liver become systemically circulated. Without the use of radiotracer metabolic studies in humans (which would be unethical), it is not possible to quantitatively determine the degree of increased impact on the liver.[66]

---

[66] Harrington, G.W., Gombar, C.T., & Rao, T.K., "First-pass metabolism of N-nitrosodimethylamine in the intact pig," 1987, Carcinogenesis, Vol. 8(9), pp. 1385-1390. (Hepatic dose-dependent extraction of NDMA in pigs.)

Gombar, C.T., Streeter, A.J., & Rao, T.K., "Pharmacokinetics of N-nitrosodimethylamine in the beagle dog," 1987, Carcinogenesis, Vol. 8(6), pp. 913-918. (NDMA in beagle dogs.)

Anderson, L.M., Giner-Sorolla, A., & Haller, I.M., "Metabolism of N-nitrosodimethylamine in patas monkeys: Effects of ethanol and implications for humans," 1986, Carcinogenesis, Vol. 7(12), pp. 2085-2090.

ATSDR.CDC.gov Toxicological Profile on NDMA, 2023.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 54

## Hidajat Study: Conversion of Inhaled NDMA Dose to a Systemic Dose

### Bioavailability

Studies have been carried out that have measured NDMA particle distribution in rubber manufacturing plants. In the recent generally accepted, peer-reviewed Hidajat study, the workers were exposed to inhaled NDMA. Inhalation bioavailability factors were used to determine the systemic dose that the workers actually received.

It is important to note that particulate matter is classified by mean particle dimension in micrometers (μm) and designated by size such as $PM_{10}$, $PM_{2.5}$, and others. The particle composition, mean particle size, and concentration in air determine whether such particles have the capacity to be systemically absorbed.

Generally, there are four categories of particulate matter in air:

1. Total suspended particulate (TSP) with a mean aerodynamic diameter of 50 micrometers (μm) or less;

2. Respirable size particulate matter ($PM_{10}$) with particles 10 micrometers in diameter or less;

3. Fine particulate matter ($PM_{2.5}$) with a diameter of 2.5 micrometers or less; and

4. Ultrafine particles.

The fraction of particles captured and prevented from making it into the parenchymal region of the lung[67] is close to 1.0 (nearly 100%) at a diameter of 10 μm or more. This decreases rapidly to near zero at diameters between 0.6 and 0.7 μm. Particle deposition in this parenchymal region is primarily caused by inertial impaction in the nasal passages or entrapment by nasal hairs. Removal of particles by mucous ingestion, nose blowing, or wiping may require one to two days.[68]

The fraction of particles deposited in the tracheobronchial region[69] is small but includes particles up to approximately 7 μm in size. Deposition in this region can be caused by inertial

---

[67] In the nasopharyngeal region which includes the respiratory airway of the nose down to the larynx.

[68] Phalen, R.F. et al., "Aerosol particle size as a factor in pulmonary toxicity," 1974, UC Irvine Previously Published Works, Peer-reviewed, p. 358. https://escholarship.org/uc/item/1t15h9b1

[69] Begins at the larynx and includes the trachea and the ciliated and terminal bronchioles.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 55

impaction, sedimentation, and for smaller particles, Brownian motion.[70] Particles in this region are removed within 24 hours.

For particles to reach the pulmonary or parenchymal region of the lung, the particles must pass through both the nasopharyngeal and tracheobronchial regions without capture. The pulmonary region includes the respiratory bronchioles, alveolar ducts and sacs, atria, and alveoli. Particles deposited in this region do so by coming in contact with pulmonary surfaces either by sedimentation or diffusion.

The fraction of particles deposited in pulmonary region varies from near zero at particle sizes greater than 7 µm to greater than 90% at sizes of 0.01 µm as shown in **Figure 1**.



Figure 1: From Phalen, R.F. et al. "Aerosol particle size as a factor in pulmonary toxicity"[71]

---

[70] Brownian motion can be described as the random movement of suspended particles due to their collision with other particles (such as the gas or liquid atoms in which the particles are suspended).

[71] Phalen, R.F. et al., "Aerosol particle size as a factor in pulmonary toxicity," 1974, UC Irvine Previously Published Works, Peer-reviewed, p. 358. https://escholarship.org/uc/item/1t15h9b1

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 56

Note that no more than approximately 32% of the 0.5 µm to 10 µm particles undergo pulmonary absorption by the lung.

Generally accepted toxicological methodology requires consideration of the bioavailability of the agent in question. Notably, although the Hidajat, Spiegelhalder, Trickler, and EU-EXASRUB project studies provide quantitative NDMA exposure levels, bioavailability was not reported. Thus, the reported exposure levels require appropriate consideration of inhalation bioavailability in order to calculate the actual systemic dose. U.S. EPA methodology requires bioavailability consideration from each exposure source as shown in **Figure 2.**



**Figure 2. Basis of U.S. EPA methodology for bioavailability (oral + Inhalation)**

Studies by Spiegelhalder and Preussmann[72] assessed sources of NDMA within the tire and rubber industry. Multiple pathways of NDMA production have been identified through nitrosation reactions in rubber production which may occur in aqueous and in solid systems as well as in the gas phase.

Although NDMA can exist in the vapor phase without UV exposure, it is also known not to be highly volatile (vapor pressure = 0.7 kPa @ 68°F, BP = 307°F). Since workers were not inhaling vapors at 307°F, it is unreasonable to assume that much of the measured NDMA within such facilities was in the vapor form. However, studies have been carried out that have measured the NDMA particle distribution in rubber manufacturing plants.

Under the hypothetical that all of the measured NDMA was in vapor form, inhalation bioavailibilty would have been approximately **53.6% ± 2.1%** based on extensive studies using radioactive 14-C labeled NDMA in beagle dogs fitted with sealed masks and demand-

---

[72] Spiegelhalder and Preussmann, "Occupational nitrosamine exposure. 1. Rubber and tyre industry," 1983, Carcinogenesis, Vol. 4, No. 9, pp. 1147-1152.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 57

air breathing valves that separated inhaled and exhaled gases. The beagle dogs were also followed for 117 hours with blood, urine, and feces quantitative mass-balance measurements. However, these studies were <u>not</u> at all representative of NDMA in the rubber production industries; rather, they provided a maximal ceiling level.

### *Establishing a Bioavailability Factor for Inhalation*

Prior studies were carried out in rats by Klein et al.[73] using a glass tube method developed in 1925. The tube was implanted in the epiglottis to amplify the breathing sounds and recording of breaths. The peak area generated by the breaths was then calibrated by injecting a known amount of air into the apparatus. A nitrosamine "generator" was prepared in a thermastatically-controlled environment to prevent condensation or loss of the NDMA vapor. High level exposures were used in this study with "concentrations of NDMA (354 ug/L)" which is equivalent to 354,000 µg/m$^3$.

The beagle dog study, which was performed using highly-sensitive radiotracer techniques, was performed at NDMA levels approximately 1,000 times lower. Based upon the quality and published accuracy of the studies, the Rabbe study[74] appears to provide the most reliable inhalation bioavailability for NDMA **vapor** (in beagle dogs) of **53.6% + 2.1%**. Under the hypothetical that all of the NDMA exposures in the EU-EXASRUB project report was to NDMA in the vapor phase, the bioavailability would have been approximately 53.6% + 2.1% or less, depending on the air temperature.

However, Monarca et al.[75] "designed studies to examine the presence of mutagaenic/carcinogenic compounds in airborne pollutants in the <u>rubber industry</u> using an integrated chemical/biological approach." In these studies, four different rubber factories in Italy were assessed using the organic extracts of two different air fractions (0.5-10 µm and <0.5 µm). The <0.5 µm "very fine" fraction contained genotoxic nitrosamines (N-

---

[73] Klein, R.G., & Schmezer, P., "Quantitative Measurement of the Exhalation Rate of Volatile N-Nitrosamines in Inhalation Experiments with Anaesthetized Sprague-Dawley Rats," 1984, IARC Scientific Publications, Issue 57, pp. 513-517.

[74] Raabe, Principal Investigator, "Inhalation uptake of selected chemical vapors at trace levels," May 1986, Final Report, California Air Resources Board by the Laboratory for Energy-related Health Research, School of Veterinary Medicine, University of California, Davis.

[75] Monarca et al., "Monitoring airborne genotoxicants in the rubber industry," 2001, Mutation Research, Vol. 490, pp. 159-169.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 58

nitrosodimethylamine: 0.10-0.98 μg/m$^3$). This range is similar to that reported in Hidjat (2019).[76]

"Table 1" in the Monarca study (**Figure 3**) provides a summary of the air particulate matter within the four rubber plants from which an average percent of each fraction can be calculated.

Table 1
Total suspended and PM-10 (<10 μm) particulates in the ambient air of four rubber factories

| Rubber factories[a] | Sampling | Total suspended particulates (mg/m$^3$) | Air particulate matter PM-10 (mg/m$^3$) | | | % PM-10 solvent extractable[b] |
|---|---|---|---|---|---|---|
| | | | <0.5 μm | 0.5–10 μm | Total PM-10 | |
| A | A$_1$ | 0.66 | 0.12 | 0.18 | 0.30 | 69.3 |
| (EP rubber) | A$_2$ | – | 0.06 | 0.17 | 0.23 | 60.2 |
| B | B$_1$ | 0.40 | 0.08 | 0.10 | 0.18 | 84.3 |
| (NB rubber) | B$_2$ | – | 0.12 | 0.15 | 0.27 | 80.5 |
| C | C$_1$ | 0.22 | 0.06 | 0.10 | 0.16 | 54.2 |
| (NB rubber) | C$_2$ | – | 0.07 | 0.08 | 0.15 | 48.1 |
| D | D$_1$ | 0.65 | 0.08 | 0.14 | 0.22 | 68.7 |
| (SB rubber) | D$_2$ | – | 0.09 | 0.14 | 0.23 | 70.0 |

[a] A: ethylene-propylene rubber; B and C: nitrile-butadiene rubber; D: styrene-butadiene rubber.
[b] Dichloromethane extractable.

**Figure 3: "Table 1" from Monarca Study**

From "Table 1" in Monarca:

- Average <0.5 μm PM composed 19.4% of the total suspended particulate[77]
- PM 0.5-10 μm composed 29.8% of the total suspended particulate[78]

Based on Raabe (1986), the <0.5 μm PM fraction would have high bioavailability at 19.4% of the maximal ceiling reported.[79] The PM 0.5-10 μm fraction was also measured and was composed of 29.8% of the total suspended particulates with no more than approximately 32% pulmonary absorption possible for particles in this range. (See page 7, Figure 1, from Phalen, R.F. et al.) The 19.4% of particulate matter in the <0.5 μm fraction was compared to the maximal bioavailablity (53.6%) reported by Rabbe using vapor. Thus, at a maximum,

---

[76] Hidajat, M. et al., "Lifetime exposure to rubber dust, fumes, and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up," 2019, Occup Env. Med, Vol. 76, pp. 250-258.

[77] Calculated from Figure 3 "Table 1" in Monarca: Mean percentage in the <0.5 μm fraction (i.e., 0.12 mg/m$^3$/total suspended particulates divided by 0.66 mg/m$^3$, etc). Average of four plants.

[78] Calculated from Figure 3 "Table 1" in Maraca: Mean percentage in the 0.5-10 μm fraction (i.e., 0.18 mg/m$^3$/total suspended particulates divided by 0.66 mg/m$^3$, etc). Average of four plants.

[79] Raabe, Principal Investigator, "Inhalation uptake of selected chemical vapors at trace levels," May 1986, Final Report, California Air Resources Board by the Laboratory for Energy-related Health Research, School of Veterinary Medicine, University of California, Davis.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 59

only 19.4% of the particulate matter had the propensity to fully absorb at 53.6%. This methodology provides a reasonable quantitation of the bioavailability in the Hidijat study.

The remaining total suspended particulate >10 µm fraction would not have any meaningfull penetration into the deep lung but rather, would be captured within the nasal passages or by entrapment by nasal hairs. Removal of particles by mucous ingestion, nose blowing, or wiping may require one to two days.[80] Thus, the inhalation bioavailability under this scenario would be approximately:

> 19.4% of the <0.5 µm fraction. (0.194 x 0.536[maximum]) **= 0.1039**
>
> 29.8% of the 0.5-10 µm fraction. (0.298 x 0.32 [from Figure 1]) **= 0.0954**
>
> **Total inhalation bioavailability for NDMA in the Rubber Industry = 0.1993 (20%)**

Therefore, the NDMA inhalation bioavailability is approximately **20%** in the rubber production industry study.

Hence, the bioavailability factor applied in the following calculations is highly conservative and follows this generally accepted, peer-reviewed guidance and applies the median bioavailability factor of **20% for NDMA particulates as measured in the tire and rubber industry (Monarca et al. (2001).** Furthermore, to be conservative, inhalation of vapor was not included and was treated as zero as the Monarca (2001) study did reveal NDMA vapor present and based on its low volatility (Boiling point = 309ºF) would not be expected as it would be dwarfed by the NDMA bound particulates.

**Inhalation Dose Calculations**

Calculation of average daily dose (ADD) via inhalation is generally recognized and follows the U.S. EPA equation[81] as shown in **Figure 4**.

---

[80] Phalen, R.F. et al., "Aerosol particle size as a factor in pulmonary toxicity," 1974, UC Irvine Previously Published Works, Peer-reviewed, p. 358. https://escholarship.org/uc/item/1t15h9b1

[81] U.S. EPA, "Exposure Assessment Tools by Routes – Inhalation," https://www.epa.gov/expobox/exposure-assessment-tools-routes-inhalation

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 60



**Figure 4. From: U.S. EPA, "Exposure Assessment Tools by Routes – Inhalation"**

**Known values:**

- Whole sample N = 36,441

- Study follow-up period = 49 years

- 47th percentile of employment duration was 10 years; 88th percentile of employment duration was ≥ 18 years[82]

- 2,023 NDMA measurements available[83]

  - Personal measurements - average exposure was 0.14 µg/m³

  - Stationary measurements - average exposure was 0.18 µg/m³

  - Geometric mean (GM) was 0.16 µg/m³

  - GM is an estimate of average personal exposure a worker would have received for each year, industry sector, and department combination.

***Hidajat et al.: Calculation of NDMA Exposure Based on Geometric Mean (GM)***

To calculate the occupational dose in Hidajat et al. for comparison to dose units from <u>oral</u> consumption, the U.S. EPA equation was applied to an inhalation rate of 0.72 m³/hour (5.76 m³/8 hour) medium indoor essential work activity.[84] The following calculations take these factors into account.

---

[82] Hidajat, M. et al., "Lifetime exposure to rubber dust, fumes, and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up," 2019, Occup Env. Med, Vol 76, pp. 250-258.

[83] Id.

[84] U.S. EPA Exposure Factors Handbook, Table 6-33, "Distribution Pattern of Inhalation Rate," p. 6-69.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 61

**ADD (µg/day) =**

- Cumulative Dose (µg/year) = $C_{air}$ (µg/m$^3$) x 50 weeks/year x 40 hours/week x 0.72 m$^3$/hour x (inhalation bioavailability)[85]
- Using **20%** inhalation bioavailability [86]
  - 0.16 µg/m$^3$ x 50 weeks/year x 40 hours/week x 0.72 m$^3$/hour x 0.20 = 46.08 µg/year

***10-year cumulative dose[87] (47th percentile of employment duration was 10 years in Hidajat, et al.)***

- Thus,
  - 46.08 µg/year x 10 years= **461 µg or 0.126 µg per day**[88]

It should be noted that these calculations are based on generally accepted equations as noted above and the following notation from the Hidajat study:

> "We ran separate models for each department group. Using results from each model, geometric means (GM) of each exposure were calculated as estimates of average personal exposure a worker would have received for each year, industry sector, and department combination."

Additionally, the Hidajat study provides the following dose-defined quartiles for each site of malignancy. Thus, using simple inhalation dose comparisons with adjustment for bioavailability, NDMA consumption from valsartan tablets can be directly compared to the quartiles of exposure.

---

[85] Id.

[86] See page 10 and Raabe, Principal Investigator, "Inhalation uptake of selected chemical vapors at trace levels," May 1986, Final Report, California Air Resources Board by the Laboratory for Energy-related Health Research, School of Veterinary Medicine, University of California, Davis.

Monarca et al., "Monitoring airborne genotoxicants in the rubber industry," 2001, Mutation Research, Vol. 490, pp. 159-169.

Klein, R.G., & Schmezer, P., "Quantitative Measurement of the Exhalation Rate of Volatile N-Nitrosamines in Inhalation Experiments with Anaesthetized Sprague-Dawley Rats," 1984, IARC Scientific Publications, Issue 57, pp. 513-517.

[87] Within the Hidajat et al. studies, the 47th percentile of **employment duration was 10 years** (Hidajat, M. et al., "Job-exposure matrix for historical exposures to rubber dust, rubber fumes, and n-Nitrosamines in the British rubber industry," 2018, Occup Environ Med, pp. 1-9.

[88] 365 days per year average, 50 weeks of work.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 62

***Exposure quartiles***[89]

- **I: <3.12 year µg/m³ (407,378.9 person years);**

- **II: 3.12–5.96 year µg/m³ (210,818.3 person years);**

- **III: 5.96–9.67 year µg/m³ (133,681.9 person years);**

- **IV: >9.67 year µg/m³ (128,914.5 person years).**

**Cumulative Dose** (µg/year) = $C_{air}$ (µg/m³) x 50 weeks/year x 40 hours/week x 0.72 m³/hour x (0.20 inhalation bioavailability).

Using the 20% inhalation bioavailability factor for inhaled NDMA, the 47th percentile cumulative dose is the geometric mean of:

$$0.16 \text{ µg/m}^3 \text{ x } 50 \text{ weeks/year x } 40 \text{ hours/week x } 0.72 \text{ m}^3/\text{hour x } 0.20 \text{ (inhalation bioavailability)} = 46.08 \text{ µg/year x } 10 \text{ years} = \textbf{461 µg}.$$

By definition, the 10-year geometric mean of 461 µg falls at the intersection between Quartile II and Quartile III.

- **Quartile I:** reveals <3.12 year µ/m³. Equivalent to <3.12 year µg/m³ equals a **<241 µg** inhalation dose by multiplying the factor of 77.3 x <3.12 = <241 mg). Quartile I is equivalent to ingestion of less than <241 µg of cumulative NDMA.

- **Quartile II:** reveals 3.12-5.96 year µg/m³. The <u>prior boxed equation</u> is the cumulative inhalation mid-point dose of *461 µg/5.96* year µg/m³ = the **FACTOR of 77.3** (461/5.96 = 77.3 is used in all Q1 – Q4 calculations). The lower limit of Quartile II is **241** µg of cumulative NDMA with an upper limit of cumulative ingestion at **461** µg NDMA.

- **Quartile III:** reveals 5.96–9.67 year µg/m³. Equivalent to 9.67 year µg/m³ equals a 747 µg inhalation dose using a factor of 77.3. Quartile III is equivalent to cumulative ingestion between **461** to **<747µg** of NDMA.

- **Quartile IV:** reveals >747 year µg/m³. Equivalent to >747 year µg/m³ with a factor of

---

[89] The number of person-years is not useful for calculating dose as this is a survival analysis concept which incorporates both total number of years worked and the number of people in the study. The paper listed the number of person-years in each quartile, how each quartile was created (how many people in each quartile). However, the number of people in each quartile is not the same as the number of people that contributed to the total number of person-years in each quartile. This is because the same person could appear in more than one quartile depending on employment history.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 63

77.3 equals a >**747 µg** of cumulative oral dose. Quartile IV is equivalent to accumulative ingestion of >**747** µg of NDMA.

A summary of the various exposure quartiles associated with the Hidajat study versus the equivalent amount of NDMA ingested in µg, as calculated above, appears in **Table 2**.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 64

**Table 2.**

**Hidajat Study: Risk of Cancer Death - Cumulative NDMA Exposure**

| Exposure Quartile | sHR | 95% CI | Equivalent µg NDMA Oral Ingestion) |
|---|---|---|---|
| **All-malignant-neoplasms (n=9,101)** | | | |
| Quartile I | 1 (ref) | --- | < 241µg |
| Quartile II | 1.32 | 1.25-1.40 | 241 – 461 µg |
| Quartile III | 1.83 | 1.72-1.95 | 461 – 747 µg |
| Quartile IV | 2.08 | 1.96-2.21 | > 747 µg |
| **Bladder (n=417)** | | | |
| Quartile I | 1 (ref) | --- | < 241µg |
| Quartile II | 1.57 | 1.19-2.07 | 241 – 461 µg |
| Quartile III | 2.45 | 1.87-3.21 | 461 – 747 µg |
| Quartile IV | 2.82 | 2.16-3.67 | > 747 µg |
| **Lung (n= 3,377)** | | | |
| Quartile I | 1 (ref) | --- | < 241µg |
| Quartile II | 1.21 | 1.10-1.32 | 241 – 461 µg |
| Quartile III | 1.54 | 1.39-1.70 | 461 – 747 µg |
| Quartile IV | 1.7 | 1.54-1.87 | > 747 µg |
| **Stomach (n=768)** | | | |
| Quartile I | 1 (ref) | --- | < 241µg |
| Quartile II | 1.32 | 1.10-1.57 | 241 – 461 µg |
| Quartile III | 1.62 | 1.32-1.98 | 461 – 747 µg |
| Quartile IV | 1.72 | 1.41-2.10 | > 747 µg |
| **Esophagus (n=333)** | | | |
| Quartile I | 1 (ref) | --- | < 241µg |
| Quartile II | 1.7 | 1.24-2.33 | 241 – 461 µg |
| Quartile III | 2.43 | 1.78-3.31 | 461 – 747 µg |
| Quartile IV | 3.04 | 2.26-4.09 | > 747 µg |
| **Prostate (n=885)** | | | |
| Quartile I | 1 (ref) | --- | < 241µg |
| Quartile II | 2.32 | 1.82-2.97 | 241 – 461 µg |
| Quartile III | 4.87 | 3.89-6.11 | 461 – 747 µg |
| Quartile IV | 5.36 | 4.27-6.73 | > 747 µg |
| **Pancreas (n=328)** | | | |
| Quartile I | 1 (ref) | --- | < 241µg |
| Quartile II | 1.59 | 1.18-2.15 | 241 – 461 µg |
| Quartile III | 2.19 | 1.60-3.00 | 461 – 747 µg |
| Quartile IV | 2.6 | 1.94-3.49 | > 747 µg |
| **Liver (n=122)** | | | |
| Quartile I | 1 (ref) | --- | < 241µg |
| Quartile II | 1.53 | 0.93-2.50 | 241 – 461 µg |
| Quartile III | 1.96 | 1.16-3.29 | 461 – 747 µg |
| Quartile IV | 2.86 | 1.78-4.59 | > 747 µg |

Note: sHRs from competing risk survival analysis are adjusted for birth year.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 65

## 2. Toxicological Assessment of Gavin J. Roberts, Jr.

This assessment addresses the toxicological mechanistic factors in the present matter; specifically, with regard to the exposure-via-ingestion dose history of Mr. Roberts to N-nitrosodimethylamine (NDMA) via contaminated prescription pharmaceuticals in tablet form.

**Summary of Health History of Mr. Gaston J. Roberts, Jr.**

**Date of birth**: October 6, 1955; long term resident of Alabama

**Occupation:** Construction manager at Sanders Hyland Corporation, a flooring company

**Date of death**: March 17, 2020; 64 years of age

**Cause of death per death certificate**: liver cell carcinoma (no autopsy/no postmortem toxicology performed)

**Medical History**: Hypertension, GERD, arrhythmia, coronary artery disease, Type 2 diabetes (non-insulin dependent; prescribed Farxiga, metformin, Trulicity at varying times), degenerative joint disease, obstructive sleep apnea (CPAP dependence), headache, irritable bowel syndrome (IBS), and nonalcoholic steatohepatitis (NASH). It should be noted that NASH presents with a greater probability of progression to cirrhosis and hepatocellular carcinoma. Additional diagnoses also included, morbid obesity, sick sinus syndrome, anxiety, benign prostatic hypertrophy, and phimosis.[90]

Medical records indicate no allergies other than penicillin. However, some records state, "allergic to ace inhibitors, angiotensin receptor antagonists (ARBs), and penicillin."[91]

**Surgical History**: Appendectomy (2000 or 2001), cholecystectomy (2005),[92] right knee arthroscopy (2016).

**Smoking/Alcohol History**: Some records state, "former smoker;" other records state, "history of smoking." Thomas Hospital Medical Records 1.pdf states "Former smoker, 10

---

[90] Phimosis is the inability to retract the skin (foreskin or prepuce) covering the head of the penis.

[91] Cardiology Associates Medical and billing records.pdf, p. 211/751, Eastern Shore Med. Specialists medical records.pdf, p. 13/21.

[92] Alabama Medical Group.pdf, p. 29/55.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 66

years, 37 years since quitting; former chew user, quit date 10/1982." [93] However, several records state he quit in 1986.[94] There is no history of alcohol or substance abuse.[95]

**Family History**: Only hypertension and hypercholesterolemia (father). However, Eastern Shore Med. Specialists write, "He has a family history of pancreatic cancer…"[96]

### Medical Record Timeline

**Table 3** is a historical rendering of Mr. Roberts' medical history based upon the documentation provided.

**Table 3.**

**Medical Record Timeline of Gaston J. Roberts, Jr.**

| Date | Physician/Specialty | Complaint /Symptoms and Assessment |
|---|---|---|
| 9-15-05 | Cardiology Assoc. [97] Dr. Ralph Buckley | Following chest pressure and tightness with rib pain in late December 2004 and July 2005, underwent coronary CT angiogram which revealed normal left ventricular function, calcium score of 9, normal heart size. Diagnosed with hypertension, mildly elevated cholesterol levels. Recommended one aspirin per day. (Cardiology Associates Medical & Billing records 2.pdf, pp. 9-14/156) |
| 3-17-11 | ESMS Gastroenterology Dr. Christopher Ives | Visit to gastroenterologist for three episodes of nighttime regurgitation with aspiration and 2 ER visits. At this time, GERD, nonspecific abnormal results of liver, headache, IBS, hypertension and obesity are noted as diagnosis. (Eastern Shore Med Specialists Medical Records 2.pdf, p. 3/46) On **Valsartan 40 mg tablets**, once daily, at this time. 259 pounds. |
| 10-26-12 | ESMS Gastroenterology | On **Valsartan 160 mg tablets**, once daily, at this time. |
| 2-2-13 | Cardiology Assoc. | Follow up for atrial fibrillation, stressed out. "I do suspect anxiety is playing a role in much of his symptoms." (Cardiology Assoc. Medical and billing records.pdf, p. 441/751) |

---

[93] See page 34/751, Thomas Hospital Medical Records 1.pdf. Cardiology Associates Medical and Billing Records.pdf p. 87, 91/751, and multiple other records.

[94] Cardiology Associates Medical and billing records.pdf, p. 114/751.

[95] UAB Liver Tumor Clinic Dr. Jared White.pdf, p. 2/48

[96] Eastern Shore Med Specialists Medical records 2.pdf, pp. 11-12/46.

[97] Note: There are many visits to Dr. Buckley at Cardiac Associates for chest tightness, rib pain, pressure. Not all are recorded here. Dr. Buckley eventually opines that most of these symptoms are due to stress.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 67

| Date | Physician/Specialty | Complaint /Symptoms and Assessment |
|---|---|---|
| 4-24-13 | Cardiology Assoc. | Chest x-ray shows cardiac and mediastinal silhouettes are unremarkable; lung fields clear with no evidence of acute infiltrates or masses. Liver enzymes elevated (AST at 52; ALT at 70). (Cardiology Assoc. Medical and billing records.pdf, p. 435/751) |
| 3-3-14 | ESMS Gastroenterology | Currently taking valsartan hydrochlorothiazide, 160 mg tablet, once daily. 253 pounds |
| 3-23-14 | Cardiology Assoc. | Presented to ER for chest tightness, palpitations, heart racing, mild SOB. Discharged after converting from atrial fibrillation to sinus rhythm. Chest x-ray showed cardiac and mediastinal silhouettes stable with no evidence of acute infiltrates or masses. (Cardiology Assoc. Medical and billing records.pdf, pp. 388, 394/751) Weight 255 pounds. |
| 9-8-14 | Cardiology Assoc. | Follow up with report of increased fatigue and occasional palpitations and insomnia. Lack of energy. "I believe much of his problem is depression. We have discussed SSRI but he wishes not to be medicated." (Cardiology Assoc. Medical and billing records.pdf, p. 329/751) |
| 12-25 to 12-26-14 | Thomas Hospital | Height 5'10", weight 266 lbs. Hospital admission for chest pain, shortness of breath, and hypertensive urgency; started on nitro drip. Also fatigue/anxiety.(Thomas Hospital Medical Records 2.pdf, p. 71/751) Diagnosis of nonobstructive right coronary artery disease after coronary angiography. Current medication includes valsartan tablets, 160 mg, once daily. (Thomas Hospital Medical Records 2.pdf, p. 77/751) |
| 7-9-15 | ESMS Gastroenterology | Long-standing reflux for which he takes lansoprazole. Currently on valsartan, **320 mg once daily**. Height 5'10", weight 271 lbs. Diagnosis of GERD. (Eastern Shore Med Specialists Medical records.pdf, p. 12/21) (Thomas Hospital Medical Records 2.pdf, p. 158, 160/751) |
| 10-14-15 | Cardiology Assoc. | Follow up; history of PVC and PAC and a few episodes of atrial fibrillation with sleep apnea, increased palpitations and some weight gain. Renew valsartan-hydrochlorothiazide 320-25 mg tablets, one daily. (Cardiology Assoc. Medical and billing records.pdf, p 278/751) Reported increase in blood pressure; **valsartan-hydrochlorothiazide, 320-12.5 mg every day**. |

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 68

| Date | Physician/Specialty | Complaint /Symptoms and Assessment |
|---|---|---|
| 11-4-15 | Alabama Medical Group initial visit, Janie Moore, RMA | Presents with anxiety, depression, heart burn, hypertension and insomnia. Valsartan-hydrochlorothiazide, 320-325 mg, once daily, active prescription. Weight of 272 pounds. AST/ALT elevated at 65 and 78 IU/L respectively (range 10-42 and 10-60 IU/L respectively). Vitamin D deficiency. (Alabama Medical Group.pdf, pp. 50-53/55) |
| 4-4-16 | ESMS Gastroenterology | Normal colonoscopy and EGD in July 2015. Constant 2/10 pain over his lower left ribs; not meal related; going on for about a year. "Family history of pancreatic cancer and is concerned that this is what it is." No nausea or vomiting. Six month history of loose, non-bloody stools with urgency, up to 8-10/day. (Eastern Shore Med Specialists Medical Records 2.pdf, pp. 11-12/46) Currently taking valsartan hydrochlorothiazide, 320-25 mg tablet, once daily. |
| 4-19-16 | CT of abdomen | Indeterminate **hyperdense lesion in the right lobe of liver**, too small to definitively characterize. Benign or malignant etiologies could have this appearance. |
| 6-23-16 | ESMS Gastroenterology | "Mr. Roberts' US and CT revealed some cysts in liver for which 4-6 months follow up is recommended. Still having fairly frequent LUQ discomfort. Liver function tests are still increased and he had been told all of his life that they have been up a bit. Ultra sound shows **fatty infiltration**." (Eastern Shore Med Specialists Medical Records 2.pdf, p. 7/46) Currently taking valsartan hydrochlorothiazide, valsartan-hydrochlorothiazide, 320-12.5 mg e tablet, once daily. Weight 269 pounds. Assessed with left upper quadrant abdominal pain, functional diarrhea and fatty liver |
| 7-25-16 | Alabama Medical Group (Donald Sanders, MD) | A1C on 7-12-16 was 9.5. Trulicity (dulaglutide) added, 0.75 mg. (Alabama Medical Group.pdf, p. 20/55) Later increased to 1.5 mg starting 12-18-18. |
| 9-19-16 | | **Approximate date of first consumption of contaminated valsartan per pharmacy records** |
| 10-27-16 | Alabama Medical Group | Platelets low "and I'm not sure why." No bruising or bleeding, no appreciable splenomegaly. Not on any medications that could cause this. Follow up in one month – if still low, will get a hematologist appointment. However, noted on June 19, 2017 that he never saw a hematologist. (Alabama Medical Group.pdf, p. 26/55)<br><br>Liver enzymes slightly elevated "but they've always been elevated according to patient." Currently asymptomatic. (Alabama Medical Group.pdf, p. 39/55) "Suspect possibly a fatty liver." (Alabama Medical Group.pdf, p. 41/55) |

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 69

| Date | Physician/Specialty | Complaint /Symptoms and Assessment |
|------|---------------------|-----------------------------------|
| 11-14-16 | Cardiology Associates | Follow up. Reports feeling well/no fatigue. Recent diagnosis of diabetes Type 2, well controlled on oral meds. (Cardiology Associates Medical and billing records.pdf, p. 244/751.) |
| 6-19-17 | Alabama Medical Group | Follow up for Type 2 diabetes (A1C of 6.6); weight unchanged (270 pounds). Elevated liver function tests noted. (Alabama Medical Group.pdf, p. 37/55) |
| 9-21-17 | Alabama Medical Group | Follow up for Type 2 diabetes (A1C of 6.6); weight unchanged (271 pounds). Neck pain. Malaise and fatigue. (Alabama Medical Group.pdf, p. 29/55) |
| 1-2-18 | Presentation to ER | Chest pain. Elevated liver enzymes (AST 57 [reference range 0-40 U/L], ALT 55 [reference range 0-45 U/L]) (Thomas Hospital Medical Records 2.pdf, p. 158, 215/751). Cardiac markers are negative.<br><br>Current medications include valsartan-hydrochlorothiazide, 320-25 mg tablet, once daily |
| 2-26-18 | Alabama Medical Group | Farxiga added, 5 mg daily (Alabama Medical Group.pdf, p. 20/55) Later increased to 10 mg daily beginning 12-18-18 |
| 7-17-18 | Presentation to ER | Acute onset (2-3 days) of left upper quadrant epigastric abdominal pain (7-9/10) that goes through to the back; some nausea. (Dr. Samuel Hooks.pdf, p. 11/24) Total bilirubin 4.0 mg/dL [reference range 0.2-1.0], alkaline phosphatase 178 U/L, AST 440 U/L and ALT 429 U/L.[98](Thomas Hospital Medical Records 2.pdf, p. 272/751)<br><br>Abdominal ultrasound revealed hepatomegaly and hepatic steatosis; **vague hypoechoic area within right lobe of liver**, difficult to characterize. (Southern Cancer Center Foley.pdf, p. 41/70, Thomas Hospital Medical Records 2.pdf, p. 27Ftrul9/751. Also see Cardiology Associates Medical and billing records.pdf, p.145/751.)) Unclear etiology at this point; appointment with gastroenterologist tomorrow. |
| 7-18-18 | Dr. S. Bennett Hooks, Gastroenterology | Height 5'10", weight 254 lb. (BMI 36.45)<br><br>Left upper quadrant abdominal pain, nausea, evaluation for cirrhosis. Liver function tests are abnormal. "I am worried that he may have a stone lodged in his distal bile duct. With the elevation of total bilirubin up to 4 and AST and ALT in the 400s, that is a concern. Another question, could the Trulicity play a role here – on for over a year." (Dr. Samuel Hooks.pdf, p. 11, 14/24) |

---

[98] Cholecystectomy 2005; liver enzymes spiked on July 18, 2018, to 400s. However, on July 25, 2018, decrease to AST 66 (H), ALT 79 (normal; within range). Thus, decreased in seven days. This is consistent with excessive Tylenol consumption or acute alcoholic intoxication in a person with underlying NASH cirrhosis who is highly vulnerable to alcohol.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 70

| Date | Physician/Specialty | Complaint /Symptoms and Assessment |
|------|---------------------|-----------------------------------|
| 7-19-18 | Ultrasound | Shows erythema throughout the stomach; three polyps that appear hyperplastic.<br><br>(Southern Cancer Center Foley.pdf, p. 41/70; Southern Cancer Center medical and billing records.pdf, pp. 251-252/279) Also see Southern Cancer Center Medical and Billing records.pdf, p. 70/279 for full HPI of cancer diagnosis and treatment. |
| 7-25-18 | Liver function tests | Alkaline phosphatase 145 (reference range 40-129 U/L), AST 66 (reference range 4-37 U/L), ALT 79 (reference range 4-41 U/L) |
| 8-1-18 | HFE Gene DNA mutation Analysis | Findings are negative for the C282Y and H63D mutations in the HFE gene. This significantly reduces the likelihood of hereditary hemochromatosis in this individual. (Dr. Samuel Hooks.pdf, p. 16/24)<br><br>**Diagnosed radiographically as Stage IIIA hepatocellular carcinoma arising from background of** nonalcoholic steatohepatitis (NASH) - (UAB Health Information Management medical records.pdf, p. 84/184) Not a candidate for liver transplant due to tumor burden beyond downstaging criteria.<br><br>AFP Tumor Marker result of 187.7 (reference range <6.1 ng/mL). Needs referral to Tumor Liver Clinic ASAP. (Dr. Samuel Hooks.pdf, p. 18/24) |
| 8-7-18 | MRI | MRI shows cirrhosis and 5 cm right posterior liver segment lesion that is ill defined as well as a similar appearing 5.8 cm anterior segment lesion. **These lesions were not obvious on a 7-17-18 single phase CT**. (UAB Liver Tumor Clinic Dr. Jared White.pdf, p. 14/48) "Pair of masses in the right hepatic lobe are highly concerning for hepatocellular carcinoma, especially in the sitting of cirrhosis." (Cardiology Associates Medical and billing records.pdf, p. 167/751.) (Southern Cancer Center medical and billing records.pdf, p. 193/279). **Important to compare with 7-17-18 (rapid expansion)** |

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 71

| Date | Physician/Specialty | Complaint /Symptoms and Assessment |
|---|---|---|
| 8-16-18 | Dr. Jared White, UAB Liver Tumor Clinic | Weight of 253.8 pounds. BMI 36.42. (UAB Liver Tumor Clinic Dr. Jared White.pdf, p. 30/48)<br><br>Presentation for evaluation/treatment of liver mass in setting of NASH cirrhosis. Mass discovered on imaging during extensive work up for elevated bilirubin level. (UAB Liver Tumor Clinic Dr. Jared White.pdf, p. 1/48)<br><br>Dr. White states "patient without significant history of liver disease other than risk factors for NASH cirrhosis. Has cirrhotic configuration and splenomegaly. Lesions are large placing him outside criteria for transplant but appears to be well within criteria for liver-directed therapy such as TACE."[99] (UAB Liver Tumor Clinic Dr. Jared White.pdf, p. 5/48) |
| 9-7-18 | | Underwent TACE, segments 5, 6, 8 (trans arterial chemoembolization) (UAB Health Information Management medical records.pdf, p. 143/184) |
| 10-18-18 | | Underwent TACE (UAB Health Information Management medical records.pdf, p. 163/184) |
| 11-21-18 | MRI | Consistent with improvement, no new disease present, AFP of 30. (Southern Cancer Center medical and billing records.pdf, p. 246/279) Started Lenvatinib, 8 mg daily (discontinued in November 2019 due to progression of disease). |
| 12-3-18 | Southern Cancer Center | Office visit for evaluation/management; noted to be doing well today; fully active. Current medications include valsartan-hydrochlorothiazide, 320-25 mg tablet, once daily. (Southern Cancer Center medical and billing records.pdf, p. 236/279) |
| 4-3-19 | Dr. S. Bennett Hooks, Gastroenterology | Incontinence of feces; loose stools; Clinical chemistry shows elevated liver enzymes. (Dr. Samuel Hooks.pdf, p. 8/24) |
| 4-12-19 | CT Abdomen Pelvis | Cirrhotic appearance of liver; two dominant liver masses seen again. Group of small, new ill-defined nodular lesions in lateral right lower lobe. New lesions since prior MRI exam. (Thomas Hospital Medical Records 2.pdf, p. 333/751, Southern Cancer Center medical and billing records.pdf, p. 248/279)<br><br>Current medications include valsartan-hydrochlorothiazide, 320-25 mg tablet, once daily |

---

[99] Transarterial chemoembolization (TACE), a procedure in which chemotherapy is injected directly into the blood supply of a liver tumor to shrink the inflamed liver. TACE treatment in September 2018, October 2018. SBRT residual liver lesion July 2019, TACE treatment (2 lesions) in November 2019. Southern Cancer Center Foley.pdf, p. 41/70.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 72

| Date | Physician/Specialty | Complaint /Symptoms and Assessment |
|---|---|---|
| 6-14-19 | Dr. S. Bennett Hooks, Gastroenterology | Clinical chemistry shows elevated liver enzymes; however, decreasing (alk phos 127, AST 43, ALT, normal). CT of abdomen and pelvis. Liver is cirrhotic with mild enlargement of the caudate lobe and left lobe compared to right lobe. Hepatoma in right lobe. (Southern Cancer Center medical and billing records.pdf, p. 193/279) |
| 6-26-19 | Dr. S. Bennett Hooks, Gastroenterology | Presents with epigastric abdominal pain, hepatoma. Assessment of ulcerative colitis (Dr. Samuel Hooks.pdf, p. 5/24) |
| July 10, 15, 2019 | Southern Cancer Center | Stereotactic body radiotherapy (SBRT) for residual liver lesion (Southern Cancer Center medical and billing records.pdf, pp. 163, 187/279) |
| 9-11-19 | Dr. S. Bennett Hooks, Gastroenterology | Height 5'10", weight 237 lb. (BMI 34.01) Presents with bowel changes, multiple loose stools each day. Taking valsartan-hydrochlorothiazide (DIOVAN-HCT) 320-25 mg, one tablet daily. (Dr. Samuel Hooks.pdf, p. 3/24) |
| 10-16-19 | MRI of abdomen | Cirrhotic liver with splenomegaly, at least two lesions with arterial hyperenhancement concerning for recurrent tumor. Alpha-fetoprotein (AFP) 91; previously 73. Tumor board recommends right lobar TACE. (Southern Cancer Center medical and billing records.pdf, p. 151/279). |
| 11-5-19 | Southern Cancer Center | Underwent TACE. Recommendation that he remain on systemic therapy with either Lenvatinib or transition to Nivolumab after this treatment. (Southern Cancer Center medical and billing records.pdf, p. 130/279) |
| 11-11-19 | Cardiology Associates | **Note in record that Mr. Roberts stopped taking his Valsartan/HCTZ** (Cardiology Associates Medical and Billing Records.pdf, p. 108/751) |
| 11-22 through 11-23-19 | Thomas Hospital | Abdominal pain and distention. Abdominal CT shows hypo enhancing masses in the liver with an enlarging area in the inferior right hepatic lobe. (Cardiology Associates Medical and billing records.pdf, p. 99/751.) Underwent paracentesis and placed on Lasix. |
| 12-28 through 12-31-19 | Thomas Hospital | Increasing abdominal distension, worsening abdominal pain not controlled with MS Contin (morphine). (Cardiology Associates Medical and billing records.pdf, p. 78/751.) |
| 1-13 through 1-16-20 | Thomas Hospital | Presents to ED with abdominal pain due to recurrent massive ascites; underwent 3,500 cc paracentesis on admission. Acute kidney injury. (Cardiology Associates Medical and billing records.pdf, p. 67/751.) |

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 73

| Date | Physician/Specialty | Complaint /Symptoms and Assessment |
|------|---------------------|-------------------------------------|
| 1-20-20 | Southern Cancer Center<br>Dr. William McEvoy | Weight of 191 lb.<br>Informed prognosis not very good; not a good candidate for any form of systemic therapy at this time; however, not ready to enroll in hospice. Will continue supportive care. (Southern Cancer Center medical and billing records.pdf, p. 84/279) |
| November, December 2019, January, Feb. 2020 | Thomas Hospital | US-guided paracentesis due to peritoneal fluid/ascites over multiple dates: November 6, 19, 23, 2019, December 5, 10, 17, 24, 27, 2019; January 6, 10, 17, 22, 28, 2020; February 3, 7, 11, 14, 18, 21, 25, 28, 2020 |
| 3-4-20 | Thomas Hospital | US-guided paracentesis performed; 2,800 cc of fluid drawn. (Southern Cancer Center.pdf, p. 53/279) |
| 3-5 through 3-15-20 | Presentation to ER/Admitted to Thomas Hospital | Weight of 186 lbs.<br>Thoracentesis earlier in day. Shortness of breath, syncope came on around supper time and he went to the ER. Diagnosed with hemothorax on right (surgery performed), hyperammonemia (185.8 ug/dL, reference range 28.2-80.4), and acute blood loss anemia (bleeding significantly from chest tube; thoracotomy performed). Critically ill appearing. (Southern Cancer Center.pdf, pp. 40, 47/279)<br>During his hospital stay, he was assessed with hyponatremia, kidney disease (stage III), recurrent pleural effusion, and altered mental status related to encephalopathy from liver disease. (Thomas Hospital Medical Records 1.pdf, p. 50/751)<br>His condition degraded over his hospital stay; transition of goals to comfort/palliative care only; DNR status. Hospice care initiated. (Thomas Hospital Medical Records 1.pdf, p. 114/751) |
| 3-17-20 | | Date of death |

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 74

*Valsartan Dose History of Mr. Roberts per his Pharmaceutical Records*

**Table 4.**

**Prescription Diovan/Valsartan Doses from North Baldwin Pharmacy**
*(known contaminated valsartan highlighted in red)*

| Date filled | Drug/strength/prescriber[100] | # of tablets |
| --- | --- | --- |
| 02-22-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 03-12-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 03-12-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 03-29-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 05-02-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 05-25-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 06-27-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 07-28-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 09-02-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 09-27-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 10-20-2011 | Diovan, 40 mg tabs (R. Buckley) | 90 |
| 01-27-2012 | Diovan, 40 mg tabs (R. Buckley) | 90 |
| 04-17-2012 | Diovan, 80 mg tabs (R. Buckley) | 30 |
| 05-10-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 06-05-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 07-03-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 08-02-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 08-30-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 10-02-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 10-30-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 11-24-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 01-02-2013 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 02-04-2013 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 03-11-2013 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 04-09-2013 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 05-01-2013 | Diovan, 160 mg tabs (R. Buckley) | 90 |
| 08-07-2013 | Diovan, 160 mg tabs (R. Buckley) | 90 |
| 10-24-2013 | Diovan, 160 mg tabs (R. Buckley) | 90 |

---

[100] Prescribed one tablet daily.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 75

*(known contaminated valsartan highlighted in red)*

| Date filled | Drug/strength/prescriber[100] | # of tablets |
|---|---|---|
| 02-05-2014 | Diovan, 160 mg tabs (R. Buckley) | 90 |
| 04-29-2014 | Diovan, 160 mg tabs (R. Buckley) | 90 |
| 08-04-2014 | Valsartan, 160 mg tabs (R. Buckley) | 90 |
| 10-16-2014 | Valsartan, 160 mg tabs (R. Buckley) | 90 |
| 01-26-2015 | Valsartan, 160 mg tabs (R. Buckley) | 90 |
| 04-21-2015 | Valsartan, 320 mg tabs (R. Buckley) | 90 |
| 07-27-2015 | Valsartan, 320 mg tabs (R. Buckley) | 90 |
| 10-08-2015 | Valsartan-HCTZ, 320-12.5 mg tabs (R. Robichaux) | 90 |
| 10-14-2015 (excess)[101] | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 01-05-2016 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 03-23-2016 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 06-14-2016 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 09-19-2016 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 01-03-2017 (QNS)[102] | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 03-27-2017 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 07-05-2017 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 10-03-2017 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 01-03-2018 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 03-15-2018 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 06-13-2018 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| **08-01-2018** | **Date of liver cancer diagnosis** | |
| 09-10-2018 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 12-04-2018 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 03-15-2019 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 06-21-2019 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 09-12-2019 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| **03-17-2020** | **Date of Death** | |

---

[101] Change in the dosage of hydrochlorothiazide from 12.5 to 25 mg. Mr. Roberts would have had approximately 90 excess pills at the lower Valsartan-HCTZ, 320-12.5 mg tablets dose level.

[102] QNS (quantity not sufficient). Mr. Roberts' prescribed Valsartan-HCTZ, 320-25 mg tablets, were approximately 16 tablets short during this interval. It is possible that Mr. Roberts used some of the left-over Valsartan-HCTZ, 320-12.5 mg tablets between 9-19-2016 and 1-03-2017.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 76

**Table 5** summarizes Mr. Roberts' contaminated valsartan prescriptions prior to his liver cancer diagnosis.

**Table 5.**

**List of Mr. Roberts' Contaminated Valsartan Prescriptions Prior to Diagnosis (720 pills)**

| RX Fill Date | NDC | Lot # / Distribution date | Count | Days | Strength |
|---|---|---|---|---|---|
| 9-19-2016 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 1-3-17 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 3-27-17 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 7-5-17 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 10-3-17 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 1-3-18 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 3-15-18 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 6-13-18 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90** | 320 mg |
| 8-1-18 | Liver cancer diagnosis | | | | |

**Only 49 of 50 tablets consumed at the time of diagnosis.

**Valsartan Oral Intake Calculations for Mr. Roberts (FDA data)**

The U.S. FDA reported that levels of NDMA contamination in valsartan 320 mg/HCTZ 25 mg tablets supplied by Prinston Pharma ranged from 13 to 20 µg/tablet.[103] If Mr. Roberts was prescribed one tablet per day with this concentration and began taking the contaminated tablets on the refill date of September 19, 2016, then he would have ingested a maximum total of **681 contaminated tablets** between September 19, 2016 and August 1, 2018. Thus, his cumulative oral intake is:

Low range: 681 tablets x 13 µg = **8,853 µg**

Mid-point dose: 681 tablets x 16.5 µg NDMA per tablet = **11,236 µg** NDMA

Maximum dose: 681 tablets x 20 µg = **13,620 µg**

---

[103]FDA, 2018a. "Laboratory Analysis of Valsartan Products," 5 October 2018. https://www.fda.gov/Drugs/DrugSafety/ucm622717.htm, Accessed date: 20 October 2018 in David J. Snodin, David P. Elder, "Short commentary on NDMA (N-nitrosodimethylamine) contamination of valsartan products, Regulatory Toxicology and Pharmacology," 2019, Volume 103, pp. 325-329, ISSN 0273-2300, https://doi.org/10.1016/j.yrtph.2019.01.007

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 77

**Bioavailable Dose of Valsartan for Mr. Roberts (FDA):**

Adjusting for 49% bioavailability results in the following systemic dosage of valsartan for Mr. Roberts:

---

**FDA Data - Cumulative Dose Factored for 49% Bioavailability**

Low range: 681 tablets x 13 µg x 0.49 = **4,338 µg** NDMA

Mid-point dose: 681 tablets x 16.5 µg x 0.49 NDMA per tablet = **5,506 µg** NDMA

Maximum dose: 681 tablets x 20 µg x 0.49 = **6,674 µg** NDMA

---

**Systemic Dose Based on Lot Numbers Received from Defendants**

(without factoring for bioavailability)

The data shown in **Table 6** below is derived from Defendants' Excel data (without factoring for bioavailability)

**Table 6. Summary Derived from Defendants' Excel Data**

| Fill Date | Min NDMA PPM | Min NDMA in 320 mg pill (mcg) | Min NDMA in 90-Day Fill (mcg) | Max NDMA PPM | Max NDMA in 320 mg pill (ng) | Max NDMA in 90-Day Fill (mcg) | Weighted Average NDMA PPM | Weighted Average NDMA in 320 mg pill (mcg) | Weighted Average NDMA in 90-Day Fill (mcg) |
|---|---|---|---|---|---|---|---|---|---|
| 9/19/2016 | 43.62 | 13.96 | 1,256.34 | 119.38 | 38.20 | 3,438.04 | 62.27 | 19.93 | 1,793.28 |
| 1/3/2017 | 43.62 | 13.96 | 1,256.34 | 119.37 | 38.20 | 3,437.92 | 62.27 | 19.93 | 1,793.28 |
| 3/27/2017 | 24.46 | 7.83 | 704.36 | 119.37 | 38.20 | 3,437.92 | 53.35 | 17.07 | 1,536.35 |
| 7/5/2017 | 5.60 | 1.79 | 161.37 | 119.37 | 38.20 | 3,437.92 | 48.58 | 15.54 | 1,398.97 |
| 10/3/2017 | 5.60 | 1.79 | 161.37 | 119.37 | 38.20 | 3,437.92 | 49.30 | 15.78 | 1,419.90 |
| 1/3/2018 | 5.60 | 1.79 | 161.37 | 119.37 | 38.20 | 3,437.92 | 57.58 | 18.43 | 1,658.37 |
| 3/15/2018 | 5.60 | 1.79 | 161.37 | 103.78 | 33.21 | 2,988.87 | 59.21 | 18.95 | 1,705.34 |
| 6/13/2018* | 5.60 | 1.79 | 87.86 | 103.78 | 33.21 | 1,627.27 | 60.03 | 19.21 | 941.31 |
| **Total** | | | **3,950.39** | | | **25,243.80** | | | **12,246.80** |

*Used only 49 days of ingestion before he was diagnosed on August 1, 2018.

Based upon **Table 6**, Mr. Roberts' mean cumulative dose was 12,246.80 µg (without factoring for bioavailability). Additionally, the weighted lot numbers consumed as per the Excel data provided indicates that Mr. Roberts' oral dosage of NDMA averaged 6.000.9 µg as shown below (adjusted for bioavailability).

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 78

Factoring for **oral bioavailability**, Mr. Roberts' minimal, mean, and maximal oral cumulative systemic dose can be determined as follows:

---

**Defendants' Data - Cumulative Dose Factored for 49% Bioavailability**

Minimal dose = 3,950.39 cumulative µg dose x 0.49 = **1,935.7 µg**

Average dose = 12,246.80 cumulative µg dose x 0.49 = **6,000.9 µg**

Maximal dose = 25,243.80 cumulative µg dose x 0.49 = **12,369.5 µg**

---

**Defendants' Data – NDMA Dose per Tablet Without Adjustment for Bioavailability**

Minimal dose = 3,950.39 cumulative µg dose ÷ 681 tablets = 5.800 µg per tablet/day

Average dose = 12,246.80 cumulative µg dose ÷ 681 tablets = 17.98 µg per tablet/day

Maximal dose = 26,605.40 cumulative µg dose ÷ 681 tablets = 39.08 µg per/tablet/day

---

**Defendants' Data – NDMA Dose per Tablet - Adjusted for Bioavailability**

Minimal Dose: 681 tablets x 5.800[104] µg per tablet x 0.49 = 2.842 µg NDMA/day

Mean Dose: 681 tablets x 17.98 µg per tablet x 0.49 = 8.810 µg NDMA/day

Maximum dose: 681 tablets x 39.06[105] µg per tablet x 0.49 = 19.15 µg NDMA/day

---

[104] Of more than 100 lots of contaminated valsartan, five of the lots were at a minimal 5.91 µg/per tablet; thus, the absolute minimal cumulative dosage was 3,950.39

[105] Of more than 100 lots of contaminated valsartan, the maximal level was at 39.06 µg/per tablet; thus, the absolute maximal cumulative dosage was 25,243.80

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 79

Comparison of Mr. Roberts' cumulative dosage (already factored for 49% bioavailability) compared to the quartiles in the Hidajat studies reveals that his cumulative NDMA dosage from the valsartan placed him in the 4th quartile (**Table 7**). The full range of his cumulative dosage (1,935.7 to 12,369.5 µg NDMA) placed him in the highest quartile by a factor of 2.6 to 16 times above the Quartile IV threshold. Thus, his sHR was above 2.86 (1.78-4.59) even at the lowest end of the dose range.

**Table 7.**
**Hidajat Study: Risk of Liver Cancer Death - Cumulative NDMA Exposure**

| Exposure Quartile | sHR | 95% CI | Equivalent µg NDMA Oral Ingestion) |
|---|---|---|---|
| Liver (n=122) | | | |
| Quartile I | 1 (ref) | --- | < 241µg |
| Quartile II | 1.53 | 0.93-2.50 | 241 – 461 µg |
| Quartile III | 1.96 | 1.16-3.29 | 461 – 747 µg |
| Quartile IV | 2.86 | 1.78-4.59 | > 747 µg |

Note: sHRs from competing risk survival analysis are adjusted for birth year.

## Other Prescribed Drugs Potentially Contributing to Liver Cancer

### Prednisone Use

Mr. Roberts' medical records report that he was prescribed prednisone on four occasions (March 2012, February 2013, June 2014, and September 2016) making his use very minimal with no chronic administration.[106] Thus, his prednisone prescriptions did not contribute to his risk of liver cancer in the current matter.

### Metformin Prescribed to Mr. Roberts

Zmysłowski et al. (2020)[107] performed GC/mass spectrometry NDMA analyses on samples of metformin tablets from 13 different manufacturers. NDMA was detected in 22 (91.7%) of the finished product. However, Mr. Roberts was not prescribed the extended-release formula that contained 0.063 µg/g (0.017–0.176 µg/g) NDMA. Thus, his metformin use is not relevant in the current assessment. Hypothetically, even if he had consumed the extended

---

[106] North Baldwin Pharmacy records go back to August 2010.

[107] Zmysłowski, et al., "N-Nitrosodimethylamine Contamination in the Metformin Finished Products," Nov 13, 2020, Molecules, Vol. 25(22), pp. 5304. doi: 10.3390/molecules25225304

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 80

release formula, his NDMA dosage per tablet would have been approximately 300 times lower than the mean level found in the valsartan tablets.

**Hill Factors and Weight of Evidence**

In the present matter, application of a weight of evidence ("WOE") methodology relies, in part, on the list of guidelines developed by **Sir Austin Bradford Hill.**[108] Hill pioneered the concept of case-control studies and developed a specific set of criteria to demonstrate casual relationships based strictly upon relevant scientific evidence. Though published 74 years ago, Hill's evidential criteria (the "Hill Factors") continues to set the toxicological standard for defining relationships between associations, events and consequences.

Note that no single factor is ever regarded as "conclusive;" rather, individual factors are given "weight" according to their merits and relevance to the matter at hand (hence, the term *"weight of evidence"*). Studies are also weighed with respect to design strengths, weaknesses, and bias (if any).

***Application of Evidential Factors***

Hill factors establish a broad framework to help evaluate various evidence relevant to the specific causation question. Application of Hill factors can assist in a toxicological assessment by using methodology that isolates evidential factors on the basis of their associative characteristics (or "modalities"). Hill's causative modality factors include consideration of:

1. Strength of association between the exposure and a particular health effect
2. Specificity of the association
3. Consistency of the association
4. Dose-responsiveness of the chemical
5. Biological plausibility of the causal connection
6. Coherence of the association
7. Temporality (time relationships)
8. Relevant experimental data (i.e., animal studies)
9. Analogy

In brief, I have considered and applied all the Bradford Hill criteria in this assessment as follows:

---

[108] Doll, R. and Hill, AB, "Smoking and carcinoma of the lung. Preliminary report," 1950, British Medical Journal, pp. 739-748., http://www.ncbi.nlm.nih.gov/pmc/articles/PMC2557577/pdf/10063665.pdf

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 81

1. With respect to **strength of association** between the exposure and a particular health effect (in this case, NDMA and liver cancer), I have referenced both peer-reviewed studies, meta-analyses, general public health agency reviews and conclusions. I have also referenced numerous studies with findings in excess of the 95% confidence interval as well as studies slightly less than the 95% confidence interval with differential weighting, dependent upon factors such as sample size and dosage. They leave little or no debate that NDMA is a potent probable human carcinogen that can potentially induce and promote liver cancer.

2. **Specificity** of NDMA to a specific toxicological endpoint was carried out by weighing non-significant and significant studies that have included multifactorial analyses for various potential confounding factors. Such studies also measured daily doses of NDMA within the diet as well as the three valsartan epidemiological studies and occupationally exposed industrial rubber production industry workers resulting in specific malignancies, primarily liver cancer. NDMA has been shown to have multiple carcinogenic endpoints

3. **Consistency of the associations** was assessed using statistically significant case control human epidemiological studies that assessed multiple differential dietary patterns with NDMA as the primary factor as well as the three valsartan studies.[109] There is reasonable consistency of liver cancer, especially in the valsartan and occupational studies of industrial rubber production industry workers. Dietary studies were less consistent; however, the dietary studies were at a much lower NDMA dosage compared to the valsartan epidemiological studies and the industrial rubber production industry worker studies.

4. **Dose-response analyses** have been relied on throughout my report as a primary duty of the toxicologist. NDMA exposures at various doses within humans studies have revealed statistically significant dose-response effects with respect to malignant end points. Many of the studies revealed statistically significant dose-response effects, some of which were linear.

5. **Biological plausibility** of a causal connection has also been thoroughly assessed in my report with respect to mechanisms of induction and promotion of liver cancer by NDMA. I have identified the metabolites of NDMA as well as studies that have demonstrated their mechanisms at the DNA level as genotoxic and as promotors of

---

[109] Sokolow et al., "NDMA Exposure from Dietary Sources: Risk Assessment and Dose-response Modeling," 2010, https://aacrjournals.org/cebp/article/20/3/555/68675/Red-Meat-Dietary-Nitrosamines-and-Heme-Iron-and

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 82

the malignant process. Numerous animal studies covering nearly 50 years of study have consistently provided significant results as well as a reasonable under-standing of the actual mechanisms.

6. **Coherence of the association** has been generally accepted as orally ingested NDMA impacts the liver upon first pass with highly toxic metabolites formed that have been demonstrated in multiple studies to have cause-effect levels in laboratory studies. Also, the prevalence of certain human malignancies, including liver cancer from NDMA exposures, has also been generally accepted coherently in different settings with the same statistically significant outcomes of multiple malignant sites including liver cancer.

7. **Temporality** has been demonstrated in both human and animal studies with short latency period in animals induced by the promotor abilities of NDMA. Studies from other known promotor substances have also been demonstrated to activate quiescent tumors into clinically diagnosed malignancies with short latency intervals (for example, cancer promotion studies within my report). Two of the three valsartan epidemiological studies measured the maximum latency interval at three and five years. Mr. Roberts' latency interval was 1.86 years and fell into the overall range of the valsartan studies that had a one year minimal period.

8. **Relevant experimental data** (i.e., animal studies) have been referenced in my report which are coherent and consistent with generally accepted human epidemiological studies on NDMA. The bioavailability of NDMA, its distribution, metabolism, excretion, and production of highly toxic metabolites is well known and generally accepted in the field of toxicology based on animal experimental studies.

9. **Analogy** is evident based on the considerable quantity of consistent research dating back to the 1950s which found that NDMA causes cancer. There is no dispute that NDMA is a probable human carcinogen. Dose response analyses in animal and human studies are consistent. NDMA's close cousin, NDEA, is structurally similar to NDMA with similar toxic metabolites formed (reactive diazonium ions and formaldehyde) that also produce similar malignancies in animal studies. Formaldehyde, a metabolite of NDMA, has been documented, by itself, to cause cancer in animal studies and humans.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 83

*Methodological Summary*

Throughout this assessment, I have applied the generally accepted Bradford Hill criteria and weight of evidence (WOE) methodology. I have relied upon peer-reviewed toxicological studies as well as generally recognized agency studies, pharmaceutical company studies, and data submitted to various regulatory agencies. I have documented the positive findings as well as negative studies and commented on the study limitations.

# Conclusions

World-wide regulatory agencies such as the IARC, U.S. ATSDR, Health Canada, European Medicines Agency, and other generally recognized agencies classify NDMA as a probable human carcinogen. There are more than 50 years of considerable evidence of NDMA-induced malignancies in animal studies. Human epidemiological evidence is reasonably consistent with respect to animal studies. Liver cancer receives the most significant impact from NDMA due to first-pass exposure. Two of the three valsartan-specific studies have also documented statistically significant increased risks of liver cancer in addition to the industrial rubber production industry worker study.

Endogenous formation of NDMA occurs; however, there is no reliable methodology that has provided an accurate quantitative result as the studies range from 0.03 µg/day to 6,500 µg/day. However, whatever amounts of NDMA are formed endogenously in real life, these amounts of endogenous NDMA would be background levels in the Hidajat and valsartan epidemiological studies that demonstrated statistically significant increased risks of liver cancer due to exogenous NDMA via occupational exposure or ingestion of contaminated valsartan.

The mean 17.98 µg NDMA per tablet/day as measured in the decedent's pharmaceutical data is substantially higher than that in dietary studies. Additionally, a bolus oral administration of a valsartan tablet produces higher peak levels than the same NDMA dose dietary dosing over the course of a day. The Zheng (2021) liver cancer study reported significant increased NDMA liver cancer risk (NDMA from dietary plant sources) in Quartile IV. This dietary study revealed higher levels of NDMA compared to prior published dietary studies. The Q4 range was 0.63–9.84 µg/1000kcal/day. Additionally, the statistically significant non-linearity is consistent with potential bioactivation at higher levels of NDMA.

The Hidajat human occupational study provides quantitative NDMA dose-response for inhalation exposure data. Using generally accepted U.S. EPA methodology, inhalation and oral dose measurements were prepared for each of the four quartiles of exposure reported

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 84

in Hidajat. These conversion factors permit estimation of relative risk of mortality from specific malignant sites, including liver cancer, based upon the cumulative amount of NDMA ingested over time from valsartan products containing NDMA.

Mr. Roberts experienced 1.86 years (2016-2018) of chronic use of valsartan during which pharmaceutical adulteration had occurred. (See **Tables 1, 5, 6, 7**.) Using the minimal 5.8 µg of NDMA per valsartan tablet at 49% oral bioavailability, Mr. Roberts averaged one valsartan tablet per day for 1.86 years which resulted in a **>2.86-fold increased risk** of liver cancer. Therefore, his chronic systemic dose resulted in a mean cumulative dose of 6,000.9 µg which was 8 times above the highest quartile threshold.

Mr. Robert's NDMA dosage from time of initial dosing to diagnosis was 1.86 years which is in the range of 1 to 3 years in the valsartan studies. It should be noted that the average latency for a carcinogen represents the 50th percentile of the bell-shaped curve. A latency on the ascending limb of the bell-shaped curve is not excluded as the referenced valsartan studies accepted liver cancer latency starting at 1-year in the statistically significant studies.

With respect to individual cancer sites, the peer-reviewed studies cited herein present findings which show more than doubling of the risk for liver and multi-site malignancies from excessive NDMA. These generally accepted findings are largely and reasonably consistent and statistically significant in human and animal studies and hold substantial toxicological and evidential weight with respect to liver cancer in the present matter.

Thus, it is my opinion, to reasonable toxicological certainty, that Mr. Roberts' ingested oral dosage of NDMA from the defective valsartan exceeded the upper dose-response criteria that statistically and significantly increased his risk of liver cancer.

_____

William R. Sawyer, Ph.D.
Toxicologist

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 85

## 3. Materials Considered List (MCL)

1. Alabama Certificate of Death for Gaston J. Roberts, Jr.

2. Alabama Medical Group.pdf, p. 29/55.

3. American Diabetes Association echoes FDA statement on metformin recall, June 19, 2020

4. Anderson et al., 1986, 1992b in U.S. ATSDR National Toxicology Program, "Toxicological Profile for N-Nitrosodimethylamine (NDMA)," April 2023, p. 87-88, https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf

5. Anderson, L.M., Giner-Sorolla, A., & Haller, I.M., "Metabolism of N-nitrosodimethylamine in patas monkeys: Effects of ethanol and implications for humans," 1986, Carcinogenesis, Vol. 7(12), pp. 2085-2090.

6. Bartsch et al., "Relevance of nitrosamines to human cancer," 1984, Carcinogenesis, Vol. 5(11), pp. 1381-1393.

7. Beatriz , et al., ""Volatile Nitrosamines in Fried Bacon", Journal of Agricultural and Food Chemistry, Vol 45/Issue 5, 1997.

8. Beatriz et al., "Volatile Nitrosamines in Fried Bacon," 1997, Journal of Agricultural and Food Chemistry, Vol 45(5).

9. Boorman et al., "Toxicology and Carcinogenesis Studies of NDMA in Fischer 344 Rats," 1984, https://www.ncbi.nlm.nih.gov/books/NBK601157/

10. Brownian motion can be described as the random movement of suspended particles due to their collision with other particles (such as the gas or liquid atoms in which the particles are suspended).

11. Cardiology Associates Medical and billing records.pdf, p. 114/751.

12. Cardiology Associates Medical and billing records.pdf, p. 211/751, Eastern Shore Med. Specialists medical records.pdf, p. 13/21.

13. Cholecystectomy 2005; liver enzymes spiked on July 18, 2018, to 400s. However, on July 25, 2018, decrease to AST 66 (H), ALT 79 (normal; within range). Thus, decreased in seven days. This is consistent with excessive Tylenol consumption or acute alcoholic intoxication in a person with underlying NASH cirrhosis who is highly vulnerable to alcohol.

14. Clapp, N. K. & Toya, R. E., "Effect of cumulative dose and dose rate on dimethylnitrosamine oncogenesis in RF mice," 1070, J Natl Cancer Inst., Vol. 45, pp. 495-498.

15. Clapp, N. K., Craig, A. W. & Toya, R. E., Sr. "Pulmonary and hepatic oncogenesis during treatment of male RF mice with dimethyl-nitrosamine," 1968, J Natl Cancer Inst., Vol. 41, pp. 1213-1227.

16. Clapp, N. K., Tyndall, R. L. & Otten, J. A., "Differences in tumor types and organ susceptibility in BALB-c and RF mice following dimethylnitrosamine and diethylnitrosamine, 1971, Cancer Res Vol. 31, pp. 196- 198.

17. De Stefani, E. et al., "Dietary nitrosodimethylamine and the risk of lung cancer:  A case-control study from Uruguay," September 1996, Cancer Epidemiology, Biomarkers & Prevention, Vol. 5, pp. 679-682.

18. Defendants' Excel Data Spreadsheet

19. Depositions and exhibits of Mr. Roberts' treating physicians – Dr. Darylle Bullard, Dr. Ralph Buckley, Dr. Samuel Hooks, Dr. Mark Lockhart and Dr. Robert Robichaux

20. Desjardins R, Fournier M, Denizeau F, Krzystyniak K., "Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice," 1992 Nov., J Toxicol Environ Health, Vol. 37(3), https://pubmed.ncbi.nlm.nih.gov/1433375/

21. Deviation Investigation Report entitled "Investigation regarding unknown impurity (genotoxic impurity) of valsartan API (TEA process)," dated November 5, 2018

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 86

22.   Doll, R. and Hill, AB, "Smoking and carcinoma of the lung. Preliminary report," 1950, British Medical Journal, pp. 739-748., http://www.ncbi.nlm.nih.gov/pmc/articles/PMC2557577/pdf/10063665.pdf

23.   Eastern Shore Med Specialists Medical records 2.pdf, pp. 11-12/46.

24.   EFSA Panel on Food Additives and Nutrient Sources added to Food, "Re-evaluation of potassium nitrite (E 249) and sodium nitrite (E 250) as food additives," Adopted 5 April, 2017, EFSA Journal

25.   EMA Nitrosamine Impurities in Medicinal Products, June 25, 2020; and EFSA Panel regarding Re-evaluation of potassium nitrite and sodium nitrite as food additives, April 5, 2017.

26.   European Medicines Agency Committee for Medicinal Products for Human Use, "Assessment report of nitrosamine impurities in human medicinal products," June 25, 2020, Procedure Number EMEA/H/A-5(3)/1490

27.   Exhibit 1 to Amended DFS – Pill Count 3-6-25

28.   Exhibit 1 to Amended DFS.xlsx

29.   Expert General Causation Report of Dr. David Madigan, dated July 7, 2021

30.   Expert General Causation Report of Dr. Dipak Panigrahy, dated July 6, 2021

31.   Expert General Causation Report of Dr. Laura M. Plunkett, dated October 31, 2022

32.   Expert General Causation Report of Dr. Mahyar Etminan, dated July 4, 2021

33.   Expert General Causation Report of Dr. Ramin Najafi, dated October 31, 2022

34.   Expert General Causation Report of Dr. Stephen Lagana, dated July 26, 2021

35.   Expert General Causation Report of Dr. Stephen S. Hect, dated July 6, 2021

36.   Expert Report of Laura M. Plunkett, Ph.D., DABT, dated October 31, 2022, p. 13/42.,32/42.

37.   Fí¿1n+ÜUSsç¦F+ÉS+íµü».xls

38.   First Amended (Short Form) Complaint of Jan Roberts as personal representative and spouse of Gaston J. Roberts, Jr., deceased

39.   George et al., "Metabolism of N-nitrosodimethylamine, methylation of macromolecules, and development of hepatic fibrosis in rodent models," 2019, https://www.josorge.com/Papers/JMM.pdf

40.   Gilligan, M. M. et al. "Aspirin-triggered proresolving mediators stimulate resolution in cancer," 2019, Proc Natl Acad Sci U S A 116, 6292-6297, doi:10.1073/pnas.1804000116.

41.   Gombar et al., 1988, Pharmacokinetics of N-nitrosodimethylamine in swine. Carcinogenesis 9(8):1351-1354. https://academic.oup.com/carcin/article-abstract/9/8/1351/2478691?redirectedFrom=fulltext

42.   Gombar, C.T., Streeter, A.J., & Rao, T.K., "Pharmacokinetics of N-nitrosodimethylamine in the beagle dog," 1987, Carcinogenesis, Vol. 8(6), pp. 913-918. (NDMA in beagle dogs.)

43.   Gombar, et al., 1987, Pharmacokinetics of N-nitrosodimethylamine in beagles, Cancer Res. 1987 Jan 15;47(2):343-7. https://pubmed.ncbi.nlm.nih.gov/3791224/

44.   Gomm W, Röthlein C, Schüssel K, Brückner G, Schröder H, Heß S, Frötschl R, Broich K, Haenisch B., "N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer—A Longitudinal Cohort Study Based on German Health Insurance Data," 2021 May 28, Dtsch Arztebl Int., Vol. 118(21), pp. 357-362.

45.   Gomm, W. et al., "N-nitrosodimethylamine-contaminated valsartan and the risk of cancer," 2021, Dtsch Arztebl Int., Vol. 118, pp. 357-362

46.   Goodman, M. et al, "High-fat foods and the risk of lung cancer," 1992, Epidemiology, Vol. 3, pp. 288-299

47.   Goodman, Marc T.; Hankin, Jean H.; Wilkens, Lynne R.; Kolone, Laurence N., "High-Fat Foods and the Risk of Lung Cancer," July 1992, Epidemiology, Vol. 3(4), pp 288-299.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 87

48. Guengerich, 2023, "The Importance of Biotransformation" in Reference Module in Biomedical Sciences, Department of Biochemistry Vanderbilt University School of Medicine, Nashville, TN, United States. https://www.sciencedirect.com/science/article/abs/pii/B9780323954884000061

49. Harrington, G.W., Gombar, C.T., & Rao, T.K. (1987). "First-pass metabolism of N-itrosodimethylamine in the intact pig." Carcinogenesis, 8(9), 1385-1390. (hepatic dose-dependent extraction of NDMA in pigs).

50. Hidajat, et al., "Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-nitrosamines in the British rubber industry," 2019, Occup. Environ Med., p. 1-9

51. Hidajat, Gomm, and Mansouri.

52. Hidajat, M. et al., "Lifetime exposure to rubber dust, fumes, and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up," 2019, Occup Env. Med, Vol 76, pp. 250-258.

53. Highlighted contaminated valsartan use from North Baldwin Pharmacy

54. Hrudey, et al., "Drinking Water as a Proportion of Total Human Exposure to Volatile N-Nitrosamines", Risk Analysis, Vol. 33, No. 12, 2013. https://onlinelibrary.wiley.com/doi/epdf/10.1111/risa.12070

55. Hrudey, Steve et al., "Drinking water as a proportion of total human exposure to volatile N-nitrosamines," 2013, Risk Analysis, Vol. 33(12), pp. 2179-2208

56. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products

57. https://www.usp.org/about

58. Huff, J., Haseman, J. & Rall, D., "Scientific concepts, value, and significance of chemical carcinogenesis studies," Annu Rev Pharmacol Toxicol, Vol. 31 ,pp. 621-652.

59. Jakszyn et al. Nitrosamines and heme iron and risk of prostate cancer in the European prospective investigation into cancer and nutrition. Cancer Epidemiol Biomarkers Prev. 2012 Mar;21(3):547-51. https://pubmed.ncbi.nlm.nih.gov/22253298/

60. Jakszyn et al., "Nitrosamines and heme iron and risk of prostate cancer in the European Prospective Investigation into cancer and nutrition," 2012 Mar, Cancer Epidemiol Biomarkers Prev., Vol. 21(3), pp. 547-551. https://pubmed.ncbi.nlm.nih.gov/22253298/

61. Jakszyn et al., "Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC)," 2011 March, Cancer Epidemiol Biomarkers Prev, Vol. 20(3), pp. 555-559. https://pubmed.ncbi.nlm.nih.gov/21239687/

62. Jakszyn P, Bingham S, Pera G et al. (2006). Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. Carcinogenesis 27(7): 1497–1501;

63. Jakszyn P. et al., "Nitrosamines and heme iron and risk of prostate cancer in the European Prospective Investigation into Cancer and Nutrition," 2012, Cancer Epidemiology Biomarkers Prev., Vol. 21(3), pp. 547-551

64. Jakszyn, P., et al., "Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study," Jul 2006, Carcinogenesis, Vol. 27(7), pp. 1497-1501.

65. Keszei AP, Goldbohm RA, Schouten LJ, Jakszyn P, van den Brandt PA., "Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study," 2013 Jan, Am J Clin Nutr, Vol. 97(1), pp. 135-146. https://pubmed.ncbi.nlm.nih.gov/23193003/

66. Keszei, A. et al., "Dietary N-nitroso compounds, endogenous nitrosation and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study," 2013, Am. J. Clin. Nutr, Vol 97, pp. 135-146

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 88

67. Kim, Y. J., et al., "Mechanisms of NDMA-induced apoptosis in hepatic cells," 2019, Toxicology Letters, 314, pp. 25-33. https://www.sciencedirect.com/science/article/pii/S0378427419300023

68. Klein, R.G., & Schmezer, P., "Quantitative Measurement of the Exhalation Rate of Volatile N-Nitrosamines in Inhalation Experiments with Anaesthetized Sprague-Dawley Rats," 1984, IARC Scientific Publications, Issue 57, pp. 513-517.

69. Knekt et al., "Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study," 1999 Mar 15, Int J Cancer, Vol. 80(6), pp. 852-856. https://pubmed.ncbi.nlm.nih.gov/10074917/

70. Kroeger-Koepke and Michejda, 1979; Lotlikar et al. 1992b 1978 in in U.S. ATSDR National Toxicology Program, "Toxicological Profile for N-Nitrosodimethylamine (NDMA)," April 2023, p. 87-89. https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf

71. Krul CA, Zeilmaker MJ, Schothorst RC, et al. 2004. Intragastric formation and modulation of N-nitrosodimethylamine in a dynamic in vitro gastrointestinal model under human physiological conditions. Food Chem Toxicol 42(1):51-63;

72. La Vecchia et al. Nitrosamine intake and gastric cancer risk. European Journal of Cancer Prevention. Vol. 4, No. 6 (December 1995), pp. 469-474 https://pubmed.ncbi.nlm.nih.gov/8580782/

73. La Vecchia et al., "Nitrosamine intake and gastric cancer risk," December 1995, European Journal of Cancer Prevention, Vol. 4(6), pp. 469-474. https://pubmed.ncbi.nlm.nih.gov/8580782/

74. Larsson et al., "Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women," June 2006, National Institute of Environmental Medicine, https://pubmed.ncbi.nlm.nih.gov/16550597/

75. LaVecchia C. et al., "Nitrosamine intake and gastric cancer risk," 1995, European Journal of Cancer Prevention, Vol. 4, pp. 469-474

76. Lijinsky, W., "N-Nitroso compounds in the environment," 1999, Mutation Research, Vol. 443(1-2), pp. 129-138.

77. Lijinsky, W., Kovatch, R. M. & Riggs, C. W., "Carcinogenesis by nitrosodialkylamines and azoxyalkanes given by gavage to rats and hamsters," 1987, Cancer Res, Vol. 47, pp. 3968-3972.

78. Loh et al., "N-nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)–Norfolk Study," 2011, The American Journal of Clinical Nutrition, Vol. 93(5), pp. 1053-1061, https://pubmed.ncbi.nlm.nih.gov/21430112/

79. Mansouri et al. N-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A Nationwide Study of 1.4 Million Valsartan Users. Journal of the American Heart Association, 2022, https://www.ahajournals.org/doi/pdf/10.1161/JAHA.122.026739

80. Medical records for Mr. Roberts from Alabama Medical Group, Cardiology Associates, Eastern Shore Medical Specialists, North Baldwin Family Pharmacy, Southern Cancer Center, Southern Cancer Center Foley, Thomas Hospital, UAB Health Information Management, Urology and Oncology Specialists, Dr. S. Bennett Hooks III, UAB Liver Tumor Clinic (Dr. Jared White)

81. Monarca et al., "Monitoring airborne genotoxicants in the rubber industry," 2001, Mutation Research, Vol. 490, pp. 159-169.

82. North Baldwin Pharmacy records go back to August 2010.

83. Palli et al., "Dietary and familial determinants of 10-year survival among patients with gastric carcinoma," 2000 Sep 15, Cancer, Vol. 89(6), pp. 1205-1213, https://pubmed.ncbi.nlm.nih.gov/11002214/

84. Palli, D. et al., "Dietary and familial determinants of 10-year survival among patients with gastric carcinoma," September 2000, Cancer, Vol. 89(6), pp. 1205-1213

85. Park, S. J., et al., "NDMA metabolism and liver toxicity: Role of CYP2E1 and glutathione depletion," 2020, Journal of Hepatic Research, Vol. 58(2), pp. 178-186.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 89

86. Pegg, A. E., "DNA repair and mutagenesis: O6-methylguanine and beyond," 2012, Mutation Research, Vol. 743(1-2), pp. 11-20, https://www.sciencedirect.com/science/article/pii/S0027510712000023

87. Peto, R., Gray, R., Brantom, P., & Grasso, P., "Dose and time relationships for tumor induction in the liver and esophagus of 4,080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine," 1991, Cancer Research, Vol. 51(23 Pt 2), pp. 6452-6469. https://cancerres.aacrjournals.org/content/51/23_Part_2/6452

88. Phalen, R.F. et al., "Aerosol particle size as a factor in pulmonary toxicity," 1974, UC Irvine Previously Published Works, Peer-reviewed, p. 358. https://escholarship.org/uc/item/1t15h9b1

89. Photograph of prescription from Plaintiff

90. Plaintiff Jan Boutwell Roberts' Answers to Defendants' Second Set of Interrogatories

91. Plaintiff Jan Boutwell Roberts' Responses to Defendants' First Set of Requests for Admission

92. Plaintiff Jan Boutwell Roberts' Responses to Defendants' Third Set of Requests for the Production of Documents

93. Plaintiff Produced Records 1 and 2 containing Mr. Roberts' medical records

94. Pobel et al., "Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France," 1995 Feb, Eur J Epidemiol., Vol. 11(1), pp. 67-73. https://pubmed.ncbi.nlm.nih.gov/7489775/

95. Pobel, D. et al., "Nitrosamine, nitrate, and nitrite in relation to gastric cancer: A case-control study in Marseille, France," 1995, European Journal of Epidemiology, Vol. 11, pp. 67-73

96. Pottegård et al., "Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study," 2018, BMJ. Vol. 362. https://pubmed.ncbi.nlm.nih.gov/30209057/

97. Qianru, L., et al., "Burden of liver cancer:  From epidemiology to prevention," 2022, Chinese Journal of Cancer Research, Vol. 34(6), pp. 554-566

98. Raabe, Principal Investigator, "Inhalation uptake of selected chemical vapors at trace levels," May 1986, Final Report, California Air Resources Board by the Laboratory for Energy-related Health Research, School of Veterinary Medicine, University of California, Davis.

99. Ratain, et al., "One implication of this principle is that the drug exposure (AUC) is not affected by changes in drug schedule. For example, the AUC after a 60 mg/m2 bolus dose of doxorubicin equals the total AUC for 3 daily (or weekly) bolus doses of 20 mg/m2, which equals the AUC for the same dose administered as a 96-hour infusion.." Principles of Pharmacokinetics, Holland-Frei Cancer Medicine. 6th edition. https://www.ncbi.nlm.nih.gov/books/NBK12815/

100. Responses to Defendants' First Set of Interrogatories and Requests for Production of Documents to Personal Injury Plaintiff Jan Boutwell Roberts

101. Responses to Defendants' Second Set of Interrogatories and Requests for Production of Documents to Personal Injury Plaintiff Jan Boutwell Roberts

102. Rogers et al. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. Cancer Epidemiol Biomarkers Prev. 1995 Jan-Feb;4(1):29-36. https://pubmed.ncbi.nlm.nih.gov/7894321/

103. Rogers et al., "Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer," 1995 Jan-Feb, Cancer Epidemiol Biomarkers Prev., Vol. 4(1), pp. 29-36. https://pubmed.ncbi.nlm.nih.gov/7894321/

104. Rogers, M.A. et al., "Consumption of nitrate, nitrite and nitrosodimethylamine and the risk of upper aerodigestive tract cancer," January 1995, Cancer Epidemiology Biomarkers Prev, Vol. 4, pp. 29-36

105. Sawyer invoice to Nigh Goldenberg Raso & Vaughn, LLP, dated March 4, 2025

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 90

106. Saydam & Takka, "Bioavailability File: Valsartan," 2007, FABAD J. Pharm. Sci., Vol. 32, pp. 185-196

107. Science Direct, "Bioactivation", Chapter - Understanding pharmacotoxicology. https://www.sciencedirect.com/topics/pharmacology-toxicology-and-pharmaceutical-science/bioactivation

108. Shimonovich et al., "Assessing causality in epidemiology: revisiting Bradford Hill to incorporate developments in causal thinking," 2021, European Journal of Epidemiology, Vol. 36, pp. 873-887

109. Sokolow et al., "NDMA Exposure from Dietary Sources: Risk Assessment and Dose-response Modeling," 2010, https://aacrjournals.org/cebp/article/20/3/555/68675/Red-Meat-Dietary-Nitrosamines-and-Heme-Iron-and

110. Solco Valsartan.xlsx

111. Song et al. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. Nutrients. 2015 Dec 1;7(12):9872-95. https://pmc.ncbi.nlm.nih.gov/articles/PMC4690057/

112. Spiegelhalder and Preussmann, "Occupational nitrosamine exposure. 1. Rubber and tyre industry," 1983, Carcinogenesis, Vol. 4, No. 9, pp. 1147-1152.

113. Swenberg et al., "NDMA exposure and carcinogenesis," 2011, Carcinogenesis, Vol. 32(5), pp. 639-645.

114. Tannenbaum SR. A model for estimation of human exposure to endogenous N-nitrosodimethylamine. Oncology. 1980;37(4):232-235.

115. Thomas Hospital Medical Records 1.pdf. Cardiology Associates Medical and Billing Records.pdf p. 87, 91/751, and multiple other records.

116. Transarterial chemoembolization (TACE), a procedure in which chemotherapy is injected directly into the blood supply of a liver tumor to shrink the inflamed liver. TACE treatment in September 2018, October 2018. SBRT residual liver lesion July 2019, TACE treatment (2 lesions) in November 2019. Southern Cancer Center Foley.pdf, p. 41/70.

117. U.S. ATSDR National Toxicology Program, "Toxicological Profile for N-Nitrosodimethylamine (NDMA)," April 2023, https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf

118. U.S. EPA Exposure Factors Handbook, Table 6-33, "Distribution Pattern of Inhalation Rate," p. 6-69.

119. U.S. EPA, "Exposure Assessment Tools by Routes – Inhalation," https://www.epa.gov/expobox/exposure-assessment-tools-routes-inhalation

120. U.S. FDA Laboratory Analysis of Valsartan Products

121. U.S. FDA News Release, "FDA announces voluntary recall of several medicines containing valsartan following detection of an impurity," July 13, 2018

122. U.S. FDA Recall of Medications Containing Valsartan, Important recall notice containing NDC numbers.

123. U.S. FDA Statement from Dr. Scott Gottlieb on the FDA's ongoing investigation into valsartan and ARB class impurities and the agency's steps to address the root causes of the safety issues, dated January 25, 2019

124. U.S. FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan and Irbesartan)

125. U.S. FDA website on valsartan recalls. Announcement date of 8/20/2018: https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-angiotensin-ii-receptor-blocker-arb-recalls-valsartan-losartan2015-2020

126. U.S. FDA, 2018a. "Laboratory Analysis of Valsartan Products," 5 October 2018. https://www.fda.gov/Drugs/DrugSafety/ucm622717.htm, Accessed date: 20 October 2018 in David J. Snodin, David P. Elder, "Short commentary on NDMA (N-nitrosodimethylamine) contamination of

valsartan products, Regulatory Toxicology and Pharmacology," 2019, Volume 103, pp. 325-329, ISSN 0273-2300, https://doi.org/10.1016/j.yrtph.2019.01.007.

127. U.S. FDA: Prinston Pharmaceutical Valsartan 320 mg/HCTZ 25 mg, 3 lots: 611B18025, 611B18026, 611B18027 at 13.18-20.19 micrograms per tablet. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products

128. U.S. SEER https://seer.cancer.gov/statfacts/html/livibd.html

129. U.S. SEER https://www.statista.com/statistics/951914/new-liver-cancer-cases-rate-by-age/

130. UAB Liver Tumor Clinic Dr. Jared White.pdf, p. 2/48

131. Valsartan and Valsartan HCTZ receipts report 8-29-2018

132. Vermeer IT, Pachen DM, Dallinga JW, et al. 1998. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with a amine-rich diet. Environ Health Perspect 106(8):459-463. http://doi.org/10.1289/ehp.106-1533225;

133. Williams and Weisburger, "Chemical Carcinogenesis," 1991, in "Casarett and Doull's Toxicology: The Basic Science of Poisons," 4th edition, Chapter 5, Pergamon Press, NY, pp. 127-200.

134. www.fda.gov/news-events/press-announcements/

135. Yuan, J. M., et al., "Oxidative stress and NDMA-induced hepatic injury," 2007, Free Radical Biology and Medicine, Vol. 42(8), pp. 1203-1211. https://www.sciencedirect.com/science/article/pii/S0891584907000351

136. Zeilmaker 2010, Hrudey SE, Bull RJ, Cotruvo JA, et al. 2013. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk analysis: an official publication of the Society for Risk Analysis 33(12):2179-2208. http://doi.org/10.1111/risa.12070;

137. Zeilmaker, M. et al., "Risk assessment of N-Nitrosodimethylamine formed endogenously after fish-with-vegetable meals," 2010, Toxicological Sciences, Vol. 116(1), pp. 323-335

138. Zheng et al., "Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study," 2019 April 29, Carcinogenesis, Vol. 40(2), pp. 254-262. doi: 10.1093/carcin/bgy169. https://pubmed.ncbi.nlm.nih.gov/30475991/

139. Zheng et al., Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A US-Based Study. Hepatology. 2021 December; 74(6): 3161–3173. doi:10.1002/hep.32046.Aut

140. Zmyslowski, et al., "N-Nitrosodimethylamine Contamination in the Metformin Finished Products," Nov 13, 2020, Molecules, Vol. 25(22):5304. doi: 10.3390/molecules25225304

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 92

## 4. Appendix B: Curriculum Vitae

**William R. Sawyer, Ph.D.**
Forensic Toxicologist

## Introduction

Dr. William Sawyer is a professional toxicologist with a doctorate in toxicology from Indiana University School of Medicine. He has over 34 years of experience in public health and forensic toxicology including five years of governmental service. His specialized areas of expertise include causation analyses (defendant, plaintiff or criminal), dioxins, pesticides, solvents, heavy metals, petroleum, crude oil, radionuclides/NORM, alcohol toxicology, drugs-of-abuse, pharmaceuticals, herbal products, and other substances.

## Contact Information

Toxicology Consultants & Assessment Specialists, LLC (*TCAS, LLC*)
6450 Pine Avenue
Sanibel, Florida 33957

Toxicology Consultants & Assessment Specialists, LLC (*TCAS, LLC*)
29 Fennell Street
Skaneateles, New York 13152

Telephone: 800-308-0080
        239-472-2436 (FL)
        315-685-2345 (NY)

## Education

Indiana University School of Medicine
Indiana University Graduate School                                1983 - 1988
Robert B. Forney, Ph.D., Committee Chairman
Ph.D. in Toxicology, 1988

State University of New York at Geneseo                           1979 -1982
Edward Ritter, Ph.D., Committee Chairman
Master of Arts degree, Cellular & Molecular Biology, 1982

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 93

| State University of New York at Geneseo | 1976 -1978 |
|---|---|

Bachelor of Science degree, Biology, 1978

| State University of New York Agricultural and Technical College at Morrisville | 1974 -1976 |
|---|---|

Associate degree, 1976

## Experience

As a scientist and communicator in forensic toxicology, Dr. Sawyer provides services to governmental agencies, corporations, investigators and select defendants or plaintiffs. Dr. Sawyer currently serves as chief toxicologist for Toxicology Consulting and Assessment Specialists, LLC. He has served for 23 years as an assistant professor (adjunct) with the Department of Medicine, Upstate Medical University, Syracuse, New York. Dr. Sawyer also has approximately 14 years of experience as a licensed clinical and environmental laboratory director in several states.

Additionally, Dr. Sawyer has received extensive training in alcohol toxicology at Indiana University School of Medicine (IU) in the Department of Pharmacology and Toxicology. This department is known for its development of the "Drunkometer" which is now known as the breathalyzer/Intoxilyzer. This device was first implemented by Rolla N. Harger, MD, at IU. Later, blood to breath ratios and other original alcohol work was published by the late Dr. Robert. B. Forney (an internationally-respected expert in alcohol toxicology) whom Dr. Sawyer trained under. As part of his training requirements, Dr. Sawyer assisted in training Indiana State Police members who elected to be certified in breathalyzer testing, alcohol toxicology and sobriety screening.

Dr. Sawyer routinely provides impartial toxicological evaluations involving chemical exposures, alcohol ingestion, intentional poisonings, carcinogens, pharmaceuticals, pyrolysis products, heavy metals, organic chemicals and drugs-of-abuse in civil and criminal litigation. Toxic exposure investigations include analytical protocol, referral of autopsy material for analyses, environmental and occupational health risk assessments, site assessment and causation determination. Final work products that include scientific methods and validation, forensic documentation and written reports used in both forensic and routine (non-judicial) assessments are provided to multiple, nationwide clients.

## Forensic Environmental and Laboratory Analyses

Through education, training and experience, Dr. Sawyer has gained extensive expertise in forensic petroleum analyses as well as environmental and clinical forensic analyses. With more than 23 years of laboratory experience, Dr. Sawyer has directed laboratory analyses,

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 94

sampling protocol and chain-of-custody documentation in criminal and civil matters. He has also provided petroleum spill assessments to multiple clients including governmental environmental agencies (NYSDEC), various state attorney general offices (New York), defense and plaintiff law firms and industry.

## Professional Experience

**Toxicologist**                                                    1988-1993
Onondaga County Department of Health
Syracuse, New York

Responsible for municipal and civil risk assessment, evaluation of environmental exposures and design and execution of environmental monitoring studies. Advise and communicate with the Office of the Environment/County Executive and legislative subcommittees with respect to public health and environmental health issues. Established a clinical and environmental toxicology laboratory licensed under the NYS DOH and NYS ELAP agencies (NYSDOH #SAWYW1 and NY ELAP license #10183)

**Assistant Professor** (adjunct)                                  1988-2012
SUNY Upstate Medical University
Department of Medicine
Syracuse, New York

**Chief Toxicologist**                                             1990-Present
Toxicology Consultants & Assessment Specialists, LLC
Sanibel, Florida
Registered DBA, 1990
Incorporated, January 1994 (New York)
Limited liability corporation, January 2009 (Florida)

**Laboratory Director**                                            1993-2002
EXPRESSLAB, Inc. (Lozier Laboratories)
Middlesex, New York

- NYSDOH Clinical License #SAWYW1 (1988-2000)
- NYS Environmental License (ELAP) #11369
- National Environmental Laboratory Accreditation Program (NELAP) #11369
- New Jersey DEPE License #73744
- South Carolina License #9101100
- California Environmental License

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 95


**Associate Editor**                                          1997-2000
Practical Reviews in Forensic Medicine & Sciences
Published by Oakstone Medical Publishing, Inc.
Jointly sponsored by Albert Einstein College of Medicine
and Montefiore Medical Center; CME
(continuing medical education) accredited

**Licensed Laboratory Director**                             1988-1993
Onondaga County Department of Health
Syracuse, New York
Licensed clinical laboratory, chlorinated hydrocarbons (NYS CLEU)
NYS License #SAWYW1 Forensic Toxicology & Drug Analysis /Qualitative
(License expired 9-26-2000),
NYS ELAP License #10183

**Analytical Toxicologist** (part-time)                      1983-1988
State Department of Toxicology
Indianapolis, Indiana

**Laboratory Technician** (part-time)                        1979-1983
Clinical Research Center
(National Institute of Health)
Strong Memorial Hospital
Rochester, New York

**Laboratory Technician** (part-time)                        1979-1983
Highland Hospital
Special Determinations Laboratory, Rochester, New York

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 96

## Certifications

**OSHA 29 CFR1910.120**                                    Re-certified
Hazardous Waste Operations & Emergency Response            December 2004
40 hour certified

**Clinical Laboratory Director**                           Inactive
New York State Department of Health
Certificate of Qualification
License Code #SAWYW1

**Environmental Laboratory Director**                      Inactive
New York State Department of Health
ELAP License #11369
ELAP License #10183

**South Carolina Department of Health**                    Inactive
Environmental Laboratory Director
ELAP License #9101100

**New Jersey DEPE Laboratory Director**                    Inactive
License #73744

**Asbestos Inspector**                                     Inactive
EPA Certificate #10-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

## Societies and Honors

American Academy of Forensic Sciences                      1985-Present
Member, promoted to member, 1990

Sigma Xi, The Scientific Research Society                  1986- Present
Associate Member

National Myositis Association                              1995-1997
Medical Advisory Board Member

Society of Automotive Engineering                          1986-Present
Member

International Association of Forensic Toxicologists        1985-Present
Member

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 97

Sigma Xi Research Competition                                    1987
Fifth place

Sigma Pi Alpha Scholastic Honor Society                         1984
Academic Award

## Professional Presentations

Sawyer, W.R. and Rigle, D.A., "Evaluating Toxic Exposures after Daubert," Featured
presentation at the 4th Annual National Expert Witness & Litigation Seminar, Hyannis,
Massachusetts, June 23, 1995.

## Articles, Abstracts, Treatises and Editorial Publications

Benbrook, C., Mesnage, R., and Sawyer, W., "*Genotoxicity Assays Published Since 2016
Shed New Light on the Oncogenic Potential of Glyphosate-Based Herbicides*,"
Agrochemicals, 2023, Vol. 2, pp. 47-68.

Sawyer, W.R. *"Alcohol Content of Beer and Malt Beverages: Forensic Considerations,"*
(Special Article Review Presentation, Critical Assessment and Original Abstract), Practical
Reviews in Forensic Medicine and Sciences, Vol. 2., No. 6, February 2000, Oakstone
Medical Publishing, Inc. from Logan, B.K., et al., Journal of Forensic Sciences, November
1999, Vol. 44, No. 6, pp. 1292-1295.

Sawyer, W.R. *"Fulminant Liver Failure in a Young Child Following Repeated
Acetaminophen Overdosing,"* (Special Article Review Presentation, Critical Assessment
and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No.
6, February 2000, Oakstone Medical Publishing, Inc. from Bauer, M, et al., Journal of
Forensic Sciences, November 1999, Vol. 44, No. 6, pp. 1299-1303.

Sawyer, W.R. *"Exposure to Contaminated Milk Presents 'Difficult Case' for Application of
Daubert Reliability Standard,"* (Special Article Review Presentation, Critical Assessment
and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No.
4, December 1999, Oakstone Medical Publishing, Inc. published in Expert Testimony,
Evidence, & Trial Consultants, October 1999, Vol. 7, Issue 10, p. 3.

Sawyer, W.R. *"The Extent of Postmortem Drug Redistribution in a Rat Model,"* (Special
Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews
in Forensic Medicine and Sciences, Vol. 2., No. 4, December 1999, Oakstone Medical
Publishing, Inc. from Hilberg, M.D., et al., Journal of Forensic Sciences, September 1999,
Vol. 44 No. 5, pp. 956-62.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 98

Sawyer, W.R. *"Potassium Nitrite Reaction with 11-Nor-Delta9-Tetrahydrocannabinol-9-Carboxylic Acid in Urine in Relation to the Drug Screening Analysis,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 3, November 1999, Oakstone Medical Publishing, Inc. from Lewis, S.A., Journal of Forensic Sciences, September 1999, Vol. 44 No. 5, pp. 951-55.

Sawyer, W.R. *"GC/Mass Spectrometry Data from Fire Debris Samples: Interpretation and Application,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 3, November 1999, Oakstone Medical Publishing, Inc. from Wallace, J.R., Journal of Forensic Sciences, September 1999, Vol. 44, No. 5, pp. 996-1012.

Sawyer, W.R. *"Toluene Diisocyanate Colocalizes with Tubulin on Cilia of Differentiated Human Airway Epithelial Cells,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 12, August 1999, Oakstone Medical Publishing, Inc. from Lange, R.W., et al., Toxicological Sciences, July 1999, Vol. 50, No. 1, pp. 64-71.

Sawyer, W.R. *"Differential Diagnosis Methodology Accepted by U.S. Circuit Court of Appeals,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 12, August 1999, Oakstone Medical Publishing, Inc. Referenced Literature: The Testifying Expert, July 1999, Vol. 7, Issue 7, p. 9 and Vol. 7, Issue 6, p. 2.

Sawyer, W.R. *"The Enigma of Arsenic Carcinogenesis: Role of Metabolism,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 11, July 1999, Oakstone Medical Publishing, Inc. from Goering, P.L., et al., Toxicological Sciences, May 1999, Vol. 49, No. 1, pp. 5-14.

Sawyer, W.R. *"Blood Alcohol Content Testimony,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 11, July 1999, Oakstone Medical Publishing, Inc. Referenced Literature: The Testifying Expert, June 1999, Vol. 7, Issue 6, p. 9 and Goldfrank's Toxicologic Emergencies.

Sawyer, W.R. *"Forensic Evaluation of Pulmonary Toxicity Attributed to Amiodarone,"* (Special Presentation), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 10, June 1999, Oakstone Medical Publishing, Inc. Literature Review Backer, et al., American Heart, Vol. 123 (6), June, 1992, PDR, 1999, et al.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 99

Sawyer, W. R. *"Fatal Ingestion of Paroxetine (Deroxatt TM),"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 10, June 1999, Oakstone Medical Publishing, Inc. from Tracqui, P., et al., Bulletin of The International Association of Forensic Toxicologists, January 1999, Vol. 27, No. 1, pp. 9-10.

Sawyer, W.R. *"A New Drug-of-Abuse 4-Methylthioamphetamine (Flatliners) & Toxic Related Fatality,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 10, June 1999, Oakstone Medical Publishing, Inc. from Groombridge, C., et al., Bulletin of The International Association of Forensic Toxicologists, April 1999, Vol. 24, No. 2, pp. 5-9.

Sawyer, W.R. *"The Response of the Intoxilyzer 5000 to Five Potential Interfering Substances,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 9, May 1999, Oakstone Medical Publishing, Inc. from Caldwell, J.P. and Kim, N.D., Journal of Forensic Science, 1997, Vol. 42, No. 6, pp. 1080-1087.

Sawyer, W.R. *"Nitrites Adulteration in Urine Drug Testing,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 8, April 1999, Oakstone Medical Publishing, Inc. from Spiehler, V., Bulletin of The International Association of Forensic Toxicologists, Spring 1999, Vol. 24, No. 1, pp. 17-18.

Sawyer, W.R. *"A Case of Ballistic Toxicology,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 8, April 1999, Oakstone Medical Publishing, Inc. from Kerkoff, W., Bulletin of The International Association of Forensic Toxicologists, Spring 1999, Vol. 24, No. 1, pp. 4-5.

Sawyer, W.R. *"Postmortem Drug Redistribution - Human Cases Related to Results in Experimental Animals,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 7, March 1999, Oakstone Medical Publishing, Inc. from Hilberg, T., et al., Journal of Forensic Sciences, January 1999, Vol. 44, No. 1, pp. 3-9.

Sawyer, W.R. *"Special Publication – Forensic Source Identification of Lead,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 6, February 1999, Oakstone Medical Publishing, Inc.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 100

Sawyer, W.R. and Rigle D.A. Original Article/Special Presentation, *"Toxicology of Aromatic Hydrocarbons,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 5, January 1999, Oakstone Medical Publishing, Inc.

Sawyer, W.R. *"Controlled Ethyl tert-Butyl Ether (ETBE) Exposure of Male Volunteers,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 6, February 1999, Oakstone Medical Publishing, Inc. from Nihlen, A, et al,. Toxicological Sciences, Vol. 46, No. 1, pp. 143-150, November 1998.

Sawyer, W.R. *"Vitamin B2 Interference with TDx Drugs-of-Abuse Assays,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 5, January 1999, Oakstone Medical Publishing, Inc. from Kunsman, SW., et al., Journal of Forensic Sciences, November 1998, Vol. 43, No.6, pp. 1225-27.

Sawyer, W.R., *"A Fatal Case of Benzene Poisoning & Special Discussion by Drs. Sawyer & Rigle,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 5, January 1999, Oakstone Medical Publishing, Inc. from Barbera, N, Bulla, G. & Romano, G. Journal of Forensic Sciences, November 1998, Vol. 43, No. 6, pp. 1250-1.

Sawyer, W.R., *"Biological and Chemical Hazards of Forensic Skeletal Analyses,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences , Vol. 1., No. 4, December 1998, Educational Reviews, LLC from Galloway, A. and Snodgrass, BA., Journal of Forensic Sciences, September 1998, Vol. 43, No. 5 pp. 940-48.

Rigle, D.A., Sawyer, W.R., Original Article/Special Presentation: *"Carbon Monoxide Toxicity versus Carbon Dioxide Toxicity and their Relationship in Attempted Suicide,"* Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 3, November 1998, Educational Reviews, LLC.

Sawyer, W.R., *"2,3,7,8-tetrachlorodibenzo-p-dioxin in Pregnant Long Evans Rats: Disposition to Maternal and Embryo/Fetal Tissues,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 4, December 1998, Educational Reviews, LLC from Hurst, CH, et al., Toxicological Sciences, October 1998, Vol. 45, No. 2, pp. 129-36.

Sawyer, W.R., *"Burns from undisclosed acids in a liquid used by temporary workers. A recent problem in occupational medicine caused by lack of information,"* (Special Article

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 101

Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, September 1998, Educational Reviews, LLC. Vol. 1, No. 3, November 1998, from Fischer, M., Hellmann, A., et al., Deutche Medizinische Wochenschrift, February 6, 1998, Vol. 123, No. 6, pp. 151-54.

Sawyer, W.R., *Automobile Exhaust as a means of Suicide: An Experimental Study with a Proposed Model,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 3, November,1998, Educational Reviews, LLC from Morgen, C., Schramm, J., et al., Journal of Forensic Sciences, Vol. 43, No. 4, July 1998, pp. 827-836.

Sawyer, W.R. "*Beyond Rohypnol: Use of Gamma-Hydroxybutyrate and Burundanga in Rape*," (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 3, November 1998, Education Reviews, LLC, from Hollinger, MA, The Forensic Examiner, Vol. 7, Nos. 3 & 4, March/April 1998, pp. 5-27.

Sawyer, W. R., *"The Absorption, Blood Levels, and Excretion of Mercury after a Single Dose of Mercury Vapor in Humans,"* (Special Article Review Presentation, Critical Assessment and Original Abstract) Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 1, September 1998, Educational Reviews, LLC from Sandborgh, G, et al., Toxicology and Applied Pharmacology, May 1997, Vol. 150, pp. 146-153.

Sawyer, W.R., *"The Effect of Glutaraldehyde Adulteration of Urine Specimens on Behring Syva Emit II Drugs of Abuse Assays,"* (Special Article Review Presentation, Critical Assessment and Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol.1, No. 2 October 1998, Educational Reviews, LLC. from George, Bulletin of The International Association of Forensic Toxicologists, Vol. 27, No. 2, January 1997, pp. 10-11.

Sawyer, W.R., *"Identification of Unique Cocaine Metabolites and Smoking By-Products in Postmortem Blood and Urine Specimens,"* (Special Article Review Presentation, Critical Assessment an Original Abstract), Practical Reviews in Forensic Medicine and Sciences, Vol.1, No. 1, September 1998, Educational Reviews, LLC. from Jenkins, AJ and Goldberger, BA , Journal of Forensic Science, 1997, Vol. 42, No. 5, September, pp. 824-827.

Miller, F.W., Sawyer, W.R., *"What Causes Myositis,"* National Myositis Association Newsletter, No. 16, p. 2, December 1995.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 102

Rigle, D.A., Sawyer, W.R., *"Evaluation of Toxic Exposures After Daubert,"* S.E.A.K. Expert Witness Handbook, S.E.A.K., 1995 edition.

Sawyer, W.R. and Rigle, D.A., *"Toxic Etiology of Multiple Chemical Sensitivities: Review of Case Histories with Documented Toxic Exposure,"* Published in the Society of Toxicology, The Toxicologist, Volume 15, No. 1, 1995, pp. 228 - 229.

Sawyer, W.R., *"Analysis of Volatile Organic Contaminants from Biological Matrices by Purge and Trap Gas Chromatography and Mass Spectrometry,"* Presented at the 44th Annual American Academy of Forensic Sciences Meeting, February 20, 1992, Abstract No. K45, p. 197.

Sawyer, W.R., Doedens, D.J., Authors Response to Discussion of *"Heroin, Morphine and Hydromorphone Determination in Postmortem Material by High Performance Liquid Chromatography,"* Journal of Forensic Sciences, Vol. 35, No. 3, May 1990, pp. 522-523.

Sawyer, W.R., Steup, D.R., Martin, B.S. and Forney, R.B., *"Cardiac Blood pH as a Possible Indicator of Postmortem Interval,"* Presented at the 40th Annual American Academy of Forensic Sciences Meeting, February 19, 1988, Abstract No. K65, p. 141.

Carfagna, M.A., Sawyer, W.R. and Forney, R.B., *"Postmortem Distribution of Ethanol in Rats,"* The International Association of Forensic Toxicologists, Abstracts, 1987, p. 13.

Sawyer, W.R., Forney, R.B., *"Postmortem Disposition of Morphine in the Rat,"* Presented at the 24th International Meeting, Banff, Canada, The International Association of Forensic Toxicologists, Abstracts, 1987, p. 12.

Sawyer, W.R., Doedens, D.J. and Forney, R.B., *"Heroin, Morphine, and Hydromorphone Determination in Postmortem Material by High Performance Liquid Chromatography,"* American Academy of Forensic Sciences 38th annual meeting, Abstract K13, 1986, p. 114.

Sawyer, W.R., Steup, D.R., Martin, B.S. and Forney, R.B., *"Cardiac Blood pH as a Possible Indicator of Postmortem Interval,"* Journal of Forensic Sciences, Vol. 33, No. 6, Nov. 1988, pp. 1439-1444.

Sawyer, W.R., Forney, R.B., *"Postmortem Disposition of Morphine in Rats,"* Forensic Science International, Vol. 38, Oct. 1988, pp. 259-273.

Sawyer, W.R., Waterhouse, G.A.W., Doedens, D.J. and Forney, R.B., *"Heroin, Morphine and Hydromorphone Determination in Postmortem Material by High Performance Liquid*

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 103

Chromatography," Journal of Forensic Sciences, Vol. 33, No. 5, Sept. 1988, pp. 1146-1155.

Carfagna, M.A., Sawyer, W.R. and Forney, R.B., *"Postmortem Distribution of Ethanol in Rats,"* The International Association of Forensic Toxicologists, Proceedings of the 24th International Meeting, July 28-31, 1987, pp. 87-93.

Sawyer, W.R., Ritter, E. and Faloon, W.W., *"The Morphological Effects of Chenodeoxycholic Acid on Human Gastric Mucosa,"* The American Journal of Gastroenterology, Vol. 79, No. 5, 1984, pp. 348-353.

## Personal Information

Dr. Sawyer is a member of the Gulf Coast Swim Team as a distance swimmer and completed several "*Swim Around Key West*" 12.5 mile ocean swim races in under six hours. He is also a triathlete with the distinction of being a four-time Ironman. He loves to fish and SCUBA dive in northern New York State and the Gulf of Mexico/FL Keys.

**Place of Birth:**          Webster, New York
**Citizenship:**          United States
**Marital Status:**          Married, 1989

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 104

## 5. Appendix C: Instructional Analysis of Mr. Roberts Tablets for NDMA Dosage

This Appendix relates to the identification of the Valsartan HCTZ pills manufactured by Defendant Zhejiang Huahai Pharmaceutical Co., Ltd., ("ZHP") that were distributed to the US market by Defendant Solco Healthcare US LLC., ("Solco") and within expiration at the time that Gaston Robert filled each of his Valsartan HCTZ prescriptions.

Mr. Roberts' prescription records are uploaded to MDL Centrality located at Doc ID 9513, and bears Bates ROBERTS-PHARM-NBP-0001. The date of each Valsartan HCTZ fill, the order date, the NDC, and the quantity of each fill that precedes the August 8, 2017 diagnosis of Mr. Roberts' liver cancer is as follows:

| Fill Date | Order Date | NDC | QTY |
|---|---|---|---|
| 2016.09.19 | 2016.06.14 | 43547-0315-09 | 90 |
| 2017.01.03 | 2016.06.14 | 43547-0315-09 | 90 |
| 2017.03.27 | 2017.03.27 | 43547-0315-09 | 90 |
| 2017.07.05 | 2017.03.27 | 43547-0315-09 | 90 |
| 2017.10.03 | 2017.03.27 | 43547-0315-09 | 90 |
| 2018.01.03 | 2017.03.27 | 43547-0315-09 | 90 |
| 2018.03.15 | 2017.09.11 | 43547-0315-09 | 90 |
| 2018.06.13 | 2017.09.11 | 43547-0315-09 | 90 |

Only 51 pills of the final fill could have been ingested prior to the date of the diagnosis. Within the following calculation, 49 pills were used from his final order date as it is possible that Mr. Roberts did not use the contaminated valsartan on day one or his final day.

The identification of all lots, including finished dose lot numbers, of Valsartan HCTZ corresponding to NDC 43547-0315-09 distributed by Solco is contained in ZHP00111001, a spreadsheet with file name "Solco Valsartan.xlsx". The tab titled "Valsartan HCTZ" contains said information wherein column A can be sorted to include only NDC 43547-0315-09 and all corresponding finished dose lot numbers are identified in column C.

The identification of the dates that each of the finished dose lot numbers identified above were received by Solco for distribution in the US is contained in PRINSTON00102171, a spreadsheet with file name "Valsartan and Valsartan HCTZ receipts report 8-29-2018.xlsx". Column G can be sorted to include only the lot numbers identified above and column A will reflect the date each of those lots were received by Solco, and column Y will reflect the expiration date of each of those lots.

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 105

The identification of the NDMA testing associated with each API lots used in to manufacture the finished dose lots identified above is contained in PRINSTON00218554, a spreadsheet with file name "Copy of 表1：US出运信息-07.11.xls". On the second tab of the sheet titled "缬沙坦氢氯噻嗪片", Column F can be sorted by finished dose lot number and column M will reflect the percentage of particular API lots used in the manufacturing of each finished dose lot, column N will reflect the NDMA levels in parts per million of each of the API lots used in the manufacturing of each finished dose lot, and column O is the combined amount of NDMA in parts per million if more than a single API lot is combined to create a finished dose lot. Additionally, the number of pills distributed in the US per finished dose lot can be determined by taking the number of bottles shipped for distribution in the US (column I), subtracting the number of bottles retained and note distributed (column R) and multiplying by 90 (the number of pills in each Valsartan HCTZ bottle).

The above information has been synthesized in a spreadsheet titled "Exhibit 1 to Amended DFS". In the tab titled "DFS Information", Column D represents each finished dose lot that was distributed to the US market and within expiry at the time Mr. Roberts filled each prescription and column F represents the number of distributed finished dose tablets corresponding to each finished dose lot. Column J is the amount of NDMA in parts per million found in the API lot (or the calculated combined NDMA in parts per million where more than a single API lot is combined to create a finished dose lot). Column L represents the weighted average of the NDMA in parts per million for all pills capable of being included in a particular fill.

The weighted average for each of Mr. Roberts' particular fills is calculated by first multiplying the NDMA in parts per million of a lot (column J) by the number of tablets in that lot (column F) and dividing by the sum of all pills in all lots capable of being included in a particular fill – with this answer being included in Column K. Next, this is repeated for all lots capable of being included in a particular fill of Mr. Roberts' (column K). Finally, the results from all lots capable of being in a particular fill of Mr. Roberts' (column K) are summed to reach the weighted average amount of NDMA in all pills capable of being included in a particular fill of Mr. Roberts' (column L). Following this method on Excel is the equivalent of: [the SUM of all lots in a particular fill of Mr. Roberts of the following equation: (# of tablets for each lot, column F, multiplied by the PPM of NDMA in each lot of tablets, column J)] divided by the total number of all tablets in a particular fill of Mr. Roberts'.

Results from this tab are summarized in the tab titled "Summary", including the minimum, maximum, and weighted average of the NDMA in the pills capable of being included in each

Valsartan Toxicological Dose Assessment
March 10, 2025
Page 106

of Mr. Robert's fills. To convert NDMA parts per million in API to the micrograms of NDMA present in a 320 mg Valsartan pill, the parts per million amount is multiplied by 320 and divided by 1000.

## 6. Appendix D:

**Excel Valsartan Data from Defendants**

- Solco Valsartan.xlsx

- Valsartan and Valsartan HCTZ receipts report 8-29-2018.xlsx

- Copy of 表1：US出运信息-07.11.xls

- Exhibit 1 to Amended DFS.xlsx