## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to the TPP Trial Claims | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>Chief District Court Judge |

### TPP TRIAL DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT[1]

Defendants are entitled to summary judgment for multiple reasons.

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, the undersigned counsel will bring Defendants' Motion for Summary Judgment. Defendants will ask for entry of an order granting summary judgment in favor of Defendants and dismissing the TPP Trial claims in their entirety, with prejudice.

---

[1] This Motion for Summary Judgment concerns the claims designated in Case Management Order No. 32 (the "TPP Trial Claims"); specifically, the claims of Plaintiff MSP Recovery Claims, Series LLC, as class representative of TPP Breach of Express Warranty subclass b, TPP Fraud subclass c, and TPP State Consumer Protection Laws subclass a (collectively, the "TPP Classes"), against the TPP Trial Defendants. (ECF 2343 at 1-2.) Defendants were previously granted summary judgment on the claims asserted by Implied Warranty subclass d. (ECF 2695 at 5.) In filing this motion, Defendants do not waive any arguments in favor of summary judgment with respect to any other claims asserted by any Plaintiff as to any Defendant(s) in this multidistrict litigation.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants shall rely upon the Brief submitted herewith, the L.R. 56.1 Statement of Material Facts Not in Dispute, and the Declaration of Nina Rose, Esq., together with exhibits; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: June 27, 2025   Respectfully submitted,

*/s/ Jessica Davidson*
**KIRKLAND & ELLIS LLP**
Jessica Davidson, P.C. (*pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4723
jessica.davidson@kirkland.com

Allison M. Brown, P.C.
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel: (215) 268-5000
alli.brown@kirkland.com

Nina R. Rose, P.C. (*pro hac vice*)
Jordan M. Schwartz (*pro hac vice*)
1301 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 389-3394
nina.rose@kirkland.com
jordan.schwartz@kirkland.com

*Attorneys for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd.,*

2

*Huahai U.S., Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*

**GREENBERG TRAURIG, LLP**
Steven M. Harkins
Lori G. Cohen, Esq.
Victoria Davis Lockard
Terminus 200
3333 Piedmont Rd., NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
harkinss@gtlaw.com
cohenl@gtlaw.com
lockardv@gtlaw.com

Gregory E. Ostfeld
Tiffany M. Andras
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
ostfeldg@gtlaw.com
andrast@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

**KIRKLAND & ELLIS LLP**
Devora W. Allon, P.C.
Alexia R. Brancato, P.C.
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
devora.allon@kirkland.com
alexia.brancato@kirkland.com

*Attorneys for Torrent Pharmaceuticals Ltd.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2025, a true and correct copy of the foregoing document was served upon counsel of record via operation of the Court's electronic filing system.

Dated: June 27, 2025

Respectfully submitted,

*/s/ Jessica Davidson*
Jessica Davidson, P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4723
jessica.davidson@kirkland.com