# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to the TPP Trial Claims** | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>Chief District Court Judge |

## [PROPOSED] ORDER GRANTING TPP TRIAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**THIS MATTER** having been brought before the Court by the TPP Trial Defendants' motion for summary judgment, in the above-captioned case, and for good cause shown;

**IT IS** on this _____ day of _____, 2025 hereby

**ORDERED** as follows:

1. Defendants' Motion for Summary Judgment is hereby **GRANTED**;

And

2. All of the TPP Trial claims are hereby dismissed **WITH PREJUDICE**.

_____
Honorable Renée Marie Bumb, U.S.D.J.

1