UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to the TPP Trial Claims | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>Chief District Court Judge |

**TPP TRIAL DEFENDANTS' SUPPLEMENTAL RULE 56.1(A) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civ. Rule 56.1(a), the undersigned TPP Trial Defendants hereby furnish their supplemental statement of materials facts as to which there does not exist a genuine issue.[1]

1. Plaintiffs' theory of loss in this litigation is that the valsartan medications at issue are "worthless." Plaintiffs most recently filed a Third Amended Complaint, which did not include any allegations in support of a diminished value or "worth less" theory of damages. (*See generally* Third Am. Compl., ECF 1708.)

2. Plaintiffs have repeatedly conceded that they lack the economic translation evidence required to proceed on a "worth less" theory, telling the Court:

---

[1] The TPP Trial Defendants incorporate herein the original statement of undisputed material facts supporting their motion for summary judgment filed last year. (*See* ECF 2571.)

"We don't have that [evidence] in this case." (Apr. 28, 2025 CMC Tr. 40:5-9, ECF 3039 (Plaintiffs' counsel stating that "[t]he jury needs to have somebody translate that, and that gets us into an economic sort of price premium model where the question is then put economically to someone to determine what impact to value or price or worth it has. We don't have that in this case."); *see id.* 41:10-14 ("[Court]: [T]here has to be an economic translation into risk and benefits, and I don't know what that economist looks like, but that's the piece that is missing. [Plaintiffs' counsel]: Yes. I agree, Your Honor.").)

    3.    The only economist Plaintiffs designated to testify as an expert was Dr. Rena Conti, whose "overarching testimony and opinion [is] that the VCDs are worthless, *i.e.*, have no value, because they were adulterated." (ECF 3018 at 26.)

    4.    No epidemiologic study has found that exposure to VCDs containing NDEA is associated with an increased risk of cancer.

    5.    Only three epidemiologic studies have assessed whether there is an association between the use of VCDs containing NDMA and an increased risk of cancer, and none of those studies identified an overall increased risk.

    6.    The first study, Pottegard 2018, found that "[o]verall, exposure to potentially (probably or possibly) NDMA contaminated valsartan products showed no association with cancer compared with exposure to valsartan products" that did not contain NDMA, with "no evidence of a dose-response relation." Anton Pottegard

2

et al., *Use of N-nitrosodimethylamine (NDMA) Contaminated Valsartan Products and Risk of Cancer: Danish Nationwide Cohort Study*, 362 BMJ 1, 3 (2018) ("Pottegard 2018") (Ex. 1 to Decl. of Nina Rose ("Rose Decl.")). Although the Pottegard 2018 authors' analyses of single-cancer outcomes noted "increased risks were seen for colorectal cancer . . . and for uterine cancer," it found "neither these nor other single cancer outcomes reached statistical significance[.]" *Id*. at 4.

7. The second study, Gomm 2021, similarly found no association with cancer overall and only a small association for liver cancer. Willy Gomm et al., *N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer*, 118 Deutsches Arzteblatt Int'l 357 (2021) (Rose Decl. Ex. 2). The study authors observed a lack of a dose-response, including for liver cancer, and emphasized that "[c]ausality cannot be inferred." *Id.* at 360.

8. The third and last study, Mansouri 2022, reported "no increased risk of overall cancer among exposed patients" and only "found a slightly increased risk" for liver cancer and melanoma, which the study authors noted may be explained by confounding factors. Imene Mansouri et al., *N-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A Nationwide Study of 1.4 Million Valsartan Users*, 11 J. Am. Heart Ass'n 1 (2022) (Rose Decl. Ex. 3). The study authors further reported that they "found no evidence of a dose-response relationship[.]" *Id.* at 9.

Dated: June 27, 2025                    Respectfully submitted,

/s/ Jessica Davidson
**KIRKLAND & ELLIS LLP**
Jessica Davidson, P.C. (*pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4723
jessica.davidson@kirkland.com

Allison M. Brown, P.C.
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel: (215) 268-5000
alli.brown@kirkland.com

Nina R. Rose, P.C. (*pro hac vice*)
Jordan M. Schwartz (*pro hac vice*)
1301 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 389-3394
nina.rose@kirkland.com
jordan.schwartz@kirkland.com

*Attorneys for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*

**GREENBERG TRAURIG, LLP**
Steven M. Harkins
Lori G. Cohen, Esq.
Victoria Davis Lockard
Terminus 200
3333 Piedmont Rd., NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385

harkinss@gtlaw.com
cohenl@gtlaw.com
lockardv@gtlaw.com

Gregory E. Ostfeld
Tiffany M. Andras
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
ostfeldg@gtlaw.com
andrast@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

**KIRKLAND & ELLIS LLP**
Devora W. Allon, P.C.
Alexia R. Brancato, P.C.
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
devora.allon@kirkland.com
alexia.brancato@kirkland.com

*Attorneys for Torrent Pharmaceuticals Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2025, a true and correct copy of the foregoing document was served upon counsel of record via operation of the Court's electronic filing system.

Dated: June 27, 2025

Respectfully submitted,

*/s/ Jessica Davidson*
Jessica Davidson, P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4723
jessica.davidson@kirkland.com