UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to the TPP Trial Claims | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>Chief District Court Judge |

## DECLARATION OF NINA ROSE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Nina Rose, declare as follows:

I am an attorney and a partner with the law firm Kirkland & Ellis LLP, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Prinston Pharmaceutical Inc., Huahai U.S., Inc., and Solco Healthcare U.S., LLC in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendants' Motion for Summary Judgment.

1. Attached hereto as **Exhibit 1** is a true and correct copy of Anton Pottegard et al., *Use of N-nitrosodimethylamine (NDMA) Contaminated Valsartan Products and Risk of Cancer: Danish Nationwide Cohort Study*, 362 BMJ 1, 3 (2018).

2. Attached hereto as **Exhibit 2** is a true and correct copy of Willy Gomm et al., *N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer*, 118 Deutsches Arzteblatt Int'l 357 (2021).

1

3. Attached hereto as **Exhibit 3** is a true and correct copy of Imene Mansouri et al., *N-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A Nationwide Study of 1.4 Million Valsartan Users*, 11 J. Am. Heart Ass'n 1 (2022).

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: June 27, 2025 | Respectfully submitted, |
| | */s/ Nina R. Rose* |
| | Nina R. Rose (*pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | 1301 Pennsylvania Avenue |
| | Washington, D.C. 20004 |
| | Tel: (202) 389-3394 |
| | nina.rose@kirkland.com |
| | |
| | *Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.* |