# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

June 27, 2025

**VIA ECF**

Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey 0810

Honorable Thomas I. Vanaskie (Ret.)
Special Master
Stevens & Lee
1500 Market St., East Tower,
 Suite 1800
Philadelphia, Pennsylvania 19103

Re: ***In re Valsartan, Losartan, and Irbesartan Liability Litigation*, Case No. 1:19-md-02875 (D.N.J.)**

Dear Chief Judge Bumb and Judge Vanaskie:

Please accept this letter on behalf of the Plaintiffs in advance of the July 1, 2025 case management conference.

1. **Plaintiffs' request to videotape trial testimony of organic chemistry expert Stephen Hecht, Ph.D. for Roberts and/or future trials.**

Plaintiffs wrote to Defendants on May 23, 2025, advising that Plaintiffs intend to videotape the testimony of Stephen Hecht, Ph.D., during the week of July 21 or July 28 (since the writing of the letter Dr. Hecht has recently confirmed that the

Honorable Renée Marie Bumb, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
June 27, 2025
Page 2

videotape would need to be conducted during the week of July 21). Dr. Hecht is Plaintiffs' expert in organic chemistry, and in particular with regard to nitrosamines. Defendants responded that they objected to proceeding with the videotaped deposition.

Plaintiffs request that the Court order that Plaintiffs may proceed with the videotaped testimony of Dr. Hecht, so that it can be used in the upcoming trials if necessary, and then going forward as trials proceed around the country. This litigation is now more than six years old, and Dr. Hecht's reports were served, his depositions taken, and *Daubert* motions were decided, years ago. From a global standpoint in this MDL litigation, Plaintiffs must ensure that Dr. Hecht's testimony, which will be needed for all trials involving ZHP's contaminated API, can be efficiently preserved to be utilized in the many trials that will likely occur around the United States. It is impractical to expect that Dr. Hecht, who is eighty-two years old, and who has already performed years of work in this litigation, will be perpetually available to testify in trials to be held around the country for years. It will be far more efficient and practical for his testimony to be videotaped so that it can be used when needed, regardless of where or when the trials proceed. In this context, Dr. Hecht was available to testify in the TPP trial that was scheduled and then postponed twice. Plaintiffs' application recognizes the reality that Dr. Hecht

Honorable Renée Marie Bumb, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
June 27, 2025
Page 3

cannot prepare for and attend trials indefinitely. It would be unfair and potentially devastating to Plaintiffs if Dr. Hecht's testimony is not timely preserved.

In addition to the overarching need to preserve the testimony, Dr. Hecht has a conflict during the upcoming *Roberts* trial that could impact his ability to testify in Plaintiffs' case depending on the schedule. Dr. Hecht has extensive ongoing research and other related activities at the University of Minnesota, including research grant submissions that require in person presentations to the proposed funding organizations when the organizations schedule the meetings. He has such a meeting scheduled during the upcoming *Roberts* trial.

Some background regarding Dr. Hecht's qualifications helps to demonstrate why Plaintiffs seek to preserve his testimony at this point in the litigation. Dr. Hecht lives in Minnesota, where he is employed by the University of Minnesota. For context, Dr. Hecht's background is summarized here. Dr. Hecht holds a Ph.D. from MIT, and held "a postdoctoral fellowship position at MIT in the laboratory of Professor Klaus Biemann, a pioneer in the application of mass spectrometry to organic chemical analysis."[1] Dr. Hecht has "carried out research related to nitrosamines continually since 1973," his research was "the first to characterize

---

[1] Mass spectrometry is the method used to identify the NDMA and NDEA in the contaminated valsartan.

Honorable Renée Marie Bumb, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
June 27, 2025
Page 4

'tobacco-specific nitrosamines' in tobacco products," and his "research paper in the 1978 Journal of the National Cancer Institute, describing these compounds, has been cited by the American Association for Cancer Research as a 'Landmark in Cancer Research.'"  Dr. Hecht has worked in an academic and research setting since 1996, and describes his work in his CV:

> In 1996, I relocated to the University of Minnesota where I hold my current position as Wallin Professor of Cancer Prevention, a "Land Grant Endowed Chair" in cancer prevention research.  My academic appointment is in the Department of Laboratory Medicine and Pathology, in the University of Minnesota Medical School.  I am also a member of the Medicinal Chemistry and Pharmacology graduate programs.  From 1998-2014, I was the founding Head of the Carcinogenesis and Chemoprevention Program of the Masonic Cancer Center, University of Minnesota, a National Cancer Institute designated Comprehensive Cancer Center.  I currently lead a research group of 10-15 scientists with B.S., M.S., or Ph.D. degrees in the chemical and biological sciences.  Our research, which focuses on mechanisms and prevention of cancer induced by tobacco products and environmental agents, is fully funded by grants from the U.S. National Cancer Institute and the National Institute of Environmental Health Sciences.  I am the principal investigator of three R01 grants and a program project (P01) grant, from the National Cancer Institute and co-investigator on a number of other grant and cooperative agreement awards from the National Institutes of Health and the Food and Drug Administration. I have been awarded a Merit Award (10 years of funding) and an Outstanding Investigator Grant (14 years of funding) from the National Cancer Institute.

Honorable Renée Marie Bumb, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
June 27, 2025
Page 5

(Dr. Hecht 7/6/2021 Report, at 2-3 (Ex. 1 hereto)). Dr. Hecht also "served as Editor-in-Chief of the American Chemical Society journal Chemical Research in Toxicology from 2013-2017 and as an Associate Editor of the Journal of Medicinal Chemistry from 2004-2012." He has also, "served on multiple writing groups for the International Agency for Research on Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans." (*Id.*, at 3). Dr. Hecht's contributions to the peer-reviewed scientific literature are summarized in his report:

> I have published over 880 original manuscripts, book chapters, reviews, and other peer reviewed documents in the scientific literature. This includes more than 600 original research articles in peer-reviewed journals. More than half of these original research articles are concerned with nitrosamines, including nitrosodimethylamine (NDMA), also known as dimethylnitrosamine (DMN). My H index is 91, and my articles have been cited more than 35,000 times.
>
> My first publication on nitrosamines was in 1974 when my colleagues and I discovered N-nitrosonornicotine (NNN) in smokeless tobacco. This was the first example of a carcinogenic nitrosamine in unburned tobacco; in fact, the first example of any carcinogen in unburned tobacco. This paper was published in Science, and revolutionized the characterization and carcinogenicity assessment of tobacco products.

(*Id.*, at 4). Dr. Hecht's research studies have included evaluation of "the carcinogenicity of nitrosamines including tobacco-specific nitrosamines, cyclic

Honorable Renée Marie Bumb, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
June 27, 2025
Page 6

nitrosamines, and other nitrosamines found in consumer products. We then extended our studies to investigate the metabolism of nitrosamines in laboratory animals and humans…. Our group characterized most of the DNA adducts formed by tobacco-specific nitrosamines and related cyclic nitrosamines." (*Id.*, at 5). In addition:

> Thus, as a result of more than 45 years of research in chemical and tobacco carcinogenesis, much of it focused on nitrosamines, I am thoroughly familiar with the state of the art in the formation, quantitative analysis, chemistry, biochemistry, metabolism, carcinogenicity, human exposure biomarkers, and DNA damage by nitrosamines. I currently serve on the European Food Safety Authority panel evaluating nitrosamines in food. I also served on the expert panel for the FDA Workshop entitled "Nitrosamines as Impurities in Drugs: Health Risk Assessment and Mitigation Public Workshop," March 29, 2021.

(*Id.*, at 6).

Defendants are expected to argue as if Dr. Hecht will be indefinitely available to testify wherever and whenever trials are scheduled, which is obviously not reasonable. Defendants are also expected to espouse the importance of Dr. Hecht coming to trial to testify in person. Plaintiffs intend to call Dr. Hecht to testify in Court during the *Roberts* trial, but want to videotape the testimony in July for use at trial in the event the trial schedule makes it difficult to have Dr. Hecht testify live.

Honorable Renée Marie Bumb, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
June 27, 2025
Page 7

In the event the video is not needed for the *Roberts* trial, it will not be used. However, the video testimony will then be available for the string of trials to come. This will benefit the litigation, making it easier to schedule trials, and removing a potential damaging risk to Plaintiffs' ability to present their liability case at trial when Dr. Hecht will foreseeably not be available to testify in person.

For these reasons, Plaintiffs request entry of an Order providing that Plaintiffs may videotape the proposed trial testimony of Dr. Hecht during the week of July 21, 2025, with the exact date to be determined.

**2. Plaintiffs' Motion for Leave to Reopen TPP Expert Record.**

The Parties have fully briefed this motion and will be prepared to address any questions from the Court. (ECF [3053](), [3080](), [3083]()).

**3. CMO 38 Product ID Deficiencies.**

Plaintiffs will be prepared to discuss this at the CMC.

**4. PFS Deficiencies.**

Plaintiffs will be ready to address this at the CMC.

                                              Respectfully,

                                              ADAM M. SLATER

Cc: All counsel of record (via ECF)