<u>**UNITED STATES DISTRICT COURT**</u>
<u>**DISTRICT OF NEW JERSEY**</u>

<u>**MINUTES OF PROCEEDINGS**</u>

<u>**CAMDEN OFFICE**</u>                                <u>    **July 1, 2025**    </u>
                                                    **DATE OF PROCEEDINGS**

<u>**CHIEF JUDGE RENÉE M. BUMB**</u>

<u>**HON. THOMAS I. VANASKIE (RET.)**</u>
<u>**SPECIAL MASTER**</u>

<u>**COURT REPORTER:   JOHN KURZ**</u>

                                        Docket # 19-md-2875 (RMB)(SAK)

<u>**TITLE OF CASE**</u>:

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

<u>**APPEARANCES:**</u>
As stated on the record.

<u>**NATURE OF PROCEEDINGS:    CASE MANAGEMENT CONFERENCE**</u>

Case Management Conference held on the record via Teams videoconference.


Time Commenced: 10:00a.m.      Time Adjourned: 10:35a.m.


Total Time: 35 minutes

                                            <u>Lawrence MacStravic</u>
                                              Deputy Clerk