<pre>
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
 2   _____

 3   IN RE:  VALSARTAN, LOSARTAN,        CIVIL ACTION NUMBER:

 4   and IRBESARTAN PRODUCTS             1:19-md-02875-RMB-SAK

 5   LIABILITY LITIGATION                Case Management Conference

 6   _____  via Teams videoconferencing

 7   Mitchell H. Cohen Building & U.S. Courthouse
     4th and Cooper Streets
 8   Camden, New Jersey 08101
     Tuesday, July 1, 2025
 9   Commencing at 10:02 a.m.

10   B E F O R E:         THE HONORABLE RENÉE MARIE BUMB, CHIEF
                          UNITED STATES DISTRICT JUDGE, and THE
11                        HONORABLE THOMAS I. VANASKIE (RET.),
                          SPECIAL MASTER

12

13   A P P E A R A N C E S:

14   MAZIE SLATER KATZ & FREEMAN, LLC
     BY:  ADAM M. SLATER, ESQUIRE
15        CHRISTOPHER GEDDIS, ESQUIRE
     103 Eisenhower Parkway, Suite 207
16   Roseland, New Jersey 07068
     Co-Lead Counsel for MDL Plaintiffs
17
     KANNER & WHITELEY, LLC
18   BY:  DAVID J. STANOCH, ESQUIRE
     701 Camp Street
19   New Orleans, Louisiana 70130
     Co-Lead Class Counsel for Third-Party Payor Economic Loss
20

21
             John J. Kurz, Official Court Reporter
22             John_Kurz@njd.uscourts.gov
                    (856)576-7094
23
       Proceedings recorded by mechanical stenography; transcript
24          produced by computer-aided transcription.

25
</pre>

**A P P E A R A N C E S:** (Continued)

HONIK LLC
BY:  RUBEN HONIK, ESQUIRE
1515 Market Street, Suite 1100
Philadelphia, Pennsylvania 19102
Co-Lead Counsel for MDL Plaintiffs

NIGH GOLDENBERG RASO & VAUGHN, PLLC
BY:  C. BRETT VAUGHN, ESQUIRE
14 Ridge Square NW, Third Floor
Washington, D.C. 20016
Co-Lead Class Counsel for Third-Party Payor Economic Loss

KIRKLAND & ELLIS, LLP
BY:  NINA R. ROSE, ESQUIRE
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
For the Defendants Zhejiang Huahai Pharmaceutical Co., Ltd.,
Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and Solco
Healthcare U.S., LLC (collectively ZHP)

KIRKLAND & ELLIS, LLP
BY:  JESSICA DAVIDSON, ESQUIRE
601 Lexington Avenue
New York, New York 10022
For the Defendants Zhejiang Huahai Pharmaceutical Co., Ltd.,
Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and Solco
Healthcare U.S., LLC (collectively ZHP)

KIRKLAND & ELLIS LLP
BY:  ALEXIA R. BRANCATO, ESQUIRE
601 Lexington Avenue
New York, New York 10022
For the Defendants Torrent Pharma, Inc. and
Torrent Pharmaceuticals Ltd. (collectively Torrent)

HILL WALLACK, LLP
BY:  KRISTINE L. BUTLER, ESQUIRE
21 Roszel Road
Princeton, New Jersey 08540
For the Defendants Hetero Drugs and Hetero Labs

MORGAN, LEWIS & BOCKIUS, LLP
BY:  JOHN P. LAVELLE, JR.
502 Carnegie Center
Princeton, New Jersey 08540
For the Defendants Aurolife Pharma LLC
and Aurobindo Pharma USA, Inc.

1  **A P P E A R A N C E S:** (Continued)

2  PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
   BY:  JASON M. REEFER, ESQUIRE
3       FRANK STOY, ESQUIRE
   One Oxford Centre, 38th Floor
4  Pittsburgh, Pennsylvania 15219
   For the Defendant Mylan Pharmaceuticals, Inc.
5
   GREENBERG TRAURIG LLP
6  BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
        STEVEN HARKINS, ESQUIRE
7  3333 Piedmont Road, NE, Suite 2500
   Atlanta, Georgia 30305
8  For the Defendants Teva Pharmaceutical Industries Ltd.,
   Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
9  Inc. (collectively Teva)

10 GREENBERG TRAURIG LLP
   BY:  GREGORY E. OSTFELD, ESQUIRE
11 77 West Wacker Drive, Suite 3100
   Chicago, Illinois 60601
12 For the Defendants Teva Pharmaceutical Industries Ltd.,
   Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
13 Inc. (collectively Teva)

14 WALSH PIZZI O'REILLY FALANGA LLP
   BY:  CHRISTINE I. GANNON, ESQUIRE
15      LIZA M. WALSH, ESQUIRE
   Three Gateway Center, 100 Mulberry Street, 15th Floor
16 Newark, New Jersey 07102
   For the Defendants Teva Pharmaceutical Industries Ltd.,
17 Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
   Inc. (collectively Teva)
18
   BARNES & THORNBURG, LLP
19 BY:  KARA KAPKE, ESQUIRE
   11 South Meridian Street
20 Indianapolis, IN 46204
   For the Retailer Defendants and CVS Pharmacy, Inc., and
21 Walmart, Walgreens

22 BLANK ROME LLP
   BY:  TERRY M. HENRY, ESQUIRE
23 One Logan Square, 130 N. 18th Street
   Philadelphia, Pennsylvania 19103
24 For the Defendants Hetero Labs Ltd.

25              (Appearances continued onto next page.)

4

**A P P E A R A N C E S :** **(Continued)**

ULMER & BERNE LLP
BY: JEFFREY D. GEOPPINGER, ESQUIRE
600 Vine Street
Suite 2800
Cincinnati, Ohio 45202
For the Wholesaler Defendants and AmerisourceBergen

HINSHAW & CULBERTSON, LLP
BY:  VANESSA V. PISANO, ESQUIRE
53 State Street, 27th Floor
Boston, MA 02109
For the Defendant ScieGen Pharmaceuticals, Inc.


**Also present:**

Larry MacStravic, The Courtroom Deputy

Clarissa Lintner, Esquire, Career Law Clerk to the Honorable
Renée Marie Bumb, Chief Judge

Lindsay Richman

Sarah Zimmerman

Kathryn Avilla

1        (PROCEEDINGS held via Teams videoconferencing before

2    the Honorable Renée Marie Bumb, Chief United States District

3    Judge, and the Honorable Thomas I. Vanaskie (Ret.), Special

4    Master, at 10:02 a.m. as follows:)

5        THE COURTROOM DEPUTY:  Hello, everyone.  This is the

6    courtroom deputy.  Somebody added an AI recorder to this

7    hearing.  This is not permitted.  So I'm going to ask you to

8    please turn that off.

9        JUDGE VANASKIE:  Tom Vanaskie, hello.

10       Can you hear me?

11       THE COURT REPORTER:  Yes, Your Honor.

12       THE COURTROOM DEPUTY:  Yes, Judge, I can hear you.

13       JUDGE VANASKIE:  Okay.  Is that Larry?

14       THE COURTROOM DEPUTY:  Yes, it is.

15       JUDGE VANASKIE:  Okay.  Great.  Are we ready to get

16   started?

17       (Court reporter clarification.)

18       (Discussion was held off the record.)

19       JUDGE VANASKIE:  Great.  Let us know when we're set

20   to go, Larry.

21       THE COURTROOM DEPUTY:  Okay.  I've removed the

22   recorder.  Otherwise, I -- yeah.

23       JUDGE VANASKIE:  All right.  Chief Judge Bumb, are

24   you ready to go?

25       CHIEF JUDGE BUMB:  I am.  I am.  I am.  Good morning.

1          JUDGE VANASKIE:  Okay.  Good morning.

2          CHIEF JUDGE BUMB:  Good morning, everyone.

3          JUDGE VANASKIE:  All right.  So the agenda letter is

4    not overly detailed and not overly complicated or overly long.

5          We have a question about videotaping the trial

6    testimony of Dr. Hecht.

7          And are you on the phone, Adam?  Mr. Slater?

8          MR. SLATER:  I'm on, Your Honor.  Good morning.

9          JUDGE VANASKIE:  Good morning.

10         Is it my understanding from the letters that you do

11   intend to call Dr. Hecht live for the Roberts trial?

12         MR. SLATER:  Yes.  Yes.  We intend to call Dr. Hecht

13   live.  It just depends, there's a few days that he's not

14   available during the span that the trial might take place.  So

15   one of the reasons I wanted to videotape him was in case

16   something happened.

17         But the overarching, most important reason is,

18   Dr. Hecht has been in this case for over six years, six and a

19   half years.  We haven't tried a case.  We have a lot of trials

20   coming up, and some of them could be all over the country.  So

21   I'm just trying to recognize the practical reality that he's

22   not a replaceable type of an expert.  His background and

23   experience is not replaceable.  It's not like we'd just get

24   another organic chemist who reads up on nitrosamines and writes

25   a report.  His life's work has been around this subject.

1          So whatever we do, we want to avoid the enormous

2   prejudice that would happen if Dr. Hecht becomes unavailable at

3   some point -- he's in his 80s -- to testify.  We want to make

4   sure that his testimony is locked down and available for the

5   many trials that may take place around the United States over

6   the course of years going forward.

7          So that's why we want to videotape him.  And we're

8   hopeful that Your Honor will permit it, and we can work out the

9   timing and the process.

10          JUDGE VANASKIE:  And you're looking at doing it the

11   week of July 21st?

12          MR. SLATER:  He's available that week.  We're

13   available that week.  That's one of the weeks that we told the

14   defense weeks ago when we wrote to them, so that would be

15   ideal.

16          JUDGE VANASKIE:  All right.  Let's hear from the

17   defense.

18          MS. ROSE:  Good morning, Your Honor.  This is Nina

19   Rose on behalf of ZHP Defendants.

20          JUDGE VANASKIE:  Good morning.

21          MS. ROSE:  So, Your Honor, it's well recognized by

22   courts in this circuit and elsewhere that expert witnesses

23   should appear live to testify at trial and that live expert

24   witness testimony is critical so that a jury can observe the

25   expert's testimony and cross-examination to determine the

1   expert's credibility --

2            JUDGE VANASKIE:  Yeah, I know all of that.  I know

3   all of that.

4            MS. ROSE:  -- and reliability.

5            JUDGE VANASKIE:  Yeah, I understand that, Ms. Rose.

6   But this is more in the nature of preserving his testimony.

7   They've indicated that for the Roberts case they're intending

8   to call Dr. Hecht live.  He is 82 years old.  Preservation

9   seems to me to be an appropriate ground here.  And how, you

10  know --

11           MS. ROSE:  Your Honor, we -- oh, sorry.  Didn't mean

12  to cut you off.

13           JUDGE VANASKIE:  No, you go ahead.  Go ahead.

14           MS. ROSE:  Well, we submit that whether it's

15  appropriate to preserve Dr. Hecht's testimony really isn't an

16  issue for right now if plaintiffs intend to bring him live to

17  testify at the Roberts trial, which we assert that they should,

18  especially given that it's the first bellwether trial.  There

19  has been no opportunity for any of these experts to be, you

20  know, viewed by a jury and have their testimony read by a jury.

21  So we don't understand why plaintiffs are rushing to preserve

22  his testimony now if they are saying that he is going to appear

23  live at the Roberts trial.

24           And also to take, as we're moving into trial

25  preparation, to take time to do a de bene esse deposition and

1  take time away from trial preservation [sic], if he's going to

2  appear live, that is our main issue.

3      Another issue is that with respect to Dr. Hecht's

4  age, plaintiffs submitted a report from Dr. Hecht on liability

5  roughly two and a half years ago.  They were aware of his age

6  at the time.  They could have submitted a different expert.

7  There has been no reason why they've asserted that his age

8  would preclude him from testifying, especially given that

9  they're saying that he's actively researching and has a busy

10 schedule.  We don't see why there has been the need for it.

11 Actually, the standard is exceptional circumstances to present

12 deposition testimony in lieu of live testimony at trial.

13      JUDGE VANASKIE:  Well, again, they're intending to

14 present him live, and they're asking for permission, leave to

15 depose him for preservation of testimony purposes.  He is 82

16 years old.  That doesn't mean anything necessarily today, but I

17 don't see the prejudice to you by having this testimony

18 preserved in advance of the trial itself, not for purposes of

19 presenting it at the trial, but for purposes of we've got a

20 number of bellwether trials coming up.

21      MS. ROSE:  So the representation that was made to

22 defendants was a little different, and I think also in the

23 letter, was that Dr. Hecht was very busy and had research

24 obligations during the trial and may not be able to appear at

25 the Roberts trial.

1          So our concern is that by taking a de bene esse

2     deposition now, that will allow plaintiffs to say, oh,

3     Dr. Hecht isn't available, we have the deposition, we'd like to

4     just play it at trial.

5          But we maintain that's very much inappropriate.  And

6     so we don't see the need to record his deposition testimony in

7     advance of the Roberts trial if they are intending to bring him

8     live.

9          I mean, any one of our experts, we have experts who

10    are practicing hepatologists and radiologists at major research

11    universities, major hospitals, and they might not be available

12    on that day, but the preference is and the rule is for live

13    expert testimony.

14         So we're very concerned that plaintiffs are asking to

15    take the deposition now, you know, right before trial so that

16    they have the opportunity to use it at this Roberts trial.  And

17    I haven't heard plaintiffs say that, no, they will not use it

18    at the Roberts trial.

19         JUDGE VANASKIE:  All right.  Mr. Slater.

20         MR. SLATER:  Yeah.

21         First of all, the reason for the deposition is to

22    preserve Dr. Hecht's testimony in case something happens where

23    either he's not available or something happens either for the

24    trial or in the future.

25         I think, and it may not have been what you intended

1    to suggest, there was, it seemed like, a suggestion that we're

2    just going to pretend he's not available.  He has grant

3    submission meetings in Washington, D.C.  There's certain days

4    he can't testify.  There's plenty of days he can testify.  I'm

5    just being mindful of how trials go, and I wanted to have it

6    available if, God forbid, something happens or if it can't work

7    out to get him there.

8            There is no intent to not have him testify live in

9    the Roberts trial.  We want to bring him live to the Roberts

10   trial.  But what we're doing is trying to deal with the

11   practical reality that these witnesses are not going to be

12   available forever in an MDL that's been going on for six and a

13   half years.

14           And I expect the defendants at some point are going

15   to say, you know what, we've invested a tremendous amount of

16   time and effort into these experts, they've been through

17   *Daubert*, we want to videotape them also in case one or more of

18   them isn't available to go to Alabama or Texas or California or

19   wherever three or four years from now.

20           So to me it's just a reasonable thing that needs to

21   be done.  And this is not a single one-off case.  It's an MDL.

22   There's going to be potentially a lot of trials around the

23   country.  So we're just trying to be practical.

24           I can also say, the idea that we're rushing in to do

25   this now, we've raised this issue with the defense informally

1    it's got to be a year or two ago and pointed out that this is

2    something we're going to have to do.  We haven't rushed.  We

3    actually have probably taken longer than we otherwise should

4    have, but we've had a few other trial dates that got moved, and

5    we intended to bring Dr. Hecht to the first trial.

6            So the point is, I just want to be able to preserve

7    his testimony so that if something happens in the future we

8    don't have to absorb the enormous prejudice of not being able

9    to replace him because, again, there isn't -- there aren't a

10   bunch of organic chemists out there that have the background

11   and experience he has with nitrosamines.  So that's why we're

12   starting with him based on all the circumstances that we listed

13   for the Court.

14           MS. ROSE:  Your Honor, may I respond?

15           JUDGE VANASKIE:  Judge Bumb?

16           Go ahead, Ms. Rose.

17           MS. ROSE:  Thanks.  I just wanted to note, again,

18   what I'm hearing Mr. Slater say is that there are some dates

19   that Mr. Hecht -- sorry, Dr. Hecht might not be available for

20   this trial and that this deposition testimony should be taken

21   in advance of the trial so that it might be able to be used at

22   trial, and we have a huge issue with that.

23           Under the federal rules, deposition testimony is

24   hearsay unless it satisfies an exception.  And under Rule 32,

25   the exception is exceptional circumstances.  And courts have

1   held that an expert's job responsibilities are not exceptional

2   circumstances that can overcome the need for live expert

3   testimony at trial, especially at this, the first bellwether

4   trial in an entire litigation.

5           And, yes, there are definitely defense experts who

6   may have a lot of issues with work during the time of the

7   Roberts trial, but the rule is experts come live.  So we are

8   going to bring our experts live.

9           So we don't understand the need for the deposition at

10  this point.  We don't think the exceptional circumstances have

11  been established.  And we have big concerns about plaintiff

12  saying now that because Dr. Hecht has work responsibilities

13  during the trial, that his deposition could potentially be

14  played live.

15          And then especially -- and then just to follow up on

16  the prejudice point, plaintiffs have said that there's no

17  prejudice.  There is a prejudice.  We are preparing for trials.

18  We have four additional bellwether trials that we are working

19  up, and plaintiffs want to take time out of trial preparation

20  and preparation of those bellwether cases to conduct a trial

21  deposition of Dr. Hecht when they're saying he's going to

22  appear and testify live at the trial in the Roberts case.  We

23  just don't think it makes sense at this time and it would

24  prejudice defendants at this time.

25          MS. LOCKARD:  Your Honor, if I may be heard.  This is

1    Victoria Lockard on behalf of the Teva Defendants.  Can you

2    hear me?

3              JUDGE VANASKIE:  Yes.  Yes, I can.

4              MS. LOCKARD:  I just want to chime in here on behalf

5    of the other defendants, because it sounds to me as if this is

6    involving us and cases down the line.  So I just want to go on

7    record that we join in the objection to this request.  It is at

8    this point in time premature.  There's no indication that there

9    is a trial on the horizon that Dr. Hecht cannot appear for.

10             To the extent there's concerns about his availability

11   later, he should testify at the Roberts case.  That testimony

12   will be de facto captured on the transcript, in the record.  It

13   will be preserved forever, and they certainly can use that if

14   they need to.  There will be a preservation necessarily at the

15   trial.

16             To the extent this issue needs to be decided or that

17   deposition needs to happen, it seems like something that can

18   wait until after the first bellwether trial and not burden the

19   parties with trying to do this and schedule this over the

20   summer while all of the defendants are trying to get their

21   other bellwether cases ready.

22             So that's my brief response, but just to put on

23   record that we also object for these reasons.

24             JUDGE VANASKIE:  Thank you, Ms. Lockard.

25             MR. SLATER:  You know, Judge, I'll also say that if

1    the fallback turns out to be that we just need to preserve the

2    testimony at trial, at worst we would ask to be able to do

3    that.  We would just videotape him when he testifies in court.

4    At least we then have his testimony preserved.

5             JUDGE VANASKIE:  Well, that will be an issue for

6    Judge Bumb to decide.

7             MR. SLATER:  Understood.

8             JUDGE VANASKIE:  I am inclined to allow --

9             CHIEF JUDGE BUMB:  Yeah.  No.

10            JUDGE VANASKIE:  I am inclined to allow --

11            CHIEF JUDGE BUMB:  Yeah.  I won't allow a videotape

12   deposition of a court proceeding.  First of all, Judicial

13   Conference prohibits it, as do our rules, just so everyone

14   knows.

15            JUDGE VANASKIE:  Right.  I am inclined to permit the

16   deposition, de bene esse deposition, if I'm pronouncing that

17   correctly, for purposes of preserving the testimony of an

18   82-year-old expert witness who has unique knowledge in this

19   matter.  It seems to me there's really no prejudice to the

20   defense other than taking up time, which would have to be spent

21   anyway at the time of trial.  The testimony being preserved

22   will facilitate the trial.

23            There's a suggestion here that the plaintiffs are

24   intending to not call Dr. Hecht and that this is some sort of

25   ruse, but I don't assign any value to that view.

1    He is 82 years old.  He is available.  He has unique

2    knowledge.  He's going to have to testify in multiple trials.

3    Whether this ever gets played at a trial, this testimony that's

4    being taken ever gets played at trial is speculative right now.

5    But I think it makes sense to do it.  I think it's sound

6    management to preserve his testimony.

7        So, you know, you can all ask Chief Judge Bumb for

8    her views on this, but my view is take the deposition, preserve

9    his testimony.  He will be called live unless there is

10   something that intervenes that precludes his availability.

11       MS. ROSE:  Sorry, Your Honor.  Can I just ask one

12   question?

13       JUDGE VANASKIE:  Sure.

14       MS. ROSE:  I just wanted to clarify.

15       So one of the issues here is that -- you've said that

16   the testimony will be live at the Roberts trial unless

17   something comes up that precludes his availability, and I

18   wanted to be clear that we will have the opportunity, if

19   plaintiffs say he cannot come live, we will have the

20   opportunity to argue that that is inappropriate under Rule 32;

21   that Dr. Hecht --

22       JUDGE VANASKIE:  Yes.

23       MS. ROSE:  -- having a busy schedule at the time of

24   trial, just like all of our experts, is not a basis for playing

25   his testimony -- his videotape testimony instead of live

1    testimony.

2            Courts throughout the Third Circuit have said time

3    and time again it is essential to have live expert testimony at

4    trial.  And all of our experts are very busy.  All of our

5    experts have obligations.  And the fact that Dr. Hecht, he's

6    just no different.  There's been no evidence that he's any

7    different from any other expert such that he should be excused

8    from testifying live at trial.

9            Plaintiffs have known about the date of trial for

10   almost a year.

11           JUDGE VANASKIE:  But he's not been excused yet.

12   Yeah, I'm sorry to interrupt you.

13           MS. ROSE:  No problem.

14           JUDGE VANASKIE:  But he's not been excused.  We'll

15   address that issue if and when it comes up.  Hopefully it won't

16   come up.  But I think it's sound to preserve his testimony, and

17   we'll allow the deposition to go forward.

18           All right.

19           MS. LOCKARD:  Can we get some clarification, just so

20   we understand, for the non-Roberts defendants?

21           So is it the intent that he will give his opinions

22   with regard to all of the defendants and all the defendants'

23   products in this preservation deposition such that all of the

24   defendants are going to have the opportunity to cross-examine

25   him if they choose?

1          MR. SLATER:  The intent is to have him focus on ZHP

2     in this testimony because that's the trial that's coming up,

3     and that's the -- there's a series of trials.  And if you look

4     at his report, he said very little about the other defendants

5     other than to do some calculations.

6          MS. LOCKARD:  I just don't want us to be prejudiced

7     obviously if there is a preservation deposition that is taken

8     and we don't have the opportunity to ask our questions and then

9     the video deposition is put forth to be played in later trials

10    against us.

11         JUDGE VANASKIE:  Understood.

12         Anything else on this issue?

13         MS. ROSE:  Judge, I would say that to the extent the

14    Court is inclined to allow the deposition to go forward, not --

15    without any ruling on whether it can be used at the Roberts

16    trial, ZHP's lead trial counsel is unavailable the week of

17    July 21st.  We just learned last week that that was the only

18    week Dr. Hecht said he was available.  But our lead trial

19    counsel, who obviously would want to question Dr. Hecht, is

20    unavailable that week.

21         She could potentially be available the first two

22    weeks in August.  But, again, if the testimony is not going to

23    be used at the Roberts trial, we would maintain that it would

24    make sense to do the de bene esse deposition after the Roberts

25    trial.

1          JUDGE VANASKIE:  What about that, Mr. Slater, do the

2     deposition after the Roberts trial?

3          MR. SLATER:  It's not ideal.  It would be much better

4     to do it now.  We gave those dates weeks and weeks ago.  I'm

5     not sure -- I mean, if counsel is not available, you know, we

6     can look into those first two weeks in August and see if that's

7     possible and then circle back, I guess, if we can't work out

8     the date.

9          JUDGE VANASKIE:  Well, yeah, here's what I'm going to

10    suggest; that you try to work out the date.  You can take the

11    deposition for preservation purposes in advance of the Roberts

12    trial.  The anticipation is that Dr. Hecht will testify live at

13    the Roberts trial.  If you're not able to work out the dates

14    issue, then we'll reconvene and make a decision about taking

15    his deposition after the Roberts trial.  That's where we stand

16    right now.

17         MR. SLATER:  Understood.  Thank you, Judge.

18         JUDGE VANASKIE:  Anything else on this?

19         MR. SLATER:  No, not for plaintiffs.

20         JUDGE VANASKIE:  Okay.

21         MS. ROSE:  No, Your Honor.  Thank you.  We understand

22    the ruling.  We still do not think that it is necessary to take

23    the deposition before the Roberts trial and have concerns about

24    doing this in advance of him testifying live at the Roberts

25    trial.  I guess that's really what I'm trying to pin down is

1  why this needs to take place in the next, you know, two months

2  while we're preparing for trial if he's going to appear at the

3  Roberts trial.  I guess I'm just -- I'm just confused so I'm

4  trying to understand the position.

5           JUDGE VANASKIE:  I think it's a question of

6  preserving the testimony of an 82-year-old witness.  That's

7  all.  And, you know, that's really what it is.

8           CHIEF JUDGE BUMB:  Can I just jump in, Judge

9  Vanaskie?

10          JUDGE VANASKIE:  Yes.  Yes, Judge Bumb.

11          CHIEF JUDGE BUMB:  I think the answer is, and I've

12  heard what has been discussed, is that he will be in person at

13  the trial, no ifs, ands or buts, unless something dramatically

14  happens, such as he passes away or he is so ill.

15          The plaintiffs cannot come before me at the time of

16  trial and say, well, he has a scheduling conflict.  We've

17  established that.

18          By the same token, I think that the plaintiffs have a

19  valid concern that an 82-year-old man, you know, has more

20  yesterdays than tomorrows.  So it's not unreasonable for the

21  plaintiffs to be asking.

22          So I would ask that you folks try to figure out, as

23  Judge Vanaskie has just ruled, a day that is mutually agreeable

24  to all of you.  And to say that it's prejudicial because you're

25  preparing for trial, it's kind of a freebie for the defendants.

1    They kind of get to see how he's going to testify.  So I don't

2    really see the prejudice.  Yes, it's going to take some time,

3    but, you know, all right.

4         So I agree with Judge Vanaskie.  You folks work out a

5    date.  Let's be reasonable about it.  Let's find a time when he

6    can conduct the video and be reasonable about it.  Let's just

7    move on, as Judge Vanaskie said.

8         Okay.  That's it.

9         MS. ROSE:  Thank you, Your Honor.

10        JUDGE VANASKIE:  All right.  I think that's the only

11   substantive matter for the agenda letters.  Is there anything

12   else?  I know we have --

13        CHIEF JUDGE BUMB:  I have some stuff.

14        JUDGE VANASKIE:  All right, Judge.  Go ahead.

15        CHIEF JUDGE BUMB:  All right.  So there is an issue

16   about -- I want to talk about *Daubert*s.  I want to talk about

17   dates.  I want to talk about briefs.

18        I don't see too many people.  Are they there but

19   they're just not there?  The only one I see is -- who do I see?

20   Ms. Lockard.  I see Mr. Slater.  Okay.

21        Not crazy about not seeing people.

22        All right.  Let's see, all right, here's my ruling on

23   the motion to reopen the expert discovery.  That's a motion

24   that's pending.  And I am just going to read the following,

25   because what I am finding -- and I really have to be precise --

```
 1   because what I find is, in the briefing, that sometimes things
 2   that I have said are taken out of context or sometimes things
 3   that I've said are just musings but then they're taken as
 4   literal.  And much of the words that I've said were, you know,
 5   at a time when this Court was just reassigned the matter.  So a
 6   lot has happened since then and a lot has been fleshed out.
 7        So here is my ruling on the -- it's not a ruling --
 8   well, somewhat -- on the motion to reopen, okay?
 9        Plaintiffs, in their motion to reopen the expert
10   discovery, claim that this Court changed the rules of the game
11   by bringing causation front and center.  That is not how this
12   Court sees it.  This Court has said this before, and I will say
13   it again, it is the plaintiffs who have put all of their eggs
14   in the Conti economic worthlessness basket.  Because of this,
15   it appears to the Court that it was plaintiffs who disclaimed
16   the need for causation evidence in the TPP trial.  And it was
17   plaintiffs that persuaded Judge Kugler to rule that causation
18   was out.
19        In that case, the Court sees no reason for plaintiffs
20   to get another bite at the apple.  This Court views this issue
21   to be central to resolving the current motion.
22        To flesh this issue out and to preserve an adequate
23   record for appeal, the Court will need supplemental submissions
24   from the parties laying out the precise history of how
25   causation came to be out of the TPP trial.  Was it a result of
```

1   the plaintiffs' representations, or did Judge Kugler make the

2   restrictions himself?

3        The parties should include specific citations to

4   briefs, transcripts, Court rulings, and the like, so that an

5   adequate record can be made and this Court can make a more,

6   hopefully, proper ruling.  Defendants shall file their

7   supplemental submission first and the plaintiffs will have an

8   opportunity to respond.  At the outset, I will limit those

9   submissions to 10 pages each.

10       Let me ask you about deadlines.  When do you want to

11  file them, given the fact that you are all, I am sure,

12  preparing for the upcoming trial?

13       So I'll turn to the defendants first because I do

14  think it would probably be preferrable to hear from the

15  defendants first as to the citations.

16       MR. OSTFELD:  Thank you, Your Honor.  This is Greg

17  Ostfeld on behalf of Teva, and I also speak for...

18       (Counsel's voice cutting out.)

19       CHIEF JUDGE BUMB:  Okay.

20       (Court reporter clarification.)

21       CHIEF JUDGE BUMB:  Mr. Ostfeld, you broke up.

22       MR. OSTFELD:  Your Honor, can you hear me?

23       CHIEF JUDGE BUMB:  Not really.  I only heard your

24  appearance.

25       MR. OSTFELD:  One moment.  I'm going to try

```
 1   reconnecting through a different wifi.  My apologies.
 2               CHIEF JUDGE BUMB:  I can hear you.
 3               MR. OSTFELD:  Oh, you can, okay.
 4               CHIEF JUDGE BUMB:  Maybe if you speak closer to your
 5   speaker.  Yeah, go ahead.
 6               MR. OSTFELD:  Okay, yes.  I'll lean in closely.
 7               If we could have 21 days, I think that would be
 8   sufficient time.
 9               CHIEF JUDGE BUMB:  Okay.  Within 21 days I'll get
10   those submissions.
11               Mr. Slater, after that, let me get -- so that's
12   July 22nd.
13               MR. SLATER:  I would say subject to being overruled
14   by my colleagues, I would ask for the same amount of time to
15   respond.
16               CHIEF JUDGE BUMB:  Okay.  So that would be
17   August 12th, okay?
18               MR. SLATER:  Thank you.
19               CHIEF JUDGE BUMB:  All right.  And then if I need
20   follow-up, if I need further briefing, whatever, I will
21   certainly reach out to you parties, but let's start with 10
22   pages.
23               What is going to be most helpful to me are the
24   citations to the record and how it is that we got to where we
25   got, okay?
```

1          I certainly don't see it that this Court changed the
2    rules.  I certainly don't see it.  I see it as this Court
3    fleshed out a record that I think was somewhat unclear.
4          Okay.  So that takes care of that.
5          I want to talk about *Daubert*s.  I'm referring the
6    following motions to Judge Vanaskie for a report and
7    recommendation:  ECF entry 3060, and ECF entry 3066.  One is
8    the defendants' motion to preclude Sawyer, and one is the
9    plaintiffs' motion to preclude Chernyak, okay?
10         So I will wait to hear from Judge Vanaskie as to his
11   report and recommendation.
12         With respect to the remaining experts, I want to
13   schedule a *Daubert* hearing for all of them either
14   August 26th or August 27th.  You folks confer with each other
15   and with your experts, and I want the experts to appear live on
16   one of those -- well, I only want one day.  So they're going to
17   have to be available on one day.  You each get 30 minutes each.
18   So if it's your expert, you'll start.
19         The way I prefer to do it is if it's your expert, you
20   start, even though I know there's a motion to preclude.  You'll
21   start with your expert, and then I'll hear from the opposing --
22   the party opposing the expert, okay?
23         Thirty minutes each.  And you folks can work out the
24   day who's going to testify when.  And Judge Vanaskie will
25   advise the parties whether or not on that day that you all

1    choose he wants to hear from Sawyer and Chernyak, okay?  Any

2    questions for me?

3              And I don't need -- let me clarify one other thing.

4    I don't need on that day, as of now, subject to my changing my

5    mind, I don't need to hear from Diette, D-I-E-T-T-E.  That he's

6    not an expert I need to hear from, because that's really a

7    discovery issue.

8              Okay.  Any questions for me about what I've just

9    said?

10             (No response.)

11             CHIEF JUDGE BUMB:  Okay.  Good.  I think that's all I

12   have for me.

13             Judge Vanaskie?

14             MR. HONIK:  Your Honor, Ruben Honik.

15             CHIEF JUDGE BUMB:  Yes.

16             MR. HONIK:  I just wanted, since we're talking about

17   the schedule and the like, we have the defendants' summary

18   judgment motions, which were just filed in the last couple of

19   days.

20             CHIEF JUDGE BUMB:  Yeah.

21             MR. HONIK:  And we had reached out to the other side

22   to get their agreement, hopefully to have an extension of a

23   couple of weeks, till August 15th for us to respond to those

24   motions.  You'll recall defendants, I believe, had 60 days to

25   prepare them.  We're all very busy, to be sure.  But we would

```
 1    very much appreciate the Court allowing us to file our

 2    responses to those motions on August 15th.

 3              CHIEF JUDGE BUMB:  Which motion are you talking

 4    about?

 5              MR. HONIK:  These are the defendants' summary

 6    judgment motions.

 7              CHIEF JUDGE BUMB:  You just -- okay.  Are you

 8    referring to the defendants' motion for summary judgment that

 9    was filed -- what is the date on this -- May 22nd?

10              MR. HONIK:  No, Your Honor.  These were filed just in

11    the last couple of days.

12              CHIEF JUDGE BUMB:  Oh.  And how much time do you

13    want?

14              MR. HONIK:  We --

15              CHIEF JUDGE BUMB:  What is the -- go ahead.

16              MR. HONIK:  We requested till August 15th, Your

17    Honor.

18              CHIEF JUDGE BUMB:  Okay.  Is there a problem with

19    that?  You don't have your adversary's consent?

20              MR. HONIK:  We just reached out to them yesterday.

21    It may be that they do consent.  I'm not certain.

22              CHIEF JUDGE BUMB:  Sure, they do.  Okay.

23    August 15th.

24              MS. ROSE:  Your Honor, the defendants didn't have an

25    opportunity until this morning to discuss it.  We don't object
```

```
 1    to the request.  But we would also request that defendants be

 2    given an extra week, to September 12th for their reply.

 3              CHIEF JUDGE BUMB:  Okay.  So ordered.

 4              MR. HONIK:  Thank you.

 5              CHIEF JUDGE BUMB:  See how kindness just works its

 6    way around.  You're kind to one, you get it back.  It just

 7    works that way.

 8              Okay.  Anything else for me?

 9              MR. HONIK:  Nothing from plaintiffs.

10              MR. SLATER:  Have a nice July 4th weekend.

11              CHIEF JUDGE BUMB:  Okay.  Happy 4th to everyone.

12              Judge Vanaskie, happy 4th.

13              JUDGE VANASKIE:  Happy 4th, Judge Bumb.  Thank you.

14              CHIEF JUDGE BUMB:  Okay.  So if you parties can reach

15    out to me and Judge Vanaskie as soon as you can about which

16    date you all have chosen, I'll keep both open.  But if you all

17    can let me know as soon as possible.  So when we all hang up,

18    I'm sure you'll be calling your experts, you'll be getting on

19    the phone, so just send me a joint letter or a letter letting

20    me know which day you've all chosen, okay?

21              MR. SLATER:  Yes, Judge.

22              CHIEF JUDGE BUMB:  All right.

23              MS. ROSE:  Yes, Your Honor.

24              CHIEF JUDGE BUMB:  All right.  Everybody have a happy

25    4th.  Thanks, Judge Vanaskie.
```

1          JUDGE VANASKIE:  Thank you.  Take care.  Bye-bye.

2          CHIEF JUDGE BUMB:  Bye-bye.

3          (Proceedings concluded at 10:36 a.m.)

4          - - - - - - - - - - - - - - - - - - - - -

**FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE**

5          - - - - - - - - - - - - - - - - - - - - -

6          I certify that the foregoing is a correct transcript

7    from the record of proceedings in the above-entitled matter.

8

9

10   /S/John J. Kurz, RDR-RMR-CRR-CRC              July 2, 2025

11   Court Reporter/Transcriber

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CHIEF JUDGE BUMB: [32]**

**JUDGE VANASKIE: [38]**
**MR. HONIK: [10]** 26/14 26/16 26/21 27/5 27/10 27/14 27/16 27/20 28/4 28/9
**MR. OSTFELD: [5]** 23/16 23/22 23/25 24/3 24/6
**MR. SLATER: [14]** 6/8 6/12 7/12 10/20 14/25 15/7 18/1 19/3 19/17 19/19 24/13 24/18 28/10 28/21
**MS. LOCKARD: [4]** 13/25 14/4 17/19 18/6
**MS. ROSE: [17]** 7/18 7/21 8/4 8/11 8/14 9/21 12/14 12/17 16/11 16/14 16/23 17/13 18/13 19/21 21/9 27/24 28/23
**THE COURT REPORTER: [1]** 5/11
**THE COURTROOM DEPUTY: [4]** 5/5 5/12 5/14 5/21

**/**

**/S/John [1]** 29/10

**0**

**02109 [1]** 4/7
**07068 [1]** 1/16
**07102 [1]** 3/16
**08101 [1]** 1/8
**08540 [2]** 2/21 2/24

**1**

**10 [2]** 23/9 24/21
**100 [1]** 3/15
**10022 [2]** 2/13 2/17
**103 [1]** 1/15
**10:02 [1]** 1/9
**10:02 a.m [1]** 5/4
**10:36 a.m [1]** 29/3
**11 [1]** 3/19
**1100 [1]** 2/3
**12th [1]** 24/17
**130 [1]** 3/23
**1301 [1]** 2/9
**14 [1]** 2/6
**1515 [1]** 2/3
**15219 [1]** 3/4
**15th [5]** 3/15 26/23 27/2 27/16 27/23
**18th [1]** 3/23
**19102 [1]** 2/23
**19103 [1]** 3/23
**1:19-md-02875-RMB-SAK [1]** 1/4

**2**

**20004 [1]** 2/9
**20016 [1]** 2/6
**2025 [2]** 1/8 29/10
**207 [1]** 1/15
**21 [3]** 2/20 24/7 24/9
**21st [2]** 7/11 18/17
**22nd [2]** 24/12 27/9
**2500 [1]** 3/7
**27th [2]** 4/6 25/14
**2800 [1]** 4/3

**3**

**30 [1]** 25/17
**30305 [1]** 3/7
**3060 [1]** 25/7
**3066 [1]** 25/7
**3100 [1]** 3/11
**32 [2]** 12/24 16/20
**3333 [1]** 3/7
**38th [1]** 3/3

**4**

**45202 [1]** 4/4
**46204 [1]** 3/20
**4th [4]** 1/7 28/12 28/13 28/25
**4th to [1]** 28/11

**5**

**502 [1]** 2/23
**53 [1]** 4/6
**576-7094 [1]** 1/22

**6**

**60 [1]** 26/24
**600 [1]** 4/3
**601 [2]** 2/13 2/17
**60601 [1]** 3/11

**7**

**701 [1]** 1/18
**70130 [1]** 1/19
**7094 [1]** 1/22
**77 [1]** 3/11

**8**

**80s [1]** 7/3
**82 [3]** 8/8 9/15 16/1
**82-year-old [3]** 15/18 20/6 20/19
**856 [1]** 1/22

**A**

**a.m [3]** 1/9 5/4 29/3
**able [6]** 9/24 12/6 12/8 12/21 15/2 19/13
**above [1]** 29/7
**above-entitled [1]** 29/7
**absorb [1]** 12/8
**Actavis [6]** 3/8 3/8 3/12 3/12 3/17 3/17
**ACTION [1]** 1/3
**actively [1]** 9/9
**actually [2]** 1/11 12/3
**ADAM [2]** 1/14 6/7
**added [1]** 5/6
**additional [1]** 13/18
**address [1]** 17/15
**adequate [2]** 22/22 23/5
**advance [5]** 9/18 10/7 12/21 19/11 19/24
**adversary's [1]** 27/19
**advise [1]** 25/25
**after [5]** 14/18 18/24 19/2 19/15 24/11
**again [6]** 9/13 12/9 12/17 17/3 18/22 22/13
**against [1]** 18/10
**age [3]** 9/4 9/5 9/7
**agenda [2]** 6/3 21/11
**ago [4]** 7/14 9/5 12/1 19/4
**agree [1]** 21/4
**agreeable [1]** 20/23
**agreement [1]** 26/22
**ahead [6]** 8/13 8/13 12/16 21/14 24/5 27/15
**AI [1]** 5/6
**aided [1]** 1/24
**Alabama [1]** 11/18
**ALEXIA [1]** 2/16
**ALFANO [1]** 3/2
**all [40]**
**allow [6]** 10/2 15/8 15/10 15/11 17/17 18/14
**almost [1]** 27/1
**also [9]** 4/9 8/24 9/22 11/7 11/24 14/23 14/25 23/17 28/1
**am [9]** 5/25 5/25 5/25 15/8 15/10 15/15 21/14 21/25 23/11
**AmerisourceBergen [1]** 4/4
**amount [2]** 11/15 24/14
**ands [1]** 20/13
**another [3]** 6/24 9/3 22/20
**answer [1]** 20/11
**anticipation [1]** 19/12
**any [8]** 8/19 10/9 15/25 17/6 17/7 18/15 26/1 26/8
**anything [5]** 9/16 18/12 19/18 21/11 28/8
**anyway [1]** 15/21
**apologies [1]** 24/1
**appeal [1]** 22/23
**appear [8]** 7/23 8/22 9/2 9/24 13/22 14/9 20/2 25/15
**appearance [1]** 23/24
**Appearances [1]** 3/25
**appears [1]** 22/15
**apple [1]** 22/20
**appreciate [1]** 27/1
**appropriate [2]** 8/9 8/15
**are [28]** 5/15 5/23 6/7 8/21 8/22 10/7 10/10 10/14 11/1 11/14 12/18 13/1 13/5 13/7 13/17 13/18 14/20 15/23 17/4 17/24 21/18 22/2 22/3 23/11 24/23 27/3 27/5 27/7
**aren't [1]** 12/9
**argue [1]** 11/10
**around [4]** 6/25 7/5 11/22 12/1
**ask [8]** 5/7 15/2 16/7 16/11 18/8 20/22 23/10 24/14
**asking [3]** 9/14 10/14 20/21
**assert [1]** 8/17
**asserted [1]** 9/7
**assign [1]** 15/25
**Atlanta [1]** 3/7
**August [9]** 18/22 19/6 24/17 25/14 25/24 26/23 27/2 27/16 27/23
**August 12th [1]** 24/17
**August 15th [4]** 26/23 27/2 27/16 27/23
**August 26th or [1]** 25/14
**August 27th [1]** 25/14
**Aurobindo [1]** 2/25
**Aurolife [1]** 2/24
**availability [3]** 14/10 16/10 16/17
**available [17]** 6/14 7/4 7/12 7/13 10/3 10/11 10/23 11/2 11/6 11/12 11/18 12/19 16/1 18/18 18/21 19/5 25/17
**Avenue [3]** 2/9 2/13 2/17
**Avilla [1]** 4/14
**avoid [1]** 7/1
**aware [1]** 9/5
**away [2]** 9/1 20/14

**B**

**back [2]** 19/7 28/6
**background [2]** 6/22 12/10
**BARNES [1]** 3/18
**based [1]** 12/12
**basis [1]** 16/24
**basket [1]** 22/14
**because [10]** 12/9 13/12 14/5 18/2 20/24 21/25 22/1
**22/14 23/13 26/6**
**becomes [1]** 7/2
**been [14]** 6/18 6/25 8/19 9/7 9/10 10/25 11/12 11/16 13/11 17/6 17/11 17/14 20/12 22/6
**before [5]** 5/1 10/15 19/23 20/15 22/12
**behalf [4]** 7/19 14/1 14/4 23/17
**being [5]** 11/5 12/8 15/21 16/4 24/13
**believe [1]** 26/24
**bellwether [7]** 8/18 9/20 13/3 13/18 13/20 14/18 14/21
**bene [8]** 8/25 10/1 15/16 18/24
**BERNE [1]** 4/2
**better [1]** 19/3
**big [1]** 13/11
**bite [1]** 22/20
**BLANK [1]** 3/22
**BOCKIUS [1]** 2/22
**BOSICK [1]** 3/2
**Boston [1]** 4/7
**both [1]** 28/16
**BRANCATO [1]** 2/16
**BRETT [1]** 2/5
**brief [1]** 14/22
**briefing [2]** 12/21 24/20
**briefs [2]** 21/17 23/4
**bring [5]** 8/16 10/7 11/9 12/5 13/8
**bringing [1]** 22/11
**broke [1]** 23/21
**Building [1]** 1/7
**BUMB [9]** 1/10 4/11 5/2 5/23 12/15 15/6 16/7 20/10 28/13
**bunch [1]** 12/10
**burden [1]** 14/18
**busy [5]** 9/9 9/23 16/23 17/4 26/25
**BUTLER [1]** 2/20
**buts [1]** 20/13
**bye [4]** 29/1 29/1 29/2 29/2
**Bye-bye [2]** 29/1 29/2

**C**

**calculations [1]** 18/5
**California [1]** 11/18
**call [4]** 6/11 6/12 8/8 15/24
**called [1]** 16/9
**calling [1]** 28/18
**Camden [1]** 1/8
**came [1]** 22/25
**Camp [1]** 1/18
**can [28]** 5/10 5/12 7/8 7/24 11/4 11/24 13/2 14/1 14/3 14/13 14/17 16/7 16/11 17/19 18/15 19/6 19/10 20/8 21/6 23/5 23/5 23/22 24/2 24/3 25/23 28/14 28/15 28/17
**can't [3]** 11/4 11/6 19/7
**cannot [3]** 14/9 16/19 20/15
**captured [1]** 14/12
**care [2]** 25/4 29/1
**Career [1]** 4/11
**Carnegie [1]** 2/23
**case [11]** 1/5 6/15 6/18 6/19 8/7 10/22 11/7 11/21 13/22 14/11 22/19
**cases [3]** 13/20 14/6 14/21
**causation [4]** 22/11 22/16 22/17 22/25
**center [3]** 2/23 3/15 22/11
**central [1]** 22/21
**Centre [1]** 3/3
**certain [2]** 11/3 27/21
**certainly [4]** 14/13 24/21 25/1 25/2
**CERTIFICATE [1]** 29/4
**certify [1]** 29/6
**changed [2]** 22/10 25/1
**changing [1]** 26/4
**chemist [1]** 6/24
**chemists [1]** 12/10
**Chernyak [2]** 25/9 26/1
**Chicago [1]** 3/11
**CHIEF [5]** 1/10 4/11 5/2 5/23 16/7
**chime [1]** 14/4
**choose [2]** 17/25 26/1
**chosen [2]** 28/16 28/20
**CHRISTINE [1]** 3/14
**CHRISTOPHER [1]** 1/15
**Cincinnati [1]** 4/4
**circle [1]** 19/7
**circuit [2]** 7/22 17/2
**circumstances [5]** 9/11 12/12 12/25 13/2 13/10
**citations [3]** 23/3 23/15 24/24
**CIVIL [1]** 1/3
**claim [2]** 22/10
**clarification [3]** 5/17 17/19 23/20
**clarify [2]** 16/14 26/3
**Clarissa [1]** 4/11
**Class [2]** 1/19 2/7
**clear [1]** 16/18
**Clerk [1]** 4/11
**closely [1]** 24/6
**closer [1]** 24/4
**Co [6]** 1/16 1/19 2/4 2/7 2/10 2/14
**Co-Lead [4]** 1/16 1/19 2/4 2/7
**Cohen [1]** 1/7
**colleagues [1]** 24/14
**collectively [6]** 2/11 2/15 2/18 3/9 3/13 3/17
**come [4]** 13/7 16/19 17/16 20/15
**comes [2]** 16/17 17/15
**coming [3]** 6/20 9/20 18/2
**Commencing [1]** 1/9
**complicated [1]** 6/4
**computer [1]** 1/24
**computer-aided [1]** 1/24
**concern [2]** 10/1 20/19
**concerned [1]** 10/14
**concerns [3]** 13/11 14/10 19/23
**concluded [1]** 29/3
**conduct [2]** 13/20 21/6
**confer [1]** 25/14
**Conference [2]** 1/5 15/13
**conflict [1]** 20/16
**confused [1]** 20/3
**consent [2]** 27/19 27/21
**context [1]** 22/2
**Conti [1]** 22/14
**continued [4]** 2/1 3/1 3/25 4/1
**Cooper [1]** 1/7
**correct [1]** 29/6
**correctly [1]** 15/17
**could [5]** 6/20 9/6 13/13 18/21 24/7
**counsel [7]** 1/16 1/19 2/4 2/7 18/16 18/19 19/5
**Counsel's [1]** 23/18

**C**

**country** [2] 6/20 11/23
**couple** [3] 26/18 26/23 27/11
**course** [1] 7/6
**court** [23] 1/1 1/21 5/17 12/13 15/3 15/12 18/14 22/5 22/10 22/12 22/12 22/15 22/19 22/20 22/23 23/4 23/5 23/20 25/1 25/2 27/1 29/4 29/11
**Courthouse** [1] 1/7
**courtroom** [2] 4/10 5/6
**courts** [3] 7/22 12/25 17/2
**crazy** [1] 21/21
**CRC** [1] 29/10
**credibility** [1] 8/1
**critical** [1] 7/24
**cross** [2] 7/25 17/24
**cross-examination** [1] 7/25
**cross-examine** [1] 17/24
**CRR** [1] 29/10
**CULBERTSON** [1] 4/5
**current** [1] 22/21
**cut** [1] 8/12
**cutting** [1] 23/18
**CVS** [1] 3/20

**D**

**D-I-E-T-T-E** [1] 26/5
**D.C** [3] 2/6 2/9 11/3
**date** [6] 17/9 19/8 19/10 21/5 27/9 28/16
**dates** [5] 12/4 12/18 19/4 19/13 21/17
**Daubert** [2] 11/17 25/13
**Dauberts** [2] 21/16 25/5
**DAVID** [1] 1/18
**DAVIDSON** [1] 2/12
**DAVIS** [1] 3/6
**day** [8] 10/12 20/23 25/16 25/17 25/24 25/25 26/4 28/20
**days** [8] 6/13 11/3 11/4 24/7 24/9 26/19 26/24 27/11
**de** [5] 8/25 10/1 14/12 15/16 18/24
**deadlines** [1] 23/10
**deal** [1] 11/10
**decide** [1] 15/6
**decided** [1] 14/16
**decision** [1] 19/14
**Defendant** [2] 3/4 4/7
**defendants** [29] 2/10 2/14 2/18 2/21 2/24 3/8 3/12 3/16 3/20 3/24 4/4 7/19 9/22 11/14 13/24 14/1 14/5 14/20 17/20 17/22 17/24 18/4 20/25 23/6 23/13 23/15 26/24 27/24 28/7
**defendants'** [5] 17/22 25/8 26/17 27/5 27/8
**defense** [5] 7/14 7/17 11/25 13/5 15/20
**definitely** [1] 13/5
**depends** [1] 6/13
**depose** [1] 9/15
**deposition** [27] 8/25 9/12 10/2 10/3 10/6 10/15 10/21 12/20 12/23 13/9 13/13 13/21 14/17 15/12 15/16 15/16 16/8 17/17 17/23 18/7 18/9 18/14 18/24 19/2 19/11 19/15 19/23
**deputy** [2] 4/10 5/6
**detailed** [1] 6/4

**determine** [1] 7/25
**did** [1] 23/1
**didn't** [2] 8/11 27/24
**Diette** [1] 26/5
**different** [5] 9/6 9/22 17/6 17/7 24/1
**disclaimed** [1] 22/15
**discovery** [3] 21/23 22/10 26/7
**discuss** [1] 27/25
**discussed** [1] 20/12
**Discussion** [1] 5/18
**DISTRICT** [4] 1/1 1/1 1/10 5/2
**doesn't** [1] 9/16
**doing** [3] 7/10 11/10 19/24
**done** [1] 11/21
**down** [3] 7/4 14/6 19/25
**Dr.** [23] 6/6 6/11 6/12 6/18 7/2 8/8 8/15 9/3 9/4 9/23 10/3 10/22 12/5 12/19 13/12 13/21 14/9 15/24 16/21 17/5 18/18 18/19 19/12
**Dr. Hecht** [20] 6/6 6/11 6/12 6/18 7/2 8/8 9/4 9/23 10/3 12/5 12/19 13/12 13/21 14/9 15/24 16/21 17/5 18/18 18/19 19/12
**Dr. Hecht's** [3] 8/15 9/3 10/22
**dramatically** [1] 20/13
**Drive** [1] 3/11
**Drugs** [1] 2/21
**during** [6] 6/14 9/24 13/6 13/13

**E**

**each** [5] 23/9 25/14 25/17 25/17 25/23
**ECF** [2] 25/7 25/7
**economic** [1] 1/19 2/7 22/14
**effort** [1] 11/16
**eggs** [1] 22/13
**Eisenhower** [1] 1/15
**either** [3] 10/23 10/23 25/13
**ELLIS** [3] 2/8 2/12 2/16
**else** [4] 18/12 19/18 21/12 28/8
**elsewhere** [1] 7/22
**enormous** [2] 7/1 12/8
**entire** [1] 13/4
**entitled** [1] 29/7
**entry** [2] 25/7 25/7
**especially** [4] 8/18 9/8 13/3 13/15
**ESQUIRE** [21] 1/14 1/15 1/18 2/2 2/5 2/8 2/12 2/16 2/20 3/2 3/3 3/6 3/6 3/10 3/14 3/15 3/19 3/22 4/2 4/6 4/11
**esse** [4] 8/25 10/1 15/16 18/24
**essential** [1] 17/3
**established** [2] 13/11 20/17
**even** [1] 25/20
**ever** [2] 16/3 16/4
**Everybody** [1] 28/24
**everyone** [4] 5/5 6/2 15/13 28/11
**evidence** [2] 17/6 22/16
**examination** [1] 7/25
**examine** [1] 17/24
**exception** [2] 12/24 12/25
**exceptional** [4] 9/11 12/25 13/1 13/10

**ex...** [??] 17/7 17/11 17/14
**expect** [1] 11/14
**experience** [2] 22/3 12/11
**expert** [16] 6/22 7/22 7/23 9/6 10/13 13/2 15/18 17/3 17/7 21/23 22/9 25/18 25/19 25/21 25/22 26/6
**expert's** [3] 7/25 8/1 13/1
**experts** [14] 8/19 10/9 10/9 11/16 13/5 13/7 13/8 16/24 17/4 17/5 25/12 25/15 25/15 28/18
**extension** [1] 26/22
**extent** [3] 14/10 14/16 18/13
**extra** [1] 28/2

**F**

**facilitate** [1] 15/22
**fact** [2] 17/5 23/11
**facto** [1] 14/12
**FALANGA** [1] 3/14
**fallback** [1] 15/1
**federal** [2] 12/23 29/4
**few** [2] 6/13 12/4
**figure** [1] 20/22
**file** [3] 23/6 23/11 27/1
**filed** [3] 26/18 27/9 27/10
**find** [2] 21/5 22/1
**finding** [1] 21/25
**first** [11] 8/18 10/21 12/5 13/3 14/18 15/12 18/21 19/6 23/7 23/13 23/15
**flesh** [1] 22/22
**fleshed** [2] 22/6 25/3
**Floor** [4] 2/6 3/3 3/15 4/6
**focus** [1] 18/1
**folks** [4] 20/22 21/4 25/14 25/23
**follow** [2] 13/15 24/20
**follow-up** [1] 24/20
**following** [2] 21/24 25/6
**follows** [1] 5/4
**forbid** [1] 11/6
**foregoing** [1] 29/6
**forever** [2] 11/12 14/13
**forth** [1] 18/9
**forward** [3] 7/6 17/17 18/14
**four** [2] 11/19 13/18
**FRANK** [1] 3/3
**freebie** [1] 20/25
**FREEMAN** [1] 1/14
**front** [1] 22/11
**further** [1] 24/20
**future** [2] 10/24 12/7

**G**

**game** [1] 22/10
**GANNON** [1] 3/14
**Gateway** [1] 3/15
**gave** [1] 19/4
**GEDDIS** [1] 1/15
**GEOPPINGER** [1] 4/2
**Georgia** [1] 9/7
**gets** [2] 16/3 16/4
**getting** [1] 28/18
**give** [1] 17/21
**given** [4] 8/18 9/8 23/11 28/2
**God** [1] 11/6
**GOLDENBERG** [1] 2/5
**Good** [8] 5/25 6/1 6/2 6/8 6/9 7/18 7/20 26/11
**GORDON** [1] 3/2
**got** [5] 9/19 12/1 12/4 24/24 24/25
**grant** [1] 11/2

**Great** [2] 5/15 5/19
**GREENBERG** [2] 3/5 3/10
**Greg** [1] 23/16
**GREGORY** [1] 3/10
**ground** [1] 8/9
**guess** [3] 19/7 19/25 20/3

**H**

**half** [3] 6/19 9/5 11/13
**hang** [1] 28/17
**happen** [2] 7/2 14/17
**happened** [2] 6/16 22/6
**happens** [5] 10/22 10/23 11/6 12/7 20/14
**happy** [4] 28/11 28/12 28/13 28/24
**HARKINS** [1] 3/6
**has** [18] 6/18 6/25 8/19 9/7 9/9 9/10 11/2 12/11 13/12 15/18 16/1 20/12 20/16 20/19 20/23 22/6 22/6 22/12 23/20 23/22 23/25
**haven't** [3] 6/19 10/17 12/2
**having** [2] 9/17 16/23
**he** [24] 8/8 8/22 9/15 11/2 11/4 11/4 12/11 14/11 15/3 16/1 16/1 16/1 16/9 16/19 17/7 17/21 18/4 18/18 20/12 20/14 20/14 20/16 21/5 26/1 26/5
**he's** [17] 6/13 6/21 7/3 7/12 9/1 9/9 10/23 11/2 13/3 16/2 17/5 17/6 17/11 17/14 20/2 21/1 26/5
**Healthcare** [2] 2/11 2/15
**hear** [12] 5/10 5/12 7/16 14/2 23/14 23/22 24/2 25/10 25/21 26/1 26/5 26/6
**heard** [4] 10/17 13/25 20/12 23/23
**hearing** [3] 5/7 12/18 25/13
**hearsay** [1] 12/24
**Hecht** [21] 6/6 6/11 6/12 6/18 7/2 8/8 9/4 9/23 10/3 12/5 12/19 12/19 13/12 13/21 14/9 15/24 16/21 17/5 18/18 18/19 19/12
**Hecht's** [3] 8/15 9/3 10/22
**held** [3] 5/1 5/18 13/1
**hello** [2] 5/5 5/9
**helpful** [1] 24/23
**HENRY** [1] 3/22
**hepatologists** [1] 10/10
**her** [1] 16/8
**here** [5] 8/9 14/4 15/23 16/15 22/7
**here's** [2] 19/9 21/22
**Hetero** [3] 2/21 2/21 3/24
**HILL** [1] 2/19
**him** [16] 6/15 7/7 8/16 9/8 9/14 9/15 10/7 11/7 11/8 11/9 12/9 12/12 15/3 17/25 18/1 19/24
**himself** [1] 23/2
**HINSHAW** [1] 4/5
**his** [24] 6/22 6/25 7/3 7/4 8/6 8/22 9/5 9/7 10/6 12/7 13/13 14/10 15/4 16/6 16/9 16/10 16/17 16/25 16/25 17/16 17/21 18/4 19/15 25/10
**history** [1] 22/24
**HONIK** [3] 2/2 2/2 26/14
**Honor** [18] 5/11 6/8 7/8 7/18 7/21 8/11 12/14 13/25 16/11 19/21 21/9 23/16 23/22 26/14 27/10 27/17 27/24 28/23
**HONORABLE** [5] 1/10 1/11

**.. JUDGE**

4/11 5/2 5/3
**hopeful** [1] 7/7
**hopefully** [3] 17/15 23/6 26/22
**horizon** [1] 14/9
**hospitals** [1] 10/11
**Huahai** [4] 2/10 2/10 2/14 2/14
**huge** [1] 12/22

**I**

**I'll** [6] 14/25 23/13 24/6 24/9 25/21 28/16
**I'm** [17] 5/7 6/8 6/21 11/4 12/18 15/16 17/12 19/4 19/9 19/25 20/3 20/3 20/3 23/25 25/5 27/21 28/18
**I've** [5] 5/21 20/11 22/3 22/4 26/8
**idea** [1] 11/24
**ideal** [2] 7/15 19/3
**ifs** [1] 20/13
**ill** [1] 20/14
**Illinois** [1] 3/11
**important** [1] 6/17
**inappropriate** [2] 10/5 16/20
**Inc** [15] 2/10 2/10 2/14 2/14 2/18 2/25 3/4 3/8 3/9 3/12 3/13 3/17 3/17 3/20 4/7
**inclined** [4] 15/8 15/10 15/15 18/14
**include** [1] 23/3
**Indianapolis** [1] 3/20
**indicated** [1] 8/7
**indication** [1] 14/8
**Industries** [3] 3/8 3/12 3/16
**informally** [1] 11/25
**instead** [1] 16/25
**intend** [3] 6/11 6/12 8/16
**intended** [2] 10/25 12/5
**intending** [4] 8/7 9/13 10/7 15/24
**intent** [3] 11/8 17/21 18/1
**interrupt** [1] 17/12
**intervenes** [1] 16/10
**invested** [1] 11/15
**involving** [1] 14/6
**IRBESARTAN** [1] 1/4
**isn't** [4] 8/15 10/3 11/18 12/9
**issue** [14] 8/16 9/2 9/3 11/25 12/22 14/16 15/5 17/15 18/12 19/14 21/15 22/20 22/22 26/7
**issues** [2] 13/6 16/15
**its** [1] 28/5
**itself** [1] 9/18

**J**

**JASON** [1] 3/2
**JEFFREY** [1] 4/2
**JERSEY** [6] 1/1 1/8 1/16 2/21 2/24 3/16
**JESSICA** [1] 2/12
**job** [1] 13/1
**John** [4] 1/21 1/22 2/23 29/10
**join** [1] 14/7
**joint** [1] 28/19
**JR** [1] 2/23
**JUDGE** [28] 1/10 4/11 5/3 5/12 5/23 12/13 14/6 15/6 16/7 18/13 19/17 20/8 20/10 20/23 21/4 21/7 21/14 22/7 23/1 25/6 25/10 25/24 26/13 28/12 28/13 28/15 28/21 28/25

3 of ... radiologists

**J**

judgment [3]  26/18 27/6 27/8
Judicial [1]  15/12
July [6]  1/8 7/11 18/17 24/12 28/10 29/10
July 21st [2]  7/11 18/17
July 22nd [1]  24/12
July 4th weekend [1]  28/10
jump [1]  20/8
jury [3]  7/24 8/20 8/20
just [43]

**K**

KANNER [1]  1/17
KAPKE [1]  3/19
KARA [1]  3/19
Kathryn [1]  4/14
KATZ [1]  1/14
keep [1]  28/16
kind [3]  20/25 21/1 28/6
kindness [1]  28/5
KIRKLAND [3]  2/8 2/12 2/16
know [19]  5/19 8/2 8/2 8/10 8/20 10/15 11/15 14/25 16/7 19/5 20/1 20/7 20/19 21/3 21/12 22/4 25/20 28/17 28/20
knowledge [2]  15/18 16/2
known [1]  17/9
knows [1]  15/14
KRISTINE [1]  2/20
Kugler [2]  22/17 23/1
Kurz [3]  1/21 1/22 29/10

**L**

Labs [2]  2/21 3/24
Larry [3]  4/10 5/13 5/20
last [3]  18/17 26/18 27/11
later [2]  14/11 18/9
LAVELLE [1]  2/23
Law [1]  4/11
laying [1]  22/24
lead [6]  1/16 1/19 2/4 2/7 18/16 18/18
lean [1]  24/6
learned [1]  18/17
least [1]  15/4
leave [1]  9/14
let [5]  5/19 23/10 24/11 26/3 28/17
let's [6]  7/16 21/5 21/5 21/6 21/22 24/21
letter [4]  6/3 9/23 28/19 28/19
letters [2]  6/10 21/11
letting [1]  28/19
LEWIS [1]  2/22
Lexington [2]  2/13 2/17
liability [2]  1/5 9/4
lieu [1]  9/12
life's [1]  6/25
like [7]  6/23 10/3 11/1 14/17 16/24 23/4 26/17
limit [1]  23/8
Lindsay [1]  4/12
line [1]  14/6
Lintner [1]  4/11
listed [1]  12/12
literal [1]  22/4
litigation [2]  1/5 13/4
little [2]  9/22 18/4
live [28]  6/11 6/13 7/23 7/23 8/8 8/16 8/23 9/2 9/12 9/14 10/8 10/12 11/8 11/9 13/2 13/7 13/8 13/14 13/22

16/9 16/16 16/19 16/25 17/3 17/8 19/12 19/24 25/15
LIZA [1]  3/15
LLC [9]  1/14 1/17 2/2 2/11 2/15 2/24 3/8 3/12 3/17
LLP [13]  2/8 2/12 2/16 2/19 2/22 3/2 3/5 3/10 3/14 3/18 3/22 4/2 4/5
LOCKARD [4]  3/6 14/1 14/24 21/20
locked [1]  7/4
Logan [1]  3/23
long [1]  6/4
longer [1]  12/3
look [2]  18/3 19/6
looking [1]  7/10
LOSARTAN [1]  1/3
Loss [2]  1/19 2/7
lot [5]  6/19 11/22 13/6 22/6 22/6
Louisiana [1]  1/19
Ltd [7]  2/10 2/14 2/18 3/8 3/12 3/16 3/24

**M**

MA [1]  4/7
MacStravic [1]  4/10
made [2]  9/21 23/5
main [1]  9/2
maintain [2]  10/5 18/23
major [2]  10/10 10/11
make [5]  7/3 18/24 19/14 23/1 23/5
makes [2]  13/23 16/5
man [1]  20/19
management [2]  1/5 16/6
many [2]  7/5 21/18
MARIE [3]  1/10 4/11 5/2
Market [1]  2/3
MASTER [2]  1/11 5/4
matter [4]  15/19 21/11 22/5 29/7
may [8]  7/5 9/24 10/25 12/14 13/6 13/25 27/9 27/21
May 22nd [1]  27/9
Maybe [1]  24/4
MAZIE [1]  1/14
md [1]  1/4
MDL [4]  1/16 2/4 11/12 11/21
me [20]  5/10 8/9 11/20 14/2 14/5 15/19 20/15 23/10 23/22 24/11 24/23 26/2 26/3 26/8 26/12 28/8 28/15 28/17 28/19 28/20
mean [4]  8/11 9/16 10/9 19/5
mechanical [1]  1/23
meetings [1]  11/3
Meridian [1]  3/19
might [4]  6/14 10/11 12/19 12/21
mind [1]  26/5
mindful [1]  11/5
minutes [2]  25/17 25/23
Mitchell [1]  1/7
moment [1]  23/25
months [1]  20/1
more [4]  8/6 11/17 20/19 23/5
MORGAN [1]  2/22
morning [8]  5/25 6/1 6/2 6/8 6/9 7/18 7/20 27/25
most [2]  6/17 24/23
motion [10]  21/23 21/23 22/8 22/9 22/21 25/8 25/9 25/20 27/3 27/8
motions [5]  25/6 26/18

move [1]  21/7
moved [1]  12/4
moving [1]  8/24
Mr [2]  6/7 23/21
Mr. [6]  10/19 12/18 12/19 19/1 21/20 24/11
Mr. Hecht [1]  12/19
Mr. Slater [5]  10/19 12/18 19/1 21/20 24/11
Ms [1]  14/24
Ms. [3]  8/5 12/16 21/20
Ms. Lockard [1]  21/20
Ms. Rose [2]  8/5 12/16
much [5]  10/5 19/3 22/4 27/1 27/12
Mulberry [1]  3/15
multiple [1]  16/2
musings [1]  22/3
mutually [1]  20/23
my [9]  6/10 14/22 16/8 21/22 22/7 24/1 24/14 26/4 26/4
Mylan [1]  3/4

**N**

N.W [1]  2/9
nature [1]  8/6
NE [1]  3/7
necessarily [2]  9/16 14/14
necessary [1]  19/22
need [14]  9/10 10/6 13/2 13/9 14/14 15/1 22/16 22/23 24/19 24/20 26/3 26/4 26/5 26/6
needs [4]  11/20 14/16 14/17 20/1
NEW [11]  1/1 1/8 1/16 1/19 2/13 2/13 2/17 2/17 2/21 2/24 3/16
Newark [1]  3/16
next [2]  3/25 20/1
nice [1]  28/10
NIGH [1]  2/5
NINA [2]  2/8 7/18
nitrosamines [2]  6/24 12/11
njd.uscourts.gov [1]  1/22
no [18]  8/13 8/19 9/7 10/17 11/8 13/16 14/8 15/9 15/19 17/6 17/6 17/13 19/19 19/21 20/13 22/19 26/10 27/10
non [1]  17/20
non-Roberts [1]  17/20
not [43]
note [1]  12/17
Nothing [1]  28/9
now [11]  8/16 8/22 10/2 10/15 11/19 11/25 13/12 16/4 19/4 19/16 26/4
number [2]  1/3 9/20
NW [1]  2/6

**O**

O'REILLY [1]  3/14
object [2]  14/23 27/25
objection [1]  14/7
obligations [2]  9/24 17/5
observe [1]  7/24
obviously [2]  18/7 18/19
off [4]  5/8 5/18 8/12 11/21
Official [2]  1/21 29/4
oh [4]  8/11 10/2 24/3 27/12
Ohio [1]  4/4
okay [29]  5/13 5/15 5/21 6/1 19/20 21/8 21/20 22/8 23/19 24/3 24/6 24/9 24/16 24/17 24/25 25/4 25/9 25/22

26/1 26/8 26/11 27/7 27/18 27/22 28/3 28/8 28/11 28/14 28/20
old [6]  8/8 9/16 15/18 16/1 20/6 20/19
one [18]  3/3 3/23 6/15 7/13 10/9 11/17 11/21 16/11 16/15 21/19 23/25 25/7 25/8 25/16 25/16 25/17 26/3 28/6
one-off [1]  11/17
only [5]  18/17 21/10 21/19 23/23 25/16
open [1]  28/16
opinions [1]  17/21
opportunity [8]  8/19 10/16 16/18 16/20 17/24 18/8 23/8 27/25
opposing [2]  25/21 25/22
ordered [1]  28/3
organic [2]  6/24 12/10
Orleans [1]  1/19
OSTFELD [3]  3/10 23/17 23/21
other [10]  12/4 14/5 14/21 15/20 17/7 18/4 18/5 25/14 26/3 26/21
otherwise [2]  5/22 12/3
our [11]  9/2 10/1 10/9 13/8 15/13 16/24 17/4 17/4 18/8 18/18 27/1
out [24]  7/8 11/7 12/1 12/10 13/19 15/1 19/7 19/10 19/13 20/22 21/4 22/2 22/6 22/18 22/22 22/24 22/25 23/18 24/21 25/3 25/23 26/1 27/20 28/15
outset [1]  23/8
over [4]  6/18 6/20 7/5 14/19
overarching [1]  6/17
overcome [1]  13/2
overly [3]  6/4 6/4 6/4
overruled [1]  24/13
Oxford [1]  3/3

**P**

page [1]  3/25
pages [2]  23/9 24/22
Parkway [1]  1/15
parties [6]  14/19 22/24 23/3 24/21 25/25 28/14
party [3]  1/19 2/7 25/22
passes [1]  20/10
Payor [1]  1/9 2/7
pending [1]  21/24
Pennsylvania [4]  2/3 2/9 3/4 3/23
people [2]  21/18 21/21
permission [1]  9/14
permit [2]  7/8 15/15
permitted [1]  5/7
person [1]  20/12
persuaded [1]  22/17
Pharma [6]  2/18 2/24 2/25 3/8 3/12 3/17
Pharmaceutical [7]  2/10 2/10 2/14 2/14 3/8 3/12 3/16
Pharmaceuticals [6]  2/18 3/4 3/8 3/12 3/17 4/7
Pharmacy [1]  3/20
Philadelphia [2]  2/3 3/23
phone [2]  6/7 28/19
Piedmont [1]  3/7
PIETRAGALLO [1]  3/2
pin [1]  19/25
PISANO [1]  4/6
Pittsburgh [1]  3/4
PIZZI [1]  3/14
place [1]  6/14 7/5 20/1

plaintiff [1]  13/11
plaintiffs [24]  1/16 2/4 8/16 8/21 9/4 10/2 10/14 10/17 13/16 13/19 15/23 16/19 17/9 19/19 20/15 20/18 20/21 22/9 22/13 22/15 22/17 22/19 23/7 28/9
plaintiffs' [2]  23/1 25/9
play [1]  10/4
played [4]  13/14 16/3 16/4 18/9
playing [1]  16/24
please [1]  5/8
plenty [1]  11/4
PLLC [1]  3/20
point [6]  7/3 11/14 12/6 13/10 13/16 14/8
pointed [1]  12/1
position [1]  20/4
possible [2]  19/7 28/17
potentially [3]  11/22 13/13 18/21
practical [3]  6/21 11/11 11/23
practicing [1]  10/10
precise [2]  21/25 22/24
preclude [4]  9/8 25/8 25/9 25/20
precludes [2]  16/10 16/17
prefer [1]  25/19
preference [1]  10/12
preferrable [1]  23/14
prejudice [9]  7/2 9/17 12/8 13/16 13/17 13/17 13/24 15/19 21/2
prejudiced [1]  18/6
prejudicial [1]  20/24
premature [1]  14/8
preparation [3]  8/25 13/19 13/20
prepare [1]  26/25
preparing [4]  13/17 20/2 20/25 23/12
present [3]  4/9 9/11 9/14
presenting [1]  9/19
preservation [7]  8/8 9/1 9/15 14/14 17/23 18/7 19/11
preserve [9]  8/15 8/21 10/22 12/6 15/1 16/6 16/8 17/16 22/22
preserved [4]  9/18 14/13 15/4 15/21
preserving [3]  8/6 15/17 20/6
pretend [1]  11/2
Princeton [2]  2/21 2/24
Prinston [2]  2/10 2/14
probably [2]  12/3 23/14
problem [2]  17/13 27/18
proceeding [1]  15/12
proceedings [4]  1/23 5/1 29/3 29/7
process [1]  7/9
produced [1]  1/24
products [2]  1/4 17/23
prohibits [1]  15/13
pronouncing [1]  15/16
proper [1]  23/6
purposes [5]  9/15 9/18 9/19 15/17 19/11
put [3]  14/22 18/9 22/13

**Q**

question [4]  6/5 16/12 18/19 20/5
questions [3]  18/8 26/2 26/8

**R**

raised [1] 11/25
RASO [1] 2/5
RASPANTI [1] 3/2
RDR [1] 29/10
RDR-RMR-CRR-CRC [1]
29/10
RE [1] 1/3
reach [2] 24/21 28/14
reached [2] 26/21 27/20
read [2] 8/20 21/24
reads [1] 6/24
ready [3] 5/15 5/24 14/21
reality [2] 6/21 11/11
really [8] 8/15 15/19 19/25
20/7 21/2 21/25 23/23 26/6
reason [4] 6/17 9/7 10/21
22/19
reasonable [3] 11/20 21/5
21/6
reasons [2] 6/15 14/23
reassigned [1] 22/5
recall [1] 26/24
recognize [1] 6/21
recognized [1] 7/21
recommendation [2] 25/7
25/11
reconnecting [1] 24/1
reconvene [1] 19/14
record [10] 5/18 10/6 14/7
14/12 14/23 22/23 23/5
24/24 25/3 29/7
recorded [1] 1/23
recorder [2] 5/6 5/22
REEFER [1] 3/2
referring [2] 25/5 27/8
regard [1] 17/22
reliability [1] 8/4
remaining [1] 25/12
removed [1] 5/21
RENÉE [3] 1/10 4/11 5/2
reopen [3] 21/23 22/8 22/9
replace [1] 12/9
replaceable [2] 6/22 6/23
reply [1] 28/2
report [5] 6/25 9/4 18/4
25/6 25/11
reporter [4] 1/21 5/17
23/20 29/11
REPORTER'S [1] 29/4
Reporter/Transcriber [1]
29/11
representation [1] 9/21
representations [1] 23/1
request [3] 14/7 28/1 28/1
requested [1] 27/16
research [2] 9/23 10/10
researching [1] 9/9
resolving [1] 22/21
respect [2] 9/3 25/12
respond [4] 12/14 23/8
24/15 26/23
response [2] 14/22 26/10
responses [1] 27/2
responsibilities [2] 13/1
13/12
restrictions [1] 23/2
result [1] 22/25
RET [2] 1/11 5/3
Retailer [1] 3/20
Richman [1] 4/12
Ridge [1] 2/6
right [19] 5/23 6/3 7/16
8/16 10/15 10/19 15/15 16/4
17/18 19/16 21/3 21/10
21/14 21/15 21/22 21/22
24/19 28/22 28/24

**RMB** [1] 1/4
**RMR** [1] 29/10
Road [2] 2/20 3/7
Roberts [25] 6/11 8/7 8/17
8/23 9/25 10/7 10/16 10/18
11/9 11/9 13/7 13/22 14/11
16/16 17/20 18/15 18/23
18/24 19/2 19/11 19/13
19/15 19/23 19/24 20/3
ROME [1] 3/22
ROSE [4] 2/8 7/19 8/5
12/16
Roseland [1] 1/16
Roszel [1] 2/20
roughly [1] 9/5
RUBEN [2] 2/2 26/14
rule [5] 10/12 12/24 13/7
16/20 22/17
ruled [1] 20/23
rules [4] 12/23 15/13 22/10
25/2
ruling [6] 18/15 19/22
21/22 22/7 22/7 23/6
rulings [1] 23/4
ruse [1] 15/25
rushed [1] 12/2
rushing [2] 8/21 11/24

**S**

said [11] 13/16 16/15 17/2
18/4 18/18 21/7 22/22 22/3
22/4 22/12 26/9
SAK [1] 1/4
same [2] 20/18 24/14
Sarah [1] 4/13
satisfies [1] 12/24
Sawyer [2] 25/8 26/1
say [12] 10/2 10/17 11/15
11/24 12/18 14/25 16/19
18/13 20/16 20/24 22/12
24/13
saying [4] 8/22 9/9 13/12
13/21
schedule [5] 9/10 14/19
16/23 25/13 26/17
scheduling [1] 20/16
ScieGen [1] 4/7
see [15] 9/10 9/17 10/6
19/6 21/1 21/2 21/18 21/19
21/19 21/20 21/22 25/1 25/2
25/2 28/5
seeing [1] 21/21
seemed [1] 11/1
seems [3] 8/9 14/17 15/19
sees [2] 22/12 22/19
send [1] 28/19
sense [3] 13/23 16/5 18/24
September [1] 28/2
September 12th for [1]
28/2
series [1] 18/3
set [1] 5/19
shall [1] 23/6
She [1] 18/21
should [7] 7/23 8/17 12/3
12/20 14/11 17/7 23/3
sic [1] 9/1
side [1] 26/21
since [2] 22/6 26/16
single [1] 11/21
six [3] 6/18 6/18 11/12
SLATER [8] 1/14 1/14 6/7
10/19 12/18 19/1 21/20
24/11
so [51]
Solco [2] 2/10 2/14
some [9] 6/20 7/3 11/14
12/18 15/24 17/19 18/5 21/2

**Somebody** [1] 5/6
something [10] 6/16 10/22
10/23 11/6 12/2 12/7 14/17
16/10 16/17 20/13
sometimes [2] 22/1 22/2
somewhat [2] 22/8 25/3
soon [2] 28/15 28/17
sorry [4] 8/11 12/19 16/11
17/12
sort [1] 15/24
sound [2] 16/5 17/16
sounds [1] 14/5
South [1] 3/19
span [1] 6/14
speak [2] 23/17 24/4
speaker [1] 24/5
SPECIAL [2] 1/11 5/3
specific [1] 23/3
speculative [1] 16/4
spent [1] 15/20
Square [2] 2/6 3/23
stand [1] 19/15
standard [1] 9/11
STANOCH [1] 1/18
start [4] 24/21 25/18 25/20
25/21
started [1] 5/16
starting [1] 12/12
State [1] 4/6
STATES [4] 1/1 1/10 5/2
7/5
stenography [1] 1/23
STEVEN [1] 3/6
still [1] 19/22
STOY [1] 3/3
Street [7] 1/18 2/3 3/15
3/19 3/23 4/3 4/6
Streets [1] 1/7
stuff [1] 21/13
subject [3] 6/25 24/13 26/4
submission [2] 11/3 23/7
submissions [3] 22/23
23/9 24/10
submit [1] 8/14
submitted [2] 9/4 9/6
substantive [1] 21/11
such [3] 17/7 17/23 20/14
sufficient [1] 24/8
suggest [2] 11/1 19/10
suggestion [2] 11/1 15/23
Suite [5] 1/15 2/3 3/7 3/11
4/3
summary [3] 26/17 27/5
27/8
summer [1] 14/20
supplemental [2] 22/23
23/7
sure [7] 7/4 16/13 19/5
23/11 26/25 27/22 28/18

**T**

take [13] 6/14 7/5 8/24 8/25
9/1 10/15 13/19 16/8 19/10
19/22 20/1 21/2 29/1
taken [6] 12/3 12/20 16/4
18/7 22/2 22/3
takes [1] 25/4
taking [3] 10/1 15/20 19/14
talk [4] 21/16 21/16 21/17
25/5
talking [2] 26/16 27/3
Teams [2] 1/6 5/1
TERRY [1] 3/22
testifies [1] 15/3
testify [12] 7/3 7/23 8/17
11/4 11/4 11/8 13/22 14/11
16/2 19/12 21/11 24/11

**testifying** [3] 9/8 17/8
19/24
testimony [36]
Teva [11] 3/8 3/8 3/9 3/12
3/12 3/13 3/16 3/17 3/17
14/1 23/17
Texas [1] 11/18
Thank [9] 14/24 19/17
19/21 21/9 23/16 24/18 28/4
28/13 29/1
Thanks [2] 12/17 28/25
them [8] 6/20 7/14 11/17
11/18 23/11 25/13 26/25
27/20
these [6] 8/19 11/11 11/16
14/23 27/5 27/10
they're [8] 8/7 9/9 9/13 9/14
13/21 21/19 22/3 25/16
they've [3] 8/7 9/7 11/16
thing [1] 11/20 26/3
things [2] 22/1 22/2
think [16] 9/22 10/25 13/10
13/23 16/5 16/5 17/16 19/22
20/5 20/11 20/18 21/10
23/14 24/7 25/3 26/11
Third [4] 1/19 2/6 2/7 17/2
Third-Party [2] 1/19 2/7
Thirty [1] 25/23
this [53]
THOMAS [2] 1/11 5/3
THORNBURG [1] 3/18
though [1] 25/20
three [2] 3/15 11/19
through [2] 11/16 24/1
throughout [1] 17/2
till [2] 26/23 27/16
time [21] 8/25 9/1 9/6 11/16
13/6 13/19 13/23 13/24 14/8
15/20 15/21 16/23 17/2 17/3
20/15 21/2 21/5 22/5 24/8
24/14 27/12
timing [1] 7/9
today [1] 9/16
token [1] 20/18
told [1] 7/13
Tom [1] 5/9
tomorrows [1] 20/20
too [1] 21/18
Torrent [3] 2/18 2/18 2/18
TPP [2] 22/16 22/25
Transcriber [1] 29/11
transcript [3] 1/23 14/12
29/6
transcription [1] 1/24
transcripts [1] 23/4
TRAURIG [2] 3/5 3/10
tremendous [1] 11/15
trial [67]
trials [16] 6/19 7/5 9/20
11/5 11/22 13/17 13/18 16/2
18/3 18/9
tried [1] 6/19
try [3] 19/10 20/22 23/25
trying [7] 6/21 11/10 11/23
14/19 14/20 19/25 20/4
Tuesday [1] 1/8
turn [2] 5/8 23/13
turns [1] 15/1
two [5] 9/5 12/1 18/21 19/6
20/1
type [1] 6/22

**U**

U.S [5] 1/7 2/10 2/11 2/14
2/15
ULMER [1] 4/2
unavailable [3] 7/2 18/16
18/20

**unclear** [1] 25/3
under [3] 12/23 12/24
16/20
understand [6] 8/5 8/21
13/9 17/20 19/21 20/4
understanding [1] 6/10
Understood [3] 15/7 18/11
19/17
unique [2] 15/18 16/1
UNITED [4] 1/1 1/10 5/2 7/5
universities [1] 10/11
unless [4] 12/24 16/9 16/16
20/13
unreasonable [1] 20/20
until [2] 14/18 27/25
up [13] 6/20 6/24 9/20
13/15 13/19 15/20 16/17
17/15 17/16 18/2 23/21
24/20 28/17
upcoming [1] 23/12
us [6] 5/19 14/6 18/6 18/10
26/23 27/1
USA [4] 2/25 3/8 3/12 3/17
use [3] 10/16 10/17 14/13
used [3] 12/21 18/15 18/23

**V**

valid [1] 20/19
VALSARTAN [1]
value [1] 15/25
VANASKIE [14] 1/11 5/3
5/9 20/9 20/23 21/4 21/7
25/6 25/10 25/24 26/13
28/12 28/15 28/25
VANESSA [1] 4/6
VAUGHN [2] 2/5 2/5
very [7] 9/23 10/5 10/14
17/4 18/4 26/25 27/1
via [2] 1/6 5/1
VICTORIA [2] 3/6 14/1
video [2] 18/9 21/6
videoconferencing [2] 1/6
5/1
videotape [6] 6/15 7/7
11/17 15/3 15/11 16/25
videotaping [1] 6/5
view [2] 15/25 16/8
viewed [1] 8/20
views [2] 16/8 22/20
Vine [1] 4/3
voice [1] 23/18

**W**

Wacker [1] 3/11
wait [2] 14/18 25/10
Walgreens [1] 3/21
WALLACK [1] 2/19
Walmart [1] 3/21
WALSH [2] 3/14 3/15
want [20] 7/1 7/3 7/7 11/9
11/17 12/6 13/19 14/4 14/6
18/6 18/19 21/16 21/16
21/17 23/10 25/5 25/12
25/15 25/16 27/13
wanted [6] 6/15 11/5 12/17
16/14 16/18 26/16
wants [1] 26/1
Washington [3] 2/6 2/9
11/3
way [3] 25/19 28/6 28/7
we'd [2] 6/23 10/3
we'll [3] 17/14 17/17 19/14
we've [5] 9/19 11/15 11/25
12/4 20/16
week [8] 7/11 7/12 7/13
18/16 18/17 18/18 18/20
28/2
weekend [1] 28/10

5

Zimmerman

**W**

**weeks [7]** 7/13 7/14 18/22
19/4 19/4 19/6 26/23
**West [1]** 3/11
**whatever [2]** 7/1 24/20
**wherever [1]** 11/19
**whether [4]** 8/14 16/3
18/15 25/25
**while [2]** 14/20 20/2
**WHITELEY [1]** 1/17
**who's [1]** 25/24
**Wholesaler [1]** 4/4
**why [6]** 7/7 8/21 9/7 9/10
12/11 20/1
**wifi [1]** 24/1
**will [22]** 7/8 10/2 10/17
14/12 14/13 14/14 15/5
15/22 16/9 16/16 16/18
16/19 17/21 19/12 20/12
22/12 22/23 23/7 23/8 24/20
25/10 25/24
**Within [1]** 24/9
**without [1]** 18/15
**witness [3]** 7/24 15/18 20/6
**witnesses [2]** 7/22 11/11
**won't [2]** 15/11 17/15
**words [1]** 22/4
**work [10]** 6/25 7/8 11/6
13/6 13/12 19/7 19/10 19/13
21/4 25/23
**working [1]** 13/18
**works [2]** 28/5 28/7
**worst [1]** 15/2
**worthlessness [1]** 22/14
**writes [1]** 6/24
**wrote [1]** 7/14

**Y**

**yeah [10]** 5/22 8/2 8/5
10/20 15/9 15/11 17/12 19/9
24/5 26/20
**year [5]** 12/1 15/18 17/10
20/6 20/19
**years [9]** 6/18 6/19 7/6 8/8
9/5 9/16 11/13 11/19 16/1
**yes [16]** 5/11 5/12 5/14
6/12 6/12 13/5 14/3 14/3
16/22 20/10 20/10 21/2 24/6
26/15 28/21 28/23
**yesterday [1]** 27/20
**yesterdays [1]** 20/20
**yet [1]** 17/11
**York [4]** 2/13 2/13 2/17
2/17
**you [64]**
**you'll [5]** 25/18 25/20 26/24
28/18 28/18
**you've [2]** 16/15 28/20

**Z**

**Zhejiang [2]** 2/10 2/14
**ZHP [4]** 2/11 2/15 7/19 18/1
**ZHP's [1]** 18/16
**Zimmerman [1]** 4/13