# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson
Carissa M. Thompson

°Member of N.J. & N.Y. Bars

July 9, 2025

*VIA ECF*
Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey  08101

  Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 19-2875

Dear Chief Judge Bumb:

I am writing with regard to the *Daubert* hearings discussed during the July 1, 2025 case management conference.

It is our understanding that three of the four experts to appear per your Honor's instructions are available on August 26, and the parties are discussing the schedule for that day.

Honorable Renée Marie Bumb
United States District Court
July 9, 2025
Page 2

The fourth expert, Dr. Russo, is already committed to testify in a trial in Florida that begins on August 25, and he will be testifying on August 26 or 27 in Court, so he will not be able to be in Court for the scheduled *Daubert* hearing. We have conferred with defense counsel, who has agreed to have Dr. Russo's testimony taken on Zoom on a different day convenient to the Parties and the Court, if that is acceptable to the Court, in light of the short time available before trial. If that is acceptable, please let us know the Court's preference on scheduling, and we will work to arrive at a date for the Zoom.

Thank you for your courtesies and consideration.

Respectfully,

ADAM M. SLATER

Cc: All counsel of record (via ECF)