# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to Gaston J. Roberts, Jr., and wife Jan Roberts \| Case No. 1:20-cv-00946-RBK-JS** | **MDL No. 2875**<br><br>**Honorable Renée Marie Bumb, Chief Judge**<br><br>**EXPERT REPORT OF VICTORIA CHERNYAK, M.D., M.S.** |

## I.   Introduction and Purpose of Statement

My name is Victoria Chernyak, M.D. M.S., and I am a Professor of Radiology at the Columbia University Vagelos College of Physicians and Surgeons. I am board certified in radiology and have substantial clinical and research expertise in liver imaging and the diagnosis of primary liver malignancies, particularly hepatocellular carcinoma ("HCC"). I have been asked to provide my independent expert review of the radiological scans taken of Mr. Gaston J. Roberts' liver in 2016 and 2018, and to respond to the opinions offered by Fareeha Siddiqui, M.D. and Christopher Mele, M.D. regarding the potential causes of Mr. Roberts' HCC, which was diagnosed based on radiological imaging in August 2018.

## II.  Qualifications

I received my undergraduate degree from Rutgers College in 1997 and my medical degree from Albert Einstein College of Medicine (Einstein) in 2001. I completed a radiology residency and abdominal MRI fellowship at Einstein's affiliated hospital, Montefiore Medical Center, after which I joined the faculty at Einstein in 2007. At Montefiore, I served as Director of Abdominal MRI and Interim Section Chief for the Division of Abdominal Imaging, as well as earning my Master of Science in Clinical Research Methods. I am currently a professor of Radiology at Columbia University Irving Medical Center and an attending radiologist at New York-Presbyterian. I am licensed to practice medicine in New York.

I am a nationally and internationally recognized expert in Liver Imaging Reporting and Data System ("LI-RADS"), a system endorsed by American College of Radiology ("ACR"), American Association for Study of Liver Diseases ("AASLD") and United Network for Organ Sharing. I

have been a member of the LI-RADS Steering Committee since 2015, and have led or co-led LI-RADS as a chair or co-chair since 2020. I co-edited the 2018 LI-RADS Manual, and co-led the creation of a clear and concise universal liver imaging lexicon that has been adopted internationally.

I am also the author of more than 150 peer-reviewed publications and have been an invited speaker for more than 140 national and international presentations. I serve as deputy editor of *Radiology* and am a member of the scientific committees for several societies, including the Society for Abdominal Radiology, the Society for Advanced Body Imaging, and the Radiological Society of North America. My curriculum vitae (CV) is attached as Exhibit A.

I am being compensated at a rate of $600.00 per hour for this matter. All of my opinions are stated to a reasonable degree of medical certainty.

### III.  Opinions

#### A.  HCC And Diagnosis Using Liver Imaging Reporting And Data System (LI-RADS)

HCC is the most common type of primary (i.e., arising from the liver) liver cancer. HCC is the sixth-most-common cancer in the world and is the third-leading cause of cancer-related deaths.[1] HCC develops through the process of hepatocarcinogenesis, where a cluster of benign liver cells undergoes a series of transformations, accumulates critical mutations and over time transforms into a malignant lesion (HCC).[2] Early stages of HCC are treatable with expected median survival > 5 years, whereas advanced HCC disease has poor prognosis, with median survival of 3 months.[3] Surveillance of patients at risk for HCC development is done to ensure early detection, diagnosis, and treatment of HCC in order to improve patient outcomes.[4]

LI-RADS is a system that allows a noninvasive diagnosis (i.e., based on imaging features only, not requiring biopsy confirmation) of HCC in appropriate patient populations. The LI-RADS criteria are applied to a restricted patient population with sufficiently high risk for HCC development, namely patients with cirrhosis, chronic hepatitis B viral infection (with or without cirrhosis) and/or personal history of HCC. Diagnosis of cirrhosis (either based on morphologic

---

[1] Szilveszter RM, Muntean M, Florea A. Molecular Mechanisms in Tumorigenesis of Hepatocellular Carcinoma and in Target Treatments-An Overview. Biomolecules. 2024 Jun 4;14(6):656. doi: 10.3390/biom14060656. PMID: 38927059; PMCID: PMC11201617.

[2] Szilveszter RM, Muntean M, Florea A. Molecular Mechanisms in Tumorigenesis of Hepatocellular Carcinoma and in Target Treatments-An Overview. Biomolecules. 2024 Jun 4;14(6):656. doi: 10.3390/biom14060656. PMID: 38927059; PMCID: PMC11201617.

[3] Reig M, Forner A, Rimola J, Ferrer-Fàbrega J, Burrel M, Garcia-Criado Á, Kelley RK, Galle PR, Mazzaferro V, Salem R, Sangro B, Singal AG, Vogel A, Fuster J, Ayuso C, Bruix J. BCLC strategy for prognosis prediction and treatment recommendation: The 2022 update. J Hepatol. 2022 Mar;76(3):681-693. doi: 10.1016/j.jhep.2021.11.018. Epub 2021 Nov 19. PMID: 34801630; PMCID: PMC8866082.

[4] Reig M, Forner A, Rimola J, Ferrer-Fàbrega J, Burrel M, Garcia-Criado Á, Kelley RK, Galle PR, Mazzaferro V, Salem R, Sangro B, Singal AG, Vogel A, Fuster J, Ayuso C, Bruix J. BCLC strategy for prognosis prediction and treatment recommendation: The 2022 update. J Hepatol. 2022 Mar;76(3):681-693. doi: 10.1016/j.jhep.2021.11.018. Epub 2021 Nov 19. PMID: 34801630; PMCID: PMC8866082.

changes to the liver detected on imaging, or based on quantitative imaging assessment or biopsy) is sufficient to allow application of LI-RADS. It is important to note that, once cirrhosis is present, LI-RADS is applicable, and neither the length of time that cirrhosis has been present, nor the severity of cirrhosis, is taken into account. It is also important to note that similar international guidelines for HCC assessment recognize that the presence of cirrhosis, regardless of the length of time it has been observed in the patient or stage of cirrhosis advancement, is an accepted risk factor for HCC.[5] Thus, if a patient has cirrhosis, he/she is considered to be at high risk for HCC and can be diagnosed with HCC noninvasively, based on LI-RADS or other existing international guidelines.

Diagnostic LI-RADS includes seven diagnostic categories, each representing a diagnostic certainty of HCC vs benignity. Each category has predefined criteria, which are based on the observed imaging features of the lesion. The LI-RADS categories range from LR-1 (Definitely benign) to LR-5 (Definite HCC), and also include LR-TIV (Definite tumor in vein) and LR-M (Probably or definitely malignant, not HCC-specific).[6] The criteria for the LR-5 (Definite HCC) category are very accurate for the diagnosis of HCC, such that the probability of a LR-5 lesion being an HCC is at least 95%.[7]

### B. Review of Imaging Examinations

#### April 8, 2016 CT

Mr. Roberts underwent a computerized tomography ("CT") scan on April 8, 2016. That CT scan demonstrated a relative enlargement of the left hepatic lobe and nodular liver contour, findings that generally raise suspicion for advanced parenchymal liver disease/cirrhosis.[8] Additionally, the

---

[5] European Association for the Study of the Liver. EASL Clinical Practice Guidelines on the management of hepatocellular carcinoma. J Hepatol. 2025 Feb;82(2):315-374. doi: 10.1016/j.jhep.2024.08.028. Epub 2024 Dec 17. PMID: 39690085; Singal AG, Llovet JM, Yarchoan M, Mehta N, Heimbach JK, Dawson LA, Jou JH, Kulik LM, Agopian VG, Marrero JA, Mendiratta-Lala M, Brown DB, Rilling WS, Goyal L, Wei AC, Taddei TH. AASLD Practice Guidance on prevention, diagnosis, and treatment of hepatocellular carcinoma. Hepatology. 2023 Dec 1;78(6):1922-1965. doi: 10.1097/HEP.0000000000000466. Epub 2023 May 22. Erratum in: Hepatology. 2023 Dec 1;78(6):E105. doi: 10.1097/HEP.0000000000000621. PMID: 37199193; PMCID: PMC10663390; Korean Liver Cancer Association (KLCA) and National Cancer Center (NCC) Korea. 2022 KLCA-NCC Korea practice guidelines for the management of hepatocellular carcinoma. Clin Mol Hepatol. 2022 Oct;28(4):583-705. doi: 10.3350/cmh.2022.0294. Epub 2022 Oct 1. PMID: 36263666; PMCID: PMC9597235; Omata M, Cheng AL, Kokudo N, Kudo M, Lee JM, Jia J, Tateishi R, Han KH, Chawla YK, Shiina S, Jafri W, Payawal DA, Ohki T, Ogasawara S, Chen PJ, Lesmana CRA, Lesmana LA, Gani RA, Obi S, Dokmeci AK, Sarin SK. Asia-Pacific clinical practice guidelines on the management of hepatocellular carcinoma: a 2017 update. Hepatol Int. 2017 Jul;11(4):317-370. doi: 10.1007/s12072-017-9799-9. Epub 2017 Jun 15. PMID: 28620797; PMCID: PMC5491694.

[6] Chernyak V, Fowler KJ, Kamaya A, Kielar AZ, Elsayes KM, Bashir MR, Kono Y, Do RK, Mitchell DG, Singal AG, Tang A, Sirlin CB. Liver Imaging Reporting and Data System (LI-RADS) Version 2018: Imaging of Hepatocellular Carcinoma in At-Risk Patients. Radiology. 2018 Dec;289(3):816-830. doi: 10.1148/radiol.2018181494. Epub 2018 Sep 25. PMID: 30251931; PMCID: PMC6677371.

[7] Lee S, et al. Percentages of Hepatocellular Carcinoma in LI-RADS Categories with CT and MRI: A Systematic Review and Meta-Analysis. Radiology. 2023 Apr;307(1):e220646.

[8] Kudo M, Zheng RQ, Kim SR, Okabe Y, Osaki Y, Iijima H, Itani T, Kasugai H, Kanematsu M, Ito K, Usuki N, Shimamatsu K, Kage M, Kojiro M. Diagnostic accuracy of imaging for liver cirrhosis compared to histologically proven liver cirrhosis. A multicenter collaborative study. Intervirology. 2008;51 Suppl 1:17-26. doi:

CT scan shows that the umbilical vein was recanalized, confirming presence of portal hypertension (i.e., elevated blood pressure in liver vascular system). Recanalization of the umbilical vein occurs when the resistance to blood flow in the liver becomes too high (portal hypertension). The umbilical vein, which is normally thrombosed and not detectable on CT, opens up, allowing some of the blood to bypass the high-pressure areas. Cirrhosis is one of the major causes of umbilical vein recanalization.[9] The combination of a recanalized umbilical vein, enlargement of left hepatic lobe, and nodular liver contour observed on the April 8, 2016 CT strongly indicates presence of cirrhosis and portal hypertension at that time. This CT provides grounds for a diagnosis of cirrhosis as of April 2016. If presented with this scan in my day-to-day work as an abdominal radiologist, I would report findings to be consistent with the diagnosis of cirrhosis based on the scan.

It is important to note that qualitative assessment of liver morphology on CT is not accurate for estimating how long cirrhosis has been present, or whether it is in the early stages of development. However, the fact that the cirrhosis was visibly present on a CT scan in April 2016 indicates that the cirrhosis was not new at that time. CT has lower sensitivity for detection of early (Child-Pugh A) cirrhosis as compared to more advanced (Child-Pugh B/C) cirrhosis (sensitivities 60% vs 87%, respectively).[10] Therefore, CT is less likely to detect abnormalities in patients with very early cirrhosis. In the case of Mr. Roberts, the presence of morphologic changes on his April 2016 CT (i.e., enlargement of left hepatic lobe, nodular contour and recanalized umbilical vein) indicates that cirrhosis had been present for some time. While it is not possible to say exactly when Mr. Roberts developed cirrhosis, it is important to note that compensated cirrhosis, a state of cirrhosis where the liver is damaged but is still able to function, is usually asymptomatic.[11] The term "compensated cirrhosis" describes stages of cirrhosis *without* one or more decompensating events, such as ascites, hepatic encephalopathy, variceal hemorrhage and jaundice.[12] Because patients with compensated cirrhosis have experienced no symptoms related to cirrhosis, the diagnosis of cirrhosis often is delayed for a long time despite the presence of cirrhosis in the liver. Despite being asymptomatic, between one-third and one-half of patients with compensated cirrhosis have varices (abnormal vessels that shunt the blood away from high-pressure areas to lower-pressure areas) and clinically significant portal hypertension at the time of diagnosis.[13] It is not unusual,

---

10.1159/000122595. Epub 2008 Jun 10. PMID: 18544944; Yeom SK, Lee CH, Cha SH, Park CM. Prediction of liver cirrhosis, using diagnostic imaging tools. World J Hepatol. 2015 Aug 18;7(17):2069-79. doi: 10.4254/wjh.v7.i17.2069. PMID: 26301049; PMCID: PMC4539400.

[9] Shi Q, Xiong K, Ding B, Ye X. Clinical characteristics of cirrhosis patients with umbilical vein recanalization: A retrospective analysis. Medicine (Baltimore). 2021 Sep 3;100(35):e26774. doi: 10.1097/MD.0000000000026774. PMID: 34477116; PMCID: PMC8415999.

[10] Hetland LE, et al. Suboptimal diagnostic accuracy of ultrasound and CT for compensated cirrhosis: Evidence from prospective cohort studies. Hepatol Commun. 2023 Aug 31;7(9):e0231.

[11] Kumar et al. Compensated liver cirrhosis: Natural course and disease-modifying strategies. World J Methodol. 2023 Sep 20;13(4):179-193.

[12] D'Amico G, Bernardi M, Angeli P. Towards a new definition of decompensated cirrhosis. J Hepatol. 2022 Jan;76(1):202-207. doi: 10.1016/j.jhep.2021.06.018. Epub 2021 Jun 23. Erratum in: J Hepatol. 2022 Mar;76(3):757. doi: 10.1016/j.jhep.2021.12.023. PMID: 34157322.

[13] D'Amico G, Bernardi M, Angeli P. Towards a new definition of decompensated cirrhosis. J Hepatol. 2022 Jan;76(1):202-207. doi: 10.1016/j.jhep.2021.06.018. Epub 2021 Jun 23. Erratum in: J Hepatol. 2022 Mar;76(3):757. doi: 10.1016/j.jhep.2021.12.023. PMID: 34157322.

therefore, that Mr. Roberts had no reported symptoms related to his cirrhosis in 2016 despite its presence.

Generally, patients with cirrhosis require routine surveillance with ultrasound and a blood test (alpha-fetoprotein) to monitor for development of HCC.[14] Again, it is important to note that HCC surveillance is offered to any patient with cirrhosis, per AASLD guidelines, excluding patients with end-stage cirrhosis with limited life expectancy.[15] Patients with even early cirrhosis are recommended for surveillance because they are at sufficiently high risk for HCC for surveillance to be cost-effective. Based on my education, training, and expertise, a routine surveillance for HCC was indicated for Mr. Roberts in 2016, based on the presence of cirrhosis in 2016.

In addition, the April 8, 2016 CT demonstrated several small lesions in the right lobe of the liver, measuring up to 0.6 cm. These include:

- Segment VII, 0.6 cm (Ser 401, image 17)
- Segment V/VIII, 0.5 cm (Ser 401, image 24)
- Segment VI, 0.5 cm (Ser 401, Image 35)

Attached as Exhibit B to this report are images from the 2016 CT documenting these lesions. These lesions do not demonstrate arterial phase hyperenhancement (a hallmark of progressed HCC), and appeared as hypoenhancing foci on the portal venous phase—i.e., they had washout. When applying LI-RADS, subcentimeter lesions without arterial phase hyperenhancement and with washout are categorized LR-3 (intermediate probability of malignancy).[16] Because of this, the lesions observed on Mr. Roberts' April 8, 2016 CT scan met the criteria for LR-3. Of all LR-3 observations, about 33% are malignant.[17] When followed long-term, up to 60% of LR-3 observations progress to HCC within 48 months.[18] According to the AASLD and LI-RADS

---

[14] Singal AG, Llovet JM, Yarchoan M, Mehta N, Heimbach JK, Dawson LA, Jou JH, Kulik LM, Agopian VG, Marrero JA, Mendiratta-Lala M, Brown DB, Rilling WS, Goyal L, Wei AC, Taddei TH. AASLD Practice Guidance on prevention, diagnosis, and treatment of hepatocellular carcinoma. Hepatology. 2023 Dec 1;78(6):1922-1965. doi: 10.1097/HEP.0000000000000466. Epub 2023 May 22. Erratum in: Hepatology. 2023 Dec 1;78(6):E105. doi: 10.1097/HEP.0000000000000621. PMID: 37199193; PMCID: PMC10663390.

[15] Singal et al. AASLD Practice Guidance on prevention, diagnosis, and treatment of hepatocellular carcinoma. Hepatology. 2023 Dec 1;78(6):1922-1965.

[16] Chernyak V, Fowler KJ, Kamaya A, Kielar AZ, Elsayes KM, Bashir MR, Kono Y, Do RK, Mitchell DG, Singal AG, Tang A, Sirlin CB. Liver Imaging Reporting and Data System (LI-RADS) Version 2018: Imaging of Hepatocellular Carcinoma in At-Risk Patients. Radiology. 2018 Dec;289(3):816-830. doi: 10.1148/radiol.2018181494. Epub 2018 Sep 25. PMID: 30251931; PMCID: PMC6677371.

[17] Lee S, et al. Percentages of Hepatocellular Carcinoma in LI-RADS Categories with CT and MRI: A Systematic Review and Meta-Analysis. Radiology. 2023 Apr;307(1):e220646.

[18] Kim YY, Choi JY, Kim SU, Lee M, Park MS, Chung YE, Kim MJ. MRI Ancillary Features for LI-RADS Category 3 and 4 Observations: Improved Categorization to Indicate the Risk of Hepatic Malignancy. AJR Am J Roentgenol. 2020 Dec;215(6):1354-1362. doi: 10.2214/AJR.20.22802. Epub 2020 Oct 14. PMID: 33052732; Chernyak V, Fowler KJ, Kamaya A, Kielar AZ, Elsayes KM, Bashir MR, Kono Y, Do RK, Mitchell DG, Singal AG, Tang A, Sirlin CB. Liver Imaging Reporting and Data System (LI-RADS) Version 2018: Imaging of Hepatocellular Carcinoma in At-Risk Patients. Radiology. 2018 Dec;289(3):816-830. doi: 10.1148/radiol.2018181494. Epub 2018 Sep 25. PMID: 30251931; PMCID: PMC6677371.

management recommendations, patients with LR-3 observations require surveillance with CT or MRI every 3-6 months, to monitor these observations [19]

### August 7, 2018 MRI

Mr. Roberts underwent magnetic resonance imaging ("MRI") on August 7, 2018. Like Mr. Roberts' April 2016 CT, the August 7, 2018 MRI showed morphologic changes consistent with a diagnosis of cirrhosis. The 2018 MRI images show enlargement of the left hepatic lobe, nodular contour and recanalization of umbilical vein, similar to what was present and visible on the April 2016 CT. Attached as Exhibit C to this report are images from the April 2016 CT and August 2018 MRI that document these morphologic changes in 2016 and 2018.

Three lesions are present on the August 2018 MRI that meet criteria for LR-5 (definite HCC) which, as discussed above, has > 95% probability of being HCC and requires no biopsy for confirmation:

- 5.8 cm in Segment V/VIII
- 3.8 cm in Segment V
- 1.5 cm in Segment VI

The 5.8 cm lesion visible in Segment V/VIII is located in the same area as one of the lesions apparent on the April 2016 CT, which met the criteria for LR-3 (intermediate probability of malignancy) as of April 2016. The precise location of LR-3 lesion colocalizes to the central area of the LR-5 lesion seen in August 2018. A comparison of the images from the April 2016 CT and the August 2018 MRI (including the location of the lesions visible in Segment V/VIII on both scans) is attached as Exhibit D to this report.

Because there was no interval imaging done between April 2016 and August 2018, it is not possible to conclusively determine whether the preexisting LR-3 lesion visible on the 2016 CT progressed into the LR-5 lesion visible on the August 2018 MRI. However, given the locations of the LR-3 and LR-5 lesions, it is possible that the LR-3 lesion progressed into the LR-5 lesion, and there is no scientifically valid means to conclusively rule out that possibility.

### IV.     Response to Plaintiffs' Experts

#### A. Dr. Siddiqui

Dr. Siddiqui's report contains multiple statements and conclusions that are medically and/or scientifically incorrect and render her opinions scientifically invalid. My main criticisms of Dr. Siddiqui's report are detailed below.

1. Pg. 20, "Roberts did not have cancer prior to ingesting valsartan containing NDMA."

---

[19] Chernyak V, Fowler KJ, Kamaya A, Kielar AZ, Elsayes KM, Bashir MR, Kono Y, Do RK, Mitchell DG, Singal AG, Tang A, Sirlin CB. Liver Imaging Reporting and Data System (LI-RADS) Version 2018: Imaging of Hepatocellular Carcinoma in At-Risk Patients. Radiology. 2018 Dec;289(3):816-830. doi: 10.1148/radiol.2018181494. Epub 2018 Sep 25. PMID: 30251931; PMCID: PMC6677371.

In 2016, Mr. Roberts did not have any visible lesions that met noninvasive criteria for HCC. However, since he did have several lesions that met the criteria for LR-3, and approximately 30% of LR-3 observations are HCCs, it is possible that one or more of these lesions represented a small HCC. Dr. Siddiqui fails to account for this possibility and she provides no scientific basis (because there is none) to exclude it.

2. Pg. 22, "From the time cirrhosis is first *diagnosed*, it takes approximately 7-10 years before increased rates of HCC are observed."

This statement is contrary to the recognized guidelines for HCC surveillance and diagnosis. Based on the current scientific evidence and international practice guidelines, cirrhosis is a recognized major risk factor for development of HCC, regardless of its duration.[20] All guidelines across the world consider a patient to be at risk for HCC (and therefore eligible for HCC surveillance and noninvasive diagnosis) once the diagnosis of cirrhosis is established.[21] There are no requirements that cirrhosis needs to have been present or observable for any period of time for the patient to be considered "high risk" for HCC.[22]

---

[20] European Association for the Study of the Liver. EASL Clinical Practice Guidelines on the management of hepatocellular carcinoma. J Hepatol. 2025 Feb;82(2):315-374. doi: 10.1016/j.jhep.2024.08.028. Epub 2024 Dec 17. PMID: 39690085; Singal AG, Llovet JM, Yarchoan M, Mehta N, Heimbach JK, Dawson LA, Jou JH, Kulik LM, Agopian VG, Marrero JA, Mendiratta-Lala M, Brown DB, Rilling WS, Goyal L, Wei AC, Taddei TH. AASLD Practice Guidance on prevention, diagnosis, and treatment of hepatocellular carcinoma. Hepatology. 2023 Dec 1;78(6):1922-1965. doi: 10.1097/HEP.0000000000000466. Epub 2023 May 22. Erratum in: Hepatology. 2023 Dec 1;78(6):E105. doi: 10.1097/HEP.0000000000000621. PMID: 37199193; PMCID: PMC10663390; Korean Liver Cancer Association (KLCA) and National Cancer Center (NCC) Korea. 2022 KLCA-NCC Korea practice guidelines for the management of hepatocellular carcinoma. Clin Mol Hepatol. 2022 Oct;28(4):583-705. doi: 10.3350/cmh.2022.0294. Epub 2022 Oct 1. PMID: 36263666; PMCID: PMC9597235; Omata M, Cheng AL, Kokudo N, Kudo M, Lee JM, Jia J, Tateishi R, Han KH, Chawla YK, Shiina S, Jafri W, Payawal DA, Ohki T, Ogasawara S, Chen PJ, Lesmana CRA, Lesmana LA, Gani RA, Obi S, Dokmeci AK, Sarin SK. Asia-Pacific clinical practice guidelines on the management of hepatocellular carcinoma: a 2017 update. Hepatol Int. 2017 Jul;11(4):317-370. doi: 10.1007/s12072-017-9799-9. Epub 2017 Jun 15. PMID: 28620797; PMCID: PMC5491694.

[21] European Association for the Study of the Liver. EASL Clinical Practice Guidelines on the management of hepatocellular carcinoma. J Hepatol. 2025 Feb;82(2):315-374. doi: 10.1016/j.jhep.2024.08.028. Epub 2024 Dec 17. PMID: 39690085; Singal AG, Llovet JM, Yarchoan M, Mehta N, Heimbach JK, Dawson LA, Jou JH, Kulik LM, Agopian VG, Marrero JA, Mendiratta-Lala M, Brown DB, Rilling WS, Goyal L, Wei AC, Taddei TH. AASLD Practice Guidance on prevention, diagnosis, and treatment of hepatocellular carcinoma. Hepatology. 2023 Dec 1;78(6):1922-1965. doi: 10.1097/HEP.0000000000000466. Epub 2023 May 22. Erratum in: Hepatology. 2023 Dec 1;78(6):E105. doi: 10.1097/HEP.0000000000000621. PMID: 37199193; PMCID: PMC10663390; Korean Liver Cancer Association (KLCA) and National Cancer Center (NCC) Korea. 2022 KLCA-NCC Korea practice guidelines for the management of hepatocellular carcinoma. Clin Mol Hepatol. 2022 Oct;28(4):583-705. doi: 10.3350/cmh.2022.0294. Epub 2022 Oct 1. PMID: 36263666; PMCID: PMC9597235; Omata M, Cheng AL, Kokudo N, Kudo M, Lee JM, Jia J, Tateishi R, Han KH, Chawla YK, Shiina S, Jafri W, Payawal DA, Ohki T, Ogasawara S, Chen PJ, Lesmana CRA, Lesmana LA, Gani RA, Obi S, Dokmeci AK, Sarin SK. Asia-Pacific clinical practice guidelines on the management of hepatocellular carcinoma: a 2017 update. Hepatol Int. 2017 Jul;11(4):317-370. doi: 10.1007/s12072-017-9799-9. Epub 2017 Jun 15. PMID: 28620797; PMCID: PMC5491694.

[22] Singal et al. AASLD Practice Guidance on prevention, diagnosis, and treatment of hepatocellular carcinoma. Hepatology. 2023 Dec 1;78(6):1922-1965.

3. Pg. 29, "Mr. Roberts' exposure to NDMA contaminated valsartan promoted his cancer to be more aggressive and progress faster."

While growth of HCC is variable, 2/3 of HCCs have tumor volume doubling time ("TVDT") of 3 months or longer.[23] Assuming a constant TVDT of 3 months, it would take approximately 2 years and 8 months for a tumor to grow from 0.5 cm (the size of the LR-3 lesion observed in Segment VIII of the liver on the April 2016 CT) to 5.8 cm (the size of the LR-5 lesion observed in Segment VIII of the liver on the August 2018 MRI). Accordingly, if the LR-3 lesion observed in April 2016 progressed into the LR-5 lesion observed in August 2018, the timing of that progress would be consistent with the normal observed progression of HCC. In my experience, it is not unusual for a patient presenting with advanced HCC to have no imaging evidence of disease 2-3 years prior to diagnosis.

4. Pg. 30, "Mr. Roberts' cirrhosis was so mild and at such an early stage in 2016 that I would not have expected him to receive an actual diagnosis of cirrhosis."

As described above, Mr. Roberts' 2016 CT demonstrated features consistent with cirrhosis and portal hypertension. The presence of morphologic changes to the liver on his 2016 CT (i.e., enlargement of the left hepatic lobe, nodular contour and recanalized umbilical vein) indicates that cirrhosis had been present for some time and was not in the early stages. The presence of recanalized umbilical vein indicates the presence of portal hypertension, which argues against the suggestion that cirrhosis was very early.

5. Pgs. 31-32, "Mr. Roberts' exposure to NDMA contaminated valsartan was the only substantial factor in causing his liver cancer."

I am not aware of any valid scientific basis to attribute development of HCC *only* to factors other than cirrhosis in a patient with cirrhosis. As stated above, the scientific literature and international guidelines recognize cirrhosis as the major risk factor of HCC. In my opinion, since cirrhosis was present, it is not possible to state that cirrhosis was not a cause or the substantial factor in causing Mr. Roberts' HCC.

**B. Dr. Mele**

Dr. Mele's report also contains statements that are medically and/or scientifically wrong, or otherwise do not support an opinion that Mr. Roberts' HCC was unrelated to his cirrhosis and other established risk factors or the disease.

1. Pgs. 2-3, "It is important to note that none of these lesions nor areas of abnormal focal enhancement identified on this 2018 MRI Examination were present on the initial April 19, 2016 CT Examination."

---

[23] Tu L, et al. World J Hepatol. 2024 May 27;16(5):800-808.

This statement is incorrect. As stated above, one of the LR-3 lesions was located in the same region as an LR-5 (Definite HCC) in 2018 and it is not possible to rule out the possibility that the LR-3 legion progressed into the LR-5 lesion.

2. Pg. 3, "the HCC discovered in 2018 does not correspond with the precise locations of the sub-centimeter foci of decreased attenuation observed on the 2016 CT exam in segments 6, 7, 8."

This statement is incorrect. As stated above, one of the LR-3 lesions was located in the same region as a LR-5 (Definite HCC) in 2018. The precise location of LR-3 lesion colocalizes to the central area of the LR-5 lesion.

3. Pg. 3, "the April 19, 2016 CT Examination does not demonstrate any definitive imaging evidence of the hepatocellular carcinoma present on the 2018 CT or MRI."

The April 2016 CT did not show any lesions that could have been diagnosed as definite HCC (LR-5) based on imaging features at that time. However, the lesions present on the April 2016 MRI met the criteria for LR-3 and carry ~30% probability of being HCC in 2016 and a 60% probability of progressing into HCC within 48 months. In addition, the 2016 CT identified morphological changes consistent with a cirrhosis diagnosis, which put Mr. Roberts at high risk of developing HCC, and should have triggered ongoing surveillance for HCCs.

V. **Conclusion**

Mr. Roberts' radiological imaging is consistent with the diagnosis of cirrhosis in 2016. According to the current scientific evidence and international practice guidelines, cirrhosis is a recognized major risk factor for development of HCC as soon as it can be observed on imaging. Because Mr. Roberts had cirrhosis as of 2016, two years prior to his HCC diagnosis, there is no valid scientific basis for plaintiffs' experts to rule out cirrhosis as the cause of Mr. Roberts' HCC. To the contrary, it is the most likely cause. The presence of visible cirrhosis on imaging (regardless of the maturity of the cirrhosis) is what allows radiologists to use the LI-RADS algorithm to conclusively diagnose HCC via imaging. Further, there is no valid scientific basis for plaintiffs' experts to rule out the possibility that the 0.5 cm lesion visible in Segment VIII of the liver on Mr. Roberts April 2016 CT progressed into the HCC identified in the same region of the liver in August 2018.

Signed on April 8, 2025:

_V. Chernyak_
VICTORIA CHERNYAK, M.D., M.S.