# EXHIBIT D

# UAB MEDICINE

UABDOC
619 19th Street South
Birmingham, AL 35249-

| | |
|---|---|
| PATIENT: | **ROBERTS JR, GASTON JAMES** |
| MRN: | **000003451342** |
| RACE: | White |
| SEX: | M |
| DOB: | 10/6/1955 |
| ADMIT DATE: | |
| D/C DATE: | |
| ATTENDING PHYSICIAN: | |
| FINANCIAL NUMBER: | |
| AGE: | 64 years |
| LOCATION: | DOCUMENTATION |

## Clinic Notes

**Authored By:** Comeaux,Mary E CRNP (8/16/2018 16:33 CDT)
**Transcribed By:**
**Signed By:** White,Jared A MD (8/22/2018 16:18 CDT); Comeaux,Mary E CRNP (8/22/2018 12:05 CDT)
**Result:** Modified

**Liver New Note**

Patient: **ROBERTS, GASTON**    MRN: **000003451342**    DOB: **10/6/1955**

**Professional Services**
  **Attending Autofax:**
  Fax List:
  Hooks III, Samuel Bennett MD - Destination: (251) 435-6355.
  Ready to Fax yes.

**History of Present Illness**
  ROBERT GASTON is a 62 year old male who presents today for a new patient visit for evaluation and treatment of a liver mass in the setting of NASH cirrhosis. Mass discovered on imaging during extensive work up for elevated bilirubin level.. TBili rose to 4, but normalized. 8/7/18 MRI shows cirrhosis and a 5cm right posterior liver segment lesion that is ill defined as well as a similar-appearing 5.8cm anterior segment lesion. There is no biliary dilatation. These lesions were not obvious on a 7/17/18 single phase CT. Lesion may be visible on 7/1/18 US. ==Patient has undergone extensive work up for cirrhosis.== 7/19/18 EGD/EUS w/biopsy shows erythema throughout the stomach w/multiple biopsies. Also found were 3 polyps that appeared hyperplastic. Duodenum and ampulla appeared normal. No e/o stones. Pancreas was normal. AFP 187.8. Will bring OSF for review and have lab work drawn.

  Today, he reports he was told years ago that he had elevated liver enzymes but not to worry. ==Work up for cirrhosis is esssentially negative==; however, he has a hx of DM, HTN and central obesity. Energy level is down. He has cut out sweets so has lost a few pounds. He exercises 3-4x/week. No history of confusion, ascites, LE swelling, jaundice, pruritis, hemattemesis or melena. No hx of alcohol abuse. No tobacco. No MI or stroke. He has afib, PAC and PVC's. Previous appendectomy and lap chole. No other abdominal scars.

**Health Status**
**Allergies:**

No allergy data available
**Medications Reviewed**

**Other**
-
  Problem(s):
    **NO KNOWN PROBLEM(S)**

---

Printed:   3/9/2020 14:44 CDT

Page 1 of 5
ROBERTS-MR-UAB-0001

Restricted Confidential Information GRobertsJr-PPR-000093