UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br>*Gaston Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd.*,<br><br>Case No. 1:20-cv-00946-RMB-SAK | HON. RENÉE MARIE BUMB |

**CERTIFICATION OF C. BRETT VAUGHN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF DAUBERT MOTION TO EXCLUDE DEFENSE EXPERT NADIM MAHMUD M.D., M.S., M.P.H., M.S.C.E**

**C. BRETT VAUGHN**, hereby certifies as follows:

1. I am an attorney at law within the State of Kansas with Nigh Goldenberg Raso & Vaughn, PLLC, and serve on the Plaintiffs' Executive Committee. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' reply in support of daubert motion to exclude defense expert Nadim Mahmud M.D., M.S., M.P.H., M.S.C.E. Highlights have been added to the following exhibits to correspond to citations in the motion.

2. Attached hereto as **Exhibit A** is a true and accurate copy of the cited excerpts from the May 2, 2025 Deposition of Nadim Mahmud, M.D.

1

3. Attached hereto as **Exhibit B** is a true and accurate copy of the cited excerpts from the May 5, 2025 Deposition of Victoria Chernyak, M.D., M.S.

4. Attached hereto as **Exhibit C** is a true and accurate copy of the cited excerpts from the April 10, 2025 Expert Report of Nadim Mahmud, M.D.

5. Attached hereto as **Exhibit D** is a true and accurate copy of Nathani P et al. Hepatocellular Carcinoma Tumor Volume Doubling Time: A Systemic Review and Meta-Analyss. Gut 2021; 70:401-407

 

**NIGH GOLDENBERG RASO VAUGHN, PLLC**
Attorneys for Plaintiffs

Dated: July 17, 2025                    By: /s/ *C. Brett Vaughn*

C. Brett Vaughn, RN, BSN, JD
NIGH GOLDENBERG RASO &
VAUGHN, PLLC
*Attorneys for Plaintiffs*
14 Ridge Square NW Third Floor
Washington, D.C. 20016
Tel: 202-792-7927
Fax: 202-792-7927
Email: bvaughn@nighgoldenberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ C. Brett Vaughn*
C. Brett Vaughn, RN, BSN, JD