# EXHIBIT A

Page 1

```
 1            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
 2                  CAMDEN VICINAGE
                    MDL NO. 2875
 3
 4   IN RE: VALSARTAN, LOSARTAN,    :
     AND IRBESARTAN PRODUCTS        :
 5   LIABILITY LITIGATION           :
                                    :
 6                                  :
     THIS DOCUMENT RELATES TO       :
 7   Gaston Roberts et al. v.       :
     Zhejiang Huahai                :
 8   Pharmaceutical Co., et al.,    :
                                    :
 9                                  :
     Case No. 1:20-cv-00946-RMB-SAK:
10                                  :
                                    :
11
12
13           Videotaped remote deposition of
14   NADIM MAHMUD, M.D., taken in the above-entitled
15   matter before Suzanne J. Stotz, a Certified
16   Court Reporter (License No. 30XI00184500) and
17   Notary Public of the State of New Jersey,
18   taken on Friday, May 2, 2025, commencing at
19   9:03 a.m. EDT.
20
21
22
23
24
25
```

Page 354

1   You know, we talked about the stage of
2   cancer that he was diagnosed with.  It's
3   really important to highlight that when he
4   was diagnosed in, you know, April -- you
5   know, July/April of 2018, he did not have
6   early stage hepatocellular carcinoma.  He
7   had multiple lesions.  There were two
8   lesions that were clear -- clearly
9   LI-RADS 5 lesions that were, you know,
10  HCC, the largest of which, from my
11  recollection, was 5.8 centimeters in
12  diameter.
13       You don't get a 5.8-centimeter
14  diameter HCC overnight.  That does not
15  occur quickly.  That takes a long time to
16  get there, to that size.  And fortunately,
17  this is something that's been studied in
18  great detail across many studies.  There's
19  a lot of interest in understanding growth
20  rates of HCC so we can understand what to
21  expect in patients and how to
22  prognosticate.
23       And in my expert report, you know,
24  I cite the literature, and I give the
25  different ranges, the average tumor volume

Page 355

1   doubling time, the extreme cases of very
2   aggressive growth and -- and very slow
3   growth.  And I ran simulations for all of
4   those.
5        And no matter what assumption you
6   take, even if I assumed the most
7   aggressive form of hepatocellular
8   carcinoma with the fastest growth rates
9   that are observed in -- in -- you know, in
10  multiple observational studies,
11  Mr. Roberts would have already had HCC in
12  his liver prior to the time he was first
13  exposed to NDMA-contaminated Valsartan.
14       So there's no plausible way you can
15  say that NDMA, regardless of the dose,
16  could have caused it if it's already
17  there.  So the temporality is -- is a
18  really key point in this case and one that
19  we didn't really talk about explicitly.
20       But I have to highlight it in the
21  context of this to explain why my opinion
22  doesn't change.  Even if he had,
23  hypothetically, had a higher dose exposure
24  to NDMA, my view is that his cancer was
25  already there.

Page 356

1   BY MR. VAUGHN:
2        Q.   Understood.  And I was planning to
3   get to it if we had time in the deposition.
4             What's the fastest growth rate for
5   HCC?
6        A.   Yeah.  So, you know, we look at
7   this mostly in terms of tumor volume doubling
8   time.  I'm pulling up my report to give you
9   very precise numbers.
10            Okay.  So tumor volume doubling
11  time, again, these are -- these estimates are
12  aggregated.  It's actually coming from a
13  meta-analysis of many different studies to get
14  as accurate of representation of the range of
15  growth rates as possible.
16            The most -- so if you take the
17  95-percent kind of confidence interval in terms
18  of one extreme to the other, the most sort of
19  aggressive growth rates are on the scale of
20  3.9 months for tumor volume doubling time.
21            And so I have table where I kind of
22  go through these calculations.  The average is
23  about 4.6 months for tumor volume doubling
24  times, and the slower one are 5.3 months of
25  tumor volume doubling time.

Page 357

1        Q.   So 3.9 months is the quickest
2   doubling time of HCC?
3        A.   Tumor volume doubling time, yes.
4        Q.   Is it your opinion that NDMA cannot
5   cause cirrhosis?
6        A.   So I think, you know, in -- in
7   animal literature, you know, at a sufficiently
8   high dose, you know, I do think that NDMA can
9   likely cause hepatic fibrosis and likely
10  cirrhosis, you know, in, you know, rodent
11  studies, for instance.  But I don't think
12  that's been demonstrated to any sufficient
13  degree in humans.
14       Q.   Did you search for that?
15       A.   Yes.
16       Q.   What -- where -- what did you
17  search?
18       A.   Yeah.  So I had a range of
19  different searches.  You know, I looked for,
20  you know, NDMA, you know, liver fibrosis,
21  liver, obviously hepatocellular carcinoma.  I
22  looked, you know, nitrosamine, you know, liver
23  cirrhosis, hepatocellular carcinoma.
24            I did this specifically because in
25  the -- the plaintiff expert witness report, she

90 (Pages 354 - 357)

Page 390

1  hypothesized in demonstrated animals, if
2  we try to translate this to humans and we
3  assume that the same things would apply in
4  humans, you wouldn't need a functioning
5  liver to metabolize NDMA to a toxic
6  intermediate.
7       So -- so yes, it's very plausible
8  that a patient would cirrhosis would
9  actually be relatively protected from, you
10 know, NDMA-related toxicity if, in fact,
11 that were to exit.
12 BY MR. VAUGHN:
13    Q.   You say it's very plausible.
14        Do you have any scientific evidence
15 specific to NDMA on that opinion?
16    A.   I don't because, as I -- as I've
17 stated numerous times, there's really
18 limited -- there's no data in patients with
19 cirrhosis in humans being exposed to NDMA or in
20 animals with preexisting cirrhosis.
21    Q.   Okay.  Let's go to page 94 of this.
22        Do you see here, "Other factors
23 influencing susceptibility"?
24        Read the sentence out loud to the
25 jury from the United States Health and Human

Page 391

1  Services.
2     A.   Sorry.  I'm scrolling to 94.
3     Q.   I have it highlighted if that's
4  easier for you.
5     A.   Okay.  Sure.
6         MS. ROSE:  The doctor should -- if
7     you'd like to look at the document, you
8     can look at the document.
9         THE WITNESS:  Yeah.  I just want to
10    get a sense of the context really quickly
11    to understand what the -- what they're
12    talking about here.
13 BY MR. VAUGHN:
14    Q.   It's under the bolded heading
15 "Other Factors Influencing Susceptibility."
16    A.   Sure.  I see it.
17    Q.   All right.  Can you read the
18 highlighted sentence from the Health and Human
19 Services?
20    A.   Sure.  So it says, "Other factors
21 influencing susceptibility.  Because the liver
22 is the primary target of NDMA toxicity,
23 individuals with liver disease may be at
24 increased risk factors from NDMA exposure."
25        MR. VAUGHN:  We can take a break

Page 392

1  now, Nina.
2         THE VIDEOGRAPHER:  Off the record
3     at 5:14.
4         (Whereupon, a break was taken.)
5         THE VIDEOGRAPHER:  We are back on
6     the record at 5:27.
7  BY MR. VAUGHN:
8     Q.   All right.  Doctor, I want to go
9  back to your expert report, which is Exhibit 1,
10 and I'm going to be on page 33 to start with.
11    A.   Sure.
12    Q.   For your tumor doubling time that
13 you were talking about earlier, you cite to, I
14 believe, it's Nathani Number 95.  Let's see
15 here.
16        95 is Nathani, correct?
17    A.   Yes.
18    Q.   Okay.  And when you were doing this
19 calculation -- can you explain this calculation
20 real quick to me, what you're doing, how it
21 works for tumor volume doubling time?
22    A.   Sure.  So I'm using a method that's
23 are commonly used in these studies where they
24 study tumor volume doubling time.
25        But basically, you start with the

Page 393

1  assumption that a tumor is roughly spherical.
2  So the first thing I'm presenting there is the
3  formula for the volume of a sphere.  So V is --
4  is volume.  That's equal to one-sixth times pie
5  times D cubed where D is the diameter.  So
6  that's the first part.
7         The second part I'm just
8  rearranging and solving for D, which, again, is
9  diameter.  Because oftentimes, you know, we
10 don't typically report the volume of a tumor on
11 a radiology report.  We measure things in terms
12 of diameter.
13        So that's why, you know, for
14 instance, on Mr. Roberts' imaging reports they
15 say, you know, the tumor 5.8 centimeters in
16 diameter.
17        So that's why I'm trying to solve
18 this to put everything in terms of diameter to
19 make it more translatable to what you would see
20 on imaging.
21    Q.   Why is it that you have to assume
22 the spherical shape?
23    A.   Yeah.  You have to make certain
24 assumptions.  Obviously, it's possible for --
25 that tumor's not going to be a perfect sphere.

Page 394

1  It might be, you know, a little bit lobulated
2  and -- but you have to make assumptions -- for
3  the purposes of just doing the studies, you
4  make the assumption.
5       They typically are roughly
6  spherical.  If you look at tumors, they tend
7  to -- just the way they grow, they grow in all
8  dimensions, and they tend to grow roughly in an
9  spherical shape.  But, you know, I acknowledge
10 that that's an approximation that we use.
11      And, you know, we make
12 approximations like this in a lot of areas in
13 medicine to help us understand biological and
14 pathophysiologic processes.
15      So but I like I said, this is a --
16 this is a fairly standard assumption that's
17 used in this type of literature for, you know,
18 tumor volume doubling time.
19    Q.   And so you're making the assumption
20 that it was spherical when it started the
21 cancer, and then it remained spherical
22 throughout it's progression, correct?
23      MS. ROSE:  Object to the form.
24      THE WITNESS:  Yeah.  I'm -- I'm --
25 yeah.  Right.

Page 395

1       So I'm basically -- to do these
2  calculations, to simplify the calculations
3  and make things easily translatable, I'm
4  making the assumption that the tumors are
5  roughly spherical, yes.
6  BY MR. VAUGHN:
7     Q.   And did you review the imaging in
8  2018 of Mr. Roberts' cancer?
9     A.   Yes, I did.
10    Q.   And was his cancer spherical?
11    A.   I -- I would have to look at it
12 again in detail.  It's sometimes very tough to
13 assess because we -- you, oftentimes, may need
14 a good three-dimensional reconstruction of an
15 image, a CT scan or an MRI.
16      You know, we look at it in terms of
17 slices, typically, you know, in a coronal or a
18 sagittal or a transverse axis.  And, you know,
19 we -- I was not presented with any of the
20 three-dimensional reconstructions.  So it's --
21 it's tough for me to be able to say confidently
22 is it -- is it spherical or is it not
23 spherical.
24      I doubt it's perfectly spherical;
25 but like I said, this is an assumption that is

Page 396

1  commonly used in these studies to help us
2  understand and approximate tumor volume
3  doubling time.
4     Q.   And so you're assuming that
5  Mr. Roberts' liver cancer was also spherical,
6  correct?
7       MS. ROSE:  Object to the form.
8       THE WITNESS:  For the purpose of
9  these calculations, you know, I'm assuming
10 that, you know, if Mr. Roberts' had a
11 5.8-centimeter diameter tumor, for the
12 purpose of calculations, I'm assuming it's
13 roughly spherical.
14      I'm not saying that in actuality,
15 it was a perfect sphere.  But, you know,
16 to approximate doubling time, we -- we
17 make an assumption that's sphere.  You
18 know, the formula you have to try to put
19 together to -- to accurately get the
20 topography of an HCC mathematically would
21 be, you know, extraordinarily complex; and
22 it's -- for that reason, it's not
23 typically done that way.
24      So yes.  It's an assumption I make,
25 but I think it's a very reasonable

Page 397

1  assumption.  It's a very common assumption
2  used in the medical literature.
3  BY MR. VAUGHN:
4     Q.   And you note here "aggressive
5  growth being 3.9 months," correct?
6     A.   Yes.
7     Q.   And where -- where did you get this
8  definition that aggressive growth is a doubling
9  time -- or doubling every 3.9 months?
10    A.   So in this study that we talked
11 about, Reference Number 95, they -- it's a
12 meta-analysis of many different studies.  I
13 can't remember the specific number.  It might
14 have been roughly 20 studies, I think.  Oh,
15 yeah, it's 20 studies.  I state it right there.
16 Sorry.
17      Yeah.  On page 33 I state that it's
18 a meta-analysis of 20 different studies, that
19 all were trying to estimate tumor volume
20 doubling time.  And what this study did was, it
21 looked at the distribution of growth rates in
22 tumor volume doubling times that were -- that
23 were reported in those studies; and they
24 created -- pulled estimates to arrive at a
25 distribution.  And that allowed them to

Page 398

1  compute, based on these 20 different studies,
2  what is the average doubling time, and then
3  what is the 95-percent confidence interval for
4  that estimate.
5       And so what I'm, you know, just for
6  simplicity, I'm describing the range.  So if I
7  take one extreme end, you know, the lower end
8  of the 95-percent confidence interval, that was
9  3.9.
10      So that's, you know, on -- on the
11 extreme end of this bell curve, that would be
12 that growth rate, 3.9, you know, months for a
13 tumor volume doubling time.  That's what I'm
14 calling aggressive growth because it's the
15 fastest rate of growth on the distribution.
16      Whereas, on the other side, 5.3 is
17 the upper bound of the confidence interval,
18 which I'm referring to as slower growth.
19 That's -- that's just a slower tumor volume
20 doubling time.
21    Q.   And so if it was doubling even
22 faster than 3.9 months, what would you call
23 that?
24      Would that be, like,
25 super-aggressive growth?

Page 399

1       MS. ROSE:  Object to the form.
2       THE WITNESS:  Here I'm just using
3   the word "aggressive" to make it very
4   clear what I'm doing, that this from this
5   study was, you know, on the extreme end of
6   the distribution.  So these were generally
7   among the most rapidly growing tumors that
8   were observed across all of these studies.
9       Sure.  There are some tumors that
10  are slightly beyond that, you know, maybe
11  like the 97t, 98th, or 99th percentile
12  would be slightly faster rate of growth
13  than this.  I'd refer to all of those as
14  being aggressively growing tumors.  That's
15  very rapid for HCC to grow.
16 BY MR. VAUGHN:
17    Q.   And you did your math here backing
18 up the doubling time, and you come to 27.3
19 months.  And so he was diagnosed with cancer in
20 2016.
21      So would 27.3 months be
22 approximately April of 2016 when he had this
23 imaging done?
24    A.   Sorry.  I'm just trying to think of
25 the dates again.

Page 400

1       So he was diagnosed with HCC
2  roughly, let's say, August of 2018, right.
3       So 27 months prior to that, yes,
4  that's approximately when he had the -- the CT
5  scan in April of 2016.  That sounds about
6  right.
7    Q.   Okay.  And so your calculation says
8  that his tumor would have been 1.15 centimeters
9  at March of 2016 -- April 2016, correct?
10   A.   Yeah.  Again, this is an
11 approximation based on these formulas with
12 these assumptions, yes.  You'd expect that
13 he -- he might have a tumor roughly in that
14 size range.  It might not be perfectly
15 1.15 centimeters.  Obviously, there's some
16 degree of error.
17      But the point is you would expect
18 him, with all these assumptions, to have a
19 lesion that is likely visible on imaging at
20 that time.
21   Q.   And he didn't have any lesions that
22 were that size at that time in 2016, did he?
23      They were .6 centimeters,
24 .5 centimeters, .5 centimeters, correct?
25   A.   So yes, that's correct that they

Page 401

1  were not exactly 1.15 centimeters in size.
2  But, you know, I've already acknowledged that
3  we make assumptions; and there's some degree of
4  slight variation in error that -- that can be
5  expected for these estimates.  So that's why
6  I'm saying they're estimates.
7       It's possible that maybe he had a
8  slightly more aggressive -- maybe he was in the
9  96th percentile.  I -- I don't know.
10      ==But the fact is all the projections
11 would predict that he had identifiable lesions
12 on imaging==, and he does.  And moreover, you
13 know, one of those lesions in particular is in
14 the same exact location as, you know, his
15 subsequent LI-RADS 5 lesion that's later seen
16 and confirmed in his 2018 imaging.
17      So it's extremely -- it's
18 plausible, and it's supported by this, you
19 know, this -- this body of literature that has
20 studied this in great detail.  It's very
21 consistent with his imaging findings.
22      He had identifiable lesions that
23 were macroscopically visible.  And sure I
24 acknowledged that there's a margin of error in
25 what the exact size is going to be, and that

Page 402

1  may be related to the fact that it's not a
2  perfect sphere, as you have already stated.
3       But he had an identifiable lesion.
4  And, you know, from Dr. Chernyak's expert
5  report, she classified it as a LI- -- these are
6  LI-RADS 3 lesions.  These have intermediate
7  probabilities at that time of -- of being HCC.
8  And many of these LI-RADS 3 lesions over time
9  will, in fact, declare themselves to be
10 LI-RADS 5 lesions and cancer.
11    Q.   And do you believe that these were
12 LI-RADS 3 lesions, or were you just relying
13 Dr. Chernyak?
14    A.   I'm relying a lot on Dr. Chernyak's
15 assessment here.  Again, I'm familiar with the
16 LI-RADS criteria, and I do look for them
17 myself, you know; but, you know, like I said,
18 I'm not a -- I'm not a diagnostic radiologist.
19      And in particular for the smaller
20 lesions where some of the findings are more
21 subtle, I'm more reliant on a diagnostic
22 radiologist with relevant expertise to make
23 this determination.
24      For me, it's -- I'm able to more
25 confidently identify things like LI-RADS 5

Page 403

1  lesions where some of the features are a little
2  bit more obvious to -- to my eye, you know, who
3  doesn't, you know, look at, you know, MRI
4  images every single day all day.
5       So for these particular lesions,
6  I'm -- I'm more differential to Dr. Chernyak,
7  but Dr. Chernyak has the relevant expertise.
8  You know, she works in a liver transplant
9  center.  She's an abdominal diagnostic
10 radiologist.
11      And so yes.  If she classifies it
12 as LI-RADS 3 and has the appropriate
13 justification, I have no reason to doubt that.
14    Q.   Is aggressive growth synonymous to
15 rapid growth to you?
16    A.   Yeah.  So -- so my use of the word
17 "aggressive" here, I'm -- I'm really just
18 trying to -- I'm not trying to imply anything
19 beyond the fact that it's more -- it's the
20 fastest growth rate that I'm studying here
21 informed by that -- by the literature that I've
22 cited.
23      You know, I -- I'm not sure what
24 your trying to get to with respect to, like,
25 aggressive versus rapid.  In this distribution,

Page 404

1  it's defined as an extreme value on the 95th
2  percent -- from the 95-percent confidence
3  interval.
4       So, you know, whatever adjective
5  you use to describe it, I mean, that's what I'm
6  referring to.  So I'm giving you the very
7  precise definition of what that is.  It is
8  the --
9     Q.   I appreciate that.
10    A.   Sure, sure.
11       MR. VAUGHN:  Kathryn, can you drop
12 in 2021 Nathani HCC tumor volume doubling
13 time.
14       MS. AVILA:  Yes, and it's
15 Exhibit 18.
16       MR. VAUGHN:  Thank you for that.
17       (Whereupon, Exhibit 18, Author
18 manuscript entitled, "Hepatocellular
19 Carcinoma Tumor Volume Doubling Time:  A
20 Systemic Review and Meta-analysis," by
21 Piyush Nathan, et al., was marked for
22 identification.)
23 BY MR. VAUGHN:
24    Q.   All right.  Doctor, and this is the
25 study that you cited, right, by Nathani to

Page 405

1  2021?
2     A.   Yes.
3     Q.   Do you see here where the author
4  defines rapid as a tumor double volume time of
5  less than three months?
6     A.   Sure.
7     Q.   Okay.  And that's not the timeframe
8  that you applied, right?
9        You applied 3.9 months, correct?
10    A.   Right.  So what I'm -- what I'm
11 doing is I'm taking the results of their
12 studies.
13       You're highlighting something from
14 the methods.
15    Q.   Uh-huh.
16    A.   If you look at the results of what
17 they actually found in terms of tumor volume
18 doubling times in the results section, you'll
19 see that 4.6 months is the pooled average
20 doubling time, with a 95-percent confidence
21 interval of 3.9 to 5.3.
22       So that's the data that I'm using.
23    Q.   Okay.  And then on page 2, it does
24 talk about how HCC, it has more aggressive
25 patterns in Asians and Hep B populations.

102 (Pages 402 - 405)

Page 406

1  Mr. Roberts was not Asian and did
2  not have Hep B, correct?
3  A.  That's true.  He did not have
4  Hep B, and he was not Asian.
5  Q.  Okay.  Let me go to page 6 of this
6  study.
7  Do you see down here -- earlier I
8  asked you what the quickest time was for tumor
9  volume doubling for HCC, and you testified
10 3.9 months.
11 Based on this study, do you see
12 here where it's actually the quickest they note
13 is 2.2 months for doubling?
14 A.  Yeah.  So I think I acknowledged
15 that it's possible for things to be faster.  I
16 did say that it's possible that, you know,
17 there can be doubling times that are beyond the
18 95-percent confidence interval bands.  I
19 acknowledge that.
20 But you look at the -- the range in
21 the distribution of data to identify plausible
22 scenarios.  So yeah.  I -- I acknowledge that
23 it's possible for doubling time to be faster,
24 sure.
25 Q.  And did you model out what it would

Page 407

1  look like if it was doubling every 2.2 months
2  in Mr. Roberts?
3  A.  No, I didn't model that particular
4  case.  I modeled, again, based on the extremes
5  from the distribution.
6  Q.  And if it was 2.2 months, is the
7  right way to do that, then, to be timesing
8  [sic] 2.2 by 7 to figure out how many months
9  earlier he would be at based on your
10 calculations?
11 MS. ROSE:  Object to the form.
12 THE WITNESS:  That does not sound
13   immediately accurate to me.  I think you
14   have to really apply this through the
15   formulas that I laid out.
16 BY MR. VAUGHN:
17 Q.  Can you see the expert -- can you
18 see -- am I back on the expert report screen
19 sharing?
20 A.  Yes.
21 Q.  Okay.  Is 3.9 times 7, 27.3?
22 I can screen share a calculator if
23 I need me to.
24 A.  Sure.  So it's 3.9 times 7.  Yes,
25 that's 27.3.

Page 408

1  Q.  Okay.  And 5.3 times 7, is that
2  37.1?
3  A.  Yes.
4  Q.  Okay.  And so if the tumor volume
5  doubling time was 2.2, would the accurate way
6  to do that be to times it by 7?
7  A.  Yeah.  That appears correct based
8  on what you're showing me, yes, yes.
9  Q.  Which would be 15 -- which would
10 15.4 months?
11 A.  Sure, 15.4 months.
12 Q.  So --
13 A.  But again -- sorry.  Go ahead.  Go
14 ahead.
15 Q.  So if he had the most aggressive
16 form of cancer from that study, it would have
17 started 15 months before his diagnosis,
18 correct?
19 MS. ROSE:  Object to the form.
20 THE WITNESS:  That's not exactly
21   correct.  You'd actually have to extend --
22   let's see.
23 The issue is I think you may need
24 to add more rows of data below this
25 because there would be additional tumor

Page 409

1  diameters and additional rows on this
2  table.  They'd have to -- to model out to
3  see what the diameter would have been at
4  that time.
5  BY MR. VAUGHN:
6  Q.  And does the tumor doubling keep
7  going all the way to zero to the inception of
8  the cancer, or does it stop being a valid
9  formula at 1 centimeter?
10 A.  That's a great question.  I -- you
11 know, I am not immediately sure, you know, to
12 what -- what I'll say is things are very tough
13 to macroscopically visualize on imaging when
14 they're extremely small.
15 You know, when they're, you know,
16 on the range of certainly less than
17 .1 centimeters.  Things are very tough to
18 discern when they're extremely, extremely
19 small.
20 So I presume that that could not be
21 modeled accurately in these studies because you
22 have to be able to measure it on imaging.
23 Q.  What is the --
24 A.  I think --
25 Q.  Sorry.

103 (Pages 406 - 409)

Page 410

1   A.   That's okay.  Go ahead.
2   Q.   What does the word "indolent" mean?
3   A.   Sorry.  Where are you looking?
4   Q.   I'm not looking at the study.
5        Are you familiar with the word
6   "indolent"?
7   A.   Indolent.  Yes.
8   Q.   Indolent.  Sorry.
9        What does that mean?
10  A.   Yeah.  Indolent generally means,
11  you know, very slow growing or not -- you know,
12  it's something on that spectrum.  Not really --
13  not actively showing significant growth or very
14  slow growing.  That's usually how indolent is
15  used.
16  Q.   Can you see here in the study side
17  where they talk about rapidly growing tumors
18  among studies conducted in Asia -- sorry, in
19  recent studies with diverse liver disease
20  etiologies reported more indolent growth among
21  patients with nonviral liver disease.
22       What is "nonviral liver disease"?
23  A.   Nonviral means not related to
24  Hepatitis B or Hepatitis C.
25  Q.   And so HCCs that are not related to

Page 411

1   Hep A or -- sorry.  Scratch that.
2        HCCs that are not related to Hep B
3   or Hep C typically grow slower, correct?
4   A.   Yes.  I'd say so.
5   Q.   And the study authors say that's
6   particularly important in the western world.
7        That's here in the United States
8   right, the "western world"?
9   A.   Yes.
10  Q.   Where -- where HCC is increasingly
11  related to nonviral etiologies such as NASH and
12  alcohol-related cirrhosis.
13       And so is this saying that HCC that
14  is related to NASH is typically slow-growing?
15  A.   Yes.  That's --
16       MS. ROSE:  Object to the form.
17       THE WITNESS:  It's fair to say that
18  HCC in NASH is typically more slow-growing
19  than what you would observe in viral
20  hepatitis-related HCC.
21  BY MR. VAUGHN:
22  Q.   And it's your opinion that
23  Mr. Roberts' HCC is related to NASH, correct?
24  A.   Yes.  My opinion is that HCC in
25  Mr. Roberts' case -- well, it's -- it's related

Page 412

1   to -- again, there's multiple risk factors, but
2   I think the primary one is his MASH-related
3   cirrhosis.  Yeah.
4        So I mean, but -- but I think we
5   were highlighting his -- he's more likely to
6   have a slow-growing tumor.  So -- so there's
7   less reason to assume that he would have
8   extremely rapid growth.
9        He's more likely to be on the side
10  of the distribution of a slow-growing tumor,
11  which, again, is modeled in that table I showed
12  you.  So if we took, you know, the assumption
13  of slow growth, which is 5.3 months, then we
14  absolutely would have expected that he -- you
15  know, he would have had, you know, lesions in
16  the liver at that time.
17       So I think that's, once again,
18  consistent with what I'm -- what I'm modeling
19  here.
20  Q.   And so if we go with the slow
21  growth, which would be what you would expect
22  with HCC from someone with NASH, when the
23  radiology report from 4/18/16 was done, he
24  should have nearly a 2-centimeter tumor at that
25  time, right?

Page 413

1        MS. ROSE:  Object to the form.
2        THE WITNESS:  So look, these are
3   not guaranteed -- guarantees.  There's
4   variation within every etiology of liver
5   disease.  It's not like every single
6   patient with NASH-related cirrhosis will
7   have a growth rate of 5.3 centimeters.
8   There's inherent variability based on
9   myriad factors.
10       So, you know, all this is
11  communicating is that it's more likely
12  than not that he already had
13  hepatocellular carcinoma present in the
14  liver when he was first exposed to NDMA.
15       There's going to be variation in
16  what the actual size of the lesions might
17  have been.  There's -- and, of course,
18  there's error introduced by the assumption
19  of a sphere.
20       So this is not a perfect
21  prediction.  But in the plausible ranges
22  of where most patients fit -- and in
23  particular patients with NASH or
24  MASH-related cirrhosis, as you've
25  highlighted, where the tumors grow more

104 (Pages 410 - 413)

Page 414
1  slowly, he's almost guaranteed to have
2  already had hepatocellular carcinoma when
3  he was -- when he was first exposed to
4  NDMA-contaminated Valsartan.
5      MR. VAUGHN:  I pass the witness.
6      MS. ROSE:  Can we take a break just
7  for a second?
8      THE VIDEOGRAPHER:  Off the record,
9  5:49.
10      (Whereupon, a break was taken.)
11      THE VIDEOGRAPHER:  We are back on
12  the record at 6:06.
13      MS. ROSE:  Dr. Mahmud, I want to
14  thank you so much for taking time out of
15  your schedule for this deposition today.
16      I don't have any questions for you
17  at this time, so I think the deposition is
18  concluded.
19      THE WITNESS:  Okay.
20      THE VIDEOGRAPHER:  That concludes
21  today's deposition.  The time is 6:07.
22      (The witness is excused.)
23      (Deposition of Nadim Mahmud, M.D.,
24  concluded at 6:07 p.m. EDT.)
25

Page 415
1            C E R T I F I C A T E
2
3
4      I, SUZANNE J. STOTZ, a Certified
5  Court Reporter, Registered Professional
6  Reporter, Certified Realtime Reporter, and
7  Notary Public in and for the State of New
8  Jersey, do hereby certify that the foregoing is
9  a true and accurate transcript of the
10  stenographic above-captioned matter.
11
12
13  _____
14      SUZANNE J. STOTZ, CCR, RPR, CRR
15        LICENSE NO. 30XI00184500
16
17
18  DATED:  MAY 6, 2025
19
20
21  NOTE:  THE CERTIFICATE APPENDED TO THIS
22  TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION
23  OF THE SAME BY ANY MEANS, UNLESS UNDER THE
24  DIRECT CONTROL AND/OR DIRECTION OF THE
25  CERTIFYING COURT REPORTER.