# EXHIBIT B

VICTORIA CHERNYAK, MD, MS

Page 1

1      UNITED STATES DISTRICT COURT
          DISTRICT OF NEW JERSEY
2            CAMDEN VICINAGE
3                - - -
4
    IN RE: VALSARTAN,      :  MDL No. 2875
5   LOSARTAN, AND          :
    IRBESARTAN PRODUCTS    :
6   LIABILITY LITIGATION   :
    _____:
7   THIS DOCUMENT RELATES  :
    TO:                    :
8   Gaston Roberts et al.  :
    v. Zhejiang Huahai     :
9   Pharmaceutical Co., et :
    al.                    :
10                         :
    Case No.               :
11  1:20-cv-00946-RMB-SAK  :
12
                  - - -
13
              May 5, 2025
14
                  - - -
15
              Remote videotape expert
16  deposition of VICTORIA CHERNYAK, MD, MS,
    taken pursuant to notice, was conducted
17  at the location of the witness in New
    York, New York, beginning at 9:02 a.m.,
18  on the above date, before Kimberly A.
    Cahill, a Federally Approved Registered
19  Merit Reporter and Notary Public.
20
                  - - -
21
22
23
24

VICTORIA CHERNYAK, MD, MS

Page 66

1  A.   2016 CT?
2  Q.   No.  I'm talking about the
3 2018.  You were talking about the '16
4 here.  You looked at the '16 and the '18;
5 correct?
6  A.   You said 2016 C -- okay.
7  Q.   Okay.
8       ATTORNEY ROSE:  I think the
9  confusion -- Brett, the confusion
10  is that in your question you
11  referenced a 2018 CT.
12       ATTORNEY VAUGHN:  Well,
13  because that's what I'm asking her
14  to compare.
15       You looked at the 2018 CT
16  and on image 17 -- in 2016, you
17  see this .6 centimeter and you say
18  it's a LI-RADS 3.  And then you go
19  and you look at the 2018 and you
20  look at where image 17 would be.
21       Did it correspond to where
22  any HCC was?
23       THE WITNESS:  So 2018 MRI.
24       ATTORNEY VAUGHN:  MRI.  Was

Page 67

1  there a CT in 2018?
2       THE WITNESS:  There was, but
3  it was not done with multiphase
4  protocol, so it's not -- you can't
5  apply LI-RADS to that, so --
6 BY ATTORNEY VAUGHN:
7  Q.   And what's a multiphase
8 protocol?
9  A.   The one that has arterial
10 phase and portal venous phase --
11  Q.   And so if you don't -- if
12 you don't do all the phases, you can't
13 apply LI-RADS; correct?
14  A.   Correct.
15  Q.   Okay.
16  A.   So in the lesion in segment
17 7, on series 401, image 17, had no
18 corollary on MRI done in August of 2018.
19  Q.   So this first one that you
20 listed definitely did not turn into HCC;
21 correct?
22       ATTORNEY ROSE:  Object to
23  the form.
24       THE WITNESS:  There was no

Page 68

1  -- it -- in 2018, there was no
2  correlation to this lesion.
3 BY ATTORNEY VAUGHN:
4  Q.   And then let's look at the
5 bottom one, the segment 6, half
6 centimeter, image 35, did you look to
7 correspond that one in the MRI in 2018?
8  A.   Yes.
9       ATTORNEY ROSE:  Object to
10  the form.
11 BY ATTORNEY VAUGHN:
12  Q.   And in your opinion, did
13 this one overlay with where HCC
14 developed?
15  A.   No.
16  Q.   And so the one that we're
17 left with is here in the middle, in
18 section 5 and section 8, where there's
19 the half centimeter on image 24.  In your
20 opinion, when you looked at the 2018 MRI,
21 did this one overlay with where HCC
22 developed?
23  A.   Yes.
24  Q.   And so it's only the middle

Page 69

1 one, the one in section 5 and section 8,
2 that ended up overlaying with where HCC
3 was; correct?
4  A.   Yes.
5  Q.   And that specific one, the
6 one in segment 5 and 8 on image 24, in
7 your opinion, had a 33 percent chance of
8 become being HCC; correct?
9       ATTORNEY ROSE:  Object to
10  the form.
11       THE WITNESS:  No.  It was --
12  it had 33 percent chance of being
13  HCC at that particular moment.
14 BY ATTORNEY VAUGHN:
15  Q.   So I want to be very clear
16 then.  This one in segment 5 and segment
17 8 that was a half centimeter in image 24,
18 in your opinion, there was a 33 percent
19 chance that that was cancerous as of
20 2016; correct?
21  A.   Correct.
22       ATTORNEY VAUGHN:  Now is a
23  good time for a break.
24       THE VIDEO TECHNICIAN:  Off

18 (Pages 66 - 69)

VICTORIA CHERNYAK, MD, MS

Page 170

1 image omission or degradation precludes
2 categorization.
3      Can you explain what image
4 omission means?
5   A.  Let's say if all
6 post-contrast phases were not done or the
7 patient -- you know, it was MR, patient
8 is unable to hold their breath, and the
9 arterial portal, venous, and delayed
10 phases are completely degraded and you
11 really cannot tell anything and then all
12 you see is a lesion, let's say on
13 T2-weighted sequences, but you can't
14 really say how this lesion enhances and
15 what it does and so you can't say am I
16 looking at benign hemangioma more likely
17 or am I looking at probable definite HCC
18 or any other malignancy, that is the case
19 where you apply LR-NC.
20      If you look at publications,
21 LR-NC is actually quite uncommon. Hence,
22 I did not put in my report because it's
23 not relevant to this case.
24   Q.  But there are eight unique

Page 171

1 diagnostic categories, not seven;
2 correct?
3      ATTORNEY ROSE:  Object to
4   the form.
5      THE WITNESS:  When you look
6   at any publications, they don't
7   talk about LR-NC because, again,
8   it's not a diagnostic category.
9   It's more a communication that
10  this lesion is not categorizeable
11  and the imaging needs to be
12  repeated.
13 BY ATTORNEY VAUGHN:
14   Q.  And over here, the minimum
15 required images is in figure 4 and this
16 is figure 4 here on page 6, page 821 of
17 the study; correct?
18   A.  Yes.
19   Q.  And for CT, what are the
20 required images?
21   A.  Arterial phase, portal
22 venous phase, and delayed phase.
23   Q.  In the arterial phase, the
24 late arterial phase is strongly

Page 172

1 preferred, what does that mean?
2   A.  Arterial phase -- late
3 timing of arterial phase has a better
4 chance of showing arterial phase
5 hyperenhancement; therefore, when you
6 calibrate your studies and you set the
7 timing parameters for your CT, it should
8 be done in a way that you should obtain
9 late arterial phase in most patients.
10   Q.  What would happen if it was
11 an early phase instead on the arterial
12 phase?  Does that impact anything?
13   A.  You may or may not be able
14 to diagnose -- to detect arterial phase
15 hyperenhancement.
16   Q.  In your opinion, was the
17 arterial phase late in the 2016 scan of
18 Mr. Roberts?
19   A.  I'd have to go back and
20 relook.
21   Q.  And then there's the portal
22 venous phase that this mentions is a
23 required phase.
24   A.  Uh-hum.

Page 173

1   Q.  Can you explain that one
2 again?
3   A.  It's a phase that obtained
4 about 60 to 90 seconds after the arterial
5 -- after the injection of contrast.
6   Q.  And do you have an opinion
7 if the portal venous phase was early in
8 the 2016 CT?
9   A.  There's no such thing as
10 early portal venous phase --
11   Q.  And so --
12   A.  -- or -- not -- there's no
13 -- it's a continuum, so, really, early
14 portal venous phase is late arterial
15 phase.
16      Does that make sense?
17   Q.  Uh-huh.
18   A.  It's a continuum.
19   Q.  So if the portal venous
20 phase was done early, it would actually
21 be a late arterial phase and there would
22 be no portal venous phase?
23   A.  Yes.
24   Q.  And it mentions the delayed

44 (Pages 170 - 173)

VICTORIA CHERNYAK, MD, MS

Page 174

 1  phase of two to five minutes after
 2  injection.  Can you explain that one to
 3  me?
 4      A.   It's an acquisition done two
 5  to five minutes after contrast is
 6  injected.
 7      Q.   And is it important that
 8  it's done two to five minutes afterward?
 9      A.   That's usually the timing of
10  delayed phase that is recommended when
11  you create the protocols for your CT
12  scanner.
13      Q.   And do you consider this the
14  most important phase?
15      A.   No, you cannot say that.
16      Q.   Do you have an opinion on
17  which of the three is the most important
18  phase?
19      A.   You need all three to make
20  LI-RADS --
21      Q.   Okay.
22      A.   -- at least you need -- at
23  the very least -- at the very least, you
24  need arterial -- it's a complicated

Page 175

 1  discussion because you have to take into
 2  account the -- you know, the patient --
 3  the patient population you're working
 4  with and exposure to radiation therapy.
 5          For example, I work, you
 6  know -- in the two of the institutions
 7  I've worked on, the delayed phase was
 8  routinely omitted because -- because we
 9  wanted to reduce amount of radiation we
10  subject our patients to, so we routinely
11  would get arterial and portal venous
12  phase.
13          In other institution I've
14  worked, routinely they've obtained all
15  four phases, meaning precontrast,
16  arterial, portal venous, and delayed and
17  there they were not as concerned about
18  radiation exposure as the other
19  institutions, institutional preference.
20          There are studies that show
21  that you actually can omit a portal
22  venous phase and just acquire arterial
23  and delayed phase and -- because if you
24  see the washout in delayed phase, that's

Page 176

 1  sufficient.  You can apply washout to
 2  either portal venous or delayed phase.
 3          So there are institutional
 4  preferences that -- that are in place.
 5      Q.   But your publication says
 6  that all three phases are required to
 7  apply LI-RADS; correct?
 8      A.   As of 2018, yes.
 9      Q.   And so you're saying that's
10  changed since 2018?
11      A.   Again, there's at least one
12  study that came out that showed you can
13  omit the portal venous phase.
14      Q.   Is that your study?
15      A.   No.
16      Q.   Do you agree with that
17  study?
18      A.   I actually do.
19      Q.   Are you going to update your
20  paper?
21      A.   We are discussing it.
22      Q.   And so is there a split
23  opinion on if it should be required or
24  not?

Page 177

 1      A.   As it pertains to the liver
 2  imaging, it can be omitted.  The question
 3  is, when you talk about it -- because
 4  we're not just looking at liver, right,
 5  we're looking at other organs.
 6          So the question is, we need
 7  to know, if you omit the portal venous
 8  phase, are you -- are you -- how will
 9  this affect other organ appearances?
10  That's the conversation that we're
11  having.
12      Q.   And your specified as
13  currently -- scratch that.  I mumbled a
14  bunch.
15          You're currently having a
16  conversation if all three phases are
17  required in the CT for LI-RADS; correct?
18      A.   It's --
19          ATTORNEY ROSE:  Object to
20      form.
21          THE WITNESS:  It's a
22      conversation that is being had by
23      the technical working group.  I
24      cannot tell you what the final

45 (Pages 174 - 177)

VICTORIA CHERNYAK, MD, MS

Page 186

1  even particular with a lesion that we
2  follow over time, you know, that there's
3  -- there's -- the only definitive thing
4  we can say more or less is that HCCs
5  don't become smaller without treatment.
6      Q.   Would you agree that most
7  HCCs take three months or longer to
8  double in size?
9      A.   The volume, the volume.
10     Q.   It takes three months or
11 longer for most HCCs to double volume;
12 correct?
13     A.   Yes.
14     Q.   Then why in this case did
15 you assume a tumor doubling volume time
16 of three months?
17     A.   Because that's the median.
18     Q.   What do you mean?
19     A.   Median?
20     Q.   Yeah.
21     A.   Means that it's in the
22 center, the value's in the center.
23     Q.   Isn't it only one-third of
24 them are doubling at three months or

Page 187

1  less?
2      A.   So the -- again, the way
3  that you -- the six months -- the six
4  months of 50 percent size increase is
5  based on three months' tumor volume
6  doubling time, so that's an accepted
7  statement.
8      Q.   But two-thirds of HCCs
9  wouldn't double that quickly; correct?
10     A.   Two-thirds would -- of HCCs
11 would double at least this quickly --
12 right, this quickly or longer, yes.
13     Q.   And by longer, you mean
14 slower, like four months or five months?
15     A.   Yes.
16     Q.   And then why -- so why is it
17 that you assumed the faster growth rate?
18     A.   It's not fast.  It's median.
19 It's median -- it's median -- it's a
20 median value that we assume which is used
21 by -- like, that's the value that's used
22 to arrive at -- at the threshold growth
23 value of six months.
24     Q.   How did you calculate this

Page 188

1  median?
2      A.   It's just data.
3      Q.   So you're applying the
4  fastest one-third growth and you're
5  saying that's the median?
6      A.   That is the data that is
7  used to arrive at the threshold growth,
8  so that's the data that's used -- that's
9  the assumption that's used by UNOS, by
10 LI-RADS.  It's the threshold growth of
11 six months.
12     Q.   What is threshold growth?
13     A.   Size increase, the longest
14 dimension increase of 50 percent or
15 greater.
16     Q.   Do you need two images to
17 determine threshold growth?
18     A.   You need to have a study
19 that is at least -- that is done at least
20 within six months prior --
21     Q.   And do you have that with
22 Mr. Roberts?
23     A.   No.
24     Q.   Then how can you apply

Page 189

1  threshold growth to Mr. Roberts?
2      A.   I was providing the
3  theoretical numbers.  I'm not -- right?
4      Q.   So you don't have the actual
5  imaging necessary for threshold growth on
6  Mr. Roberts, correct, you're just
7  applying theoretical numbers?
8          ATTORNEY ROSE:  Object to
9      the form.
10         THE WITNESS:  I was
11     providing the possible scenario of
12     how would -- how would a 5
13     millimeter lesion progress to --
14     could progress to 5.6 centimeter
15     lesion.
16 BY ATTORNEY VAUGHN:
17     Q.   You were given a possible
18 scenario, not a probable scenario;
19 correct?
20         ATTORNEY ROSE:  Object to
21     the form.
22         THE WITNESS:  I'm not sure
23     how to -- again, I cannot predict
24     how things grow, any particular

VICTORIA CHERNYAK, MD, MS

Page 250

1    there was washout.
2  BY ATTORNEY VAUGHN:
3      Q.   Did you cite this updated
4  criteria anywhere in your expert report?
5      A.   No.
6      Q.   And you produced this
7  document, this 2018 CORE, in response to
8  your Notice of Deposition.  Did you
9  produce these updated guidelines that
10 you're now talking about?
11     A.   It's -- I can provide you
12 with lexicon.  I was providing this
13 mostly for the first page so you can see
14 how the imaging features are applied and
15 how the diagnostic categories are arrived
16 at.
17     Q.   I want to go to page 15 of
18 this LI-RADS CORE.  And we discussed this
19 earlier.  These are required images for a
20 CT; correct?
21     A.   Uh-hum.
22     Q.   And these are the same that
23 you listed in your paper that are
24 required; correct?

Page 251

1      A.   Yes.
2      Q.   And then there's a suggested
3  image which is the precontrast phase.
4  You don't have to do a precontrast phase
5  to do a LI-RADS; correct?
6      A.   Not unless the patient had
7  prior treatment.  Then it becomes
8  required.
9      Q.   But these other three are
10 all required.  Right?
11     A.   Yes.
12     Q.   Mr. Roberts, in his 2016 CT,
13 did they do a precontrast phase?
14     A.   Yes.
15     Q.   Was that phase one?
16     A.   Are you asking me
17 specifically about this?
18     Q.   That's correct.
19     A.   So unfortunately I tried to
20 open this study up, but I think my
21 computer cannot handle the Zoom and
22 stuff, so I actually cannot open the
23 study for some reason.
24        I'm not seeing the images.

Page 252

1      Q.   Were you able to open that
2  study on your computer previously?
3      A.   Yes, obviously, because I
4  read it.
5      Q.   I didn't know if maybe you
6  were on a different computer.
7      A.   I think that the --
8  everything else that's running is
9  preventing me from opening it up right
10 now.
11         ATTORNEY ROSE:  Sorry, Dr.
12 Chernyak.  Are you referring to
13 one of the exhibits?
14         THE WITNESS:  No.  I
15 actually tried to open the actual
16 CT.
17         ATTORNEY ROSE:  Oh, okay.
18         ATTORNEY VAUGHN:  Would it
19 help you if we took a break so you
20 could open up the CT and review
21 everything before we started
22 asking questions on it?
23         ATTORNEY ROSE:  Sorry.  I
24 have a question:  Are you going to

Page 253

1  ask her questions about a specific
2  CT?  Are you going to introduce a
3  CT as an exhibit?
4          ATTORNEY VAUGHN:  Well, I
5  mean, she's able to go through the
6  different phases, so I thought it
7  might be easier for her to
8  actually look at it herself, but
9  --
10         ATTORNEY ROSE:  Why don't we
11 go off the record and discuss
12 that.
13         ATTORNEY VAUGHN:  Okay.
14         THE VIDEO TECHNICIAN:  Off
15 the record, 2 o'clock.
16             - - -
17         (A discussion off the record
18 occurred.)
19             - - -
20         (A recess was taken from
21 2:05 p.m. to 2:20 p.m.)
22         THE VIDEO TECHNICIAN:  We
23 are back on the record at 2:20
24 p.m.

64 (Pages 250 - 253)

VICTORIA CHERNYAK, MD, MS

Page 270

1  Q. And the 2018 LI-RADS CORE
2  lists a required image as the delayed
3  phase; correct?
4  A. It -- yes.
5  Q. And you did not have a
6  delayed phase with Mr. Roberts; correct?
7  A. Correct.
8  Q. And when did you realize
9  that you did not have a delayed phase in
10 the 2016 of Mr. Roberts?
11 A. When I was reviewing the
12 study, as I would review the study in
13 realtime, things don't always function
14 the way you want them to be. For that
15 particular study, what I had was
16 sufficient to apply LI-RADS 3 category.
17     I knew that the addition of
18 delayed phase wouldn't change that and so
19 I didn't make a big deal out of it
20 because I knew that it would just add to
21 confusion rather than clarity.
22 Q. So you didn't talk about the
23 fact that there's a missing image that
24 was required because it would cause

Page 271

1  confusion?
2      ATTORNEY ROSE: Object to
3      the form.
4      THE WITNESS: Again, as I
5      think -- I believe I mentioned,
6      there are multiple institutions
7      that choose to omit the delayed
8      phase for the sake of saving
9      radiation exposure to patients.
10     I've worked at two such
11     institutions -- I'm actually
12     working currently at such
13     institution -- and I apply LI-RADS
14     on a virtually daily basis.
15     So it is -- is it perfect in
16     compliance with what the CORE
17     says? No. Is it done in clinical
18     practice? Yes. Is it done in
19     clinical practice a lot? Yes.
20 BY ATTORNEY VAUGHN:
21 Q. And would you tell your
22 students that the 2016 CT of Mr. Roberts
23 is an ideal scan to apply LI-RADS to?
24     ATTORNEY ROSE: Object to

Page 272

1  the form. This is asked and
2  answered.
3      THE WITNESS: I'm sorry.
4      What was the last thing you said?
5  BY ATTORNEY VAUGHN:
6  Q. Would you tell your students
7  that the 2016 CT --
8  A. No, no -- I'm sorry.
9  Q. -- of Mr. Roberts is an
10 ideal scan to apply LI-RADS to?
11 A. Again, great question. And
12 we are working right now on what's called
13 an adequacy score that reflects the
14 adequacy of examination, recognizing that
15 imperfect exam in terms of quality may
16 still be adequate to -- to answer the
17 question.
18     So right now, a similar
19 score is available for ultrasound, but
20 not for CT and MR, and we are going to
21 introduce a similar score for CT and MR.
22     So if I were to discuss this
23 case with a student, I would explain to
24 them that in this case, even though this

Page 273

1  study is not -- would not qualify as a
2  perfect study, it is adequate for
3  answerable clinical question.
4      So in this case, I would
5  assign as a category B, which means that
6  the exam is not perfect, but adequate to
7  answer a clinical question.
8      So in this case, the
9  obtained images are sufficient and
10 adequate for me to assign LR-3 category.
11 BY ATTORNEY VAUGHN:
12 Q. You said there is a similar
13 score available for ultrasound. What do
14 you mean by that?
15 A. There -- excuse me. Let me
16 just shift the dog. I apologize.
17     (Pause.)
18     THE WITNESS: There is a --
19     remember I said that there are
20     other algorithms? So right now,
21     there is a -- there's an
22     ultrasound LI-RADS and it
23     incorporates the visualization
24     score as an A, B, and C, which

69 (Pages 270 - 273)