# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to Gaston J. Roberts, Jr., and wife Jan Roberts \| Case No. 1:20-cv-00946-RBK-JS** | **MDL No. 2875**<br><br>Honorable Renée Marie Bumb, Chief Judge<br><br>**EXPERT REPORT OF NADIM MAHMUD, M.D., M.S., M.P.H., M.S.C.E.** |

I am an Assistant Professor of Medicine and Epidemiology at the University of Pennsylvania Perelman School of Medicine. I am triple board certified in Internal Medicine, Gastroenterology, and Transplant Hepatology and have significant clinical and research expertise pertaining to chronic liver disease, cirrhosis, liver cancer, including hepatocellular carcinoma (HCC), and pre/post-liver transplantation care. I have been asked to review and respond to the opinions offered by Fareeha Siddiqui, M.D. regarding the potential causes of the HCC experienced by Mr. Gaston J. Roberts, and to provide my independent expert opinion regarding the cause or causes of Mr. Roberts' cancer.

**1. Background and Qualifications**

My curriculum vitae (CV) is attached as Ex. A to this report. To briefly review my academic background and training, I completed a combined B.S./M.S. degree in Molecular Biophysics and Biochemistry at Yale University in 2008. I completed an M.P.H. degree from the Columbia University Mailman School of Public Health in 2011 and subsequently received my M.D. from Stanford University School of Medicine in 2013. My Internal Medicine internship and residency were completed at Brigham and Women's Hospital in the Harvard Medical School system in 2016. Following this, I began a gastroenterology fellowship at the Hospital of the University of Pennsylvania. During this time, I completed a Master of Science in Clinical Epidemiology (M.S.C.E.) degree in 2019. I then completed an additional fellowship in Transplant Hepatology in 2020, where I deepened my clinical expertise in the care of patients with chronic liver disease, cirrhosis, liver cancer, and pre- and post-transplant care. Since June of 2020, I have worked as a faculty Transplant Hepatologist at

statistically significant (HR 0.83, 95% CI 0.56-1.22) as compared to calcium channel blocker exposure.[88] Importantly, both of these studies utilized comprehensive adjustment of potential confounders using causal inference methodology incorporating inverse probability treatment weighting (IPTW, a means of "mimicking" a randomized-controlled trial) as well active comparison to alternate medications with similar medical indications as ARBs. In a population-based study of non-cirrhotic patients with chronic liver disease, Chen, et al. demonstrated that ARB/ACE-inhibitor exposure was associated with a lower hazard of incident HCC (HR 0.66, 95% CI 0.50-0.86), liver-related mortality (HR 0.77, 95% CI 0.64-0.93), and incident cirrhosis (HR 0.81, 95% CI 0.70-0.94) when compared to patients exposed to calcium channel blockers or thiazide diuretics.[89] Finally, in a meta-analysis of relevant studies, Asgharzadeh, et al. found that ARB/ACE-inhibitor exposure was associated with a ~30% reduced risk of HCC relative to non-exposure (relative risk [RR] 0.704, 95% CI 0.526-0.944). In a subgroup analysis limited to only ARB-exposed patients, the effect size was intensified such that patients had a ~45% reduced risk of HCC (RR 0.545, 95% CI 0.470-0.632).[90] To contextualize these results, there is biological plausibility for ARB medications reducing risk of HCC and liver-related complications. Activation of the renin-angiotensin-aldosterone system (RAAS) induces hepatic fibrosis (liver scarring) through collagen deposition and release of various inflammatory cytokines.[91, 92] Thus, inhibition of the RAAS through ARBs or ACE-inhibitors may prevent or even reverse some degree of hepatic fibrosis. Given the above literature and basic science foundation, it is plausible that Mr. Roberts' prolonged exposure to valsartan in fact had a protective effect on the liver, potentially delaying the onset of his cirrhosis and HCC.

**(c) Dr. Siddiqui's Differential Diagnosis—And Resulting Opinions Regarding The Cause Of Mr. Roberts' HCC—Are Scientifically Invalid.**

Dr. Siddiqui purports to have based her opinion that Mr. Roberts' use of NDMA-contaminated valsartan was the "only substantial factor in causing his liver cancer" on a methodology known as a "differential diagnosis." According to Dr. Siddiqui, she used this methodology to "rule in" NDMA-contaminated valsartan as the cause of Mr. Roberts' HCC and to "rule out" all other possible causes and contributing factors of his HCC. However, Dr. Siddiqui made incorrect medical and scientific statements and conclusions at both steps of this methodology.

> (1) Dr. Siddiqui Lacks a Scientific Basis to Rule in Valsartan Use as a Cause of Mr. Roberts' HCC.

Dr. Siddiqui states: "[i]t is my opinion that NDMA exposure from valsartan was the cause of Mr. Roberts' hepatocellular (liver) cancer" (Siddiqui Rep. at 32), but the relevant science does not meet recognized causality standards, as demonstrated through an evaluation of the causality considerations adopted by Sir Austin Bradford Hill.[93, 94]

32

likely time of incident HCC using average, aggressive growth, and slow growth scenarios. Assuming a spherical shape for an HCC tumor, the volume of the sphere is given by

$$V = \frac{1}{6} * \pi * d^3$$

where *V* is volume and *d* is diameter. Solving for diameter, we would have:

$$d = \left(\frac{6 * V}{\pi}\right)^{1/3}$$

We can use this relationship to "back-calculate" expected tumor diameter prior to the 8/16/2018 MRI and therefore impute expected tumor size (if present) at the time of Mr. Roberts' first alleged exposure to NDMA-contaminated valsartan. I have summarized these relationships below for each TVDT assumption (shaded cells indicate time periods prior to Mr. Roberts' first alleged NDMA-contaminated valsartan exposure):

| Tumor Volume (cm³) | Tumor Diameter (cm) | Time Before Detection (average, 4.6 month TVDT) | Time Before Detection (slow growth, 5.3 month TVDT) | Time Before Detection (aggressive growth, 3.9 month TVDT) |
|---|---|---|---|---|
| 102.16 | 5.80 | 0.0 | 0.0 | 0.0 |
| 51.08 | 4.60 | 4.6 | 5.3 | 3.9 |
| 25.54 | 3.65 | 9.2 | 10.6 | 7.8 |
| 12.77 | 2.90 | 13.8 | 15.9 | 11.7 |
| 6.385 | 2.30 | 18.4 | 21.2 | 15.6 |
| 3.1925 | 1.83 | 23.0 | 26.5 | 19.5 |
| 1.59625 | 1.45 | 27.6 | 31.8 | 23.4 |
| 0.798125 | 1.15 | 32.3 | 37.1 | 27.3 |

It is clear in evaluating these data that across all scenarios, including the most conservative scenario assuming aggressive tumor replication and growth, **Mr. Roberts almost certainly had undiagnosed HCC at the time of his first exposure to allegedly NDMA-contaminated valsartan in September 2016**. These projections are consistent with the expert report authored by Dr. Victoria Chernyak (radiologist), who reviewed Mr. Roberts' 4/8/2016 CT of the abdomen and noted three LR-3 lesions (intermediate probability of malignancy), measuring 0.6cm (segment VII), 0.5cm (segment V/VIII), and 0.5cm (segment VI). (Chernyak Rep. at 5 & Exhibit B.) Of critical importance is Dr. Chernyak's observation that the segment V/VIII lesion is in the same location as one of the LR-5 lesions later confirmed on the 8/2018 MRI. (Chernyak Rep. at 6 & Exhibit D.) It therefore cannot be ruled out that this LR-3 lesion represented HCC, which subsequently grew to become the LR-5 lesion that was identified on the later MRI. All of the above points clearly demonstrate that the temporality criterion for causality between NDMA-contaminated valsartan and HCC in this case is not met.

delayed washout, and peripheral capsule.[6] LI-RADS criteria are not mentioned in Dr. Siddiqui's report, and her imaging-based diagnostic algorithm only notes lesion size (i.e., size of the tumor[s]) and arterial hyperenhancement (a CT/MRI imaging feature where the tumor appears bright after contrast is administered and passing through the arteries) (Siddiqui Rep. at 20), which is severely outdated and not scientifically valid in modern practice. Further, updated guidelines were made available by the AASLD in 2023, as well as by the EASL in 2024, both of which discuss the LI-RADS criteria as the primary mechanism to diagnose HCC.[4, 74] Dr. Siddiqui's reliance on a diagnostic algorithm that is over 20 years out of date calls into further question the scientific reliability of Dr. Siddiqui's opinions regarding HCC, including its risk factors.

Fourth, Dr. Siddiqui also incorrectly states that Mr. Roberts' pain and suffering related to HCC included the experience of undergoing serial large-volume paracenteses to treat his ascites. (Siddiqui Rep. at 20.) Ascites is one of the cardinal decompensations associated with advanced cirrhosis, and results directly from portal hypertension related to significant scarring in the liver.[108] Mr. Roberts clearly had evidence of portal hypertension at the time of his formal cirrhosis diagnosis on his 8/7/2018 MRI; per Dr. Mark Lockhart, this demonstrated "cirrhotic morphology with surface nodularity… splenomegaly, consistent with portal hypertension." (*See* GRobertsJr-PPR-000106.) It is common for many patients with decompensated cirrhosis to require serial large-volume paracenteses (LVPs) in the absence of HCC, and while it is true that in advanced HCC, patients may develop worsened cirrhosis decompensation and thus worsened ascites,[109] the ascites fundamentally remains a complication of the cirrhosis itself rather than the HCC. For this reason, patients who develop HCC in the absence of cirrhosis generally do not have ascites. Mr. Roberts' own treating gastroenterologist, Dr. Samuel Hooks, acknowledged this at his deposition, explaining that Mr. Roberts needed paracentesis "because of underlying cirrhosis," and not the HCC itself and that it is not common for a patient with HCC to need paracentesis. (Hooks Deposition Tr. 78:4-7; 80:6-7.) This medically incorrect statement by Dr. Siddiqui further undermines her opinions related to HCC, its causes, and its effects.

### 6. Conclusion

In my expert opinion, **Mr. Gaston Roberts' HCC was the direct result of longstanding MASLD/MASH that resulted in cirrhosis and subsequently HCC**. As noted, there is extensive and well-established literature that is codified in national and international hepatology society guidelines that supports this opinion. Other contributing risk factors for Mr. Roberts' HCC include his prior history of class II obesity and diabetes mellitus.

Further, even if one were to assume Mr. Gaston Roberts did not truly have cirrhosis prior to developing HCC (which, as explained in detail above, is not the case), Mr. Roberts' longstanding MASLD/MASH with hepatic fibrosis itself is a sufficient explanation for incident HCC.