UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br>*Gaston Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd.,*<br><br>Case No. 1:20-cv-00946-RMB-SAK | HON. RENÉE MARIE BUMB |

**CERTIFICATION OF DANIEL A. NIGH IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE DEFENSE EXPERT DR. GREGORY DIETTE DUE TO UNTIMELY DISCLOSURE OF GENERAL CAUSATION OPINION**

**DANIEL A. NIGH**, hereby certifies as follows:

1. I am an attorney at law within the State of Florida with Nigh Goldenberg Raso & Vaughn, PLLC, and serve as Co-Lead Counsel of the Valsartan Litigation. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' reply in support of motion to exclude the report and testimony of Gregory Diette, MD, MHS.

2. Attached hereto as **Exhibit A** is a true and accurate copy of the August 2, 2021 Expert Report of Herman Gibb, Ph.D, M.P.H.

1

                                                **NIGH GOLDENBERG RASO VAUGHN, PLLC**
                                                Attorneys for Plaintiffs

Dated: July 17, 2025                By:  /s/ *Daniel A. Nigh*
                                                Daniel A. Nigh, Esq.
                                                NIGH GOLDENBERG RASO & VAUGHN, PLLC
                                                *Attorneys for Plaintiffs*
                                                14 Ridge Square NW Third Floor
                                                Washington, D.C. 20016
                                                Tel: 202-792-7927
                                                Fax: 202-792-7927
                                                Email: dnigh@nighgoldenberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Daniel A. Nigh
Daniel A. Nigh, Esq.