# EXHIBIT 1

Page 1

1          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW JERSEY
2                CAMDEN VICINAGE
                    -  -  -
3

4    IN RE: VALSARTAN, LOSARTAN,: Honorable Renée
     AND IRBESARTAN PRODUCTS    : Marie Bumb
5    LIABILITY LITIGATION       : District Court
                                : Judge
6    THIS DOCUMENT RELATES TO   :
     Gaston Roberts, et al. v.  :
7    Zhejiang Huahai            :
     Pharmaceutical Co., et al. :
8    Case No. 1:20-cv-00946-    :
     RMB-SAK                    :
9

10

                        -  -  -
11
                   MAY 16, 2025
12
                        -  -  -
13

14

15           Remote Videotape Deposition,
16    taken via Zoom, of LEWIS A. CHODOSH,
17    Ph.D., commencing at 8:33 a.m., on the
18    above date, before Amanda
19    Maslynsky-Miller, Certified Realtime
20    Reporter and Court Reporter in and for
21    the State of New Jersey.
22                        -  -  -
23

24

```
                                                    Page 2

 1   APPEARANCES:

 2

 3

             NIGH GOLDENBERG RASO & VAUGHN, PLLC
 4           BY: DANIEL NIGH, ESQUIRE
             1333 College Parkway
 5           #1049
             Gulf Breeze, Florida 32563
 6           (850) 600-8090
             dnigh@nighgoldenberg.com
 7
             - and -
 8
             BY: BRETT VAUGHN, ESQUIRE
 9           12022 Blue Valley Pkwy
             Suite #1020
10           Overland Park, Kansas 66213
             (913) 800-8518
11           bvaughn@nighgoldenberg.com

12           - and -

13           BY: KATHRYN L. AVILA, ESQUIRE
             14 Ridge Square NW
14           Third Floor
             Washington, D.C. 20016
15           (202) 792-7927
             kavila@nighgoldenberg.com
16           Representing the Plaintiffs

17

18

19

20

21

22

23

24
```

```
                                                    Page 3

  1   APPEARANCES: (Continued)

  2

  3

            KIRKLAND & ELLIS LLP
  4         BY: ASHER TRANGLE, ESQUIRE
            601 Lexington Avenue
  5         New York, New York 10022
            (212) 446-4800
  6         asher.trangle@kirkland.com
  7         - and -
  8         BY: NINA R. ROSE, ESQUIRE
            1301 Pennsylvania Avenue, N.W.
  9         Washington, D.C. 20004
            (202) 389-5000
 10         nina.rose@kirkland.com
            Representing the Defendant,
 11         Zhejiang Huahai Pharmaceutical Co., Ltd.
 12

 13

 14

            GREENBERG TRAURIG LLP
 15         BY: VICTORIA DAVIS LOCKARD, ESQUIRE
            Terminus 200
 16         3333 Piedmont Road NE
            Suite 2500
 17         Atlanta, Georgia 30305
            (678) 553-2100
 18         lockardv@gtlaw.com
            Representing the Defendants,
 19         Teva Pharmaceuticals Industries, Ltd.
 20

 21

 22

 23

 24
```

```
                                              Page 4
 1   APPEARANCES: (Continued)
 2
 3          PIETRAGALLO GORDON ALFANO BOSICK &
            RASPANTI, LLP
 4          BY: FRANK H. STOY, IV, ESQUIRE
            One Oxford Centre
 5          301 Grant Street
            38th Floor
 6          Pittsburgh, Pennsylvania 15219
            (412) 263-2000
 7          fhs@pietragallo.com
            Representing Mylan, N.V.
 8
 9
10
11   ALSO PRESENT:
     Phillip Todd, Videographer
12
                      -   -   -
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
 1                    -   -   -
 2                I  N  D  E  X
 3                    -   -   -
 4

     Testimony of:   LEWIS A. CHODOSH, Ph.D.
 5
 6        By Attorney Nigh                    8, 238
          By Attorney Trangle                233
 7
 8
 9                    -   -   -
10              E X H I B I T S
11                    -   -   -
12

     NO.            DESCRIPTION                    PAGE
13
             No exhibits were marked.
14
15
16
17
18
19
20
21
22
23
24
```

```
                                                   Page 6

 1                          -   -   -

 2              DEPOSITION  SUPPORT  INDEX

 3                          -   -   -

 4

 5   Direction  to  Witness  Not  to  Answer

 6   Page  Line      Page  Line      Page  Line

 7   None

 8

 9

10   Request  for  Production  of  Documents

11   Page  Line      Page  Line      Page  Line

12   None

13

14

15   Stipulations

16   Page  Line      Page  Line      Page  Line

17   7         1

18

19

20   Question  Marked

21   Page  Line      Page  Line      Page  Line

22   None

23

24
```

Page 7

```
 1                    -   -   -

 2              (It is hereby stipulated and

 3         agreed by and among counsel that

 4         sealing, filing and certification

 5         are waived; and that all

 6         objections, except as to the form

 7         of the question, will be reserved

 8         until the time of trial.)

 9                    -   -   -

10              VIDEO TECHNICIAN:  Good

11         morning.  We are now on the

12         record.  My name is Phillip Todd.

13         I'm a videographer for Golkow, a

14         Veritext division.

15              Today's date is May 16th,

16         2025, and the time is 8:33 a.m.

17         Eastern.  This remote video

18         deposition is being held in the

19         matter of Valsartan, Loss and

20         Irbesartan Products Liability

21         Litigation Related to the case

22         Gaston Roberts, et al., v Zhejiang

23         Huahai Pharmaceutical Company, et

24         al., in the United States District
```

Page 8

1          Court for the District of New

2          Jersey, Camden Vicinage, MDL

3          Number 2875.  The deponent is

4          Dr. Lewis A. Chodosh.

5                  All parties to this

6          deposition are appearing remotely

7          and have agreed to the witness

8          being sworn in remotely.

9                  Due to the nature of remote

10         reporting, please pause briefly

11         before speaking to ensure all

12         parties are heard completely.

13                 Counsel will be noted on the

14         stenographic record.  The court

15         reporter is Amanda Miller and will

16         now swear in the witness.

17                     -   -   -

18                 LEWIS A. CHODOSH, MD, PhD,

19         after having been duly sworn, was

20         examined and testified as follows:

21                     -   -   -

22                 EXAMINATION

23                     -   -   -

24    BY ATTORNEY NIGH:

Page 9

1          Q.    Good morning, Doctor.

2          A.    Good morning.

3          Q.    Could you please state your

4    name and spell your last name, please?

5          A.    Lewis A. Chodosh.  And it's

6    spelled C-H-O-D-O-S-H.

7          Q.    Doctor, approximately how

8    much money have you made from your

9    litigation consulting work in the past

10   four years?

11         A.    I -- sitting here right now

12   I couldn't -- I couldn't give you a

13   precise number.

14         Q.    Do you have any

15   approximation?

16         A.    I'd say, just sitting here

17   right now, probably somewhere in the

18   vicinity of -- of 1 to $2 million.

19              But I -- I don't have things

20   in front of me, so.

21         Q.    Do you keep records of how

22   much you've made from your litigation

23   consulting work?

24         A.    I have my taxes.  So

```
                                        Page 10
 1    certainly -- certainly I have that
 2    record.
 3            Q.    Okay.  When you said you
 4    don't have that right in front of you,
 5    what were you referring to when I asked
 6    that?
 7            A.    I'm sitting in my office
 8    with nothing but my laptop and exhibits
 9    that were provided to you, so.
10            Q.    Okay.  Where are you
11    currently located right now?
12            A.    Philadelphia.
13            Q.    And where at in
14    Philadelphia?
15            A.    You mean where am I right
16    now?
17            Q.    Yes.
18            A.    I'm in Biomedical Research
19    Building 2/3 at the University of
20    Pennsylvania.
21            Q.    Is anybody else in the
22    office with you right now?
23            A.    No.
24            Q.    And other than the technical
```

Page 11

1    equipment that you need to do this Zoom,

2    is there any other devices with you in

3    the room?

4            A.    I have my desktop computer,

5    but that's not on.

6            Q.    Okay.  And how about a

7    phone?

8            A.    I have a phone in my pocket.

9            Q.    Okay.  And I'd just ask

10   during the deposition if you could keep

11   that off, please.

12           A.    Sure.  Well, hang on.

13           Q.    No problem.

14           A.    Okay.

15           Q.    What is the equipment that

16   you are using for the Zoom?

17           A.    It's a laptop and then

18   attached it has an attachment to a second

19   screen.

20           Q.    Doctor, do you have your

21   expert report printed out in front of

22   you?

23           A.    I do.

24           Q.    Okay.

Page 12

1             ATTORNEY TRANGLE:  I just

2         want to note that the doctor

3         informed me of a typographical

4         change that -- if you want to ask,

5         he'll let you know.

6   BY ATTORNEY NIGH:

7         Q.    Okay.  Doctor, do you have

8   any typographical changes in your report?

9         A.    Yes, I do.

10        Q.    And what is it?

11        A.    Page 13 of my report, on

12  Paragraph 58, where it says 2,000 mg

13  per kg per day, that was supposed to be

14  2,000 micrograms, so the M was actually

15  supposed to be the Greek letter Mu.

16             And then in that same

17  sentence, the 140 million should be

18  140,000.  And that was -- however the

19  reference to my MDL report, it was

20  correct there, it was listed as 2,000

21  micrograms per kilograms per day, but it

22  was a typographical error.

23        Q.    Doctor, what are hepatic

24  stellate cells?

Page 13

```
 1          A.     Hepatic stellate cells are

 2  one of the type of cells that are present

 3  in the liver.

 4          Q.     And what is their function?

 5          A.     I mean, stellate cells can

 6  have an -- aid in immunity functions.

 7  They have a variety of functions.

 8              I'm not -- I'm not an expert

 9  on hepatic stellate cells.  I would have

10  to be looking at the literature to

11  refresh my memory.

12          Q.     Are hepatic stellate cells

13  tumor-promoting cells that switch the

14  liver --

15              (Reporter clarification.)

16  BY ATTORNEY NIGH:

17          Q.     Are hepatic stellate cells

18  tumor-promoting cells that switch the

19  liver from quiescent to HCC?

20          A.     I'm sorry, that switch the

21  liver from what?

22          Q.     Quiescent.  You said

23  quiescent.  Is that how you pronounce

24  that?
```

Page 14

1          A.     Quiescent.

2          Q.     Let me ask that again.

3                 Are hepatic stellate cells

4   tumor-promoting cells that switch the

5   liver from quiescence to HCC, correct?

6          A.     I would -- I would disagree

7   with that characterization.  But, really,

8   I would have to be looking at the context

9   of what you're -- of what you're quoting,

10  since it's, presumably, a scientific

11  article.

12         Q.     Okay.  Do hepatic stellate

13  cells have the ability to be -- to be

14  tumor-promoting cells?

15         A.     Could I look at the paper

16  that you're referring to?

17         Q.     I'm actually not referring

18  to a paper right now.

19         A.     Okay.  I would say I can't

20  answer that sitting here now.  I'd have

21  to -- have to look at the literature on

22  that specific question.

23                Many things in biology are

24  context dependent.  But there would be a

Page 15

1   number of details I would need to know in

2   order to be able to answer your question

3   accurately, which I'd be happy to do.

4        Q.    Doctor, can carcinogens

5   stimulate inflammation and stiffness to

6   activate tumor dormancy escape?

7        A.    I would have to know much

8   more about what -- the specific context

9   that you're talking about in order to be

10  able to tell you whether I agree with

11  that or disagree with that.

12            And, again, I would be -- if

13  you want to show me the paper that refers

14  to or give me more specifics, I'd be glad

15  to try to help.

16            But I would need a lot more

17  information to be able to answer that.

18       Q.    Are you aware of that

19  concept at all that carcinogens stimulate

20  inflammation and stiffness to activate

21  tumor dormancy escape?

22       A.    So inflammation, of course,

23  is an extremely general term that refers

24  to -- there are many, many different

Page 16

1    types of inflammation.

2                So can carcinogens, at

3    extraordinarily high doses that can be

4    toxic, can there also be an inflammatory

5    reaction?  Well, it depends on the

6    carcinogen.  It depends on the dose.  It

7    depends on the tissue.  It depends on the

8    experimental system that you're looking

9    at.

10               Stiffness, you know, just on

11   its own -- you know, tissue stiffness is,

12   I guess, a relative term and the tissue,

13   you know, can be influenced by a number

14   of factors, including fibrosis and other

15   things.

16               But, again, since so many

17   elements in cancer biology are context

18   specific, whether that's the dose,

19   whether that's the tissue, whether that's

20   the route of administration, whether

21   that's the particular experimental tumor

22   system, I would just need much more

23   information to be able to accurately

24   answer your question.

Page 17

```
 1              And, again, if you want to
 2   show me a paper, I would be glad to go
 3   through it and tell you whether I agree
 4   with the conclusions or the
 5   characterizations or not.
 6          Q.    Doctor, activation of
 7   oncogenes can stimulate tumor dormancy
 8   escape of hepatocellular carcinogens,
 9   correct?
10          A.    Can you repeat the question?
11          Q.    Activation of oncogenes can
12   also stimulate tumor dormancy escape in
13   hepatocellular carcinogens, correct?
14          A.    So, again, it's such a
15   general statement, I would need the
16   specific context to answer you,
17   particularly with respect to while --
18   there are multiple types of tumor
19   dormancy.
20              And so in order to be able
21   to talk about -- are there things that
22   have been demonstrated -- are there forms
23   or context in which hepatic carcinoma
24   could be considered dormant, depending on
```

Page 18

1    what type of dormancy one was talking

2    about, that would be an issue in and of

3    itself.

4                    And then there would be the

5    question of, well, how is an oncogene

6    being activated even to be able to know

7    whether that was having an affect on

8    cells that had been dormant in whatever

9    state they had been demonstrated to be

10   dormant in.

11                   So, again, I would just need

12   much more information.  Do you want to

13   talk about it?  I'm glad to look at any

14   paper and go through and look at it and

15   give you my -- my most accurate answers.

16         Q.      Doctor, under conditions of

17   acute or chronic liver, hepatic stellate

18   cells can be activated and participate in

19   the progression and regulation of liver

20   diseases such as liver cancer, correct?

21         A.      Could you repeat that,

22   please?

23         Q.      In -- under conditions of

24   acute or chronic liver damage, hepatic

Page 19

1   stellate cells can be activated and
2   participate in the progression and
3   regulation of liver disease such as liver
4   cancer, correct?
5         A.     Again, that's such a general
6   statement with words like "progression"
7   that get used in -- in many different
8   ways, both in the literature and just in
9   cancer biology in general, as well as the
10  way that -- that I would use that word,
11  that I would need to know the specific
12  context of what the particular elements
13  are that that statement was referring to.
14             And if you would be willing
15  to share the paper with me, I would be
16  glad to look at it and to give you --
17  give you my answer.  But I can't answer
18  it just taken completely out of context.
19        Q.     Doctor, Page 15 of your
20  report -- of your report, Paragraph 63,
21  the last sentence of that paragraph, you
22  state, Nor am I aware of any body of
23  medical or scientific evidence supporting
24  the notion that hepatocellular carcinoma

Page 20

1    exists in a quiescent state.

2              Do you see that?

3         A.    Yes.

4         Q.    What sort of literature

5    search did you do -- or did you do any

6    literature search on this topic?

7         A.    Yeah.  I mean, I've -- I've

8    looked at the biology of hepatocellular

9    carcinoma.  I have faculty members in my

10   department who study hepatocellular

11   carcinoma, you know, with whom I

12   collaborate.

13             So looking in the

14   literature, I'm a cancer biologist and,

15   you know, as you -- you know, certainly

16   one of the focuses of my lab is dormancy

17   in the process of recurrence of different

18   cancers, particularly breast cancer,

19   which is a different notion than dormancy

20   in a primary tumor.

21             So I have spent lots and

22   lots and lots and lots of time looking at

23   the literature on reversible quiescence

24   and dormancy in various human cancers,

Page 21

1   attempting to evaluate, you know, is

2   there evidence for dormancy; if so, what

3   type; and if so, at what stage of

4   progression of the disease.

5           Q.    Doctor, you're aware that in

6   the last two to three years there's been

7   a lot of studies that have been published

8   on this topic, correct?

9                 ATTORNEY TRANGLE:

10          Objection.  Calls for speculation.

11                THE WITNESS:  If you could

12          define what you mean by "this

13          topic."

14  BY ATTORNEY NIGH:

15          Q.    Dormancy and a quiescent

16  state of hepatocellular carcinomas.

17          A.    There are -- there are

18  certainly some studies that have been

19  published in experimental systems on

20  experimental models for reversible

21  quiescence in tumors that have already

22  formed.  Those are experimental models.

23                I have certainly -- I have

24  certainly seen no evidence that would

```
                                          Page 22
 1   suggest that primary hepatocellular
 2   carcinomas pass through a dormant state.
 3          Q.    Doctor, earlier you said
 4   that you -- you confer with your
 5   colleagues.
 6              Did you confer with them in
 7   writing your report in this case?
 8          A.    No.
 9          Q.    Okay.  What sort of research
10   did you do in writing your report here
11   when you came up with that sentence that
12   I read previously in Paragraph 63 of the
13   report?
14              ATTORNEY TRANGLE:
15          Objection.  Asked and answered.
16              THE WITNESS:  So as I've --
17          as I've just said, I have a --
18          looked broadly at the biology of
19          hepatocellular carcinoma.  I've
20          looked broadly at the literature
21          around dormancy and particularly
22          with respect to primary
23          hepatocellular carcinoma, as well
24          as, you know, my -- you know, I've
```

Page 23

1          been working in this field for

2          several decades, and dormancy is a

3          major part of what I do in the

4          context of breast cancer

5          recurrence in early-stage

6          patients.  I've done a great deal

7          of work in animal models.

8               So it's serving the

9          literature to find everything that

10         I can find.  And then, of course,

11         that's being combined with my

12         expertise as a faculty member in

13         cancer biology, you know,

14         listening to seminars, hearing

15         colleagues speak about their

16         research.

17              You know, it's as exhaustive

18         a search that I can do of finding,

19         you know, primary published

20         literature.

21   BY ATTORNEY NIGH:

22         Q.    Doctor, you stated primary

23   hepatocellular carcinoma.

24              Are there other types of

Page 24

```
 1  hepatocellular carcinoma?
 2              ATTORNEY TRANGLE:  You cut
 3        off in the beginning.  And I
 4        couldn't hear you.
 5              ATTORNEY NIGH:  No problem.
 6  BY ATTORNEY NIGH:
 7        Q.    Doctor, you stated primary
 8  hepatocellular carcinoma.
 9              Are there other types of
10  hepatocellular carcinoma other than
11  primary?
12        A.    Yes.
13        Q.    What are those?
14        A.    So there's other stages of
15  disease.  So primary in -- whether it's
16  cancer biology or oncology refers to the
17  original tumor.  So the tumor that
18  ultimately arose from whatever the normal
19  cell was that eventually accumulated the
20  mutations that were required for that
21  cell to become transformed.
22              You then have additional
23  stages of disease.  It depends on the
24  cancer type.  But for hepatocellular
```

Page 25

1    carcinoma, for example, if somebody

2    undergoes transarterial chemoembolization

3    causing death of cells, well, they are

4    residual tumor cells.  And those residual

5    tumor cells can -- can resume growth.

6                 So, then, that's no longer,

7    if you will, the primary hepatocellular

8    carcinoma.  That is now essentially a

9    local recurrence in that -- in that

10   example.

11                You can have cells that have

12   disseminated from the tumor and have

13   lodged in a different site.  Well, then

14   it's metastatic.  That's not the primary

15   tumor.  So you can have a metastasis.

16   You can have a metastasis after therapy,

17   which would be metastatic recurrence.

18                So the point being that

19   there are various stages of tumor

20   progression.  Lousy a word as progression

21   is, given how many ways it can get

22   misused.  But there are many different

23   stages.

24                And then on top of that, of

Page 26

1    course, in experimental model systems,

2    much more commonly what is being done is

3    seeding existing tumor cells that one

4    might grow in culture into a tissue,

5    which is, again, now a very different

6    biological context than a tumor that

7    arises, if you will, spontaneously over

8    the course of time, you know, in a tissue

9    with an immune system.

10                   So there's just many of

11   these things are dependent on what is --

12   what is the stage, what is the, you know,

13   model system.

14                   For human beings, in studies

15   of hepatocellular carcinoma, I'm -- I am

16   not aware, as I said, that there is such

17   a thing as a -- as a hepatocellular

18   carcinoma that's in a quiescent state, as

19   in hepatocellular carcinoma that has not

20   been diagnosed, you know, and therefore,

21   you know, not treated, that just passes

22   through some, you know, some quiescent

23   state just prior to clinical detection.

24             Q.    Doctor, you said that in the

```
                                          Page 27
 1    lab you work on -- you have worked on
 2    animal models?
 3            A.    That is one of the things
 4    that we work on in the laboratory, yes.
 5            Q.    Which animal models have you
 6    specifically worked on?
 7            A.    So we have worked in a -- so
 8    in the broadest sense, from a species
 9    standpoint in animal models, mouse and
10    rat would be the most common.
11                 We've used and developed
12    many genetically engineered mouse models
13    for spontaneous cancers; genetically
14    engineered rat models for spontaneous
15    cancers; what are called orthotopic
16    models where cells are introduced into
17    a -- into the -- if you will, the
18    appropriate tissue of interest.
19                 And I would say those are
20    the primary animal studies that we tend
21    to do.
22                 But, of course, we also do
23    studies in patients.  We also do studies
24    in cancer cells from a wide variety of --
```

Page 28

1   of species, you know, human, primate; a
2   variety of different species.
3                 So there's many things going
4   on in the lab.  And I've been doing this
5   a long time, so.
6         Q.    Sure.  And why would you use
7   animal models?  What's the purpose of
8   doing the experiments on animal models?
9         A.    Well, I mean, that's a --
10  I've, you know, written a textbook on it.
11                So that -- so to try to keep
12  the answer short.  There are many
13  different reasons to use animal models.
14  One would be you can do -- it tends to
15  enable mechanistic experiments that get
16  at both cause and effect, as well as
17  specific mechanisms that can be dissected
18  genetically or biochemically, things that
19  cannot be done in human beings for a wide
20  variety of reasons, but where the goal is
21  always to study something in a model that
22  you select that does as good a job as
23  possible in modeling the specific thing
24  that you're attempting to study.

Page 29

1              So that would be the -- the
2    short answer.
3         Q.    So let me see if I
4    understand this correctly.
5              So when you're doing
6    experiments on, say, rats, for example,
7    you're not doing those experiments to see
8    how to increase the life expectancy of
9    rats, right?
10        A.    This -- if what you're
11   asking me is, is the purpose of doing
12   studies in mice and rats ultimately to
13   have a better understanding of human
14   disease and ways in which we could
15   improve diagnosis, treatment or outcomes
16   in human beings, of course.
17             I'm a physician scientist
18   where -- while -- while we are acutely
19   aware of animal welfare issues, that our
20   primary goal is not to improve the health
21   of rodents, it's to improve the health
22   and outcomes of human beings.
23        Q.    And so doing experiments on
24   rats can help you understand the

Page 30

1    mechanisms of cancer in humans, correct?

2          A.    So that is one of the things

3    that it can do.  It also enables one to

4    be able to do cause-and-effect

5    experiments, right.  So things that, you

6    know, can't -- can't be done in human

7    beings, for any of a variety of reasons,

8    where you can ask cause-and-effect

9    questions.

10              That's really sort of a part

11   of the mechanism, if you will.

12         Q.    And, Doctor, certain

13   animals -- sorry.  Strike that.

14              Different animals are more

15   predictive of various mechanisms in a

16   human, correct?

17              ATTORNEY TRANGLE:

18         Objection.  Vague.

19              THE WITNESS:  I wouldn't

20         agree with the statement as you

21         made it.

22              I think what I would say is,

23         again, that for any particular

24         thing that one is attempting to

```
                                              Page 31

 1          study, it is essential to try to

 2          identify a model that, for that

 3          specific thing that you're

 4          studying, does the best job

 5          possible for modeling what happens

 6          in human beings.

 7               It's not -- it's not the

 8          case that one would say, oh, well,

 9          the rat is better than the mouse

10          for modeling human cancer.  It's

11          going to depend on what's the

12          cancer, what's the system, what's

13          the question, what is the

14          phenomenon that you're trying to

15          understand.

16               And that's, I'd say, at the

17          heart of -- you know, one of

18          the -- one of the things that we

19          teach graduate students and

20          postdoctoral fellows is how to

21          select or generate appropriate

22          models for human disease.

23   BY ATTORNEY NIGH:

24          Q.    Doctor when looking at, for
```

```
                                      Page 32
 1    example, clearance in a human, would it
 2    be better or more predictive to look at a
 3    rat or mouse versus a larger animal
 4    species?
 5                    -   -   -
 6                (Technical difficulties.)
 7                    -   -   -
 8                (Whereupon, a discussion off
 9          the record occurred.)
10                    -   -   -
11    BY ATTORNEY NIGH:
12          Q.    Doctor, let me ask that
13    again.
14                For renal clearance, would
15    it be -- for renal clearance in a human,
16    would it be more predictive or closely
17    related to look at how a rat or a
18    mouse -- mouse's renal clearance versus a
19    larger species' renal clearance?
20          A.    So I don't -- I don't study
21    renal clearance in the laboratory.  So I
22    can't give you an answer sitting here
23    right now.
24                My -- my estimate, if you
```

Page 33

1    will, would be that it may well depend on

2    what the type of compound is.  But,

3    again, I don't -- I'm not familiar with

4    the differential aspects for renal

5    clearance.

6              But my guess is it may well

7    depend on the compound at issue.  But

8    it's not something that I've -- it's not

9    something that I've looked at.

10        Q.    Why would it depend on the

11   compound?

12        A.    Well, the way that the

13   kidney works, of course, is through

14   producing a glomerular filtrate and then

15   essentially reabsorbing different

16   components that are present in blood.

17   And then clearance essentially winds up

18   being the portions of that that are

19   filtered but not reabsorbed.

20              And so the biology of renal

21   tubular cells and what the affinity is of

22   the transporters are for particular

23   molecules, they're not going to be

24   identical in -- you know, across species.

Page 34

1    And not all biochemical constituents

2    within a glomerular filtrate are going to

3    be reabsorbed by the same transporter

4    system.

5              So there's -- there's, for

6    sure, going to be variability in that as

7    a factor of compound and species.

8         Q.    How about bioavailability;

9    if you're looking at the function of

10   bioavailability in various chemicals for

11   humans, would it be more appropriate to

12   compare the mouse or rat or a larger

13   species?

14        A.    Can you repeat the question?

15        Q.    Sure.

16              For bioavailability in

17   humans, would it be more appropriate

18   using mice or rats or larger species in

19   trying to compare what the

20   bioavailability would be of various

21   substances?

22        A.    Are you -- are you talking

23   about bioavailability, for example, of an

24   ingested substance?

Page 35

1          Q.     Yes.

2          A.     I mean, for sure there

3   are -- for sure there are going to be

4   differences in first-pass hepatic

5   clearance based on species.  You know, in

6   general, those are going to be within an

7   order of magnitude.

8               But if one was -- let's put

9   it this way:  If the goal of an

10  experiment was very specifically to

11  understand what is the fractional

12  first-pass hepatic clearance and what

13  exactly is it that controls that, and to

14  understand it as it happens in a human

15  being, well, you might make a different

16  selection of model than, for instance, if

17  your interest was in understanding, well,

18  what is the action or the biological

19  effect of the compound that's being

20  administered orally, you know, either in

21  the liver or after that first-pass

22  effect.

23               So as I said earlier, for

24  selecting models, it always comes down --

Page 36

1    or should come down to, well, what is the
2    specific question being answered?  Where,
3    you know, the reality is -- well, I mean,
4    sort of a very famous quote, all models
5    are wrong, some are useful.  That one
6    always has to look at what the specific
7    question is you're trying to answer to
8    select the most appropriate model.
9           Q.      Doctor, if you're looking
10   for the percentage of bioavailability of
11   the amount that would get past the liver
12   of a certain substance in a human, that
13   they've ingested, would it be better to
14   use a mat or rouse -- a mouse or rat or
15   would it be better to use a larger
16   species?
17               ATTORNEY TRANGLE:
18          Objection.  Asked and answered.
19               ATTORNEY NIGH:  It's a
20          different question.
21               THE WITNESS:  So, for sure,
22          it is the case that looking across
23          animal species that there are,
24          for -- again, in some way,

Page 37

```
 1          compound-specific, but there are
 2          differences in bioavailability as
 3          a function of dose response,
 4          right.  Because bioavailability at
 5          a low dose may be different than
 6          the bioavailability at a -- at a
 7          far higher dose.
 8              So there are -- you know, in
 9          selecting models, there are not
10          only the, well, for this compound
11          what might be the most similar to
12          a human being, where, of course,
13          bioavailability does often get
14          measured in -- in human beings,
15          versus things like, well, in -- in
16          rat or mouse systems versus, say,
17          large animal models like swine.
18              There are dramatic
19          differences in lifespan.  There
20          are astronomical differences in
21          cost and feasibility of carrying
22          out experiments, which has
23          downstream consequences, of
24          course, for things like power, you
```

Page 38

```
 1          know, the number of animals that
 2          can be studied to adjust for
 3          biological variability.
 4                 So, again, it depends on the
 5          specific question that is being
 6          answered -- that is being
 7          addressed to determine what might
 8          be the best model, weighing the
 9          pros and cons of each model,
10          because every model has pros and
11          cons.
12   BY ATTORNEY NIGH:
13          Q.     Doctor, you just mentioned
14   power, the number of animals that may be
15   needed to address a certain issue.
16                 What is the most -- the
17   highest number of -- of animals that
18   you've ever used in a single experiment
19   in the lab?
20          A.     In a single experiment?
21          Q.     Yes.
22          A.     Is that the question?
23          Q.     Yes.
24          A.     Boy, you know, looking back
```

```
                                          Page 39

 1    on 30 to 40 years of experiments,

 2    probably something on the order of 500.

 3    It could be more.

 4            Q.    And that would be 500 of

 5    what?

 6            A.    In that case, that would

 7    have been mice.

 8            Q.    You certainly never had an

 9    experiment where you've used more than

10    5,000 mice in an experiment, correct?

11            A.    I mean, in part it depends

12    on -- it depends how you define that,

13    because some of our -- many of our

14    experiments are what are called otoxomous

15    models, so let's just refer to them as

16    genetically engineered models, which are

17    systems in which you can activate an

18    oncogenic process at a -- at a time and

19    at a level of interest and then follow

20    those animals to see what happens,

21    whether that's primary tumor development,

22    you can treat those tumors, you can see

23    if they reoccur.

24                  And unlike an experiment,
```

Page 40

1  say, in Peto, where you're starting off

2  at a point in time with a whole lot of

3  animals, and at some -- day zero you

4  start your experiment, and so you have

5  however many animals you have in the room

6  and are then treating them with whatever

7  it is that you're treating them with.

8          Many of the experiments that

9  we do are, if you will, more like a human

10 study insofar as they -- they go on in a

11 rolling manner.  So animals are being

12 enrolled sometimes, you know, over months

13 or years.  In that case, it's -- you

14 know, over time it's thousands of animals

15 that we might be looking at.

16          So it's just a -- what I'm

17 trying to say is, it's a -- it's a bit of

18 a function of the experimental design.

19          And let me just amend my

20 prior answer.

21          We also have studies sort of

22 in the hundreds, maybe more than 500,

23 studies in rats as well.  So it's not

24 just mice.

```
                                      Page 41

 1          Q.     Understood.  And when you

 2   talk about this on a rolling basis and

 3   you say thousands, do you think that

 4   those experiments have utilized more than

 5   5,000 over a few years?

 6          A.     Are -- so, I mean, for sure

 7   a laboratory uses thousands of animals.

 8   Could it be more than 5,000 over some

 9   number of years?  It could be.

10             But I -- sitting here right

11   now, I can't give you a more precise

12   estimate of that.

13          Q.     Okay.  You gave -- there was

14   a study that you mentioned.

15             What study was that in one

16   of your answers, a couple of answers ago,

17   was it pet?

18          A.     Oh, Peto.

19          Q.     Peto.

20             And you said something about

21   day zero?

22          A.     Well, I'm just trying to say

23   that in many experiments where it's

24   animals that are purchased from a vendor
```

Page 42

1  and then they get treated with whatever
2  the compounds are of interest, that that
3  experiment can be done in, if you will,
4  large batches that are temporally the
5  same because you're getting large numbers
6  of animals from vendors or you have a
7  large enough breeding colony that
8  you're -- have generated, you know, a
9  very large number of animals so that on
10 day zero, at the start of your
11 experiment, you can, you know, administer
12 whatever it is that you're administering.
13           I'm just trying to draw the
14 distinction, in a general term, between
15 that and, say, the type of experiments
16 that are referred to thereafter.
17     Q.    I understand.
18           So focusing on this day
19 zero, what's the largest number of
20 animals that you all have utilized in a
21 study on day zero?
22     A.    You know, that was -- day
23 zero is a -- is a figure of speech.
24           I'm trying to -- I'm trying

Page 43

1  to distinguish between an otoxomous model

2  of cancer, which, like in human beings,

3  develops according to whatever the time

4  course is that happens in that animal

5  versus experiments involving animals that

6  are otherwise normal, if you will, but

7  are being administered something.

8           So -- where the only

9  limitation there is, well, how many

10  animals are there?  But even in that

11  setting, right, it's unlikely that

12  somebody does an enormous experiment

13  where on one day, literally one day, you

14  know, they're administering, you know, a

15  drug to 4,000 animals.  That's not a --

16  that's not a feasible design.

17           So even day zero, if you

18  will, then becomes multiple different

19  days in actual time.

20       Q.    I understand.

21           Even in the day zero figure

22  of speech that you're referring to, I

23  think you're referring to the Peto study

24  as an example, what is the largest --

Page 44

1    have you conducted those sorts of studies

2    in your laboratory where you have a day

3    zero and you're administering a substance

4    to animals in your laboratory?

5            A.    We've certainly, over 30

6    years, have done many experiments in

7    which we're, you know, administering some

8    type of compound to mice or rats.

9            Q.    And what is the largest

10   number of animals that you've had on a

11   day zero, your figure of speech, study?

12           A.    Again, by the way I'm using

13   day zero, which is just whatever the date

14   is, is that's when the experiment is

15   initiated.

16                 As I said, we've done

17   hundreds.

18           Q.    But in that sort of

19   experiment, you've never used thousands

20   on day zero, correct?

21           A.    Sitting here right now, I

22   can't think of an instance in which it

23   has been in the thousands that I would

24   consider to be one experiment.

Page 45

1              But, again, we have used

2    thousands, certainly, in the otoxomous

3    setting.

4         Q.    I understand.

5              And earlier you said it

6    wouldn't be feasible to do that sort of

7    day zero experiment with 4,000 animals.

8              I think that's what you

9    said, right?

10        A.    Well, it certainly wouldn't

11   be feasible in my laboratory, nor any

12   academic lab at Penn, for instance, that

13   I'm familiar with.

14             Whether that's possible, you

15   know, in some other setting, like a

16   pharmaceutical setting, is that

17   conceivable?  Well, in theory, it could

18   be done.

19             But I can't speak to

20   how non -- other than academic entities

21   might approach those sorts of

22   experiments.

23        Q.    Why wouldn't it be feasible

24   in your lab or other academic entity?

Page 46

1          A.     Well, for a variety of

2    reasons.  The most basic reason would be

3    if what's happening at day zero, for

4    instance, is we're administering a

5    compound, for example, by orogastric

6    gavage or intraperitoneal injection, you

7    know, we may be, you know, anesthetizing

8    each animal, you know, with inhaled

9    anesthesia, you know, monitoring them.

10   That -- each animal in which you, you

11   know, administer, it takes some finite

12   amount of time.  And that means it takes

13   a finite amount of person power in the

14   laboratory to -- you know, to conduct

15   such an experiment.

16               So there's only so many

17   hours in the day.  So, you know, we --

18   you know, you have the -- you have the

19   personnel that you have in a laboratory

20   that are trained to do that kind of work,

21   and it just takes a certain amount of

22   time to do that.

23               That's not a -- that's not a

24   mass production.  That's a -- you know,

Page 47

1    those are sort of skillful experiments.

2         Q.    Okay.  So I think if I

3    understand you correctly, it wouldn't be

4    feasible because it would take a lot of

5    skilled workers to be able to administer

6    whatever the substance is that you're

7    trying to administer to the thousands of

8    animals on day zero?

9              ATTORNEY TRANGLE:

10         Objection.  Mischaracterizes his

11         testimony.

12              THE WITNESS:  As I believe I

13         said, that is just one of the

14         reasons that would be limiting.

15         There are others, of course.

16    BY ATTORNEY NIGH:

17         Q.    What are the other reasons?

18         A.    There is -- so, example 2 --

19    or factor 2; our animals are housed under

20    what's called barrier conditions.

21    Barrier conditions are controlled in many

22    ways for food, water, commensal

23    pathogens.  It's a very -- it's basically

24    the cleanest sorts of animal facilities,

Page 48

1   the most highly controlled, if you will.
2                And in any academic
3   institution, or anywhere, that's --
4   that's an -- that's an -- it is a limited
5   resource.  There is a certain amount of
6   space that's available to house animals.
7                And, you know, all the
8   investigators at an institution are, if
9   you will, competing for that kind of
10  space.  So there's just the physical
11  limitations of space.
12               There are limitations on
13  what -- for instance, what vendors can
14  provide.  If I contact, you know, an
15  animal vendor and say, hey, I'd like --
16  I'd like 4,000 animals of the same age
17  and the same weight range to be delivered
18  on this day, in my experience, that's not
19  something that vendors are commonly able
20  to do.  So there's just the availability
21  there.
22               Then there's, of course, the
23  cost of that number of animals, that
24  amount of animal space.  Because we --

Page 49

```
 1   all of those animals have to be cared for
 2   every day for the entire course of that
 3   experiment, not only by my laboratory but
 4   also by the personnel within the
 5   university laboratory animal resources.
 6   Their cages have to be changed, their
 7   water bottles have to be, you know,
 8   filled, et cetera, et cetera.
 9              So it's an enormous
10   undertaking.  It's -- you know, so there
11   are -- all this is to say there are
12   multiple reasons why doing an experiment
13   that is, if you will, synchronized, at
14   one point in time that has thousands of
15   animals, is extremely hard to pull off.
16         Q.    You mentioned the -- I think
17   you said Peto study, that they had
18   thousands of animals in the Peto study?
19         A.    Yes.
20         Q.    How were they able to pull
21   that off?
22         A.    I would need to have the
23   paper in front of me to see.  I'm not
24   sure how they actually -- whether they
```

```
                                              Page 50

 1   sequenced their animals or whether

 2   somehow they were able to do that study,

 3   you know, in an entirely synchronized

 4   manner.  I would have to have the paper

 5   in front of me with the methods to see --

 6   I mean, there's a couple of papers that

 7   they published at the same time -- to see

 8   what the description of that was.

 9          Q.    When you say "sequenced

10   their animals," it could be that they

11   staged what day zero would be?  They

12   would have 500 --

13                ATTORNEY TRANGLE:  If you're

14         going to ask the doctor --

15                ATTORNEY NIGH:  What's that?

16                ATTORNEY TRANGLE:  If you're

17         going to ask a question, I'm going

18         to ask that you provide the paper.

19                ATTORNEY NIGH:  I'm not

20         going to the papers right now.

21         There's no -- there's no

22         requirement for me to do that.

23   BY ATTORNEY NIGH:

24          Q.    When you say "sequenced
```

Page 51

1   their animals," in your question -- or in

2   your answer, do you mean, like, they

3   would -- they would do -- they could do

4   500 on -- for one group and then come

5   back and do another 500 for another group

6   and then come back and do another 500?

7   Is that what sequencing means?

8                ATTORNEY TRANGLE:  I'm going

9        to have to object.  This is asking

10       him for speculation when it's not

11       a memory test.  He's entitled to

12       look at the paper that you're

13       asking him about.

14               ATTORNEY NIGH:  Asher, these

15       are -- these are inappropriate

16       objections.  You can object to

17       form.  This has been very well

18       discussed in front of the judge.

19               And also, it's his answer.

20       I'm just asking about his answer.

21       That's it.

22               ATTORNEY TRANGLE:  You can

23       answer, Dr. Chodosh.

24               THE WITNESS:  So if you're

Page 52

```
 1            asking me what do I mean by the
 2            word "sequenced" in that context,
 3            in a general sense what I mean is
 4            essentially you're subdividing an
 5            experiment into multiple batches,
 6            each of which is controlled
 7            appropriately such that the
 8            results would be considered in
 9            aggregate.
10                  But, again, I'm talking in
11            general terms.  I don't know how
12            it is that Peto did that
13            experiment, without having the
14            paper in front of me.
15     BY ATTORNEY NIGH:
16            Q.    Okay.  And, Doctor, you
17     mentioned that your lab has carried out
18     these day zero experiments where you've
19     administered substances.
20                  What substances have you
21     administered in these day zero
22     experiments?
23            A.    Over 30 years, all sorts of
24     things.  But they would basically break
```

Page 53

1    down into broad categories of -- it could

2    be administering chemicals, it could be

3    administering pharmaceutical agents.

4              But I'd say in -- in the

5    broad sense that would capture, right,

6    most things.

7         Q.    Okay.  And has your lab

8    administered pharmaceutical agents?

9         A.    Yes.

10        Q.    Which pharmaceutical agents?

11        A.    Oh, boy.  I -- I certainly

12   can't give you a complete list sitting

13   here today.

14             We've administered so -- one

15   would be we've administered inhibitors of

16   JAK 1 and JAK 2.  We've administered

17   inhibitors of Notch.  We've administered

18   inhibitors of c-MET.  We've administered

19   various glucocorticoids.  We've

20   administered -- we've administered an

21   anti-prolactin receptor agent.

22             I mean, there have just been

23   many, many, many things that we've done

24   over the years.  I can't -- I can't give

Page 54

```
 1   you an accounting of all of those things
 2   from memory sitting here.
 3            Q.    Are there any others that
 4   you can remember?
 5                  You told me inhibitors of
 6   JAK 1 and JAK 2, inhibitors of Notch,
 7   inhibitors of c-MET, glucocorticoids --
 8            A.    Corticoids.
 9            Q.    -- and anti-prolactin
10   agents.
11                  Are there any others that
12   you can recall?
13            A.    I would have to go through
14   my CV, and then sit and think about the
15   experiments that we've done over 31
16   years.
17            Q.    Does your CV include all the
18   pharmaceutical agents that you've
19   administered in the lab?
20            A.    No, it won't include all of
21   them.
22            Q.    What would it include --
23            A.    It would include some --
24            Q.    -- of pharmaceutical agents?
```

Page 55

1          A.     It would include some of
2     them.
3          Q.     Why wouldn't it include all
4     of them?
5          A.     Because not all studies that
6     we've done end up being published.  And
7     we have, you know, many studies that are
8     currently in progress that haven't been
9     published.
10               A typical, you know -- a not
11     uncommon timeline for us is experiments
12     that go into a paper may occur over -- it
13     could be anywhere from two to ten years.
14               So there's a -- there's a
15     lead time.
16          Q.     Okay.  So when you say these
17     would be included in your CV, that's that
18     they would be included in your list of
19     published papers?
20          A.     Correct.
21          Q.     Okay.
22          A.     Again, to clarify, what I'm
23     saying is some of those things -- that
24     would be a reminder for me of some things

Page 56

1   that I didn't include on the -- I didn't
2   remember to include on the list that I
3   just gave you.
4            But there would be many
5   other things that would not be reflected
6   there.
7        Q.    Doctor, what are key
8   characteristics of carcinogens?
9        A.    So I believe what you're
10  referring to is sort of codified in a
11  paper by Smith and things that IARC uses
12  as a set of characteristics of
13  carcinogens that have been, I guess, used
14  in that regulatory setting.
15           But I will tell you that's
16  not a -- let's put it this way:  I've
17  never heard a cancer biologist at the
18  University of Pennsylvania use that
19  phrase or refer to that list.
20       Q.    And you stated that IARC
21  uses it?
22       A.    That's my recollection
23  sitting here right now.  But I don't know
24  if that's a clear recollection or not.

Page 57

1          Q.     When you say that nobody
2    uses it at Penn, do you mean because it's
3    a newer construct?
4          A.     No, that's not what I mean.
5          Q.     What did you -- what did you
6    mean by that?
7          A.     And I don't -- I don't know
8    if what I said was no one uses it at Penn
9    versus I think what I said -- what I
10   intended to say was, I have never heard a
11   cancer biologist or an investigator at
12   Penn refer to the key characteristics of
13   carcinogens.
14         Q.     Okay.  And -- actually,
15   strike that.
16                Do you believe classifying
17   key characteristics of carcinogens helps
18   to understand how carcinogens can cause
19   cancer in humans?
20         A.     Can you repeat the question?
21         Q.     Do you believe classifying
22   key characteristics of carcinogens helps
23   to understand how carcinogens can cause
24   cancer in humans?

Page 58

1          A.     So that's a very -- so
2     that's a very broad question.
3               When I -- as a cancer
4     biologist, when I think of understanding
5     the action -- trying to understand the
6     action of a chemical agent or a potential
7     carcinogen in human beings, what I'm
8     thinking of are functional experiments on
9     that substance, epidemiological studies
10    of people exposed to that substance,
11    biochemical studies, studies in settings
12    and cell culture.
13               It's not -- you know, I
14    may -- and, of course, part of which will
15    be, well, what's the structure of the
16    thing biochemically and biophysically?
17               But it isn't -- if what
18    you're asking me is, well, is going
19    through a checklist of categories going
20    to help me to understand what the
21    mechanistic effects of that substance
22    actually are in a human being, you know,
23    or in animal models, it's not going to
24    tell me the mechanism.

Page 59

1              It's -- and I would suspect
2    that is why -- well, I can speak for
3    myself.  That's why -- one of the reasons
4    why, like, why would I use key
5    characteristics of carcinogens?  I would
6    study whatever the substance is.  You
7    know, it's the difference between
8    cause-and-effect experiments, in a sense,
9    at least part of it, versus inference.
10              So -- and I would be glad to
11    elaborate if that's helpful.
12         Q.    In using key characteristics
13    of carcinogens, it groups carcinogens
14    together in how they cause certain
15    cancers, correct?
16         A.    I don't have a recollection
17    of the specifics of it.  If you'd like to
18    show me a paper or a categorization, I
19    would be glad to take a look at it and
20    comment.
21              But I don't -- I don't -- as
22    I said, it's not something that I use.
23    It's not something that my colleagues or
24    I ever discuss.  So it's certainly not

Page 60

```
 1   something I've committed to memory.
 2        Q.    Which key characteristics of
 3   carcinogens do you believe NDMA has been
 4   demonstrated to have in animals?
 5                ATTORNEY TRANGLE:  I'm
 6        sorry.  I couldn't hear you, you
 7        covered your mouth, the first
 8        couple of words.  Sorry.
 9   BY ATTORNEY NIGH:
10        Q.    Which key characteristics of
11   carcinogens do you believe NDMA has been
12   demonstrated to have in the animals?
13        A.    So as I've just told you,
14   since I haven't -- I haven't committed
15   whatever the categorization of key
16   characteristics are, in quotes, of
17   carcinogens, then I can't tell you which
18   ones NDMA may have or not have.
19                If you'd like to share with
20   me that set of categories, I would be
21   glad to talk through them with you.
22        Q.    Do you know what the ten key
23   characteristics of the -- of carcinogens
24   are?
```

Page 61

1          A.    I feel as if I've told you
2    this twice now.
3                That this is not something I
4    have committed to memory, nor would it be
5    useful for me to do so.
6                So if you'd like to share
7    the list, I'd be glad to talk to you
8    about it.
9          Q.    I think you said codified by
10   Dr. Smith?
11         A.    That is what I said.  And
12   what I meant by that was the -- sort of
13   the paper that comes to mind was, I
14   think, a review article that my
15   recollection was the first author was --
16   their last name was Smith.
17                But that's just my
18   recollection.  And that's what I have
19   seen -- in litigation, as I recall,
20   that's what I've seen some plaintiffs'
21   experts refer to.  But I could be
22   remembering incorrectly.
23                So, again, if you'd care to
24   share that with me, I could see whether

Page 62

1    my -- my vague recollection was correct

2    or not.

3          Q.    Do you know Dr. Martin

4    Smith?

5          A.    I do not.

6          Q.    Okay.  Doctor, do you

7    consider yourself a toxicologist?

8          A.    I would not hold myself out

9    or describe myself as a toxicologist.

10   However, much of what we do in the

11   laboratory is highly overlapping with

12   principles of toxicology.  So I have

13   expertise in toxicology.

14         Q.    Doctor, what is gas

15   chromatography?

16         A.    Gas chromatography is a

17   physical means of -- well,

18   chromatography, in general, refers to a

19   set of techniques that are intended to

20   separate typically different chemical

21   compounds.  But it can be all sorts of

22   different molecules.

23              And gas chromatography is,

24   you know, one of the types of those; so

Page 63

1  there's liquid chromatography, there's a

2  variety of different types of

3  chromatography.

4          Q.    So gas chromatography is

5  used to separate the molecules and then

6  mass spectrometry is then used to

7  identify the molecules?

8          A.    Mass spectrometry is very --

9  a very common method to attempt to

10  identify molecules, fragments of

11  molecules, and smaller pieces of

12  molecules, modifications of molecules.

13              And, again, mass

14  spectrometry itself has a large number of

15  sort of types of mass spectrometry within

16  it.

17          Q.    Doctor, have you ever

18  performed GC-MS?

19          A.    We have performed GC-MS

20  experiments, but in collaboration with

21  other laboratories or sometimes our

22  mixtures that we've sent to core

23  facilities to perform.

24              But I don't -- we don't

Page 64

```
 1   have -- well, exceedingly few labs would
 2   have a mass spec in their laboratory.
 3              So we've done a number of
 4   mass spec experiments, but it's not
 5   something that -- where we would have the
 6   equipment to do that portion of things.
 7         Q.    In order to separate the
 8   molecules, gas chromatography applies a
 9   lot of heat to the substance that it's
10   looking to study, correct?
11         A.    It depends -- depends on the
12   version that's being done.  There is
13   certainly -- there are certainly ways
14   that gas chromatography can be done where
15   the mixture is exposed to high
16   temperatures.
17              But, of course, you know,
18   when -- that became an issue in the
19   ranitidine litigation and in measurement
20   methods.
21              But it is -- let's just say
22   there's, like, technical ways around
23   that.  But that certainly can be the
24   case.
```

Page 65

1        Q.    Now, most gas -- gas spec --
2   gas chromatography utilizes high heat to
3   separate the molecules, correct?
4        A.    I think as I've just told
5   you, much of it does.
6              I don't -- I can't tell you,
7   sitting here, whether that is a required
8   feature of it or not.
9        Q.    I think you said the -- did
10  you say ranitidine litigation?
11       A.    Yes.
12       Q.    Okay.  Many people use
13  ranitidine worldwide, correct?
14       A.    Yes.  Well, use it, present
15  tense?  No.
16       Q.    Let me clarify my question.
17             Used.  Many people used
18  ranitidine worldwide, with a D at the end
19  of use?
20       A.    That's correct.
21       Q.    Okay.  And people have been
22  using ranitidine since the 1980s,
23  correct?
24       A.    Correct.

Page 66

1          Q.     I think you said it was an

2     issue in the ranitidine litigation.

3                 What did you mean by that?

4          A.     What I meant by that was,

5     there was some early -- I don't know,

6     early work, we'll call it that -- in

7     which there were attempts to measure NDMA

8     in ranitidine formulations, or NDMA in

9     substances that, you know -- well, let's

10    just -- let's just leave it at that -- in

11    which there were artifactually high

12    measurements that were made that were

13    deemed to be a consequence, I would say,

14    the weight of the literature would say

15    were deemed to be a consequence of -- of

16    a high-head temperature in a gas

17    chromatography method of analysis that

18    promoted the degradation of the

19    ranitidine molecule.

20                 So we'd call that a

21    technical artifact.

22         Q.     And that -- and the Valisure

23    petition regarding ranitidine, they had

24    used that high-head temperature in

Page 67

1    specifying how much NDMA there was being

2    formed in ranitidine?

3         A.    That's my recollection

4    sitting here right now.

5         Q.    There's also a study out of

6    Stanford where they heated urine samples

7    with high heat and they believe that may

8    have been an artifact, the results?

9         A.    Correct.  That is to the

10    best of my recollection, sitting here

11    right now, without the paper in front of

12    me.

13             But that's my recollection.

14        Q.    You were an expert in the

15    ranitidine litigation, correct?

16        A.    That's correct.

17        Q.    Okay.  And do you recall

18    giving opinions about those issues?

19        A.    I -- I am -- I am sure that

20    those -- let's put it this way:  Not

21    having the materials in front of me, I

22    would say I would be very surprised if I

23    didn't mention both of those issues that

24    you just referred to.

Page 68

1          But whether that was in a
2    report, whether that was, you know, in a
3    deposition, I don't know.
4          Q.    If it's possible to get
5    artifactual results with urine that has
6    ranitidine in it when applying gas
7    chromatography, wouldn't it also be
8    possible to get artifactual results when
9    applying gas chromatography to blood
10   plasma --
11               ATTORNEY TRANGLE:
12         Objection.  Calls for speculation.
13   BY ATTORNEY NIGH:
14         Q.    -- that has ranitidine in
15   it.
16         A.    I would say, never having
17   done those sorts of experiments and not
18   having papers in front of me, I can't --
19   I can't give you an answer, yes or no,
20   sitting here now.
21         Q.    The reason you're getting
22   artifactual results is because a super
23   heat beam -- when using gas
24   chromatography, super heating the sample

Page 69

1    that contains the ranitidine causes the
2    ranitidine molecule to break down,
3    correct?
4          A.    That was certainly the
5    theorized mechanism.
6          Q.    And so that same thing could
7    happen whether it's in urine or whether
8    it's in blood, correct?
9          A.    So as I've just told you,
10   not -- not being an expert in that
11   methodology and not having the papers in
12   front of me, I can't answer yes or no.
13              I mean, certainly the state
14   of pharmaceuticals in plasma is quite
15   different than the state of
16   pharmaceuticals in urine, for sure.
17              And so that -- will that
18   change biophysical properties?  Yes.
19   But, again, without -- without having
20   papers and looking at that specific
21   issue, I can't give you an answer, yes or
22   no, sitting here right now.
23         Q.    Doctor, many people have
24   used Metformin worldwide, correct?

Page 70

1          A.     That's correct.

2          Q.     Metformin is used to treat

3    diabetes?

4          A.     Yes.  That is one of the --

5    one of the principal uses of Metformin.

6          Q.     And people have been taking

7    Metformin for decades, correct?

8          A.     I believe that's the case.

9    But I'm not familiar with precisely when

10   Metformin came on the market.

11         Q.     Are you aware of whether or

12   not Metformin can also break down when

13   being tested with gas chromatography at

14   high heats?

15         A.     That is not an issue that I

16   have looked at.  So I can't -- I can't

17   answer that yes or no.

18         Q.     Are you aware of other

19   molecules that can break down in NDMA

20   when super heated using gas

21   chromatography?

22         A.     It's not an issue that I

23   have looked at.  So I can't -- there --

24   there are none that I can tell you,

Page 71

1   because it's an issue I have not looked
2   at, of, you know, what the broad spectrum
3   of things is that, when exposed to high
4   heat, might give rise to NDMA.
5              I can't answer you.
6       Q.    Have you looked for any
7   studies that would show which other
8   molecules can break down -- when super
9   heating via gas chromatography that can
10  break down into NDMA?
11      A.    There may have been articles
12  that I have read over the years that
13  mentioned it, but none that come to mind.
14             And as I've said, it's not
15  something that I -- yeah, there's nothing
16  that comes to mind.
17             But, it's not an issue that
18  I have specifically looked at.
19      Q.    Are you aware of whether or
20  not famotine, when super heated with
21  using gas chromatography, can break down
22  into NDMA?
23      A.    I am -- I'm not familiar
24  with the properties of famotidine exposed

Page 72

1    to high temperature and gas

2    chromatography.

3            Q.    Are you aware of whether

4    cimetidine can break down into NDMA when

5    exposed to high-head temperature via gas

6    chromatography?

7            A.    And I hate to be repetitive,

8    but as I've said, this is -- I don't -- I

9    don't generally look at what is the

10    probability that a molecule, when put

11    through a particular type of technical

12    measurement, might yield a technical

13    artifact of that type.  It's not

14    something that I looked at.

15            Q.    Are you aware of whether

16    Metformin, when under high-head

17    temperature via gas chromatography, can

18    break down into NDMA?

19            A.    I believe I've just answered

20    you, both in -- specifically about

21    Metformin and more generally about

22    compounds.

23                You're, of course, welcome

24    to keep asking me about different

Page 73

1    compounds.

2              It's -- whether or not

3    something breaks down when subjected to

4    gas chromatography with a high-head

5    temperature, that's not a general

6    characteristic of molecules that -- that

7    I would be looking at or that I recall

8    looking at.

9              If at some point we could

10   take a quick break, I would appreciate

11   it.

12             ATTORNEY TRANGLE:  I

13        actually have to use the restroom,

14        too, sorry.

15             ATTORNEY NIGH:  Let's take a

16        break.

17             VIDEO TECHNICIAN:  We are

18        off the record at 9:48 a.m.

19                   -  -  -

20        (Whereupon, a brief recess

21        was taken.)

22                   -  -  -

23             VIDEO TECHNICIAN:  We're

24        back on the record at 10:00 a.m.

Page 74

1    BY ATTORNEY NIGH:
2         Q.    Doctor, earlier you
3    mentioned liquid chromatography.
4               Do you recall that?
5         A.    Yes.
6         Q.    And what -- what is liquid
7    chromatography?
8         A.    Liquid chromatography is
9    just a different form of chromatography
10   and ways of separating components.
11              I've said, there's paper
12   chromatography and all sorts of different
13   papers.  There's many different
14   variations of chromatography.
15        Q.    And liquid chromatography
16   can separate a sample without having to
17   apply high-head heat or high temperature,
18   right?
19        A.    I wouldn't consider myself
20   to be an expert in liquid chromatography.
21   That's my general understanding.  But I
22   don't know if that's the case in -- in
23   some cases or all cases or no cases.
24              But I -- I believe it can be

Page 75

1    done without exposure to high heat.

2          Q.    Doctor, another word for

3    ranitidine, that's -- Zantac is the name

4    brand of ranitidine, correct?

5          A.    Correct.

6          Q.    In the Zantac litigation, or

7    the ranitidine litigation, you recall

8    that they -- that the FDA recommended

9    testing samples that contained ranitidine

10   with liquid chromatography?

11         A.    My general recollection --

12   and, again, without having the various --

13   because there were, right, many things

14   issued by the FDA over a period of time,

15   which I've not committed to memory -- so

16   if you want to share a document with me,

17   that would be helpful.

18               My general recollection is

19   that there was -- you know, following the

20   recognition that exposure of ranitidine

21   to the extremely high temperatures, head

22   temperatures in -- in the gas

23   chromatography method that had been used,

24   for instance, by Valisure, that the FDA

Page 76

1    then worked on validating other

2    methodologies for measuring -- for

3    measuring, you know, NDMA and ranitidine.

4    But I don't -- I don't recall the

5    specifics of it.

6                My general recollection is

7    that it entailed a shift to liquid

8    chromatography.  But I don't have a

9    specific recollection of it.

10         Q.     Doctor, you mentioned that

11   there are other carcinogens that people

12   are exposed to in the rubber factories,

13   in the Hidajet study, other than NDMA.

14                Do you recall that?

15         A.     Yes.

16         Q.     What are -- what other

17   carcinogens were they exposed to in the

18   rubber factory?

19         A.     Well, I can tell you -- can

20   you share the paper with me so I can

21   refresh my memory?

22         Q.     Do you recall any other

23   carcinogens that rubber factory workers

24   are exposed to?

Page 77

1          A.    So I take that that's a no,
2    you won't share the paper with me?
3          Q.    It's not a no, I won't share
4    the paper with you.
5                I'm asking you, do you
6    recall other carcinogens that people are
7    exposed to in the rubber factory other
8    than NDMA?
9          A.    My recollection is -- so
10   there's rubber dust.  My recollection is
11   that there were other -- I believe they
12   were nitrosamines, N-nitrosamines, but I
13   don't recall their structure.
14               But it was the -- there was,
15   as my recollection was, sort of at least
16   three or four, if not more, separable
17   items that were considered to be
18   carcinogenic and that can have related
19   spectrums of tumorigenicity.
20               But without having the paper
21   in front of me, I can't give you an
22   accurate answer.  That's just to the best
23   of my recollection.
24         Q.    Okay.  And when you say "the

Page 78

```
 1   paper," are you referring to the Hidajet
 2   paper?
 3            A.    I mean, it was -- I said it
 4   was that paper -- let's see.  Maybe I
 5   have it in my report.
 6                  I don't want to waste your
 7   time.  I'm happy to go through my
 8   reports.
 9                  I think it was in that
10   paper.  But, again, without having the
11   paper in front of me, I can't tell you
12   for certain one way or the other.
13                  Is -- is that where the data
14   are?  I think it's in at least one of
15   those papers, but.
16        Q.    Other than the carcinogens
17   that are listed in the Hidajet study, are
18   you aware of any other carcinogens that
19   rubber factory workers are exposed to?
20        A.    Again, from -- you know, as
21   I said, my recollection is that there
22   were, you know, three or four or five, if
23   not more.
24                  But I don't -- I don't
```

Page 79

1  recall the specific names without having

2  the paper or papers in front of me.  But

3  there were multiple substances.

4           And I can't tell you whether

5  that's -- you know, that there were, you

6  know, 25 others or five that were

7  predominant.

8           Again, without having it in

9  front of me, I can't give you an accurate

10 answer.

11      Q.    Are you aware of any

12 carcinogens that rubber workers are

13 exposed to, other than NDMA, that are

14 risk factors for liver cancer?

15      A.    Can you -- can you repeat

16 it?

17      Q.    Other than NDMA, what other

18 carcinogens that rubber factories are

19 exposed -- rubber factory workers have

20 been exposed to are risk factors for

21 liver cancer?

22      A.    And, again, I'd ask you

23 again to share the paper with me so I can

24 refresh my recollection.

Page 80

1          But if you won't do that, my
2  recollection is there were at least two
3  and perhaps three or more substances that
4  rubber factory workers are exposed to
5  that were believed to be risk factors for
6  liver cancer, with -- of course, the
7  central challenge of the Hidajet study,
8  and related studies in rubber factory
9  workers, is that they're exposed to
10  multiple compounds, not just one.
11          And, therefore,
12  deconvoluting that epidemiologically is
13  extremely difficult, if, you know,
14  possible at all.
15     Q.    Doctor, did you review any
16  epidemiological studies that measure
17  whether or not rubber factory workers
18  have an increased risk of liver cancer
19  compared to the general population?
20     A.    I -- so for Hidajet, I don't
21  remember whether the referent group was
22  an internal group or whether there were
23  external analyses as -- as well, without
24  having the paper -- or, you know, Strafe

Page 81

1   for the various papers in front of me, I
2   can't -- I can't tell you who their
3   referent group was.
4                But that was -- did you say
5   in the United States or did you say the
6   general population?
7        Q.    I didn't actually give a
8   country.
9                General population?
10       A.    General population.  So,
11  again, without having the papers in front
12  of me, I can't give you an answer as to
13  whether there were -- whether there were
14  comparisons made with referent groups in
15  the general population as opposed to
16  internal comparisons based on exposures.
17       Q.    And I think you're referring
18  to other than looking at the Hidajet
19  study.
20                Is that what you're
21  referring to?
22       A.    Well, there's a series of
23  studies, right, to my recollection.
24  There's also Strafe.  There are other

Page 82

1    studies.  Hidajet is not the sole study;

2    it's the -- I think the study that gets

3    referred to most commonly, including by

4    plaintiffs' experts.

5              Q.    Did you review any

6    meta-analyses of epidemiological studies

7    that measure whether or not rubber

8    factory workers have an increased risk of

9    liver cancer compared to the general

10   population?

11              ATTORNEY TRANGLE:

12         Objection.

13              THE WITNESS:  You're

14         specifically asking me about

15         meta-analyses?  I don't recall

16         sitting here right now.

17              I'd be glad to go through my

18         different materials considered

19         list to refresh my memory, if

20         you'd like.

21   BY ATTORNEY NIGH:

22              Q.    Doctor, would it surprise

23   you that rubber factory workers do not

24   have an increased risk of liver cancer

```
                                        Page 83

 1    compared to the general population?

 2              ATTORNEY TRANGLE:

 3         Objection.  Incomplete

 4         hypothetical.

 5              THE WITNESS:  Well, A, are

 6         you representing to me that that's

 7         the case?

 8    BY ATTORNEY NIGH:

 9         Q.    I'm asking you if it would

10    surprise you, you know, because you

11    mentioned already that the rubber factory

12    workers, they're exposed to all these

13    other carcinogens.

14              So I'm asking you, would it

15    surprise you that rubber factory workers

16    do not have an increased risk of liver

17    cancer compared to the general

18    population?

19         A.    It wouldn't surprise me one

20    way or the other, right.  Because there's

21    obviously differences between comparisons

22    to internal referent groups and -- and

23    the general population.

24              So without having the papers
```

Page 84

1    in front of me to be able to look at what
2    the numbers are, I couldn't tell you
3    whether I would be surprised or not
4    surprised.
5            Q.    Doctor, what is the tumor
6    volume doubling time?
7            A.    You cut out a bit.
8                  Were you asking me what is
9    tumor volume doubling time?
10           Q.    Yes.
11                 What is tumor volume
12   doubling time?
13           A.    Tumor volume doubling time
14   generally refers to studies that attempt
15   to identify what is the period of time
16   that it takes the net mass of tumor cells
17   to double in number.
18                 It's more complicated than
19   that.  But I think, at a basic level,
20   that's what that term typically refers
21   to.
22           Q.    Did you perform any tumor
23   volume doubling time calculations in this
24   case?

Page 85

1          A.    I'm not sure what you mean
2     by "calculations."
3                What would I be calculating?
4          Q.    Are you aware of whether or
5     not there's a formula for calculating the
6     time as to which tumor volume doubles?
7          A.    Well, by -- so, A, yes.  And
8     I believe I've referred to some of this
9     work in -- in one or more of my materials
10    considered list.
11                But, again, fundamentally,
12    the concept is that -- that one can
13    estimate, over some period of time in the
14    natural history of growth of a cancer,
15    the average time that it takes for the
16    total number of cells to increase by a
17    factor of two.  You know, these being
18    estimates.
19                So there's a variety of -- a
20    variety of literature that tries to get
21    at that question.  And that's -- yeah.
22         Q.    Did you perform any tumor
23    volume doubling time calculations
24    yourself?

Page 86

1                    ATTORNEY TRANGLE:
2            Objection.  Asked and answered.
3                    ATTORNEY NIGH:  I didn't get
4            an answer.
5                    THE WITNESS:  So you're
6            asking me with respect to this --
7            with this case?
8    BY ATTORNEY NIGH:
9            Q.    Yes.
10           A.    I did not perform a
11   calculation of tumor volume doubling
12   time, nor would that have been helpful to
13   me in this case.
14                    And that's, in my
15   experience, not how tumor volume doubling
16   times are used.
17           Q.    Why would that not have been
18   helpful for you in this case?
19           A.    Because tumor volume
20   doubling times are generally used
21   across -- well, in the clinical
22   setting -- clinical research setting or
23   human studies setting, tumor volume
24   doubling time studies are generally

Page 87

1  studies of multiple individuals with a

2  particular type of cancer at a particular

3  stage that's consistent in attempting to

4  arrive at some kind of estimates, across

5  that population, of what tumor volume

6  doubling time might be.

7           Whereas it's not

8  typically -- not typically something

9  that's done on an individual patient

10 basis.  And very commonly it's because

11 there aren't sufficient data to do that

12 in the great majority of oncology cases.

13          Again, nor would it be

14 helpful.

15      Q.    You mentioned that tumor

16 volume doubling time studies are

17 generally studies of multiple individuals

18 with a particular type of cancer at a

19 particular stage that's consistent, and

20 attempting to arrive at some kind of

21 estimates across that population of what

22 tumor volume doubling time might be.

23          Why can that not be useful

24 in applying to an individual?

Page 88

```
 1              ATTORNEY TRANGLE:
 2        Objection.  Form.
 3              THE WITNESS:  Because it
 4        would not serve a purpose.
 5   BY ATTORNEY NIGH:
 6        Q.    Why wouldn't it serve a
 7   purpose?
 8        A.    I -- I cannot think of a
 9   clinically relevant reason for a patient
10   to be able to tell them, oh, this is what
11   we think your tumor volume doubling time
12   has been.
13              It's a research metric, it's
14   not a clinical metric, at least for the
15   types of solid tumors that I am thinking
16   of right now.
17        Q.    Doctor, there are varying
18   degrees of aggressiveness of HCC tumor
19   growth, correct?
20        A.    You would -- I would need
21   you to clarify what it is you mean about
22   aggressive.
23              What do you mean by that
24   word?  That's a very general word.
```

Page 89

1          Q.      Doctor, when referring to
2      tumor volume doubling time, have you seen
3      the terminology of aggressiveness?
4                  ATTORNEY TRANGLE:
5          Objection.    Form.
6                  THE WITNESS:  So this is --
7          so this is an area, both as a
8          physician, as a cancer researcher,
9          we've certainly thought a lot
10         about it.
11                 So the word "aggressive,"
12         particularly as it's used by --
13         well, oncologists, physicians,
14         it's a little bit like
15         progression, in that it can mean
16         all sorts of things to different
17         people.
18                 And the notion that it is --
19         that a tumor is either -- it would
20         always have to be with respect to
21         an actual measurable metric.  So
22         there's no assay that measures
23         aggressiveness.  There's no
24         quantifiable nature of -- of

Page 90

1          aggressiveness, just like there

2          isn't of progression.

3                    It's, well, what -- what

4          element of tumor biology is it

5          that you're referring to?  And

6          then we can talk about what that

7          scale is.

8                    But aggressiveness, per se,

9          is not a -- while oncologists may

10         use that term in certain settings,

11         that's not a -- very difficult to

12         have a meaningful discussion about

13         what that means from a cancer

14         biology perspective, which is, I

15         believe, what you're asking me.

16  BY ATTORNEY NIGH:

17         Q.    Tumor volume growth

18  aggressiveness; is that a better term?

19         A.    Unfortunately --

20  unfortunately not.  I've never -- I've

21  never heard that term.  This is a -- this

22  is a first.

23         Q.    Have you heard of the term

24  that there's a range of tumor volume

Page 91

1    aggressiveness; the more aggressive the

2    tumor, the quicker it doubles in volume

3    compared to a less aggressive tumor

4    growth?

5         A.    Are -- if what you're asking

6    me is, have I ever heard one of the

7    oncologists that I work with or cancer

8    biologists say, tumor volume doubling

9    aggressiveness, no, I never have.

10             I have no recollection of

11   ever hearing a phrase like that.  And

12   it's a -- it's not a phrase that has

13   meaning for me.

14             If you want to talk about

15   specific characteristics of tumors,

16   I'm -- I'm happy to do that.  But I

17   don't -- I don't know what somebody --

18   I've never heard somebody use that phrase

19   nor would I know, if they used it, what

20   they meant by that.  And I would ask them

21   for clarification, just in the same way

22   I'm asking you for clarification.

23        Q.    Doctor, do you believe that

24   some tumors grow quicker in some

Page 92

1    individuals and some tumors -- that same

2    type of tumor can grow slower in some

3    individuals?

4        A.    So I understand that -- that

5    sounds like a simple question.

6            So the accurate answer that

7    I can give you, which is still a

8    simplification, is, cancer growth rates

9    are a function of time.  They are not --

10   even in a patient, they are not

11   necessarily constant, and almost

12   certainly are not constant.  So it's a

13   function of time.

14           And cancer -- even the

15   notion of cancer type is fundamentally

16   dependent on our ability to classify and

17   subclassify cancers, because at some

18   level every cancer is different based on

19   the mutations that are present and a

20   number of host features.

21           If what you're asking is, if

22   you made a point measurement in time for,

23   let's say, the percentage of Ki67

24   positive tumor cells in a tumor at a

Page 93

```
 1   particular point in time as a measure of
 2   proliferation rate; if what you're asking
 3   me is, might it be the case that two
 4   different patients, each of which have a
 5   pathological diagnosis of hepatocellular
 6   carcinoma, is it possible that the
 7   percentage of Ki67 positive cells would
 8   be different in those two point
 9   estimates, yes, that's -- that's entirely
10   possible.
11               That would be a gradation.
12   It doesn't -- it doesn't necessarily tell
13   me what happens a week after that or what
14   was happening a week before that.  It
15   doesn't tell me about cell death.
16   There's lots of things it doesn't tell
17   me.
18               So of course there's
19   biological variability across populations
20   and across tumors.
21          Q.   Doctor, did you do any
22   research for this case as to the varying
23   factors that would cause a hepatocellular
24   carcinoma to grow more quickly or more
```

Page 94

1   slowly in volume?

2        A.    Well, these are, I would

3   say, not -- this is not an issue that

4   would be restricted to hepatocellular

5   carcinoma.

6              So the question of why --

7   why does a tumor grow at the rate it does

8   at the particular point in time that it

9   does, well, that's something we spend

10  lots of time thinking about and

11  researching.  There's -- there's many

12  factors that go into that.

13       Q.    Well, I am specifically

14  asking about hepatocellular carcinomas.

15       A.    Yeah.  And what I'm telling

16  you is it's no different in that -- in

17  that sense that there's multiple factors

18  that will influence the rate of growth of

19  a hepatocellular carcinoma.

20       Q.    What are those factors?

21       A.    So one of those factors will

22  be the precise genetic composition of the

23  tumor, so the full spectrum of genes that

24  harbor functionally significant

Page 95

1    mutations.

2                  A second one will -- will

3    have to do with the degree of

4    heterogeneity within that tumor, that is,

5    how similar is one cell in that cancer to

6    the other cells in that cancer.

7                  Again, generally speaking, a

8    third factor could be the location of

9    that tumor, whether it's constrained in

10   some way, how far it is from the portal

11   vein, how far it is from the hepatic

12   artery.

13                  A fourth factor will have to

14   do with host defense aspects.  That is,

15   what is the state of that patient's

16   immune system, where just that one factor

17   will have multiple separate factors,

18   including aspects of the innate immune

19   system, as well as aspects of the

20   adaptive immune system.

21                  Another feature will be

22   other -- other differences in the host.

23   So comorbidities, that is, other diseases

24   that are co-occurrent that change the

Page 96

1    systemic milieu to which tumor cells

2    would be exposed.

3                    It could, in theory, be

4    influenced by medicines and other things

5    that a patient takes.  In theory, it

6    could be influenced by dietary

7    differences.

8                    You know, there are a

9    variety of factors.  And I'll just say

10   that despite those many sources of

11   variation -- biological variation that

12   could influence tumor growth, it still is

13   generally the case that sort of broad

14   generalizations can be made that there

15   are types of cancer that are known to

16   grow much more quickly than other types

17   of cancers.

18                    There are -- there are

19   generalizable features of cancer that may

20   be true across populations but that may

21   not be true in a given patient.  It isn't

22   that there's so much variation, it's just

23   impossible to say in any given tumors.

24                    There's obviously -- you

Page 97

1    know, medicine is built upon making
2    generalizations across many different
3    cases of what might be referred to as the
4    same disease but, obviously, behaves
5    differently in each individual.
6           Q.    Are there medicines that can
7    slow the tumor growth of a hepatocellular
8    carcinoma?
9           A.    Medicines?  Well, to some
10   extent, certain chemotherapeutic agents
11   will.  I mean, transarterial
12   chemoembolization, that's a -- somewhat
13   of a different -- you know, that's
14   somewhat of a different beast.
15                But, you know, for sure
16   there's a broad spectrum of
17   antineoplastic medicines that will affect
18   things.
19                But, you know, in general,
20   do we know -- I'm not -- sitting here
21   right now I'm not aware of medicines that
22   have been -- non-antineoplastic
23   medicines, that is, like, not
24   chemotherapy, not -- not a medicine whose

Page 98

1    goal is to kill tumor cells or slow their

2    growth.  Sitting here right now, I can't

3    think of a medicine where I believe it's

4    been demonstrated that it affects the

5    growth of hepatocellular carcinomas.

6              Q.    And are there medicines that

7    can accelerate the growth of

8    hepatocellular carcinomas?

9              A.    So sitting here right now,

10   there are no medicines that I'm aware of

11   that have been demonstrated to speed up

12   the growth of hepatocellular carcinomas.

13                  Yeah.  But I -- that would

14   be -- yeah.  I'm not aware of any in

15   which -- in which that's been

16   demonstrated.

17                  And, you know, part of that

18   tends to be the natural history of

19   hepatocellular carcinomas.

20             Q.    And you mentioned

21   comorbidities.

22                  What comorbidities can slow

23   or accelerate the growth of

24   hepatocellular carcinomas?

Page 99

1          A.    So if -- you know, my

2     apologies if I wasn't clear in my answer.

3                    The things that I was

4     listing would, of all of the things that

5     could, in theory, account for why two

6     patients with hepatocellular carcinoma,

7     if the growth rate was measured somehow,

8     why they might not be the same in those

9     two patients.

10                    So I was giving you a list

11    of theoretical things that could,

12    hypothetically, account for

13    person-to-person variation in tumor

14    growth rate that we're talking about

15    hypothetically measuring, as opposed to

16    things that had been demonstrated to

17    actually affect the rate of

18    hepatocellular carcinoma in human beings.

19          Q.    Doctor, haven't there been

20    comorbidities that have been demonstrated

21    to actually affect the tumor growth in a

22    population for hepatocellular carcinoma?

23                    ATTORNEY TRANGLE:  Object to

24          the form.

                                        Page 100

1                 THE WITNESS:  I -- can you

2         repeat the question?

3    BY ATTORNEY NIGH:

4         Q.    Doctor, hasn't it been well

5    studied that there are comorbidities that

6    can affect the tumor growth in comparing

7    people with those comorbidities versus

8    people without those comorbidities for

9    hepatocellular carcinoma?

10        A.    Not that comes to mind

11   sitting here right now.

12              If you'd like to tell me

13   what you're referring to, I'd be -- or

14   show me a paper, maybe it would refresh

15   my memory.

16        Q.    Doctor, do people with hep B

17   and hep C, do they tend to have, on

18   average in a population, faster tumor

19   growth of hepatocellular carcinomas

20   compared to people without hep B or

21   hep C?

22        A.    What are you referring to --

23   when you say "tumor growth," I don't know

24   what you're referring to.

Page 101

1              Could you clarify, please?

2         Q.    The -- I'm sorry, you don't

3    know what I mean by tumor growth?

4         A.    No.   That's why I'm asking

5    you.   People can mean different things by

6    tumor growth.

7         Q.    Hasn't hep B or hep C, in a

8    population of people, been shown to lead

9    to volume tumor growth of hepatocellular

10   carcinomas compared to people without

11   hep B or hep C?

12        A.    I don't know what -- you

13   used the phrase "volume tumor growth."  I

14   don't know what that is.

15              I'm asking you what you mean

16   by tumor growth.

17        Q.    The tumor getting larger in

18   size.

19        A.    Are you talking about a rate

20   of growth?

21        Q.    Either way, whether you use

22   rate of growth or the size itself.

23              In terms of --

24        A.    Well, size is not growth.

Page 102

1          Q.    I'll ask -- I'll ask the
2    question again.
3          A.    Okay.
4          Q.    In a population of people
5    with hep B versus -- and hep C versus
6    people without hep B and hep C, hasn't it
7    been demonstrated that having hep B,
8    hep C accelerates tumor growth compared
9    to people without hep B and hep C, on
10   average?
11                ATTORNEY TRANGLE:  Object to
12        form.
13                THE WITNESS:  If what you're
14        asking me is, am I aware of
15        studies that show that tumor
16        volume doubling time of
17        hepatocellular carcinomas in
18        patients who have hep B or hep C
19        is different than other etiologies
20        of hepatocellular carcinoma,
21        I'm -- sitting here right now, I'm
22        not familiar with tumor volume
23        doubling time studies that would
24        have shown that.

Page 103

1                   But perhaps you could
2           refresh my memory.  And maybe I'm
3           just not remembering fully.
4    BY ATTORNEY NIGH:
5           Q.    Are you aware of any other
6    comorbidities that have been shown to --
7    in a population of users, to accelerate
8    tumor volume doubling time?
9           A.    For hepatocellular
10   carcinoma?
11          Q.    Yes.
12          A.    Sitting here right now,
13   there's no study that comes to mind on
14   which tumor volume doubling times for
15   hepatocellular carcinoma have been able
16   to be measured to have been compared and
17   shown to be different for some particular
18   comorbidity.
19                That's just sitting here
20   right now.  I -- nothing is coming to
21   mind that shows that.
22          Q.    Doctor, did you review any
23   of the imaging that Mr. Roberts had done;
24   CT scans, ultrasounds, MRIs?

Page 104

 1          A.    I only reviewed what the --
 2   typically what the radiologist reports
 3   were.  I did not look at the images
 4   themselves.
 5          Q.    Doctor, in forming your
 6   opinions on endogenous NDMA, one of the
 7   studies you heavily relied on is the
 8   Hrudey study.
 9                Is that how you pronounce
10   the study?
11          A.    I don't know how it's
12   pronounced.  I pronounce it Hrudey, but I
13   don't -- I've never met Dr. Hrudey.  So I
14   don't know how it's pronounced.
15          Q.    Are you doing an "H" sound
16   at the beginning or are you doing it as
17   silent?  I couldn't hear.
18          A.    Hrudey.  I'm --
19          Q.    Hrudey.  Okay.
20                I'll call it Hrudey.  I
21   don't know if either of us know, but I'll
22   call it Hrudey.
23                Are you -- are you -- for
24   your endogenous NDMA opinions, are you

Page 105

1    heavily relying on Hrudey, the Hrudey

2    study?

3                    ATTORNEY TRANGLE:  Object to

4          form.

5                    THE WITNESS:  I would

6          characterize it as I thought that

7          was a paper that was particularly

8          thorough, particularly important.

9          It also reviewed sort of other

10         related studies.

11                   But also Tannenbaum,

12         Vermeer.  It certainly wasn't

13         the -- by no means the -- either

14         the only study of endogenous NDMA

15         or references to the existence and

16         importance of endogenous NDMA.

17                   That's throughout the

18         literature.

19   BY ATTORNEY NIGH:

20         Q.    And most of these studies

21   need to rely on Monte Carlo's

22   simulations, correct?

23         A.    No.  I mean, Monte Carlo

24   simulations were, as I recall, used in

Page 106

1    the Hrudey paper.

2              But, you know, modeling and

3    estimating levels of endogenous

4    production, it's not that, well, that

5    can't be done without using the Monte

6    Carlo approach, that happens to be one of

7    the approaches that Hrudey used.

8              I don't -- to the best of my

9    recollection, it is not the case that all

10   studies that seek to estimate endogenous

11   NDMA production use Monte Carlo modeling.

12             But, again, without having

13   the papers in front of me, I can't give

14   you a more precise answer.

15        Q.    Studies that just use a

16   gastric model to see how much NDMA is

17   being formed endogenously reported much

18   lower amounts of NDMA being formed

19   endogenously, correct?

20        A.    With all due respect, I

21   think we're conflating, now, two separate

22   things; that gastric simulation models

23   are in vitro models that are intended,

24   under a certain set of conditions,

Page 107

1    nitrite concentrations, pH, et cetera, et

2    cetera, look at the variables that could

3    influence, you know, NDMA formation as an

4    example.

5               I mean, Monte -- Monte Carlo

6    simulations, that's a -- that's a

7    computational method for mathematical

8    modeling.  That's not -- and Hrudey was,

9    you know -- at least part of the data

10   that Hrudey is using, and others have

11   used, right, is -- you know, they are

12   in vivo measurements of things.

13              So Monte Carlo really just

14   refers to a particular kind of

15   computational modeling.

16        Q.    Studies that utilize gastric

17   stimulation modeling showed much lower

18   levels of endogenous formation of NDMA

19   being produced compared to studies that

20   used Monte Carlo simulations, correct?

21              ATTORNEY TRANGLE:

22        Objection.  Asked and answered.

23              THE WITNESS:  I don't agree

24        with the general way that you have

Page 108

1          phrased that.  And I feel like
2          we're talking about apples and
3          oranges.  So I can't -- I can't
4          agree with your question the way
5          you've stated that.
6                  And if you have a more
7          specific question, I'd be glad to
8          try to get in the weeds with you.
9          And, of course, it will help to
10         have the papers in front of me, if
11         you're willing to share them.
12    BY ATTORNEY NIGH:
13         Q.    Doctor, you can't answer
14    whether or not studies that utilized
15    gastric simulation modeling, whether
16    those studies generally have lower
17    amounts of NDMA compared to studies that
18    use Monte Carlo simulations?
19                  ATTORNEY TRANGLE:  Object to
20         form.
21                  THE WITNESS:  Again, you're
22         talking about apples and -- apples
23         and oranges.  It's like saying --
24         and I hesitate to use any

Page 109

1          analogy -- it's like is this

2          dog -- can I compare this dog to

3          multiplication.

4                Monte Carlo modeling is

5          an -- is an analytical

6          computational method, number one.

7                And, number two, well,

8          there's a number of papers on

9          gastric simulation models.  And

10         for each of those models, it's a

11         function of some of the variables

12         that I mentioned to you, of pH,

13         nitrite concentrations, the other

14         factors that go into a -- into a

15         chemical reaction.

16                So I can't answer the

17         question as you've -- as you've

18         phrased it.

19    BY ATTORNEY NIGH:

20         Q.    Doctor, other than in the

21    stomach, where else can NDMA be

22    endogenously formed, according to

23    research papers?

24         A.    So, obviously -- be formed?

Page 110

 1    So, obviously, NDMA can be ingested
 2    preformed.  NDMA can form in the stomach
 3    from the nitrosation of secondary amines.
 4    You can also form NDMA in the gut from,
 5    as I recall, the action of
 6    gastrointestinal bacteria involving heme.
 7              The best of my recollection,
 8    I believe -- and this is just, again,
 9    without having the papers here in front
10    of me, I'm just going based on the best
11    of my recollection -- that NDMA can be
12    formed from the metabolism of nicotine.
13    So in that case, that would be, you know,
14    either inhaled or swallowed, if it's
15    smokeless tobacco.
16              Those are, you know -- NDMA
17    is commonly formed, you know, in the
18    body.  It's a -- it's a pretty simple --
19    it's a pretty simple chemical, and
20    there's a whole lot of chemical
21    reactions, you know, going on throughout
22    our body.
23              But those are some of the
24    principal ones that come to mind just

Page 111

1   sitting here right now.  But I'd really

2   need to have the literature in front of

3   me to give you any more of a complete

4   list.

5          Q.    In terms of ingestion, and

6   other than in the stomach and in the gut,

7   can NDMA be endogenously formed via diet?

8          A.    I'm -- I'm a little bit

9   confused by the question.

10              Could you restate it?

11         Q.    Other than in the gut or the

12  stomach, where else can NDMA be

13  endogenously formed in the human body?

14         A.    Okay.  I thought I answered

15  that.

16              So one of -- first of all, I

17  said without -- without having the

18  reviews and the papers in front of me, I

19  can't give you a complete answer.

20              I said I do believe, best of

21  my recollection, sitting here right now,

22  that NDMA can be formed from the

23  metabolism of nicotine, which we said is

24  inhaled.  It can also be swallowed.  But

Page 112

1    it's inhaled, and then, clearly, that

2    wouldn't be happening in the gut.

3              But what I don't recall,

4    sitting here right now, is, given the

5    very large number of chemical reactions

6    that take place in different cells in our

7    bodies, I can't tell you, one way or the

8    other -- I don't have a specific

9    recollection of, does NDMA also get

10   formed, you know, there or not.  That I

11   can't tell you.

12        Q.    So other than nicotine, are

13   you aware of whether NDMA forms anywhere

14   else in the body endogenously other than

15   the gut or the stomach?

16              ATTORNEY TRANGLE:  Objection

17        to form.

18              THE WITNESS:  Did you say --

19        did you preface the question with

20        other than nicotine?

21   BY ATTORNEY NIGH:

22        Q.    Yes.

23        A.    So I -- you know, I

24   apologize for being repetitive.

Page 113

1          You know, the number of
2    chemical reactions that -- different
3    types of chemical reactions that happen
4    across all of the cells in our body,
5    enormous number.  So I can't tell you,
6    one way or the other, whether NDMA may be
7    formed in some of those other sites.
8          Certainly, NDMA can be
9    metabolized in every cell; probably in
10   every cell in the body, more or less.  So
11   the -- if you will, the active part of
12   NDMA, well, that gets -- that can get
13   generated anywhere.
14        Q.    Yeah.  No.  My question is
15   is not where can it be metabolized?
16          My question is, where can
17   NDMA be endogenously formed?
18          Other than the gut or other
19   than the stomach and not -- and other
20   than for nicotine, where can NDMA be
21   endogenously formed?
22        A.    I feel like --
23          ATTORNEY TRANGLE:
24        Objection.

Page 114

1              THE WITNESS:  -- I've

2        answered --

3              ATTORNEY TRANGLE:  This has

4        been asked and answered multiple

5        times.

6              ATTORNEY NIGH:  It's not

7        answered.  It's not answered.  I'm

8        just asking --

9              ATTORNEY TRANGLE:  It has

10       been answered.

11             ATTORNEY NIGH:  No, it

12       hasn't.

13             ATTORNEY TRANGLE:  You can

14       repeat your answer, if you care

15       to, Doctor.

16             THE WITNESS:  Okay.  So

17       happy to say it one more time.

18       I'll be as -- be as clear as I

19       can.

20             Beyond the -- beyond the

21       factors that you noted and that I

22       have noted of things that happen

23       in the stomach and the gut, by

24       which I assume you mean the small

Page 115

1         intestine and the large intestine,

2         and beyond the inhalation of

3         nicotine, what I said was, without

4         having the papers in front of me

5         and the reviews in front of me, I

6         can't tell you whether there is

7         not also some NDMA that has formed

8         in other cells in the body, given

9         the extraordinarily large number

10        of biochemical reactions that

11        happen in all of our cells.

12             I can't tell you, one way or

13        the other, without having the

14        papers in front of me.

15   BY ATTORNEY NIGH:

16        Q.    Do you have certain papers

17   that you would like to refer to, to

18   answer that question?

19        A.    It would probably be dozens

20   of papers to try to find whether one of

21   them actually touches on that point.

22        Q.    Did you look for that

23   information?

24        A.    Yes.  I just didn't -- don't

Page 116

1    commit everything to memory.

2                    And, again, I've asked you

3    repeatedly to share papers with me, which

4    you haven't done.  And that's fine.

5                    But just please don't expect

6    me to have memorized the several hundred

7    papers that -- just the ones that I've

8    listed in the materials considered list.

9            Q.    Doctor, I have no idea which

10   papers to share with you.  I'm asking you

11   questions, and you keep asking me to

12   share papers with you.  I don't know the

13   papers to share with you.

14                    ATTORNEY TRANGLE:

15           Objection.

16   BY ATTORNEY NIGH:

17           Q.    I'm asking --

18                    ATTORNEY TRANGLE:  This is a

19           little bit argumentative, counsel.

20           Like, there are multiple -- you

21           have been referring to specific

22           articles and asking him questions

23           about specific articles, such as

24           Hidajet, such as Peto, and not let

Page 117

1          him review them in full.

2                  And I do object to not

3          showing him articles when you're

4          asking him about specific

5          articles.

6                  ATTORNEY NIGH:  That's --

7          that's completely incorrect.  I --

8          Peto, he mentioned, Peto.  I

9          didn't even mention Peto.

10                 So I don't know where

11         this -- where this -- this, if I

12         can see the papers, I would be

13         able to tell you.

14                 I asked the doctor which

15         papers just now.  And he said he

16         didn't know.  I don't know which

17         papers to show him.  But every

18         answer says, if you can show me

19         papers.  These are just broad

20         questions.

21                 ATTORNEY TRANGLE:  He's

22         been -- you've been asking about

23         specific studies, such as Hrudey,

24         such as other endogenous NDMA

```
                                        Page 118
 1          studies.
 2                  If you would like to show
 3          him the studies that you're asking
 4          him to talk about, that's -- if
 5          you want him to look through every
 6          article he cites in his report, we
 7          unfortunately, don't have time and
 8          it's not a memory test.
 9                  But you can continue asking
10          him new questions that he's not
11          already answered for you.
12                  ATTORNEY NIGH:  Okay.
13   BY ATTORNEY NIGH:
14          Q.    Doctor, the Hrudey study
15   relies on the amount of NDMA that was
16   measured in people's blood and in urine
17   in order to do its modeling, correct?
18          A.    Those were -- so, again, not
19   having the paper in front of me, to the
20   best of my recollection, Hrudey actually
21   uses three different methods for
22   evaluating things.
23                  And, actually, let me see if
24   I can find this in my report.
```

Page 119

1              So this is from my initial
2     MDL report, August 2021, Page 23,
3     Paragraph 96.  For example, Hrudey, 2013,
4     utilized three different data types to
5     estimate the amount of daily endogenous
6     NDMA formation in humans.
7                   So the first type of
8     estimate was based on the analysis of
9     NDMA levels in blood samples considered
10    in combination with blood clearance
11    rates.
12                  The second one was based on
13    levels of O6-methylguanine that were
14    measured in DNA from human blood.
15                  And then the third one,
16    which I chose not to utilize in my
17    estimates, had to do with NDMA formation
18    based on measuring urinary excretion.
19                  So does that -- I hope that
20    answers your question.
21         Q.    Why didn't you use the urine
22    samples estimation?
23                  ATTORNEY TRANGLE:  I didn't
24         hear you.  You're too far from

Page 120

1          the --
2    BY ATTORNEY NIGH:
3          Q.     Why didn't you utilize the
4    urine samples method in your opinion?
5          A.     So as I stated in my report,
6    Very wide estimates of endogenous NDMA
7    formation based on urinary excretion that
8    encompassed the values estimated via the
9    other two methods.
10             So that was why I didn't.
11   It didn't -- to my mind, it did not add
12   information.  If anything, it actually
13   would have increased the overall
14   averages, if you will.
15             But I did not consider
16   the -- as it was executed in the Hrudey
17   paper with the technology that was
18   available at that time, I did not believe
19   that that actually added useful or
20   reliable information.
21             But as I laid out, and --
22   the reason that I included that in the
23   report is for the sake of thoroughness
24   and to be -- you know, to lay out what

                                                    Page 121

1    the reasoning was for why I considered

2    two of those three to be more reliable

3    than the third.

4         Q.    You said that it was

5    executed in the Hrudey paper with the

6    technology that was available at that

7    time.

8              What did you mean by the

9    "technology available at that time"?

10        A.    What I mean by that was

11   Hrudey was published, I believe, in 2013.

12   You know, methodology constantly evolves.

13              And, in particular, the

14   source of levels of NDMA that are

15   typically present in urine are very low.

16   And so it's going to be -- you know, if

17   one says, oh, how reliable were the

18   measurements of NDMA in urine in, you

19   know, 1935 -- I'm just picking a number,

20   picking a year -- versus 2013, do I think

21   that there's likely to be differences in

22   the sensitivity and specificity of

23   molecular assays?  Well, sure, molecular

24   assays evolve over time.

Page 122

1          So in 2013 they had the
2   methods that they had.  I don't believe
3   that their methods for measuring NDMA in
4   urine were the same as, for instance,
5   what -- you know, when FDA scientists in
6   the current timeframes are trying to
7   measure NDMA in urine at.
8          I'm fairly confident that
9   the -- the technology and the assays
10  continue to evolve.
11       Q.    Isn't the same true for
12  measuring NDMA in blood samples?
13          ATTORNEY TRANGLE:
14       Objection.
15          THE WITNESS:  Yeah, I -- if
16       what you're asking me is, as a
17       general matter, would one
18       anticipate that the ability to
19       measure NDMA in blood as a
20       function of time may improve over
21       time, it may.
22          It doesn't necessarily.
23       It's unlikely to get worse over
24       time.  It tends to be a

Page 123

1           direction -- but depending on what

2           the investigators chose to use.

3                It doesn't mean that the

4           measurements that were made were

5           incorrect.  And, in fact, Hrudey

6           is, you know, of a -- you know,

7           estimated a similar level as some

8           other groups did, you know, prior

9           to that, so.

10  BY ATTORNEY NIGH:

11           Q.    You mentioned that the FDA

12  changed how they were measuring NDMA in

13  urine.

14                ATTORNEY TRANGLE:

15           Objection.  That's a

16           mischaracterization of his

17           testimony.

18  BY ATTORNEY NIGH:

19           Q.    Can you -- like, the last

20  part of my question is, is that what you

21  said?

22           A.    No.

23           Q.    You said, when FDA

24  scientists in the current timeframes are

Page 124

1   trying to measure NDMA in urine.

2              What did you mean by that?

3         A.     I think exactly what it

4   says, right.

5              So there have been -- there

6   have been studies by FDA scientists, for

7   instance, trying to address the question

8   of, in a clinical population, in a

9   clinical study, of levels of NDMA as a

10  function of diet and ranitidine.  So that

11  was one instance that I can think of in

12  which FDA scientists, in recent

13  timeframes, were attempting to measure

14  NDMA in urine.  And it's a challenging --

15  it's challenging technically.

16             And what I was -- what I had

17  said previously was, it may be the case

18  that the methodology that they were using

19  is different than what was available to

20  Hrudey in 2013.  I don't know one way or

21  the other.

22             But at the very least their

23  options weren't fewer or worse than what

24  was available to Hrudey.

Page 125

1          Q.    When you say -- when you're

2    talking about FDA scientists in current

3    timeframes are trying to measure NDMA in

4    urine, is there a particular study you're

5    referring to?

6          A.    I'm -- I'm generally

7    recalling studies, since -- as we were

8    talking about previously, with both

9    ranitidine and just the question of NDMA

10   in pharmaceuticals where there were a

11   number of -- I don't even know what

12   you -- what you call sort of the

13   announcements that FDA makes of things

14   that they're doing -- I don't know the

15   name for that, whether it's memo or I

16   don't know what -- where it was evident

17   that the FDA was involved in sort of

18   methodological assays, you know, in

19   particular for, you know, NDMA.

20             So that's what I'm generally

21   recalling.

22         Q.    I guess my question is, FDA

23   scientists in current timeframes are

24   trying to measure NDMA in urine.

Page 126

1              Like, most of the FDA

2    announcements that are talking about NDMA

3    in medicines, they're not talking about

4    NDMA in urine, right?

5          A.    I can't tell you what the

6    majority of studies were.  I, for sure,

7    know that there have been FDA scientists

8    who have done work trying to measure NDMA

9    levels in urine in clinical trial

10    subjects.

11          Q.    Did they also do the same

12    for NDMA in blood?

13          A.    Yes, as -- I believe yes.

14          Q.    And weren't those methods

15    different than the methods utilized by

16    the studies relied upon in Hrudey?

17          A.    As I have said, I'm not --

18    not having -- not having Hrudey in front

19    of me or knowing what the methods were

20    that FDA was using, I don't know one way

21    or the other.

22              What I said was, you know,

23    given that you -- you know, the better

24    part of a decade has gone by, that it's

Page 127

1  entirely possible that the methodology

2  has changed.

3              That's all I was trying to

4  get across is that, in general,

5  technology and methodology evolves over

6  time.

7       Q.    Doctor, I had asked you why

8  you didn't utilize the urine opinion in

9  your -- the urine sample analysis method

10 from Hrudey in your opinion.  And one of

11 the reasons you gave was that technology

12 has evolved over time.

13             Do you recall that?

14             ATTORNEY TRANGLE:

15        Objection.  Mischaracterizes his

16        testimony.

17             You can answer.

18             THE WITNESS:  That's not

19        what I said.

20             When we get to a point

21        that's convenient for you, I would

22        appreciate taking a brief break.

23             ATTORNEY NIGH:  I only have

24        a couple more questions, and then

Page 128

1         I think that will work well.

2    BY ATTORNEY NIGH:

3         Q.    Doctor, I asked the

4    question, why didn't you utilize the

5    urine samples method in your opinion.

6              And as part of your answer

7    you said you did not consider as it was

8    executed in the Hrudey paper.  With the

9    technology that was available at that

10   time, I did not believe that that

11   actually added useful or reliable

12   information.

13        A.    I would ask that you read my

14   entire answer to your question for

15   accuracy.

16        Q.    Well, the rest of your

17   answer is not related to this.

18              So my question --

19        A.    That may be -- with all

20   respect, counselor, that may be your

21   understanding of my answer.

22              I would appreciate hearing

23   my answer in full so -- since what you're

24   asking me is to characterize my answer,

Page 129

1    the answer that I gave a few minutes ago.

2         Q.    Doctor, how does the

3    methodology impact whether or not you

4    would rely upon the urine sample

5    methodology in -- sorry.  Strike that.

6              Doctor, how does the

7    methodology as to how NDMA is measured in

8    urine impact your reliance on relying on

9    Hrudey for the urine sample method that

10   they used?

11        A.    So -- so you

12   mischaracterized what I said.

13             What I said was, as written

14   in my report, Paragraph 96, Page 23 of my

15   original MDL report, Item C in 96,

16   speaking about the urine.

17             Quote, Very wide estimates

18   of endogenous NDMA formation based upon

19   urinary excretion that encompassed the

20   values estimated via the other two

21   methods.

22             So what I'm saying is

23   because the measurement -- Hrudey did

24   three types of measurements.  Two of them

Page 130

1    give -- A and B give estimates, each of

2    which has, you know, some level of

3    variability within it, but some

4    reliability.

5              And then a third method that

6    has, if you will, much bigger error bars,

7    yields a range that's far wider than

8    either of the other two methods, but that

9    encompasses, that is, it's not in

10   conflict with the other two methods, it

11   just gives a much more variable result,

12   which, my understanding of the technology

13   is, it is challenging, given that most

14   NDMA is metabolized in the body and not

15   excreted unchanged, that the levels of

16   NDMA that are in urine are extremely low.

17             And when you have something

18   that's difficult to measure, you very

19   often wind up with very wide error bars.

20   And so it doesn't add -- what I said was,

21   it doesn't add additional information.

22   And, if anything, it would have increased

23   the overall estimate of endogenous

24   production.

Page 131

1              And I chose to be more
2    conservative, to use the first two
3    methods that Hrudey used for estimation,
4    that each provide more restricted ranges,
5    in -- in preference to the urine
6    measurements as they are performed and
7    published in 2013.
8              That was my testimony, to
9    the best of my recollection.
10        Q.    Doctor, your answer just now
11   didn't state anything about changing
12   technology from 2013 to FDA scientists'
13   technology.
14        A.    If you're asking me to --
15   could I re-encapsulate all of my
16   testimony, I can't.  You can give me the
17   transcript, and I can -- I can read it
18   back.
19              I'm doing the best I can to
20   answer your questions as you've asked
21   them.
22        Q.    Well, my question is, how
23   does the changing technology impact the
24   reliability of the urine sample analysis

                                          Page 132

1  in the Hrudey study?

2              I didn't ask about wide

3  intervals.  I didn't ask any of that.

4              ATTORNEY TRANGLE:

5          Objection.

6  BY ATTORNEY NIGH:

7          Q.    How does the changing

8  technology impact the reliability of the

9  urine sample analysis in the Hrudey

10 study?

11         A.    I don't think that I said

12 that the -- that the technology impacted

13 the reliability of the measurement, at

14 least that's not my recollection.

15             There's two separable

16 issues.  Let me try to be as clear as I

17 can.  At least two separable issues.

18             The issue, which I believe

19 you were asking me about, is, why did I

20 not use the third method, which was the

21 urine measurement that Hrudey used?  And

22 I read to you what I wrote in my report

23 about why I did not feel that that added

24 additional information.

Page 133

```
 1              And the second issue, which
 2   is related to the first issue, which is
 3   the very wide error bars that for C,
 4   Method C, that encompass the values, the
 5   point estimates for Methods A and B may,
 6   to some degree, be influenced by -- by
 7   the methodology that was used by Hrudey,
 8   which is to say if the methodology
 9   evolves and it becomes possible to
10   measure urine values such that you can
11   get accurate point estimates, well, then,
12   that would be -- that would be, you know,
13   information to be considered, that I'm
14   not saying, oh, I don't believe in
15   measuring NDMA in urine.
16              So I'm trying to clarify for
17   you.
18        Q.    Do you believe that the
19   changing methodologies in measuring NDMA
20   in urine have any impact on the
21   reliability of the Hrudey study's urine
22   sample method for projecting the amount
23   of NDMA, endogenous, that's formed in the
24   body?
```

Page 134

1                ATTORNEY TRANGLE:

2          Objection.  This has been asked

3          and answered.

4                But you can --

5                ATTORNEY NIGH:  No, it's

6          actually not.  I asked how before.

7          Now I'm just asking do.

8                THE WITNESS:  I'm sorry, I

9          missed the distinction in the

10         questions.

11               Can you repeat your

12         question, please?

13    BY ATTORNEY NIGH:

14         Q.    The distinction is very

15    clear.

16               Do you believe that the

17    changing methodologies of measuring NDMA

18    in urine have any impact on the

19    reliability of the Hrudey study's urine

20    sample method for projecting the amount

21    of NDMA that's endogenously formed in the

22    body?

23               ATTORNEY TRANGLE:  Objection

24         to form.

Page 135

1              THE WITNESS:  I would say
2        no, insofar as I believe that the
3        Hrudey estimates are the -- are
4        the best estimates that are
5        available.  To my mind, they are
6        still the best estimates that are
7        available.  But part of that is
8        influenced by they were broadly
9        consistent with other
10       investigators' estimates.
11             But, you know, is it
12       conceivable that at some point in
13       the future there is -- you know,
14       as changes in methodology, is it
15       possible that what those estimates
16       are will change somewhat?  Yes,
17       that's -- that's possible.
18             Do I think they're going to
19       change in a major way?  No.  And
20       given that, you know, these are --
21       you know, these are -- these are
22       estimates of, you know, biological
23       processes in human beings, no, I
24       think Hrudey is the most reliable

Page 136

1           data and thorough analysis out

2           there, at least that I'm aware of.

3                    ATTORNEY NIGH:  Okay.  I

4           think we can take a break.

5                    VIDEO TECHNICIAN:  We're off

6           the record at 11:11 a.m.

7                         -   -   -

8                    (Whereupon, a brief recess

9           was taken.)

10                        -   -   -

11                   VIDEO TECHNICIAN:  We're

12          back on the record at 11:34 a.m.

13   BY ATTORNEY NIGH:

14          Q.    Doctor, I want to ask you

15   about your prior testimony.

16               In the past four years, have

17   you been deposed approximately nine

18   times, not including today?

19          A.    I need to -- where's the

20   list?  I don't have the list that was in

21   front of me, I didn't print it out, of

22   what was provided to you.

23               But if you're representing

24   that what was provided to you was, you

Page 137

1  said, nine times in the last four years,

2  I don't -- I don't have the list in front

3  of me.  So I don't know the precise

4  number.

5       Q.    That's not -- that's no

6  problem.

7            Does that sound about right,

8  like, it's not 30 times in the last four

9  years, right?

10       A.    Definitely not 30 times.

11  Nine sounded a little high to me.  But,

12  you know, whatever is on there is

13  correct.

14       Q.    Is the last time that you

15  were deposed before today in regards to

16  the Sadler versus Banner Supply Company

17  on December 30th, 2024?

18       A.    The last time I was deposed.

19  Again, if I -- again, I don't -- I don't

20  have the sheet in front of me.  I

21  don't -- I don't know.

22            If that's what's listed last

23  before -- before today, then, yes.  But I

24  don't have it in front of me so.

Page 138

```
1          Q.    Has it -- has it been more
2     than four months since you've been
3     deposed?
4          A.    Can I just see the -- is
5     there -- I know this was -- I don't -- I
6     don't have the sheet in front of me, so.
7          Q.    Okay.  Do you know
8     approximately the last time you were
9     deposed?
10              ATTORNEY TRANGLE:  Can we
11         just pull up the sheet, Daniel, or
12         is there --
13              ATTORNEY NIGH:  No.  I'm
14         just asking him.
15              ATTORNEY TRANGLE:  Sure.
16              THE WITNESS:  That sounds
17         about right.  But I don't --
18     BY ATTORNEY NIGH:
19         Q.    Okay.
20         A.    -- don't have -- I don't
21     have a specific recollection.
22              We're in -- I'm doing my
23     best to remember what month we're in now.
24     I believe we're in May now.  So I think
```

Page 139

1   so, but I'm not -- I'm not sure.  And I
2   don't have the sheet in front of me.
3                So I -- if you're
4   representing to me that that's what it
5   says, if that's what it says, then that's
6   what's correct.  But I don't have it in
7   front of me to look at it.
8        Q.    Do you recall being deposed
9   the day before New Year's Eve?
10       A.    I don't have a -- I don't
11  have a specific recollection of it.  But
12  it -- I mean, I've had a -- I've had a
13  couple of depositions.  And so I don't
14  know if -- I don't know the precise
15  dates.
16               So I'm not -- I'm kind of
17  puzzled why you won't just show me the
18  sheet.
19       Q.    I don't know what this
20  incessant ask is to look at that.
21               I'm just asking you do you
22  remember -- like, do you remember being
23  deposed --
24       A.    I don't --

Page 140

1          Q.     -- the day before New Year's
2     Eve?
3          A.     I don't memorize the dates
4     that I was deposed.  I've got plenty of
5     stuff going on in my -- in my life and my
6     work.  I don't remember dates.
7          Q.     Okay.  What is -- what is
8     the Sadler versus Banner Supply Company?
9     What was that -- what was your role in
10    that case?
11         A.     I was an expert witness.
12         Q.     Okay.  And what is Banner
13    Supply Company?
14         A.     I don't even recall.  They
15    were -- whatever the company was that --
16    that either made the material that was
17    alleged to have asbestos fibers in it
18    that was the source of the exposure in
19    that matter.
20              But I don't -- I don't have
21    a strong recollection of -- of that case.
22         Q.     Who were you retained by?
23         A.     It would have been
24    whatever -- whatever the law firm was

Page 141

1  that I was dealing with.  I don't

2  remember the name of the law firm.

3          Q.    Do you remember which client

4  they represented?

5          A.    I do not, no.

6          Q.    Did they represent Banner

7  Supply Company or one of the other

8  defendants?

9          A.    Oh, I don't honestly know.

10          Q.    Okay.  Were you on behalf

11  of -- presenting testimony on behalf of

12  the defendants?

13          A.    Yes.

14          Q.    Do you recall which

15  defendant you were providing testimony on

16  behalf of?

17          A.    No.  I was -- I was opining

18  on the causes of mesothelioma and the

19  genetics of mesothelioma.

20          Q.    Can asbestos cause

21  mesothelioma in humans?

22          A.    At a sufficient dose and

23  duration of exposure, yes, asbestos --

24  heavy asbestos exposure is an accepted

Page 142

1    cause of, particularly, pleural

2    mesothelioma.

3            Q.    And was that a -- when you

4    say you were testifying on behalf of

5    defendants, was that an asbestos

6    manufacturer?

7            A.    No.

8            Q.    Was that a manufacturer of a

9    product that was alleged to have

10   asbestos?

11           A.    As I recall, that was the

12   issue.

13           Q.    Okay.  Do you remember what

14   product it was that had asbestos in it?

15           A.    Well, if you're asking me do

16   I recall what product it was that was

17   alleged to have asbestos in it, I think

18   it was some kind of, like, spackling

19   compound or something like that.

20                 But I don't have a

21   particular recollection of what the exact

22   product was.

23           Q.    And how about in the case

24   Walker versus Becton Dickinson & Company;

Page 143

1    did you testify on behalf of defendants?

2           A.    I was retained by the

3    defendants in that case, yes.

4           Q.    And is that a manufacturing

5    defendant?

6           A.    No.  They borrowed -- Becton

7    Dickinson operates a sterilizing facility

8    for medical instruments in Georgia.

9           Q.    What was the substance at

10   issue in that case?

11          A.    Ethylene oxide.

12          Q.    And in the McLendon versus

13   Becton Dickinson & Company, were you

14   retained on behalf of the defendants?

15          A.    Yes.  That was the same --

16   the same defendants, the same litigation.

17          Q.    Ethylene oxide in that case

18   as well?

19          A.    Correct.

20          Q.    In the Zantac litigation in

21   the Superior Court of Delaware, were you

22   retained on behalf of defendants?

23          A.    Yes.

24          Q.    And was that in regards to

Page 144

1    ranitidine or Zantac?

2            A.    That's correct.

3            Q.    And that would be a

4    pharmaceutical company that you were

5    retained on behalf of?

6            A.    Yes.

7            Q.    In the Zantac Bayer versus

8    Boehringer Ingelheim -- strike that.

9                 In the Illinois

10   Zantac/ranitidine Bayer case versus

11   Boehringer Ingelheim Pharmaceuticals,

12   were you retained on behalf of

13   defendants?

14           A.    Yes.

15           Q.    And the substance at issue

16   was Zantac or ranitidine?

17           A.    Correct.

18           Q.    And was that a pharma

19   company that you were retained by?

20           A.    I believe so.  That

21   litigation involved -- I was originally

22   retained by Sanofi, and then there were a

23   number of other manufacturers that were

24   involved.

Page 145

1          Q.    In the Ranitidine Products
2    Liability Litigation MDL, were you
3    retained on behalf of defendants?
4          A.    Correct.
5          Q.    And that would be
6    pharmaceutical manufacturers?
7          A.    I believe for the MDL it was
8    Sanofi.
9          Q.    In the Willowbrook ethylene
10   oxide litigation in Illinois, were you
11   retained on behalf of defendants?
12         A.    Yes.
13         Q.    And would that be in regards
14   to ethylene oxide?
15         A.    Correct.
16         Q.    And would that be a
17   manufacturing defendant?
18         A.    No.
19         Q.    What kind of -- how would
20   you characterize the defendant in that
21   case?
22         A.    Sterigenics operates a
23   facility that sterilizes medical
24   instruments.

Page 146

1          Q.    Other than in the past four

2    years where you've given deposition

3    testimony, what other litigation have you

4    worked on?

5          A.    Are you asking in my career?

6          Q.    Yes.

7          A.    So I've consulted as an

8    expert for over 20 years now, I think 21

9    years, maybe.

10              So I've been involved in the

11   HRT MDL, going back in time to the 2000s.

12   I was involved in, I believe, two cases

13   in the MDL for pioglitazone.  I was

14   involved in the phase of talcum powder

15   litigation related to -- I guess I'll say

16   when it was focused squarely on talc,

17   talc and ovarian cancer.

18          Q.    Was that in the MDL?

19          A.    I -- to be honest, I don't

20   recall.

21          Q.    Okay.

22          A.    I think there may have been

23   different elements of it.  I recall

24   testifying at a Kemp hearing in New

Page 147

1    Jersey.  So I don't know if that means
2    it's not an MDL or that wasn't, but.
3            Q.    Okay.  What other
4    litigations have you been involved in
5    other than the ones you've listed so far?
6                    ATTORNEY TRANGLE:  Object to
7            form.
8                    THE WITNESS:  There's --
9            there was a mesothelioma case I
10           was involved in, again, related to
11           the genetics of mesothelioma.
12           That was some time ago.
13                   I've been -- I've -- I was
14           retained by the -- on two
15           occasions by the Department of
16           Justice.  One litigation involving
17           vaccines and cancer and the other
18           is something that's ongoing.
19   BY ATTORNEY NIGH:
20           Q.    When you say "something
21   that's ongoing," you're not disclosed yet
22   as an expert in that case?
23           A.    Correct.
24           Q.    Okay.  We don't need to talk

Page 148

1   about that one.

2              Any other cases that you've

3   been involved in other than the ones

4   you've listed so far?

5         A.     That's just what's -- that's

6   what's coming to mind sitting here right

7   now.

8              There are -- yeah.  There

9   may be others that I'm blanking on right

10  at the moment.  But those are the ones

11  that come to mind.

12        Q.     The HRT MDL, were you

13  retained on behalf of defendants?

14        A.     That's correct.

15        Q.     And how would you

16  characterize those defendants?

17        A.     The litigation surrounded on

18  whether hormone replacement therapy was a

19  cause of breast cancer.

20        Q.     And so would those be -- the

21  defendants, were they manufacturers of

22  hormone replacement therapy?

23        A.     As I -- as I recall, the HRT

24  litigation was primarily Wyeth, slash, I

Page 149

1   guess it became Pfizer.

2          Q.     And so in the HRT MDL, you

3   were retained by a pharmaceutical

4   manufacturer?

5          A.     Correct.  That was -- that

6   was ultimately who the lawyers' clients

7   were.

8                 But, of course, like,

9   really, all of these things, the people

10  that I interface with are the attorneys

11  from whatever firm they're at, not -- not

12  the company, per se.

13         Q.     The pioglitazone case, were

14  you retained on behalf of defendants?

15         A.     Correct.

16         Q.     And how would you

17  characterize those defendants?  Were they

18  manufacturers?

19         A.     It was a pharmaceutical

20  company.

21         Q.     Do you remember which

22  pharmaceutical company?

23         A.     I believe it was Takeda.

24         Q.     The talc and ovarian cancer

Page 150

1   case, were you retained on behalf of

2   defendants?

3           A.      One of the defendants, yes.

4           Q.      Which defendant?

5           A.      Imerys, I-M-E-R-Y-S.

6           Q.      And was that a manufacturing

7   defendant?

8           A.      I believe they operate a

9   talc mine, is my understanding of what

10  they did.

11          Q.      In the mesothelioma case,

12  were you retained by -- on behalf of

13  defendants?

14          A.      Yes.

15          Q.      Was that a manufacturing

16  defendant?

17          A.      No, that was not a

18  manufacturing defendant.  That was a

19  company at which a person worked.  It was

20  an exposure that was alleged to have

21  occurred in the course of employment.

22          Q.      And the -- the occasions

23  where you've been retained by the DOJ,

24  those are -- that's when the DOJ is a

Page 151

1    defendant, correct?

2         A.    I believe -- and this is --

3    you know, not being a lawyer -- this is

4    more your bailiwick.

5              My understanding is that

6    with vaccines, the Department of Health

7    and Human Services winds up being the

8    defendant, and the Department of Justice

9    works with DHHS in the evaluation or

10   defense of such claims.

11             And I don't -- it was

12   explained to me in a -- by the DOJ

13   attorneys in a somewhat different way,

14   which made it sound more like they were

15   just making an evaluation and then they

16   would decide, based on that, whether to

17   contest it or whether to, you know --

18   whatever.  If I told them that it had

19   merit, they would believe me that it had

20   merit, et cetera.

21        Q.    In your 21 years of

22   consulting as an expert, have you ever

23   been an expert on behalf of plaintiffs?

24        A.    Once.  Once, but involving,

Page 152

1   essentially, an intellectual property

2   dispute between -- between two companies.

3              But otherwise, I've never

4   been asked by a plaintiff to be -- I've

5   never been approached to ask me to be a

6   witness.

7        Q.    That intellectual property

8   dispute, which -- which client were you

9   retained by?

10       A.    I -- at this point, I don't

11  even remember.  It had to do with

12  technologies for measuring gene

13  expression, large scale arrays.

14             So I don't even remember who

15  the companies were that were involved.

16       Q.    Would that be a patent

17  dispute?

18       A.    Essentially, I think, was my

19  understanding.

20       Q.    So your client would have

21  been a company?

22       A.    Correct.

23       Q.    And approximately how long

24  ago was that case?

Page 153

1          A.     I'd say probably 10 to 20
2     years ago.  I don't -- I don't recall.
3               And I also don't recall if I
4     was disclosed or not in that.
5          Q.     Are there any other cases
6     that you can think of that you provided
7     testimony as an expert that you haven't
8     mentioned thus far?
9          A.     Not -- not that comes to
10    mind as I'm sitting here right now.
11         Q.     Doctor, you're not an
12    epidemiologist, correct?
13         A.     I would not describe myself
14    as an epidemiologist.  But certainly I
15    have expertise in epidemiology, both by
16    virtue of the research that we do in the
17    laboratory, as well as my training as a
18    physician.
19               Epidemiology is something
20    that I use on a -- on a regular basis in
21    the lab.  I teach cancer epidemiology to
22    medical students.
23               So I certainly have
24    expertise in epidemiology.  I would not

Page 154

1    describe myself as an epidemiologist.
2          Q.    And you're not a
3    biostatistician, correct?
4          A.    I am not a bio -- again,
5    would not describe myself as a
6    biostatistician.  But biostatistics and
7    its use is something we use every day and
8    is essential for our daily activities --
9    my daily activities as a scientist doing
10   research, writing papers.
11              So, certainly, I have some
12   expertise in it.
13         Q.    Doctor, what is the
14   hierarchy of evidence?
15         A.    Well, that's going -- that's
16   going to depend on the context and
17   whether you're asking an epidemiologist
18   or whether you're asking a cancer
19   biologist or whether you're asking, you
20   know -- so if you could -- if you could
21   clarify, I'd be glad to do my best to
22   answer you.
23         Q.    If I'm asking a cancer
24   biologist, what would hierarchy of

Page 155

1   evidence refer to?
2          A.    So sitting here right now,
3   I'm not sure if I've ever heard a cancer
4   biologist use the term "hierarchy of
5   evidence."
6          Q.    Okay.  If I'm asking an
7   epidemiologist, what would that term
8   refer to?
9          A.    In some contexts, and I'm
10  speculating, right, what would an
11  epidemiologist think hierarchy of
12  evidence refers to, it could be the
13  various types of epidemiological studies,
14  you know, which are carried out in human
15  populations.
16         Q.    What would the hierarchy of
17  evidence mean to you?
18              ATTORNEY TRANGLE:  We
19         couldn't hear you, Daniel.
20  BY ATTORNEY NIGH:
21         Q.    What would the hierarchy of
22  evidence mean to you?
23              ATTORNEY TRANGLE:  We still
24         can't hear you.  I'm sorry.  I

Page 156

1          don't know if it's where you're
2          located or something.
3  BY ATTORNEY NIGH:
4          Q.    What would the hierarchy of
5  evidence mean to you?
6          A.    To clarify, are you asking
7  me what is it that I imagine the phrase
8  "hierarchy of evidence" that you're
9  referring to might mean?  Or are you
10  asking me, nothing having to do with that
11  specific phrase, what do I consider to
12  be -- yeah, I don't -- I mean, again,
13  it's not a phrase that cancer biologists
14  use.
15              I've certainly heard it --
16  you know, certainly heard it used in the
17  context of litigation.  I've certainly
18  heard it used in the context of
19  epidemiologists discussing the different
20  types of epidemiological studies.
21              THE WITNESS:  I apologize,
22          I'm not sure if it's when you turn
23          away --
24              ATTORNEY TRANGLE:  Yeah,

Page 157

1          there's something going on.

2                 THE WITNESS:  -- your voice

3          goes out.  So if you could repeat

4          your question?

5    BY ATTORNEY NIGH:

6          Q.    When you're teaching cancer

7    epidemiology, do you refer to the

8    hierarchy of evidence in any way?

9          A.    I do not believe so, no.

10         Q.    Do you have any

11   understanding of what the hierarchy of

12   evidence refers to for epidemiologists?

13         A.    Yes.

14         Q.    And what would that mean?

15         A.    Well, it has to do with sort

16   of the -- the general ordering of -- the

17   general ordering of studies, if you will,

18   from sort of strongest to weakest, as far

19   as the ability to make inferences

20   regarding causation is generally how I

21   hear it used.

22         Q.    Do you have any opinion on

23   the hierarchy of evidence?

24         A.    I'm not sure what you're

Page 158

1    asking me.
2         Q.    Like, do you agree with the
3    structure of the hierarchy of evidence
4    that epidemiologists use?
5         A.    It would depend on what the
6    context is.  And it certainly isn't an
7    absolute.
8              And I'd be glad to expand on
9    that, if that would be useful to you.
10        Q.    When -- when epidemiologists
11   are referring to the hierarchy of
12   evidence, clinical -- randomized clinical
13   trials are at the top, correct?
14        A.    Yes.  Randomized placebo --
15   typically, randomized placebo-controlled.
16   But at the very least a randomized
17   clinical trial, yes.
18        Q.    And then below that would be
19   observational studies?
20        A.    Observational studies would
21   generally be listed below that.
22              But, again, I want to make
23   the point that you can have a randomized
24   controlled trial that is less informative

Page 159

1    than an observational study.

2                    It isn't that -- that's what

3    I meant before by saying there -- there

4    is no absolute of, well, one is always

5    better than the other and one should

6    always be, you know, deferred to in light

7    of the other.

8                    As in all things, it depends

9    on the specifics of, you know, what the

10   studies are, what the questions were, and

11   all of the elements of those studies and

12   how they were executed.

13          Q.    Doctor, do you agree that it

14   would be unethical to knowingly give

15   people valsartan contaminated with NDMA

16   in a clinical trial?

17                    ATTORNEY TRANGLE:  Objection

18          to form.

19                    THE WITNESS:  If you're

20          asking me would it be unethical to

21          perform a clinical trial whose

22          sole purpose was to determine

23          whether participants who took

24          valsartan containing NDMA

```
                                        Page 160
 1          developed cancer at a higher rate
 2          than did participants taking
 3          valsartan not containing NDMA, if
 4          that's what you're asking me,
 5          well, that study whose purpose
 6          would be to generate -- to
 7          determine cancer causation, that
 8          would not be an ethical study.
 9   BY ATTORNEY NIGH:
10          Q.    Are you aware of whether any
11   clinical trial was completed where
12   valsartan with NDMA was given to people
13   in the clinical trial?
14          A.    When you say "a clinical
15   trial," do you mean a randomized
16   controlled trial?  Is that what you're
17   saying?
18          Q.    Let me reword it.
19                Doctor, are you aware of
20   whether any randomized clinical trial was
21   completed where valsartan with NDMA was
22   given to people in the clinical trial to
23   test whether or not people exposed to
24   valsartan with NDMA increased their risk
```

Page 161

1    of cancer?

2         A.    Again, if you're asking

3    me -- because I just want to make sure

4    about the terminology.

5              If you're asking me, you

6    know, a prospective clinical trial, you

7    split people into two groups, one group

8    you intentionally give valsartan that

9    contains NDMA and the other group you

10   give valsartan that does not contain NDMA

11   where the -- where the purpose, the

12   primary endpoint of the trial is cancer

13   development, well, no, I don't believe

14   that trial has been done.

15             And as I said before, nor

16   would that be an ethical trial.

17        Q.    In terms of observational

18   studies in the hierarchy of evidence,

19   cohort studies are generally higher than

20   case-control studies, correct?

21        A.    Again, in general, they are

22   higher.

23             But I'll -- I will add the

24   same proviso that I said earlier is that,

Page 162

1    well, it depends on the studies, of

2    course and how they're designed and how

3    they're executed.

4              That isn't automatic that

5    one would say, ah, this observational

6    study is going to be better than this

7    case-control study.

8         Q.    Doctor, the valsartan

9    epidemiological studies that measured an

10   exposed group to NDMA versus an unexposed

11   group, the outcome that they were

12   measuring was the diagnosis of cancer,

13   correct?

14        A.    Well, it depends which of

15   the studies that you're referring to.

16              So if you want to -- can you

17   specify which study you're referring to?

18        Q.    Well, you mentioned five

19   studies, I believe, valsartan

20   epidemiological studies, in your report,

21   correct?

22        A.    Yes.

23        Q.    And in all of those studies,

24   the outcome that they were looking at is

Page 163

1  diagnosis of a cancer, correct?

2         A.    Well, they are actually

3  looking at diagnostic codes, which is one

4  step removed from diagnosis.

5         Q.    Right.  They are -- those

6  studies are not designed to look to see

7  whether or not individuals had undetected

8  or undiagnosed cancers, correct?

9         A.    I don't even know what such

10 a study would look like whose goal would

11 be to detect a thing that's undetectable

12 or undetected.

13             So, yes, as I said, the

14 endpoint of those, since they were

15 essentially, like, insurance database

16 type studies, healthcare cost related,

17 are looking at diagnostic codes that get

18 entered.

19             So it's not -- it's not a

20 chart review.  It's not adjudicated.  It

21 isn't, yeah, here is their medical

22 record.  It's not, oh, the pathology,

23 yes, it really was that disease.

24             They're looking at

Page 164

1  diagnostic codes, that's the endpoint, is
2  my understanding of those trials.
3         Q.    Doctor, there are studies
4  that compare undiagnosed conditions,
5  correct?
6         A.    I don't know.  That's such a
7  vague question.  I don't know what you're
8  referring to.
9         Q.    For example, for celiac,
10  they can take everybody -- all the
11  asymptomatic patients and they can look
12  at their blood results and see if they
13  have celiac or not, whether or not
14  they're symptomatic, right?
15         A.    If you're asking me is that
16  a conceivable clinical study that could
17  be done in the setting of celiac disease,
18  I suppose.
19                I don't -- I don't think I'm
20  here to talk about celiac disease, but.
21         Q.    Right.  My point is, you can
22  actually do studies that look for
23  undiagnosed issues in epidemiology
24  studies, right?

Page 165

```
 1              ATTORNEY TRANGLE:
 2         Objection.  Asked and answered.
 3              THE WITNESS:  If you're
 4         asking me in some contexts in
 5         medicine is it possible to do a
 6         study that asks about the presence
 7         of a disease in a population that
 8         has not yet been detected, yes,
 9         such studies are -- are possible.
10              And as with all things, it
11         depends on what the -- what the
12         disease is and, you know, what the
13         detection method is, et cetera,
14         et cetera.
15    BY ATTORNEY NIGH:
16         Q.    And those studies can also
17    be detected -- or carried out not just by
18    looking at blood but also looking at
19    diagnostic images, like ultrasounds, CT
20    scans and MRIs, correct?
21              ATTORNEY TRANGLE:  Is that a
22         hypothetical?
23              THE WITNESS:  I mean,
24         theoretically, I can imagine such
```

Page 166

```
 1        studies that would have imaging
 2        endpoints as opposed to some other
 3        endpoint.
 4  BY ATTORNEY NIGH:
 5        Q.    You're not aware of any
 6  valsartan studies being conducted that
 7  way, though, correct?
 8        A.    Can you be more specific
 9  about --
10        Q.    Yes.  Let me strike that.
11              You're not aware of any
12  valsartan epidemiological studies that
13  measured the effects of NDMA and cancer
14  outcomes where they looked at undiagnosed
15  conditions, correct?
16        A.    What undiagnosed conditions
17  are you referring to?
18        Q.    Undiagnosed liver cancer.
19        A.    And just to clarify, to make
20  sure I understand your question, you're
21  asking me, am I aware of a clinical trial
22  that was done for people exposed to
23  valsartan-containing NDMA versus
24  non-containing NDMA, where the endpoint
```

Page 167

1    was to do some type of test to ascertain

2    whether there was undiagnosed liver

3    cancer?

4         Q.    That's all correct, except

5    for clinical trial.  It could also be

6    done in an epidemiological study.

7              Are you aware of any of

8    those?

9         A.    Sitting here right now, it's

10   not immediately apparent to me how -- how

11   one would do that study with an imaging

12   endpoint.

13             But there's nothing that is

14   coming to mind sitting here right now.

15   But if you'd like to show me, if there's

16   a study you have in mind, I'd be glad to

17   look at it and tell you whether I've seen

18   it before.

19             It's very hard for me to

20   imagine what the endpoint would be that

21   would be biologically meaningful.

22        Q.    Doctor, nearly all

23   observational studies have limitations,

24   correct?

Page 168

1          A.    So, yes, I would say
2    probably all studies have limitations.
3    So, certainly, that would include
4    observational epidemiological studies.
5          Q.    Nearly all or all studies
6    have potential confounding factors that
7    can't be ruled out, correct?
8          A.    Can you -- can you repeat
9    that?
10          Q.    Nearly all observational
11    studies have potential confounding
12    factors that cannot be ruled out,
13    correct?
14          A.    I think I would say that,
15    you know, chance bias and confounding are
16    extremely common issues in observational
17    epidemiological studies.
18                There's an extent to which,
19    if you're dealing with a relative risk
20    that's 30 and has been replicated in, you
21    know, many, many different types of
22    studies and many, many studies, in that
23    scenario, even if there is some residual
24    confounding, it doesn't change --

Page 169

```
 1  unlikely to change the answer, whereas if
 2  you're dealing with an effect that has a
 3  very small or weak hazard ratio, then
 4  it's very hard to rule out chance bias
 5  and confounding as a potential
 6  explanation.
 7       Q.    And the study authors of
 8  nearly all observational studies point
 9  out potential confounding factors that
10  they couldn't adjust for in the study,
11  correct?
12       A.    I think that would -- it's
13  fair to say that that's an extremely
14  common and almost anticipated section of
15  a discussion of an observational
16  epidemiological paper.
17       Q.    Doctor, what is a
18  confounding factor?
19       A.    A confounding factor, I
20  would say in this context of an
21  epidemiological study, would be a factor
22  that could, basically, you know, alter or
23  skew the results so that instead of
24  the -- if you will, the true result, in
```

```
                                          Page 170
 1    air quotes, you -- you are misled in some
 2    way because of a confounding factor.
 3            Q.    What is a potential
 4    confounding factor?
 5                    ATTORNEY TRANGLE:  We can't
 6            hear you again.
 7    BY ATTORNEY NIGH:
 8            Q.    What is a potential
 9    confounding factor?
10            A.    Are you asking me as a
11    general matter?  I'm not sure what you're
12    asking me.
13            Q.    What is a potential
14    confounding factor, yeah, as a general
15    matter?
16            A.    If I was doing a study that
17    said people who carry a lighter in their
18    pocket have a higher risk of lung cancer,
19    a confounding factor would be because
20    carrying a lighter in your pocket is very
21    strongly associated with tobacco smoking.
22                    So that would be a
23    confounding -- so if your conclusion was,
24    carrying a lighter in your pocket is
```

Page 171

1    carcinogenic, it causes lung cancer,

2    well, you would be wrong.  And you would

3    be wrong because of a confounding

4    association.

5              That would be one -- one

6    example that comes to mind.

7        Q.    Okay.  So that would be a

8    confounding factor.

9              What is a potential

10   confounding factor?

11       A.    I'm not sure I'm

12   understanding the distinction here.

13             Could you clarify?

14       Q.    When you see the words

15   "potential confounding factor" in an

16   observational study, how is that

17   different than a confounding factor?

18       A.    Okay.  I think, to my

19   reading, if authors state a potential

20   confounding factor, it essentially says

21   they don't know, one way or the other,

22   whether it actually was a confounding

23   factor or not, since, at some level, that

24   requires you to know ground truth.

Page 172

1        Q.     And, Doctor, just because

2   some potential confounding factors are

3   not ruled out in an observational study,

4   this doesn't necessarily make the study

5   findings unreliable, correct?

6           A.     I think, as -- I think, as

7   with all studies, that when you evaluate

8   a study, you have to take into

9   consideration all the elements, including

10   potential confounding factors, and that

11   you're factoring that into the weighting

12   of that evidence.

13              You're not -- in the vast

14   majority of cases that I can think of,

15   you're not simply discarding the study

16   and saying it shouldn't even be

17   considered because it has a -- it has a

18   potential confounding factor.

19              So it's just getting -- it's

20   getting factored into the -- to the

21   overall weight.  It's going to depend on

22   what's the context, what's the disease,

23   what are the potential confounding

24   factors, in order to have some sense of,

Page 173

1  you know, an estimation of how important

2  might that be.

3          Q.    Doctor, non-differential

4  misclassification generally leads to bias

5  toward the null, correct?

6          A.    So it's my understanding

7  that non-differential classification

8  oftentimes can result in bias towards the

9  null, but doesn't necessarily do so, at

10 least that's what my epidemiological

11 colleagues tell me.

12              That that's not a necessity.

13 But certainly it can be the case, is my

14 understanding.

15         Q.    My question is a little bit

16 more nuanced than that.

17              Non-differential

18 misclassification generally leads toward

19 bias toward the null more often than not,

20 correct?

21         A.    I think I answered your

22 question, but I'll -- I'll repeat and say

23 it can.  It doesn't necessarily do so.

24              I don't have an opinion, one

Page 174

1    way or the other, right now, of what the
2    percentage of time, you know, is that it
3    does versus it doesn't.
4              I think it is a common -- it
5    is a commonly held assumption that that
6    is the case.  It is just simply not
7    necessarily the case, to my
8    understanding.
9         Q.    Doctor, you reviewed the
10   ranitidine epidemiology as part of your
11   opinion in this case, correct?
12        A.    I did, yeah.  I tried to
13   summarize it concisely.
14             Q.    What are the amounts of NDMA
15   in ranitidine?
16             A.    Well, that's -- that is a --
17   that is a matter of some contention.
18             But I will say in the
19   ranitidine litigation there were -- I'm
20   not sure what the right word is, whether
21   it's allegations, claims, hypothesized
22   levels that were of a similar order of
23   magnitude, in terms of daily doses, as in
24   this litigation.

Page 175

1              But there was a range that
2    was part of the complexity of that
3    litigation; there was an estimated range
4    from lower to higher.
5          Q.    If you were comparing the
6    amount of NDMA in Zantac or ranitidine
7    compared to the amount of NDMA in a
8    Prinston Pharmaceutical valsartan, how do
9    they compare?
10         A.    So Prinston Pharmaceutical,
11   sitting here right now, without the
12   numbers in front of me, I recall at
13   20.19 micrograms per tablet, something
14   like that, at least in FDA measurement.
15              If I think of -- the Avay
16   paper, I believe, came up with a figure
17   for ranitidine, if ranitidine was subject
18   to high temperature, high humidity for
19   extended periods of time that the level
20   present in a ranitidine tablet could
21   theoretically be on the order of
22   35 micrograms of NDMA per tablet.
23              But, again, part of the
24   complexity of the ranitidine litigation

Page 176

1    was that was hypothesized to be dependent

2    on storage conditions and things of that

3    nature.

4                    And so, you know, it's

5    not -- in those cases, not possible to

6    say -- it was not -- the issue was not,

7    what is present at the time of

8    manufacture in the ranitidine litigation,

9    it was, well, under the conditions in

10   which people used ranitidine what might

11   the concentrations have been?

12                   But as I'm saying in the

13   ranitidine litigation, some of the

14   hypothesized levels were higher than the

15   Prinston Pharmaceutical.

16                   And certainly -- well, I

17   think it was often the case that the

18   durations of exposure in the ranitidine

19   litigation for many plaintiffs were

20   longer than the duration of exposure

21   in -- at least for Mr. -- for Mr.

22   Roberts.

23                   But in general, for -- I

24   think, for the valsartan plaintiffs,

                                        Page 177

1    in -- such that the total cumulative

2    doses that were hypothesized in certain

3    settings to represent cumulative NDMA

4    exposures, in general, they were somewhat

5    higher for ranitidine than for valsartan.

6                But, again, as I've said,

7    for ranitidine, there were estimates that

8    were across a range.

9          Q.    Doctor, you were an expert

10   in the ranitidine litigation, correct?

11         A.    Correct.

12         Q.    What did you believe the

13   ranges of NDMA were in the ranitidine

14   pill?

15               ATTORNEY TRANGLE:

16         Objection.

17               THE WITNESS:  So my -- my

18         approach to that matter was to

19         basically consider the range of,

20         here is what it might have been on

21         the low side, here is what it

22         might have been if plaintiffs'

23         experts were correct.  And it was

24         an extremely high number.

Page 178

1              And I considered that full

2         range.  So if you would say -- I

3         would say my -- my evaluation of

4         the potential carcinogenic effects

5         were agnostic to the dose, in that

6         I started as a -- saying, well,

7         let's consider the entire range of

8         what's been alleged as the

9         approach.

10  BY ATTORNEY NIGH:

11         Q.    How does the FDA testing

12  levels of NDMA compare for valsartan

13  compared to ranitidine?

14         A.    It depends on the -- it

15  depends on the lot.  It depends on the --

16  on the -- again, on the storage

17  conditions.  So there was a pretty broad

18  range for -- as I recall, for the -- for

19  the FDA testing.

20              But an important part of the

21  litigation really had to do with, well,

22  here -- here might be a measurement close

23  to the time of manufacturing, but what

24  happens over long periods of time under

Page 179

1   different sorts of environmental storage

2   conditions.

3              But I don't recall the

4   specific FDA measurements as they were

5   originally posted.  I don't remember what

6   those specific ones were.

7              And if there's -- at some

8   point -- I apologize, if at some point we

9   could take a really quick break, I would

10  be grateful.

11             ATTORNEY NIGH:  That's fine

12        for me right now.

13             VIDEO TECHNICIAN:  We're off

14        the record at 12:22 p.m.

15                  -   -   -

16             (Whereupon, a brief recess

17        was taken.)

18                  -   -   -

19             VIDEO TECHNICIAN:  Back on

20        the record at 12:53 p.m.

21  BY ATTORNEY NIGH:

22        Q.    Doctor, were there any

23  conflicts of interest in the studies that

24  you resolved that were were concerning to

Page 180

1    you?

2         A.    I missed one word.  Were

3    there any studies?

4         Q.    Doctor, did you review the

5    conflict of interest of the various

6    studies that you reviewed?

7         A.    Yes.  I mean, we're talking

8    about across the several hundred that I

9    have cited, I generally will look at the

10   potential conflict of interest section.

11        Q.    Were there any that were

12   concerning to you?

13        A.    I don't think concerning is

14   a phrase I would use.  It's something

15   that I factor in, along with all of the

16   other information.

17        Q.    Okay.  I don't think I saw

18   anything in your report that mentions

19   conflict of interest for any of the

20   studies.

21            Is that accurate?

22        A.    That's probably accurate.

23        Q.    So are there any studies

24   that the conflict of interest caused you

                                        Page 181

 1   to doubt or discount the findings in the

 2   studies?

 3           A.    No.  I'd say in some ways

 4   this is similar to the issue you were

 5   just asking me about, with respect to

 6   potential confounders, that I don't -- I

 7   don't see a -- I don't read a potential

 8   conflict of interest -- I mean, it

 9   depends how they're -- how they're

10   phrased -- and say, ah, I will not -- I

11   will not read this paper or I will

12   entirely discount it.

13              But I'll certainly factor it

14   in.  And my opinions are based on, you

15   know, the overall weight of the evidence

16   where the -- I'd say the vast majority of

17   papers, you know, do not have, you know,

18   potential conflicts of interest.

19              But it's factored in.  It

20   would not lead me to entirely discount a

21   paper.  I'm looking for a consensus of

22   the scientific literature, to the extent

23   that that is present.

24           Q.    Well, Doctor, you do mention

Page 182

1    potential confounding factors in various

2    epidemiological studies in your report,

3    correct?

4             A.     Yes.

5             Q.     But you don't mention any

6    conflicts of interest in your report,

7    right?

8             A.     I am -- I am hard-pressed to

9    imagine how I would mention that in the

10   same way that -- yeah.  I don't know how

11   I would even bring it up.

12                  It's part of my looking for

13   what the consensus and the weight of the

14   literature is.  I don't know what I would

15   say about it.

16            Q.     For any of the valsartan

17   epidemiological studies, were there any

18   conflicts of interest that were

19   concerning to you?

20            A.     I -- I don't recall without

21   having them in front of -- in front of

22   me.

23                  And, again -- I'll say it

24   again, I would not discount a study in

Page 183

1    its entirety if there was some potential

2    conflict of interest that is -- that is

3    listed.  I would factor it into my

4    overall consideration of the paper.

5                   But there's nothing that

6    comes to mind immediately on that.

7            Q.     For any of the ranitidine

8    studies, were there any conflicts of

9    interest that were concerning to you?

10           A.     Again, I'm feeling --

11   feeling repetitive.

12                  It's the same as for this

13   body of literature, that there are things

14   that I would factor into consideration.

15   But it would not lead me -- it would not

16   lead me to eliminate consideration of --

17   you know, of some piece of evidence, some

18   study.  I would -- I would consider it.

19   I would factor it in.

20           Q.     Were there any studies that

21   you recall where you did factor that in,

22   a conflict of interest that were

23   concerning, in the ranitidine

24   epidemiological -- epi -- ranitidine

Page 184

1    epidemiological studies?
2                ATTORNEY TRANGLE:
3         Objection.  Asked and answered.
4                THE WITNESS:  Yeah.  So it's
5         several hundred papers.  There's
6         nothing that comes to mind sitting
7         here right now.
8             If there's something you
9         want to show me, I would be glad
10        to look at it with you and comment
11        on it.
12   BY ATTORNEY NIGH:
13        Q.    For the endogenous NDMA
14   papers that you relied upon, were there
15   any conflicts of interest that were
16   concerning to you?
17        A.    So, again, given that I
18   reviewed hundreds of papers, I do not
19   have a specific recollection, sitting
20   here right now, of a potential conflict
21   of interest that was listed that led me
22   to say, I'm -- I am expunging this, I
23   will -- I will not look at this.
24             But this is just sitting

Page 185

1  here right now.  I have not committed
2  those several hundred papers to memory,
3  much less specific sections of them.
4         Q.    And I'm not asking about
5  what's committed to memory.
6              I just -- your report points
7  out potential confounding factors that
8  are concerning, but it doesn't point out
9  any conflicts of interest that are
10 concerning.
11             So my question is, were
12 there any endogenous NDMA papers where
13 the conflict of interest was concerning
14 to you?
15             ATTORNEY TRANGLE:
16        Objection.  Asked and answered.
17             THE WITNESS:  I -- and so
18        my -- my memory here is relevant
19        in that it's hundreds of papers,
20        that's one piece of an article,
21        and there's nothing that comes to
22        mind sitting here right now.
23             If you'd like to show me
24        something and say, here is a

Page 186

1              potential conflict of interest

2              that the authors listed, how do

3              you evaluate that?  Is that

4              concerning to you?  I would be

5              glad to comment on any -- any and

6              all questions you might have.

7  BY ATTORNEY NIGH:

8              Q.    Doctor, how does a cirrhotic

9  liver impact a person's ability to repair

10  DNA and metabolize NDMA?

11              A.    So as a general matter, a

12  cirrhotic liver is going to be less able

13  to carry out sort of the -- the

14  biochemical and cellular reactions that

15  the liver needs to.  That's -- so if you

16  have symptomatic cirrhosis, that's

17  essentially a circular definition.

18              I'm not aware of a body of

19  literature in human beings that addresses

20  the question that you asked about whether

21  a patient with cirrhosis, whether their

22  liver handles NDMA in a different manner.

23              Again, it's going to --

24  as -- as with many human tissues, the

Page 187

1    point of tissue dysfunction at which --

2    what's the best way to say it -- sort of

3    the fraction of the parenchyma of an

4    organ that has to be destroyed before you

5    impact a particular function depends

6    on -- on both the tissue and what the

7    specific function is.  So you may lose

8    the ability to do certain things, you

9    know, before others.

10                But I'm not aware of a

11   specific study that looks at how NDMA

12   metabolism is different in patients with

13   cirrhosis versus not.

14          Q.    And how about for DNA

15   repair?

16          A.    Given that, you know, DNA

17   repair -- it's relatively rare, in my

18   experience, that DNA repair, which is

19   basically a rate of repair over time, is

20   measured in living patients.

21                So I'm not aware of a -- I'm

22   not aware of a study that measures rates

23   of DNA repair in cirrhotic patients in

24   the liver.

```
                                        Page 188

 1              There may be studies that
 2    look at levels of DNA damage.  But I'm
 3    not -- sitting here right now, I'm not --
 4    I don't recall seeing papers on that
 5    particular point.
 6          Q.    You mentioned a systematic
 7    cirrhosis may impact the ability of the
 8    liver to metabolize NDMA; is that right?
 9              ATTORNEY TRANGLE:
10          Objection.  Mischaracterizes his
11          testimony.
12              ATTORNEY NIGH:  Again, my
13          question was is that right.  It's
14          an inappropriate objection.
15    BY ATTORNEY NIGH:
16          Q.    Doctor, you can answer.
17          A.    From the words that you
18    said, I don't recognize those words as
19    something that I said.
20              But if you want to read back
21    my statement, I'd be happy to revisit it.
22          Q.    Doctor, you mentioned
23    systematic cirrhosis.
24              What did you mean by that?
```

Page 189

1          A.    I don't think I said
2     systematic cirrhosis.  I don't know what
3     systematic cirrhosis would be.
4          Q.    Maybe you used the word
5     symptomatic cirrhosis.
6          A.    Probably.
7          Q.    Does that sound correct?
8          A.    Symptomatic.
9          Q.    Okay.  What is symptomatic
10    cirrhosis?  What are you refer to -- are
11    you referring to?
12         A.    So, for instance, a patient
13    who has a symptom that is -- would be
14    associated with cirrhosis; so that could
15    be portal hypertension, that could be
16    ascites, that could be, you know,
17    sequestration of platelets in the spleen,
18    that could be the imaging appearance or,
19    you know, feeling -- having pain related
20    to having an enlarged liver.  You know,
21    it could be, you know, a variety of
22    things.
23              But it could be -- one could
24    either have signs or symptoms of

Page 190

1    cirrhosis as opposed to, you know, not

2    having, you know, as opposed to not.

3            Q.    And how would those signs or

4    symptoms of cirrhosis impact a person's

5    ability to metabolize NDMA?

6                    ATTORNEY TRANGLE:

7            Objection.  Asked and answered.

8                    THE WITNESS:  Yeah.  I

9            don't -- I said I don't

10           necessarily know that it -- that

11           it would impact their metabolism

12           of NDMA.

13                   I mean, I think it's fair to

14           say that, by definition, a

15           cirrhotic liver has sustained,

16           typically, long-term damage over

17           decades, you know, most commonly,

18           but certainly over many years,

19           that have impacted the tissue

20           architecture, you know, the amount

21           of fibrosis, you know, blood flow

22           through it.  A variety of things.

23                   So it reflects a process

24           that's generally been going on for

Page 191

1          a long time.

2                 I'm -- as I've said, sitting

3          here right now, I'm not familiar

4          with studies that examine the

5          disposition of NDMA in cirrhotic

6          patients versus non-cirrhotic

7          patients.

8    BY ATTORNEY NIGH:

9          Q.    Would a diseased liver, a

10   more diseased liver, impact somebody's

11   ability to DNA repair?

12         A.    Did you say "a diseased

13   liver"?

14         Q.    Yes.

15         A.    What's that -- I mean, of

16   course, there's many diseases of the

17   liver.  So you could have a disease of

18   the liver -- well --

19         Q.    Let me strike that question.

20                Can a more diseased liver

21   cause problems with a person's DNA

22   repair?

23                ATTORNEY TRANGLE:

24         Objection.  Vague.

Page 192

1              THE WITNESS:  Liver -- I
2        apologize, I'm just trying to wrap
3        my head around your question and
4        make sure that I do as good a job
5        as I can in answering it.
6              So the question again is?
7   BY ATTORNEY NIGH:
8        Q.    Can a more diseased liver
9   impair a person's ability to repair DNA
10  in the liver?
11             ATTORNEY TRANGLE:
12        Objection.
13             THE WITNESS:  More -- more
14        diseased than what?
15  BY ATTORNEY NIGH:
16        Q.    Than general, the general
17  population.
18        A.    So sitting here right now, I
19  cannot think of a study that examines
20  rates -- as I think I've said, that
21  examines rates of DNA repair in a -- as a
22  function of liver disease in humans,
23  given it's relatively uncommon that rates
24  of DNA repair are measured.

Page 193

1          But, again, there are so

2     many different liver diseases, some of

3     which may actually be due to inherited

4     mutations, you know, in genes that could

5     impinge on DNA repair.

6          So I can't -- I can't tell

7     you, oh, there is no such thing.  But

8     sitting here right now, I'm certainly not

9     aware -- I'm not aware of such a study.

10          And, again, measuring rates

11    of DNA repair, you know, in human beings

12    is, at least in my experience, unusual.

13    Because it's a very hard thing to do.

14         Q.    Doctor, do you have any

15    opinions as to when Mr. Roberts first had

16    cirrhosis?

17         A.    So my recollection of the

18    medical record was that -- because in

19    April 2016, he had an ultrasound and a

20    CT, abdominal CT, as I recall, and there

21    was a notation at that time by a

22    radiologist that that was -- the images

23    were consistent with cirrhosis.

24          The record refers, I think,

Page 194

1    as -- just thinking back, 2009, I believe

2    there's a reference to -- to Mr. Roberts

3    having NASH and to Mr. Roberts reporting

4    that he had been told since he was a

5    teenager that he had fatty liver.  And

6    so -- suggesting that this may have been

7    a longstanding process.

8              But as far as cirrhosis

9    specifically, I believe, at least in the

10   medical record, as I can recall it

11   sitting here right now, April 2016 was

12   the first mention of it.

13             But, of course, that -- that

14   doesn't, you know -- that's certainly not

15   saying he didn't have cirrhosis prior to

16   April 2016.

17        Q.    And, Doctor, he wasn't

18   actually diagnosed with cirrhosis in

19   April of 2016, correct?

20        A.    I believe what I just said

21   was that the notation by the radiologist

22   was that the appearance of the liver -- I

23   don't remember whether the wording was

24   consistent with cirrhosis or suggestive

Page 195

1  of cirrhosis, or something to that

2  effect.

3          But I don't know when

4  someone first used the diagnostic code,

5  you know, for cirrhosis.

6          But if you're going back in

7  time to look for evidence of cirrhosis, I

8  would consider that to be evidence of

9  cirrhosis.

10      Q.    Doctor, how long does it

11  take a person to develop HCC due to

12  cirrhosis after first having cirrhosis?

13      A.    So I think that the things

14  that there's reasonable evidence for that

15  I'm aware of, sitting here right now, is

16  that first cirrhosis, whether it's caused

17  by NASH or alcohol or hepatitis B virus

18  or hepatitis C virus, that the

19  development of cirrhosis is a

20  longstanding process that occurs over

21  years and probably most often decades.

22          There's then an associated

23  body of evidence that asks the question,

24  for patients with cirrhosis, what is the

Page 196

1   rate at which those patients develop

2   hepatocellular carcinoma, which is a

3   surprisingly high -- or it's a high rate,

4   if you will, that I've seen estimated at,

5   you know, 2 to 4 percent per year or

6   something like that.

7          Q.    I don't think that answered

8   my question.

9               How long would it take a

10  person to develop hepatocellular

11  carcinoma due to cirrhosis after first

12  having cirrhosis?

13              ATTORNEY TRANGLE:

14          Objection.  He asked and answered

15          that question.

16              THE WITNESS:  So what my

17          answer was is giving you what the

18          best medical evidence was.

19              You know, in general, the

20          development of hepatocellular

21          carcinoma is, you know, probably,

22          you know, a 10- to 40-year process

23          or whatever it may be.  But it

24          takes place typically in the order

Page 197

1          of, you know, 20 years or more,

2          most commonly.

3                   And it's, if you will, you

4          know, likely happening

5          concurrently with the changes that

6          are happening in the liver that

7          ultimately give rise to cirrhosis.

8                   So you're dealing with a

9          continuum of biological processes.

10         So nobody can say, in a patient

11         who, say, develops cirrhosis over

12         10 years or 20 years, that the

13         process generating hepatocellular

14         carcinoma has not also been going

15         on for some substantial portion of

16         that.

17                  So, effectively, the

18         question that you're asking, you

19         know, we can infer.  But I don't

20         think there is a known specific

21         answer to the question you asked,

22         as I understood it, or at least as

23         I'm remembering it.

24    BY ATTORNEY NIGH:

Page 198

1          Q.    Doctor, have you ever used

2    NDMA in any of your laboratory testing?

3          A.    We've -- to the best of my

4    recollection, I don't believe we've used

5    NDMA.  We've used related N-nitrosamines.

6                But over 30 years and lots

7    of people in the lab, can I tell you

8    definitively that no one has ever used

9    NDMA in the lab for -- for any reason?

10   That, I can't tell you.  But not that

11   comes to mind sitting here right now.

12         Q.    Doctor, NDMA is used in the

13   laboratory to induce animals with liver

14   cancer when they want to study the

15   effects of liver cancer, correct?

16               ATTORNEY TRANGLE:  Object to

17          form.

18               THE WITNESS:  So in the

19          laboratory -- I would say, in

20          general, for laboratory purposes,

21          at least the most common endpoint

22          that comes to mind would be people

23          who are interested in studying DNA

24          damage, DNA damage repair,

```
                                        Page 199
1          carcinogenesis, that it's, you
2          know, a well-known methylating
3          agent.
4               So in a laboratory setting,
5          I suspect that would be the most
6          common use.  But I can't speak to
7          all laboratories or all settings.
8   BY ATTORNEY NIGH:
9          Q.    Doctor, why is it
10  appropriate to rely on animal studies for
11  assessing mechanistic issues like
12  clearance and bioavailability of NDMA in
13  humans?
14         A.    Can you repeat your
15  question?  You phased out at the very
16  beginning.  I couldn't hear whether you
17  said is or isn't.
18         Q.    Why is it appropriate to
19  rely on animal studies for assessing
20  mechanistic issues like clearance and
21  bioavailability of NDMA in humans?
22         A.    So personally I wouldn't
23  consider clearance to be a mechanistic --
24  I mean, yes, it's a mechanistic issue if
```

Page 200

1    what you're interested in is clearance.

2                    But if what you're

3    interested in is carcinogenicity, that

4    would be -- that would be one reason to

5    model what happens.

6                    So, again, it goes back to

7    our earlier conversation.  They're

8    models.  So the focus has to be on what's

9    the specific question you're asking and

10   what is -- what is an appropriate model

11   or models to study that thing.

12        Q.    Doctor, I want to talk about

13   variability in blood plasma.

14                    First, there's variability

15   between individuals in the amount of NDMA

16   plasma levels that they would have,

17   correct?

18        A.    If you're asking me if I

19   were to draw a blood sample from

20   Patient A and Patient B and then to

21   measure the NDMA levels in their

22   bloodstream, is it likely that there's

23   variability in that?  Yes.  As there is

24   in most things related to living

Page 201

1    organism.  Yes.

2            Q.    And some patients don't even

3    have any NDMA that's detected in their

4    blood plasma levels, correct?

5                    ATTORNEY TRANGLE:

6            Objection.  Vague.

7                    THE WITNESS:  So the

8            question as you ask it is simply

9            pointing out that there are

10           limitations to the sensitivity of

11           the methodology for detecting NDMA

12           directly.

13                   However, if one looks at, if

14           you will, a tell-tale sign that

15           NDMA was there, well, that's

16           detectable in everybody.

17                   So NDMA is, as I tried to

18           mention before, it's a precursor.

19           It's not -- that's not actually

20           the mutagen.  It's what NDMA gets

21           converted to.  And one can see,

22           you know, there are -- there are

23           other ways to measure sort of the

24           footprints, if you will, of NDMA

Page 202

1          that can be measured in a more

2          straightforward manner.

3                  But looking at just NDMA

4          that has not been metabolized

5          is -- as I said before, that's a

6          more technically challenging

7          feature.

8                  For a patient who doesn't

9          have -- let's say you draw a blood

10         sample, you do not detect NDMA in

11         that -- in that plasma sample.  My

12         conclusion from that would not be,

13         oh, this patient doesn't have

14         NDMA.  It would simply be, at

15         the -- at the moment that you drew

16         it, in whatever, you know, their

17         eating history is, et cetera, et

18         cetera, et cetera, the level was

19         below what you were able to

20         detect.

21   BY ATTORNEY NIGH:

22         Q.    And that's because at the

23   time that you draw the blood, the amount

24   of NDMA is not in a steady state in a

Page 203

1  person's body, correct?

2            ATTORNEY TRANGLE:  Object.

3        Vague.  What is the reference to?

4        What is --

5            ATTORNEY NIGH:  There's not

6        a reference.  It's a general

7        concept.

8            THE WITNESS:  Can you

9        restate the question, please?

10 BY ATTORNEY NIGH:

11       Q.    Right.  You talked about

12 there could be variability in NDMA

13 depending on when you draw the blood,

14 right?  Depending on how far was it from

15 when they had a meal, correct?

16       A.    Well, what I'm -- what I'm

17 saying is -- I guess that was my inartful

18 way of saying we talked about Patient A

19 and Patient B and I take a sample from

20 each at some point in time.

21            But even if I looked at

22 Patient A across different time points,

23 undoubtedly you would get different

24 levels of NDMA at different points in

Page 204

1   time.

2           I don't know how -- how

3   better to say that.

4           There is, like, a common

5   issue in medicine of how does one get --

6   for something that changes over time, how

7   does one get, you know, an estimate, if

8   you will, of sort of the integrated

9   exposure.

10          Q.    The same is true for

11  nitrites; there's a lot of variability

12  between the amount of nitrites in a

13  person's blood between Subject A and

14  Subject B, correct?

15          A.    Well, I'm -- when you say a

16  "lot of variability," that -- that

17  doesn't have specific meaning for me.

18          So I guess I would just say

19  it in the same way as NDMA, that is there

20  variability over time within a patient?

21  Yes.  Is there variability between

22  patients?  Yes.

23          Q.    And there are some patients

24  that when their blood is drawn and

Page 205

1    measured for nitrites, there is no

2    nitrite detected over multiple

3    measurements of time, correct?

4                    ATTORNEY TRANGLE:

5           Objection.  Vague.

6                    THE WITNESS:  I would need

7           to see what you're referring to,

8           right.  It's going to depend on

9           what's the study?  What's the

10          methodology?  What's the assay

11          that's being used?

12                  I would need to know more

13          about that hypothetical experiment

14          you're talking about.

15   BY ATTORNEY NIGH:

16          Q.    And, Doctor, for NDMA in

17   blood plasma -- plasma, the same is true,

18   there are some patients that, over

19   multiple measurements of time, have no

20   NDMA detected in their blood, correct?

21                   ATTORNEY TRANGLE:

22          Objection.  Asked and answered.

23                   ATTORNEY NIGH:  It's a

24          different question.

Page 206

```
 1              THE WITNESS:  So I'm not --
 2         so it's really going to depend on
 3         what is the assay methodology and
 4         its sensitivity, you know, how it
 5         was carried out.
 6              But I think the important
 7         thing, from my perspective in this
 8         answer, is that you just have to
 9         be very careful to not conflate a
10         test that isn't sensitive enough
11         to detect what's there in that
12         specific form versus that somehow
13         means that -- that the patient
14         doesn't have it or has lower
15         levels.
16              Because NDMA, as it's
17         metabolized -- so you can have two
18         people who make -- if you will,
19         let's just do the thought
20         experiment.
21              Two patients who are making
22         the same amount of NDMA and they
23         can have very different levels
24         that are detectable in the
```

Page 207

1          bloodstream for any number of

2          reasons.  Because it's the

3          difference between a steady-state

4          level and flux of a metabolic

5          reaction.

6                  And that's a -- just a

7          really -- that's one of the

8          challenges of doing these kinds of

9          studies.

10    BY ATTORNEY NIGH:

11          Q.    You just stated that two

12    patients who are making the same amount

13    of NDMA, and -- they can have very

14    different levels that are detectable in

15    the bloodstream for any number of

16    reasons.

17                  What are the number of

18    reasons?

19          A.    Yeah.  And so this is -- to

20    be clear, this is -- this is a

21    hypothetical, if you will, a general

22    statement that I'm making based on how

23    metabolism works in a -- in a living

24    organism.

Page 208

1          So if A gets converted to B,
2    there's a rate at which that happens.
3    That's, like, the simplest version of
4    that.
5          So -- and if -- imagine that
6    you're generating -- or some rate which
7    you generate A and that's the same in two
8    individuals.  So you have a bucket of A
9    in each case.
10         Now you say, for one of
11   those people, they convert A to B very
12   rapidly.  And in the other, they convert
13   A to B very slowly.  What you'll see is
14   a -- is a difference in the level of A
15   even though the rate at which A was being
16   generated is the same.
17         So it's just a general
18   metabolism issue of the difference
19   between measuring, if you will,
20   steady-state levels at any point in time
21   as opposed to knowing what are the
22   reaction constants at which things are
23   being inter-converted.
24             And that's especially an

Page 209

1    issue with NDMA.  Because probably one of

2    the reasons why there's such a small

3    fraction of NDMA that is excreted

4    unchanged in the urine is it gets

5    metabolized by a variety of pathways.

6    And then you can, in some cases sort of

7    see its footprint, if you will, of what

8    it gave rise to.

9            But just measuring how much

10   there is in the bloodstream or the urine

11   on its -- on its own doesn't tell you

12   what that amount was.

13           That's why Hrudey and

14   Tannenbaum and Vermeer were modeling

15   things to try to understand, if you will,

16   what does the bucket of A look like, is

17   the simplest way I can think to explain

18   it.

19        Q.    You stated that, in your

20   hypothetical, one converts A to B very

21   rapidly and the other converts A to B

22   very slowly.

23           What would be the factors as

24   to why they are converting differently?

Page 210

1          A.    So I really hesitate here,

2     because I'm literally talking about a

3     hypothetical about this is how metabolism

4     works and this is what the limitations

5     are of measuring steady-state levels for

6     things.

7               So talking in general terms

8     about metabolism, you know, that -- that

9     could be anything from this patient has

10    more of a protein in the plasma that

11    binds -- binds biochemical A more tightly

12    than the form of that protein somebody

13    has or the amount of that protein

14    somebody else has.

15              So the -- the binding of

16    biochemicals in the bloodstream is itself

17    complicated.  Because there -- it's, you

18    know, oftentimes unusual -- many -- many

19    biochemical molecules circulate in a

20    bound form, where they are bound to some

21    plasma protein or some set of plasma

22    proteins.  And each one of those proteins

23    has a level, and the binding to each one

24    of those proteins has an equilibrium

Page 211

1    constant with an on rate and an off rate.
2              And so as with all things in
3    human beings, there's variability.  While
4    at the same time, you know, by serving
5    populations, one can come up with norms.
6    Like, everyone's serum sodium is a little
7    bit different and they might have a
8    slightly different sub-point and it might
9    change based on what you ate or whether
10   you're dehydrated or any number of
11   things.  So there's variability within
12   individuals over time.  There's
13   variability between individuals.
14             But if you look across
15   populations, there's a -- you know, one
16   can arrive at conclusions of, well, what
17   is the normal range for serum sodium.
18        Q.    The amount of NDMA that
19   somebody produces endogenously is
20   dependent upon the amount of nitrate or
21   nitrite that a person has consumed,
22   correct?
23        A.    So I think it's fair to say
24   that the amount of nitrite or nitrate, as

Page 212

1  well as the levels of secondary amines

2  that are present in the diet, would be an

3  influence.

4                  Smoking is -- or using

5  smokeless tobacco, that's likely to be an

6  influence.  The rate at which one reduces

7  nitrate to nitrite by saliva, there's

8  probably going to be some variability in

9  that.

10                 What the microbiome in the

11  gut of the bacteria that would be forming

12  NDMA through metabolism -- I mean, as

13  with -- as with many different metabolic

14  reactions that happen in living

15  organisms, there will be a variety of

16  factors that will -- that will influence

17  it.

18                 But I don't -- you know,

19  secondary amines and nitrates are so

20  common in the diet that one would be --

21  then it's a matter of, well, how much is

22  digested, how much is absorbed, what is

23  the pH, you know, of the stomach in that

24  individual at that point in time.

Page 213

1              There's just many variables.
2    That's why these things are very
3    challenging to investigate, especially in
4    patients.
5         Q.    The amount of NDMA in blood
6    plasma -- sorry.  Strike that.
7              Hrudey looked at numerous
8    studies that gave averages of the amount
9    of NDMA in people's blood plasma,
10   correct?
11        A.    I'd have to -- I'd have to
12   be looking at the paper to refresh my
13   memory.
14             My recollection was he
15   looked at a number of prior studies.
16   And, again, I generally recall he, to
17   some extent, looked at sort of strengths
18   and weaknesses.
19             But I'd have to have the
20   paper in front of me to give you an
21   accurate answer.
22        Q.    Do you recall if even those
23   range of averages between studies had
24   significant ranges --

Page 214

1          A.     I don't recall.

2          Q.     -- between the studies?

3          A.     I don't recall.

4              ATTORNEY TRANGLE:  If you

5          want to ask such specific

6          questions about the study, I

7          request that he be given a copy so

8          he can review.

9              ATTORNEY NIGH:  You have

10         every ability to ask him if you

11         want to.

12   BY ATTORNEY NIGH:

13         Q.     My question was, do you

14   recall if the averages in those studies

15   of NDMA in the blood plasma were

16   significantly different between those

17   studies that they looked at?

18         A.     I do not recall.  It

19   wouldn't -- yeah.  I do not recall

20   sitting here right now.

21              And, again, given that --

22   yeah, I don't recall.

23              But I would be -- I would be

24   glad to go into it if I can look at the

Page 215

1   paper to refresh my memory.

2          Q.    Do you remember if inter --

3   sorry.  Strike that.

4                Did you examine any of those

5   underlying studies that Hrudey reported

6   to see what the variability was between

7   patients in their NDMA in blood plasma?

8          A.    I have a -- have a vague

9   recollection of looking at some of that

10  underlying data.  But I don't have a

11  specific recollection sitting here right

12  now.

13         Q.    Do you recall reviewing any

14  other studies not cited in Hrudey, in

15  terms of looking at the variability in

16  the amount of NDMA in blood plasma in

17  individuals?

18         A.    I would have to go back

19  through my materials considered list.  I

20  may have gotten to other -- to other such

21  studies either -- after looking at ATSDR

22  or an IARC study.

23                I just have no specific

24  recollection of it sitting here right

Page 216

1  now.

2         Q.    Doctor, earlier you stated

3  that the amount of NDMA in ranitidine was

4  dependent on heat, humidity, time or how

5  it was stored; is that correct?

6         A.    I believe what I said was

7  that sort of a central part of both

8  ranitidine litigation and the theories

9  surrounding what exposures might have

10 been in patients taking the drug, that an

11 important factor was evaluating the

12 impact of certain environmental variables

13 on the rate at which the chemical

14 molecule ranitidine might decompose to

15 form NDMA, where I would say what emerged

16 from those studies was that temperature,

17 humidity and time were each apparently

18 variables.

19            Although I would say there

20 wasn't a simple conclusion that came out

21 of that, as in, there wasn't an accurate

22 formula that would enable you to go plug

23 in those things and to -- and to figure

24 it out.

Page 217

1           But -- but there were
2    studies in particular of those three
3    factors, amongst others.
4           Q.    Doctor, the amounts of NDMA
5    that are in valsartan are not dependent
6    on the factors of heat, humidity, time or
7    how it's stored, correct?
8                 ATTORNEY TRANGLE:
9           Objection.
10                THE WITNESS:  I think that's
11          fair to say.  Or at least to my
12          understanding, I have not seen any
13          indication in the literature that
14          it is.
15                ATTORNEY NIGH:  Can we take
16          a five-minute break?  I need to go
17          to the restroom.
18                ATTORNEY TRANGLE:  Can I
19          just ask before we go, you know --
20          let's go off the record, and I'll
21          talk.
22                VIDEO TECHNICIAN:  We're off
23          the record at 1:39 p.m.
24                         -   -   -

Page 218

1              (Whereupon, a brief recess
2         was taken.)
3                   -   -   -
4              VIDEO TECHNICIAN:  We're
5         back on the record at 1:58 a.m.
6    BY ATTORNEY NIGH:
7         Q.    Doctor, other than NDMA,
8    what else can increase the
9    O6-methylguanine levels in a human?
10        A.    So there are -- there are
11   other methyl donors in cells.
12              So S-adenosylmethionine, or
13   referred to as SAM.  If there are other
14   nitrosamines that are where the alkyl
15   group that they transfer is a methyl
16   group, that would also create
17   O6-methylguanine.
18              But, of course, most of
19   the -- I mean, most of the adducts that
20   are formed are actually N7-methylguanine,
21   much more so than O6-methylguanine.  And
22   then there's -- I think it's
23   N3-methyladenine.
24              There's -- there's several

Page 219

1    methylated nucleotides that are -- that

2    are formed.

3            Q.    Can alcohol consumption

4    increase O6-methylguanine levels?

5            A.    I'm not -- I'm not familiar

6    with that literature.  I would have

7    thought that since ethanol is a

8    two-carbon chain, that that might

9    ethylate.

10            But I actually -- sitting

11   here right now, I don't know.  There are

12   no studies that come to mind of ethanol

13   consumption resulting in some direct

14   increase of O6-methylguanine.

15            Q.    Other than thiamine and

16   other nitrosamines, are you aware of

17   other substances that could increase the

18   O6-methylguanine levels in humans?

19            A.    Can you -- can you repeat

20   your question?

21            Q.    Sure.

22            I said other than thiamine

23   and other nitrosamines, are you aware of

24   other substances that could increase

```
                                          Page 220

 1   O6-methylguanine levels in humans?

 2        A.     Are you saying thiamine?

 3        Q.     I thought that's what you

 4   said, thiamine?

 5        A.     No, no.  So the abbreviation

 6   is SAM, S-A-M, and it stands for capital

 7   S-adenosylmethionine.  So S --

 8        Q.     Adenosylmethionine.

 9        A.     -- adenosylmethionine.  It's

10   a methyl donor.

11        Q.     I got it.  Sorry.  I didn't

12   mean to interrupt you.

13             Other than SAM and other

14   nitrosamines, are you aware of any other

15   substances that can increase

16   O6-methylguanine levels?

17        A.     I'm -- I vaguely recall that

18   there are some other things, right, that

19   can transfer methyl groups.

20             And if -- you're talking

21   about endogenous things, I assume.  So

22   endogenously are there other methyl

23   donors?  I -- I believe so.

24             I don't know what their
```

Page 221

1   relative concentrations -- what their

2   relative concentrations are.

3                    But, for sure,

4   N7-methylguanine, which is typically most

5   of the DNA -- most of the DNA adducts

6   formed by NDMA are at the N7 position.

7   And there's lots of that in the cell.  I

8   mean, that's been estimated to be

9   hundreds or thousands of N7-methylguanine

10  residues at any point in time within a

11  cell.

12                   And that's, of course, just

13  a methyl donor reacting with DNA,

14  where -- I mean, a methyl donor will

15  react with RNA, it will react with

16  protein.  It isn't -- there's nothing

17  magical about DNA as the target, if you

18  will.

19      Q.    Doctor, how much NDMA per

20  day do you believe would need to be

21  ingested by humans to increase their risk

22  of liver cancer?

23      A.    So I think the -- I want to

24  be clear that what -- so the opinions

Page 222

1    that I have formulated would be do I

2    think the levels at which Mr. Roberts was

3    exposed would be capable of causing

4    hepatocellular carcinoma?

5                    And that is a different

6    question than can I identify the point at

7    which I think, hypothetically, NDMA total

8    cumulative exposures could cause cancer

9    in human being.

10                   Because the reality is --

11   well, at least my reading of the

12   literature, would say there's no form of

13   human cancer that has been demonstrated

14   to be caused by NDMA.

15                   We don't know in human

16   beings what the dose would be -- the

17   cumulative dose would be that would be

18   required to cause cancer or if it would

19   cause cancer or whether or not you would

20   have -- if nothing would happen or there

21   would be some -- by the time you got to

22   those levels, there would be extreme

23   toxicity.

24                   So I don't think it's -- I

Page 223

1  don't -- I don't think it's possible to

2  say oh, this is -- this is the -- this is

3  the exact number at which you go from not

4  being, you know, possible or probable to,

5  oh, well, now this is the point at which

6  it happens.

7              I don't -- that wasn't the

8  question I was asked to address.

9              So what I do know is the

10  amount that Mr. Roberts was exposed to

11  is, you know, probably, you know -- well,

12  as I've said, is thousands of times lower

13  than what the extrapolated level would be

14  from the animal studies of the most

15  sensitive species and the most sensitive

16  tissue.

17              So it's just orders of

18  magnitude below where I think it would be

19  reasonable to infer some causative

20  effect.

21              But that's -- that's a

22  different question than the question that

23  you asked me.

24         Q.    How much cumulative amount

Page 224

1    of NDMA do you believe would need to be

2    ingested by humans to increase their risk

3    of liver cancer?

4              ATTORNEY TRANGLE:

5         Objection.  Asked and answered.

6              ATTORNEY NIGH:  Different

7         question than the prior one.

8              THE WITNESS:  Could you just

9         help me, because I definitely want

10        to answer your question as

11        accurately as I can.

12             How is it different from the

13        preceding one?

14   BY ATTORNEY NIGH:

15        Q.    The preceding one I asked

16   per day.  This one, cumulative amount.

17        A.    It's the same answer.

18             And daily amounts, you know,

19   I think it's pretty clear that total

20   cumulative doses, in general, and, you

21   know, in toxicology and in exposures, is

22   a better measure of risk than some -- you

23   know, than a daily dose.

24             So the answer that I gave

Page 225

1  for daily dose, to my mind, I was really

2  answering the -- the total cumulative

3  dose, which is, I think, what the most

4  relevant thing is here from a cancer

5  biology perspective of evaluating risk.

6        Q.    So you believe that it would

7  take orders of magnitude higher amounts

8  of NDMA where you think it would be even

9  potentially reasonable to infer some

10 causative effect than what Mr. Roberts

11 consumed?

12       A.    I think my evaluation of the

13 literature, given the estimates of risk

14 based on Peto, which are effectively what

15 the FDA uses to evaluate risk, but uses a

16 method that is exceptionally conservative

17 and given -- you know, I think you would

18 likely have to be, you know, somewhere on

19 that -- on that order of magnitude of the

20 total cumulative doses as extrapolated to

21 human beings.

22            But I -- that's not the

23 question I was asked to address in this

24 litigation, nor was it the question that

Page 226

1    I did address.

2              I did not address at what --

3    at what precise point is it that it might

4    become a reasonable probability.

5              What I was asked to do was

6    to ask, here is what Mr. Roberts was

7    exposed to, is that anywhere in the -- in

8    the realm of an exposure that I think

9    would be capable of causing

10   hepatocellular carcinoma?

11             And the answer to that, just

12   on its own, is clearly no, it's not

13   sufficient, much less the timeframe for

14   the -- the alleged latency of the

15   hepatocellular carcinoma.

16             So for either of those

17   reasons, in my view, from a medical and

18   scientific standpoint, it would be

19   unreasonable to imagine that that

20   exposure from valsartan-containing NDMA

21   was the cause of Mr. Roberts'

22   hepatocellular carcinoma.

23        Q.    Doctor, you mentioned orders

24   of magnitude.

Page 227

1            Is that thousands of times

2    more?  Millions of times more?  What

3    does -- what does that mean?

4        A.    Well, as in my report, the

5    amount -- the total cumulative exposure

6    to NDMA that Dr. Sawyer posited for

7    Mr. Roberts is, you know, more than 1,000

8    times lower -- several thousand times

9    lower, actually, than the extrapolated

10   dose that would come from Peto, which is,

11   again, the most sensitive species and the

12   most sensitive tissue that has been

13   tested, and also probably the best data

14   that we have about carcinogenic effects

15   of NDMA in -- in animals.

16       Q.    So you think it would --

17   Mr. Roberts would have needed to ingest

18   thousands of times more to even possibly

19   have an increased risk of liver cancer,

20   thousands of more, or is it millions of

21   more?

22            What -- where would you put

23   the line on how much would need to have

24   been consumed in order to have an

Page 228

1    increased risk of liver cancer?

2              ATTORNEY TRANGLE:

3         Objection.  Asked and answered.

4         And mischaracterizes his

5         testimony.

6              ATTORNEY NIGH:  It doesn't

7         mischaracterize his testimony.

8    BY ATTORNEY NIGH:

9         Q.    You can answer.

10             ATTORNEY TRANGLE:  You said

11        millions, Daniel.  Nobody said

12        millions.

13             THE WITNESS:  Yeah, so --

14             ATTORNEY NIGH:  That's not

15        a -- listen, please stop with the

16        speaking objections.  You've done

17        it so much through this

18        deposition.  I've let you do some

19        of it.  It's completely

20        inappropriate.

21             I'm trying to finish up this

22        deposition in the timeframe that

23        you said he needs to go.

24             So my question is a

Page 229

1              question, not a
2              mischaracterization of his
3              testimony.
4                     You can read back the
5              question again.  It's not a
6              characterization of testimony.
7    BY ATTORNEY NIGH:
8              Q.     So I will ask it again.
9              A.     Can you repeat the question?
10             Q.     Yes.
11                    So, Doctor, do you think it
12   would take Mr. Roberts to ingest
13   thousands of times more cumulative NDMA
14   than he ingested or do you think it would
15   take millions more?
16                    Where would you say the
17   order -- the amount of magnitude of NDMA
18   that he would have needed to ingest to
19   increase his risk of liver cancer?
20             A.     Okay.  And I believe I
21   answered it.  But at the risk of being
22   repetitive, I'll -- I'll restate it.
23                    So I am -- I was not asked
24   to form an opinion, nor did I form an

Page 230

1    opinion, of at what level -- how much is

2    enough in a human being to cause

3    hepatocellular carcinoma.

4              It was that the levels that

5    Mr. Roberts ingested are orders of

6    magnitude below what I think could

7    reasonably be involved, which is to say

8    if one were just going based on Peto,

9    which, again, is also essentially what

10   the FDA uses, it would be thousands of

11   times higher of a total cumulative dose

12   than what Mr. Roberts was exposed to.

13             And -- but the -- sort of

14   the essential caveat to that is because

15   NDMA at any dose has not been

16   demonstrated to cause cancer in human

17   beings, that we can't know, if a human

18   being were exposed to the same -- to the

19   same dose of NDMA as the rats in Peto,

20   that was at a dose that caused them to

21   develop liver cancer, what we don't know

22   is, well, would that also happen in a

23   human being or is it possible that, no,

24   that's not enough in a human being, or

Page 231

1    would it be that, well, the human being

2    would get acutely ill from some other

3    effects of NDMA?

4              So, for instance, NDMA was

5    given to primates, as I recall, for years

6    in the absence of developing liver

7    cancer.  As I'm sitting here trying to

8    recall the study.

9              But -- so we just don't know

10   for sure what would happen.

11             What I do know for sure, in

12   my opinion, to a reasonable degree of

13   medical and scientific certainty, is that

14   the levels of NDMA exposure, total

15   cumulative exposure that Mr. Roberts had,

16   are far below what could be considered to

17   be a reasonable inference that that would

18   have caused cancer, even putting aside

19   that the latency that has been proposed

20   is simply not credible, in my view.

21        Q.    Doctor, without considering

22   the latency, if Mr. Roberts had consumed

23   millions of times more NDMA cumulatively

24   than he ingested, do you have any opinion

Page 232

1    as to whether that amount of dose would

2    have been capable of causing his liver

3    cancer?

4              ATTORNEY TRANGLE:

5         Objection.

6              THE WITNESS:  If the

7         hypothetical is if Mr. Roberts

8         ingested millions of times more

9         NDMA from valsartan-containing

10         NDMA than he is alleged to have by

11         your experts, is it possible that

12         such a patient would develop liver

13         cancer?  Yes, that's possible.

14              But my actual guess would be

15         it's much more likely that they

16         would die from acute effects of

17         that much NDMA.

18    BY ATTORNEY NIGH:

19         Q.    Okay.

20              ATTORNEY NIGH:  That's all

21         the questions I have.  Thank you,

22         Doctor.

23              THE WITNESS:  Thank you.

24              ATTORNEY TRANGLE:  All

Page 233

1          right.  I do have one question.

2                  Should we go off the record

3          for just one minute?

4                  ATTORNEY NIGH:  Sure.

5                  VIDEO TECHNICIAN:  We're off

6          the record at 2:16 p.m.

7                       -   -   -

8                  (Whereupon, a brief recess

9          was taken.)

10                      -   -   -

11                 VIDEO TECHNICIAN:  We're

12         back on the record at 2:19 p.m.

13                      -   -   -

14                    EXAMINATION

15                      -   -   -

16   BY ATTORNEY TRANGLE:

17         Q.    Dr. Chodosh, you talked

18   earlier about tumor volume doubling time.

19   And I think you had testified it's not

20   typically done on an individual basis.

21                 And I wanted to know, what

22   did you mean by that?

23         A.    So as I'm recalling the

24   questions -- so what I meant by that

Page 234

1    was -- and let's just take Mr. Roberts as

2    the case in point here -- that I would --

3    I believe I was asked, did I calculate

4    something about tumor volume doubling

5    time for Mr. Roberts?

6              What I was trying to say was

7    I would not, for instance, take the

8    images of Mr. Roberts' liver in 2016 and

9    his images of his liver in 2018 and try

10   to calculate a tumor volume doubling time

11   based on that, which would require some

12   assumptions.

13             But I would not do that in

14   an individual patient and nor did I need

15   to for -- I'll explain why.

16             But the -- the reverse of

17   that, what I said was that you typically

18   measure tumor volume doubling times in

19   populations of patients.  And I make use

20   of those kinds of data.

21             But the way that one would

22   use that, if you will, would be to say,

23   okay, across a population of patients

24   with this kind of cancer, here is the

Page 235

1   average or the range of tumor volume
2   doubling times.
3                   If you then made the
4   assumption that Mr. Roberts, or the
5   patient in question, had a similar tumor
6   volume doubling time in that range of
7   what has been described in populations of
8   people, you could then take a lesion at a
9   size in 2018 and say, okay, if this
10  patient's hepatocellular carcinoma had a
11  tumor volume doubling time typical or in
12  the range of a population of people with
13  hepatocellular carcinoma, then can we
14  estimate back in time what the size of
15  that lesion would be?
16                  Which is a different thing.
17  That's using data from a population
18  estimate of tumor volume doubling time,
19  because measuring it in any one patient
20  is extremely hard.  And typically that
21  requires multiple images over time.
22                  So I've used tumor volume
23  doubling times in a -- for a related
24  purpose.  So, for instance, in the case

Page 236

1    of breast cancer, there have been lots of

2    studies of tumor volume doubling time and

3    you can use that data to try to infer

4    what is the minimum latency for breast

5    cancer after a carcinogenic insult.

6    That's just one point.

7              So taking a population

8    estimate of tumor volume doubling time

9    and then applying it to a patient sort of

10   in this, if you will, retroactive manner,

11   well, while I can imagine doing that, it

12   would just -- I predict it would just

13   reinforce my conclusion that I arrived at

14   from just basic tenets of human cancer

15   biology, which is, there is no carcinogen

16   that causes hepatocellular carcinoma to

17   develop in a two-year timeframe.

18             It's just not -- there's

19   just nothing to support that as being a

20   credible hypothesis.  That isn't how

21   human solid tumors work.  It's not how a

22   hepatocellular carcinoma works.

23             So I don't -- quite frankly,

24   I don't need additional evidence about

```
                                            Page 237
 1   tumor volume doubling time to arrive at
 2   the conclusion that Mr. Roberts'
 3   hepatocellular carcinoma was undoubtedly
 4   present in his liver in 2016, whether it
 5   was visible on the scan or not.  I did
 6   not get into the images.
 7              And considering a population
 8   tumor volume doubling time across
 9   hepatocellular carcinoma patients, my
10   prediction is that -- that would, A, be
11   consistent with the conclusion I had
12   already arrived at and, B, would
13   reinforce it.
14              But I personally did not
15   need tumor volume doubling time
16   considerations in order to arrive at the
17   conclusion I arrived at, based on the
18   fundamentals of human cancer biology.
19              And, number two, I would not
20   just take Mr. Roberts in isolation and
21   say, ah, I have two scans, one in 2016
22   and one in 2018, what is his tumor volume
23   doubling time?  I just think that's a --
24   that's a difficult thing to measure.
```

Page 238

```
 1              ATTORNEY TRANGLE:  That's
 2         it.  Thank you.
 3              ATTORNEY NIGH:  I need a
 4         break.  I need five minutes, too.
 5              VIDEO TECHNICIAN:  We're off
 6         the record at 2:24 p.m.
 7                   -   -   -
 8              (Whereupon, a brief recess
 9         was taken.)
10                   -   -   -
11              VIDEO TECHNICIAN:  We're
12         back on the record at 2:35 p.m.
13                   -   -   -
14                   EXAMINATION
15                   -   -   -
16    BY ATTORNEY NIGH:
17         Q.    Doctor, can you say to a
18    reasonable degree of medical certainty
19    that Mr. Roberts had hepatocellular
20    carcinoma prior to ingesting valsartan?
21              ATTORNEY TRANGLE:
22         Objection.  That's beyond the
23         scope.
24              ATTORNEY NIGH:  It's not.
```

Page 239

```
 1              ATTORNEY TRANGLE:  We were
 2         talking specifically about tumor
 3         volume doubling time.
 4              ATTORNEY NIGH:  Which goes
 5         to this opinion.
 6   BY ATTORNEY NIGH:
 7         Q.   Doctor, can you say, to a
 8   reasonable degree of medical certainty,
 9   that Mr. Roberts hepatocellular carcinoma
10   prior to ingesting valsartan?
11              ATTORNEY TRANGLE:
12         Objection.  Again, that has
13         nothing to do with tumor volume
14         doubling estimate.
15              ATTORNEY NIGH:  It does.
16              Are you instructing him not
17         to answer?
18              ATTORNEY TRANGLE:  No, I'm
19         not instructing him.
20   BY ATTORNEY NIGH:
21         Q.   Doctor, can you say, to a
22   reasonable degree of medical certainty,
23   that Mr. Roberts had hepatocellular
24   carcinoma prior to ingesting valsartan?
```

Page 240

1          A.    Well, Mr. Roberts was on

2    valsartan products for quite a -- a

3    substantially longer period of time than

4    the products that were alleged to contain

5    NDMA.

6              So I can say, with a

7    reasonable degree of medical certainty,

8    Mr. Roberts' hepatocellular carcinoma was

9    present prior to him ingesting

10   valsartan-containing NDMA.

11         Q.    And what is your basis for

12   that opinion?

13         A.    My knowledge of human cancer

14   biology.

15              And I'd be glad to

16   elaborate.

17         Q.    Yes, if you can.

18         A.    It is based on what is known

19   about the development and growth of human

20   cancers, particularly human solid cancers

21   and including hepatocellular carcinoma,

22   it is not medically or scientifically

23   plausible that a carcinogenic exposure

24   could cause hepatocellular carcinoma,

Page 241

1    much less with the mass of tumor that

2    Mr. Roberts had in 2018, within a

3    less-than-two-year timeframe.  Just

4    simply unsupportable by the full weight

5    of medical and scientific literature.

6          Q.    In your opinion, when did

7    Mr. Roberts first have hepatocellular

8    carcinoma?

9                ATTORNEY TRANGLE:

10         Objection.  Again, this is getting

11         a bit beyond the scope.

12               But you can answer, Doctor.

13               THE WITNESS:  So with human

14         cancers one rarely knows when

15         the -- if you will, the first

16         cancer cell developed, which is

17         already typically years or decades

18         into the process of becoming a --

19         the first cancer cell, that is,

20         when the first mutations arise.

21               Most likely, given what we

22         know about the natural history of

23         cirrhosis, of NASH, that he

24         clearly had issues with fatty

Page 242

1          liver for many years prior, even,

2          to the recognition that he had

3          cirrhosis, that the probability,

4          based on what we know about human

5          cancer and hepatocellular

6          carcinoma, was that that cancer

7          had been there, you know, most

8          likely for a decade or more.

9               But no one can know the

10         exact point.  It could have been

11         30 years.  It could have been 10

12         years.

13              I think what we absolutely

14         know is it wasn't two years.

15              ATTORNEY NIGH:  Okay.  I

16         don't have any further questions.

17              Thank you, Doctor.

18              THE WITNESS:  Thank you.

19              VIDEO TECHNICIAN:  The time

20         is now 2:39 p.m.  This concludes

21         today's testimony from Dr. Lewis

22         A. Chodosh.  We are now off the

23         record.

24                    -   -   -

Page 243

1            (Whereupon, the deposition

2       concluded at 2:39 p.m.)

3                 -   -   -

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 244

1                    CERTIFICATE

2

3

   I, Amanda Maslynsky-Miller, Certified Realtime
4  Reporter, do hereby certify that prior to the
   commencement of the examination, LEWIS A.
5  CHODOSH, Ph.D., was remotely sworn by me to
   testify to the truth, the whole truth and
6  nothing but the truth.

7

   I DO FURTHER CERTIFY that the foregoing is a
8  verbatim transcript of the testimony as taken
   stenographically by me at the time, place and
9  on the date hereinbefore set forth, to the
   best of my ability.

10

11  I DO FURTHER CERTIFY that I am neither a
    relative nor employee nor attorney nor counsel
12  of any of the parties to this action, and that
    I am neither a relative nor employee of such
13  attorney or counsel, and that I am not
    financially interested in the action.

14

15  *Amanda Miller*

16  _____
    Amanda Miller
17  Certified Realtime Reporter
    Dated: May 19, 2025

18

19

    (The foregoing certification of this
20  transcript does not apply to any reproduction
    of the same by any means, unless under the
21  direct control and/or supervision of the
    certifying reporter.)

22

23

24

Page 245

1                    INSTRUCTIONS TO WITNESS

2

3                    Please read your deposition

4    over carefully and make any necessary

5    corrections.  You should state the reason

6    in the appropriate space on the errata

7    sheet for any corrections that are made.

8                    After doing so, please sign

9    the errata sheet and date it.

10                    You are signing same subject

11    to the changes you have noted on the

12    errata sheet, which will be attached to

13    your deposition.

14                    It is imperative that you

15    return the original errata sheet to the

16    deposing attorney within thirty (30) days

17    of receipt of the deposition transcript

18    by you.  If you fail to do so, the

19    deposition transcript may be deemed to be

20    accurate and may be used in court.

21

22

23

24

Page 246

1                    - - - - - -

                    E  R  R  A  T  A

2                    - - - - - -

3    PAGE    LINE    CHANGE

4    ____    ____    _____

5    ____    ____    _____

6    ____    ____    _____

7    ____    ____    _____

8    ____    ____    _____

9    ____    ____    _____

10   ____    ____    _____

11   ____    ____    _____

12   ____    ____    _____

13   ____    ____    _____

14   ____    ____    _____

15   ____    ____    _____

16   ____    ____    _____

17   ____    ____    _____

18   ____    ____    _____

19   ____    ____    _____

20   ____    ____    _____

21   ____    ____    _____

22   ____    ____    _____

23   ____    ____    _____

24   ____    ____    _____

Page 247

1        ACKNOWLEDGMENT OF DEPONENT

2

           I,_____, do
3   hereby certify that I have read the
   foregoing pages, 1 - 243, and that the
4   same is a correct transcription of the
   answers given by me to the questions
5   therein propounded, except for the
   corrections or changes in form or
6   substance, if any, noted in the attached
   Errata Sheet.

7

8   _____
   LEWIS A. CHODOSH, Ph.D.          DATE

9

10

   Subscribed and sworn
11  to before me this
   _____ day of _____, 20_____.

12

   My commission expires:_____
13

14  _____
   Notary Public

15

16

17

18

19

20

21

22

23

24

Page 248

1                    LAWYER'S NOTES

2    PAGE    LINE

3    ____    ____    _____

4    ____    ____    _____

5    ____    ____    _____

6    ____    ____    _____

7    ____    ____    _____

8    ____    ____    _____

9    ____    ____    _____

10   ____    ____    _____

11   ____    ____    _____

12   ____    ____    _____

13   ____    ____    _____

14   ____    ____    _____

15   ____    ____    _____

16   ____    ____    _____

17   ____    ____    _____

18   ____    ____    _____

19   ____    ____    _____

20   ____    ____    _____

21   ____    ____    _____

22   ____    ____    _____

23   ____    ____    _____

24   ____    ____    _____

**[& - 792-7927]**                                                    Page 1

| & | |
|---|---|
| **&**   2:3 3:3 4:3 | |
| 142:24 143:13 | |

**0**

**00946**   1:8

**1**

**1**   6:17 9:18
53:16 54:6
247:3
**1,000**   227:7
**10**   153:1
196:22 197:12
242:11
**10022**   3:5
**1020**   2:9
**1049**   2:5
**10:00**   73:24
**11:11**   136:6
**11:34**   136:12
**12022**   2:9
**12:22**   179:14
**12:53**   179:20
**13**   12:11
**1301**   3:8
**1333**   2:4
**14**   2:13
**140**   12:17
**140,000**   12:18
**15**   19:19
**15219**   4:6
**16**   1:11

**16th**   7:15
**19**   244:17
**1935**   121:19
**1980s**   65:22
**1:20**   1:8
**1:39**   217:23
**1:58**   218:5

**2**

**2**   9:18 47:18,19
53:16 54:6
196:5
**2,000**   12:12,14
12:20
**2/3**   10:19
**20**   146:8 153:1
197:1,12
247:11
**20.19**   175:13
**200**   3:15
**20004**   3:9
**2000s**   146:11
**20016**   2:14
**2009**   194:1
**2013**   119:3
121:11,20
122:1 124:20
131:7,12
**2016**   193:19
194:11,16,19
234:8 237:4,21
**2018**   234:9
235:9 237:22
241:2

**202**   2:15 3:9
**2021**   119:2
**2024**   137:17
**2025**   1:11 7:16
244:17
**21**   146:8
151:21
**212**   3:5
**23**   119:2
129:14
**233**   5:6
**238**   5:6
**243**   247:3
**25**   79:6
**2500**   3:16
**263-2000**   4:6
**2875**   8:3
**2:16**   233:6
**2:19**   233:12
**2:24**   238:6
**2:35**   238:12
**2:39**   242:20
243:2

**3**

**30**   39:1 44:5
52:23 137:8,10
168:20 198:6
242:11 245:16
**301**   4:5
**30305**   3:17
**30th**   137:17
**31**   54:15

**31605**   244:15
**32563**   2:5
**3333**   3:16
**35**   175:22
**389-5000**   3:9
**38th**   4:5

**4**

**4**   196:5
**4,000**   43:15
45:7 48:16
**40**   39:1 196:22
**412**   4:6
**446-4800**   3:5

**5**

**5,000**   39:10
41:5,8
**500**   39:2,4
40:22 50:12
51:4,5,6
**553-2100**   3:17
**58**   12:12

**6**

**600-8090**   2:6
**601**   3:4
**63**   19:20 22:12
**66213**   2:10
**678**   3:17

**7**

**7**   6:17
**792-7927**   2:15

[8 - administered]                                                          Page 2

| **8** | 202:19 | **acknowledg...** | **adaptive** 95:20 |
|---|---|---|---|
| **8** 5:6 | **above** 1:18 | 247:1 | **add** 120:11 |
| **800-8518** 2:10 | **absence** 231:6 | **action** 35:18 | 130:20,21 |
| **850** 2:6 | **absolute** 158:7 | 58:5,6 110:5 | 161:23 |
| **8:33** 1:17 7:16 | 159:4 | 244:12,13 | **added** 120:19 |
| **9** | **absolutely** | **activate** 15:6 | 128:11 132:23 |
| **913** 2:10 | 242:13 | 15:20 39:17 | **additional** |
| **96** 119:3 | **absorbed** | **activated** 18:6 | 24:22 130:21 |
| 129:14,15 | 212:22 | 18:18 19:1 | 132:24 236:24 |
| **9:48** 73:18 | **academic** 45:12 | **activation** 17:6 | **address** 38:15 |
| **a** | 45:20,24 48:2 | 17:11 | 124:7 223:8 |
| **a.m.** 1:17 7:16 | **accelerate** 98:7 | **active** 113:11 | 225:23 226:1,2 |
| 73:18,24 136:6 | 98:23 103:7 | **activities** 154:8 | **addressed** 38:7 |
| 136:12 218:5 | **accelerates** | 154:9 | **addresses** |
| **abbreviation** | 102:8 | **actual** 43:19 | 186:19 |
| 220:5 | **accepted** | 89:21 232:14 | **adducts** 218:19 |
| **abdominal** | 141:24 | **actually** 12:14 | 221:5 |
| 193:20 | **account** 99:5 | 14:17 49:24 | **adenosylmet...** |
| **ability** 14:13 | 99:12 | 57:14 58:22 | 218:12 220:7,8 |
| 92:16 122:18 | **accounting** | 73:13 81:7 | 220:9 |
| 157:19 186:9 | 54:1 | 99:17,21 | **adjudicated** |
| 187:8 188:7 | **accumulated** | 115:21 118:20 | 163:20 |
| 190:5 191:11 | 24:19 | 118:23 120:12 | **adjust** 38:2 |
| 192:9 214:10 | **accuracy** | 120:19 128:11 | 169:10 |
| 244:9 | 128:15 | 134:6 163:2 | **administer** |
| **able** 15:2,10,17 | **accurate** 18:15 | 164:22 171:22 | 42:11 46:11 |
| 16:23 17:20 | 77:22 79:9 | 193:3 194:18 | 47:5,7 |
| 18:6 30:4 47:5 | 92:6 133:11 | 201:19 218:20 | **administered** |
| 48:19 49:20 | 180:21,22 | 219:10 227:9 | 35:20 43:7 |
| 50:2 84:1 | 213:21 216:21 | **acute** 18:17,24 | 52:19,21 53:8 |
| 88:10 103:15 | 245:20 | 232:16 | 53:14,15,16,17 |
| 117:13 186:12 | **accurately** 15:3 | **acutely** 29:18 | 53:18,20,20 |
|  | 16:23 224:11 | 231:2 | 54:19 |

**[administering - answer]** Page 3

| | | | |
|---|---|---|---|
| **administering** 42:12 43:14 44:3,7 46:4 53:2,3 | **agreed** 7:3 8:7 | 216:3 223:10 223:24 224:16 227:5 229:17 232:1 | 41:7,24 42:6,9 42:20 43:5,10 43:15 44:4,10 45:7 47:8,19 |
| **administration** 16:20 | **ah** 162:5 181:10 237:21 | **amounts** | 48:6,16,23 49:1,15,18 |
| **affect** 18:7 97:17 99:17,21 100:6 | **aid** 13:6 | 106:18 108:17 174:14 217:4 224:18 225:7 | 50:1,10 51:1 60:4,12 198:13 227:15 |
| **affects** 98:4 | **air** 170:1 | **analogy** 109:1 | **announcements** |
| **affinity** 33:21 | **al** 1:6,7 7:22,24 | **analyses** 80:23 82:6,15 | 125:13 126:2 |
| **age** 48:16 | **alcohol** 195:17 219:3 | **analysis** 66:17 | **answer** 6:5 14:20 15:2,17 |
| **agent** 53:21 58:6 199:3 | **alfano** 4:3 | 119:8 127:9 131:24 132:9 136:1 | 16:24 17:16 19:17,17 28:12 |
| **agents** 53:3,8 53:10 54:10,18 54:24 97:10 | **alkyl** 218:14 | **analytical** 109:5 | 29:2 32:22 36:7 40:20 |
| **aggregate** 52:9 | **allegations** 174:21 | **anesthesia** 46:9 | 51:2,19,20,23 68:19 69:12,21 |
| **aggressive** 88:22 89:11 91:1,3 | **alleged** 140:17 142:9,17 150:20 178:8 226:14 232:10 240:4 | **anesthetizing** 46:7 | 70:17 71:5 77:22 79:10 |
| **aggressiveness** 88:18 89:3,23 90:1,8,18 91:1 91:9 | **alter** 169:22 | **animal** 23:7 27:2,5,9,20 28:7,8,13 29:19 32:3 36:23 37:17 43:4 46:8,10 47:24 48:15,24 49:5 58:23 199:10,19 223:14 | 81:12 86:4 92:6 99:2 106:14 108:13 109:16 111:19 114:14 115:18 117:18 127:17 128:6,14,17,21 128:23,24 |
| **agnostic** 178:5 | **amanda** 1:18 8:15 244:3,16 | | |
| **ago** 41:16 129:1 147:12 152:24 153:2 | **amend** 40:19 | | 129:1 131:10 131:20 154:22 169:1 188:16 196:17 197:21 206:8 213:21 |
| **agree** 15:10 17:3 30:20 107:23 108:4 158:2 159:13 | **amines** 110:3 212:1,19 | **animals** 30:13 30:14 38:1,14 38:17 39:20 40:3,5,11,14 | |
| | **amount** 36:11 46:12,13,21 48:5,24 118:15 119:5 133:22 134:20 175:6,7 190:20 200:15 202:23 204:12 206:22 207:12 209:12 210:13 211:18,20,24 213:5,8 215:16 | | |

**[answer - asking]**                                    Page 4

224:10,17,24
226:11 228:9
239:17 241:12
**answered**
22:15 36:2,18
38:6 72:19
86:2 107:22
111:14 114:2,4
114:7,7,10
118:11 134:3
165:2 173:21
184:3 185:16
190:7 196:7,14
205:22 224:5
228:3 229:21
**answering**
192:5 225:2
**answers**  18:15
41:16,16
119:20 247:4
**anti**  53:21 54:9
**anticipate**
122:18
**anticipated**
169:14
**antineoplastic**
97:17,22
**anybody**  10:21
**apologies**  99:2
**apologize**
112:24 156:21
179:8 192:2
**apparent**
167:10

**apparently**
216:17
**appearance**
189:18 194:22
**appearances**
2:1 3:1 4:1
**appearing**  8:6
**apples**  108:2,22
108:22
**applies**  64:8
**apply**  74:17
244:20
**applying**  68:6,9
87:24 236:9
**appreciate**
73:10 127:22
128:22
**approach**
45:21 106:6
177:18 178:9
**approached**
152:5
**approaches**
106:7
**appropriate**
27:18 31:21
34:11,17 36:8
199:10,18
200:10 245:6
**appropriately**
52:7
**approximately**
9:7 136:17
138:8 152:23

**approximation**
9:15
**april**  193:19
194:11,16,19
**architecture**
190:20
**area**  89:7
**argumentative**
116:19
**arises**  26:7
**arose**  24:18
**arrays**  152:13
**arrive**  87:4,20
211:16 237:1
237:16
**arrived**  236:13
237:12,17
**artery**  95:12
**article**  14:11
61:14 118:6
185:20
**articles**  71:11
116:22,23
117:3,5
**artifact**  66:21
67:8 72:13
**artifactual**  68:5
68:8,22
**artifactually**
66:11
**asbestos**  140:17
141:20,23,24
142:5,10,14,17

**ascertain**  167:1
**ascites**  189:16
**asher**  3:4 51:14
**asher.trangle**
3:6
**aside**  231:18
**asked**  10:5
22:15 36:18
86:2 107:22
114:4 116:2
117:14 127:7
128:3 131:20
134:2,6 152:4
165:2 184:3
185:16 186:20
190:7 196:14
197:21 205:22
223:8,23 224:5
224:15 225:23
226:5 228:3
229:23 234:3
**asking**  29:11
51:9,13,20
52:1 58:18
72:24 77:5
82:14 83:9,14
84:8 86:6
90:15 91:5,22
92:21 93:2
94:14 101:4,15
102:14 114:8
116:10,11,17
116:22 117:4
117:22 118:3,9

[asking - available]    Page 5

| | | | |
|---|---|---|---|
| 122:16 128:24 | **assumptions** | 83:8 86:1,3,8 | 190:6 191:8,23 |
| 131:14 132:19 | 234:12 | 88:1,5 89:4 | 192:7,11,15 |
| 134:7 138:14 | **astronomical** | 90:16 99:23 | 196:13 197:24 |
| 139:21 142:15 | 37:20 | 100:3 102:11 | 198:16 199:8 |
| 146:5 154:17 | **asymptomatic** | 103:4 105:3,19 | 201:5 202:21 |
| 154:18,19,23 | 164:11 | 107:21 108:12 | 203:2,5,10 |
| 155:6 156:6,10 | **ate** 211:9 | 108:19 109:19 | 205:4,15,21,23 |
| 158:1 159:20 | **atlanta** 3:17 | 112:16,21 | 207:10 214:4,9 |
| 160:4 161:2,5 | **atsdr** 215:21 | 113:23 114:3,6 | 214:12 217:8 |
| 164:15 165:4 | **attached** 11:18 | 114:9,11,13 | 217:15,18 |
| 166:21 170:10 | 245:12 247:6 | 115:15 116:14 | 218:6 224:4,6 |
| 170:12 181:5 | **attachment** | 116:16,18 | 224:14 228:2,6 |
| 185:4 197:18 | 11:18 | 117:6,21 | 228:8,10,14 |
| 200:9,18 | **attempt** 63:9 | 118:12,13 | 229:7 232:4,18 |
| **asks** 165:6 | 84:14 | 119:23 120:2 | 232:20,24 |
| 195:23 | **attempting** | 122:13 123:10 | 233:4,16 238:1 |
| **aspects** 33:4 | 21:1 28:24 | 123:14,18 | 238:3,16,21,24 |
| 95:14,18,19 | 30:24 87:3,20 | 127:14,23 | 239:1,4,6,11,15 |
| **assay** 89:22 | 124:13 | 128:2 132:4,6 | 239:18,20 |
| 205:10 206:3 | **attempts** 66:7 | 134:1,5,13,23 | 241:9 242:15 |
| **assays** 121:23 | **attorney** 5:6,6 | 136:3,13 | 244:11,13 |
| 121:24 122:9 | 8:24 12:1,6 | 138:10,13,15 | 245:16 |
| 125:18 | 13:16 21:9,14 | 138:18 147:6 | **attorneys** |
| **assessing** | 22:14 23:21 | 147:19 155:18 | 149:10 151:13 |
| 199:11,19 | 24:2,5,6 30:17 | 155:20,23 | **august** 119:2 |
| **associated** | 31:23 32:11 | 156:3,24 157:5 | **author** 61:15 |
| 170:21 189:14 | 36:17,19 38:12 | 159:17 160:9 | **authors** 169:7 |
| 195:22 | 47:9,16 50:13 | 165:1,15,21 | 171:19 186:2 |
| **association** | 50:15,16,19,23 | 166:4 170:5,7 | **automatic** |
| 171:4 | 51:8,14,22 | 177:15 178:10 | 162:4 |
| **assume** 114:24 | 52:15 60:5,9 | 179:11,21 | **availability** |
| 220:21 | 68:11,13 73:12 | 184:2,12 | 48:20 |
| **assumption** | 73:15 74:1 | 185:15 186:7 | **available** 48:6 |
| 174:5 235:4 | 82:11,21 83:2 | 188:9,12,15 | 120:18 121:6,9 |

[available - best]                                                                    Page 6

| | | | |
|---|---|---|---|
| 124:19,24 | 195:17 200:20 | **basic** 46:2 | 193:11 211:3 |
| 128:9 135:5,7 | 203:19 204:14 | 84:19 236:14 | 222:16 225:21 |
| **avay** 175:15 | 208:1,11,13 | **basically** 47:23 | 230:17 |
| **avenue** 3:4,8 | 209:20,21 | 52:24 169:22 | **believe** 47:12 |
| **average** 85:15 | 237:12 | 177:19 187:19 | 56:9 57:16,21 |
| 100:18 102:10 | **back** 38:24 | **basis** 41:2 | 60:3,11 67:7 |
| 235:1 | 51:5,6 73:24 | 87:10 153:20 | 70:8 72:19 |
| **averages** | 131:18 136:12 | 233:20 240:11 | 74:24 77:11 |
| 120:14 213:8 | 146:11 179:19 | **batches** 42:4 | 85:8 90:15 |
| 213:23 214:14 | 188:20 194:1 | 52:5 | 91:23 98:3 |
| **avila** 2:13 | 195:6 200:6 | **bayer** 144:7,10 | 110:8 111:20 |
| **aware** 15:18 | 215:18 218:5 | **beam** 68:23 | 120:18 121:11 |
| 19:22 21:5 | 229:4 233:12 | **beast** 97:14 | 122:2 126:13 |
| 26:16 29:19 | 235:14 238:12 | **becoming** | 128:10 132:18 |
| 70:11,18 71:19 | **bacteria** 110:6 | 241:18 | 133:14,18 |
| 72:3,15 78:18 | 212:11 | **becton** 142:24 | 134:16 135:2 |
| 79:11 85:4 | **bailiwick** 151:4 | 143:6,13 | 138:24 144:20 |
| 97:21 98:10,14 | **banner** 137:16 | **beginning** 24:3 | 145:7 146:12 |
| 102:14 103:5 | 140:8,12 141:6 | 104:16 199:16 | 149:23 150:8 |
| 112:13 136:2 | **barrier** 47:20 | **behalf** 141:10 | 151:2,19 157:9 |
| 160:10,19 | 47:21 | 141:11,16 | 161:13 162:19 |
| 166:5,11,21 | **bars** 130:6,19 | 142:4 143:1,14 | 175:16 177:12 |
| 167:7 186:18 | 133:3 | 143:22 144:5 | 194:1,9,20 |
| 187:10,21,22 | **based** 35:5 | 144:12 145:3 | 198:4 216:6 |
| 193:9,9 195:15 | 81:16 92:18 | 145:11 148:13 | 220:23 221:20 |
| 219:16,23 | 110:10 119:8 | 149:14 150:1 | 224:1 225:6 |
| 220:14 | 119:12,18 | 150:12 151:23 | 229:20 234:3 |
| | 120:7 129:18 | **behaves** 97:4 | **believed** 80:5 |
| **b** | 151:16 181:14 | **beings** 26:14 | **best** 31:4 38:8 |
| **b** 5:10 100:16 | 207:22 211:9 | 28:19 29:16,22 | 67:10 77:22 |
| 100:20 101:7 | 225:14 230:8 | 30:7 31:6 | 106:8 110:7,10 |
| 101:11 102:5,6 | 234:11 237:17 | 37:14 43:2 | 111:20 118:20 |
| 102:7,9,18 | 240:18 242:4 | 58:7 99:18 | 131:9,19 135:4 |
| 130:1 133:5 | | 135:23 186:19 | 135:6 138:23 |

Golkow Technologies,
                                A Veritext Division

**[best - broadly]**

154:21 187:2
196:18 198:3
227:13 244:9
**better**  29:13
31:9 32:2
36:13,15 90:18
126:23 159:5
162:6 204:3
224:22
**beyond**  114:20
114:20 115:2
238:22 241:11
**bias**  168:15
169:4 173:4,8
173:19
**bigger**  130:6
**binding**  210:15
210:23
**binds**  210:11
210:11
**bio**  154:4
**bioavailability**
34:8,10,16,20
34:23 36:10
37:2,4,6,13
199:12,21
**biochemical**
34:1 58:11
115:10 186:14
210:11,19
**biochemically**
28:18 58:16
**biochemicals**
210:16

**biological**  26:6
35:18 38:3
93:19 96:11
135:22 197:9
**biologically**
167:21
**biologist**  20:14
56:17 57:11
58:4 154:19,24
155:4
**biologists**  91:8
156:13
**biology**  14:23
16:17 19:9
20:8 22:18
23:13 24:16
33:20 90:4,14
225:5 236:15
237:18 240:14
**biomedical**
10:18
**biophysical**
69:18
**biophysically**
58:16
**biostatistician**
154:3,6
**biostatistics**
154:6
**bit**  40:17 84:7
89:14 111:8
116:19 173:15
211:7 241:11

**blanking**  148:9
**blood**  33:16
68:9 69:8
118:16 119:9
119:10,14
122:12,19
126:12 164:12
165:18 190:21
200:13,19
201:4 202:9,23
203:13 204:13
204:24 205:17
205:20 213:5,9
214:15 215:7
215:16
**bloodstream**
200:22 207:1
207:15 209:10
210:16
**blue**  2:9
**bodies**  112:7
**body**  19:22
110:18,22
111:13 112:14
113:4,10 115:8
130:14 133:24
134:22 183:13
186:18 195:23
203:1
**boehringer**
144:8,11
**borrowed**
143:6

**bosick**  4:3
**bottles**  49:7
**bound**  210:20
210:20
**boy**  38:24
53:11
**brand**  75:4
**break**  52:24
69:2 70:12,19
71:8,10,21
72:4,18 73:10
73:16 127:22
136:4 179:9
217:16 238:4
**breaks**  73:3
**breast**  20:18
23:4 148:19
236:1,4
**breeding**  42:7
**breeze**  2:5
**brett**  2:8
**brief**  73:20
127:22 136:8
179:16 218:1
233:8 238:8
**briefly**  8:10
**bring**  182:11
**broad**  53:1,5
58:2 71:2
96:13 97:16
117:19 178:17
**broadest**  27:8
**broadly**  22:18
22:20 135:8

[bucket - carefully]                                                                 Page 8

**bucket** 208:8
  209:16
**building** 10:19
**built** 97:1
**bumb** 1:4
**bvaughn** 2:11

**c**

**c** 9:6 53:18 54:7
  100:17,21
  101:7,11 102:5
  102:6,8,9,18
  129:15 133:3,4
  195:18
**cages** 49:6
**calculate** 234:3
  234:10
**calculating**
  85:3,5
**calculation**
  86:11
**calculations**
  84:23 85:2,23
**call** 66:6,20
  104:20,22
  125:12
**called** 27:15
  39:14 47:20
**calls** 21:10
  68:12
**camden** 1:2 8:2
**cancer** 16:17
  18:20 19:4,9
  20:14,18 23:4

23:13 24:16,24
27:24 30:1
31:10,12 43:2
56:17 57:11,19
57:24 58:3
79:14,21 80:6
80:18 82:9,24
83:17 85:14
87:2,18 89:8
90:13 91:7
92:8,14,15,18
95:5,6 96:15
96:19 146:17
147:17 148:19
149:24 153:21
154:18,23
155:3 156:13
157:6 160:1,7
161:1,12
162:12 163:1
166:13,18
167:3 170:18
171:1 198:14
198:15 221:22
222:8,13,18,19
224:3 225:4
227:19 228:1
229:19 230:16
230:21 231:7
231:18 232:3
232:13 234:24
236:1,5,14
237:18 240:13
241:16,19

242:5,6
**cancers** 20:18
  20:24 27:13,15
  59:15 92:17
  96:17 163:8
  240:20,20
  241:14
**capable** 222:3
  226:9 232:2
**capital** 220:6
**capture** 53:5
**carbon** 219:8
**carcinogen**
  16:6 58:7
  236:15
**carcinogenesis**
  199:1
**carcinogenic**
  77:18 171:1
  178:4 227:14
  236:5 240:23
**carcinogenicity**
  200:3
**carcinogens**
  15:4,19 16:2
  17:8,13 56:8
  56:13 57:13,17
  57:18,22,23
  59:5,13,13
  60:3,11,17,23
  76:11,17,23
  77:6 78:16,18
  79:12,18 83:13

**carcinoma**
  17:23 19:24
  20:9,11 22:19
  22:23 23:23
  24:1,8,10 25:1
  25:8 26:15,18
  26:19 93:6,24
  94:5,19 97:8
  99:6,18,22
  100:9 102:20
  103:10,15
  196:2,11,21
  197:14 222:4
  226:10,15,22
  230:3 235:10
  235:13 236:16
  236:22 237:3,9
  238:20 239:9
  239:24 240:8
  240:21,24
  241:8 242:6
**carcinomas**
  21:16 22:2
  94:14 98:5,8
  98:12,19,24
  100:19 101:10
  102:17
**care** 61:23
  114:14
**cared** 49:1
**career** 146:5
**careful** 206:9
**carefully** 245:4

[carlo - challenges]                                                    Page 9

| | | | |
|---|---|---|---|
| **carlo** 105:23 | **cases** 74:23,23 | **celiac** 164:9,13 | 21:24 39:8 |
| 106:6,11 107:5 | 74:23 87:12 | 164:17,20 | 44:5 45:2,10 |
| 107:13,20 | 97:3 146:12 | **cell** 24:19,21 | 53:11 59:24 |
| 108:18 109:4 | 148:2 153:5 | 58:12 93:15 | 64:13,13,23 |
| **carlo's** 105:21 | 172:14 176:5 | 95:5 113:9,10 | 69:4,13 89:9 |
| **carried** 52:17 | 209:6 | 221:7,11 | 92:12 105:12 |
| 155:14 165:17 | **categories** 53:1 | 241:16,19 | 113:8 153:14 |
| 206:5 | 58:19 60:20 | **cells** 12:24 13:1 | 153:23 154:11 |
| **carry** 170:17 | **categorization** | 13:2,5,9,12,13 | 156:15,16,17 |
| 186:13 | 59:18 60:15 | 13:17,18 14:3 | 158:6 168:3 |
| **carrying** 37:21 | **causation** | 14:4,13,14 | 173:13 176:16 |
| 170:20,24 | 157:20 160:7 | 18:8,18 19:1 | 181:13 190:18 |
| **case** 1:8 7:21 | **causative** | 25:3,4,5,11 | 193:8 194:14 |
| 22:7 31:8 | 223:19 225:10 | 26:3 27:16,24 | **certainty** |
| 36:22 39:6 | **cause** 28:16 | 33:21 84:16 | 231:13 238:18 |
| 40:13 64:24 | 30:4,8 57:18 | 85:16 92:24 | 239:8,22 240:7 |
| 70:8 74:22 | 57:23 59:8,14 | 93:7 95:6 96:1 | **certificate** |
| 83:7 84:24 | 93:23 141:20 | 98:1 112:6 | 244:1 |
| 86:7,13,18 | 142:1 148:19 | 113:4 115:8,11 | **certification** |
| 93:3,22 96:13 | 191:21 222:8 | 218:11 | 7:4 244:19 |
| 106:9 110:13 | 222:18,19 | **cellular** 186:14 | **certified** 1:19 |
| 124:17 140:10 | 226:21 230:2 | **central** 80:7 | 244:3,17 |
| 140:21 142:23 | 230:16 240:24 | 216:7 | **certify** 244:4,7 |
| 143:3,10,17 | **caused** 180:24 | **centre** 4:4 | 244:11 247:3 |
| 144:10 145:21 | 195:16 222:14 | **certain** 30:12 | **certifying** |
| 147:9,22 | 230:20 231:18 | 36:12 38:15 | 244:21 |
| 149:13 150:1 | **causes** 69:1 | 46:21 48:5 | **cetera** 49:8,8 |
| 150:11 152:24 | 141:18 171:1 | 59:14 78:12 | 107:1,2 151:20 |
| 161:20 162:7 | 236:16 | 90:10 97:10 | 165:13,14 |
| 173:13 174:6,7 | **causing** 25:3 | 106:24 115:16 | 202:17,18,18 |
| 174:11 176:17 | 222:3 226:9 | 177:2 187:8 | **chain** 219:8 |
| 208:9 234:2 | 232:2 | 216:12 | **challenge** 80:7 |
| 235:24 | **caveat** 230:14 | **certainly** 10:1,1 | **challenges** |
| | | 20:15 21:18,23 | 207:8 |

**challenging**
124:14,15
130:13 202:6
213:3
**chance**   168:15
169:4
**change**   12:4
69:18 95:24
135:16,19
168:24 169:1
211:9 246:3
**changed**   49:6
123:12 127:2
**changes**   12:8
135:14 197:5
204:6 245:11
247:5
**changing**
131:11,23
132:7 133:19
134:17
**characteristic**
73:6
**characteristics**
56:8,12 57:12
57:17,22 59:5
59:12 60:2,10
60:16,23 91:15
**characterizati...**
14:7 229:6
**characterizati...**
17:5
**characterize**
105:6 128:24

145:20 148:16
149:17
**chart**   163:20
**checklist**   58:19
**chemical**   58:6
62:20 109:15
110:19,20
112:5 113:2,3
216:13
**chemicals**
34:10 53:2
**chemoemboli...**
25:2 97:12
**chemotherap...**
97:10
**chemotherapy**
97:24
**chodosh**   1:16
5:4 8:4,18 9:5
51:23 233:17
242:22 244:5
247:8
**chose**   119:16
123:2 131:1
**chromatogra...**
62:15,16,18,23
63:1,3,4 64:8
64:14 65:2
66:17 68:7,9
68:24 70:13,21
71:9,21 72:2,6
72:17 73:4
74:3,7,8,9,12
74:14,15,20

75:10,23 76:8
**chronic**   18:17
18:24
**cimetidine**   72:4
**circular**   186:17
**circulate**
210:19
**cirrhosis**
186:16,21
187:13 188:7
188:23 189:2,3
189:5,10,14
190:1,4 193:16
193:23 194:8
194:15,18,24
195:1,5,7,9,12
195:12,16,19
195:24 196:11
196:12 197:7
197:11 241:23
242:3
**cirrhotic**   186:8
186:12 187:23
190:15 191:5,6
**cited**   180:9
215:14
**cites**   118:6
**claims**   151:10
174:21
**clarification**
13:15 91:21,22
**clarify**   55:22
65:16 88:21
101:1 133:16

154:21 156:6
166:19 171:13
**classification**
173:7
**classify**   92:16
**classifying**
57:16,21
**cleanest**   47:24
**clear**   56:24
99:2 114:18
132:16 134:15
207:20 221:24
224:19
**clearance**   32:1
32:14,15,18,19
32:21 33:5,17
35:5,12 119:10
199:12,20,23
200:1
**clearly**   112:1
226:12 241:24
**client**   141:3
152:8,20
**clients**   149:6
**clinical**   26:23
86:21,22 88:14
124:8,9 126:9
158:12,12,17
159:16,21
160:11,13,14
160:20,22
161:6 164:16
166:21 167:5

**[clinically - concerning]**                                          Page 11

| | | | |
|---|---|---|---|
| **clinically**  88:9 | **coming**  103:20 | **company**  7:23 | **complicated** |
| **close**  178:22 | 148:6 167:14 | 137:16 140:8 | 84:18 210:17 |
| **closely**  32:16 | **commencem...** | 140:13,15 | **components** |
| **code**  195:4 | 244:4 | 141:7 142:24 | 33:16 74:10 |
| **codes**  163:3,17 | **commencing** | 143:13 144:4 | **composition** |
| 164:1 | 1:17 | 144:19 149:12 | 94:22 |
| **codified**  56:10 | **commensal** | 149:20,22 | **compound**  33:2 |
| 61:9 | 47:22 | 150:19 152:21 | 33:7,11 34:7 |
| **cohort**  161:19 | **comment**  59:20 | **compare**  34:12 | 35:19 37:1,10 |
| **collaborate** | 184:10 186:5 | 34:19 109:2 | 44:8 46:5 |
| 20:12 | **commission** | 164:4 175:9 | 142:19 |
| **collaboration** | 247:12 | 178:12 | **compounds** |
| 63:20 | **commit**  116:1 | **compared** | 42:2 62:21 |
| **colleagues**  22:5 | **committed**  60:1 | 80:19 82:9 | 72:22 73:1 |
| 23:15 59:23 | 60:14 61:4 | 83:1,17 91:3 | 80:10 |
| 173:11 | 75:15 185:1,5 | 100:20 101:10 | **computational** |
| **college**  2:4 | **common**  27:10 | 102:8 103:16 | 107:7,15 109:6 |
| **colony**  42:7 | 63:9 168:16 | 107:19 108:17 | **computer**  11:4 |
| **combination** | 169:14 174:4 | 175:7 178:13 | **conceivable** |
| 119:10 | 198:21 199:6 | **comparing** | 45:17 135:12 |
| **combined** | 204:4 212:20 | 100:6 175:5 | 164:16 |
| 23:11 | **commonly**  26:2 | **comparisons** | **concentrations** |
| **come**  36:1 51:4 | 48:19 82:3 | 81:14,16 83:21 | 107:1 109:13 |
| 51:6 71:13 | 87:10 110:17 | **competing**  48:9 | 176:11 221:1,2 |
| 110:24 148:11 | 174:5 190:17 | **complete**  53:12 | **concept**  15:19 |
| 211:5 219:12 | 197:2 | 111:3,19 | 85:12 203:7 |
| 227:10 | **comorbidities** | **completed** | **concerning** |
| **comes**  35:24 | 95:23 98:21,22 | 160:11,21 | 179:24 180:12 |
| 61:13 71:16 | 99:20 100:5,7 | **completely** | 180:13 182:19 |
| 100:10 103:13 | 100:8 103:6 | 8:12 19:18 | 183:9,23 |
| 153:9 171:6 | **comorbidity** | 117:7 228:19 | 184:16 185:8 |
| 183:6 184:6 | 103:18 | **complexity** | 185:10,13 |
| 185:21 198:11 | **companies** | 175:2,24 | 186:4 |
| 198:22 | 152:2,15 | | |

**[concisely - continuum]** Page 12

**concisely**
174:13
**concluded**
243:2
**concludes**
242:20
**conclusion**
170:23 202:12
216:20 236:13
237:2,11,17
**conclusions**
17:4 211:16
**concurrently**
197:5
**conditions**
18:16,23 47:20
47:21 106:24
164:4 166:15
166:16 176:2,9
178:17 179:2
**conduct** 46:14
**conducted** 44:1
166:6
**confer** 22:4,6
**confident** 122:8
**conflate** 206:9
**conflating**
106:21
**conflict** 130:10
180:5,10,19,24
181:8 183:2,22
184:20 185:13
186:1

**conflicts**
179:23 181:18
182:6,18 183:8
184:15 185:9
**confounders**
181:6
**confounding**
168:6,11,15,24
169:5,9,18,19
170:2,4,9,14,19
170:23 171:3,8
171:10,15,17
171:20,22
172:2,10,18,23
182:1 185:7
**confused** 111:9
**cons** 38:9,11
**consensus**
181:21 182:13
**consequence**
66:13,15
**consequences**
37:23
**conservative**
131:2 225:16
**consider** 44:24
62:7 74:19
120:15 128:7
156:11 177:19
178:7 183:18
195:8 199:23
**consideration**
172:9 183:4,14
183:16

**considerations**
237:16
**considered**
17:24 52:8
77:17 82:18
85:10 116:8
119:9 121:1
133:13 172:17
178:1 215:19
231:16
**considering**
231:21 237:7
**consistent** 87:3
87:19 135:9
193:23 194:24
237:11
**constant** 92:11
92:12 211:1
**constantly**
121:12
**constants**
208:22
**constituents**
34:1
**constrained**
95:9
**construct** 57:3
**consulted**
146:7
**consulting** 9:9
9:23 151:22
**consumed**
211:21 225:11
227:24 231:22

**consumption**
219:3,13
**contact** 48:14
**contain** 161:10
240:4
**contained** 75:9
**containing**
159:24 160:3
166:23,24
226:20 232:9
240:10
**contains** 69:1
161:9
**contaminated**
159:15
**contention**
174:17
**contest** 151:17
**context** 14:8,24
15:8 16:17
17:16,23 19:12
19:18 23:4
26:6 52:2
154:16 156:17
156:18 158:6
169:20 172:22
**contexts** 155:9
165:4
**continue** 118:9
122:10
**continued** 3:1
4:1
**continuum**
197:9

**[control - data]**    Page 13

**control** 161:20
162:7 244:21
**controlled**
47:21 48:1
52:6 158:15,24
160:16
**controls** 35:13
**convenient**
127:21
**conversation**
200:7
**convert** 208:11
208:12
**converted**
201:21 208:1
208:23
**converting**
209:24
**converts**
209:20,21
**copy** 214:7
**core** 63:22
**correct** 12:20
14:5 17:9,13
18:20 19:4
21:8 30:1,16
39:10 44:20
55:20 59:15
62:1 64:10
65:3,13,20,23
65:24 67:9,15
67:16 69:3,8
69:24 70:1,7
75:4,5 88:19

105:22 106:19
107:20 118:17
137:13 139:6
143:19 144:2
144:17 145:4
145:15 147:23
148:14 149:5
149:15 151:1
152:22 153:12
154:3 158:13
161:20 162:13
162:21 163:1,8
164:5 165:20
166:7,15 167:4
167:24 168:7
168:13 169:11
172:5 173:5,20
174:11 177:10
177:11,23
182:3 189:7
194:19 198:15
200:17 201:4
203:1,15
204:14 205:3
205:20 211:22
213:10 216:5
217:7 247:4
**corrections**
245:5,7 247:5
**correctly** 29:4
47:3
**corticoids** 54:8
**cost** 37:21
48:23 163:16

**counsel** 7:3
8:13 116:19
244:11,13
**counselor**
128:20
**country** 81:8
**couple** 41:16
50:6 60:8
127:24 139:13
**course** 15:22
23:10 26:1,8
27:22 29:16
33:13 37:12,24
43:4 47:15
48:22 49:2
58:14 64:17
72:23 80:6
93:18 108:9
149:8 150:21
162:2 191:16
194:13 218:18
221:12
**court** 1:1,5,20
8:1,14 143:21
245:20
**covered** 60:7
**create** 218:16
**credible** 231:20
236:20
**ct** 103:24
165:19 193:20
193:20
**culture** 26:4
58:12

**cumulative**
177:1,3 222:8
222:17 223:24
224:16,20
225:2,20 227:5
229:13 230:11
231:15
**cumulatively**
231:23
**current** 122:6
123:24 125:2
125:23
**currently** 10:11
55:8
**cut** 24:2 84:7
**cv** 1:8 54:14,17
55:17

**d**

**d** 5:2 9:6 65:18
**d.c.** 2:14 3:9
**daily** 119:5
154:8,9 174:23
224:18,23
225:1
**damage** 18:24
188:2 190:16
198:24,24
**daniel** 2:4
138:11 155:19
228:11
**data** 78:13
87:11 107:9
119:4 136:1

[data - description]                                                    Page 14

215:10 227:13
234:20 235:17
236:3
**database**
163:15
**date** 1:18 7:15
44:13 244:9
245:9 247:8
**dated** 244:17
**dates** 139:15
140:3,6
**davis** 3:15
**day** 12:13,21
40:3 41:21
42:10,18,21,22
43:13,13,17,21
44:2,11,13,20
45:7 46:3,17
47:8 48:18
49:2 50:11
52:18,21 139:9
140:1 154:7
221:20 224:16
247:11
**days** 43:19
245:16
**deal** 23:6
**dealing** 141:1
168:19 169:2
197:8
**death** 25:3
93:15
**decade** 126:24
242:8

**decades** 23:2
70:7 190:17
195:21 241:17
**december**
137:17
**decide** 151:16
**decompose**
216:14
**deconvoluting**
80:12
**deemed** 66:13
66:15 245:19
**defendant** 3:10
141:15 143:5
145:17,20
150:4,7,16,18
151:1,8
**defendants**
3:18 141:8,12
142:5 143:1,3
143:14,16,22
144:13 145:3
145:11 148:13
148:16,21
149:14,17
150:2,3,13
**defense** 95:14
151:10
**deferred** 159:6
**define** 21:12
39:12
**definitely**
137:10 224:9

**definition**
186:17 190:14
**definitively**
198:8
**degradation**
66:18
**degree** 95:3
133:6 231:12
238:18 239:8
239:22 240:7
**degrees** 88:18
**dehydrated**
211:10
**delaware**
143:21
**delivered** 48:17
**demonstrated**
17:22 18:9
60:4,12 98:4
98:11,16 99:16
99:20 102:7
222:13 230:16
**department**
20:10 147:15
151:6,8
**depend** 31:11
33:1,7,10
154:16 158:5
172:21 205:8
206:2
**dependent**
14:24 26:11
92:16 176:1
211:20 216:4

217:5
**depending**
17:24 123:1
203:13,14
**depends** 16:5,6
16:7,7 24:23
38:4 39:11,12
64:11,11 159:8
162:1,14
165:11 178:14
178:15,15
181:9 187:5
**deponent** 8:3
247:1
**deposed** 136:17
137:15,18
138:3,9 139:8
139:23 140:4
**deposing**
245:16
**deposition** 1:15
6:2 7:18 8:6
11:10 68:3
146:2 228:18
228:22 243:1
245:3,13,17,19
**depositions**
139:13
**describe** 62:9
153:13 154:1,5
**described**
235:7
**description**
5:12 50:8

**[design - disease]**

**design** 40:18
43:16
**designed** 162:2
163:6
**desktop** 11:4
**despite** 96:10
**destroyed**
187:4
**details** 15:1
**detect** 163:11
202:10,20
206:11
**detectable**
201:16 206:24
207:14
**detected** 165:8
165:17 201:3
205:2,20
**detecting**
201:11
**detection** 26:23
165:13
**determine** 38:7
159:22 160:7
**develop** 195:11
196:1,10
230:21 232:12
236:17
**developed**
27:11 160:1
241:16
**developing**
231:6

**development**
39:21 161:13
195:19 196:20
240:19
**develops** 43:3
197:11
**devices** 11:2
**dhhs** 151:9
**diabetes** 70:3
**diagnosed**
26:20 194:18
**diagnosis** 29:15
93:5 162:12
163:1,4
**diagnostic**
163:3,17 164:1
165:19 195:4
**dickinson**
142:24 143:7
143:13
**die** 232:16
**diet** 111:7
124:10 212:2
212:20
**dietary** 96:6
**difference** 59:7
207:3 208:14
208:18
**differences**
35:4 37:2,19
37:20 83:21
95:22 96:7
121:21

**different** 15:24
19:7 20:17,19
25:13,22 26:5
28:2,13 30:14
33:15 35:15
36:20 37:5
43:18 62:20,22
63:2 69:15
72:24 74:9,12
74:13 82:18
89:16 92:18
93:4,8 94:16
97:2,13,14
101:5 102:19
103:17 112:6
113:2 118:21
119:4 124:19
126:15 146:23
151:13 156:19
168:21 171:17
179:1 186:22
187:12 193:2
203:22,23,24
205:24 206:23
207:14 211:7,8
212:13 214:16
222:5 223:22
224:6,12
235:16
**differential**
33:4 173:3,7
173:17
**differently** 97:5
209:24

**difficult** 80:13
90:11 130:18
237:24
**difficulties** 32:6
**digested** 212:22
**direct** 219:13
244:21
**direction** 6:5
123:1
**directly** 201:12
**disagree** 14:6
15:11
**discarding**
172:15
**disclosed**
147:21 153:4
**discount** 181:1
181:12,20
182:24
**discuss** 59:24
**discussed** 51:18
**discussing**
156:19
**discussion** 32:8
90:12 169:15
**disease** 19:3
21:4 24:15,23
29:14 31:22
97:4 163:23
164:17,20
165:7,12
172:22 191:17
192:22

**[diseased - downstream]**                                    Page 16

**diseased**  191:9
  191:10,12,20
  192:8,14
**diseases**  18:20
  95:23 191:16
  193:2
**disposition**
  191:5
**dispute**  152:2,8
  152:17
**dissected**  28:17
**disseminated**
  25:12
**distinction**
  42:14 134:9,14
  171:12
**distinguish**
  43:1
**district**  1:1,1,5
  7:24 8:1
**division**  7:14
**dna**  119:14
  186:10 187:14
  187:16,18,23
  188:2 191:11
  191:21 192:9
  192:21,24
  193:5,11
  198:23,24
  221:5,5,13,17
**dnigh**  2:6
**doctor**  9:1,7
  11:20 12:2,7
  12:23 15:4

17:6 18:16
19:19 21:5
22:3 23:22
24:7 26:24
30:12 31:24
32:12 36:9
38:13 50:14
52:16 56:7
62:6,14 63:17
69:23 74:2
75:2 76:10
80:15 82:22
84:5 88:17
89:1 91:23
93:21 99:19
100:4,16
103:22 104:5
108:13 109:20
114:15 116:9
117:14 118:14
127:7 128:3
129:2,6 131:10
136:14 153:11
154:13 159:13
160:19 162:8
164:3 167:22
169:17 172:1
173:3 174:9
177:9 179:22
180:4 181:24
186:8 188:16
188:22 193:14
194:17 195:10
198:1,12 199:9

200:12 205:16
216:2 217:4
218:7 221:19
226:23 229:11
231:21 232:22
238:17 239:7
239:21 241:12
242:17
**document**  1:6
  75:16
**documents**
  6:10
**dog**  109:2,2
**doing**  28:4,8
  29:5,7,11,23
  49:12 104:15
  104:16 125:14
  131:19 138:22
  154:9 170:16
  207:8 236:11
  245:8
**doj**  150:23,24
  151:12
**donor**  220:10
  221:13,14
**donors**  218:11
  220:23
**dormancy**  15:6
  15:21 17:7,12
  17:19 18:1
  20:16,19,24
  21:2,15 22:21
  23:2

**dormant**  17:24
  18:8,10 22:2
**dose**  16:6,18
  37:3,5,7
  141:22 178:5
  222:16,17
  224:23 225:1,3
  227:10 230:11
  230:15,19,20
  232:1
**doses**  16:3
  174:23 177:2
  224:20 225:20
**double**  84:17
**doubles**  85:6
  91:2
**doubling**  84:6
  84:9,12,13,23
  85:23 86:11,15
  86:20,24 87:6
  87:16,22 88:11
  89:2 91:8
  102:16,23
  103:8,14
  233:18 234:4
  234:10,18
  235:2,6,11,18
  235:23 236:2,8
  237:1,8,15,23
  239:3,14
**doubt**  181:1
**downstream**
  37:23

**dozens** 115:19
**dr** 8:4 51:23
  61:10 62:3
  104:13 227:6
  233:17 242:21
**dramatic** 37:18
**draw** 42:13
  200:19 202:9
  202:23 203:13
**drawn** 204:24
**drew** 202:15
**drug** 43:15
  216:10
**due** 8:9 106:20
  193:3 195:11
  196:11
**duly** 8:19
**duration**
  141:23 176:20
**durations**
  176:18
**dust** 77:10
**dysfunction**
  187:1

**e**

**e** 5:2,10 150:5
  246:1
**earlier** 22:3
  35:23 45:5
  74:2 161:24
  200:7 216:2
  233:18

**early** 23:5 66:5
  66:6
**eastern** 7:17
**eating** 202:17
**effect** 28:16
  30:4,8 35:19
  35:22 59:8
  169:2 195:2
  223:20 225:10
**effectively**
  197:17 225:14
**effects** 58:21
  166:13 178:4
  198:15 227:14
  231:3 232:16
**either** 35:20
  89:19 101:21
  104:21 105:13
  110:14 130:8
  140:16 189:24
  215:21 226:16
**elaborate** 59:11
  240:16
**element** 90:4
**elements** 16:17
  19:12 146:23
  159:11 172:9
**eliminate**
  183:16
**ellis** 3:3
**emerged**
  216:15
**employee**
  244:11,12

**employment**
  150:21
**enable** 28:15
  216:22
**enables** 30:3
**encapsulate**
  131:15
**encompass**
  133:4
**encompassed**
  120:8 129:19
**encompasses**
  130:9
**endogenous**
  104:6,24
  105:14,16
  106:3,10
  107:18 117:24
  119:5 120:6
  129:18 130:23
  133:23 184:13
  185:12 220:21
**endogenously**
  106:17,19
  109:22 111:7
  111:13 112:14
  113:17,21
  134:21 211:19
  220:22
**endpoint**
  161:12 163:14
  164:1 166:3,24
  167:12,20
  198:21

**endpoints**
  166:2
**engineered**
  27:12,14 39:16
**enlarged**
  189:20
**enormous**
  43:12 49:9
  113:5
**enrolled** 40:12
**ensure** 8:11
**entailed** 76:7
**entered** 163:18
**entire** 49:2
  128:14 178:7
**entirely** 50:3
  93:9 127:1
  181:12,20
**entirety** 183:1
**entities** 45:20
**entitled** 51:11
**entity** 45:24
**environmental**
  179:1 216:12
**epi** 183:24
**epidemiologi...**
  58:9 80:16
  82:6 155:13
  156:20 162:9
  162:20 166:12
  167:6 168:4,17
  169:16,21
  173:10 182:2
  182:17 183:24

**[epidemiological - excreted]**                                    Page 18

184:1
**epidemiologi...**
    80:12
**epidemiologist**
    153:12,14
    154:1,17 155:7
    155:11
**epidemiologi...**
    156:19 157:12
    158:4,10
**epidemiology**
    153:15,19,21
    153:24 157:7
    164:23 174:10
**equilibrium**
    210:24
**equipment**
    11:1,15 64:6
**errata**   245:6,9
    245:12,15
    247:6
**error**   12:22
    130:6,19 133:3
**escape**   15:6,21
    17:8,12
**especially**
    208:24 213:3
**esquire**   2:4,8
    2:13 3:4,8,15
    4:4
**essential**   31:1
    154:8 230:14
**essentially**   25:8
    33:15,17 52:4

152:1,18
    163:15 171:20
    186:17 230:9
**estimate**   32:24
    41:12 85:13
    106:10 119:5,8
    130:23 204:7
    235:14,18
    236:8 239:14
**estimated**
    120:8 123:7
    129:20 175:3
    196:4 221:8
**estimates**   85:18
    87:4,21 93:9
    119:17 120:6
    129:17 130:1
    133:5,11 135:3
    135:4,6,10,15
    135:22 177:7
    225:13
**estimating**
    106:3
**estimation**
    119:22 131:3
    173:1
**et**   1:6,7 7:22,23
    49:8,8 107:1,1
    151:20 165:13
    165:14 202:17
    202:17,18
**ethanol**   219:7
    219:12

**ethical**   160:8
    161:16
**ethylate**   219:9
**ethylene**
    143:11,17
    145:9,14
**etiologies**
    102:19
**evaluate**   21:1
    172:7 186:3
    225:15
**evaluating**
    118:22 216:11
    225:5
**evaluation**
    151:9,15 178:3
    225:12
**eve**   139:9 140:2
**eventually**
    24:19
**everybody**
    164:10 201:16
**everyone's**
    211:6
**evidence**   19:23
    21:2,24 154:14
    155:1,5,12,17
    155:22 156:5,8
    157:8,12,23
    158:3,12
    161:18 172:12
    181:15 183:17
    195:7,8,14,23
    196:18 236:24

**evident**   125:16
**evolve**   121:24
    122:10
**evolved**   127:12
**evolves**   121:12
    127:5 133:9
**exact**   142:21
    223:3 242:10
**exactly**   35:13
    124:3
**examination**
    8:22 233:14
    238:14 244:4
**examine**   191:4
    215:4
**examined**   8:20
**examines**
    192:19,21
**example**   25:1
    25:10 29:6
    32:1 34:23
    43:24 46:5
    47:18 107:4
    119:3 164:9
    171:6
**exceedingly**
    64:1
**except**   7:6
    167:4 247:5
**exceptionally**
    225:16
**excreted**
    130:15 209:3

**excretion**
119:18 120:7
129:19
**executed**
120:16 121:5
128:8 159:12
162:3
**exhaustive**
23:17
**exhibits** 5:13
10:8
**existence**
105:15
**existing** 26:3
**exists** 20:1
**expand** 158:8
**expect** 116:5
**expectancy**
29:8
**experience**
48:18 86:15
187:18 193:12
**experiment**
35:10 38:18,20
39:9,10,24
40:4 42:3,11
43:12 44:14,19
44:24 45:7
46:15 49:3,12
52:5,13 205:13
206:20
**experimental**
16:8,21 21:19
21:20,22 26:1

40:18
**experiments**
28:8,15 29:6,7
29:23 30:5
37:22 39:1,14
40:8 41:4,23
42:15 43:5
44:6 45:22
47:1 52:18,22
54:15 55:11
58:8 59:8
63:20 64:4
68:17
**expert** 11:21
13:8 67:14
69:10 74:20
140:11 146:8
147:22 151:22
151:23 153:7
177:9
**expertise** 23:12
62:13 153:15
153:24 154:12
**experts** 61:21
82:4 177:23
232:11
**expires** 247:12
**explain** 209:17
234:15
**explained**
151:12
**explanation**
169:6

**exposed** 58:10
64:15 71:3,24
72:5 76:12,17
76:24 77:7
78:19 79:13,19
79:20 80:4,9
83:12 96:2
160:23 162:10
166:22 222:3
223:10 226:7
230:12,18
**exposure** 75:1
75:20 140:18
141:23,24
150:20 176:18
176:20 204:9
226:8,20 227:5
231:14,15
240:23
**exposures**
81:16 177:4
216:9 222:8
224:21
**expression**
152:13
**expunging**
184:22
**extended**
175:19
**extent** 97:10
168:18 181:22
213:17
**external** 80:23

**extraordinarily**
16:3 115:9
**extrapolated**
223:13 225:20
227:9
**extreme** 222:22
**extremely**
15:23 49:15
75:21 80:13
130:16 168:16
169:13 177:24
235:20

**f**

**facilities** 47:24
63:23
**facility** 143:7
145:23
**fact** 123:5
**factor** 34:7
47:19 85:17
95:8,13,16
169:18,19,21
170:2,4,9,14,19
171:8,10,15,17
171:20,23
172:18 180:15
181:13 183:3
183:14,19,21
216:11
**factored**
172:20 181:19
**factories** 76:12
79:18

**[factoring - form]**                                                    Page 20

**factoring**
172:11
**factors** 16:14
79:14,20 80:5
93:23 94:12,17
94:20,21 95:17
96:9 109:14
114:21 168:6
168:12 169:9
172:2,10,24
182:1 185:7
209:23 212:16
217:3,6
**factory** 76:18
76:23 77:7
78:19 79:19
80:4,8,17 82:8
82:23 83:11,15
**faculty** 20:9
23:12
**fail** 245:18
**fair** 169:13
190:13 211:23
217:11
**fairly** 122:8
**familiar** 33:3
45:13 70:9
71:23 102:22
191:3 219:5
**famotidine**
71:24
**famotine** 71:20
**famous** 36:4

**far** 37:7 95:10
95:11 119:24
130:7 147:5
148:4 153:8
157:18 194:8
203:14 231:16
**faster** 100:18
**fatty** 194:5
241:24
**fda** 75:8,14,24
122:5 123:11
123:23 124:6
124:12 125:2
125:13,17,22
126:1,7,20
131:12 175:14
178:11,19
179:4 225:15
230:10
**feasibility**
37:21
**feasible** 43:16
45:6,11,23
47:4
**feature** 65:8
95:21 202:7
**features** 92:20
96:19
**feel** 61:1 108:1
113:22 132:23
**feeling** 183:10
183:11 189:19
**fellows** 31:20

**fewer** 124:23
**fhs** 4:7
**fibers** 140:17
**fibrosis** 16:14
190:21
**field** 23:1
**figure** 42:23
43:21 44:11
175:16 216:23
**filing** 7:4
**filled** 49:8
**filtered** 33:19
**filtrate** 33:14
34:2
**financially**
244:13
**find** 23:9,10
115:20 118:24
**finding** 23:18
**findings** 172:5
181:1
**fine** 116:4
179:11
**finish** 228:21
**finite** 46:11,13
**firm** 140:24
141:2 149:11
**first** 35:4,12,21
60:7 61:15
90:22 111:16
119:7 131:2
133:2 193:15
194:12 195:4
195:12,16

196:11 200:14
241:7,15,19,20
**five** 78:22 79:6
162:18 217:16
238:4
**floor** 2:14 4:5
**florida** 2:5
**flow** 190:21
**flux** 207:4
**focus** 200:8
**focused** 146:16
**focuses** 20:16
**focusing** 42:18
**follow** 39:19
**following** 75:19
**follows** 8:20
**food** 47:22
**footprint** 209:7
**footprints**
201:24
**foregoing**
244:7,19 247:3
**form** 7:6 51:17
74:9 88:2 89:5
99:24 102:12
105:4 108:20
110:2,4 112:17
134:24 147:7
159:18 198:17
206:12 210:12
210:20 216:15
222:12 229:24
229:24 247:5

**[formation - generating]**                                              Page 21

**formation**
107:3,18 119:6
119:17 120:7
129:18
**formed** 21:22
67:2 106:17,18
109:22,24
110:12,17
111:7,13,22
112:10 113:7
113:17,21
115:7 133:23
134:21 218:20
219:2 221:6
**forming** 104:5
212:11
**forms** 17:22
112:13
**formula** 85:5
216:22
**formulated**
222:1
**formulations**
66:8
**forth** 244:9
**four** 9:10 77:16
78:22 136:16
137:1,8 138:2
146:1
**fourth** 95:13
**fraction** 187:3
209:3
**fractional**
35:11

**fragments**
63:10
**frank** 4:4
**frankly** 236:23
**front** 9:20 10:4
11:21 49:23
50:5 51:18
52:14 67:11,21
68:18 69:12
77:21 78:11
79:2,9 81:1,11
84:1 106:13
108:10 110:9
111:2,18 115:4
115:5,14
118:19 126:18
136:21 137:2
137:20,24
138:6 139:2,7
175:12 182:21
182:21 213:20
**full** 94:23 117:1
128:23 178:1
241:4
**fully** 103:3
**function** 13:4
34:9 37:3
40:18 92:9,13
109:11 122:20
124:10 187:5,7
192:22
**functional** 58:8
**functionally**
94:24

**functions** 13:6
13:7
**fundamentally**
85:11 92:15
**fundamentals**
237:18
**further** 242:16
244:7,11
**future** 135:13

**g**

**gas** 62:14,16,23
63:4 64:8,14
65:1,1,2 66:16
68:6,9,23
70:13,20 71:9
71:21 72:1,5
72:17 73:4
75:22
**gaston** 1:6 7:22
**gastric** 106:16
106:22 107:16
108:15 109:9
**gastrointestinal**
110:6
**gavage** 46:6
**gc** 63:18,19
**gene** 152:12
**general** 15:23
17:15 19:5,9
35:6 42:14
52:3,11 62:18
73:5 74:21
75:11,18 76:6

80:19 81:6,9
81:10,15 82:9
83:1,17,23
88:24 97:19
107:24 122:17
127:4 157:16
157:17 161:21
170:11,14
176:23 177:4
186:11 192:16
192:16 196:19
198:20 203:6
207:21 208:17
210:7 224:20
**generalizable**
96:19
**generalizations**
96:14 97:2
**generally** 72:9
72:21 84:14
86:20,24 87:17
95:7 96:13
108:16 125:6
125:20 157:20
158:21 161:19
173:4,18 180:9
190:24 213:16
**generate** 31:21
160:6 208:7
**generated** 42:8
113:13 208:16
**generating**
197:13 208:6

**[genes - gut]**                                                                    Page 22

**genes**  94:23
  193:4
**genetic**  94:22
**genetically**
  27:12,13 28:18
  39:16
**genetics**  141:19
  147:11
**georgia**  3:17
  143:8
**getting**  42:5
  68:21 101:17
  172:19,20
  241:10
**give**  9:12 15:14
  18:15 19:16,17
  32:22 41:11
  53:12,24 68:19
  69:21 71:4
  77:21 79:9
  81:7,12 92:7
  106:13 111:3
  111:19 130:1,1
  131:16 159:14
  161:8,10 197:7
  213:20
**given**  25:21
  96:21,23 112:4
  115:8 126:23
  130:13 135:20
  146:2 160:12
  160:22 184:17
  187:16 192:23
  214:7,21

  225:13,17
  231:5 241:21
  247:4
**gives**  130:11
**giving**  67:18
  99:10 196:17
**glad**  15:14 17:2
  18:13 19:16
  59:10,19 60:21
  61:7 82:17
  108:7 154:21
  158:8 167:16
  184:9 186:5
  214:24 240:15
**glomerular**
  33:14 34:2
**glucocorticoids**
  53:19 54:7
**go**  17:2 18:14
  40:10 54:13
  55:12 78:7
  82:17 94:12
  109:14 214:24
  215:18 216:22
  217:16,19,20
  223:3 228:23
  233:2
**goal**  28:20
  29:20 35:9
  98:1 163:10
**goes**  157:3
  200:6 239:4
**going**  28:3
  31:11 33:23

  34:2,6 35:3,6
  50:14,17,17,20
  51:8 58:18,19
  58:23 110:10
  110:21 121:16
  135:18 140:5
  146:11 154:15
  154:16 157:1
  162:6 172:21
  186:12,23
  190:24 195:6
  197:14 205:8
  206:2 212:8
  230:8
**goldenberg**  2:3
**golkow**  7:13
**good**  7:10 9:1,2
  28:22 192:4
**gordon**  4:3
**gotten**  215:20
**gradation**
  93:11
**graduate**  31:19
**grant**  4:5
**grateful**  179:10
**great**  23:6
  87:12
**greek**  12:15
**greenberg**  3:14
**ground**  171:24
**group**  51:4,5
  80:21,22 81:3
  161:7,9 162:10
  162:11 218:15

  218:16
**groups**  59:13
  81:14 83:22
  123:8 161:7
  220:19
**grow**  26:4
  91:24 92:2
  93:24 94:7
  96:16
**growth**  25:5
  85:14 88:19
  90:17 91:4
  92:8 94:18
  96:12 97:7
  98:2,5,7,12,23
  99:7,14,21
  100:6,19,23
  101:3,6,9,13,16
  101:20,22,24
  102:8 240:19
**gtlaw.com**  3:18
**guess**  16:12
  33:6 56:13
  125:22 146:15
  149:1 203:17
  204:18 232:14
**gulf**  2:5
**gut**  110:4 111:6
  111:11 112:2
  112:15 113:18
  114:23 212:11

[h - high]                                                              Page 23

| h | head  66:16,24 | heavy  141:24 | 102:17,20 |
|---|---|---|---|
| **h**  4:4 5:10 9:6,6 | 72:5,16 73:4 | **held**  7:18 174:5 | 103:9,15 196:2 |
| 104:15 | 74:17 75:21 | **help**  15:15 | 196:10,20 |
| **handles**  186:22 | 192:3 | 29:24 58:20 | 197:13 222:4 |
| **hang**  11:12 | **health**  29:20,21 | 108:9 224:9 | 226:10,15,22 |
| **happen**  69:7 | 151:6 | **helpful**  59:11 | 230:3 235:10 |
| 113:3 114:22 | **healthcare** | 75:17 86:12,18 | 235:13 236:16 |
| 115:11 212:14 | 163:16 | 87:14 | 236:22 237:3,9 |
| 222:20 230:22 | **hear**  24:4 60:6 | **helps**  57:17,22 | 238:19 239:9 |
| 231:10 | 104:17 119:24 | **heme**  110:6 | 239:23 240:8 |
| **happening**  46:3 | 155:19,24 | **hep**  100:16,17 | 240:21,24 |
| 93:14 112:2 | 157:21 170:6 | 100:20,21 | 241:7 242:5 |
| 197:4,6 | 199:16 | 101:7,7,11,11 | **hereinbefore** |
| **happens**  31:5 | **heard**  8:12 | 102:5,5,6,6,7,8 | 244:9 |
| 35:14 39:20 | 56:17 57:10 | 102:9,9,18,18 | **hesitate**  108:24 |
| 43:4 93:13 | 90:21,23 91:6 | **hepatic**  12:23 | 210:1 |
| 106:6 178:24 | 91:18 155:3 | 13:1,9,12,17 | **heterogeneity** |
| 200:5 208:2 | 156:15,16,18 | 14:3,12 17:23 | 95:4 |
| 223:6 | **hearing**  23:14 | 18:17,24 35:4 | **hey**  48:15 |
| **happy**  15:3 | 91:11 128:22 | 35:12 95:11 | **hidajet**  76:13 |
| 78:7 91:16 | 146:24 | **hepatitis** | 78:1,17 80:7 |
| 114:17 188:21 | **heart**  31:17 | 195:17,18 | 80:20 81:18 |
| **harbor**  94:24 | **heat**  64:9 65:2 | **hepatocellular** | 82:1 116:24 |
| **hard**  49:15 | 67:7 68:23 | 17:8,13 19:24 | **hierarchy** |
| 167:19 169:4 | 71:4 74:17 | 20:8,10 21:16 | 154:14,24 |
| 182:8 193:13 | 75:1 216:4 | 22:1,19,23 | 155:4,11,16,21 |
| 235:20 | 217:6 | 23:23 24:1,8 | 156:4,8 157:8 |
| **hate**  72:7 | **heated**  67:6 | 24:10,24 25:7 | 157:11,23 |
| **hazard**  169:3 | 70:20 71:20 | 26:15,17,19 | 158:3,11 |
| **hcc**  13:19 14:5 | **heating**  68:24 | 93:5,23 94:4 | 161:18 |
| 88:18 195:11 | 71:9 | 94:14,19 97:7 | **high**  16:3 64:15 |
| **he'll**  12:5 | **heats**  70:14 | 98:5,8,12,19,24 | 65:2 66:11,16 |
| | **heavily**  104:7 | 99:6,18,22 | 66:24 67:7 |
| | 105:1 | 100:9,19 101:9 | 70:14 71:3 |

**[high - impact]**                                                    Page 24

72:1,5,16 73:4
74:17,17 75:1
75:21 137:11
175:18,18
177:24 196:3,3
**higher** 37:7
160:1 161:19
161:22 170:18
175:4 176:14
177:5 225:7
230:11
**highest** 38:17
**highly** 48:1
62:11
**history** 85:14
98:18 202:17
241:22
**hold** 62:8
**honest** 146:19
**honestly** 141:9
**honorable** 1:4
**hope** 119:19
**hormone**
148:18,22
**host** 92:20
95:14,22
**hours** 46:17
**house** 48:6
**housed** 47:19
**hrt** 146:11
148:12,23
149:2
**hrudey** 104:8
104:12,13,18

104:19,20,22
105:1,1 106:1
106:7 107:8,10
117:23 118:14
118:20 119:3
120:16 121:5
121:11 123:5
124:20,24
126:16,18
127:10 128:8
129:9,23 131:3
132:1,9,21
133:7,21
134:19 135:3
135:24 209:13
213:7 215:5,14
**huahai** 1:7 3:11
7:23
**human** 20:24
26:14 28:1,19
29:13,16,22
30:6,16 31:6
31:10,22 32:1
32:15 35:14
36:12 37:12,14
40:9 43:2 58:7
58:22 86:23
99:18 111:13
119:14 135:23
151:7 155:14
186:19,24
193:11 211:3
218:9 222:9,13
222:15 225:21

230:2,16,17,23
230:24 231:1
236:14,21
237:18 240:13
240:19,20
241:13 242:4
**humans** 30:1
34:11,17 57:19
57:24 119:6
141:21 192:22
199:13,21
219:18 220:1
221:21 224:2
**humidity**
175:18 216:4
216:17 217:6
**hundred** 116:6
180:8 184:5
185:2
**hundreds**
40:22 44:17
184:18 185:19
221:9
**hypertension**
189:15
**hypothesis**
236:20
**hypothesized**
174:21 176:1
176:14 177:2
**hypothetical**
83:4 165:22
205:13 207:21
209:20 210:3

232:7
**hypothetically**
99:12,15 222:7

**i**

**iarc** 56:11,20
215:22
**idea** 116:9
**identical** 33:24
**identify** 31:2
63:7,10 84:15
222:6
**illinois** 144:9
145:10
**images** 104:3
165:19 193:22
234:8,9 235:21
237:6
**imagine** 156:7
165:24 167:20
182:9 208:5
226:19 236:11
**imaging** 103:23
166:1 167:11
189:18
**imerys** 150:5
**immediately**
167:10 183:6
**immune** 26:9
95:16,18,20
**immunity** 13:6
**impact** 129:3,8
131:23 132:8
133:20 134:18

**[impact - instructions]**                                                      Page 25

186:9 187:5
188:7 190:4,11
191:10 216:12
**impacted**
132:12 190:19
**impair** 192:9
**imperative**
245:14
**impinge** 193:5
**importance**
105:16
**important**
105:8 173:1
178:20 206:6
216:11
**impossible**
96:23
**improve** 29:15
29:20,21
122:20
**inappropriate**
51:15 188:14
228:20
**inartful** 203:17
**incessant**
139:20
**include** 54:17
54:20,22,23
55:1,3 56:1,2
168:3
**included** 55:17
55:18 120:22
**including** 16:14
82:3 95:18

136:18 172:9
240:21
**incomplete**
83:3
**incorrect** 117:7
123:5
**incorrectly**
61:22
**increase** 29:8
85:16 218:8
219:4,14,17,24
220:15 221:21
224:2 229:19
**increased**
80:18 82:8,24
83:16 120:13
130:22 160:24
227:19 228:1
**index** 6:2
**indication**
217:13
**individual** 87:9
87:24 97:5
212:24 233:20
234:14
**individuals**
87:1,17 92:1,3
163:7 200:15
208:8 211:12
211:13 215:17
**induce** 198:13
**industries** 3:19
**infer** 197:19
223:19 225:9

236:3
**inference** 59:9
231:17
**inferences**
157:19
**inflammation**
15:5,20,22
16:1
**inflammatory**
16:4
**influence** 94:18
96:12 107:3
212:3,6,16
**influenced**
16:13 96:4,6
133:6 135:8
**information**
15:17 16:23
18:12 115:23
120:12,20
128:12 130:21
132:24 133:13
180:16
**informative**
158:24
**informed** 12:3
**ingelheim**
144:8,11
**ingest** 227:17
229:12,18
**ingested** 34:24
36:13 110:1
221:21 224:2
229:14 230:5

231:24 232:8
**ingesting**
238:20 239:10
239:24 240:9
**ingestion** 111:5
**inhalation**
115:2
**inhaled** 46:8
110:14 111:24
112:1
**inherited** 193:3
**inhibitors**
53:15,17,18
54:5,6,7
**initial** 119:1
**initiated** 44:15
**injection** 46:6
**innate** 95:18
**insofar** 40:10
135:2
**instance** 35:16
44:22 45:12
46:4 48:13
75:24 122:4
124:7,11
189:12 231:4
234:7 235:24
**institution** 48:3
48:8
**instructing**
239:16,19
**instructions**
245:1

**[instruments - know]** Page 26

| | | | |
|---|---|---|---|
| **instruments** 143:8 145:24 | **intervals** 132:3 | 144:15 176:6 181:4 199:24 204:5 208:18 209:1 | **key** 56:7 57:12 57:17,22 59:4 59:12 60:2,10 60:15,22 |
| **insult** 236:5 | **intestine** 115:1 115:1 | | |
| **insurance** 163:15 | **intraperitoneal** 46:6 | **issued** 75:14 | **kg** 12:13 |
| **integrated** 204:8 | **introduced** 27:16 | **issues** 29:19 67:18,23 132:16,17 164:23 168:16 199:11,20 241:24 | **ki67** 92:23 93:7 |
| **intellectual** 152:1,7 | **investigate** 213:3 | | **kidney** 33:13 |
| | | | **kill** 98:1 |
| **intended** 57:10 62:19 106:23 | **investigator** 57:11 | | **kilograms** 12:21 |
| **intentionally** 161:8 | **investigators** 48:8 123:2 135:10 | **item** 129:15 | **kind** 46:20 48:9 87:4,20 107:14 139:16 142:18 145:19 234:24 |
| | | **items** 77:17 | |
| **inter** 208:23 215:2 | **involved** 125:17 144:21 144:24 146:10 146:12,14 147:4,10 148:3 152:15 230:7 | **iv** 4:4 | |
| **interest** 27:18 35:17 39:19 42:2 179:23 180:5,10,19,24 181:8,18 182:6 182:18 183:2,9 183:22 184:15 184:21 185:9 185:13 186:1 | | **j** | **kinds** 207:8 234:20 |
| | | **jak** 53:16,16 54:6,6 | **kirkland** 3:3 |
| | | **jersey** 1:1,21 8:2 147:1 | **kirkland.com** 3:6,10 |
| | **involving** 43:5 110:6 147:16 151:24 | **job** 28:22 31:4 192:4 | **know** 12:5 15:1 15:7 16:10,11 16:13 18:6 19:11 20:11,15 20:15 21:1 22:24,24 23:13 23:17,19 26:8 26:12,20,21,22 28:1,10 30:6 31:17 33:24 35:5,20 36:3 37:8 38:1,24 40:12,14 42:8 42:11,22 43:14 43:14 44:7 |
| | | **judge** 1:5 51:18 | |
| | | **justice** 147:16 151:8 | |
| **interested** 198:23 200:1,3 244:13 | **irbesartan** 1:4 7:20 | **k** | |
| | **isolation** 237:20 | **kansas** 2:10 | |
| **interface** 149:10 | **issue** 18:2 33:7 38:15 64:18 66:2 69:21 70:15,22 71:1 71:17 94:3 132:18 133:1,2 142:12 143:10 | **kathryn** 2:13 | |
| | | **kavila** 2:15 | |
| **internal** 80:22 81:16 83:22 | | **keep** 9:21 11:10 28:11 72:24 116:11 | |
| **interrupt** 220:12 | | **kemp** 146:24 | |

**[know - leave]**                                                    Page 27

| | | | |
|---|---|---|---|
| 45:15 46:7,7,8 | 126:7,20,22,23 | 211:15 212:18 | 41:7 44:2,4 |
| 46:9,11,14,17 | 130:2 133:12 | 212:23 217:19 | 45:11 46:14,19 |
| 46:18,24 48:7 | 135:11,13,20 | 219:11 220:24 | 49:3,5 62:11 |
| 48:14 49:7,10 | 135:21,22 | 222:15 223:4,9 | 64:2 153:17 |
| 50:3 52:11 | 137:3,12,21 | 223:11,11 | 198:2,13,19,20 |
| 55:7,10 56:23 | 138:5,7 139:14 | 224:18,21,23 | 199:4 |
| 57:7 58:13,22 | 139:14,19 | 225:17,18 | **labs** 64:1 |
| 59:7 60:22 | 141:9 147:1 | 227:7 230:17 | **laid** 120:21 |
| 62:3,24 64:17 | 151:3,17 | 230:21 231:9 | **laptop** 10:8 |
| 66:5,9 68:2,3 | 154:20 155:14 | 231:11 233:21 | 11:17 |
| 71:2 74:22 | 156:1,16 159:6 | 241:22 242:4,7 | **large** 37:17 |
| 75:19 76:3 | 159:9 161:6 | 242:9,14 | 42:4,5,7,9 |
| 78:20,22 79:5 | 163:9 164:6,7 | **knowing** | 63:14 112:5 |
| 79:6 80:13,24 | 165:12 168:15 | 126:19 208:21 | 115:1,9 152:13 |
| 83:10 85:17 | 168:21 169:22 | **knowingly** | **larger** 32:3,19 |
| 91:17,19 96:8 | 171:21,24 | 159:14 | 34:12,18 36:15 |
| 97:1,13,15,19 | 173:1 174:2 | **knowledge** | 101:17 |
| 97:20 98:17 | 176:4 181:15 | 240:13 | **largest** 42:19 |
| 99:1 100:23 | 181:17,17 | **known** 96:15 | 43:24 44:9 |
| 101:3,12,14 | 182:10,14 | 197:20 199:2 | **latency** 226:14 |
| 104:11,14,21 | 183:17 187:9 | 240:18 | 231:19,22 |
| 104:21 106:2 | 187:16 189:2 | **knows** 241:14 | 236:4 |
| 107:3,9,11 | 189:16,19,20 | **l** | **law** 140:24 |
| 110:13,16,17 | 189:21 190:1,2 | | 141:2 |
| 110:21 112:10 | 190:10,17,20 | **l** 2:13 | **lawyer** 151:3 |
| 112:23 113:1 | 190:21 193:4 | **lab** 20:16 27:1 | **lawyer's** 248:1 |
| 116:12 117:10 | 193:11 194:14 | 28:4 38:19 | **lawyers** 149:6 |
| 117:16,16 | 195:3,5 196:5 | 45:12,24 52:17 | **lay** 120:24 |
| 120:24 121:12 | 196:19,21,22 | 53:7 54:19 | **lead** 55:15 |
| 121:16,19 | 197:1,4,19 | 153:21 198:7,9 | 101:8 181:20 |
| 122:5 123:6,6 | 199:2 201:22 | **laboratories** | 183:15,16 |
| 123:8 124:20 | 202:16 204:2,7 | 63:21 199:7 | **leads** 173:4,18 |
| 125:11,14,16 | 205:12 206:4 | **laboratory** | **leave** 66:10 |
| 125:18,19 | 210:8,18 211:4 | 27:4 32:21 | |

[led - living]                                                         Page 28

led  184:21
lesion  235:8,15
letter  12:15
level  39:19
  84:19 92:18
  123:7 130:2
  171:23 175:19
  202:18 207:4
  208:14 210:23
  223:13 230:1
levels  106:3
  107:18 119:9
  119:13 121:14
  124:9 126:9
  130:15 174:22
  176:14 178:12
  188:2 200:16
  200:21 201:4
  203:24 206:15
  206:23 207:14
  208:20 210:5
  212:1 218:9
  219:4,18 220:1
  220:16 222:2
  222:22 230:4
  231:14
lewis  1:16 5:4
  8:4,18 9:5
  242:21 244:4
  247:8
lexington  3:4
liability  1:5
  7:20 145:2

life  29:8 140:5
lifespan  37:19
light  159:6
lighter  170:17
  170:20,24
likely  121:21
  197:4 200:22
  212:5 225:18
  232:15 241:21
  242:8
limitation  43:9
limitations
  48:11,12
  167:23 168:2
  201:10 210:4
limited  48:4
limiting  47:14
line  6:6,6,6,11
  6:11,11,16,16
  6:16,21,21,21
  227:23 246:3
  248:2
liquid  63:1
  74:3,6,8,15,20
  75:10 76:7
list  53:12 55:18
  56:2,19 61:7
  82:19 85:10
  99:10 111:4
  116:8 136:20
  136:20 137:2
  215:19
listed  12:20
  78:17 116:8

137:22 147:5
  148:4 158:21
  183:3 184:21
  186:2
listen  228:15
listening  23:14
listing  99:4
literally  43:13
  210:2
literature
  13:10 14:21
  19:8 20:4,6,14
  20:23 22:20
  23:9,20 66:14
  85:20 105:18
  111:2 181:22
  182:14 183:13
  186:19 217:13
  219:6 222:12
  225:13 241:5
litigation  1:5
  7:21 9:9,22
  61:19 64:19
  65:10 66:2
  67:15 75:6,7
  143:16,20
  144:21 145:2
  145:10 146:3
  146:15 147:16
  148:17,24
  156:17 174:19
  174:24 175:3
  175:24 176:8
  176:13,19

177:10 178:21
  216:8 225:24
litigations
  147:4
little  89:14
  111:8 116:19
  137:11 173:15
  211:6
liver  13:3,14,19
  13:21 14:5
  18:17,19,20,24
  19:3,3 35:21
  36:11 79:14,21
  80:6,18 82:9
  82:24 83:16
  166:18 167:2
  186:9,12,15,22
  187:24 188:8
  189:20 190:15
  191:9,10,13,17
  191:18,20
  192:1,8,10,22
  193:2 194:5,22
  197:6 198:13
  198:15 221:22
  224:3 227:19
  228:1 229:19
  230:21 231:6
  232:2,12 234:8
  234:9 237:4
  242:1
living  187:20
  200:24 207:23
  212:14

**[llp - materials]**                                                          Page 29

**llp**   3:3,14 4:3
**local**   25:9
**located**   10:11
  156:2
**location**   95:8
**lockard**   3:15
**lockardv**   3:18
**lodged**   25:13
**long**   28:5
  152:23 178:24
  190:16 191:1
  195:10 196:9
**longer**   25:6
  176:20 240:3
**longstanding**
  194:7 195:20
**look**   14:15,21
  18:13,14 19:16
  32:2,17 36:6
  51:12 59:19
  72:9 84:1
  104:3 107:2
  115:22 118:5
  139:7,20 163:6
  163:10 164:11
  164:22 167:17
  180:9 184:10
  184:23 188:2
  195:7 209:16
  211:14 214:24
**looked**   20:8
  22:18,20 33:9
  70:16,23 71:1
  71:6,18 72:14

166:14 203:21
  213:7,15,17
  214:17
**looking**   13:10
  14:8 16:8
  20:13,22 31:24
  34:9 36:9,22
  38:24 40:15
  64:10 69:20
  73:7,8 81:18
  162:24 163:3
  163:17,24
  165:18,18
  181:21 182:12
  202:3 213:12
  215:9,15,21
**looks**   187:11
  201:13
**losartan**   1:4
**lose**   187:7
**loss**   7:19
**lot**   15:16 21:7
  40:2 47:4 64:9
  89:9 110:20
  178:15 204:11
  204:16
**lots**   20:21,22,22
  20:22 93:16
  94:10 198:6
  221:7 236:1
**lousy**   25:20
**low**   37:5
  121:15 130:16
  177:21

**lower**   106:18
  107:17 108:16
  175:4 206:14
  223:12 227:8,9
**lung**   170:18
  171:1

**m**

**m**   12:14 150:5
  220:6
**made**   9:8,22
  30:21 66:12
  81:14 92:22
  96:14 123:4
  140:16 151:14
  235:3 245:7
**magical**   221:17
**magnitude**
  35:7 174:23
  223:18 225:7
  225:19 226:24
  229:17 230:6
**major**   23:3
  135:19
**majority**   87:12
  126:6 172:14
  181:16
**make**   35:15
  157:19 158:22
  161:3 166:19
  172:4 192:4
  206:18 234:19
  245:4

**makes**   125:13
**making**   97:1
  151:15 206:21
  207:12,22
**manner**   40:11
  50:4 186:22
  202:2 236:10
**manufacture**
  176:8
**manufacturer**
  142:6,8 149:4
**manufacturers**
  144:23 145:6
  148:21 149:18
**manufacturing**
  143:4 145:17
  150:6,15,18
  178:23
**marie**   1:4
**marked**   5:13
  6:20
**market**   70:10
**martin**   62:3
**maslynsky**   1:19
  244:3
**mass**   46:24
  63:6,8,13,15
  64:2,4 84:16
  241:1
**mat**   36:14
**material**
  140:16
**materials**   67:21
  82:18 85:9

**[materials - memory]** Page 30

116:8 215:19
**mathematical**
107:7
**matter** 7:19
122:17 140:19
170:11,15
174:17 177:18
186:11 212:21
**mclendon**
143:12
**md** 8:18
**mdl** 8:2 12:19
119:2 129:15
145:2,7 146:11
146:13,18
147:2 148:12
149:2
**meal** 203:15
**mean** 10:15
13:5 20:7
21:12 28:9
35:2 36:3
39:11 41:6
50:6 51:2 52:1
52:3 53:22
57:2,4,6 66:3
69:13 78:3
85:1 88:21,23
89:15 97:11
101:3,5,15
105:23 107:5
114:24 121:8
121:10 123:3
124:2 139:12

155:17,22
156:5,9,12
157:14 160:15
165:23 180:7
181:8 188:24
190:13 191:15
199:24 212:12
218:19 220:12
221:8,14 227:3
233:22
**meaning** 91:13
204:17
**meaningful**
90:12 167:21
**means** 46:12
51:7 62:17
90:13 105:13
147:1 206:13
244:20
**meant** 61:12
66:4 91:20
159:3 233:24
**measurable**
89:21
**measure** 66:7
80:16 82:7
93:1 122:7,19
124:1,13 125:3
125:24 126:8
130:18 133:10
200:21 201:23
224:22 234:18
237:24

**measured**
37:14 99:7
103:16 118:16
119:14 129:7
162:9 166:13
187:20 192:24
202:1 205:1
**measurement**
64:19 72:12
92:22 129:23
132:13,21
175:14 178:22
**measurements**
66:12 107:12
121:18 123:4
129:24 131:6
179:4 205:3,19
**measures** 89:22
187:22
**measuring** 76:2
76:3 99:15
119:18 122:3
122:12 123:12
133:15,19
134:17 152:12
162:12 193:10
208:19 209:9
210:5 235:19
**mechanism**
30:11 58:24
69:5
**mechanisms**
28:17 30:1,15

**mechanistic**
28:15 58:21
199:11,20,23
199:24
**medical** 19:23
143:8 145:23
153:22 163:21
193:18 194:10
196:18 226:17
231:13 238:18
239:8,22 240:7
241:5
**medically**
240:22
**medicine** 97:1
97:24 98:3
165:5 204:5
**medicines** 96:4
97:6,9,17,21,23
98:6,10 126:3
**member** 23:12
**members** 20:9
**memo** 125:15
**memorize**
140:3
**memorized**
116:6
**memory** 13:11
51:11 54:2
60:1 61:4
75:15 76:21
82:19 100:15
103:2 116:1
118:8 185:2,5

**[memory - mischaracterization]**                                      Page 31

185:18 213:13
215:1
**mention**  67:23
117:9 181:24
182:5,9 194:12
201:18
**mentioned**
38:13 41:14
49:16 52:17
71:13 74:3
76:10 83:11
87:15 98:20
109:12 117:8
123:11 153:8
162:18 188:6
188:22 226:23
**mentions**
180:18
**merit**  151:19
151:20
**mesothelioma**
141:18,19,21
142:2 147:9,11
150:11
**met**  53:18 54:7
104:13
**meta**  82:6,15
**metabolic**
207:4 212:13
**metabolism**
110:12 111:23
187:12 190:11
207:23 208:18
210:3,8 212:12

**metabolize**
186:10 188:8
190:5
**metabolized**
113:9,15
130:14 202:4
206:17 209:5
**metastasis**
25:15,16
**metastatic**
25:14,17
**metformin**
69:24 70:2,5,7
70:10,12 72:16
72:21
**method**  63:9
66:17 75:23
107:7 109:6
120:4 127:9
128:5 129:9
130:5 132:20
133:4,22
134:20 165:13
225:16
**methodologi...**
125:18
**methodologies**
76:2 133:19
134:17
**methodology**
69:11 121:12
124:18 127:1,5
129:3,5,7
133:7,8 135:14

201:11 205:10
206:3
**methods**  50:5
64:20 118:21
120:9 122:2,3
126:14,15,19
129:21 130:8
130:10 131:3
133:5
**methyl**  218:11
218:15 220:10
220:19,22
221:13,14
**methyladenine**
218:23
**methylated**
219:1
**methylating**
199:2
**methylguanine**
119:13 218:9
218:17,20,21
219:4,14,18
220:1,16 221:4
221:9
**metric**  88:13,14
89:21
**mg**  12:12
**mice**  29:12
34:18 39:7,10
40:24 44:8
**microbiome**
212:10

**micrograms**
12:14,21
175:13,22
**milieu**  96:1
**miller**  1:19
8:15 244:3,16
**million**  9:18
12:17
**millions**  227:2
227:20 228:11
228:12 229:15
231:23 232:8
**mind**  61:13
71:13,16
100:10 103:13
103:21 110:24
120:11 135:5
148:6,11
153:10 167:14
167:16 171:6
183:6 184:6
185:22 198:11
198:22 219:12
225:1
**mine**  150:9
**minimum**
236:4
**minute**  217:16
233:3
**minutes**  129:1
238:4
**mischaracteri...**
123:16 229:2

mischaracteri...
228:7
mischaracteri...
129:12
mischaracteri...
47:10 127:15
188:10 228:4
misclassificat...
173:4,18
misled 170:1
missed 134:9
180:2
misused 25:22
mixture 64:15
mixtures 63:22
model 26:1,13
28:21 31:2
35:16 36:8
38:8,9,10 43:1
106:16 200:5
200:10
modeling 28:23
31:5,10 106:2
106:11 107:8
107:15,17
108:15 109:4
118:17 209:14
models 21:20
21:22 23:7
27:2,5,9,12,14
27:16 28:7,8
28:13 31:22
35:24 36:4
37:9,17 39:15

39:16 58:23
106:22,23
109:9,10 200:8
200:11
modifications
63:12
molecular
121:23,23
molecule 66:19
69:2 72:10
216:14
molecules
33:23 62:22
63:5,7,10,11,12
63:12 64:8
65:3 70:19
71:8 73:6
210:19
moment 148:10
202:15
money 9:8
monitoring
46:9
monte 105:21
105:23 106:5
106:11 107:5,5
107:13,20
108:18 109:4
month 138:23
months 40:12
138:2
morning 7:11
9:1,2

mouse 27:9,12
31:9 32:3,18
34:12 36:14
37:16
mouse's 32:18
mouth 60:7
mris 103:24
165:20
mu 12:15
multiple 17:18
43:18 49:12
52:5 79:3
80:10 87:1,17
94:17 95:17
114:4 116:20
205:2,19
235:21
multiplication
109:3
mutagen
201:20
mutations
24:20 92:19
95:1 193:4
241:20
mylan 4:7

n

n 5:2 77:12
198:5
n.v. 4:7
n.w. 3:8
n3 218:23

n7 218:20
221:4,6,9
name 7:12 9:4
9:4 61:16 75:3
125:15 141:2
names 79:1
nash 194:3
195:17 241:23
natural 85:14
98:18 241:22
nature 8:9
89:24 176:3
ndma 60:3,11
60:18 66:7,8
67:1 70:19
71:4,10,22
72:4,18 76:3
76:13 77:8
79:13,17 104:6
104:24 105:14
105:16 106:11
106:16,18
107:3,18
108:17 109:21
110:1,2,4,11,16
111:7,12,22
112:9,13 113:6
113:8,12,17,20
115:7 117:24
118:15 119:6,9
119:17 120:6
121:14,18
122:3,7,12,19
123:12 124:1,9

**[ndma - nigh]** Page 33

| | | | |
|---|---|---|---|
| 124:14 125:3,9 | 218:7 221:6,19 | **needed** 38:15 | 88:5 90:16 |
| 125:19,24 | 222:7,14 224:1 | 227:17 229:18 | 100:3 103:4 |
| 126:2,4,8,12 | 225:8 226:20 | **needs** 186:15 | 105:19 108:12 |
| 129:7,18 | 227:6,15 | 228:23 | 109:19 112:21 |
| 130:14,16 | 229:13,17 | **neither** 244:11 | 114:6,11 |
| 133:15,19,23 | 230:15,19 | 244:12 | 115:15 116:16 |
| 134:17,21 | 231:3,4,14,23 | **net** 84:16 | 117:6 118:12 |
| 159:15,24 | 232:9,10,17 | **never** 39:8 | 118:13 120:2 |
| 160:3,12,21,24 | 240:5,10 | 44:19 56:17 | 123:10,18 |
| 161:9,10 | **ne** 3:16 | 57:10 68:16 | 127:23 128:2 |
| 162:10 166:13 | **nearly** 167:22 | 90:20,21 91:9 | 132:6 134:5,13 |
| 166:23,24 | 168:5,10 169:8 | 91:18 104:13 | 136:3,13 |
| 174:14 175:6,7 | **necessarily** | 152:3,5 | 138:13,18 |
| 175:22 177:3 | 92:11 93:12 | **new** 1:1,21 3:5 | 147:19 155:20 |
| 177:13 178:12 | 122:22 172:4 | 3:5 8:1 118:10 | 156:3 157:5 |
| 184:13 185:12 | 173:9,23 174:7 | 139:9 140:1 | 160:9 165:15 |
| 186:10,22 | 190:10 | 146:24 | 166:4 170:7 |
| 187:11 188:8 | **necessary** | **newer** 57:3 | 178:10 179:11 |
| 190:5,12 191:5 | 245:4 | **nicotine** 110:12 | 179:21 184:12 |
| 198:2,5,9,12 | **necessity** | 111:23 112:12 | 186:7 188:12 |
| 199:12,21 | 173:12 | 112:20 113:20 | 188:15 191:8 |
| 200:15,21 | **need** 11:1 15:1 | 115:3 | 192:7,15 |
| 201:3,11,15,17 | 15:16 16:22 | **nigh** 2:3,4 5:6 | 197:24 199:8 |
| 201:20,24 | 17:15 18:11 | 8:24 12:6 | 202:21 203:5 |
| 202:3,10,14,24 | 19:11 49:22 | 13:16 21:14 | 203:10 205:15 |
| 203:12,24 | 88:20 105:21 | 23:21 24:5,6 | 205:23 207:10 |
| 204:19 205:16 | 111:2 136:19 | 31:23 32:11 | 214:9,12 |
| 205:20 206:16 | 147:24 205:6 | 36:19 38:12 | 217:15 218:6 |
| 206:22 207:13 | 205:12 217:16 | 47:16 50:15,19 | 224:6,14 228:6 |
| 209:1,3 211:18 | 221:20 224:1 | 50:23 51:14 | 228:8,14 229:7 |
| 212:12 213:5,9 | 227:23 234:14 | 52:15 60:9 | 232:18,20 |
| 214:15 215:7 | 236:24 237:15 | 68:13 73:15 | 233:4 238:3,16 |
| 215:16 216:3 | 238:3,4 | 74:1 82:21 | 238:24 239:4,6 |
| 216:15 217:4 | | 83:8 86:3,8 | 239:15,20 |

**[nigh - okay]**

Page 34

242:15

**nighgoldenbe...**
2:6,11,15

**nina**   3:8

**nina.rose**   3:10

**nine**   136:17
137:1,11

**nitrate**   211:20
211:24 212:7

**nitrates**   212:19

**nitrite**   107:1
109:13 205:2
211:21,24
212:7

**nitrites**   204:11
204:12 205:1

**nitrosamines**
77:12,12 198:5
218:14 219:16
219:23 220:14

**nitrosation**
110:3

**non**   45:20
97:22 166:24
173:3,7,17
191:6

**normal**   24:18
43:6 211:17

**norms**   211:5

**notary**   247:14

**notation**
193:21 194:21

**notch**   53:17
54:6

**note**   12:2

**noted**   8:13
114:21,22
245:11 247:6

**notes**   248:1

**notion**   19:24
20:19 89:18
92:15

**nuanced**
173:16

**nucleotides**
219:1

**null**   173:5,9,19

**number**   8:3
9:13 15:1
16:13 38:1,14
38:17 41:9
42:9,19 44:10
48:23 63:14
64:3 84:17
85:16 92:20
109:6,7,8
112:5 113:1,5
115:9 121:19
125:11 137:4
144:23 177:24
207:1,15,17
211:10 213:15
223:3 237:19

**numbers**   42:5
84:2 175:12

**numerous**
213:7

**nw**   2:13

**o**

**o**   9:6,6

**o6**   119:13
218:9,17,21
219:4,14,18
220:1,16

**object**   51:9,16
99:23 102:11
105:3 108:19
117:2 147:6
198:16 203:2

**objection**   21:10
22:15 30:18
36:18 47:10
68:12 82:12
83:3 86:2 88:2
89:5 107:22
112:16 113:24
116:15 122:14
123:15 127:15
132:5 134:2,23
159:17 165:2
177:16 184:3
185:16 188:10
188:14 190:7
191:24 192:12
196:14 201:6
205:5,22 217:9
224:5 228:3
232:5 238:22
239:12 241:10

**objections**   7:6
51:16 228:16

**observational**
158:19,20
159:1 161:17
162:5 167:23
168:4,10,16
169:8,15
171:16 172:3

**obviously**
83:21 96:24
97:4 109:24
110:1

**occasions**
147:15 150:22

**occur**   55:12

**occurred**   32:9
150:21

**occurrent**
95:24

**occurs**   195:20

**office**   10:7,22

**oftentimes**
173:8 210:18

**oh**   31:8 41:18
53:11 88:10
121:17 133:14
141:9 163:22
193:7 202:13
223:2,5

**okay**   10:3,10
11:6,9,14,24
12:7 14:12,19
22:9 41:13

**[okay - paper]** Page 35

| | | | |
|---|---|---|---|
| 47:2 52:16 | **operate** 150:8 | 230:5 | **p** |
| 53:7 55:16,21 | **operates** 143:7 | **organ** 187:4 | **p.m.** 179:14,20 |
| 57:14 62:6 | 145:22 | **organism** 201:1 | 217:23 233:6 |
| 65:12,21 67:17 | **opining** 141:17 | 207:24 | 233:12 238:6 |
| 77:24 102:3 | **opinion** 120:4 | **organisms** | 238:12 242:20 |
| 104:19 111:14 | 127:8,10 128:5 | 212:15 | 243:2 |
| 114:16 118:12 | 157:22 173:24 | **original** 24:17 | **page** 5:12 6:6,6 |
| 136:3 138:7,19 | 174:11 229:24 | 129:15 245:15 | 6:6,11,11,11,16 |
| 140:7,12 | 230:1 231:12 | **originally** | 6:16,16,21,21 |
| 141:10 142:13 | 231:24 239:5 | 144:21 179:5 | 6:21 12:11 |
| 146:21 147:3 | 240:12 241:6 | **orogastric** 46:5 | 19:19 119:2 |
| 147:24 155:6 | **opinions** 67:18 | **orthotopic** | 129:14 246:3 |
| 171:7,18 | 104:6,24 | 27:15 | 248:2 |
| 180:17 189:9 | 181:14 193:15 | **otoxomous** | **pages** 247:3 |
| 229:20 232:19 | 221:24 | 39:14 43:1 | **pain** 189:19 |
| 234:23 235:9 | **opposed** 81:15 | 45:2 | **paper** 14:15,18 |
| 242:15 | 99:15 166:2 | **outcome** | 15:13 17:2 |
| **once** 151:24,24 | 190:1,2 208:21 | 162:11,24 | 18:14 19:15 |
| **oncogene** 18:5 | **options** 124:23 | **outcomes** 29:15 | 49:23 50:4,18 |
| **oncogenes** 17:7 | **orally** 35:20 | 29:22 166:14 | 51:12 52:14 |
| 17:11 | **oranges** 108:3 | **ovarian** 146:17 | 55:12 56:11 |
| **oncogenic** | 108:23 | 149:24 | 59:18 61:13 |
| 39:18 | **order** 15:2,9 | **overall** 120:13 | 67:11 74:11 |
| **oncologists** | 17:20 35:7 | 130:23 172:21 | 76:20 77:2,4 |
| 89:13 90:9 | 39:2 64:7 | 181:15 183:4 | 77:20 78:1,2,4 |
| 91:7 | 118:17 172:24 | **overland** 2:10 | 78:10,11 79:2 |
| **oncology** 24:16 | 174:22 175:21 | **overlapping** | 79:23 80:24 |
| 87:12 | 196:24 225:19 | 62:11 | 100:14 105:7 |
| **ones** 60:18 | 227:24 229:17 | **own** 16:11 | 106:1 118:19 |
| 110:24 116:7 | 237:16 | 209:11 226:12 | 120:17 121:5 |
| 147:5 148:3,10 | **ordering** | **oxford** 4:4 | 128:8 169:16 |
| 179:6 | 157:16,17 | **oxide** 143:11 | 175:16 181:11 |
| **ongoing** 147:18 | **orders** 223:17 | 143:17 145:10 | 181:21 183:4 |
| 147:21 | 225:7 226:23 | 145:14 | |

[paper - person]                                                          Page 36

213:12,20
215:1
**papers**  50:6,20
55:19 68:18
69:11,20 74:13
78:15 79:2
81:1,11 83:24
106:13 108:10
109:8,23 110:9
111:18 115:4
115:14,16,20
116:3,7,10,12
116:13 117:12
117:15,17,19
154:10 181:17
184:5,14,18
185:2,12,19
188:4
**paragraph**
12:12 19:20,21
22:12 119:3
129:14
**parenchyma**
187:3
**park**  2:10
**parkway**  2:4
**part**  23:3 30:10
39:11 58:14
59:9 98:17
107:9 113:11
123:20 126:24
128:6 135:7
174:10 175:2
175:23 178:20

182:12 216:7
**participants**
159:23 160:2
**participate**
18:18 19:2
**particular**
16:21 19:12
30:23 33:22
72:11 87:2,2
87:18,19 93:1
94:8 103:17
107:14 121:13
125:4,19
142:21 187:5
188:5 217:2
**particularly**
17:17 20:18
22:21 89:12
105:7,8 142:1
240:20
**parties**  8:5,12
244:12
**pass**  22:2 35:4
35:12,21
**passes**  26:21
**past**  9:9 36:11
136:16 146:1
**patent**  152:16
**pathogens**
47:23
**pathological**
93:5
**pathology**
163:22

**pathways**
209:5
**patient**  87:9
88:9 92:10
96:5,21 186:21
189:12 197:10
200:20,20
202:8,13
203:18,19,22
204:20 206:13
210:9 232:12
234:14 235:5
235:19 236:9
**patient's**  95:15
235:10
**patients**  23:6
27:23 93:4
99:6,9 102:18
164:11 187:12
187:20,23
191:6,7 195:24
196:1 201:2
204:22,23
205:18 206:21
207:12 213:4
215:7 216:10
234:19,23
237:9
**pause**  8:10
**penn**  45:12
57:2,8,12
**pennsylvania**
3:8 4:6 10:20
56:18

**people**  58:10
65:12,17,21
69:23 70:6
76:11 77:6
89:17 100:7,8
100:16,20
101:5,8,10
102:4,6,9
149:9 159:15
160:12,22,23
161:7 166:22
170:17 176:10
198:7,22
206:18 208:11
235:8,12
**people's**  118:16
213:9
**percent**  196:5
**percentage**
36:10 92:23
93:7 174:2
**perform**  63:23
84:22 85:22
86:10 159:21
**performed**
63:18,19 131:6
**period**  75:14
84:15 85:13
240:3
**periods**  175:19
178:24
**person**  46:13
99:13,13
150:19 195:11

**[person - population]**                                            Page 37

196:10 211:21
**person's**  186:9
  190:4 191:21
  192:9 203:1
  204:13
**personally**
  199:22 237:14
**personnel**
  46:19 49:4
**perspective**
  90:14 206:7
  225:5
**pet**  41:17
**petition**  66:23
**peto**  40:1 41:18
  41:19 43:23
  49:17,18 52:12
  116:24 117:8,8
  117:9 225:14
  227:10 230:8
  230:19
**pfizer**  149:1
**ph**  107:1
  109:12 212:23
**ph.d.**  1:17 5:4
  244:5 247:8
**pharma**  144:18
**pharmaceutical**
  1:7 3:11 7:23
  45:16 53:3,8
  53:10 54:18,24
  144:4 145:6
  149:3,19,22
  175:8,10

176:15
**pharmaceutic...**
  3:19 69:14,16
  125:10 144:11
**phase**  146:14
**phased**  199:15
**phd**  8:18
**phenomenon**
  31:14
**philadelphia**
  10:12,14
**phillip**  4:11
  7:12
**phone**  11:7,8
**phrase**  56:19
  91:11,12,18
  101:13 156:7
  156:11,13
  180:14
**phrased**  108:1
  109:18 181:10
**physical**  48:10
  62:17
**physician**
  29:17 89:8
  153:18
**physicians**
  89:13
**picking**  121:19
  121:20
**piece**  183:17
  185:20
**pieces**  63:11

**piedmont**  3:16
**pietragallo**  4:3
**pietragallo.co...**
  4:7
**pill**  177:14
**pioglitazone**
  146:13 149:13
**pittsburgh**  4:6
**pkwy**  2:9
**place**  112:6
  196:24 244:8
**placebo**  158:14
  158:15
**plaintiff**  152:4
**plaintiffs**  2:16
  61:20 82:4
  151:23 176:19
  176:24 177:22
**plasma**  68:10
  69:14 200:13
  200:16 201:4
  202:11 205:17
  205:17 210:10
  210:21,21
  213:6,9 214:15
  215:7,16
**platelets**
  189:17
**plausible**
  240:23
**please**  8:10 9:3
  9:4 11:11
  18:22 101:1
  116:5 134:12

203:9 228:15
  245:3,8
**plenty**  140:4
**pleural**  142:1
**pllc**  2:3
**plug**  216:22
**pocket**  11:8
  170:18,20,24
**point**  25:18
  40:2 49:14
  73:9 92:22
  93:1,8 94:8
  115:21 127:20
  133:5,11
  135:12 152:10
  158:23 164:21
  169:8 179:8,8
  185:8 187:1
  188:5 203:20
  208:20 211:8
  212:24 221:10
  222:6 223:5
  226:3 234:2
  236:6 242:10
**pointing**  201:9
**points**  185:6
  203:22,24
**population**
  80:19 81:6,9
  81:10,15 82:10
  83:1,18,23
  87:5,21 99:22
  100:18 101:8
  102:4 103:7

[population - processes]                                                    Page 38

124:8 165:7
192:17 234:23
235:12,17
236:7 237:7
**populations**
93:19 96:20
155:15 211:5
211:15 234:19
235:7
**portal** 95:10
189:15
**portion** 64:6
197:15
**portions** 33:18
**posited** 227:6
**position** 221:6
**positive** 92:24
93:7
**possible** 28:23
31:5 45:14
68:4,8 80:14
93:6,10 127:1
133:9 135:15
135:17 165:5,9
176:5 223:1,4
230:23 232:11
232:13
**possibly** 227:18
**postdoctoral**
31:20
**posted** 179:5
**potential** 58:6
168:6,11 169:5
169:9 170:3,8

170:13 171:9
171:15,19
172:2,10,18,23
178:4 180:10
181:6,7,18
182:1 183:1
184:20 185:7
186:1
**potentially**
225:9
**powder** 146:14
**power** 37:24
38:14 46:13
**preceding**
224:13,15
**precise** 9:13
41:11 94:22
106:14 137:3
139:14 226:3
**precisely** 70:9
**precursor**
201:18
**predict** 236:12
**prediction**
237:10
**predictive**
30:15 32:2,16
**predominant**
79:7
**preface** 112:19
**preference**
131:5
**preformed**
110:2

**presence** 165:6
**present** 4:11
13:2 33:16
65:14 92:19
121:15 175:20
176:7 181:23
212:2 237:4
240:9
**presenting**
141:11
**pressed** 182:8
**presumably**
14:10
**pretty** 110:18
110:19 178:17
224:19
**previously**
22:12 124:17
125:8
**primarily**
148:24
**primary** 20:20
22:1,22 23:19
23:22 24:7,11
24:15 25:7,14
27:20 29:20
39:21 161:12
**primate** 28:1
**primates** 231:5
**principal** 70:5
110:24
**principles**
62:12

**prinston** 175:8
175:10 176:15
**print** 136:21
**printed** 11:21
**prior** 26:23
40:20 123:8
136:15 194:15
213:15 224:7
238:20 239:10
239:24 240:9
242:1 244:4
**probability**
72:10 226:4
242:3
**probable** 223:4
**probably** 9:17
39:2 113:9
115:19 153:1
168:2 180:22
189:6 195:21
196:21 209:1
212:8 223:11
227:13
**problem** 11:13
24:5 137:6
**problems**
191:21
**process** 20:17
39:18 190:23
194:7 195:20
196:22 197:13
241:18
**processes**
135:23 197:9

**produced**
    107:19
**produces**
    211:19
**producing**
    33:14
**product**  142:9
    142:14,16,22
**production**
    6:10 46:24
    106:4,11
    130:24
**products**  1:4
    7:20 145:1
    240:2,4
**progress**  55:8
**progression**
    18:19 19:2,6
    21:4 25:20,20
    89:15 90:2
**projecting**
    133:22 134:20
**prolactin**  53:21
    54:9
**proliferation**
    93:2
**promoted**
    66:18
**promoting**
    13:13,18 14:4
    14:14
**pronounce**
    13:23 104:9,12

**pronounced**
    104:12,14
**properties**
    69:18 71:24
**property**  152:1
    152:7
**proposed**
    231:19
**propounded**
    247:5
**pros**  38:9,10
**prospective**
    161:6
**protein**  210:10
    210:12,13,21
    221:16
**proteins**  210:22
    210:22,24
**provide**  48:14
    50:18 131:4
**provided**  10:9
    136:22,24
    153:6
**providing**
    141:15
**proviso**  161:24
**public**  247:14
**published**  21:7
    21:19 23:19
    50:7 55:6,9,19
    121:11 131:7
**pull**  49:15,20
    138:11

**purchased**
    41:24
**purpose**  28:7
    29:11 88:4,7
    159:22 160:5
    161:11 235:24
**purposes**
    198:20
**put**  35:8 56:16
    67:20 72:10
    227:22
**putting**  231:18
**puzzled**  139:17

| q |
| --- |

**quantifiable**
    89:24
**question**  6:20
    7:7 14:22 15:2
    16:24 17:10
    18:5 31:13
    34:14 36:2,7
    36:20 38:5,22
    50:17 51:1
    57:20 58:2
    65:16 85:21
    92:5 94:6
    100:2 102:2
    108:4,7 109:17
    111:9 112:19
    113:14,16
    115:18 119:20
    123:20 124:7
    125:9,22 128:4

    128:14,18
    131:22 134:12
    157:4 164:7
    166:20 173:15
    173:22 185:11
    186:20 188:13
    191:19 192:3,6
    195:23 196:8
    196:15 197:18
    197:21 199:15
    200:9 201:8
    203:9 205:24
    214:13 219:20
    222:6 223:8,22
    223:22 224:7
    224:10 225:23
    225:24 228:24
    229:1,5,9
    233:1 235:5
**questions**  30:9
    116:11,22
    117:20 118:10
    127:24 131:20
    134:10 159:10
    186:6 214:6
    232:21 233:24
    242:16 247:4
**quick**  73:10
    179:9
**quicker**  91:2,24
**quickly**  93:24
    96:16
**quiescence**
    14:5 20:23

**[quiescence - recall]**                                                      Page 40

21:21
**quiescent**  13:19
13:22,23 14:1
20:1 21:15
26:18,22
**quite**  69:14
236:23 240:2
**quote**  36:4
129:17
**quotes**  60:16
170:1
**quoting**  14:9

**r**

**r**  3:8 150:5
246:1,1
**radiologist**
104:2 193:22
194:21
**randomized**
158:12,14,15
158:16,23
160:15,20
**range**  48:17
90:24 130:7
175:1,3 177:8
177:19 178:2,7
178:18 211:17
213:23 235:1,6
235:12
**ranges**  131:4
177:13 213:24
**ranitidine**
64:19 65:10,13

65:18,22 66:2
66:8,19,23
67:2,15 68:6
68:14 69:1,2
75:3,4,7,9,20
76:3 124:10
125:9 144:1,10
144:16 145:1
174:10,15,19
175:6,17,17,20
175:24 176:8
176:10,13,18
177:5,7,10,13
178:13 183:7
183:23,24
216:3,8,14
**rapidly**  208:12
209:21
**rare**  187:17
**rarely**  241:14
**raso**  2:3
**raspanti**  4:3
**rat**  27:10,14
31:9 32:3,17
34:12 36:14
37:16
**rate**  93:2 94:7
94:18 99:7,14
99:17 101:19
101:22 160:1
187:19 196:1,3
208:2,6,15
211:1,1 212:6
216:13

**rates**  92:8
119:11 187:22
192:20,21,23
193:10
**ratio**  169:3
**rats**  29:6,9,12
29:24 34:18
40:23 44:8
230:19
**reabsorbed**
33:19 34:3
**reabsorbing**
33:15
**react**  221:15,15
**reacting**  221:13
**reaction**  16:5
109:15 207:5
208:22
**reactions**
110:21 112:5
113:2,3 115:10
186:14 212:14
**read**  22:12
71:12 128:13
131:17 132:22
181:7,11
188:20 229:4
245:3 247:3
**reading**  171:19
222:11
**reality**  36:3
222:10
**really**  14:7
30:10 107:13

111:1 149:9
163:23 178:21
179:9 206:2
207:7 210:1
225:1
**realm**  226:8
**realtime**  1:19
244:3,17
**reason**  46:2
68:21 88:9
120:22 198:9
200:4 245:5
**reasonable**
195:14 223:19
225:9 226:4
231:12,17
238:18 239:8
239:22 240:7
**reasonably**
230:7
**reasoning**
121:1
**reasons**  28:13
28:20 30:7
46:2 47:14,17
49:12 59:3
127:11 207:2
207:16,18
209:2 226:17
**recall**  54:12
61:19 67:17
73:7 74:4 75:7
76:4,14,22
77:6,13 79:1

**[recall - reliable]**                                                   Page 41

82:15 105:24
110:5 112:3
127:13 139:8
140:14 141:14
142:11,16
146:20,23
148:23 153:2,3
175:12 178:18
179:3 182:20
183:21 188:4
193:20 194:10
213:16,22
214:1,3,14,18
214:19,22
215:13 220:17
231:5,8
**recalling**  125:7
125:21 233:23
**receipt**  245:17
**recent**  124:12
**receptor**  53:21
**recess**  73:20
136:8 179:16
218:1 233:8
238:8
**recognition**
75:20 242:2
**recognize**
188:18
**recollection**
56:22,24 59:16
61:15,18 62:1
67:3,10,13
75:11,18 76:6

76:9 77:9,10
77:15,23 78:21
79:24 80:2
81:23 91:10
106:9 110:7,11
111:21 112:9
118:20 131:9
132:14 138:21
139:11 140:21
142:21 184:19
193:17 198:4
213:14 215:9
215:11,24
**recommended**
75:8
**record**  7:12
8:14 10:2 32:9
73:18,24 136:6
136:12 163:22
179:14,20
193:18,24
194:10 217:20
217:23 218:5
233:2,6,12
238:6,12
242:23
**records**  9:21
**recurrence**
20:17 23:5
25:9,17
**reduces**  212:6
**refer**  39:15
56:19 57:12
61:21 115:17

155:1,8 157:7
189:10
**reference**  12:19
194:2 203:3,6
**references**
105:15
**referent**  80:21
81:3,14 83:22
**referred**  42:16
67:24 82:3
85:8 97:3
218:13
**referring**  10:5
14:16,17 19:13
43:22,23 56:10
78:1 81:17,21
89:1 90:5
100:13,22,24
116:21 125:5
156:9 158:11
162:15,17
164:8 166:17
189:11 205:7
**refers**  15:13,23
24:16 62:18
84:14,20
107:14 155:12
157:12 193:24
**reflected**  56:5
**reflects**  190:23
**refresh**  13:11
76:21 79:24
82:19 100:14
103:2 213:12

215:1
**regarding**
66:23 157:20
**regards**  137:15
143:24 145:13
**regular**  153:20
**regulation**
18:19 19:3
**regulatory**
56:14
**reinforce**
236:13 237:13
**related**  7:21
32:17 77:18
80:8 105:10
128:17 133:2
146:15 147:10
163:16 189:19
198:5 200:24
235:23
**relates**  1:6
**relative**  16:12
168:19 221:1,2
244:11,12
**relatively**
187:17 192:23
**relevant**  88:9
185:18 225:4
**reliability**
130:4 131:24
132:8,13
133:21 134:19
**reliable**  120:20
121:2,17

**[reliable - retained]**                                                    Page 42

128:11 135:24
**reliance** 129:8
**relied** 104:7
  126:16 184:14
**relies** 118:15
**rely** 105:21
  129:4 199:10
  199:19
**relying** 105:1
  129:8
**remember** 54:4
  56:2 80:21
  138:23 139:22
  139:22 140:6
  141:2,3 142:13
  149:21 152:11
  152:14 179:5
  194:23 215:2
**remembering**
  61:22 103:3
  197:23
**reminder** 55:24
**remote** 1:15
  7:17 8:9
**remotely** 8:6,8
  244:5
**removed** 163:4
**renal** 32:14,15
  32:18,19,21
  33:4,20
**renée** 1:4
**reoccur** 39:23
**repair** 186:9
  187:15,17,18

187:19,23
191:11,22
192:9,21,24
193:5,11
198:24
**repeat** 17:10
  18:21 34:14
  57:20 79:15
  100:2 114:14
  134:11 157:3
  168:8 173:22
  199:14 219:19
  229:9
**repeatedly**
  116:3
**repetitive** 72:7
  112:24 183:11
  229:22
**replacement**
  148:18,22
**replicated**
  168:20
**report** 11:21
  12:8,11,19
  19:20,20 22:7
  22:10,13 68:2
  78:5 118:6,24
  119:2 120:5,23
  129:14,15
  132:22 162:20
  180:18 182:2,6
  185:6 227:4
**reported**
  106:17 215:5

**reporter** 1:20
  1:20 8:15
  13:15 244:4,17
  244:21
**reporting** 8:10
  194:3
**reports** 78:8
  104:2
**represent**
  141:6 177:3
**represented**
  141:4
**representing**
  2:16 3:10,18
  4:7 83:6
  136:23 139:4
**reproduction**
  244:20
**request** 6:10
  214:7
**require** 234:11
**required** 24:20
  65:7 222:18
**requirement**
  50:22
**requires**
  171:24 235:21
**research** 10:18
  22:9 23:16
  86:22 88:13
  93:22 109:23
  153:16 154:10
**researcher** 89:8

**researching**
  94:11
**reserved** 7:7
**residual** 25:4,4
  168:23
**residues** 221:10
**resolved**
  179:24
**resource** 48:5
**resources** 49:5
**respect** 17:17
  22:22 86:6
  89:20 106:20
  128:20 181:5
**response** 37:3
**rest** 128:16
**restate** 111:10
  203:9 229:22
**restricted** 94:4
  131:4
**restroom** 73:13
  217:17
**result** 130:11
  169:24 173:8
**resulting**
  219:13
**results** 52:8
  67:8 68:5,8,22
  164:12 169:23
**resume** 25:5
**retained**
  140:22 143:2
  143:14,22
  144:5,12,19,22

**[retained - saying]**                                                                Page 43

145:3,11
147:14 148:13
149:3,14 150:1
150:12,23
152:9
**retroactive**
236:10
**return** 245:15
**reverse** 234:16
**reversible**
20:23 21:20
**review** 61:14
80:15 82:5
103:22 117:1
163:20 180:4
214:8
**reviewed** 104:1
105:9 174:9
180:6 184:18
**reviewing**
215:13
**reviews** 111:18
115:5
**revisit** 188:21
**reword** 160:18
**ridge** 2:13
**right** 9:11,17
10:4,11,15,22
14:18 29:9
30:5 32:23
37:4 41:10
43:11 44:21
45:9 50:20
53:5 56:23

67:4,11 69:22
74:18 75:13
81:23 82:16
83:20 88:16
97:21 98:2,9
100:11 102:21
103:12,20
107:11 111:1
111:21 112:4
124:4 126:4
137:7,9 138:17
148:6,9 153:10
155:2,10 163:5
164:14,21,24
167:9,14 174:1
174:20 175:11
179:12 182:7
184:7,20 185:1
185:22 188:3,8
188:13 191:3
192:18 193:8
194:11 195:15
198:11 203:11
203:14 205:8
214:20 215:11
215:24 219:11
220:18 233:1
**rise** 71:4 197:7
209:8
**risk** 79:14,20
80:5,18 82:8
82:24 83:16
160:24 168:19
170:18 221:21

224:2,22 225:5
225:13,15
227:19 228:1
229:19,21
**rmb** 1:8
**rna** 221:15
**road** 3:16
**roberts** 1:6
7:22 103:23
176:22 193:15
194:2,3 222:2
223:10 225:10
226:6,21 227:7
227:17 229:12
230:5,12
231:15,22
232:7 234:1,5
234:8 235:4
237:2,20
238:19 239:9
239:23 240:1,8
241:2,7
**rodents** 29:21
**role** 140:9
**rolling** 40:11
41:2
**room** 11:3 40:5
**rose** 3:8
**rouse** 36:14
**route** 16:20
**rubber** 76:12
76:18,23 77:7
77:10 78:19
79:12,18,19

80:4,8,17 82:7
82:23 83:11,15
**rule** 169:4
**ruled** 168:7,12
172:3

**s**

**s** 5:10 9:6 150:5
218:12 220:6,7
220:7
**sadler** 137:16
140:8
**sak** 1:8
**sake** 120:23
**saliva** 212:7
**sam** 218:13
220:6,13
**sample** 68:24
74:16 127:9
129:4,9 131:24
132:9 133:22
134:20 200:19
202:10,11
203:19
**samples** 67:6
75:9 119:9,22
120:4 122:12
128:5
**sanofi** 144:22
145:8
**saw** 180:17
**sawyer** 227:6
**saying** 55:23
108:23 129:22

**[saying - show]** Page 44

133:14 159:3
160:17 172:16
176:12 178:6
194:15 203:17
203:18 220:2
**says** 12:12
117:18 121:17
124:4 139:5,5
171:20
**scale** 90:7
152:13
**scan** 237:5
**scans** 103:24
165:20 237:21
**scenario**
168:23
**scientific** 14:10
19:23 181:22
226:18 231:13
241:5
**scientifically**
240:22
**scientist** 29:17
154:9
**scientists** 122:5
123:24 124:6
124:12 125:2
125:23 126:7
131:12
**scope** 238:23
241:11
**screen** 11:19
**se** 90:8 149:12

**sealing** 7:4
**search** 20:5,6
23:18
**second** 11:18
95:2 119:12
133:1
**secondary**
110:3 212:1,19
**section** 169:14
180:10
**sections** 185:3
**see** 20:2 29:3,7
39:20,22 49:23
50:5,7 61:24
78:4 106:16
117:12 118:23
138:4 163:6
164:12 171:14
181:7 201:21
205:7 208:13
209:7 215:6
**seeding** 26:3
**seeing** 188:4
**seek** 106:10
**seen** 21:24
61:19,20 89:2
167:17 196:4
217:12
**select** 28:22
31:21 36:8
**selecting** 35:24
37:9
**selection** 35:16

**seminars** 23:14
**sense** 27:8 52:3
53:5 59:8
94:17 172:24
**sensitive**
206:10 223:15
223:15 227:11
227:12
**sensitivity**
121:22 201:10
206:4
**sent** 63:22
**sentence** 12:17
19:21 22:11
**separable**
77:16 132:15
132:17
**separate** 62:20
63:5 64:7 65:3
74:16 95:17
106:21
**separating**
74:10
**sequenced** 50:1
50:9,24 52:2
**sequencing**
51:7
**sequestration**
189:17
**series** 81:22
**serum** 211:6,17
**serve** 88:4,6
**services** 151:7

**serving** 23:8
211:4
**set** 56:12 60:20
62:19 106:24
210:21 244:9
**setting** 43:11
45:3,15,16
56:14 86:22,22
86:23 164:17
199:4
**settings** 58:11
90:10 177:3
199:7
**several** 23:2
116:6 180:8
184:5 185:2
218:24 227:8
**share** 19:15
60:19 61:6,24
75:16 76:20
77:2,3 79:23
108:11 116:3
116:10,12,13
**sheet** 137:20
138:6,11 139:2
139:18 245:7,9
245:12,15
247:6
**shift** 76:7
**short** 28:12
29:2
**show** 15:13
17:2 59:18
71:7 100:14

**[show - sorts]**

Page 45

102:15 117:17
117:18 118:2
139:17 167:15
184:9 185:23
**showed**  107:17
**showing**  117:3
**shown**  101:8
102:24 103:6
103:17
**shows**  103:21
**side**  177:21
**sign**  201:14
245:8
**signature**
244:15
**significant**
94:24 213:24
**significantly**
214:16
**signing**  245:10
**signs**  189:24
190:3
**silent**  104:17
**similar**  37:11
95:5 123:7
174:22 181:4
235:5
**simple**  92:5
110:18,19
216:20
**simplest**  208:3
209:17
**simplification**
92:8

**simply**  172:15
174:6 201:8
202:14 231:20
241:4
**simulation**
106:22 108:15
109:9
**simulations**
105:22,24
107:6,20
108:18
**single**  38:18,20
**sit**  54:14
**site**  25:13
**sites**  113:7
**sitting**  9:11,16
10:7 14:20
32:22 41:10
44:21 53:12
54:2 56:23
65:7 67:4,10
68:20 69:22
82:16 97:20
98:2,9 100:11
102:21 103:12
103:19 111:1
111:21 112:4
148:6 153:10
155:2 167:9,14
175:11 184:6
184:19,24
185:22 188:3
191:2 192:18
193:8 194:11

195:15 198:11
214:20 215:11
215:24 219:10
231:7
**size**  101:18,22
101:24 235:9
235:14
**skew**  169:23
**skilled**  47:5
**skillful**  47:1
**slash**  148:24
**slightly**  211:8
**slow**  97:7 98:1
98:22
**slower**  92:2
**slowly**  94:1
208:13 209:22
**small**  114:24
169:3 209:2
**smaller**  63:11
**smith**  56:11
61:10,16 62:4
**smokeless**
110:15 212:5
**smoking**
170:21 212:4
**sodium**  211:6
211:17
**sole**  82:1
159:22
**solid**  88:15
236:21 240:20
**somebody**  25:1
43:12 91:17,18

210:12,14
211:19
**somebody's**
191:10
**somewhat**
97:12,14
135:16 151:13
177:4
**sorry**  13:20
30:13 60:6,8
73:14 101:2
129:5 134:8
155:24 213:6
215:3 220:11
**sort**  20:4 22:9
30:10 36:4
40:21 44:18
45:6 47:1
56:10 61:12
63:15 77:15
96:13 105:9
125:12,17
157:15,18
186:13 187:2
201:23 204:8
209:6 213:17
216:7 230:13
236:9
**sorts**  44:1
45:21 47:24
52:23 62:21
68:17 74:12
89:16 179:1

**sound** 104:15 137:7 151:14 189:7
**sounded** 137:11
**sounds** 92:5 138:16
**source** 121:14 140:18
**sources** 96:10
**space** 48:6,10 48:11,24 245:6
**spackling** 142:18
**speak** 23:15 45:19 59:2 199:6
**speaking** 8:11 95:7 129:16 228:16
**spec** 64:2,4 65:1
**species** 27:8 28:1,2 32:4,19 33:24 34:7,13 34:18 35:5 36:16,23 223:15 227:11
**specific** 14:22 15:8 16:18 17:16 19:11 28:17,23 31:3 36:2,6 37:1 38:5 69:20

76:9 79:1 91:15 108:7 112:8 116:21 116:23 117:4 117:23 138:21 139:11 156:11 166:8 179:4,6 184:19 185:3 187:7,11 197:20 200:9 204:17 206:12 214:5 215:11 215:23
**specifically** 27:6 35:10 71:18 72:20 82:14 94:13 194:9 239:2
**specificity** 121:22
**specifics** 15:14 59:17 76:5 159:9
**specify** 162:17
**specifying** 67:1
**spectrometry** 63:6,8,14,15
**spectrum** 71:2 94:23 97:16
**spectrums** 77:19
**speculating** 155:10

**speculation** 21:10 51:10 68:12
**speech** 42:23 43:22 44:11
**speed** 98:11
**spell** 9:4
**spelled** 9:6
**spend** 94:9
**spent** 20:21
**spleen** 189:17
**split** 161:7
**spontaneous** 27:13,14
**spontaneously** 26:7
**square** 2:13
**squarely** 146:16
**stage** 21:3 23:5 26:12 87:3,19
**staged** 50:11
**stages** 24:14,23 25:19,23
**standpoint** 27:9 226:18
**stands** 220:6
**stanford** 67:6
**start** 40:4 42:10
**started** 178:6
**starting** 40:1
**state** 1:21 9:3 18:9 19:22

20:1 21:16 22:2 26:18,23 69:13,15 95:15 131:11 171:19 202:24 207:3 208:20 210:5 245:5
**stated** 23:22 24:7 56:20 108:5 120:5 207:11 209:19 216:2
**statement** 17:15 19:6,13 30:20 188:21 207:22
**states** 1:1 7:24 81:5
**steady** 202:24 207:3 208:20 210:5
**stellate** 12:24 13:1,5,9,12,17 14:3,12 18:17 19:1
**stenographic** 8:14
**stenographic...** 244:8
**step** 163:4
**sterigenics** 145:22
**sterilizes** 145:23

**[sterilizing - subscribed]**                                    Page 47

| | | | |
|---|---|---|---|
| **sterilizing** | **strong** 140:21 | 162:1,9,15,19 | 105:14 118:14 |
| 143:7 | **strongest** | 162:20,23 | 124:9 125:4 |
| **stiffness** 15:5 | 157:18 | 163:6,16 164:3 | 132:1,10 159:1 |
| 15:20 16:10,11 | **strongly** 170:21 | 164:22,24 | 160:5,8 162:6 |
| **stimulate** 15:5 | **structure** 58:15 | 165:9,16 166:1 | 162:7,17 |
| 15:19 17:7,12 | 77:13 158:3 | 166:6,12 | 163:10 164:16 |
| **stimulation** | **students** 31:19 | 167:23 168:2,4 | 165:6 167:6,11 |
| 107:17 | 153:22 | 168:5,11,17,22 | 167:16 169:7 |
| **stipulated** 7:2 | **studied** 38:2 | 168:22 169:8 | 169:10,21 |
| **stipulations** | 100:5 | 172:7 179:23 | 170:16 171:16 |
| 6:15 | **studies** 21:7,18 | 180:3,6,20,23 | 172:3,4,8,15 |
| **stomach** | 26:14 27:20,23 | 181:2 182:2,17 | 182:24 183:18 |
| 109:21 110:2 | 27:23 29:12 | 183:8,20 184:1 | 187:11,22 |
| 111:6,12 | 40:21,23 44:1 | 188:1 191:4 | 192:19 193:9 |
| 112:15 113:19 | 55:5,7 58:9,11 | 199:10,19 | 198:14 200:11 |
| 114:23 212:23 | 58:11 71:7 | 207:9 213:8,15 | 205:9 214:6 |
| **stop** 228:15 | 80:8,16 81:23 | 213:23 214:2 | 215:22 231:8 |
| **storage** 176:2 | 82:1,6 84:14 | 214:14,17 | **study's** 133:21 |
| 178:16 179:1 | 86:23,24 87:1 | 215:5,14,21 | 134:19 |
| **stored** 216:5 | 87:16,17 | 216:16 217:2 | **studying** 31:4 |
| 217:7 | 102:15,23 | 219:12 223:14 | 198:23 |
| **stoy** 4:4 | 104:7 105:10 | 236:2 | **stuff** 140:5 |
| **strafe** 80:24 | 105:20 106:10 | **study** 20:10 | **sub** 211:8 |
| 81:24 | 106:15 107:16 | 28:21,24 31:1 | **subclassify** |
| **straightforward** | 107:19 108:14 | 32:20 40:10 | 92:17 |
| 202:2 | 108:16,17 | 41:14,15 42:21 | **subdividing** |
| **street** 4:5 | 117:23 118:1,3 | 43:23 44:11 | 52:4 |
| **strengths** | 124:6 125:7 | 49:17,18 50:2 | **subject** 175:17 |
| 213:17 | 126:6,16 | 59:6 64:10 | 204:13,14 |
| **strike** 30:13 | 155:13 156:20 | 67:5 76:13 | 245:10 |
| 57:15 129:5 | 157:17 158:19 | 78:17 80:7 | **subjected** 73:3 |
| 144:8 166:10 | 158:20 159:10 | 81:19 82:1,2 | **subjects** 126:10 |
| 191:19 213:6 | 159:11 161:18 | 103:13 104:8 | **subscribed** |
| 215:3 | 161:19,20 | 104:10 105:2 | 247:10 |

[substance - talk]                                                    Page 48

substance
  34:24 36:12
  44:3 47:6 58:9
  58:10,21 59:6
  64:9 143:9
  144:15 247:6
substances
  34:21 52:19,20
  66:9 79:3 80:3
  219:17,24
  220:15
substantial
  197:15
substantially
  240:3
sufficient  87:11
  141:22 226:13
suggest  22:1
suggesting
  194:6
suggestive
  194:24
suite  2:9 3:16
summarize
  174:13
super  68:22,24
  70:20 71:8,20
superior
  143:21
supervision
  244:21
supply  137:16
  140:8,13 141:7

support  6:2
  236:19
supporting
  19:23
suppose  164:18
supposed  12:13
  12:15
sure  11:12 28:6
  34:6,15 35:2,3
  36:21 41:6
  49:24 67:19
  69:16 85:1
  97:15 121:23
  126:6 138:15
  139:1 155:3
  156:22 157:24
  161:3 166:20
  170:11 171:11
  174:20 192:4
  219:21 221:3
  231:10,11
  233:4
surprise  82:22
  83:10,15,19
surprised
  67:22 84:3,4
surprisingly
  196:3
surrounded
  148:17
surrounding
  216:9
suspect  59:1
  199:5

sustained
  190:15
swallowed
  110:14 111:24
swear  8:16
swine  37:17
switch  13:13,18
  13:20 14:4
sworn  8:8,19
  244:5 247:10
symptom
  189:13
symptomatic
  164:14 186:16
  189:5,8,9
symptoms
  189:24 190:4
synchronized
  49:13 50:3
system  16:8,22
  26:9,13 31:12
  34:4 95:16,19
  95:20
systematic
  188:6,23 189:2
  189:3
systemic  96:1
systems  21:19
  26:1 37:16
  39:17

t

t  5:10 246:1

tablet  175:13
  175:20,22
take  47:4 59:19
  73:10,15 77:1
  112:6 136:4
  164:10 172:8
  179:9 195:11
  196:9 203:19
  217:15 225:7
  229:12,15
  234:1,7 235:8
  237:20
takeda  149:23
taken  1:16
  19:18 73:21
  136:9 179:17
  218:2 233:9
  238:9 244:8
takes  46:11,12
  46:21 84:16
  85:15 96:5
  196:24
talc  146:16,17
  149:24 150:9
talcum  146:14
tale  201:14
talk  17:21
  18:13 41:2
  60:21 61:7
  90:6 91:14
  118:4 147:24
  164:20 200:12
  217:21

**[talked - things]** Page 49

| | | | |
|---|---|---|---|
| **talked** 203:11 | **technology** | **tends** 28:14 | 229:3,6 242:21 |
| 203:18 233:17 | 120:17 121:6,9 | 98:18 122:24 | 244:8 |
| **talking** 15:9 | 122:9 127:5,11 | **tenets** 236:14 | **testing** 75:9 |
| 18:1 34:22 | 128:9 130:12 | **tense** 65:15 | 178:11,19 |
| 52:10 99:14 | 131:12,13,23 | **term** 15:23 | 198:2 |
| 101:19 108:2 | 132:8,12 | 16:12 42:14 | **teva** 3:19 |
| 108:22 125:2,8 | **teenager** 194:5 | 84:20 90:10,18 | **textbook** 28:10 |
| 126:2,3 180:7 | **tell** 15:10 17:3 | 90:21,23 155:4 | **thank** 232:21 |
| 205:14 210:2,7 | 56:15 58:24 | 155:7 190:16 | 232:23 238:2 |
| 220:20 239:2 | 60:17 65:6 | **terminology** | 242:17,18 |
| **tannenbaum** | 70:24 76:19 | 89:3 161:4 | **theoretical** |
| 105:11 209:14 | 78:11 79:4 | **terminus** 3:15 | 99:11 |
| **target** 221:17 | 81:2 84:2 | **terms** 52:11 | **theoretically** |
| **taxes** 9:24 | 88:10 93:12,15 | 101:23 111:5 | 165:24 175:21 |
| **teach** 31:19 | 93:16 100:12 | 161:17 174:23 | **theories** 216:8 |
| 153:21 | 112:7,11 113:5 | 210:7 215:15 | **theorized** 69:5 |
| **teaching** 157:6 | 115:6,12 | **test** 51:11 | **theory** 45:17 |
| **technical** 10:24 | 117:13 126:5 | 118:8 160:23 | 96:3,5 99:5 |
| 32:6 64:22 | 167:17 173:11 | 167:1 206:10 | **therapy** 25:16 |
| 66:21 72:11,12 | 193:6 198:7,10 | **tested** 70:13 | 148:18,22 |
| **technically** | 201:14 209:11 | 227:13 | **thiamine** |
| 124:15 202:6 | **telling** 94:15 | **testified** 8:20 | 219:15,22 |
| **technician** 7:10 | **temperature** | 233:19 | 220:2,4 |
| 73:17,23 136:5 | 66:16,24 72:1 | **testify** 143:1 | **thing** 26:17 |
| 136:11 179:13 | 72:5,17 73:5 | 244:5 | 28:23 30:24 |
| 179:19 217:22 | 74:17 175:18 | **testifying** 142:4 | 31:3 58:16 |
| 218:4 233:5,11 | 216:16 | 146:24 | 69:6 163:11 |
| 238:5,11 | **temperatures** | **testimony** 5:4 | 193:7,13 |
| 242:19 | 64:16 75:21,22 | 47:11 123:17 | 200:11 206:7 |
| **techniques** | **temporally** | 127:16 131:8 | 225:4 235:16 |
| 62:19 | 42:4 | 131:16 136:15 | 237:24 |
| **technologies** | **ten** 55:13 60:22 | 141:11,15 | **things** 9:19 |
| 152:12 | **tend** 27:20 | 146:3 153:7 | 14:23 16:15 |
| | 100:17 | 188:11 228:5,7 | 17:21 26:11 |

**[things - timeframe]**                                     Page 50

| | | | |
|---|---|---|---|
| 27:3 28:3,18 | 132:11 135:18 | **thirty**   245:16 | 87:16,22 88:11 |
| 30:2,5 31:18 | 135:24 136:4 | **thorough**   105:8 | 89:2 92:9,13 |
| 37:15,24 52:24 | 138:24 142:17 |   136:1 | 92:22 93:1 |
| 53:6,23 54:1 | 146:8,22 | **thoroughness** | 94:8,10 102:16 |
| 55:23,24 56:5 | 152:18 153:6 |   120:23 | 102:23 103:8 |
| 56:11 64:6 | 155:11 164:19 | **thought**   89:9 | 114:17 118:7 |
| 71:3 75:13 | 168:14 169:12 |   105:6 111:14 | 120:18 121:7,9 |
| 89:16 93:16 | 171:18 172:6,6 |   206:19 219:7 | 121:24 122:20 |
| 96:4 97:18 | 172:14 173:21 |   220:3 | 122:21,24 |
| 99:3,4,11,16 | 174:4 175:15 | **thousand**   227:8 | 127:6,12 |
| 101:5 106:22 | 176:17,24 | **thousands** | 128:10 137:14 |
| 107:12 114:22 | 180:13,17 |   40:14 41:3,7 | 137:18 138:8 |
| 118:22 125:13 | 189:1 190:13 |   44:19,23 45:2 | 146:11 147:12 |
| 149:9 159:8 | 192:19,20 |   47:7 49:14,18 | 174:2 175:19 |
| 165:10 176:2 | 193:24 195:13 |   221:9 223:12 | 176:7 178:23 |
| 183:13 187:8 | 196:7 197:20 |   227:1,18,20 | 178:24 187:19 |
| 189:22 190:22 | 206:6 209:17 |   229:13 230:10 | 191:1 193:21 |
| 195:13 200:24 | 211:23 217:10 | **three**   21:6 | 195:7 202:23 |
| 208:22 209:15 | 218:22 221:23 |   77:16 78:22 | 203:20,22 |
| 210:6 211:2,11 | 222:2,7,24 |   80:3 118:21 | 204:1,6,20 |
| 213:2 216:23 | 223:1,18 |   119:4 121:2 | 205:3,19 |
| 220:18,21 | 224:19 225:3,8 |   129:24 217:2 | 208:20 211:4 |
| **think**   30:22 | 225:12,17 | **tightly**   210:11 | 211:12 212:24 |
| 41:3 43:23 | 226:8 227:16 | **time**   7:8,16 | 216:4,17 217:6 |
| 44:22 45:8 | 229:11,14 |   20:22 26:8 | 221:10 222:21 |
| 47:2 49:16 | 230:6 233:19 |   28:5 39:18 | 233:18 234:5 |
| 54:14 57:9 | 237:23 242:13 |   40:2,14 43:3 | 234:10 235:6 |
| 58:4 61:9,14 | **thinking**   58:8 |   43:19 46:12,22 | 235:11,14,18 |
| 65:4,9 66:1 | 88:15 94:10 |   49:14 50:7 | 235:21 236:2,8 |
| 78:9,14 81:17 | 194:1 |   55:15 75:14 | 237:1,8,15,23 |
| 82:2 84:19 | **third**   2:14 95:8 |   78:7 84:6,9,12 | 239:3 240:3 |
| 88:8,11 98:3 | 119:15 121:3 |   84:13,15,23 | 242:19 244:8 |
| 106:21 121:20 | 130:5 132:20 |   85:6,13,15,23 | **timeframe** |
| 124:3,11 128:1 | | 86:12,24 87:6 | 226:13 228:22 |

**[timeframe - truth]**                                                 Page 51

236:17 241:3
**timeframes**
122:6 123:24
124:13 125:3
125:23
**timeline** 55:11
**times** 86:16,20
103:14 114:5
136:18 137:1,8
137:10 223:12
227:1,2,8,8,18
229:13 230:11
231:23 232:8
234:18 235:2
235:23
**tissue** 16:7,11
16:12,19 26:4
26:8 27:18
187:1,6 190:19
223:16 227:12
**tissues** 186:24
**tobacco** 110:15
170:21 212:5
**today** 53:13
136:18 137:15
137:23
**today's** 7:15
242:21
**todd** 4:11 7:12
**together** 59:14
**told** 54:5 60:13
61:1 65:4 69:9
151:18 194:4

**took** 159:23
**top** 25:24
158:13
**topic** 20:6 21:8
21:13
**total** 85:16
177:1 222:7
224:19 225:2
225:20 227:5
230:11 231:14
**touches** 115:21
**toward** 173:5
173:18,19
**towards** 173:8
**toxic** 16:4
**toxicity** 222:23
**toxicologist**
62:7,9
**toxicology**
62:12,13
224:21
**trained** 46:20
**training** 153:17
**trangle** 3:4 5:6
12:1 21:9
22:14 24:2
30:17 36:17
47:9 50:13,16
51:8,22 60:5
68:11 73:12
82:11 83:2
86:1 88:1 89:4
99:23 102:11
105:3 107:21

108:19 112:16
113:23 114:3,9
114:13 116:14
116:18 117:21
119:23 122:13
123:14 127:14
132:4 134:1,23
138:10,15
147:6 155:18
155:23 156:24
159:17 165:1
165:21 170:5
177:15 184:2
185:15 188:9
190:6 191:23
192:11 196:13
198:16 201:5
203:2 205:4,21
214:4 217:8,18
224:4 228:2,10
232:4,24
233:16 238:1
238:21 239:1
239:11,18
241:9
**transarterial**
25:2 97:11
**transcript**
131:17 244:8
244:20 245:17
245:19
**transcription**
247:4

**transfer** 218:15
220:19
**transformed**
24:21
**transporter**
34:3
**transporters**
33:22
**traurig** 3:14
**treat** 39:22
70:2
**treated** 26:21
42:1
**treating** 40:6,7
**treatment**
29:15
**trial** 7:8 126:9
158:17,24
159:16,21
160:11,13,15
160:16,20,22
161:6,12,14,16
166:21 167:5
**trials** 158:13
164:2
**tried** 174:12
201:17
**tries** 85:20
**true** 96:20,21
122:11 169:24
204:10 205:17
**truth** 171:24
244:5,5,6

**[try - undertaking]**                                                        Page 52

| | | | |
|---|---|---|---|
| **try**  15:15 28:11 | 100:6,18,23 | 241:3 242:14 | **ultrasounds** |
| 31:1 108:8 | 101:3,6,9,13,16 | **type**  13:2 18:1 | 103:24 165:19 |
| 115:20 132:16 | 101:17 102:8 | 21:3 24:24 | **unchanged** |
| 209:15 234:9 | 102:15,22 | 33:2 42:15 | 130:15 209:4 |
| 236:3 | 103:8,14 | 44:8 72:11,13 | **uncommon** |
| **trying**  31:14 | 233:18 234:4 | 87:2,18 92:2 | 55:11 192:23 |
| 34:19 36:7 | 234:10,18 | 92:15 119:7 | **under**  18:16,23 |
| 40:17 41:22 | 235:1,5,11,18 | 163:16 167:1 | 47:19 72:16 |
| 42:13,24,24 | 235:22 236:2,8 | **types**  16:1 | 106:24 176:9 |
| 47:7 58:5 | 237:1,8,15,22 | 17:18 23:24 | 178:24 244:20 |
| 122:6 124:1,7 | 239:2,13 241:1 | 24:9 62:24 | **undergoes**  25:2 |
| 125:3,24 126:8 | **tumorigenicity** | 63:2,15 88:15 | **underlying** |
| 127:3 133:16 | 77:19 | 96:15,16 113:3 | 215:5,10 |
| 192:2 228:21 | **tumors**  21:21 | 119:4 129:24 | **understand** |
| 231:7 234:6 | 39:22 88:15 | 155:13 156:20 | 29:4,24 31:15 |
| **tubular**  33:21 | 91:15,24 92:1 | 168:21 | 35:11,14 42:17 |
| **tumor**  13:13,18 | 93:20 96:23 | **typical**  55:10 | 43:20 45:4 |
| 14:4,14 15:6 | 236:21 | 235:11 | 47:3 57:18,23 |
| 15:21 16:21 | **turn**  156:22 | **typically**  62:20 | 58:5,20 92:4 |
| 17:7,12,18 | **twice**  61:2 | 84:20 87:8,8 | 166:20 209:15 |
| 20:20 24:17,17 | **two**  21:6 55:13 | 104:2 121:15 | **understanding** |
| 25:4,5,12,15,19 | 80:2 85:17 | 158:15 190:16 | 29:13 35:17 |
| 26:3,6 39:21 | 93:3,8 99:5,9 | 196:24 221:4 | 58:4 74:21 |
| 84:5,9,11,13,16 | 106:21 109:7 | 233:20 234:17 | 128:21 130:12 |
| 84:22 85:6,22 | 120:9 121:2 | 235:20 241:17 | 150:9 151:5 |
| 86:11,15,19,23 | 129:20,24 | **typographical** | 152:19 157:11 |
| 87:5,15,22 | 130:8,10 131:2 | 12:3,8,22 | 164:2 171:12 |
| 88:11,18 89:2 | 132:15,17 | | 173:6,14 174:8 |
| 89:19 90:4,17 | 146:12 147:14 | **u** | 217:12 |
| 90:24 91:2,3,8 | 152:2 161:7 | **ultimately** | **understood** |
| 92:2,24,24 | 206:17,21 | 24:18 29:12 | 41:1 197:22 |
| 94:7,23 95:4,9 | 207:11 208:7 | 149:6 197:7 | **undertaking** |
| 96:1,12 97:7 | 219:8 236:17 | **ultrasound** | 49:10 |
| 98:1 99:13,21 | 237:19,21 | 193:19 | |

**[undetectable - values]** Page 53

| | | | |
|---|---|---|---|
| **undetectable** | 121:15,18 | 89:12 91:19 | **utilized** 41:4 |
| 163:11 | 122:4,7 123:13 | 101:13 105:24 | 42:20 108:14 |
| **undetected** | 124:1,14 125:4 | 106:7 107:11 | 119:4 126:15 |
| 163:7,12 | 125:24 126:4,9 | 107:20 129:10 | **utilizes** 65:2 |
| **undiagnosed** | 127:8,9 128:5 | 131:3 132:21 | **v** |
| 163:8 164:4,23 | 129:4,8,9,16 | 133:7 156:16 | |
| 166:14,16,18 | 130:16 131:5 | 156:18 157:21 | **v** 1:6 7:22 |
| 167:2 | 131:24 132:9 | 176:10 189:4 | **vaccines** |
| **undoubtedly** | 132:21 133:10 | 195:4 198:1,4 | 147:17 151:6 |
| 203:23 237:3 | 133:15,20,21 | 198:5,8,12 | **vague** 30:18 |
| **unethical** | 134:18,19 | 205:11 235:22 | 62:1 164:7 |
| 159:14,20 | 209:4,10 | 245:20 | 191:24 201:6 |
| **unexposed** | **use** 19:10 28:6 | **useful** 36:5 | 203:3 205:5 |
| 162:10 | 28:13 36:14,15 | 61:5 87:23 | 215:8 |
| **unfortunately** | 56:18 59:4,22 | 120:19 128:11 | **vaguely** 220:17 |
| 90:19,20 118:7 | 65:12,14,19 | 158:9 | **validating** 76:1 |
| **united** 1:1 7:24 | 73:13 90:10 | **users** 103:7 | **valisure** 66:22 |
| 81:5 | 91:18 101:21 | **uses** 41:7 56:11 | 75:24 |
| **university** | 106:11,15 | 56:21 57:2,8 | **valley** 2:9 |
| 10:19 49:5 | 108:18,24 | 70:5 118:21 | **valsartan** 1:4 |
| 56:18 | 119:21 123:2 | 225:15,15 | 7:19 159:15,24 |
| **unreasonable** | 131:2 132:20 | 230:10 | 160:3,12,21,24 |
| 226:19 | 153:20 154:7,7 | **using** 11:16 | 161:8,10 162:8 |
| **unreliable** | 155:4 156:14 | 34:18 44:12 | 162:19 166:6 |
| 172:5 | 158:4 180:14 | 59:12 65:22 | 166:12,23 |
| **unsupportable** | 199:6 234:19 | 68:23 70:20 | 175:8 176:24 |
| 241:4 | 234:22 236:3 | 71:21 106:5 | 177:5 178:12 |
| **unusual** 193:12 | **used** 19:7 27:11 | 107:10 124:18 | 182:16 217:5 |
| 210:18 | 38:18 39:9 | 126:20 212:4 | 226:20 232:9 |
| **urinary** 119:18 | 44:19 45:1 | 235:17 | 238:20 239:10 |
| 120:7 129:19 | 56:13 63:5,6 | **utilize** 107:16 | 239:24 240:2 |
| **urine** 67:6 68:5 | 65:17,17 66:24 | 119:16 120:3 | 240:10 |
| 69:7,16 118:16 | 69:24 70:2 | 127:8 128:4 | **values** 120:8 |
| 119:21 120:4 | 75:23 86:16,20 | | 129:20 133:4 |

[values - ways]                                              Page 54

133:10
**variability** 34:6
 38:3 93:19
 130:3 200:13
 200:14,23
 203:12 204:11
 204:16,20,21
 211:3,11,13
 212:8 215:6,15
**variable** 130:11
**variables** 107:2
 109:11 213:1
 216:12,18
**variation** 96:11
 96:11,22 99:13
**variations**
 74:14
**variety** 13:7
 27:24 28:2,20
 30:7 46:1 63:2
 85:19,20 96:9
 189:21 190:22
 209:5 212:15
**various** 20:24
 25:19 30:15
 34:10,20 53:19
 75:12 81:1
 155:13 180:5
 182:1
**varying** 88:17
 93:22
**vast** 172:13
 181:16

**vaughn** 2:3,8
**vein** 95:11
**vendor** 41:24
 48:15
**vendors** 42:6
 48:13,19
**verbatim** 244:8
**veritext** 7:14
**vermeer** 105:12
 209:14
**version** 64:12
 208:3
**versus** 32:3,18
 37:15,16 43:5
 57:9 59:9
 100:7 102:5,5
 121:20 137:16
 140:8 142:24
 143:12 144:7
 144:10 162:10
 166:23 174:3
 187:13 191:6
 206:12
**vicinage** 1:2 8:2
**vicinity** 9:18
**victoria** 3:15
**video** 7:10,17
 73:17,23 136:5
 136:11 179:13
 179:19 217:22
 218:4 233:5,11
 238:5,11
 242:19

**videographer**
 4:11 7:13
**videotape** 1:15
**view** 226:17
 231:20
**virtue** 153:16
**virus** 195:17,18
**visible** 237:5
**vitro** 106:23
**vivo** 107:12
**voice** 157:2
**volume** 84:6,9
 84:11,13,23
 85:6,23 86:11
 86:15,19,23
 87:5,16,22
 88:11 89:2
 90:17,24 91:2
 91:8 94:1
 101:9,13
 102:16,22
 103:8,14
 233:18 234:4
 234:10,18
 235:1,6,11,18
 235:22 236:2,8
 237:1,8,15,22
 239:3,13

**w**

**waived** 7:5
**walker** 142:24
**want** 12:2,4
 15:13 17:1

18:12 75:16
 78:6 91:14
 118:5 136:14
 158:22 161:3
 162:16 184:9
 188:20 198:14
 200:12 214:5
 214:11 221:23
 224:9
**wanted** 233:21
**washington**
 2:14 3:9
**waste** 78:6
**water** 47:22
 49:7
**way** 19:10
 33:12 35:9
 36:24 44:12
 56:16 67:20
 78:12 83:20
 91:21 95:10
 101:21 107:24
 108:4 112:7
 113:6 115:12
 124:20 126:20
 135:19 151:13
 157:8 166:7
 170:2 171:21
 174:1 182:10
 187:2 203:18
 204:19 209:17
 234:21
**ways** 19:8
 25:21 29:14

**[ways - years]**                                                                Page 55

| | | | |
|---|---|---|---|
| 47:22 64:13,22 74:10 181:3 201:23 | **wind** 130:19 **winds** 33:17 151:7 | 180:2 189:4 **wording** 194:23 | **wrong** 36:5 171:2,3 **wrote** 132:22 **wyeth** 148:24 |

**we've** 27:11
44:5,16 53:14
53:15,16,17,18
53:19,20,23
54:15 55:6
63:22 64:3
89:9 198:3,4,5
**weak** 169:3
**weakest** 157:18
**weaknesses**
213:18
**weeds** 108:8
**week** 93:13,14
**weighing** 38:8
**weight** 48:17
66:14 172:21
181:15 182:13
241:4
**weighting**
172:11
**welcome** 72:23
**welfare** 29:19
**wide** 27:24
28:19 120:6
129:17 130:19
132:2 133:3
**wider** 130:7
**willing** 19:14
108:11
**willowbrook**
145:9

**witness** 6:5 8:7
8:16 21:11
22:16 30:19
36:21 47:12
51:24 82:13
83:5 86:5 88:3
89:6 100:1
102:13 105:5
107:23 108:21
112:18 114:1
114:16 122:15
127:18 134:8
135:1 138:16
140:11 147:8
152:6 156:21
157:2 159:19
165:3,23
177:17 184:4
185:17 190:8
192:1,13
196:16 198:18
201:7 203:8
205:6 206:1
217:10 224:8
228:13 232:6
232:23 241:13
242:18 245:1
**word** 19:10
25:20 52:2
75:2 88:24,24
89:11 174:20

**words** 19:6
60:8 171:14
188:17,18
**work** 9:9,23
23:7 27:1,4
46:20 66:6
85:9 91:7
126:8 128:1
140:6 236:21
**worked** 27:1,6
27:7 76:1
146:4 150:19
**workers** 47:5
76:23 78:19
79:12,19 80:4
80:9,17 82:8
82:23 83:12,15
**working** 23:1
**works** 33:13
151:9 207:23
210:4 236:22
**worldwide**
65:13,18 69:24
**worse** 122:23
124:23
**wrap** 192:2
**writing** 22:7,10
154:10
**written** 28:10
129:13

**x**

**x** 5:2,10

**y**

**y** 150:5
**yeah** 20:7
71:15 85:21
94:15 98:13,14
113:14 122:15
148:8 156:12
156:24 163:21
170:14 174:12
182:10 184:4
190:8 207:19
214:19,22
228:13
**year** 121:20
196:5,22
236:17 241:3
**year's** 139:9
140:1
**years** 9:10 21:6
39:1 40:13
41:5,9 44:6
52:23 53:24
54:16 55:13
71:12 136:16
137:1,9 146:2
146:8,9 151:21
153:2 190:18

**[years - zoom]**                                                    Page 56

195:21 197:1
197:12,12
198:6 231:5
241:17 242:1
242:11,12,14
**yield** 72:12
**yields** 130:7
**york** 3:5,5

**z**

**zantac** 75:3,6
143:20 144:1,7
144:10,16
175:6
**zero** 40:3 41:21
42:10,19,21,23
43:17,21 44:3
44:11,13,20
45:7 46:3 47:8
50:11 52:18,21
**zhejiang** 1:7
3:11 7:22
**zoom** 1:16 11:1
11:16