# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO: *Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd., et al.,* Case No. 1:20-cv-00946-RMB-SAK | HON. RENÉE MARIE BUMB |

### PLAINTIFF JAN ROBERTS' MOTION FOR LEAVE TO SUBMIT OPPOSITION TO DEFENDANTS' STATEMENT OF MATERIAL FACTS

Pursuant to Fed. R. Civ. P 6(b)(1)(B) and Civil Local Rules 7.1 and 56.1(a), Plaintiff Jan Roberts respectfully requests leave to file the attached Opposition to Defendants' Statement of Material Facts in connection with ongoing summary judgment briefing.

## I.   BACKGROUND

On June 26, 2025, Plaintiff filed her Memorandum in Opposition to Defendants' Motion for Summary Judgment but mistakenly failed to file her Opposition to Defendants' Statement of Material Facts. (ECF 3099.) Subsequently, Defendants notified Plaintiff that there was no Opposition to Defendants' Statement of Material Facts filed on the docket. Upon learning of this error, Plaintiff promptly

prepared this Motion and offered Defendants an extension to Tuesday, July 22, 2025 to file their Reply. (Vaughn Cert. ¶ 2.)

## II. ARGUMENT

Under Fed. R. Civ. P. 6(b)(1)(B), "the court may, for good cause, extend the time" for the filing of motion papers "on a motion made after the time has expired if the party failed to act because of excusable neglect." Such circumstances have been found to exist where, as here, counsel filed summary judgment motion papers but neglected to file a statement of material facts as required by Civil Local Rule 7.1 and sought leave to do so after the deadline had passed but before the opposing party's deadline to respond had passed. GSR Mkts. Ltd. v. McDonald, 593 F. Supp. 3d. 1208, 1215 (N.D. Ga. 2022) (finding good cause to extend the time to file a statement of undisputed facts where the facts were included in the motion itself and the statement of facts was filed on the docket before the plaintiff's response was due); see also Bui v. Mid-Century Ins. Co., 2021 WL 12320236, at 1 (D.N.J. July 22, 2021). Here, there is likewise good cause to grant leave for Plaintiff to file her Opposition to Defendants' Statement of Undisputed Material Facts now: the facts at issue were referenced in Plaintiff's Opposition and Exhibits thereto and Plaintiffs have agreed to an extension so that Defendants will have their Opposition Statement of Undisputed Facts in advance of their deadline to Reply.

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file her Opposition to Defendants' Statement of Undisputed Facts.

Dated: July 17, 2025

Respectfully submitted,

By: */s/ C. Brett Vaughn*
C. Brett Vaughn, RN, BSN, JD
NIGH GOLDENBERG RASO & VAUGHN, PLLC
*Attorneys for Plaintiffs*
14 Ridge Square NW
Third Floor
Washington, D.C. 20016
Tel:202-792-7927
Fax: 202-792-7927
Email: bvaughn@nighgoldenberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ C. Brett Vaughn*

C. Brett Vaughn, RN, BSN, JD
