UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO: *Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd., et al.,* Case No. 1:20-cv-00946-RMB-SAK | HON. RENÉE MARIE BUMB |

## DECLARATION OF C. BRETT VAUGHN IN SUPPORT OF PLAINTIFF JAN ROBERTS' OPPOSITION TO DEFENDANTS' STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

**C. BRETT VAUGHN**, hereby certifies as follows:

1. I am an attorney at law within the State of Kansas, and a partner with the law firm of NIGH GOLDENBERG RASO, & VAUGHN, PLLC, and a member of the Plaintiffs' Steering Committee. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiff Jan Roberts' Motion for Leave to File Her Opposition to Defendants' Statement of Material Facts. Highlights have been added to the following exhibits to correspond to citations in the motion.

2. Plaintiff filed her Memorandum in Opposition to Defendants' Motion for Summary Judgment on June 26, 2025 but did not file her Opposition to

Defendants' Statement of Material Facts at that time. Subsequently, Defendants notified Plaintiff that there was no Opposition to Defendants' Statement of Material Facts filed on the docket. Upon learning of this error, Plaintiff promptly offered Defendants an extension to Tuesday, July 22, 2025 for Defendants to file their Reply Memorandum. Plaintiff prepared this Motion the same day.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff Jan Roberts' Opposition to Defendants' Statement of Material Facts.

4. Attached hereto as **Exhibit A** is a true and correct copy of the cited excerpts from the May 1, 2025 Deposition of Dr. William Sawyer.

5. Attached hereto as **Exhibit B** is a true and correct copy of the cited excerpts from the May 2, 2025 Deposition of Dr. William Sawyer.

6. Attached hereto as **Exhibit C** is a true and correct copy of GRobertsJr-CA-000553.

7. Attached hereto as **Exhibit D** is a true and correct copy of GRobertsJr-CA-000819-000821.

8. Attached hereto as **Exhibit E** is a true and correct copy of the cited excerpts from the February 13, 2025 Deposition of Darryle Bullard, M.D.

9. Attached hereto as **Exhibit F** is a true and correct copy of GRobertsJr-TH-MD-000944

10.     Attached hereto as **Exhibit G** is a true and correct copy of the cited excerpts from the September 14, 2021 Deposition of Dr. Christopher Ives.

                                              **NIGH GOLDENBERG RASO VAUGHN, PLLC**
                                              Attorneys for Plaintiffs

Dated: July 17, 2025                By: */s/ C. Brett Vaughn*

                                          C. Brett Vaughn, RN, BSN, JD
                                          NIGH GOLDENBERG RASO & VAUGHN, PLLC
                                          *Attorneys for Plaintiffs*
                                          14 Ridge Square NW Third Floor
                                          Washington, D.C. 20016
                                          Tel: 202-792-7927
                                          Fax: 202-792-7927
                                          Email: bvaughn@nighgoldenberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ C. Brett Vaughn*

C. Brett Vaughn, RN, BSN, JD