# EXHIBIT A

Page 1

1           UNITED STATES DISTRICT COURT
2           FOR THE DISTRICT OF NEW JERSEY
3                   MDL NO. 2875
4
5   IN RE:
6   VALSARTAN, LOSARTAN, and
7   IRBESARTAN PRODUCTS LIABILITY
8   LITIGATION
9   ------------------------------------------------
10
11       DEPOSITION OF DR. WILLIAM SAWYER, Ph.D.
12               THURSDAY, MAY 1, 2025
13
14              Deposition of DR. WILLIAM SAWYER,
15   Ph.D. in the above-mentioned matter before Jomanna
16   DeRosa, a Certified Court Reporter (License No.
17   30XI00188500), and Notary Public of the State of New
18   Jersey, taken via Zoom on Thursday, May 1, 2025,
19   commencing at 1:07 p.m. Eastern Standard Time.
20
21
22
23
24
25                    DAY 1, VOLUME I

Page 111

1    reliability, I really can't answer that.
2         Q.   Okay.  On Page 877, at the very bottom,
3    it says:  "According to grade working group, a strong
4    association is indicated by a risk ratio of 2:5."
5              Do you see that?
6         A.   No, but I -- I remember it.  You're
7    looking at Table 3?
8         Q.   This is actually in text on Page 877.
9    The last full sentence of 877, above the table?
10        A.   Oh, yeah, okay.
11        Q.   Okay.  So you agree that the grade
12   working group considers a strong association
13   something where the risk ratio is 2:5?
14        A.   Yeah.  I mean, it's similar to what I
15   learned in epidemiology and bio statistics.
16        Q.   So it's your opinion that a strong
17   association is indicated by an RR effect of somewhere
18   2:5 or higher?
19        A.   Yes.
20        Q.   What is a weak association?
21        A.   Well, a moderate association is,
22   generally, less than two.  A weak association, I
23   don't recall the cut offs, I think around 1.5.
24        Q.   Do you believe the strength
25   consideration should be given less weight in a

Page 113

1          MR. NIGH: Form objection.
2          THE WITNESS: In animals or humans?
3          MR. TRANGLE: In humans. I'm not aware
4    of any animal studies that looked at NDMA and
5    Valsartan.
6          MR. NIGH: Form objection.
7          THE WITNESS: I'm sorry. I didn't hear
8    the word Valsartan. Okay. You'll have to repeat the
9    question, because I don't want to...
10         MR. TRANGLE: No, that's fair.
11
12   BY MR. TRANGLE:
13        Q.   What is the association between
14   Valsartan contaminated with NDMA and cancer overall
15   in humans, in your opinion?
16        A.   Well, I know the lowest range that was
17   statistically significant was around -- maybe around
18   1.6, which is low. However, we're only at the
19   beginning of the bell curve of latency and that
20   number is going to grow at the peak of the latent
21   period, which we don't know what it is yet. If the
22   latent period peak was at 10.1 years, there is going
23   to be a much larger risk ratio at that point in time
24   as opposed to early on in the temporality curve.
25        Q.   So it's your opinion the magnitude

Page 159

1              CERTIFICATE
2
3
4         I, JOMANNA DEROSA, a Certified Court
5    Reporter and Notary Public of the State of New
6    Jersey, do hereby certify that the foregoing is a
7    true and accurate transcript of the testimony as
8    taken stenographically and digitally at the time,
9    place and on the date hereinbefore set forth, to the
10                  best of my ability.
11
12
13         I DO FURTHER CERTIFY that I am neither a
14   relative nor employee nor attorney nor Counsel of any
15   of the parties to this action, and that I am neither
16   a relative nor employee of such attorney or Counsel,
17     and that I am not financially interested in the
18                        action.
19
20
21                  [signature: Jomanna DeRosa]
22         JOMANNA DEROSA, C.C.R.
                     License No. 30XI00188500
23                   Notary Public of the
                     State of New Jersey
24
25