# EXHIBIT B

```
                                                    Page 1

 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF NEW JERSEY

 3         CASE NUMBER:  1:19-MD-02875 (RBK)(JS)

 4                      MDL NO. 2875

 5

 6   IN RE:

 7   VALSARTAN, LOSARTAN, and

 8   IRBESARTAN PRODUCTS LIABILITY

 9   LITIGATION

10   ---------------------------------------------------

11

12     CONTINUED DEPOSITION OF DR. WILLIAM SAWYER, Ph.D.

13                  FRIDAY, MAY 2, 2025

14

15                Deposition of DR. WILLIAM SAWYER,

16   Ph.D. in the above-mentioned matter before Jomanna

17   DeRosa, a Certified Court Reporter (License No.

18   30XI00188500), and Notary Public of the State of New

19   Jersey, taken via Zoom on Friday, May 2, 2025,

20   commencing at 9:08 a.m. Eastern Standard Time.

21

22

23

24

25
```

**Page 122**

1  A. Yes.
2  Q. And they did an analysis that was broken down
3  between men and women. Correct, females and males?
4  A. Yes.
5  Q. And for males, the odds ratio or the AHR was
6  increased even from the overall analyses. Correct?
7  A. Yes.
8  Q. And men have a 23 percent increased risk when
9  they're exposed -- of liver cancer when they're exposed
10 to contaminated -- NDMA contaminated Valsartan compared
11 to uncontaminated Valsartan in this study. Correct?
12 A. Yes. And again, highly significant,
13 0.0001 --
14 Q. And it was highly significant -- sorry, I didn't
15 mean to interrupt you. What did you say?
16 A. Highly significant with a p-value of 0.0001.
17 Q. And it was still highly significant even after
18 adjusting for multiplicity?
19 A. Yes.
20 Q. And Doctor, this would still be on the front of
21 the bell curve. Correct?
22 A. That's right.
23 Q. And what does that mean?
24 A. That as time progresses, that number will go
25 up, that adjusted HR value.

**Page 123**

1  Q. Doctor, this study also did a further analysis,
2  sensitivity analysis for long-term use of Valsartan.
3  Correct?
4  A. Yes.
5  Q. Doctor, if we could turn your attention to
6  Table S22?
7  A. All right.
8  Q. Now, Doctor, this table does not state that they
9  excluded the mixed users, those who used both NDMA
10 contaminated Valsartan and NDMA uncontaminated
11 Valsartan. Correct?
12 A. Yes.
13 Q. But even when the users were in the mixed users,
14 those that used both contaminated NDMA -- sorry, strike
15 that.
16     This study is -- I mean, this Table S22 reports
17 results that include mixed users, those who used both
18 contaminated NDMA and uncontaminated NDMA. Correct?
19 A. Yes.
20 Q. And Doctor, at the bottom of this table, you can
21 -- do you see where it says long-term Valsartan users?
22 A. Yes.
23 Q. It says: "Long-term Valsartan users defined as
24 those who filled Valsartan prescriptions during at least
25 three consecutive years of the study period." Correct?

**Page 124**

1  A. Yes.
2  Q. And Table S22, when looking at long-term use,
3  those who used at least three years of Valsartan, has a
4  higher increased risk than the overall findings.
5  Correct?
6  A. Right.
7  Q. They had a 1.22 or a 22 percent increased risk of
8  liver cancer if they were using Valsartan for three or
9  more years. Correct?
10 A. Yes.
11 Q. And that Valsartan could still be, you know, many
12 of the prescriptions could have been uncontaminated and
13 some of them contaminated. Correct?
14 A. That's right.
15 Q. So this table still wouldn't show us the true
16 risk in this study for those who had three or more years
17 of NDMA contaminated Valsartan. Correct?
18 A. Correct.
19     MR. NIGH: We can take that down. Let's
20 look at the Hidajat job matrix exposure study.
21 Looking for which exhibit that was. Exhibit 24.
22
23 BY MR. NIGH:
24 Q. Do you have that, Doctor, Exhibit 24?
25 A. That's the job exposure matrix study?

**Page 125**

1  Q. Yes.
2  A. Okay. I have it open.
3  Q. Doctor, do you recall being asked questions about
4  Table 1 from this study?
5  A. Yes.
6  Q. Do you recall being asked questions about
7  arithmetic mean and geometric mean of the various
8  carcinogens listed on this study?
9  A. Yes.
10 Q. On Table 1. Doctor, the Table 1, this is
11 distribution of measurements. Correct?
12 A. Correct. Correct.
13 Q. This isn't the table that you relied upon to see
14 how much carcinogens the subjects were exposed to in
15 each of the departments. Correct?
16 A. That's correct. I tried to explain that.
17 Q. You relied on the supplemental tables for that
18 information. Correct?
19 A. Yes.
20 Q. Because that would be where you could actually
21 see the amount of exposure that the subjects had in each
22 of the departments. Correct?
23 A. That's right.
24 Q. Not just the amount of measurements that are
25 occurring in each of the departments. Correct?

Page 182

1  CERTIFICATE
2
3
4       I, JOMANNA DEROSA, a Certified Court Reporter
5   and Notary Public of the State of New Jersey, do
6    hereby certify that the foregoing is a true and
7     accurate transcript of the testimony as taken
8    stenographically and digitally at the time, place
9    and on the date hereinbefore set forth, to the best
10             of my ability.
11
12
13       I DO FURTHER CERTIFY that I am neither a
14    relative nor employee nor attorney nor Counsel of
15    any of the parties to this action, and that I am
16    neither a relative nor employee of such attorney or
17    Counsel, and that I am not financially interested in
18             the action.
19
20
21         *(signature)*
22         JOMANNA DEROSA, C.C.R.
           License No. 30XI00188500
23         Notary Public of the
           State of New Jersey
24
25

Page 183

1  DANIEL NIGH, ESQ.
2  dnigh@nighgoldenberg.com
3       May 9, 2025
4  RE:   In Re: Valsartan, Losartan, Et Al v. Zhejiang Huahai
        Pharmaceutical Co., Ltd., Et Al. (Gaston Roberts)
5  5/2/2025, William Sawyer, Ph.D (#7354024)
6    The above-referenced transcript is available for
7  review.
8    Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12   The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 cs-ny@veritext.com
16  Return completed errata within 30 days from
17 receipt of testimony.
18  If the witness fails to do so within the time
19 allotted, the transcript may be used as if signed.
20
21
22       Yours,
23       Veritext Legal Solutions
24
25

Page 184

1  In Re: Valsartan, Losartan, Et Al v. Zhejiang Huahai
   Pharmaceutical Co., Ltd., Et Al. (Gaston Roberts)
2  William Sawyer, Ph.D (#7354024)
3       E R R A T A   S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____    _____
24 William Sawyer, Ph.D              Date
25

Page 185

1  In Re: Valsartan, Losartan, Et Al v. Zhejiang Huahai
   Pharmaceutical Co., Ltd., Et Al. (Gaston Roberts)
2  William Sawyer, Ph.D (#7354024)
3       ACKNOWLEDGEMENT OF DEPONENT
4    I, William Sawyer, Ph.D, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11 _____    _____
12 William Sawyer, Ph.D              Date
13 *If notary is required
14     SUBSCRIBED AND SWORN TO BEFORE ME THIS
15     _____ DAY OF _____, 20___.
16
17
18     _____
19     NOTARY PUBLIC
20
21
22
23
24
25