# EXHIBIT C

**Patient Name:** Gaston Roberts  **MRN:** 19411  **DOB:** 06-Oct-1955
**Date of Visit:** 27-Dec-2011  **Owner:** Buckley, Ralph S
**Document Type:** Established
**Site Name:** Cardiology Associates - Providence Clinic

### Chief Complaint
1. Palpitations
2. Dizziness

### Reason For Visit
**Reason For Visit:** The patient is being seen for a routine clinic follow-up Belated annual follow up. Pt's only complaints include palpitations which have decreased since cutting back on caffeine and occassional dizziness upon standing. Pt would like to cut back on BP meds if possible.

### History of Present Illness
Cardiac General:
Mr. Roberts sensed more PACs lately, but they've worn off. No new symptoms. He wanted to back off on bp meds, but his BP is a little high today and we won't change now. He is walking 40minutes a day and I encouraged him to keep it up.
**Overall general feeling is good, with no compliants voiced**
**Primary cardiac symptoms are palpitations**, but no chest pain, edema was not present, no lightheadedness, no pain in legs noted, no syncope and no dyspnea

### Review of Systems

**Constitutional:** no fever, no chills, not feeling poorly (malaise), not feeling tired (fatigue) and no recent weight gain.
**Eyes:** no eye pain, eyes not red and no purulent discharge from the eyes.
**ENT:** no nosebleeds and no hoarseness.
**Cardiovascular: palpitations**, but no chest pain, no intermittent leg claudication and no lower extremity edema.
**Respiratory:** no shortness of breath, no wheezing, no cough, no shortness of breath during exertion, no orthopnea and no PND.
**Gastrointestinal:** no abdominal pain, no vomiting, no constipation and no heartburn.
**Genitourinary:** no dysuria and no nocturia.
**Musculoskeletal:** no limb pain, no limb swelling, no muscle weakness and no muscle aches.
**Integumentary:** no skin lesions and no skin wound.
**Neurological: dizziness**, but no fainting, no limb weakness and no difficulty walking.
**Psychiatric:** no anxiety and no depression. no snoring not expressed as feeling short of breath no hematuria no vision problems

### Active Problems
1. Coronary Artery Disease 414.00
    2010 Normal nuclear.Mild CAD by CTANI cors by LHC 96
2. Hyperlipidemia 272.4
3. Hypertension 401.9
4. Obstructive Sleep Apnea 327.23

### Vitals

|  | 27Dec2011 03:09PM |
|---|---|
| Heart Rate | 75 |
| Systolic | 154, RUE, Sitting |
| Diastolic | 86, RUE, Sitting |
| BMI Calculated | 34.36 |
| BSA Calculated | 2.26 |
| Height | 5 ft 10 in |
| Weight | 240 lb |

### Current Meds
1. Aspirin 81 MG Oral Tablet; Therapy: (Recorded:23Dec2011) to
2. Diovan 40 MG Oral Tablet; TAKE 1 TABLET DAILY; Therapy: 17Oct2011 to (Renew:11Oct2012)

Restricted Confidential Information GRobertsJr-CA-000553

**Patient Name:** Gaston Roberts  **MRN:** 19411  **DOB:** 06-Oct-1955
**Date of Visit:** 27-Dec-2011  **Owner:** Buckley, Ralph S
**Document Type:** Established
**Site Name:** Cardiology Associates - Providence Clinic

   Requested for: 17Oct2011; Last Rx:17Oct2011
3. Diovan 40 MG Oral Tablet; Therapy: (Recorded:23Dec2011) to
4. Fish Oil CAPS; 2gr QD; Therapy: (Recorded:23Dec2011) to
5. Ibuprofen TABS; Therapy: (Recorded:23Dec2011) to
6. ICaps CAPS; TAKE 2 CAPSULE Daily; Therapy: (Recorded:23Dec2011) to
7. Lutein 10 MG Oral Tablet; TAKE AS DIRECTED; Therapy: (Recorded:27Dec2011) to
8. Multi-Vitamin TABS; Therapy: (Recorded:23Dec2011) to
9. Nasacort AQ AERS; Therapy: (Recorded:23Dec2011) to
10. Prevacid 30 MG Oral Capsule Delayed Release; 1 capsule daily; Therapy: (Recorded:27Dec2011) to

**Family History**
- Paternal history of Hypertension V17.49
- Maternal history of Hypertension V17.49

**Social History**
- Alcohol Use
- Caffeine Use
- Family Doctor - Last Seen
- Former Smoker V15.82
- Marital History - Currently Married

**Surgical History**
- History of Appendectomy
- History of Cholecystectomy

**Allergies**
1. Penicillins

**Results/Data**

Rhythm and rate: **normal sinus rhythm** and inc. rbbb.
Comparison to prior ECGs: No interval change.

**Physical Exam**

**Constitutional**
**General appearance: No acute distress, well appearing and well nourished.**
**Neck**
Jugular veins: Normal.
Thyroid: Normal, no thyromegaly.
**Pulmonary**
Respiratory effort: No increased work of breathing or signs of respiratory distress.
Auscultation of lungs: Clear to auscultation.
**Cardiovascular**
Palpation of heart: Normal PMI, no thrills.
Auscultation of heart: Normal rate and rhythm, normal S1 and S2, without murmurs.
Carotid pulses: Normal, 2+ bilaterally.
Abdominal aorta: Normal.
Pedal pulses: Normal, 2+ bilaterally.
Examination of extremities for edema and/or varicosities: Normal.
**Abdomen**
Abdomen: Non-tender, no masses.
**Musculoskeletal**
Digits and nails: Normal without clubbing or cyanosis.
**Psychiatric**
Orientation to person, place, and time: Normal.
Mood and affect: Normal.

Restricted Confidential Information GRobertsJr-CA-000554

**Patient Name:** Gaston Roberts  **MRN:** 19411  **DOB:** 06-Oct-1955
**Date of Visit:** 27-Dec-2011  **Owner:** Buckley, Ralph S
**Document Type:** Established
**Site Name:** Cardiology Associates -Providence Clinic

**Assessment**
1. Hyperlipidemia 272.4
2. Coronary Artery Disease 414.00
    2010 Normal nuclear.Mild CAD by CTANI cors by LHC 96
3. Hypertension 401.9
4. Obstructive Sleep Apnea 327.23

**Plan**
**Orders**
- LIPID PANEL WITH REFLEX TO DIRECT LDL ( 14852 )  Requested for: 27Dec2011

**Follow-ups**
- Follow-up visit in 6 months Evaluation and Treatment  Follow-up  Requested for: 27Dec2011

**Instructions**
- Continue with our present treatment plan.  Requested for: 27Dec2011
- We recommend that you bring your body mass index down to 26.  Requested for: 27Dec2011

In sum, Mr Roberts is stable with his history of PACs, palpitations, and I'll check lipids and see him again in 6 months.

**Signatures**
Electronically signed by : Ralph Buckley, ; Dec 27 2011  3:37PM (Author)

Page 553

Restricted Confidential Information GRobertsJr-CA-000555