# EXHIBIT D

| Allergies | Date |
|---|---|
| Penicillins | 23-Dec-2011 |

| Family History | Date |
|---|---|
| Paternal history of Hypertension (V17.49), Active | |
| Maternal history of Hypertension (V17.49), Active | |

| Medications | Date |
|---|---|
| Lasix 40 MG Oral Tablet, #Tablet, TAKE 1 TABLET DAILY.[Reported] , NO REFILLS, Evaluate: | 09-Dec-2019 |
| Spironolactone TABS, #Tablet, TAKE 1 TABLET DAILY.[Reported] , NO REFILLS, Evaluate: | 09-Dec-2019 |
| Valsartan-hydroCHLOROthiazide 320-25 MG Oral Tablet, #90Tablet, TAKE 1 TABLET DAILY., 3 refills | 04-Dec-2018 |
| dilTIAZem HCl - 30 MG Oral Tablet, #90Tablet, TAKE 1 TABLET EVERY 4 - 6 HOURS AS NEEDED FOR PALPITATIONS, 3 refills | 04-Dec-2018 |
| ALPRAZolam 0.25 MG Oral Tablet, #30Tablet, TAKE ONE TABLET BY MOUTH EVERY DAY AS NEEDED, 3 refills | 09-Nov-2018 |
| Lutein-Zeaxanthin 25-5 MG Oral Capsule, #Capsule, TAKE 1 CAPSULE Daily[Reported] , NO REFILLS, Evaluate: | 14-Nov-2016 |
| Glucosamine CAPS, #Capsule, TAKE 2000 MG Daily[Reported] , NO REFILLS, Evaluate: | 14-Nov-2016 |
| Escitalopram Oxalate 10 MG Oral Tablet, #Tablet, TAKE 1 TABLET DAILY.[Reported] , NO REFILLS, Evaluate: | 14-Nov-2016 |
| metFORMIN HCl - 500 MG Oral Tablet, #Tablet, TAKE 1 TABLET DAILY.[Reported] , NO REFILLS, Evaluate: | 14-Nov-2016 |
| Trulicity SOPN, #ML, Inject once weekly as directed.[Reported] , NO REFILLS, Evaluate: | 14-Nov-2016 |
| Vitamin D3 50 MCG (2000 UT) Oral Capsule, #Capsule, TAKE 1 CAPSULE Daily[Reported] , NO REFILLS, Evaluate: | 14-Nov-2016 |
| Lansoprazole 30 MG Oral Capsule Delayed Release, #Capsule Delayed Release, TAKE 1 CAPSULE DAILY.[Reported] , NO REFILLS, Evaluate: | 09-May-2013 |
| Aspirin 81 MG TABS, #Tablet, TAKE 1 TABLET DAILY.[Reported] , NO REFILLS, Evaluate: | 21-Mar-2012 |
| Nasacort AQ AERS, #AERS, USE 2 SPRAYS IN EACH NOSTRIL ONCE DAILY[Reported] , NO REFILLS, Evaluate: | 21-Mar-2012 |

| Past Medical History | Date |
|---|---|
| History of History of chest pain (786.50) (Z87.898), Resolved | |
| History of Arthritis (V13.4), Resolved | |

| Past Surgical History | Date |
|---|---|
| History of Appendectomy, Resolved | |
| History of Cholecystectomy, Resolved | |
| History of Arthroscopy Knee, Resolved | |

| Problems | Date |
|---|---|
| Paroxysmal atrial fibrillation (427.31) (I48.0) | 09-Dec-2019 |
| Shortness of breath (786.05) (R06.02) | 09-Dec-2019 |
| Fatigue (780.79) (R53.83) | 04-Jun-2019 |
| CAD (coronary artery disease) (414.00) (I25.10) | 04-Jun-2019 |
| Chest pain, precordial (786.51) (R07.2) | 04-Jun-2019 |
| Right bundle-branch block (426.4) (I45.10) | 04-Dec-2018 |
| Hypertension (401.9) (I10) | 25-Apr-2018 |
| Diabetes mellitus (250.00) (E11.9) | 03-Jan-2018 |
| Encounter for preventive health examination (V70.0) (Z00.00) | 11-Sep-2017 |
| History of hyperlipidemia (V12.29) (Z86.39) | 11-Sep-2017 |
| Obstructive sleep apnea (327.23) (G47.33) | 08-Sep-2014 |

| Results | Date |
|---|---|
| Cardiac Flowsheet 1: CHOLESTEROL, TOTAL: 218 (20-Mar-2012 12:00AM) | 11-May-2009 |
| Cardiac Flowsheet 1: LDL-CHOLESTEROL: 131 (20-Mar-2012 12:00AM) | 11-May-2009 |
| Cardiac Flowsheet 1: HDL CHOLESTEROL: 36 (20-Mar-2012 12:00AM) | 11-May-2009 |
| Cardiac Flowsheet 1: TRIGLYCERIDES: 257 (20-Mar-2012 12:00AM) | 11-May-2009 |
| Cardiac Flowsheet 1: EF%: 60% (20-Mar-2012 12:00AM) | 24-Jul-2003 |

| Social History | Date |
|---|---|
| Former smoker (V15.82) (Z87.891), Active | 09-Dec-2019 |
| Caffeine Use, Active | 30-Jun-2014 |
| Marital History - Currently Married, Active | |
| Alcohol Use (History) , Active | |

| Vitals | Date |
|---|---|
| Taken: 09-Dec-2019 10:33AM | 09-Dec-2019 |
| BSA Calculated: 2.14 BMI Calculated: 30.47 Weight: 212.38 lb Height: 70 in | 09-Dec-2019 |
| Pulse Quality: Regular Heart Rate: 100 | 09-Dec-2019 |
| Systolic: 110 Diastolic: 78 | 09-Dec-2019 |

Restricted Confidential Information GRobertsJr-CA-000819

| | |
|---|---|
| Ejection Fraction: 75 | 09-Dec-2019 |
| Taken: 07-Jun-2019 12:14PM | 07-Jun-2019 |
| BSA Calculated: 2.27 BMI Calculated: 35.06 Weight: 244.38 lb Height: 70 in | 07-Jun-2019 |
| Pulse Quality: Regular Heart Rate: 78 | 07-Jun-2019 |
| Systolic: 110 Diastolic: 70 | 07-Jun-2019 |
| Ejection Fraction: 75 | 07-Jun-2019 |
| Taken: 04-Dec-2018 8:54AM | 04-Dec-2018 |
| BSA Calculated: 2.30 BMI Calculated: 36.02 Weight: 251 lb Height: 70 in | 04-Dec-2018 |
| Pulse Quality: Regular Heart Rate: 96 | 04-Dec-2018 |
| Systolic: 138 Diastolic: 68 | 04-Dec-2018 |
| Ejection Fraction: 64 | 04-Dec-2018 |
| Taken: 25-Apr-2018 10:26AM | 25-Apr-2018 |
| Height: 70 in BSA Calculated: 2.33 BMI Calculated: 37.16 Weight: 259 lb | 25-Apr-2018 |
| Pulse Quality: Regular Heart Rate: 88 | 25-Apr-2018 |
| Systolic: 134 Diastolic: 74 | 25-Apr-2018 |
| Ejection Fraction: 60 | 25-Apr-2018 |
| Taken: 11-Sep-2017 4:12PM | 11-Sep-2017 |
| BSA Calculated: 2.38 BMI Calculated: 39.03 Weight: 272 lb Height: 70 in | 11-Sep-2017 |
| Pulse Quality: Regular Heart Rate: 92 | 11-Sep-2017 |
| Systolic: 114 Diastolic: 72 | 11-Sep-2017 |
| Ejection Fraction: 60 | 11-Sep-2017 |
| Taken: 12-May-2017 4:19PM | 12-May-2017 |
| Systolic: 138 Diastolic: 74 | 12-May-2017 |
| Taken: 14-Nov-2016 4:09PM | 14-Nov-2016 |
| BSA Calculated: 2.27 BMI Calculated: 35.04 Weight: 244.2 lb Height: 70 in | 14-Nov-2016 |
| Pulse Quality: Regular Heart Rate: 71 | 14-Nov-2016 |
| Systolic: 146 Diastolic: 82 | 14-Nov-2016 |
| EF%: 60 | 14-Nov-2016 |
| Taken: 14-Jun-2016 11:56AM | 14-Jun-2016 |
| BSA Calculated: 2.37 BMI Calculated: 38.60 Weight: 269 lb Height: 70 in | 14-Jun-2016 |
| Pulse Quality: Regular Heart Rate: 80 | 14-Jun-2016 |
| Systolic: 138 Diastolic: 74 | 14-Jun-2016 |
| Ejection Fraction: 57 | 14-Jun-2016 |
| Taken: 14-Oct-2015 1:01PM | 14-Oct-2015 |
| BSA Calculated: 2.38 BMI Calculated: 39.17 Weight: 273 lb Height: 70 in | 14-Oct-2015 |
| Heart Rate: 76 | 14-Oct-2015 |
| Systolic: 148 Diastolic: 90 | 14-Oct-2015 |
| Ejection Fraction: 60 | 14-Oct-2015 |
| Taken: 27-Jul-2015 3:41PM | 27-Jul-2015 |
| BSA Calculated: 2.37 BMI Calculated: 38.88 Weight: 271 lb Height: 70 in | 27-Jul-2015 |
| Pulse Quality: Regular Heart Rate: 82 | 27-Jul-2015 |
| Systolic: 162 Diastolic: 84 | 27-Jul-2015 |
| Ejection Fraction: 60 | 27-Jul-2015 |
| Taken: 20-Apr-2015 2:14PM | 20-Apr-2015 |
| BSA Calculated: 2.38 BMI Calculated: 39.17 Weight: 273 lb Height: 70 in | 20-Apr-2015 |
| Pulse Quality: Regular Heart Rate: 90 | 20-Apr-2015 |
| Systolic: 160 Diastolic: 96 | 20-Apr-2015 |
| Taken: 31-Dec-2014 9:24AM | 31-Dec-2014 |
| BSA Calculated: 2.35 BMI Calculated: 38.02 Weight: 265 lb Height: 70 in | 31-Dec-2014 |
| Pulse Quality: Regular Heart Rate: 96 | 31-Dec-2014 |
| Systolic: 170 Diastolic: 92 | 31-Dec-2014 |
| Ejection Fraction: 60 | 31-Dec-2014 |
| Taken: 08-Sep-2014 10:41AM | 08-Sep-2014 |
| BSA Calculated: 2.36 BMI Calculated: 38.45 Weight: 268 lb Height: 70 in | 08-Sep-2014 |
| Pulse Quality: Regular Heart Rate: 72 | 08-Sep-2014 |
| Systolic: 142 Diastolic: 80 | 08-Sep-2014 |
| Ejection Fraction: 60 | 08-Sep-2014 |
| Taken: 30-Jun-2014 9:43AM | 30-Jun-2014 |
| BSA Calculated: 2.33 BMI Calculated: 37.31 Weight: 260 lb Height: 70 in | 30-Jun-2014 |
| Pulse Quality: Regular Heart Rate: 79 | 30-Jun-2014 |
| Systolic: 146 Diastolic: 74 | 30-Jun-2014 |
| Taken: 12-May-2014 11:03AM | 12-May-2014 |
| BSA Calculated: 2.32 BMI Calculated: 36.88 Weight: 257 lb Height: 70 in | 12-May-2014 |

Restricted Confidential Information GRobertsJr-CA-000820

| | |
|---|---|
| Heart Rate: 68 Pulse Quality: Regular | 12-May-2014 |
| Systolic: 148 Diastolic: 82 | 12-May-2014 |
| Taken: 24-Mar-2014 11:28AM | 24-Mar-2014 |
| Height: 70 in BSA Calculated: 2.30 BMI Calculated: 36.16 Weight: 252 lb | 24-Mar-2014 |
| Heart Rate: 78 | 24-Mar-2014 |
| Systolic: 140 Diastolic: 82 | 24-Mar-2014 |
| Taken: 20-Mar-2014 5:03PM | 20-Mar-2014 |
| Height: 82 in BSA Calculated: 2.58 BMI Calculated: 26.35 Weight: 252 lb | 20-Mar-2014 |
| Systolic: 132 Diastolic: 86 | 20-Mar-2014 |
| Taken: 09-May-2013 3:48PM | 09-May-2013 |
| BSA Calculated: 2.36 BMI Calculated: 38.14 Weight: 266.38 lb Height: 70 in | 09-May-2013 |
| Pulse Quality: Regular Heart Rate: 81 | 09-May-2013 |
| Systolic: 152 Diastolic: 86 | 09-May-2013 |
| Taken: 02-Jan-2013 10:59AM | 02-Jan-2013 |
| BSA Calculated: 2.30 BMI Calculated: 36.08 Weight: 252 lb Height: 70 in | 02-Jan-2013 |
| Heart Rate: 72 | 02-Jan-2013 |
| Systolic: 110 Diastolic: 80 | 02-Jan-2013 |
| Taken: 17-Sep-2012 1:44PM | 17-Sep-2012 |
| Height: 70 in BSA Calculated: 2.31 BMI Calculated: 36.36 Weight: 254 lb | 17-Sep-2012 |
| Pulse Quality: Regular Heart Rate: 80 | 17-Sep-2012 |
| Systolic: 146 Diastolic: 78 | 17-Sep-2012 |
| Taken: 17-Aug-2012 8:44AM | 17-Aug-2012 |
| BSA Calculated: 2.31 BMI Calculated: 36.22 Weight: 253 lb Height: 70 in | 17-Aug-2012 |
| Pulse Quality: Regular Heart Rate: 84 | 17-Aug-2012 |
| Systolic: 152 Diastolic: 90 | 17-Aug-2012 |
| Taken: 02-Jul-2012 9:23AM | 02-Jul-2012 |
| BSA Calculated: 2.31 BMI Calculated: 36.22 Weight: 253 lb Height: 70 in | 02-Jul-2012 |
| Pulse Quality: Regular Heart Rate: 88 | 02-Jul-2012 |
| Systolic: 140 Diastolic: 74 | 02-Jul-2012 |
| Taken: 21-Mar-2012 3:56PM | 21-Mar-2012 |
| BSA Calculated: 2.28 BMI Calculated: 35.07 Weight: 245 lb | 21-Mar-2012 |
| Pulse Quality: Regular Heart Rate: 72 | 21-Mar-2012 |
| Systolic: 144 Diastolic: 100 | 21-Mar-2012 |
| Taken: 30-Jan-2012 9:15AM | 30-Jan-2012 |
| BSA Calculated: 2.27 BMI Calculated: 34.79 Weight: 243 lb | 30-Jan-2012 |
| Heart Rate: 96 | 30-Jan-2012 |
| Systolic: 148 Diastolic: 80 | 30-Jan-2012 |
| Taken: 27-Dec-2011 3:09PM | 27-Dec-2011 |
| BSA Calculated: 2.26 BMI Calculated: 34.36 Height: 70 in Weight: 240 lb | 27-Dec-2011 |
| Heart Rate: 75 | 27-Dec-2011 |
| Systolic: 154 Diastolic: 86 | 27-Dec-2011 |

Restricted Confidential Information GRobertsJr-CA-000821