# EXHIBIT E

```
                                                          Page 1

 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF NEW JERSEY
 3
 4    CIVIL ACTION NO. MDL NO. 2875
 5    HON. ROBERT B. KUGLER
 6
 7    IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION
 8
 9    THIS DOCUMENT RELATES TO ALL CASES
10
11            CONFIDENTIAL INFORMATION SUBJECT TO
12                      PROTECTIVE ORDER
13
14     REMOTE VIDEO DEPOSITION OF DARRYLE P. BULLARD, M.D.
15
16                     February 13, 2025
17
18
19
20    REPORTED BY:  Laura H. Nichols
21                  Certified Realtime Reporter,
22                  Registered Professional
23                  Reporter and Notary Public
24
25    VERITEXT JOB NUMBER NJ 7133235
```

Page 66

1  Q. (BY MR. NOLAN:) And he may have
2 reported to you that he lost twelve pounds, but --
3 and that is what you took down in your note?
4  A. Correct.
5  Q. All right. Let's look at the next
6 exhibit, which is Exhibit 6. And this is the
7 medical record from February 25th, 2016. And this
8 one is a little bit different because of the way
9 that it was provided to us, Mr. -- Dr. Bullard.
10 The medical record from this visit starts in the
11 middle of the page, so let's scroll down a little
12 bit.
13         Do you recognize this as the medical
14 record from the February 25th, 2016, office visit
15 with Mr. Roberts?
16  A. Yes.
17  Q. And this is almost two full years
18 after your last visit with him?
19  A. I suppose. I don't remember the
20 prior date, honestly.
21  Q. The prior date was -- sorry. The
22 prior date was March 3rd, 2014. And this is from
23 February 25th, 2016. So it was almost two years
24 since his last visit with you?
25  A. Correct.

Page 67

1  Q. And the chief complaint is: OSA
2 follow-up, CPAP not working?
3  A. Correct.
4  Q. Is it common for sleep apnea patients
5 to stop following up until they have an issue with
6 their CPAP machine or an acute issue?
7  A. Yes.
8  Q. Is that what you think happened here?
9  A. Yes.
10  Q. And so going -- going to the HPI, it
11 says: Mr. Roberts is a, in parentheses, now
12 morbidly-obese, hypertensive sixty-year-old white
13 male with CAD, PAF, GERD, and longstanding OSA, who
14 was referred for management of OSA which was
15 originally diagnosed in January of 2000 and RTC for
16 reevaluation.
17         Did I read that correctly?
18  A. Yes.
19  Q. And so did the fact that -- did you
20 consider this a significant step backward in the
21 progression of Mr. Roberts's health, the fact that
22 he now fell into the morbidly-obese category?
23  A. Yes.
24         MR. NIGH: Form objection.
25  Q. (BY MR. NOLAN:) And why is that?

Page 68

1  A. Because the reason that a patient is
2 considered morbidly obese is that morbid means
3 death. And patients who are one hundred pounds
4 over their ideal body weight and/or have a BMI of
5 forty or greater are at significantly-increased
6 risk for death and worsening of many conditions.
7 So yes, that is concerning.
8  Q. And so if we go to what is, I
9 believe, Page 5 of the PDF, it ends in 43. We see
10 that Mr. Roberts's weight was now at two hundred
11 seventy-four pounds.
12  A. Yes.
13  Q. And his BMI was 40.46 kilograms per
14 meter squared?
15  A. Yes.
16  Q. And in your instructions, you once
17 again recommended, if we go to the previous page,
18 for Number 3: Recommend weight loss to achieve
19 ideal body weight. Understand difficult but will
20 almost definitely improve multiple aspects of
21 health.
22         Did I read that correctly?
23  A. Yes.
24  Q. And what did you mean by "multiple
25 aspects of health"?

Page 69

1  A. It will likely improve sleep apnea.
2 It will likely improve hypertension. It very
3 likely will improve atrial fibrillation. It will
4 likely improve fatigue. It will likely improve a
5 patient's mental psyche, because they look better,
6 they feel better, they breathe easier, thus
7 multiple aspects of health.
8  Q. Morbid obesity is a risk factor for
9 all sorts of negative health outcomes, true?
10  A. Yes.
11         MR. NIGH: Form objection.
12  Q. (BY MR. NOLAN:) Morbid obesity is a
13 significant risk factor for nonalcoholic
14 steatohepatitis or NASH, true?
15  A. Yes.
16  Q. And Mr. Roberts had NASH before your
17 first visit with him in 2012, right?
18  A. I honestly do not recall.
19  Q. We can go back to Exhibit -- well,
20 let's just stay on the same exhibit. If we go to
21 the past medical history, which is on the second
22 page of the document, we see on the one, two,
23 three, it is about eight bullets down, says: Past
24 medical history, nonalcoholic steatohepatitis,
25 NASH?

| | |
|---|---|
| Page 90 | Page 92 |
| 1  the men, they should lose a lot of weight, correct? | 1  time, correct? |
| 2      A.    That is correct. | 2      A.    Correct. |
| 3      Q.    And that would be your advice to | 3      Q.    And you are not aware of him ever |
| 4  forty-three percent of the men in the United | 4  having increased angiogenesis, correct? |
| 5  States, correct? | 5      A.    Correct. |
| 6      A.    I will say correct with the outlier | 6      Q.    And, Doctor, splenomegaly, do you |
| 7  being those that have a significant amount of | 7  know what that is? |
| 8  muscle mass.  Athletes might be termed obese; | 8      A.    Enlarged spleen. |
| 9  whereas, they truly have five percent or less body | 9      Q.    And you are not aware -- you don't |
| 10 fat.  They just have a substantial portion of | 10 list that he has an enlarged spleen here, correct? |
| 11 muscle.  And if we were to use BMI alone, it is | 11     A.    Correct. |
| 12 sometimes falsely indicative of obesity. | 12     Q.    And you are not aware of whether he |
| 13     Q.    Understood.  That category of men | 13 had ever had an enlarged spleen, correct? |
| 14 that have a BMI -- or that have a body mass of five | 14     A.    Correct. |
| 15 percent or less with a BMI over thirty, that is a | 15     Q.    And, Doctor, you don't list portal |
| 16 very small share of men that have a BMI over | 16 hypertension here, correct? |
| 17 thirty, correct? | 17     A.    Correct. |
| 18     A.    That is correct. | 18     Q.    And what is portal hypertension? |
| 19     Q.    And certainly a small share of those | 19     A.    Portal hypertension is increased |
| 20 that have a BMI over thirty-five, correct? | 20 venous flow to the liver, which is indicative of |
| 21     A.    That is correct. | 21 hepatic dysfunction.  It is not always seen with |
| 22     Q.    Okay. | 22 cirrhosis, but it is frequently seen with |
| 23           MR. NIGH:  We can go ahead and take | 23 cirrhosis, and it is a sign of hepatic congestion. |
| 24 this document down. | 24 Other diseases such as congestive heart failure can |
| 25     Q.    (BY MR. NIGH:)  Now, Doctor, you are | 25 contribute to portal hypertension from passive |
| Page 91 | Page 93 |
| 1  here today as a fact witness, meaning you are here | 1  backflow, but it is frequently associated with |
| 2  today to talk about just the facts as you know | 2  hepatic dysfunction, usually severe dysfunction, |
| 3  them, correct? | 3  including cirrhosis. |
| 4      A.    Correct. | 4      Q.    And, Doctor, you are not aware of him |
| 5      Q.    ==And you don't have any opinions on== | 5  having portal hypertension, correct? |
| 6  ==what may have caused Mr. Roberts's cancer, correct?== | 6      A.    Correct. |
| 7      A.    ==That's correct.  And I am not aware== | 7      Q.    And, Doctor, you are not aware of him |
| 8  ==of his cancer.== | 8  having cirrhosis, correct? |
| 9      Q.    Okay.  Very good.  Let's go ahead and | 9      A.    That is correct. |
| 10 take a look at your last medical record.  I am | 10     Q.    And you are not aware of him having |
| 11 trying to get the tab up of what has been marked as | 11 hepatocellular carcinoma, correct? |
| 12 Exhibit -- | 12     A.    Correct. |
| 13           MR. NIGH:  Which exhibit number? | 13     Q.    And, Doctor, your treatment of |
| 14           MR. NOLAN:  It is Exhibit 6. | 14 Mr. Roberts ended in 2016, correct? |
| 15     Q.    (BY MR. NIGH:)  Okay.  Let's take a | 15     A.    Correct. |
| 16 look at Exhibit 6 again. | 16     Q.    So if he had any of those conditions |
| 17           MR. NIGH:  And if we can scroll down | 17 after 2016, you wouldn't know about them, correct? |
| 18 to the medical conditions, Past Medical History, | 18     A.    Correct.  Saying that when I worked |
| 19 yes. | 19 at Eastern Shore Medical Specialists, |
| 20     Q.    (BY MR. NIGH:)  Doctor, I want to ask | 20 Dr. Christopher Ives, who was one of my partners, |
| 21 you some of the conditions that he didn't have, | 21 he is a gastroenterologist.  And the very first |
| 22 okay? | 22 part of this entire meeting showed a note from |
| 23     A.    Okay. | 23 Dr. Christopher Ives.  So Dr. Ives may have more |
| 24     Q.    Doctor, you don't have any statement | 24 information with regard to his liver disease. |
| 25 here that he had increased angiogenesis at this | 25     Q.    Understood.  Doctor, remember the |

Page 106

1    CERTIFICATE OF DEPONENT
2
3        I have read the foregoing transcript of
4  my deposition and except for any corrections or
5  changes noted on the errata sheet, I hereby
6  subscribe to the transcript as an accurate record
7  of the statements made by me.
8
9
         _____
10              DARRYLE P. BULLARD, M.D.
11
12       SUBSCRIBED AND SWORN before and to me
13  this ____ day of _____, 20___.
14
15
16       _____
17              NOTARY PUBLIC
18
19
20  My Commission expires:
21
22
23
24
25

Page 107

1    C E R T I F I C A T E
2
3
4  STATE OF ALABAMA
5  JEFFERSON COUNTY
6
7        I hereby certify that the above and
8  foregoing deposition was taken down by me in
9  stenotypy, and the questions and answers thereto
10 were reduced to typewriting under my supervision,
11 and that the foregoing represents a true and
12 correct transcript of the deposition given by said
13 witness upon said hearing, to the best of my
14 ability.
15        I further certify that I am neither
16 of counsel nor of kin to the parties to the action,
17 nor am I in anywise interested in the result of
18 said cause.
19
20
21   *Laura H. Nichols*
         Commissioner-Notary Public, State of AL
22       ACCR License No. 3, Exp. 9/30/2025
         GA CCR No. 2714, Exp. 4/1/2025
23       TN LCR No. 679, Exp. 6/30/2025
         Transcript Certified on 2/13/2025
24
25

Page 108

1    ERRATA SHEET
     VERITEXT/NEW YORK REPORTING, LLC
2
   CASE NAME: In Re: Valsartan, Losartan, Et Al v.
3  DATE OF DEPOSITION: 2/13/2025
   WITNESSES' NAME: Darryle Bullard, M.D.
4
5  PAGE  LINE (S)    CHANGE         REASON
    ___|_____|_____|_____
6   ___|_____|_____|_____
7   ___|_____|_____|_____
8   ___|_____|_____|_____
9   ___|_____|_____|_____
10  ___|_____|_____|_____
11  ___|_____|_____|_____
12  ___|_____|_____|_____
13  ___|_____|_____|_____
14  ___|_____|_____|_____
15  ___|_____|_____|_____
16  ___|_____|_____|_____
17  ___|_____|_____|_____
18  ___|_____|_____|_____
19  ___|_____|_____|_____
20  ___|_____|_____|_____
21             _____
                    Darryle Bullard, M.D.
22  SUBSCRIBED AND SWORN TO BEFORE ME
    THIS ____ DAY OF _____, 20___.
23
24  _____
25  (NOTARY PUBLIC)           MY COMMISSION EXPIRES: