# EXHIBIT F

THOMAS HOSPITAL (ACUTE)  Roberts, Gaston J Jr.
750 Morphy Avenue  MRN: E385451, DOB: 10/6/1955, Sex: M
Fairhope AL 36532-1812  Adm: 4/19/2016, D/C: 4/19/2016

### 04/19/2016 - OP Visit in TH DX OUTP ADMITS (continued)

**Imaging Orders and Results (continued)**

---
RADIOLOGY REPORT
---

NAME: ROBERTS GASTON J          NUMBER: I0XL800
SEX: M              MR#: 420804777
XRAY#:              DOB: 10/06/1955
PATIENT TYPE: OutPatient    PATIENT PHONE NUMBER:
ACCESSION NUMBER: 081604180211    ADMITTING DOCTOR: IVES CHRISTOPHER
CT ABDOMEN WO/W CONTRAST    CONSULTING DOCTOR: IVES CHRISTOPHER
CPT Code: 74170
DX/SYMPTOMS: OTHER SPECIFIED DISEASES OF LIVER; EPIGASTRIC PAIN;
PROCEDURE DATE/TIME: 04/19/2016 13:00

---
C-T SCANNING

CT ABDOMEN WO/W CONTRAST

COMPARISON:  Abdominal ultrasound 4/8/2016

TECHNIQUE:   Multiple axial CT images of the abdomen were obtained with
standard abdomen protocol from the lower thorax to the iliac crests before
and after 100 mL Optiray IV.

FINDINGS: The visualized lung bases are clear with no pulmonary nodules,
masses, or pleural fluid collections demonstrated. Peripheral margin of
liver is somewhat lobulated, particularly along the infra aspect of the
left lobe. Gallbladder is surgically absent. 8 mm focal hypodensity is seen
in the right lobe. No other focal liver lesions are seen. No intrahepatic
biliary ductal dilatation is demonstrated. Small cystic lesion is seen
along the lower pole cortex of the left kidney, likely a cyst. No
abnormality of the  pancreas, spleen, adrenal glands, kidneys, stomach,
duodenum, or the visualized portions of the small or large bowel loops is
demonstrated.  No free fluid or free air is demonstrated.  The visualized
osseous structures and superficial soft tissues are unremarkable.

IMPRESSION:

1.  Although nonspecific, findings above may be evidence of liver
cirrhosis.

2.  Indeterminate hyperdense lesion in the right lobe of liver, too small
to definitively characterize. Benign or malignant etiologies could have
this appearance. The relationship of this nodule to the findings on
comparison ultrasound is unknown. Follow-up liver protocol CT 4-6 months
from date of study would be useful for further characterization.

Thank you for this consultation.

Compliance statement for PQRS #405:
"If no incidental liver lesions less than or equal to 0.5 cm, cystic kidney
lesions less than 1.0 cm, or adrenal lesions less than or equal to 1.0 cm
are reported in the findings paragraph above, then no such lesions are
found.  If liver lesions less than or equal to 0.5 cm, cystic kidney
PAGE 2
              THOMAS MEDICAL CENTER
              27961 US HWY 98, DAPHNE, AL 36526
---
RADIOLOGY REPORT
---
NAME: ROBERTS GASTON J          NUMBER: I0XL800
SEX: M              MR#: 420804777
XRAY#:              DOB: 10/06/1955
PATIENT TYPE: OutPatient    PATIENT PHONE NUMBER:

Restricted Confidential Information GRobertsJr-TH-MD-000944

| | |
|---|---|
| THOMAS HOSPITAL (ACUTE)<br>750 Morphy Avenue<br>Fairhope AL 36532-1812 | Roberts, Gaston J Jr.<br>MRN: E385451, DOB: 10/6/1955, Sex: M<br>Adm: 4/19/2016, D/C: 4/19/2016 |

### 04/19/2016 - OP Visit in TH DX OUTP ADMITS (continued)

**Imaging Orders and Results (continued)**

```
ACCESSION NUMBER: 081604180211        ADMITTING DOCTOR: IVES CHRISTOPHER
CT ABDOMEN WO/W CONTRAST              CONSULTING DOCTOR: IVES CHRISTOPHER
CPT Code: 74170
DX/SYMPTOMS: OTHER SPECIFIED DISEASES OF LIVER; EPIGASTRIC PAIN;
PROCEDURE DATE/TIME: 04/19/2016 13:00
```

---
                          C-T SCANNING

lesions less than 1.0 cm, or adrenal lesions less than 1.0 cm are described
in the findings paragraph above and no recommendation for follow-up imaging
are described in the impression paragraph above, then no additional
follow-up imaging is recommended. Although lesions meeting the preceding
description are commonly benign, follow-up imaging of these lesions may be
indicated if patient's family history, patient signs/symptoms, or
laboratory evidence suggests higher than average chance of malignancy."

Compliance statement for PQRS #436: Automatic exposure control (AEC) was
used to reduce radiation dose on this study.


                         Brandon Peters, M.D./

                      Signed Off By: Dr. Peters, M.D.
                         04/19/2016 01:55:00 PM

Acknowledged by: Jennifer Byrd, MA on 05/16/16 0837


**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 183 - TMCCT | TMC CT SCANNING | Unknown | Unknown | 07/19/11 1442 - Present |

**CT Abdomen Wo/W Contrast [74623497]**  Resulted: 04/19/16 1316, Result status: In process

| | |
|---|---|
| Ordering provider: Christopher W Ives, MD  04/19/16 1249<br>Filed on: 04/19/16 1316<br>Accession number: 081604180211 | Order status: Completed<br>Performed: 04/19/16 1249 - 04/19/16 1317<br>Resulting lab: TMC CT SCANNING |

**Reviewed by**
    Jennifer Byrd, MA on 05/16/16 0837


**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 183 - TMCCT | TMC CT SCANNING | Unknown | Unknown | 07/19/11 1442 - Present |

**CT Abdomen Wo/W Contrast [74623497]**  Resulted: 04/19/16 1248, Result status: In process

| | |
|---|---|
| Ordering provider: Christopher W Ives, MD  04/19/16 1249<br>Filed on: 04/19/16 1248<br>Accession number: 081604180211 | Order status: Completed<br>Performed: 04/19/16 1249 - 04/19/16 1317<br>Resulting lab: TMC CT SCANNING |

**Reviewed by**
    Jennifer Byrd, MA on 05/16/16 0837


**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 183 - TMCCT | TMC CT | Unknown | Unknown | 07/19/11 1442 - Present |

Restricted Confidential Information GRobertsJr-TH-MD-000945

THOMAS HOSPITAL (ACUTE)  
750 Morphy Avenue  
Fairhope AL 36532-1812  

Roberts, Gaston J Jr.  
MRN: E385451, DOB: 10/6/1955, Sex: M  
Adm: 4/19/2016, D/C: 4/19/2016  

## 04/19/2016 - OP Visit in TH DX OUTP ADMITS (continued)

### Imaging Orders and Results (continued)

SCANNING

**CT Abdomen Wo/W Contrast [74623497]**   Resulted: 04/19/16 1248, Result status: In process

Ordering provider: Christopher W Ives, MD  04/19/16 1249   Order status: Completed  
Filed on: 04/19/16 1248                                    Performed: 04/19/16 1249 - 04/19/16 1317  
Accession number: 081604180211                             Resulting lab: TMC CT SCANNING  

**Reviewed by**

Jennifer Byrd, MA on 05/16/16 0837

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 183 - TMCCT | TMC CT SCANNING | Unknown | Unknown | 07/19/11 1442 - Present |

**All Reviewers List**

Jennifer Byrd, MA on 5/16/2016 8:37 AM

### Procedures

No documentation.

### Other Orders

No documentation.

### Medication Orders***

**Medications**

**diatrizoate meglumine-sodium (MD-GASTROVIEW) 66-10 % solution [74623493] (Active)**

Electronically signed by: **Edi, Ads Dispense on 04/19/16 1107**                                      Status: **Active**  
Ordering user: Edi, Ads Dispense 04/19/16 1107            Ordering mode: Standard  
Frequency:   04/19/16 1107 - Until Discontinued  
Admin instructions: Schultze, Stacy A: cabinet override  
Medication comments: Schultze, Stacy A: cabinet override  
Package: 0019-4816-04  

**0.9 % NaCl 0.9 % solution [74623494] (Active)**

Electronically signed by: **Edi, Ads Dispense on 04/19/16 1242**                                      Status: **Active**  
Ordering user: Edi, Ads Dispense 04/19/16 1242            Ordering mode: Standard  
Frequency:   04/19/16 1242 - Until Discontinued  
Admin instructions: WILKS, TOWANA L: cabinet override  
Medication comments: WILKS, TOWANA L: cabinet override  
Package: 0338-0049-48  

**ioversol (OPTIRAY) 320 mg iodine/mL IV solution [74623495] (Active)**

Electronically signed by: **Edi, Ads Dispense on 04/19/16 1242**                                      Status: **Active**  
Ordering user: Edi, Ads Dispense 04/19/16 1242            Ordering mode: Standard  
Frequency:   04/19/16 1242 - Until Discontinued  
Admin instructions: WILKS, TOWANA L: cabinet override  
Medication comments: WILKS, TOWANA L: cabinet override  
Package: 0019-1323-11  

Restricted Confidential Information GRobertsJr-TH-MD-000946

THOMAS HOSPITAL (ACUTE)  
750 Morphy Avenue  
Fairhope AL 36532-1812  

Roberts, Gaston J Jr.  
MRN: E385451, DOB: 10/6/1955, Sex: M  
Adm: 4/19/2016, D/C: 4/19/2016  

**04/19/2016 - OP Visit in TH DX OUTP ADMITS (continued)**

## Medication Administrations

No documentation.

## Medication List

### Medication List

This visit has been closed. A record of the med list at the time of the visit is not available.

## Immunizations Given

No documentation.

Restricted Confidential Information GRobertsJr-TH-MD-000947