# EXHIBIT G

Page 1

1    IN THE UNITED STATES DISTRICT COURT
2           DISTRICT OF NEW JERSEY
3
4    MDL NUMBER:  2875
5    IN RE: VALSARTAN, LOSARTAN, AND
6    IRBESARTAN PRODUCT LIABILITY LITIGATION
7
8    THIS DOCUMENT RELATES TO:
9    Gaston Roberts, et al, vs. Zhejang
10   Pharmaceutical Co., et al.,
11   Case No. 1:20-CV-00946-RBK-JS
12
13          IT IS STIPULATED AND AGREED by and
14   between the parties through their respective
15   counsel, that the deposition of Dr. Christopher
16   Ives may be taken before Paul Morse, CCR, at
17   the offices of Dr. Christopher Ives, 3 Medical
18   Park, Fairhope, Alabama, on the 14th day of
19   September, 2021.
20
21
22         DEPOSITION OF DR. CHRISTOPHER IVES
23

Page 110

1         MS. LOTMAN:  Objection.
2     A.   I don't know if it was generic or
3  the brand.
4     Q.   Okay.  We can take a look at that
5  in a minute if we need to.  And then we see
6  that this is for a follow-up for abdominal pain
7  in the upper left quadrant.  Right?
8     A.   Yes.
9     Q.   So at this point in 2016,
10 Mr. Roberts is still -- he's not diagnosed with
11 cancer.  Right?
12     A.   Correct.
13     Q.   And at this point we see that
14 Mr. Roberts's CT revealed some cyst for liver.
15 Right?  Cyst in the liver.  Excuse me.
16     A.   Correct.
17     Q.   And now this cyst was not found to
18 be cancerous.  Correct?
19         MS. LOTMAN:  Objection.
20     A.   I don't know.  It wasn't felt to
21 be cancerous.  The radiologist recommended a
22 follow-up to make sure it doesn't progress.
23     Q.   Right.

Page 111

```
 1          A.    Liver cysts are very common.
 2          Q.    Okay.
 3          A.    And most of the time there's
 4    nothing we do about it.
 5          Q.    And so I see that the follow-up
 6    was for four to six months.  So is it fair to
 7    say it wasn't a pressing diagnosis?
 8                MS. LOTMAN:  Objection.  Vague.
 9          A.    Correct.
10          Q.    Okay.  And at this point the cysts
11    had not been diagnosed as cancer?
12                MS. LOTMAN:  Objection.
13          A.    Correct.
14          Q.    And you're just requesting a
15    follow-up.  Right?
16          A.    Correct.
17          Q.    Okay.  And then if we --
18          A.    And -- and usually cysts aren't
19    cancer.  The cysts -- fluid filled cysts are
20    usually not cancerous.  They just usually
21    recommend a follow-up every several months or
22    so just to make sure they're not getting
23    bigger.
```

Page 129

1          REPORTER'S CERTIFICATE

2   STATE OF ALABAMA,

3   BALDWIN COUNTY,

4          I, Paul Morse, Certified Court Reporter
5   and Commissioner for the State of Alabama at
6   Large, do hereby certify that the above and
7   foregoing proceedings was taken down by me by
8   stenographic means, and that the content herein
9   was produced in transcript form by computer aid
10  under my supervision, and that the foregoing
11  represents, to the best of my ability, a true
12  and correct transcript of the proceedings
13  occurring on said date and at said time.

14         I further certify that I am neither of
15  kin nor of counsel to the parties to the action
16  nor in any manner interested in the result of
17  said case.

18
19
20  _____
21
22         Paul Morse, CCR
23         ACCR #588 Expires 9/30/21