UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gaston Roberts et al. v. Zhejiang Huahai Pharmaceutical Co., et al.,*<br><br>Case No. 1:20-cv-00946-RBK-JS | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge |

### DEFENDANTS' MOTION FOR ISSUANCE OF MANDATE, WRIT, OR COMMISSION TO THE STATE OF TEXAS FOR SUBPOENA OF DR. CHERICE CONLEY-HARVEY TO SUBMIT FOR ORAL AND VIDEOTAPED DEPOSITION

Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US, Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc. (together, "Defendants"), by and though undersigned counsel, hereby file this Motion for Issuance of a Mandate, Writ, or Commission to the State of Texas for Subpoena of Dr. Cherice Conley-Harvey to Submit for Oral and Videotaped Deposition, and in support thereof, state as follows:

1.      Defendants wish to take the oral and videotaped deposition of non-party Dr. Cherice Conley-Harvey, who currently practices medicine in Pearland, Texas. In connection with her deposition, Defendants intend to also seek the production of

1

certain relevant documents by Dr. Conley-Harvey. *See* Deposition and Document Subpoena attached hereto as **Exhibit "A"**.

2. To facilitate discovery in foreign jurisdictions, New Jersey adopted the Uniform Interstate Depositions and Discovery Act ("UIDDA"). *See* N.J. Ct. R. 4:11-4-5.

3. Texas has not adopted the UIDDA, but it maintains its own mechanism for conducting depositions in Texas for use in proceedings in foreign jurisdictions. *See* Tex. R. Civ. P. 201.2. Indeed, the "Texas rules of civil procedure apply to a request originating from another state for a Texas deposition." *In re Issuance of Subpoenas for Depositions of Bennett*, 502 S.W.3d 373, 377 (Tex. App. 2016).

4. Tex. R. Civ. P. 201.2, titled "Depositions in Texas for Use in Proceedings in Foreign Jurisdictions," states as follows:

> If a court of record of any other state of foreign jurisdiction issues a mandate, writ, or commission that requires a witness's oral or written deposition testimony in this State, the witness may be compelled to appear and testify in the same manner and by the same process used for taking testimony in a proceeding pending in this State.

5. As such, it is necessary for the foreign jurisdiction—i.e., New Jersey, to issue a mandate, writ, or commission to the State of Texas requiring the oral and videotaped deposition of Dr. Conley-Harvey so that Defendants can conduct the deposition in Texas, pursuant to the Texas Rules of Civil Procedure.

6. Further, "the court with jurisdiction over the underlying case is generally charged with determining the relevancy and materiality of evidence sought by a party seeking a deposition in Texas." *See In re Bennett*, 502 S.W.3d at 377. This Court should find that the oral and videotaped deposition of Dr. Conley-Harvey and the sought-after documents are relevant and material to the disputed issues in the above-captioned case.

7. Dr. Conley-Harvey was one of Plaintiff's treating physicians in this action. Plaintiff seeks to recover damages allegedly related to developing cancer as a result of ingesting valsartan medication. Dr. Conley-Harvey was one of Plaintiff's primary care physicians prior to Plaintiff's cancer diagnosis and will therefore be familiar with Plaintiff's health conditions, medications, and risk factors for developing cancer. Accordingly, Dr. Conley-Harvey possesses information and documents relevant to the defenses and claims at issue in this action.

8. Given that Dr. Conley-Harvey's deposition is necessary for Defendants to adequately litigate this case, Defendants seek to invoke this Court's power to require the oral and videotaped deposition of Dr. Conley-Harvey with the issuance of a mandate, writ, or commission to the State of Texas.

**WHEREFORE,** Defendants respectfully request that this Court grant the relief requested herein by issuing a mandate, writ, or commission requiring Dr. Conley-Harvey to appear and be deposed upon oral examination in the State of

3

Texas, together with any such other relief as the Court deems appropriate under the circumstances.

Dated: July 18, 2025

Respectfully submitted,

*/s/ Nina R. Rose*
Nina R. Rose (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 389-3394
Fax: (202) 389-5200
nina.rose@kirkland.com

*Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US, Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2025, a true and correct copy of the foregoing document was served upon counsel of record via operation of the Court's electronic filing system.

Dated: July 18, 2025                              Respectfully submitted,

/s/ Nina R. Rose
Nina R. Rose (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 389-3394
Fax: (202) 389-5200
nina.rose@kirkland.com

*Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US, Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*