# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd., et al., Case No. 1:20-cv-00946-RMB** | MDL No. 2875<br><br>Honorable Renée Marie Bumb,<br>Chief Judge<br><br>ORDER |

**NOW, this 21st Day of July 2025, IT IS HEREBY ORDERED THAT** the Motion of Jan Robers for leave to file her Opposition to Defendants' Statement of Material Facts in connection with ongoing summary judgment briefing (ECF 3118) is **GRANTED.**

/s/Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
