**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 |
| | HON. RENÉE MARIE BUMB |
| THIS DOCUMENT RELATES TO: | CHIEF JUDGE |

*Robert Garcia v. Zhejiang Huahai Pharmaceutical Co., Ltd.,*
*(Case 1:20-cv-07957-RMB-SAK)*

**ORDER GRANTING MOTION FOR ISSUANCE OF MANDATE, WRIT, OR COMMISSION TO THE STATE OF TEXAS FOR SUBPOENA OF DR. CHERICE CONLEY-HARVEY TO SUBMIT FOR ORAL AND VIDEOTAPED DEPOSITION**

  **THIS MATTER,** having come before the Court upon Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US, Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc. (together, "Defendants"), Motion for Issuance of Mandate, Writ, or Commission to the State of Texas for Subpoena of Dr. Cherice Conley-Harvey to Submit for Oral and Videotaped Deposition ("Motion"), and the Court after reviewing the Motion, and otherwise being advised in the premises, it is hereby:

  **ORDERED and ADJUDGED** that the Motion is **GRANTED.** A Commission, pursuant to N.J. Ct. R. 14:11-4-5 and Tex. R. Civ. P. 201.2, is hereby issued to Defendants to enable them to issue a subpoena to Dr. Cherice Conley-Harvey to produce documents and appear for a deposition at a time, date, and place to be set by Defendants.

**DONE and ORDERED** this 22nd day of July, 2025.

s/ Thomas I. Vanaskie
HON. THOMAS I. VANASKIE (RET.)
SPECIAL MASTER

Copies to:
*Counsel of record* (via ECF)