UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 |
| THIS DOCUMENT RELATES TO: | HON. RENÉE MARIE BUMB CHIEF JUDGE |

*Robert Garcia v. Zhejiang Huahai Pharmaceutical Co., Ltd.,*
*(Case 1:20-cv-07957-RMB-SAK)*

**ORDER GRANTING MOTION FOR ISSUANCE OF MANDATE, WRIT, OR COMMISSION TO THE STATE OF TEXAS FOR SUBPOENA OF DR. GREG <u>GALLER</u> <u>TO SUBMIT FOR ORAL AND VIDEOTAPED DEPOSITION</u>**

**THIS MATTER,** having come before the Court upon Plaintiff's, ROBERT GARCIA, ("Plaintiff") Motion for Issuance of Mandate, Writ, or Commission to the State of Texas for Subpoena of Dr. Greg Galler to Submit for Oral and Videotaped Deposition ("Motion"), and the Court after reviewing the Motion, and otherwise being advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that the Motion is **GRANTED.** A Commission, pursuant to N.J. Ct. R. 14:11-4-5 and Tex. R. Civ. P. 201.2, is hereby issued to Plaintiff to enable him to issue a subpoena to Dr. Greg Galler to produce documents and appear for a deposition at a time, date, and place to be set by Plaintiff.

**DONE and ORDERED** this 22nd day of July, 2025.

s/ Thomas I. Vanaskie
HON. THOMAS I. VANASKIE (RET.)
SPECIAL MASTER

Copies to:
*Counsel of record* (via ECF)