**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE: VALSARTAN PRODUCTS
LIABILITY LITIGATION,

MDL NO. 2875

HON. RENÉE MARIE BUMB

THIS DOCUMENT RELATES TO:

CHIEF JUDGE

*Robert Garcia v. Zhejiang Huahai*
*Pharmaceutical Co., Ltd.,*
*(Case 1:20-cv-07957-RMB-SAK)*

**ORDER GRANTING MOTION FOR ISSUANCE OF MANDATE, WRIT, OR COMMISSION TO THE STATE OF TEXAS FOR SUBPOENA OF DR. JOSE TSCHEN TO SUBMIT FOR ORAL AND VIDEOTAPED DEPOSITION**

**THIS MATTER,** having come before the Court upon Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. (collectively, "Defendants") Motion for Issuance of Mandate, Writ, or Commission to the State of Texas for Subpoena of Dr. Jose Tschen to Submit for Oral and Videotaped Deposition ("Motion"), and the Court after reviewing the Motion, and otherwise being advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that the Motion is **GRANTED.** A Commission, pursuant to N.J. Ct. R. 14:11-4-5 and Tex. R. Civ. P. 201.2, is hereby issued to Defendants to enable them to issue a subpoena to Dr. Jose Tschen to produce documents and appear for a deposition at a time, date, and place to be set by Defendants.

**DONE and ORDERED** this 22nd day of July, 2025.

s/ Thomas I. Vanaskie
HON. THOMAS I. VANASKIE (RET.)
SPECIAL MASTER

Copies to:
*Counsel of record* (via ECF)