# Exhibit 1

CONFIDENTIAL

```
                                                              Page 1
 1          UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
 2
 3   IN RE: VALSARTAN, LOSARTAN       )
     AND IRBESARTAN PRODUCTS          )
 4   LIABILITY LITIGATION             )   MDL NO. 2875
     _____  )
 5                                    )
     THIS DOCUMENT RELATES TO:        )
 6                                    )
     ALL ACTIONS                      )
 7   _____  )
 8
 9                   — — —
10            Wednesday, July 10, 2025
11                   — — —
12                CONFIDENTIAL
13                   — — —
14
15
16      Remote Video-Recorded Fed. R. Civ. P.
     30(b)(6) Deposition of ZHEJIANG HUAHAI
17   PHARMACEUTICAL CO., LTD. through its
     representative, JUCAI GE, held at the
18   location of the witness, Zhejiang Province,
     China, commencing at 7:07 a.m. China Standard
19   Time on the above date, before Michael E.
     Miller, Fellow of the Academy of Professional
20   Reporters, Certified Court Reporter,
     Registered Diplomate Reporter, Certified
21   Realtime Reporter, and New Jersey Certified
     Court Reporter No. 30XI00242200.
22
23                   — — —
24         GOLKOW - A VERITEXT DIVISION
           877.370.DEPS | fax 917.591.5672
25              deps@golkow.com
```

CONFIDENTIAL

Page 46
1  of organic impurities, all known impurity
2  peak names must be clearly identified.
3      That was an SOP that would have
4  applied to this inspection report, correct?
5      MR. BERNARDO:  Object to the
6    form of the question.
7    A.    That's correct.  All known
8  impurities would be identified; however,
9  these two peaks are of unknown impurity.
10 BY MR. SLATER:
11   Q.    Did anybody at ZHP compare
12 Peaks 1 and 3 to the substances identified in
13 the certificate of analysis which showed what
14 those other substances could be that were
15 creating those peaks?
16      Did anybody actually compare
17 the two to try to see if that answered the
18 question of what Peaks 1 and 3 were?
19     MR. BERNARDO:  Object to the
20   form of the question.
21   A.    Based on my chat with the QC
22 personnel, nobody in their department has
23 done such thing.  At least nobody from the QC
24 department has tried to identify and conduct
25 research on those two peaks.

Page 47
1  BY MR. SLATER:
2    Q.    To be clear, nobody from ZHP
3  attempted to identify what substances were
4  causing or creating Peaks 1 and 3, correct?
5      MR. BERNARDO:  Object to the
6    form of the question.
7    A.    As in my prior testimony, I did
8  ask personnel from QC whether anyone in QC
9  was arranged to conduct such activity, and
10 the answer was no.
11      As to whether someone else
12 within ZHP had done that, I did not ask
13 around, and I don't know.
14 BY MR. SLATER:
15   Q.    I'm also correct that nobody at
16 ZHP attempted to determine if there was
17 dimethylamine as an impurity in the DMF
18 manufactured -- rephrase.
19      Am I correct that nobody from
20 ZHP attempted to determine if there was
21 dimethylamine as an impurity of the DMF?
22     MR. BERNARDO:  Object to the
23   form of the question.
24   A.    After June 2018, after
25 conducting research, we realized that the DMA

Page 48
1  may be existing in DMF as an impurity.  But
2  prior to June 2018, based on the information
3  I collected, nobody did that.
4  BY MR. SLATER:
5    Q.    With regard to this certificate
6  of analysis we've been talking about, am I
7  correct that nobody from ZHP attempted to
8  match up the percentage of dimethylamine
9  shown on the manufacturer's certificate of
10 analysis to what was actually being tested by
11 the company?
12      The company never tried to see
13 if that amount was correct, right?
14     MR. BERNARDO:  Object to the
15   form of the question.
16   A.    Apologies.  I don't quite get
17 your question.  Can you repeat it?
18 BY MR. SLATER:
19   Q.    Nobody attempted to test this
20 DMF that we're talking about in this batch
21 with this certificate of analysis and
22 inspection report to determine whether or not
23 the percentage of the DMF that was
24 dimethylamine per the certificate of analysis
25 was the same as what was being tested by ZHP.

Page 49
1      That was never done, correct?
2      MR. BERNARDO:  Object to the
3    form of the question.
4    A.    That's not correct.
5  BY MR. SLATER:
6    Q.    So are you saying that somebody
7  actually did test the DMF at ZHP to see what
8  amount of dimethylamine was in the DMF?
9    A.    As I mentioned before, at that
10 time, even the manufacturer did not specify
11 the amount of dimethylamine in DMF, so at
12 that time nobody was aware there was DMA, or
13 dimethylamine, in DMF.
14   Q.    When you say nobody was aware,
15 nobody at ZHP was aware, correct?
16   A.    At that time nobody at ZHP was
17 aware of that, nor did anyone conduct any
18 research on that.  Based on the certificate
19 of analysis, even the manufacturer or the
20 vendor did not conduct any research on that.
21      In addition, the regulatory
22 authorities or the client did not bring it up
23 to us that there was the existence of
24 dimethylamine in DMF so we should conduct
25 some research on it.

CONFIDENTIAL

Page 50

1  Q.  The certificate of analysis,
2  when it talks about alkalinity specifically
3  says it's calculated as dimethylamine, which
4  is the -- one of the primary impurities in
5  DMF.  So the manufacturer did point out the
6  potential presence of dimethylamine and
7  actually calculated the amount as .0002.
8       That's what actually happened,
9  correct?
10       MR. BERNARDO:  Object to the
11      form of the question.
12  A.  That's not correct.
13       First, prior to June 2018,
14  nobody conducted any research on
15  dimethylamine as an impurity in DMF.
16       Secondly, on this certificate
17  of analysis, the alkalinity was only
18  calculated in the form of dimethylamine.
19  It's just a calculation formula.
20       As mentioned before, the
21  alkalinity was determined by the amount of
22  hydrochloric acid used to neutralize the
23  alkalinity.  It didn't specifically say there
24  was the existence of dimethylamine.
25       ///

Page 51

1  BY MR. SLATER:
2  Q.  Did anybody at ZHP who looked
3  at any of those certificates of analysis from
4  the very beginning of the development of the
5  zinc chloride process ever try to figure out
6  why dimethylamine was named in the
7  certificate of analysis?
8       MR. BERNARDO:  Object to the
9      form of the question.
10 A.  With regard to the research
11 environment process, based on my chat with
12 the personnel from the technical department,
13 during the research and development, only a
14 small sample of DMF was used.  For such a
15 small sample, manufacturers usually would not
16 provide COA for such small sample.
17 BY MR. SLATER:
18 Q.  Are you testifying now that
19 from the time that ZHP started developing the
20 zinc chloride process that it was not getting
21 certificates of analysis for the DMF it was
22 using in that process?
23 A.  I'm not quite clear about that
24 because the R&D of zinc chloride process
25 happened a long time ago.

Page 52

1       Based on the chat I had with
2  the personnel that currently works in the
3  technical department, generally speaking,
4  during the R&D process, the small amount of
5  sample of the amount was used for the
6  development, and for such a small sample,
7  manufacturers typically would not provide
8  certificate of analysis.  They would only
9  provide the purity.
10 Q.  You don't know what happened in
11 this case because you don't have any of the
12 documents, right?
13 A.  I don't quite get your
14 question.
15 Q.  You don't have any documents to
16 show you what DMF was used when the process
17 was being developed, what was used for the
18 validation batches.
19      You don't have those documents,
20 so you don't know what information was
21 provided, correct?
22 A.  As I mentioned before, for the
23 early stage of research and development in
24 the lab, the common practice was that for R&D
25 only a small sample was used, and typically

Page 53

1  the manufacturer would only provide the
2  purity but not COA.  That was their common
3  practice.
4       As for the process validation,
5  since it's for commercial manufacturing, for
6  the DMF used, we do have documentation
7  regarding the batch number of DMF, and we
8  provided the data also to the regulatory
9  authorities.
10      MR. SLATER:  Dr. Shao, this is
11     a question for you:
12      Where you said "small sample,"
13     should that actually be "pilot
14     sample"?
15      PRIMARY INTERPRETER:  The
16     interpreter would like to clarify with
17     the witness.
18      (Interpretation.)
19      PRIMARY INTERPRETER:  By a
20     "small sample," the witness means it's
21     a small amount of sample of DMF.
22 BY MR. SLATER:
23 Q.  You have no documents to show
24 that a small sample of DMF was used or that
25 no certificate of analysis was available for

14 (Pages 50 - 53)

Page 62

1  BY MR. SLATER:
2  Q. Looking now at the bottom of
3  this page, page number 1, there's a heading
4  that says number 3, Requirements.
5  Do you see that?
6  A. I don't know where it is.
7  Could you point it out?
8  Q. It's the last -- it's the very
9  bottom of the page.
10 A. Now I see it. When you were
11 asking me about it, it was not scrolled down.
12 Q. 3.2 says: Dimethylformamide
13 for industrial use shall meet the technical
14 requirements shown in Table 1.
15 Do you see that?
16 A. Yes, I see it.
17 Q. If we go to the next page, we
18 see Table 1, Technical Requirements.
19 Do you see that?
20 A. Yes, I see it.
21 Q. And one of the technical
22 requirements relates to alkalinity calculated
23 as dimethylamine weight by percentage.
24 Do you see that?
25 A. Yes, I see it.

Page 63

1  Q. ZHP never did any testing to
2  confirm the DMF it was purchasing was meeting
3  these technical requirements in Table 1,
4  including the alkalinity, correct?
5  A. That's correct. That is
6  because it was up to the manufacturer to
7  conduct the testing, and it's not necessary
8  for ZHP to confirm that. The certificate of
9  analysis already provided the result.
10 Q. Just to be very clear, ZHP
11 never tested the DMF it purchased in order to
12 determine whether it met the technical
13 requirements in Table 1; that specific
14 exercise was not performed by ZHP, correct?
15 MR. BERNARDO: Object to the
16 form of the question.
17 A. Your understanding is
18 incorrect. While the manufacturer conducted
19 the analysis and issued the COA based on this
20 technical requirement, internally ZHP would
21 conduct the testing based on the nature of
22 our company and our internal quality
23 standards.
24 BY MR. SLATER:
25 Q. And ZHP was not applying this

Page 64

1  standard in order to evaluate the technical
2  requirements, right?
3  A. I don't quite understand your
4  question. Can you clarify your question?
5  What do you mean by evaluate?
6  (Pause.)
7  BY MR. SLATER:
8  Q. You said you don't understand
9  my question?
10 A. That's correct. I don't
11 understand what you're asking for. I don't
12 understand the meaning of "to evaluate."
13 That is because the
14 manufacturer already issued the COA; that
15 means they already conducted the evaluation.
16 When we receive the shipment from the
17 manufacturer, we also want to make sure that
18 the shipment come with the COA.
19 Q. But to be clear, ZHP didn't
20 know this standard existed and wasn't relying
21 on it specifically.
22 You've already told me that,
23 right?
24 A. As I testified earlier, we have
25 our internal standards which have been

Page 65

1  registered. We did not rely on this
2  standard. After all, we are a company that
3  uses this product. We're not the
4  manufacturer of DMF.
5  Q. So to be clear, going back to
6  my question: ZHP did not rely on or utilize
7  this standard in any way, correct?
8  A. That's not correct. As in my
9  earlier testimony, the manufacturer would
10 confirm that standard using their COA. They
11 conducted the testing based on this standard.
12 However, while the manufacturer
13 confirmed the standard with their COA,
14 internally we conducted the testing using our
15 testing methods.
16 Q. You keep telling me what the
17 manufacturer did. I haven't asked you that.
18 A. (Speaking in Mandarin.) --
19 MR. SLATER: I'm actually about
20 to ask a question. I'm not really
21 sure what you're doing. I have to ask
22 the question now.
23 BY MR. SLATER:
24 Q. ZHP did not use this standard
25 in its own evaluation of the DMF it was

17 (Pages 62 - 65)

CONFIDENTIAL

Page 66

1  using, correct?
2      A.   That's correct.  We did not
3  conduct testing based on this standard.
4      Q.   Let's go to page number 5, 4.9,
5  Determination of Alkalinity.
6           Do you see that?
7      A.   Yes, I did see 4.9,
8  Determination of Alkalinity.
9      Q.   Let's go to the next page,
10 4.9.5, Result Calculation.
11          Do you see that?
12     A.   Yes, I see the result
13 calculation.
14     Q.   This calculation explains how
15 the alkalinity is calculated, correct?
16     A.   That's correct.
17     Q.   And it explicitly states that
18 the mass fraction of alkalinity is calculated
19 as dimethylamine.
20          That's what it says in that
21 first line under the heading, correct?
22     A.   It didn't say so.
23          Well, it didn't say that the
24 mass fraction of alkalinity calculated as
25 dimethylamine, w5.  I'm not sure that's a

Page 67

1  number 5 because the print is too fine.
2          That -- and the value is shown
3  as percentage.  That's what this says.
4      Q.   This explains that the mass
5  fraction of alkalinity is calculated as
6  dimethylamine and then explains how the
7  calculation is performed, correct.
8          That's what the words on the
9  page say, correct?
10         MR. BERNARDO:  Object to the
11     form of the question.
12     A.   The alkalinity is calculated as
13 dimethylamine.  That's correct.
14 BY MR. SLATER:
15     Q.   And as you sit here now, as you
16 told me earlier, you understand that the
17 reason that dimethylamine is referenced is
18 because that is the primary base in DMF
19 providing the alkalinity, correct?
20         MR. BERNARDO:  Object to the
21     form of the question.
22     A.   No.  That was never my
23 testimony in the morning.
24 BY MR. SLATER:
25     Q.   Why is dimethylamine referenced

Page 68

1  in this standard?  Do you know?
2      A.   I don't know.  That is because
3  this standard is the industrial standard for
4  DMF.  Since we do not manufacture DMF, we do
5  not conduct any research on it.
6      Q.   We can put that aside.
7          MR. SLATER:  What I want to do
8  now is I want to mark a PDF -- it's
9  one PDF, right?
10         We're going to mark as
11 Exhibit 475 now a master PDF of all of
12 the certificates of analysis with
13 regard to this manufacturer that was
14 the manufacturer on the certificates
15 of analysis at Exhibit 472 and
16 Exhibit 473.
17         Correct?
18         (Interpretation.)
19         MR. SLATER:  Dr. Shao, hang on
20 a second.  The "correct" was not a
21 question to the witness.  It was a
22 question to my associate Chris.
23         So just give me a second.  I
24 don't want you to ask the witness a
25 question that she doesn't need to

Page 69

1  answer.  All we're doing is
2  identifying the exhibit right now, one
3  second.
4          (Pause.)
5          THE WITNESS:  Dr. Shao, what
6  are they talking about?  I don't
7  understand.
8          MR. SLATER:  I'll tell you now.
9          We're now going to mark as
10 Exhibit 475 a PDF of all of the
11 certificates of analysis and the
12 accompanying inspection reports from
13 ZHP with regard to the certificates of
14 analysis from Zhejiang Jiangshan
15 Chemical Co., Ltd. which was the
16 manufacturer on Exhibit 472 and
17 Exhibit 473.  So we're just going to
18 mark that as Exhibit 475.
19         (Whereupon, Deposition Exhibit
20 ZHP-475, Master PDF of Zhejiang
21 Jiangshan Chemical Co., Ltd.
22 Documentation, Various ZHP Bates
23 Ranges, was marked for
24 identification.)
25         THE WITNESS:  Okay.

18 (Pages 66 - 69)

CONFIDENTIAL

Page 70

1  MR. SLATER: I believe we
2  confirmed with counsel before the
3  deposition that this exhibit is
4  accurate as all of the Chinese
5  language documents of COAs and
6  inspection reports for that
7  manufacturer.
8  I'd like to save time and not
9  have the witness have to actually go
10 through it. Can we agree that that's
11 accurate?
12 MR. BERNARDO: Subject to our
13 confirming this is what you sent us,
14 which I have no reason to doubt that
15 it is.
16 MR. SLATER: Fair enough.
17 Thank you. Just saved us about an
18 hour.
19 MR. BERNARDO: Oh, then on the
20 other hand, let's go through them.
21 MR. SLATER: We're now going to
22 put up as Exhibit 476 the translation
23 and original Chinese language document
24 provided to us by ZHP for Standard
25 Operating Procedure, SOP QC-001-01,

Page 71

1  titled QC Laboratory Management
2  Regulations.
3  (Whereupon, Deposition Exhibit
4  ZHP-476, ZHP Standard Operating
5  Procedure No. SOP QC-001-10,
6  ZHP01525948 - ZHP01525957, was marked
7  for identification.)
8  BY MR. SLATER:
9  Q. Do you see that?
10 A. Yes, I do see this document.
11 Q. What is the QC laboratory?
12 A. That's the QC department that's
13 conducting analysis.
14 Q. Let's go to the Section 1,
15 Purpose.
16 It says the purpose is to
17 establish management regulations for the QC
18 laboratory to ensure the laboratory operates
19 normally and in an orderly manner, correct?
20 A. That's correct.
21 Q. Scroll, if you could, to page 8
22 Section 5.9 titled Regulations for Managing
23 Original Chromatographic Reports in the
24 Laboratory?
25 A. I see it.

Page 72

1  Q. The last sentence of 5.9 says:
2  For chromatograms of organic impurities all
3  known impurity peak names which can be
4  abbreviated must be clearly identified.
5  That's what it states, correct?
6  A. That's correct.
7  Q. If you go down to the bottom of
8  that page, Section 5.10.2.1, it's titled
9  Storage Period for API QC Laboratory Records.
10 Do you see that?
11 A. Yes, I see it.
12 Q. Are the -- excuse me.
13 Are the certificates of
14 analysis and inspection reports with regard
15 to those certificates of analysis considered
16 to be API QC laboratory records governed by
17 this provision?
18 A. Yes.
19 Q. What type of -- actually,
20 withdrawn.
21 If you go down about halfway
22 down 5.10.2.1, the sixth line it says:
23 Records related to standard titrant solution,
24 stability, instrument qualification, 3Q
25 documents, validation documents, and quality

Page 73

1  research reports should be permanently
2  preserved.
3  Do you see that?
4  A. I see it.
5  Q. Go to the top of the next page,
6  page -- we'll just -- rephrase.
7  Go to the top of the next page
8  Section 5.11.1 says: The laboratory
9  supervisor shall designate a person
10 responsible for storing the documents and
11 materials provided by the company by category
12 and compiling a document inventory.
13 Do you see that?
14 A. Yes, I see it.
15 Q. Was such a document inventory
16 created with regard to the certificates of
17 analysis and inspection reports?
18 A. Yes.
19 Q. Who was the person who did so?
20 A. The management would be done by
21 the designee of the person in charge of the
22 QC lab.
23 Q. Do you know who that person is?
24 A. I don't know. It seems that
25 there are so many people working in the lab,

Page 74

 1  and I did not try to collect any information
 2  regarding that.
 3          MR. SLATER:  We're going to
 4     take that down and go to another SOP,
 5     Exhibit 477.
 6          (Whereupon, Deposition Exhibit
 7     ZHP-477, ZHP Standard Management
 8     Procedure No. SMP-004.05,
 9     ZHP00703012 - ZHP00703018, was marked
10     for identification.)
11  BY MR. SLATER:
12     Q.   Looking at Exhibit 477, this is
13  Standard Management Procedure SMP-004-05
14  titled Quality Record Management Procedure.
15          Do you see that?
16     A.   Yes, I see it.
17     Q.   If you go to page 2 of 7,
18  please, the scope number 2 says:  This
19  procedure applies to all quality records
20  related to cGMP at Huahai Pharmaceutical
21  Co., Ltd.'s Xunqiao plant, formulation plant
22  and Chuannan plant.
23          Do you see that?
24     A.   Yes, I see it.
25     Q.   The certificates of analysis

Page 75

 1  and the inspection reports from ZHP, are
 2  those quality records related to cGMP?
 3     A.   Yes.
 4     Q.   Section 2.2 says:  The quality
 5  records mentioned in this procedure refer to
 6  the company's third-level quality documents
 7  as specified in the Company Quality Document
 8  Management Procedure, SMP-002, Section 5.2,
 9  primarily including forms, registration
10  documents, various reports, validation
11  reports, annual product review reports,
12  charts, photographs, and printed original
13  data records.
14          So that's explaining the scope
15  of documents which includes the certificates
16  of analysis and inspection reports, correct?
17     A.   That's correct.
18     Q.   Let's go now to Section 5.8,
19  titled Storage and Disposal of Records.
20     A.   I see it.
21          Apologies, but could you blow
22  it up a little bit?  It's very hard for me to
23  read it.
24     Q.   Sure.  Is that helpful?
25     A.   Yes, it's okay now.

Page 76

 1     Q.   Okay.  5.8.1 says:  Various
 2  quality records should be collected and
 3  archived in a timely manner for ease of use
 4  and reference.  They should also be properly
 5  stored to prevent damage, deterioration or
 6  loss.
 7          That's what it says in 5.8.1,
 8  correct?
 9     A.   That's correct.
10     Q.   Section 5.8.2 says Duration of
11  Record Retention, then if you go down to
12  number 4 -- well, let me start over.
13          Section 5.8.2 is entitled
14  Duration of Record Retention, correct?
15     A.   That's correct.
16     Q.   And if we go to number 4, it
17  says:  Quality research analysis data, DMF,
18  ANDA, and other documents and records, paper
19  handwritten drafts, electronic versions,
20  should be preserved until the product is no
21  longer produced or sold.
22          That's what it says there,
23  correct?
24     A.   That's correct.
25     Q.   Number 5 says:  Quality system

Page 77

 1  documents should be permanently preserved
 2  except for changed documents and other
 3  quality system documents, such as CAPA,
 4  deviations, annual product reviews, should be
 5  preserved for ten years.
 6          That's what number 5 says,
 7  right?
 8     A.   That's correct.
 9     Q.   Number 6 says:  Verification
10  documents, such as process validation
11  documents, equipment facility confirmation
12  documents, method validation documents,
13  et cetera, and deviations occurring during
14  the verification process should be
15  permanently preserved.
16          Correct?
17     A.   That's correct.
18     Q.   Okay.  What happened to the
19  certificates of analysis and inspection
20  reports from the beginning of the development
21  of the process up until the point of the
22  first one that was produced?
23          There's a gap of years where we
24  don't have any of them.  Why is that?
25          MR. BERNARDO:  Object to the

20 (Pages 74 - 77)

CONFIDENTIAL

Page 78

1  form of the question.
2      A.   You were just mentioning the
3  analysis documents for raw materials as DMF,
4  for example, certificate of analysis and
5  other analytical documents.  Those are the
6  documents for substances not produced by ZHP.
7          However, this refers to the
8  internal analytical document for products
9  manufactured by ZHP.  For example, valsartan,
10 we do have all the analytical documents, the
11 DMF and other documents, including the
12 documents regarding changes.  We have
13 performed the retention of such documents
14 based on our SOP.
15 BY MR. SLATER:
16     Q.   Who destroyed -- well,
17 rephrase.
18         What happened to the documents
19 that we were not provided from the beginning
20 of the development of the process up until
21 the point where we got the first of the
22 documents?
23         What happened to the documents
24 we were not provided?
25         MR. BERNARDO:  Object to the

Page 79

1  form of the question.
2          MR. SLATER:  What's the
3  objection?
4          MR. BERNARDO:  It's beyond the
5  scope of the notice.  It calls for
6  contents, use, interpretation,
7  distribution.  It doesn't say
8  retention or destruction, as I read
9  the notice.  That's my objection.
10         MR. SLATER:  Okay.
11         MR. BERNARDO:  She can answer,
12 if she knows.
13     A.   Can you specify what kind of
14 documents you're referring to as to the
15 documents not provided to you?
16 BY MR. SLATER:
17     Q.   Certificates of analysis and
18 ZHP's inspection reports with regard to those
19 certificates of analysis that we were not
20 provided because we were told they no longer
21 exist.
22         So I would like to know what
23 happened to them.
24         MR. BERNARDO:  Object to the
25 form of the question.

Page 80

1          MR. SLATER:  And, by the way,
2  with regard to the objection that was
3  given -- this deposition notice
4  addresses the certificates of analysis
5  from the very beginning of the
6  development through the time when the
7  recall happened, so I'm asking about
8  those documents going back to the
9  beginning.  So it's absolutely within
10 the scope of this deposition.
11         MR. BERNARDO:  I disagree, and
12 I've put my objection on the record.
13         MR. SLATER:  That's why you had
14 your witness prepare by reviewing
15 these document retention policies.
16 Come on, Rich.
17     A.   Actually, by going back to the
18 QC lab record management SOP, you can see
19 very clearly how we would manage and retain
20 all the analytical documentations.
21 BY MR. SLATER:
22     Q.   What happened to the
23 certificates of analysis and inspection
24 reports with regard to DMF that were not
25 provided to us?  Were they destroyed?  Were

Page 81

1  they lost?  Did they fall out a window?
2  Did -- what happened to them?
3          Where are those documents?
4      A.   We did provide the documents
5  regarding the period after 2016 based on our
6  retention policy.
7          As for the documents prior to
8  2016, based on our SOP, more specifically the
9  retention policy, we have already destroyed
10 those documents.
11     Q.   Who destroyed the documents?
12     A.   It was QC that destroyed the
13 documents based on the SOP regarding the
14 document retention policy.
15         After all, it was originally in
16 the custody of the QC department, and based
17 on the SOP, they applied for the destruction
18 of those documents, and QA approved their
19 application.
20     Q.   Who actually was involved in
21 destroying those documents?  I just want to
22 know if you can tell me any names, yes or no?
23     A.   I did not collect any
24 information as to who specifically did that.
25     Q.   And what --

21 (Pages 78 - 81)

Page 82
1  A. However, I did check with
2  Xiaohong Zhang, who confirmed that those
3  documents were destroyed according to the
4  provisions of the SOP.
5  Q. What date were those documents
6  destroyed?
7  A. I did not collect such specific
8  information.
9  Q. You don't know when they were
10 destroyed? You don't know the date?
11 A. That, I did not try to verify.
12 I was not aware that I was supposed to
13 collect such specific information.
14 Q. Is there any documentation that
15 establishes who destroyed the documents and
16 on what date it took place?
17 A. We still have the original
18 application for the destruction of such
19 documents, which was approved by QA.
20 Q. You saw that document?
21 A. No.
22 Q. You're assuming that document
23 exists, but you have not seen it, correct?
24      MR. BERNARDO: Object to the
25   form of the question.

Page 83
1  A. No, I did not make any
2  assumption. I did check with the head of QA
3  department at Chuannan site, and she told me
4  so.
5  BY MR. SLATER:
6  Q. Look at the SMP, which we
7  marked as Exhibit 477, Section 5.8.3.
8      Do you see that? It's on the
9  screen.
10 A. Yes, I see it.
11 Q. The section states: Various
12 quality records must not be lost or handled
13 without authorization within the stipulated
14 retention period. When quality records reach
15 their storage period and need to be disposed
16 of, the destruction of quality records should
17 be recorded in the Document Destruction
18 Record, Q/ZHH QA-011, and approved by the
19 quality management department manager. After
20 approval, destruction should be conducted
21 under quality assurance supervision, and
22 destruction methods may include tearing,
23 shredding or incineration.
24      Do you see where I just read?
25 A. Yes, I see it.

Page 84
1  Q. Is there a Document Destruction
2  Record confirming the destruction of the
3  certificates of analysis and inspection
4  reports from prior to 2016 for DMF?
5  A. Based on the chat I had with
6  Xiaohong Zhao, that's correct, there is such
7  a documentation.
8  Q. You've not looked at that
9  document?
10 A. I didn't take a look.
11 Q. Where is that document located?
12 A. I didn't hear the question
13 clearly, maybe because of the Internet
14 connection.
15     Can this question be repeated?
16     PRIMARY INTERPRETER: The
17  interpreter is asked to repeat the
18  rendition.
19     MR. SLATER: Okay. Where --
20  new question.
21 BY MR. SLATER:
22 Q. Where is the Document
23 Destruction Record located with regard to the
24 certificates of analysis and inspection
25 reports for the DMF that we have been

Page 85
1  discussing?
2  A. It's kept by QA, the QA
3  department at Chuannan site.
4  Q. Do you know if that document
5  has been produced to us?
6  A. That, I don't know. I didn't
7  ask.
8     MR. SLATER: Why don't we take
9  a break. I think it's about 10:20, so
10 we can take a break.
11    THE VIDEOGRAPHER: The time is
12 10:24 a.m., and we're now off the
13 record.
14    (Recess taken, 10:24 a.m. to
15 10:45 a.m. CST)
16    THE VIDEOGRAPHER: The time is
17 10:45 a.m., and we're now back on the
18 record.
19    MR. SLATER: We're now going to
20 mark as Exhibit 478 a second set of
21 certificates of analysis and
22 inspection report for DMF.
23    So Exhibit 478 will be the
24 Chinese versions, and Exhibit 479 will
25 be the English versions.

Page 86

1  (Whereupon, Deposition Exhibit
2  ZHP-478, Shandong Hualu-Hengsheng
3  Chemical Co., Ltd. COAs and Inspection
4  Reports - Chinese Version, Various ZHP
5  Bates Ranges, was marked for
6  identification.)
7  (Whereupon, Deposition Exhibit
8  ZHP-479, Shandong Hualu-Hengsheng
9  Chemical Co., Ltd. COAs and Inspection
10  Reports - English Version, Various ZHP
11  Bates Ranges, was marked for
12  identification.)
13  THE WITNESS: Okay. Let me
14  take a look.
15  MR. BERNARDO: Adam, what are
16  you showing on the screen? I don't
17  think that seems to sync.
18  MR. SLATER: Give me one
19  second, Rich.
20  MR. BERNARDO: Wait, this is
21  Exhibit 478? Yeah, that's what we
22  just looked at, but whatever you just
23  pulled up is what?
24  (Technical comments off the
25  stenographic record.)

Page 87

1  MR. SLATER: The problem is
2  that the document on the screen is
3  correct, but apparently the wrong
4  document got entered as an exhibit.
5  MR. BERNARDO: Yeah, that's
6  what I was just going to say.
7  MR. SLATER: Chris is fixing it
8  right now. That's what we're doing.
9  We're having technical problems,
10  technical glitches.
11  MR. BERNARDO: There we go.
12  MR. SLATER: Okay. Good, so
13  here we go.
14  BY MR. SLATER:
15  Q. On the screen is Exhibit 478,
16  which is the certificate of analysis for DMF
17  Batch No. 2016011601 from manufacturer
18  Shandong Hualu-Hengsheng Chemical Co., Ltd.
19  The Bates number is ZHP03121925 for the
20  certificate of analysis, and the Bates number
21  is ZHP03122702 for the inspection report.
22  Do you see the document on the
23  screen?
24  A. I do see the document on the
25  screen; however, the print is quite small.

Page 88

1  Can you blow it up?
2  Also the document that opened
3  using the link provided is shown as vertical,
4  while the document shown on the screen is
5  horizontal. So the vertical one is hard to
6  read.
7  Q. Can you read the one on the
8  screen that's right in front of you?
9  A. Can you blow it up further?
10  Q. Is that better? Can you see it
11  now?
12  A. It's getting better, but part
13  of the document is --
14  Q. Ma'am, this is the best we can
15  do on this screen. So we're going to go left
16  to right, and if you need us to move the
17  document, we will do it. This is the best
18  we're going to do.
19  Can you see?
20  A. Okay.
21  Q. This shows that the DMF
22  percentage for this batch is 99.98%, correct?
23  A. That's correct.
24  Q. If you go to the middle of this
25  chart, it says alkalinity percentage .0002.

Page 89

1  Do you see that?
2  A. Yes, I see it.
3  Q. The date of this document is
4  January 16, 2016.
5  Do you see that?
6  A. Yes, I see it.
7  Q. And on the left you can see it
8  says product standard, HG 2028-2009, which is
9  the Chinese standard for DMF that we went
10  through earlier, correct?
11  A. That's correct.
12  Q. If you now go to the inspection
13  report document, this shows that the purity
14  is listed as 99 -- I think we have to go to
15  another page. Go to the next page.
16  Looking now at the Raw Material
17  Test Report that ZHP performed, the purity it
18  says for DMF greater than or equal to 99.5%,
19  and then it says Manufacturer Batch No.,
20  100%.
21  Do you see that?
22  A. Yes, I see it.
23  Q. If we now go to the
24  chromatogram, and the Bates number of that
25  page is ZHP 03122705, this shows up that DMF

CONFIDENTIAL

```
                                                          Page 102
 1          INSTRUCTIONS TO WITNESS
 2
 3          Please read your deposition over
 4   carefully and make any necessary corrections.
 5   You should state the reason in the
 6   appropriate space on the errata sheet for any
 7   corrections that are made.
 8          After doing so, please sign the
 9   errata sheet and date it.
10          You are signing same subject to
11   the changes you have noted on the errata
12   sheet, which will be attached to your
13   deposition.
14          It is imperative that you return
15   the original errata sheet to the deposing
16   attorney within thirty (30) days of receipt
17   of the deposition transcript by you.  If you
18   fail to do so, the deposition transcript may
19   be deemed to be accurate and may be used in
20   court.
21
22
23
24
25
```

```
                                                          Page 104
 1          ACKNOWLEDGMENT OF DEPONENT
 2
 3
 4       I, JUCAI GE, do hereby certify
     that I have read the foregoing pages and that
 5   the same is a correct transcription of the
     answers given by me to the questions therein
 6   propounded, except for the corrections or
     changes in form or substance, if any, noted
 7   in the attached
     Errata Sheet.
 8
 9
10
11
12   _____
      JUCAI GE                DATE
13
14
15   Subscribed and sworn to before me this
16   _____ day of _____, 20 _____.
17   My commission expires: _____
18
19   _____
20   Notary Public
21
22
23
24
25
```

```
                                                          Page 103
 1              ERRATA
 2   PAGE  LINE  CHANGE
 3   ____ ____ _____
 4       REASON: _____
 5   ____ ____ _____
 6       REASON: _____
 7   ____ ____ _____
 8       REASON: _____
 9   ____ ____ _____
10       REASON: _____
11   ____ ____ _____
12       REASON: _____
13   ____ ____ _____
14       REASON: _____
15   ____ ____ _____
16       REASON: _____
17   ____ ____ _____
18       REASON: _____
19   ____ ____ _____
20       REASON: _____
21   ____ ____ _____
22       REASON: _____
23   ____ ____ _____
24       REASON: _____
25
```

```
                                                          Page 105
 1           LAWYER'S NOTES
 2
 3   PAGE   LINE
 4   ____ ____ _____
 5   ____ ____ _____
 6   ____ ____ _____
 7   ____ ____ _____
 8   ____ ____ _____
 9   ____ ____ _____
10   ____ ____ _____
11   ____ ____ _____
12   ____ ____ _____
13   ____ ____ _____
14   ____ ____ _____
15   ____ ____ _____
16   ____ ____ _____
17   ____ ____ _____
18   ____ ____ _____
19   ____ ____ _____
20   ____ ____ _____
21   ____ ____ _____
22   ____ ____ _____
23   ____ ____ _____
24   ____ ____ _____
25
```