# Exhibit 2

CONFIDENTIAL

Page 106

```
 1            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
 2
 3   IN RE: VALSARTAN, LOSARTAN      )
     AND IRBESARTAN PRODUCTS         )
 4   LIABILITY LITIGATION            )  MDL NO. 2875
     _____ )
 5                                   )
     THIS DOCUMENT RELATES TO:       )
 6                                   )
     ALL ACTIONS                     )
 7   _____ )
 8
 9                   __ __ __
10           Friday, July 11, 2025
11                   __ __ __
12               CONFIDENTIAL
13                   __ __ __
14
15
16       Continuing Remote Video-Recorded Fed.
     R. Civ. P. 30(b)(6) Deposition of ZHEJIANG
17   HUAHAI PHARMACEUTICAL CO., LTD. through its
     representative, JUCAI GE, VOLUME 2, held at
18   the location of the witness, Zhejiang
     Province, China, commencing at 7:08 a.m.
19   China Standard Time on the above date, before
     Michael E. Miller, Fellow of the Academy of
20   Professional Reporters, Certified Court
     Reporter, Registered Diplomate Reporter,
21   Certified Realtime Reporter, and New Jersey
     Certified Court Reporter No. 30XI00242200.
22
                         __ __ __
23
           GOLKOW - A VERITEXT DIVISION
24       877.370.DEPS | fax 917.591.5672
                deps@golkow.com
25
```

CONFIDENTIAL

Page 139

1      MR. BERNARDO: Object to the
2  form of the question.
3      A.   That is not correct. I don't
4  know what you mean by any impurities. We
5  conducted this inspection according to our
6  analytical method. The goal is to confirm
7  the purity of DMF.
8           As long as the purity of DMF
9  passes, that would do. As shown in the
10 certificate of analysis, the purity was
11 supposed to be greater or equal to 99.5%.
12 BY MR. SLATER:
13     Q.   That product was not 100% DMF;
14 it was less than 100% DMF, correct?
15     A.   As for this shipment, let me
16 take a look at the chromatogram.
17          After the rounding up, the
18 purity is still 100%, namely 100.0%.
19     Q.   The number before somebody
20 rounded up to 100%, the actual number --
21 rephrase.
22          The actual number is less than
23 100% before it gets rounded up to 100%,
24 correct?
25     A.   That's correct. However, the

Page 140

1  rounding up is in compliance with the
2  requirement of our SOP.
3      Q.   You agree with me that the
4  actual DMF content is less than 100% for this
5  batch, correct?
6           MR. BERNARDO: Object to the
7      form of the question.
8      A.   I don't understand your
9  statement. Actually, I don't understand what
10 you mean by 100%; therefore, I don't
11 understand your question.
12          From our professional
13 perspective, based on the rule of rounding
14 up, namely how many digits should be kept
15 after the decimal point, in the chromatogram,
16 the actual number was 99.998%; however, if
17 only one digit was supposed to be kept after
18 the decimal point, then, after rounding up,
19 the number should be 100.0%.
20     Q.   You said you didn't understand
21 my question. Let me take another shot at
22 this.
23          If you look at the peak table,
24 Peak 7 is identified as DMF, and the area
25 percentage is 99.988%.

Page 141

1  That's what the document shows,
2  right?
3      A.   That's correct.
4      Q.   And the person who conducted
5  this -- rephrase.
6           The person who did this
7  analysis did not identify what the
8  substances -- rephrase.
9           The person who did this
10 analysis did not identify what the other nine
11 peaks were caused by; that information is not
12 found in this document, correct?
13          MR. BERNARDO: Object to the
14     form of the question.
15     A.   That is correct. That is
16 because it's not necessary for that person to
17 conduct any research to find out what other
18 impurities are that caused such peaks based
19 on the SOP and GMP requirement at that time.
20          The requirement was that the
21 purity should be greater or equal to 99.5%.
22     Q.   I didn't ask you whether it was
23 okay to do it that way. I just asked you --
24 asked you what information was found on the
25 document, right?

Page 142

1           MR. BERNARDO: Object to the
2      form of the question.
3      A.   I believe I have already
4  answered your question. The later part is
5  the clarification.
6  BY MR. SLATER:
7      Q.   I didn't ask for the
8  clarification, did I?
9      A.   That's correct, you did not ask
10 for the clarification; however, in order to
11 help you develop a better understanding, I
12 just provided my clarification.
13          MR. SLATER: This is -- I'm
14     speaking to Chris now.
15          Do we have a PDF with multiple
16     documents from this supplier --
17          MR. GEDDIS: Yes.
18          MR. SLATER: -- or is this the
19     only one?
20          MR. GEDDIS: There's a combined
21     one.
22          MR. SLATER: Okay. So let's
23     now do the combined PDF as
24     Exhibit 487.
25          This is the same as what we did

10 (Pages 139 - 142)

CONFIDENTIAL

Page 143

 1  yesterday, Rich?
 2       MR. BERNARDO:  Yeah, it was the
 3  same thing, I agree.
 4       (Whereupon, Deposition Exhibit
 5  ZHP-487, Master PDF of Linhai Huanan
 6  Chemical Co., Ltd. Documentation,
 7  Various ZHP Bates Ranges, was marked
 8  for identification.)
 9       MR. SLATER:  So just for the
10  record, Exhibit 487 is all the
11  certificates of analysis and
12  corresponding inspection reports in
13  one PDF for this -- for this supplier.
14       MR. BERNARDO:  You mean for the
15  subsidiary, Adam, right?  I think she
16  clarified they weren't the supplier.
17       MR. SLATER:  No, actually,
18  Chris, can you clarify for me just for
19  the record, is this all the ones that
20  came through Linhai Huanan, or are
21  these all for Sunrise Industrial
22  Group?
23       MR. GEDDIS:  Linhai.
24       MR. SLATER:  Okay.  Yes.  So
25  this is from the subsidiary, to be

Page 144

 1  clear.
 2       MR. BERNARDO:  Thank you.
 3       MR. SLATER:  I guess now would
 4  not be a bad time to just put into the
 5  record the PDF of all of the
 6  certifications with the documents.
 7       MR. BERNARDO:  You read Milli's
 8  mind.
 9       MR. SLATER:  That's what I do.
10       So let's just put those -- that
11  into the record, and -- as an exhibit,
12  as Exhibit 488, which will be all of
13  the certifications.
14       (Whereupon, Deposition Exhibit
15  ZHP-488, Translator's Certification,
16  was marked for identification.)
17  BY MR. SLATER:
18       Q.  We've established that we only
19  have the certificates of analysis and
20  inspection reports for 2016 moving forward,
21  correct?  And this is for DMF.  Correct?
22       A.  That's correct.
23       Q.  Were the certificates of
24  analysis and inspection reports for the prior
25  years the same in format and substance as the

Page 145

 1  ones that were provided to us?  Do you know?
 2       A.  For our internal COA and
 3  inspection reports, I believe they are the
 4  same because we did that pursuant with our
 5  SOP.
 6       To the best of my
 7  understanding, for the COA issued by
 8  manufacturers, I believe they are also the
 9  same, and that is because they had to abide
10  by the same execution standard, namely the
11  Chinese industrial standard for DMF.  I
12  believe the year of that standard is 2009.
13       Q.  Therefore, the certificates --
14  rephrase.
15       So, therefore, it's your
16  testimony that the certificates of analysis
17  we have been provided from 2016 forward are
18  representative of what was received by ZHP
19  prior to 2016; is that correct?
20       A.  That's correct.  I believe so.
21       Q.  And that includes the reference
22  in the certificates of analysis to
23  dimethylamine as a component of the DMF,
24  correct?
25       MR. BERNARDO:  Object to the

Page 146

 1  form of the question.
 2       A.  That's not correct.  Based on
 3  all the COAs we examined that ZHP received,
 4  there's no reference that any DMF contained
 5  dimethylamine.  It only mentioned that the
 6  alkalinity was calculated as dimethylamine.
 7  It was just a formula for calculation.
 8  BY MR. SLATER:
 9       Q.  We talked yesterday about the
10  fact that dimethylamine is the primary base
11  and primary source of alkalinity in DMF,
12  correct?
13       MR. BERNARDO:  Object to the
14  form of the question.
15       A.  That's not correct.  Yesterday
16  we did not make such statement.
17  BY MR. SLATER:
18       Q.  Dimethylamine is the primary
19  source of alkalinity in DMF, correct?
20       MR. BERNARDO:  Object to the
21  form of the question.
22       A.  That's incorrect.
23  BY MR. SLATER:
24       Q.  So we'll go back to the
25  beginning, Ms. Ge.  We're not going to finish

11 (Pages 143 - 146)

CONFIDENTIAL

Page 147

1  early tonight.
2        Do you know what dimethylamine
3  is?
4     A.   As we talked about yesterday,
5  dimethylamine is a chemical substance.
6     Q.   It's the primary -- rephrase.
7        It's one of the most prevalent
8  impurities in DMF.  You know that as you sit
9  here now, correct?
10       MR. BERNARDO:  Object to the
11    form of the question.
12    A.   That's incorrect.
13  Dimethylamine is just a chemical substance.
14  It's not an impurity.  Why do you say it's an
15  impurity?
16  BY MR. SLATER:
17    Q.   DMF contains dimethylamine.
18  You know that as you sit here now, correct?
19    A.   After June 2018, after our
20  investigation, we became aware that there was
21  DMA in DMF; however, prior to June 2018, we
22  were not aware of it.
23       Of course, as I'm sitting here
24  today, I'm aware of it.
25    Q.   So the answer to my question is

Page 148

1  yes, correct?
2     A.   If the time frame for your
3  question is today, then the answer is yes.
4     Q.   Meaning you've known it since
5  June 2018.  That's what you're saying, right?
6     A.   It's not that we have been
7  aware of it ever since June 2018.  We did not
8  become aware of it until we conducted some
9  research after June 2018.
10    Q.   Why is dimethylamine one of the
11  technical requirements -- well, rephrase.
12       Why do the technical
13  requirements per the standard that governs
14  DMF in China require that -- rephrase.
15       Why does the standard for DMF
16  reference dimethylamine?  Do you know?
17    A.   I don't know why in the
18  standard there was a reference, quote,
19  calculated as dimethylamine.  I don't think
20  there's any reference for -- (audio
21  malfunction) --
22       (Clarification requested by the
23    stenographer.)
24    A.   There's a reference, quote,
25  calculated as dimethylamine, end quote.  I

Page 149

1  don't think there is any reference for
2  dimethylamine.
3  BY MR. SLATER:
4     Q.   Is the answer to my question
5  that you don't know why dimethylamine is
6  referenced in the standard?
7        MR. BERNARDO:  Object to the
8    form of the question.
9     A.   I don't think your question is
10  correctly asked.  In the rough standard,
11  there's no reference of dimethylamine.  In
12  the standard, there's a reference, quote,
13  alkalinity calculated as dimethylamine, end
14  quote.
15  BY MR. SLATER:
16    Q.   And why was alkalinity
17  calculated as dimethylamine?  Do you know?
18    A.   That, I don't know.  I did not
19  formulate that standard.  I was not
20  participating in the formulation of that
21  standard.
22    Q.   With regard to the certificates
23  of analysis before 2016, they referenced
24  alkalinity calculated as dimethylamine.
25       Going back to the beginning,

Page 150

1  ZHP was aware of that language in
2  certificates of analysis, correct?
3        MR. BERNARDO:  Object to the
4    form of the question.
5     A.   Yes, we were aware that
6  alkalinity was calculated as dimethylamine.
7  We were aware of that when we received the
8  report.
9        MR. SLATER:  You yesterday,
10    Rich, were trying to take breaks every
11    hour.  Do you want to do that?
12       MR. BERNARDO:  Sure.
13       MR. SLATER:  Okay.  Let's take
14    a break, because I'm going to move to
15    something else.
16       MR. BERNARDO:  Okay.
17       THE VIDEOGRAPHER:  The time is
18    8:11 a.m., and we are off the record.
19       (Recess taken, 8:11 a.m. to
20    8:26 a.m. CST)
21       THE VIDEOGRAPHER:  The time is
22    8:26 a.m., and we're now back on the
23    record.
24       MR. SLATER:  Let's go put up
25    again Exhibit 477, please.

Page 151

1     MR. BERNARDO: 4-7-7, Adam?
2     MR. SLATER: Yeah, that was an
3  exhibit that we used yesterday.
4     MR. BERNARDO: Yeah, yeah,
5  yeah, I just wanted to make sure I
6  pull up the right one.
7     MR. SLATER: No problem.
8     And let's go to page 5 of 7.
9  This is the Standard Management
10 Procedure for Quality Record
11 Management.
12 BY MR. SLATER:
13    Q.   Just to orient ourselves,
14 towards the bottom of the page is
15 Section 5.8.2, Duration of Record Retention.
16    Do you see that?
17    THE WITNESS: What's shown on
18 the screen, the print is too fine. I
19 cannot read it clearly. Can you zoom
20 in a little bit?
21    MR. BERNARDO: Adam, can I just
22 make sure she has access to the --
23 it's fine if she uses this. I just
24 want to make sure she has access to
25 the other means of getting the

Page 152

1  exhibit.
2     MR. GEDDIS: She does.
3     THE WITNESS: Just zoom in a
4  little bit more. It's too small.
5     Well, now it's okay.
6  BY MR. SLATER:
7     Q.   Do you see that?
8     A.   I see it.
9     Q.   Let's go to top of the next
10 page, page 6 of 7.
11    A.   Okay.
12    Q.   Number 3 says: For customers
13 with a quality agreement, preservation should
14 be conducted according to the agreement
15 requirements.
16    Do you see that?
17    A.   Yes, I see it.
18    Q.   And that would be with regard
19 to the documents having to do with the
20 subject of that quality agreement, correct?
21    MR. BERNARDO: Object to the
22 form of the question.
23    A.   I don't understand your
24 question. Can you rephrase your question?
25       ///

Page 153

1  BY MR. SLATER:
2     Q.   When this says that
3  preservation should be conducted according to
4  the agreement requirements for customers with
5  a quality agreement, that's referring to the
6  documents that are specific to that quality
7  agreement, correct?
8     A.   I still don't quite understand
9  your question. It all depends on what the
10 quality agreement provides in terms of what
11 documents should be retained.
12    If the quality agreement
13 provides that batch records should be
14 retained, then we would retain those
15 documents.
16    MR. SLATER: Let's now go to --
17 we're going to mark as Exhibit 489 the
18 June 2012 quality agreement between
19 ZHP and Prinston Pharmaceutical.
20    (Whereupon, Deposition Exhibit
21 ZHP-489, June 2012 Prinston Quality
22 Agreement - English Version, was
23 marked for identification.)
24    (Whereupon, Deposition Exhibit
25 ZHP-490, June 2012 Prinston Quality

Page 154

1  Agreement - Chinese Version, was
2  marked for identification.)
3     MR. SLATER: And Exhibit 489, I
4  guess we'll mark the Chinese version
5  and --
6     MR. GEDDIS: Exhibit 489 is the
7  English version, and Exhibit 490 is
8  the Chinese machine translation.
9     MR. SLATER: Oh, okay. Thank
10 you.
11 BY MR. SLATER:
12    Q.   Looking now at this document,
13 do you see this is the Quality Agreement
14 between Prinston and ZHP dated in June 2012?
15    MR. BERNARDO: I just want to
16 note for the record an objection, if I
17 heard correctly, that this is a
18 machine translation. But go on.
19    A.   Judging from what I see from
20 the screen, I can only understand those four
21 Chinese words, which mean quality agreement.
22 As for the other Chinese characters, for
23 example, in and between and so on, I don't
24 even know what that means.
25       ///

13 (Pages 151 - 154)

CONFIDENTIAL

Page 227

1  ERRATA
2  PAGE  LINE  CHANGE
3  ____ ____ _____
4        REASON: _____
5  ____ ____ _____
6        REASON: _____
7  ____ ____ _____
8        REASON: _____
9  ____ ____ _____
10        REASON: _____
11  ____ ____ _____
12        REASON: _____
13  ____ ____ _____
14        REASON: _____
15  ____ ____ _____
16        REASON: _____
17  ____ ____ _____
18        REASON: _____
19  ____ ____ _____
20        REASON: _____
21  ____ ____ _____
22        REASON: _____
23  ____ ____ _____
24        REASON: _____
25

Page 229

1              LAWYER'S NOTES
2
3  PAGE   LINE
4  ____ ____ _____
5  ____ ____ _____
6  ____ ____ _____
7  ____ ____ _____
8  ____ ____ _____
9  ____ ____ _____
10  ____ ____ _____
11  ____ ____ _____
12  ____ ____ _____
13  ____ ____ _____
14  ____ ____ _____
15  ____ ____ _____
16  ____ ____ _____
17  ____ ____ _____
18  ____ ____ _____
19  ____ ____ _____
20  ____ ____ _____
21  ____ ____ _____
22  ____ ____ _____
23  ____ ____ _____
24  ____ ____ _____
25

Page 228

1         ACKNOWLEDGMENT OF DEPONENT
2
3
4        I, JUCAI GE, do hereby certify that I have read the foregoing pages and that
5  the same is a correct transcription of the answers given by me to the questions therein
6  propounded, except for the corrections or changes in form or substance, if any, noted
7  in the attached Errata Sheet.
8
9
10
11
12  _____
     JUCAI GE                    DATE
13
14
15  Subscribed and sworn to before me this
16  _____ day of _____, 20 _____.
17  My commission expires: _____
18
19  _____
20  Notary Public
21
22
23
24
25

32 (Pages 227 - 229)