# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document relates to:**<br><br>**Smalls v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.**<br>**Case No. 1:20-cv-08199-RMB-SAK**<br><br>**Garcia v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.**<br>**Case No. 1:20-cv-07957-RMB-SAK**<br><br>**Suits v. Zhejiang Huahai Pharmaceutical Co., Ltd et al.**<br>**Case No. 1:20-cv-06547-RMB-SAK**<br><br>**Lee v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.**<br>**Case No. 1:20-cv-15324-RMB-SAK** | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge<br><br><br><br>**ORDER EXTENDING DEADLINE FOR WAVE 2 BELLWETHER CASES EXPERT REPORTS** |

## SPECIAL MASTER ORDER

The Special Master Having Previously Entered the Revised Order Establishing Amended Case Management Schedule for Wave 2 Bellwether Cases on June 25, 2025 (ECF No. 3090),

The Parties Having Met and Conferred, to agree upon the following amended case management schedule for the second wave of potential personal injury bellwether plaintiff trials ("Wave 2 BW") in the following matters:

1. Garcia, Robert – 1:20-cv-07957

2. Lee, Robert – 1:20-cv-15324

3. Smalls, Evon – 1:20-cv-08199

4. Suits, James – 1:20-cv-06547

**IT IS ORDERED:**

1. The deadline for Plaintiffs to serve expert reports for the Wave 2 BW cases is continued until **21 days after the completion of the last of the three treating physician depositions in the *Garcia* case**.

2. Following the completion of those depositions, the parties shall **meet and confer regarding the remainder of the Wave 2 schedule**, including but not limited to deadlines for rebuttal reports, depositions, and dispositive motions.

**IT IS ORDERED** on this 31st day of July 2025.

s/ Thomas I. Vanaskie

Hon. Thomas I. Vanaskie (Ret.)

Special Master