# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                               **August 1, 2025**
                                                         DATE OF PROCEEDINGS

**CHIEF JUDGE RENÉE M. BUMB**

**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:   JOHN KURZ**

                                                            Docket # 19-md-2875 (RMB)(SAK)

**TITLE OF CASE**:

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
As stated on the record.

**NATURE OF PROCEEDINGS:    CASE MANAGEMENT CONFERENCE**

Case Management Conference held on the record via Teams videoconference.

Time Commenced: 10:00a.m.     Time Adjourned: 11:15a.m.

Total Time:   1 hour 15 minutes

                                                                   Lawrence MacStravic
                                                                   Deputy Clerk