UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*All cases* | MDL No. 1:19-md-2875<br><br>HON. RENEE MARIE BUMB<br>CIVIL NO. 19-2875 (RBK) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 102.1 Madeline Pendley, Esq. respectfully brings this Motion to Withdraw as Counsel from all cases in which counsel has made an appearance, including every case listed on Exhibit A.

Ms. Pendley was counsel of record for these Plaintiffs while she was employed at the law firm of Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr, & Mougey. Ms. Pendley has since left the law firm. The Plaintiffs at issue will continue to be represented in this matter by attorneys from Levin Papantonio who have entered an appearance in these cases.

WHEREFORE, for the foregoing reasons, Madeline Pendley respectfully requests that this Court enter an order granting her request to withdraw from each case where she appeared, including all of the cases on Exhibit A.

Dated: August 6, 2025

Respectfully submitted,

*/s/ Madeline E. Pendley*
**Madeline E. Pendley, Esq.**
Rafferty Domnick Cunningham & Yaffa
815 S. Palafox
Pensacola, FL 32502
(850) 208-0826
*Attorney for Plaintiffs*