# EXHIBIT A

| Plaintiff Name | Date Filed | Docket Number |
|---|---|---|
| Williams, Thomas | 1/30/2019 | 1:19-cv-06849 |
| Selph, Betty | 1/20/2019 | 1:19-cv-06994 |
| Watts, Peggy (Deceased) | 3/5/2019 | 1:19-cv-08718 |
| Bradshaw, Steve | 3/22/2019 | 1:19-cv-10046 |
| Shepherd Jr., Kelly (Deceased) | 5/1/2019 | 1:19-cv-12038 |
| Zehr, Sarah | 5/24/2019 | 1:19-cv-12935 |
| Axinn, David (Deceased) | 8/1/2019 | 1:19-cv-16205 |
| Jackson Jr., Rogers (Deceased) | 6/14/2024 | 1:19-cv-16207 |
| Meeks, Ronald (Deceased) | 8/1/2019 | 1:19-cv-16209 |
| Brown, Janice | 8/29/2019 | 1:19-cv-17394 |
| Smith, Barbara (Deceased) | 11/29/2023 | 1:19-cv-18395 |
| Hayden, Samuel (Deceased) | 11/29/2023 | 1:19-cv-20850 |
| Meals, Deborah | 11/27/2019 | 1:19-cv-20852 |
| Phagan, David | 11/27/2019 | 1:19-cv-20856 |
| Carter, Jessie (Deceased) | 12/30/2019 | 1:19-cv-22118 |
| Duncan, Jeffrey (Deceased) | 12/30/2019 | 1:19-cv-22125 |
| Crowther, John (Deceased) | 1/30/2020 | 1:20-cv-01050 |
| Poledore, Ella (Deceased) | 11/29/2023 | 1:20-cv-01056 |
| Robinson, Clarence (Deceased) | 1/30/2020 | 1:20-cv-01057 |
| Kave, Jr., Robert (Deceased) | 12/22/2023 | 1:20-cv-01627 |
| Espada, Myriam | 3/11/2020 | 1:20-cv-02196 |
| Cardenas, Victor | 3/2/2020 | 1:20-cv-02251 |
| Cicciarelli, Margaret (Deceased) | 3/14/2020 | 1:20-cv-02821 |
| Shittu, Beecroft (Deceased) | 3/24/2020 | 1:20-cv-03179 |
| Nichols, Marcella | 7/2/2020 | 1:20-cv-08195 |
| Spangler, Jonnie (Deceased) | 8/15/2023 | 1:20-cv-08202 |
| Spangler, Jonnie (Deceased) | 7/2/2020 | 1:20-cv-08202 |
| Doerfer, Henry | 7/13/2020 | 1:20-cv-08720 |
| Giambrone, Mary | 7/13/2020 | 1:20-cv-08725 |
| Wallace, Doris | 7/13/2020 | 1:20-cv-08726 |
| Locke, Donna (Deceased) | 7/13/2020 | 1:20-cv-08770 |
| Olvera Jr., Jose | 8/21/2020 | 1:20-cv-11119 |
| White, Vernon | 9/21/2020 | 1:20-cv-12905 |
| Reyes, Robert (Deceased) | 12/27/2023 | 1:20-cv-14227 |
| Hand, Elouise | 10/19/2020 | 1:20-cv-14674 |
| Rex, Karen (Deceased) | 10/30/2020 | 1:20-cv-15321 |
| Auman, Anastasia | 10/30/2020 | 1:20-cv-15326 |
| Kopp, Daniel | 10/30/2020 | 1:20-cv-15327 |

Pendley Cases

| | | |
|---|---|---|
| Lee, Robert (Deceased) | 10/30/2020 | 1:20-cv-15324 |
| Savelli, Raymond | 11/13/2020 | 1:20-cv-16089 |
| Yanakeff, William | 11/13/2020 | 1:20-cv-16096 |
| Lautz, George (Deceased) | 12/17/2020 | 1:20-cv-19707 |
| Finkel, Beverly | 1/12/2021 | 1:21-cv-00626 |
| Studstill, Bruce (Deceased) | 1/15/2021 | 1:21-cv-00815 |
| Fisher, Robert (Deceased) | 1/29/2021 | 1:21-cv-01437 |
| Todaro, Salvatore (Deceased) | 2/16/2021 | 1:21-cv-02708 |
| Rhoades, Otis (Deceased) | 3/1/2021 | 1:21-cv-03785 |
| McGovern Jr., Henry (Deceased) | 3/1/2021 | 1:21-cv-03786 |
| Agosto, Elisa (Deceased) | 3/11/2021 | 1:21-cv-04898 |
| Peterson, Richard | 3/11/2021 | 1:21-cv-04899 |
| Hupp, Billie | 3/11/2021 | 1:21-cv-04900 |
| Bradley, Robert (Deceased) | 3/25/2021 | 1:21-cv-06717 |
| Byars, Linda | 4/13/2021 | 1:21-cv-09146 |
| Hintz, Wendell | 4/30/2021 | 1:21-cv-10548 |
| Howard, Kevin (Deceased) | 6/24/2021 | 1:21-cv-12959 |
| Burrell, Kenny (Deceased) | 7/1/2021 | 1:21-cv-13269 |
| Hardebeck, Richard | 7/15/2021 | 1:21-cv-13707 |
| Hofer, Barbara | 7/16/2021 | 1:21-cv-13781 |
| Gardner Jr., Eddie | 7/19/2021 | 1:21-cv-13798 |
| Webb, William (Deceased) | 7/30/2021 | 1:21-cv-14427 |
| Kadish, Denise (Deceased) | 8/30/2021 | 1:21-cv-16239 |
| Thatcher, Lawrence | 8/30/2021 | 1:21-cv-16246 |
| Ramirez, Jose (Deceased) | 11/17/2023 | 1:21-cv-16249 |
| Pataky, Maria (Deceased) | 9/1/2021 | 1:21-cv-16425 |
| Stewart, Laurie | 9/20/2021 | 1:21-cv-17230 |
| Henning, Gerald | 10/1/2021 | 1:21-cv-17989 |
| Willix, Carl (Deceased) | 10/1/2021 | 1:21-cv-17992 |
| Holmes, Derrick | 10/1/2021 | 1:21-cv-17995 |
| Moore, Eddie | 10/1/2021 | 1:21-cv-17998 |
| Brooks, Elnita (Deceased) | 10/1/2021 | 1:21-cv-18001 |
| Nahmis, Brian | 10/1/2021 | 1:21-cv-18002 |
| Tidwell, Jimmy (Deceased) | 10/8/2021 | 1:21-cv-18271 |
| Gonzales, Jon (Deceased) | 10/26/2021 | 1:21-cv-19335 |
| Parker Jr., Henry (Deceased) | 10/28/2021 | 1:21-cv-19401 |
| Little, Melville (Deceased) | 10/28/2021 | 1:21-cv-19407 |
| Beecher, John | 11/8/2021 | 1:21-cv-19818 |
| Mixon, Anthony (Deceased) | 11/12/2021 | 1:21-cv-19958 |

Pendley Cases

| | | |
|---|---|---|
| Dewitt, Larry | 11/12/2021 | 1:21-cv-19963 |
| Ponischil, Mark | 12/1/2021 | 1:21-cv-20296 |
| McDermott, John (Deceased) | 12/9/2021 | 1:21-cv-20426 |
| Aldridge, Clarence | 12/30/2021 | 1:21-cv-20766 |
| Bourges, Alva | 12/30/2021 | 1:21-cv-20769 |
| Sale Sr., Henry (Deceased) | 1/19/2022 | 1:22-cv-00250 |
| Palmer, Linda | 1/28/2022 | 1:22-cv-00429 |
| Anderson, Vincent | 1/28/2022 | 1:22-cv-00449 |
| Branch, Leona (Deceased) | 2/4/2022 | 1:22-cv-00582 |
| Jackson, Stacy | 2/28/2022 | 1:22-cv-01030 |
| Detrio, Lillie (Deceased) | 2/28/2022 | 1:22-cv-01040 |
| Walker, Sheldon (Deceased) | 12/27/2023 | 1:22-cv-01372 |
| McCullough, Barbara (Deceased) | 3/21/2022 | 1:22-cv-01574 |
| Majernik, Robert | 3/21/2022 | 1:22-cv-01579 |
| Cooper, Robert (Deceased) | 3/23/2022 | 1:22-cv-01635 |
| Kay, Khristian (Deceased) | 3/31/2022 | 1:22-cv-01822 |
| Martinez, Joseph | 3/31/2022 | 1:22-cv-01835 |
| Calvert, Mary | 4/19/2022 | 1:22-cv-02283 |
| Russell, Sandra | 4/26/2022 | 1:22-cv-02389 |
| Gonnella, Lawrence | 5/20/2022 | 1:22-cv-02940 |
| Rebholz, Brian (Deceased) | 5/20/2022 | 1:22-cv-02944 |
| Fernandez, Guillermo | 5/20/2022 | 1:22-cv-02948 |
| Ellis, Gracie (Deceased) | 2/29/2024 | 1:22-cv-03382 |
| King, Candace (Deceased) | 6/15/2022 | 1:22-cv-03856 |
| Kwoka Jr., Daniel (Deceased) | 6/28/2022 | 1:22-cv-04309 |
| Owens, Zola | 6/28/2022 | 1:22-cv-04312 |
| Mabry, Harold (Deceased) | 7/8/2022 | 1:22-cv-04481 |
| Bacque III, Kenneth | 7/14/2022 | 1:22-cv-04572 |
| Herscher, Jeane (Deceased) | 7/28/2022 | 1:22-cv-04802 |
| Barber, Gale (Deceased) | 8/15/2022 | 1:22-cv-05051 |
| Dizinno, Doris | 8/31/2022 | 1:22-cv-05325 |
| Willis, James (Deceased) | 9/1/2022 | 1:22-cv-05352 |
| Huse, James (Deceased) | 9/30/2022 | 1:22-cv-05829 |
| Overton, Joanne | 10/3/2022 | 1:22-cv-05859 |
| Mintz, Kenneth | 10/13/2022 | 1:22-cv-06060 |
| Silvia, Raymond | 10/14/2022 | 1:22-cv-06084 |
| Smith, Karlene | 10/26/2022 | 1:22-cv-06277 |
| Greksa, Brenda | 11/4/2022 | 1:22-cv-06468 |
| Bixler, Harry (Deceased) | 11/17/2022 | 1:22-cv-06653 |

| Name | Date | Case Number |
|---|---|---|
| Ahmadi, Hamid (Deceased) | 12/2/2022 | 1:22-cv-06961 |
| Twardowsky, Thomas | 12/30/2022 | 1:22-cv-07610 |
| Morgan, Phillip (Deceased) | 1/12/2023 | 1:23-cv-00166 |
| Cooney, Charlene | 2/3/2023 | 1:23-cv-00626 |
| Pokona, Kaakou | 2/3/2023 | 1:23-cv-00631 |
| Byers, Terrance (Deceased) | 2/14/2023 | 1:23-cv-00847 |
| Parks, Richard | 2/14/2023 | 1:23-cv-00857 |
| Dawson, Derwin (Deceased) | 2/28/2023 | 1:23-cv-01159 |
| Hungate, Korene (Deceased) | 3/13/2023 | 1:23-cv-01377 |
| McCary, Thelma | 3/13/2023 | 1:23-cv-01392 |
| Tasman, Dean | 3/13/2023 | 1:23-cv-01399 |
| Lier, Han | 5/12/2023 | 1:23-cv-02589 |
| Harris, Pauline (Deceased) | 6/1/2023 | 1:23-cv-03016 |
| Saad, Joseph (Deceased) | 6/12/2023 | 1:23-cv-03218 |
| Davison, Bruce | 6/14/2023 | 1:23-cv-03279 |
| Fanning, Linda | 6/30/2023 | 1:23-cv-03540 |
| Iler, Joan | 7/13/2023 | 1:23-cv-03746 |
| Owens, Angela | 7/13/2023 | 1:23-cv-03747 |
| Smith, Kim | 7/13/2023 | 1:23-cv-03754 |
| Wojnicki, James | 8/14/2023 | 1:23-cv-04496 |
| Kennedy, Robert | 8/30/2023 | 1:23-cv-13282 |
| Vance, Steve | 9/14/2023 | 1:23-cv-20381 |
| Williams, Richard | 9/14/2023 | 1:23-cv-20392 |
| Ivers, Anthony | 10/13/2023 | 1:23-cv-21150 |
| Marchionda, Paul | 11/17/2023 | 1:23-cv-22446 |
| Williams, Bobby | 11/17/2023 | 1:23-cv-22452 |
| Hernandez, Kathleen | 12/15/2023 | 1:23-cv-23144 |
| Henry, Ed | 1/18/2024 | 1:24-cv-00303 |
| Prince, Brian | 3/14/2024 | 1:24-cv-02946 |
| Crawford Jr., Robert (Deceased) | 5/29/2024 | 1:24-cv-06515 |
| Grissom, Dorothy | 5/29/2024 | 1:24-cv-06517 |
| Jarrett, William | 7/9/2024 | 1:24-cv-07653 |
| Walker, Randall | 7/9/2024 | 1:24-cv-07658 |
| Perry, Christopher | 8/8/2024 | 1:24-cv-08363 |
| Hill, Lisa | 9/13/2024 | 1:24-cv-09171 |
| Devilbiss, Lance | 9/13/2024 | 1:24-cv-09174 |
| Anderson, Michael | 11/27/2024 | 1:24-cv-10799 |
| Parker, Lori | 12/31/2024 | 1:24-cv-11513 |
| Jarquin, Oscar | 12/31/2024 | 1:24-cv-11515 |

Pendley Cases

| | | |
|---|---|---|
| Hoskins, Robert | 7/9/2024 | 1:24-cv-7656 |
| Harris, Randy | 2/28/2025 | 1:25-cv-01562 |

Pendley Cases