## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **INRE: VALSARTAN, LOSARTAN, IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDLNo.1:19-md-2875<br><br>Judge Bumb |
| This Document Relates to:<br>All cases on Exhibit A | Case Nos. -   see Exhibit A |

### NOTICE OF APPEARANCE

Counsel now enters her appearance on behalf of each plaintiff named on Exhibit A.

This notice is being filed in coordination with motions to withdraw by attorney Pendley, who intends to withdraw as counsel in these same matters.

Dated: August 6, 2025

Respectfully submitted,

/s/ Emanuella J. Paulos

Emanuella J. Paulos
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 S. Baylen Street #600
Pensacola, FL 32502
Phone: 850-435-7074
epaulos@levinlaw.com

1