# Appendix A

**Appendix A**

| Deponent | Medical Condition | Defendants' Designations |
|---|---|---|
| Dr. Ralph Buckley | Sleep Apnea | 32:15-35:18; 36:4-37:5; 69:16-72:23 |
| Dr. Ralph Buckley | CAD & pAF | 43:7-44:4; 44:8-47:1; 69:16-72:13 |
| Dr. Donald Sanders | CAD & pAF | 108:24-109:5 |
| Dr. Donald Sanders | NASH | 110:6-110:21 |