

August 8, 2025

**VIA ECF**
Chief Judge Renée M. Bumb
United States District Court
for the District of New Jersey
4th & Cooper Streets Room 1050
Camden, NJ 08101

      **Re:** ***In re Valsartan, Losartan, and Irbesartan Liability Litigation**,*
           **Case No. 1:19-md-02875-RMB-SAK (D.N.J.)**

Dear Judge Bumb,

    Pursuant to the Court's Order (Dkt. 3128), the *Roberts* Plaintiff respectfully submits the following written submission:

1. Although under Alabama law, Plaintiff has more than sufficient support to permit her to proceed with her warranty claims, Plaintiff nonetheless, in the spirit of streamlining the trial, hereby agrees not to proceed at trial on her warranty claims.
2. Plaintiff intends to proceed forward on common law fraud and agrees to dismiss the Alabama Deceptive Trade Practices ("ADTPA") claim.

Should Your Honor need any further information, please let us know.

                                               Sincerely,

                                               Daniel A. Nigh
                                               Founding Partner

Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW | Third Floor
Washington, D.C
20016

T: (202) 792-7927
D: (612) 424-9900
F: (202) 792-7927
nighgoldenberg.com

Washington D.C.
Kansas
Florida
Minnesota