# CUNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>Chief District Court Judge |

### DECLARATION OF NINA ROSE IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO FILE A MOTION FOR SANCTIONS

I, Nina Rose, declare as follows:

I am an attorney and a partner with the law firm Kirkland & Ellis LLP, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc. ("Defendants") in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendants' Memorandum in Opposition to Plaintiffs' Request for Leave to File a Motion for Sanctions

1. Attached hereto as **Exhibit 1** is a true and correct copy of the excerpted Transcript of the Deposition of Fengtian Xu, Ph.D., dated February 3, 2023.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Letter from Adam M. Slater to Jessica Davidson, dated October 24, 2024.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the Email Correspondence between Milli Kanani Hansen and Adam M. Slater, dated December 3, 2024 and December 10, 2024.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Declaration of Milli Kanani Hansen, dated August 8, 2025.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the Email Correspondence between Milli Kanani Hansen and Adam M. Slater, dated April 4, 2025.

6. Attached hereto as **Exhibit 6** is a true and correct copy of the Certified Translation and Original Chinese Language of ZHP00703012, Zhejiang Huahai Pharmaceutical Co., Ltd.'s Standard Management Procedure, dated November 1, 2017.

7. Attached hereto as **Exhibit 7** is a true and correct copy of the Email Correspondence between Milli Kanani Hansen and Christopher Geddis, et al., dated March 24, 2025.

8. Attached hereto as **Exhibit 8** is a true and correct copy of the Certified Translation and Original Chinese Language of Chemical Industry Standard of People's Republic of China, HG/T 2028-2009, dated December 4, 2009.

9. Attached hereto as **Exhibit 9** is a true and correct copy of the excerpted Transcript of the Deposition of Jucai Ge, dated July 10, 2025.

10. Attached hereto as **Exhibit 10** is a true and correct copy of the excerpted Transcript of the Deposition of Jucai Ge, dated July 11, 2025.

11. Attached hereto as **Exhibit 11** is a true and correct copy of the Certified Translation and Original Chinese Language of the Declaration of Min Hu with Appendix A and B, dated August 7, 2025.

12. Attached hereto as **Exhibit 12** is a true and correct copy of the Email Correspondence between Milli Kanani Hansen and Adam M. Slater, dated August 4, 2025.

13. Attached hereto as **Exhibit 13** is a true and correct copy of the Email Correspondence from Milli Kanani Hansen to Hon. Thomas I. Vanaskie, et al., dated August 4, 2025.

Dated: August 8, 2025                                                          Respectfully submitted,

*/s/ Nina R. Rose*
Nina R. Rose (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 389-3394
nina.rose@kirkland.com

*Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*