# Exhibit 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF NEW JERSEY

 3                        CAMDEN VICINAGE

 4     ----------------------------

 5     IN RE:  VALSARTAN,           MDL NO. 2875

 6     LOSARTAN, AND

 7     IRBESARTAN PRODUCTS          CIVIL ACTION NO.

 8     LIABILITY LITIGATION         19-2875

 9                                  (RBK/JS)

10     ----------------------------

11     THIS DOCUMENT APPLIES        HONORABLE

12     TO ALL CASES                 ROBERT B. KUGLER

13     ----------------------------

14               - CONFIDENTIAL INFORMATION -

15             SUBJECT TO PROTECTIVE ORDER

16

17       REMOTE VIDEOTAPED EXPERT DEPOSITION OF

18                   FENGTIAN XUE, PHD

19               Friday, February 3, 2023

20                10:04 a.m. Eastern Time

21

22     Stenographically Reported by:

23     Denise Dobner Vickery, CRR, RMR,

24     Court Reporter, Notary Public  JOB NO.: 329090
```

Pengchan Xue, Ph.D.

 1  English?

 2       Q.    What I'm showing you is a website --

 3  hold on.

 4             All right, Doctor, we're going to

 5  cut to the chase here.  We're going to put up on

 6  the screen.  What exhibit number are we up to?

 7       A.    Number --

 8       Q.    I'm not asking you, Doctor.  Sorry.

 9       A.    Sorry.

10             MR. SLATER:  What exhibit is

11       this?

12             Okay.  This is Exhibit 7.

13             (Document marked for

14       identification as Xue Exhibit 7.)

15             MR. SLATER:  Two pages?

16  BY MR. SLATER:

17       Q.    Doctor, on the screen is Exhibit 7.

18  It's a Certificate of Analysis that we obtained

19  for Shandong's DMF.

20             Do you see that on the screen?

21             MR. BERNARDO:  I'm just going

22       to reserve my objection to this.  I don't

23       have a copy of it to look at yet, but

24       just reserve.  Go on.

```
 1   BY MR. SLATER:
 2       Q.    Okay.
 3       A.    Well, I can -- I can see the
 4   document.  This, again, is also new to me.  I
 5   haven't seen this document before.
 6       Q.    Do you see that it has a list -- a
 7   list of specifications and results and shows that
 8   there's dimethylamine at 1 part per million in the
 9   DMF from Shandong?
10               MR. BERNARDO:  I object to the
11         form of the question.
12               And, Adam, can you just
13         display so we all know what the date of
14         this document is at least?  I don't have
15         a copy of it.
16               MR. SLATER:  I don't know the
17         date of the document.  I don't know what
18         that is.
19               MR. BERNARDO:  You're asking
20         the witness a question.
21               MR. SLATER:  Hey, I don't need
22         to be laughed.  Okay?  So you want to do
23         that, do that with somebody else.
24               MR. BERNARDO:  Okay.  Adam,
```

```
 1      there's not an iota of laughter in what I
 2      said and you know that, and let's just --
 3      come on, Adam.
 4               MR. SLATER:  I'm watching your
 5      face.  I want to continue the deposition.
 6      You guys --
 7               MR. BERNARDO:  I do, too, but
 8      don't comment and claim I'm laughing when
 9      I'm not.
10               MR. SLATER:  Hey, you're the
11      one who asked my expert if he's seen the
12      Certificates of Analysis for the DMF that
13      to our knowledge was never produced by
14      your client.  Okay?
15               MR. BERNARDO:  Let's move on.
16               MR. SLATER:  Unless you want
17      to make a representation that -- hey, do
18      you want to tell us right now whether the
19      Certificate of Analysis for the DMF were
20      actually produced?  Because our
21      understanding is they weren't and we're
22      not sure why.
23               MR. BERNARDO:  Okay.  Let's
24      move on and ask the witness.
```