# Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875 |

### DECLARATION OF MILLI KANANI HANSEN

1. My name is Milli Kanani Hansen. I am a Partner in the Washington, D.C. office of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP. I am counsel for defendant Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP").

2. On December 17, 2024, the Parties met and conferred regarding, among other issues, Plaintiffs' request for certificates of analysis ("COAs") provided by ZHP's suppliers of dimethylformamide solvent.

3. During that meet and confer, I explained to Plaintiffs' counsel Adam Slater and Christopher Geddis that COAs for DMF issued prior to 2015 had likely been destroyed in the ordinary course of business.

4. Prior to that meet and confer, on December 3, 2025, I had identified the Bates numbers of ZHP document retention policies, which included the specific policies that pertained to the destruction of COAs, in connection with a different request from Plaintiffs pertaining to the custodial file of a ZHP employee. These policies related to the destruction of COAs had been produced to Plaintiffs in or about November 2020.

5. Following a status conference with Judge Vanaskie on March 25, 2025 and at Judge Vanaskie's request, I provided Plaintiffs and Judge Vanaskie with certified translations of two of the document retention policies referenced in Paragraph 4 above – i.e., the two retention policies that I understood pertained specifically to the destruction of COAs. Those translations are attached hereto as Exhibits A and B.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed on August 8, 2025 in Washington, District of Columbia.

Milli Kanani Hansen