# Exhibit 5

| | |
|---|---|
| **From:** | Hansen, Milli Kanani <Milli.Hansen@skadden.com> |
| **Sent:** | Friday, April 4, 2025 9:53 AM |
| **To:** | Adam Slater |
| **Cc:** | 'Christopher Geddis'; George T. Williamson; Bernardo, Richard T; Rose, Nina |
| **Subject:** | ZHP -- Update on discovery issues |

Hi Adam –

By way of follow up after last week's conference, I am providing an update on several issues:

(1) **Standards.** This is to confirm that the chemical industry standards (which we understand are the regulatory standards that apply to certain chemicals sold in China) for dimethylformamide and triethylamine that we sent to you on March 24 did not come from ZHP's files but were rather located online. As Rich explained, these standards are not ZHP-specific but rather are industry wide and would apply to every company that manufactures and sells the chemicals that the standards cover. ZHP confirmed that it would not maintain a copy of these standards in its files (other than if an individual employee printed and saved in their personal files). As you know, ZHP does not directly manufacture or sell DMF or TEA but rather purchases those materials from suppliers. In addition, this is to confirm that ZHP does not believe that there is a published standard for TEA HCl. However, the valsartan drug master file contains a section related to the control of the raw materials used for valsartan, including certain testing on those raw materials. That information for TEA HCl is contained in Section 3.2.S.2.3 of the Valsartan, USP (Process II) Drug Master File.

(2) **Retention policies.** As we have previously explained, the retention of certain categories of documents are governed by standard operating procedures and maintenance procedures. SMP-004.05 is the standard management procedure that applies generally to the management of quality-related records. (ZHP00703012.) Section 5.8.3 of that SMP refers to the retention and disposition of quality-related records pursuant to particular retention policies. The standard operating procedure that contains the retention policy applicable to certificates of analysis is SOP-QC-001-10. (ZHP01525948.) In particular, section 5.10.2.1 of that SOP addresses "API QC laboratory records," which we understand would cover certificates of analysis. It provides for a five-year retention for certificates of analysis. Please note that we believe that there may be other, prior versions of these SMPs and SOPs in the production as well. We are identifying the versions by Bates that we believe would be relevant to the timeframe at issue.

(3) **Raw materials inspection reports.** ZHP is in the process of arranging for the scanning of the additional, internal inspection reports for the raw material batches of DMF, TEA, and TEA HCl. Some of those records have computer-generated chromatograms and other raw testing data that we will also produce. In addition, we understand that there might be additional raw testing data in laboratory notebooks that underlies the information reflected on the inspection report. Because these notebooks are not maintained by product but rather based on time period, it would be extremely burdensome and time-consuming to identify and scan this raw testing data. The client estimates that it would require approximately 250 person-hours to copy these materials. We do not believe that these would be of interest to you and have told them to hold off on copying those until we communicate with you. If you have particular questions or want raw testing data for a particular raw material batch after you review the certificate of analysis and the inspection reports, we would be willing to discuss that request at a later date.

In addition, I believe we have an update due to Judge Vanaskie – I'm not sure if it'd due tomorrow or Tuesday. Unless you have an objection, we will plan to send an email to Judge Vanaskie (copying you) informing

1

him about the above updates around 3 pm ET.  We also plan to ask Judge Vanaskie for a one-week extension on the deadline to produce the inspection reports, as the process to copy those is taking longer than expected given the inclusion of the chromatograms as well as the overlap with a Chinese holiday.

Milli

**Milli Kanani Hansen**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7128 | M: +1.214.235.8938
milli.hansen@skadden.com

2