# Exhibit 6



STATE OF NEW YORK         )
                          )
                          )
COUNTY OF NEW YORK        )    ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Chinese into English of the attached document with Bates numbers ZHP00703012 to ZHP00703018.

Michael Stypa
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 3 day of April, 20 25
by Michael Stypa.

Notary Public





600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

Zhejiang Huahai Pharmaceutical Co., Ltd.
ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

| Number / No.: SMP-004.05 | Standard Management Procedure<br>STANDARD MANAGEMENT PROCEDURE | |
|---|---|---|
| | Title: Quality Record Management Procedure | Page No.:<br>Page 1 of 7 |
| | Title: Quality Record Management System | |

Effective Date: 11.01.2017
Next Review Date: 11.01.2019
Supersedes Document No.: SMP-004.04

| Role | Dept. | Signature & Date |
|---|---|---|
| **Originator** | Chuan Nan No. 1 Branch Factory Quality Management Department<br>QA | *Wang* [illegible] *09.22.2017* |
| **Reviewed by** | Chuan Nan No. 1 Branch Factory Quality Management Department<br>QA | *Hu* [illegible] *09.22.2017* |
| **Reviewed by** | Chuan Nan No. 2 Branch Factory Quality Management Department<br>QA | *Li Jinyi 09.25.2017* |
| **Reviewed by** | Xunqiao Branch Factory Quality Management Department<br>QA | *Zheng Meijiao 09.26.2017* |
| **Reviewed by** | Formulation Quality Management<br>QA | *Zheng* [illegible] *10.12.2017* |
| **Approved by** | Company Quality Responsible Person<br>CQA | *Ye* [illegible] *10.16.2017* |
| **Document Distributing Departments & Distribution No.** | | |
| ☒ Xunqiao Branch Factory Quality Management Department<br>API QA Dept. | ☒ Chuan Nan No. 1 Branch Factory Quality Management Department<br>API QA Dept. | ☒ Chuan Nan No. 2 Branch Factory Quality Management Department<br>API QA Dept. |
| ☒ Formulation Quality Management Department<br>Formulation QA Dept. | - | - |

**Photocopying is prohibited. / DO NOT COPY**

RESTRICTED CONFIDENTIAL INFORMATION                                                                 ZHP00703012

Zhejiang Huahai Pharmaceutical Co., Ltd.
ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

| Number / No.: SMP-004.05 | Standard Management Procedure STANDARD MANAGEMENT PROCEDURE | Page No.: Page 2 of 7 |
|---|---|---|
| | Title: Quality Record Management Procedure | |
| | Title: Quality Record Management System | |

**1. Purpose**
This management procedure aims to clarify the standard procedures for the design, writing, storage, and destruction of quality records to ensure that various activities related to cGMP are properly documented. This supports and traces the quality of products in production, quality control, and quality assurance, as well as compliance with current GMP and consistency with corresponding product registration information.

**2. Scope**
2.1 This procedure applies to all quality records related to cGMP at Huahai Pharmaceutical Co., Ltd.'s Xunqiao Plant, Formulation Plant, and Chuan Nan Plant.
2.2 The quality records mentioned in this procedure refer to the company's third-level quality documents as specified in the "Company Quality Document Management Procedure (SMP-002)", section 5.2: primarily including forms, registration documents, various reports (validation reports, annual product review reports), charts, photographs, and printed original data records.
2.3 Records involving confidentiality, such as batch production records, should be managed according to the "Management Regulations for Confidential Materials such as Product Process Regulations, Job Operating Procedures, and Process Validation Documents (SOPIT-001)".

**3. Definition**
3.1 Form (FOM) - A type of controlled document used to record operations or results, which can be copied as needed. For example: batch production records, batch packaging records, cleaning records, equipment calibration and preventive maintenance records, inspection and testing records, testing report forms, investigation reports of anomalies, warehouse temperature and humidity records and alarm records, training records, etc.
3.2 Registration Document (REG) - A type of controlled document whose information is pre-approved and cannot be copied again. For example: a list of approved suppliers.

**4. Responsibilities**
4.1 The Quality Management Department is responsible for approving quality records drafted by various departments and supervising the management of these records.
4.2 Each department is responsible for drafting, reviewing, collecting, and safeguarding its quality records.

**Photocopying is prohibited. / DO NOT COPY**

RESTRICTED CONFIDENTIAL INFORMATION                                                                          ZHP00703013

Zhejiang Huahai Pharmaceutical Co., Ltd.
ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

| Number / No.:<br>SMP-004.05 | Standard Management Procedure<br>STANDARD MANAGEMENT PROCEDURE | Page No.:<br>Page 3 of 7 |
|---|---|---|
| | Title: Quality Record Management Procedure | |
| | Title: Quality Record Management System | |

**5. Procedure**
5.1 The management of quality records must adhere to the basic principles of data integrity.
5.2 Classification of Quality Records
   Quality records that need to be controlled can be divided into the following two types:
   ➢ Quality records related to the operation of the quality system, such as supplier confirmations, deviation investigations, corrective and preventive actions, and training records.
   ➢ Records related to products, such as batch production records and inspection records.
5.3 Design of Quality Records
5.3.1 Quality records should include a title, number, execution date, reference document number, and ensure the uniqueness of the number. Sufficient space should be left for filling in data, and specific operational steps and recording requirements should be clearly specified in the relevant Standard Operating Procedures (SOP) if needed.
5.3.2 The drafting, review, approval, effectiveness, and revision of quality records should follow the "Company Quality Document Management Procedure (SMP-002)".
5.4 Writing Records
5.4.1 Records should be filled in promptly, with truthful content, clear and legible handwriting, and resistance to erasure. Advance recording and retrospective recording are not allowed.
   1) **Timely:** Records should be made during operations. No advance or delay; record at the step being executed.
   2) **Accurate:** Fill in based on actual execution and data. The precision of recorded data should align with process requirements. For digital instruments, the displayed result should be recorded directly.
   3) **Truthful:** It is strictly prohibited to record or fabricate data irresponsibly. Fill in truthfully based on actual conditions.
   4) **Complete:** All factors affecting product quality must be recorded, and anomalies must be documented in detail. Generally, fill in the designed forms completely. If a specific item in the record form has no data or is not applicable, it should be crossed out or marked accordingly, leaving no blanks. If no content is to be filled, use "-" or "NA" or "N/A". For identical content as above, it should be rewritten; do not use "same" or "as above". For large areas with many blanks, cross them out with a "\" or draw a "Z" line across the entire area, signing with the name and date of the person who made the mark. (Note: When the quantity is zero, write "0"; do not use "N/A".)
5.4.2 Records should be filled in using black or blue ballpoint pens; pencils and ballpoint pens are not allowed to ensure long-term preservation and traceability of production conditions.

**Photocopying is prohibited. / DO NOT COPY**

RESTRICTED CONFIDENTIAL INFORMATION                              ZHP00703014

Zhejiang Huahai Pharmaceutical Co., Ltd.
ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

| Number / No.: SMP-004.05 | Standard Management Procedure<br>STANDARD MANAGEMENT PROCEDURE | Page No.:<br>Page 4 of 7 |
|---|---|---|
| | Title: Quality Record Management Procedure<br><br>Title: Quality Record Management System | |

5.4.3 Regulations for Filling Dates: Dates can be formatted in the following two styles in both Chinese and English. The year, month, and day must be fully written out, with the year expressed in four digits without abbreviations.
   1) Chinese Format (Numbers): YYYY.MM.DD. For example, "2010 Year 12 Month 1 Day" can be written as "2010.12.1" or "2010.12.01", but not as "10/12/01" or "10.12.01".
   2) English Format (English + Numbers): The month should be expressed in English or as an abbreviation. For example, "2010 Year 12 Month 1 Day" can be written as "December 01, 2010", "01 December, 2010", "Dec. 01, 2010", "01 Dec., 2010", "Dec./01/2010", or "01/Dec./2010", etc.
   3) Previous dates must not be signed. If the date is not recorded in time, the current date should be signed and the actual operation date and reason should be noted.
5.4.4 Regulations for Filling Time: Time should be recorded in Beijing Standard Time.
   1) Hours should be expressed in either 24-hour or 12-hour format. For example: "from 08:30 to 20:30" is equivalent to "from 8:30 a.m. to 8:30 p.m.".
   2) Hours, minutes, and seconds can be expressed in formats of HH:MM:SS and MM'SS. For example: 12:30:30, 1'23".
5.4.5 Regulations for Filling Names:
   1) Generally, full names should be signed; abbreviations, cursive writing, or only writing the surname or given name are not allowed.
   2) Conditions for Abbreviated Signatures: Abbreviated signatures must have a registration record for traceability, and the signing method must be consistent with the registration record. Abbreviated signatures are allowed for internal inspection or operational records, for example, QC signatures on the first page of a series of charts, with abbreviated signatures used on subsequent charts. However, external documents such as reports/COAs are not allowed to have abbreviated signatures.
5.4.6 Other Regulations:
   1) If editing directly on an approved electronic form, the form must be edited in a non-modifiable file format to ensure that the original approved format and content do not change. The final printed version must be confirmed by QA.
   2) Blank electronic forms are managed by QA, and other departments must request them from QA each time they are used. QA must verify the version of the forms during review.
5.5 Modifications of Records
5.5.1 Records should remain clean and must not be torn, arbitrarily altered, or rewritten; correction fluid should not be used.
5.5.2 If a record is incorrectly written and needs correction, two neat lines should be drawn through the incorrect part so that the original data remains legible. The corrected content should be written in the blank space near the modification, and the person making the change must sign and date the correction. If necessary, the reason for the change should be noted, such as changing a process parameter from out of range to within range.

**Photocopying is prohibited. / DO NOT COPY**

RESTRICTED CONFIDENTIAL INFORMATION                                                                      ZHP00703015

Zhejiang Huahai Pharmaceutical Co., Ltd.
ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

| Number / No.: SMP-004.05 | Standard Management Procedure<br>STANDARD MANAGEMENT PROCEDURE | |
|---|---|---|
| | Title: Quality Record Management Procedure | Page No.:<br>Page 5 of 7 |
| | Title: Quality Record Management System | |

5.5.3 When notes need to be added to records, an annotation symbol should be indicated in the relevant place, such as "*", "△", numbers, or by directly writing "Note:". Annotations should be made on the same page as the note, (they can also be on other appropriate pages, but the connection and confirmation signature should be clearly indicated). The person making the note must sign and date it; if necessary, a supervisor or QA must confirm with their signature and date.

   Important points for the annotation process: 1) Avoid confusion with annotation symbols; 2) Ensure connectivity before and after the annotation.

5.5.4 If a record needs to be rewritten, the original record must not be destroyed and should be kept as an attachment to the rewritten record.

5.6 Review and Inspection of Records

5.6.1 Any process parameters or operations that significantly affect product quality, yield, safe production, and environmental protection must be reviewed. Management personnel should regularly inspect other records and sign for confirmation.

5.6.2 Records printed from instruments with automatic printing (such as temperature and humidity, dust particle counts, etc.) must be reviewed, and the printed records should be signed and dated. For multi-page prints that constitute a complete record for a cycle/set, if the printed records are not numbered, they must be numbered, e.g., "1/3, 2/3...", and signed and dated on the first or last page. Moreover, the paper used for automatic printing should generally not be thermal paper; if restricted by the instrument, thermal paper must be used, and data on thermal paper should be regularly backed up, either by photocopying or photographing. The contents of the photocopy or photograph must be confirmed and signed for retention.

5.6.3 Photos used as records must be signed and dated after printing. For instance, when using thin-layer chromatography (TLC) to evaluate the reaction process, the chromatogram must be photographed and signed and dated after printing.

5.6.4 If formulas, notes, or other content need to be written on printed records, they must be signed and dated. Additional content or annotations on already written records also require signing and dating.

5.7 Management of External Records: For example, supplier/customer inspection reports must be reviewed for completeness and accuracy upon receipt, and signed and dated. If data needs to be referenced, consistency and traceability must be ensured; if directly referring to external records, proper documentation linking must be done to ensure traceability.

5.8 Storage and Disposal of Records

5.8.1 Various quality records should be collected and archived in a timely manner for ease of use and reference. They should also be properly stored to prevent damage, deterioration, or loss.

5.8.2 Duration of Record Retention:

   1) Records used for production, control, and sales should be retained for one year after the expiration date of the batch product;

   2) For raw materials with specified re-inspection periods, records should be retained for three years after the entire batch of product has been dispatched, or for one year after the re-inspection period, whichever is longer.

**Photocopying is prohibited. / DO NOT COPY**

RESTRICTED CONFIDENTIAL INFORMATION                                                                                  ZHP00703016

Zhejiang Huahai Pharmaceutical Co., Ltd.
ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

| Number / No.:<br>SMP-004.05 | Standard Management Procedure<br>STANDARD MANAGEMENT PROCEDURE | |
|---|---|---|
| | Title: Quality Record Management Procedure | Page No.:<br>Page 6 of 7 |
| | Title: Quality Record Management System | |

3) For customers with a quality agreement, preservation should be conducted according to the agreement requirements;
4) Quality research analysis data, DMF, ANDA, and other documents and records (paper, handwritten drafts, electronic versions) should be preserved until the product is no longer produced or sold;
5) Quality system documents should be permanently preserved, except for changed documents, and other quality system documents (such as CAPA, deviations, annual product reviews) should be preserved for 10 years;
6) Verification documents (such as process validation documents, equipment facility confirmation documents, method validation documents, etc.) and deviations occurring during the verification process should be permanently preserved.

5.8.3 Various quality records must not be lost or handled without authorization within the stipulated retention period; when quality records reach their storage period and need to be disposed of, the destruction of quality records should be recorded in the "Document Destruction Record (Q/ZHH QA-011)" and approved by the quality management department manager. After approval, destruction should be conducted under QA supervision, and destruction methods may include tearing, shredding, or incineration.

5.8.4 The requirements for filling in labels are the same as for records. For used or discarded material packaging (barrels, cartons, plastic bags, etc.), the labels (status labels, product labels, etc.) should be promptly marked out with a marker or torn off.

5.9 Other requirements for drafting various forms/reports:

5.9.1 For various forms/reports, such as verification documents, annual product review reports, change application forms, etc., if multiple attachments are added for supplementary explanations after the main text section, an index for each attachment should be provided in the main text section, or a list of attachments should be added at the end of the main text.

5.9.2 Attachments used to supplement the main text of various forms/reports should have separate page numbering for each attachment, such as "1/3, 2/3..." or "Page 1 of 5; Page 2 of 5...", which can be designed at drafting time or filled in manually as needed, and signatures and dates should be placed on the first page or last page.

5.9.3 If errors in text editing are found after completing the drafting and archiving of various forms/reports but do not affect the conclusion of the entire document, the drafting department may correct them, and the document correction form {T-QA-04401(SMP-004)} should be approved by QA and kept as an attachment to the original report.

5.9.4 Naming of various reports must be distinct to avoid confusion.

5.10 Other notes:
The receipt, writing, review, and other requirements for laboratory records (inspection records, auxiliary records, reports, etc.) are detailed in "Laboratory Record Writing and Review (SOP QC-021)."

6 **Reference**
6.1 Good Manufacturing Practice for Pharmaceutical Products (2010 Revision)
6.2 Company Quality Document Management Procedure (SMP-002)

**Photocopying is prohibited. / DO NOT COPY**

RESTRICTED CONFIDENTIAL INFORMATION                                    ZHP00703017

Zhejiang Huahai Pharmaceutical Co., Ltd.
ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

| Number / No.:<br>SMP-004.05 | Standard Management Procedure<br>STANDARD MANAGEMENT PROCEDURE | Page No.:<br>Page 7 of 7 |
|---|---|---|
| | Title: Quality Record Management Procedure | |
| | Title: Quality Record Management System | |

**7 Appendix**
7.1 Document Errata Template {T-QA-04401(SMP-004)}

**8 Change History**

| Version No | Effective Date | Summary of Changes from Previous Version |
|---|---|---|
| 01 | 05.15.2011 | This document is newly issued. New Version. |
| 02 | 09.01.2012 | (1) Added signature requirements for original records (temperature and humidity, dust particle counts, photos, etc.) in sections 5.5.2 to 5.5.4.<br>(2) Updated document number for the document destruction form and confidential document management regulations.<br>(3) Indexed "Writing and Review of Laboratory Records (SOP QC-021)." |
| 03 | 09.15.2014 | Revised section 5.7.2:<br>"2) For raw materials with specified re-inspection periods, records should be retained for three years after the entire batch of products has been dispatched, or for one year after the re-inspection period, whichever is longer; if less than five years, at least retain for five (5) years." |
| 04 | 08.15.2016 | Revised section 5.2.1 to add the following provision:<br>If needed, specific operational steps and recording requirements for each step should be clearly defined in the relevant Standard Operating Procedures (SOP). |
| 05 | *11.01.2017* | (1) Added "The management of quality records must adhere to the basic principles of data integrity" in section 5.1.<br>(2) Removed descriptions related to records from suppliers in section 5.2, and changed the classification of quality records from three types to two types.<br>(3) Added relevant requirements for electronic forms in section 5.4.6.<br>(4) Detailed requirements for the paper used in automatic printing instruments in section 5.6.2.<br>(5) Clarified regulations regarding the retention period of records.<br>(6) Added requirements for drafting various forms/reports in section 5.9. |

**Photocopying is prohibited. / DO NOT COPY**

RESTRICTED CONFIDENTIAL INFORMATION                                                                                              ZHP00703018

浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

| 编号 No.:<br>SMP-004.05 | 标准管理程序<br>STANDARD MANAGEMENT PROCEDURE | |
|---|---|---|
| | 名称：质量记录管理程序<br>Title: Quality Record Management System | 页码 Page:<br>Page 1 of 7 |

生效日期 Effective Date: 2017.11.01

下次审核日期 Next Review Date: 2019.11.01

替代文件编号 Supersedes Document No.: SMP-004.04

| 职能<br>Role | 部门<br>Dept. | 签名&日期<br>Signature & Date |
|---|---|---|
| 起草人<br>Originator | 川南一分厂质量管理部<br>QA | [signature] 2017.09.22 |
| 审核人<br>Reviewed by | 川南一分厂质量管理部<br>QA | [signature] 2017.09.22 |
| 审核人<br>Reviewed by | 川南二分厂质量管理部<br>QA | [signature] 2017.9.25 |
| 审核人<br>Reviewed by | 汛桥分厂质量管理部<br>QA | [signature] 2017.09.26 |
| 审核人<br>Reviewed by | 制剂质量管理部<br>QA | [signature] 2017.10.12 |
| 批准人<br>Approved by | 公司质量负责人<br>CQA | [signature] 2017.10.16 |

文件发放部门及分发号 Distributed Departments & No.

| ☒ 汛桥分厂质量管理部<br>API QA Dept. | ☒ 川南一分厂质量管理部<br>API QA Dept. | ☒ 川南二分厂质量管理部<br>API QA Dept. |
|---|---|---|
| ☒ 制剂质量管理部<br>Formulation QA Dept. | — | — |

禁止复印 DO NOT COPY

RESTRICTED CONFIDENTIAL INFORMATION                    ZHP00703012

| 编号 No.: SMP-004.05 | 标准管理程序<br>STANDARD MANAGEMENT PROCEDURE | |
|---|---|---|
| | 名称：质量记录管理程序<br>Title: Quality Record Management System | 页码 Page:<br>Page 2 of 7 |

## 1 目的 PURPOSE

本管理程序旨在明确质量记录的设计、书写、保存及销毁的规范程序，确保与 cGMP 有关的各种活动均有记录，以保证产品生产、质量控制和质量保证等活动对产品的质量、对现行 GMP 的遵守、以及与对应产品注册信息的一致等方面有效支持和追溯。

## 2 范围 SCOPE

2.1 本程序适用于华海药业股份有限公司汛桥分厂、制剂分厂及川南分厂所有与 cGMP 有关的质量记录。

2.2 本程序提到的质量记录指"公司质量文件管理程序（SMP-002）"中 5.2 规定的公司第三级质量文件：主要包括表格、登记文件，各类报告（验证报告、年度产品回顾报告）、图表、照片、打印的原始数据的记录等形式。

2.3 批生产记录等涉及绝密的记录应按"产品工艺规程、岗位操作规程、工艺验证文件等绝密资料的管理规定（SOP IT-001）"进行管理。

## 3 定义 DEFINITION

3.1 表格–Form (FOM)，一类用于记录操作或结果的受控文件。表格可以按需复印使用。

例如：批生产记录、批包装记录、清洁记录、设备校正和预防性维护记录、检验检测记录、检测报告单、异常情况调查报告、仓库温湿度记录及报警记录、培训记录等。

3.2 登记文件–Register (REG)，一类其信息提前批准的受控文件。

例如：合格供应商一览表等。禁止再次复印使用。

## 4 职责 RESPONSIBILITIES

4.1 质量管理部负责审批各部门起草的质量记录，并监督各部门质量记录的管理

4.2 各部门负责起草、审核、收集并保管本部门的质量记录

RESTRICTED CONFIDENTIAL INFORMATION                                                                              ZHP00703013

| 编号 No.:<br>SMP-004.05 | 标准管理程序<br>STANDARD MANAGEMENT PROCEDURE | |
|---|---|---|
| | 名称：质量记录管理程序<br>Title: Quality Record Management System | 页码 Page:<br>Page 3 of 7 |

**5 程序 PROCEDURE**

5.1 质量记录的管理需遵循数据完整性的基本原则。

5.2 质量记录的分类

对需要控制的质量记录，可分为以下两种类型：

- ➢ 与质量体系运行有关的质量记录，例如供应商确认、偏差调查、纠正与预防措施、培训等记录；
- ➢ 与产品有关的记录，例如批生产记录、检验记录等；

5.3 质量记录的设计

5.3.1 质量记录应当有题目、编号、执行日期、参考文件编号等信息，并确保编号的唯一性。设计时留有填写数据的足够空格，如需要，应在具体岗位操作程序（SOP）中明确规定每个步骤的具体操作及记录要求。

5.3.2 质量记录的起草、审核、批准、生效及修订，请参照"公司质量文件管理程序（SMP-002）"。

5.4 记录的书写

5.4.1 记录应当及时填写，内容真实，字迹清晰、易读，不易擦除。不得超前记录和回忆记录。

1) 及时：在操作中及时记录。不提前，不滞后，执行到哪个步骤，记录到哪步。

2) 准确：按实际执行情况和数据填写，填写数据精度应与工艺要求一致，若为数显仪的应直接记录数显仪显示的结果。

3) 真实：严禁不真实、不负责地随意记录或捏造数据和记录，根据实际情况，如实填写。

4) 完整：对影响产品质量的因素均应记录，对异常情况必须详细记录。一般按照设计的表格填写完整即可。记录表格中的某项没有数据或不适用时需要按规定划掉或标注，不得留有空格，如无内容填时要用"——"或"NA"、"N/A"表示，内容与前面相同时应重新抄写，不得用"〃"或"同上"表示，对于出现大批空格的部分，可用"\"将空白处划掉或在整个区域内横贯的划"Z"线，同时签上划线人名字及日期。（注：当数量为零时，填写"0"，不用"N/A"表述。）

5.4.2 记录应使用黑色或蓝色的碳水笔填写，不得使用铅笔和圆珠笔，确保长时间保存，仍能从记录中追溯当时生产的情况。

禁止复印 DO NOT COPY

RESTRICTED CONFIDENTIAL INFORMATION                    ZHP00703014

| 编号 No.:<br>SMP-004.05 | 标准管理程序<br>STANDARD MANAGEMENT PROCEDURE | |
|---|---|---|
| | 名称：质量记录管理程序<br>Title: Quality Record Management System | 页码 Page:<br>Page 4 of 7 |

5.4.3 日期的填写规定：日期可以采用以下中英文两种格式，年月日必须写全，其中年份必须用四位数表述，不得简写。

   1）中文格式（数字）：YYYY.MM.DD。例，"2010 年 12 月 1 日"，可以写成"2010.12.1"或"2010.12.01"，但不得写成"10/12/01"或"10.12.01"。

   2）英文格式（英语+数字）：其中月份用英文或英文缩写表示。例，2010 年 12 月 1 日可以写为 December 01,2010 或 01 December,2010 或 Dec.01,2010 或 01 Dec.,2010 或 Dec./01/2010 或 01/Dec./2010 等。

   3）不得现在签以前的日期。若未及时记录日期，应签名并签当前日期，还要注明实际操作日期及原因。

5.4.4 时间的填写规定：时间应使用当时的北京标准时间。

   1）小时应表述为 24 小时制格式或 12 小时制格式。例："自 08:30 至 20:30"等价于"自 8:30a.m.至 8:30p.m."。

   2）小时分钟秒钟可表述为 HH：MM：SS 和 MM'SS"两种格式。例：12:30:30，1'23"。

5.4.5 姓名的填写规定：

   1）一般情况下，应签全名，不可简写、草写、或只写姓或名。

   2）简签填写条件：简签必须有登记记录，可追溯，简签方式要与登记记录一致；非对外提供的检验或操作记录允许简签，例如 QC 一个序列的图谱在首页签名和日期，后面的图谱可采用简签，同时一些空间不足处也可使用简签方式，报告单/COA 等对外提供的文件不允许简签。

5.4.6 其他规定：

   1）若直接在已批准的电子表格上编辑，表格须采用不能修改的文件格式进行编辑，确保原批准的格式和内容不发生变化，同时最终打印签字 QA 确认为准；

   2）空白电子表格由 QA 进行管理，其他部门每次使用需要向 QA 领用，QA 在审核时需要对表格的版本进行审核确认。

5.5 记录的修改

5.5.1 记录应当保持清洁，不得撕毁和任意涂改或重新描写记录，不得使用涂改液。

5.5.2 记录写错需修改时，应在需修改的地方整齐得划上两条线，使原数据仍可辨认，在修改附近空白处写上更正的内容，并由更改者签名并注明更改日期；必要时，注明更改原因，如工艺参数由不在范围内更改成在范围内。

禁止复印 DO NOT COPY

RESTRICTED CONFIDENTIAL INFORMATION                                    ZHP00703015

| 编号 No.: SMP-004.05 | 标准管理程序 STANDARD MANAGEMENT PROCEDURE | 页码 Page: Page 5 of 7 |
|---|---|---|
| | 名称：质量记录管理程序 Title: Quality Record Management System | |

5.5.3 记录需要备注时，应在需要备注的地方标明上标符号，如"*""△"、数字或直接写明"备注："等，在需要备注的当页进行备注说明，（也可备注在其他适当页，但应做好备注说明的链接和签名确认）并由备注者签名/日期；必要时，由上级主管或QA进行确认签名/日期。

备注过程需注意：1）备注符号避免混淆；2）备注前后的链接性。

5.5.4 记录如需重新誊写，则原有记录不得销毁，应当作为重新誊写记录的附件保存。

5.6 记录的复核和检查

5.6.1 凡对产品质量、收率、安全生产及环境保护有重要影响的工艺参数或操作过程必须复核。管理人员需要定期对其他记录进行检查并签字确认。

5.6.2 带有自动打印的仪器（温湿度、尘埃粒子数等）打印出来后需复核，并在打印出来的记录上签字和日期。多页打印且为一个周期/一套的完整的记录，如打印的记录上没有页码，则需编上页码，如"1/3，2/3…"，并在首页或最后一页上签字和日期，同时自动打印的仪器使用的纸张原则上不得为热敏纸；若为仪器限制，必须使用热敏纸，需定期对热敏纸上的数据进行备份，可以采用复印或拍照的形式，对于复印或拍照的内容需确认后签字保存。

5.6.3 作为记录的照片打印后需签字和日期，如采用薄层色谱法（TLC）对反应过程进行判断，需对点板图进行拍照，打印后签字和日期。

5.6.4 在打印的记录上如需书写公式、备注内容等，需要签字和日期。在已经书写过的记录上补充或备注内容，同样需要再次签字和日期。

5.7 外来记录的管理：例如供应商/客户的检测报告，在接收时需审核其完整性及准确性并签字和日期。如需要引用数据，需确保数据一致性及可追溯性；如直接参见外来记录，做好文件的链接，确保可追溯性。

5.8 记录的保存和处置

5.8.1 各种质量记录应及时收集、归档，以便使用查阅。同时，应妥善保管，防止损坏、变质、丢失。

5.8.2 记录的保存时间：

1) 用于生产、控制和销售的记录应保留该批产品有效期后一年；

2) 对于有复验期规定的原料药，记录应保留至该批产品全部发出后三年，或复验期后一年，以时间较长者为准；

禁止复印 DO NOT COPY

| 编号 No.:<br>SMP-004.05 | 标准管理程序<br>STANDARD MANAGEMENT PROCEDURE | 页码 Page:<br>Page 6 of 7 |
|---|---|---|
| | 名称：质量记录管理程序<br>Title: Quality Record Management System | |

3）对于与客户有质量协议的按协议要求进行保存；

4）对于质量研究分析数据、DMF、ANDA 等文件及记录（纸张、手写稿、电子版）应保存至该产品不再生产、销售为止；

5）质量体系文件除变更文件永久保存，其余质量体系文件（如 CAPA、偏差、产品年度回顾）保存 10 年；

6）验证文件（如工艺验证文件、设备设施确认文件、分析方法验证文件等）及验证过程中产生的偏差需永久保存。

5.8.3 各种质量记录在规定保存期限内不得遗失或擅自处理；到贮存期限的质量记录需进行处置时，质量记录销毁应填写"文件销毁处置记录（Q/ZHH QA-011）"，由质管部经理批准。批准后应在 QA 的监督下销毁，销毁的方式可以采用撕毁、粉碎或者焚烧。

5.8.4 标识的填写要求等同记录，使用完的或废弃的物料包装（桶、纸箱、塑料袋等）的标识（状态标识、产品标识等）应及时用记号笔将原标识划去或将标识撕毁。

5.9 其他各类表格/报告起草要求：

5.9.1 对于各类表格/报告，如验证文件，年度产品回顾报告、变更申请表等，需在正文部分后面增加多个附件予以补充说明的，需在正文部分对每个附件进行索引或者正文部分的结尾处增加附件清单。

5.9.2 用于对各类表格/报告正文部分进行补充说明的附件，需对每一个附件进行单独的页码编辑，如"1/3，2/3…"或者"第 1 页，共 5 页；第 2 页，共 5 页…"，可以在起草时设计页码，也可以根据需要采用手动填写，并在首页或最后一页上签字和日期。

5.9.3 对于各类表格/报告完成起草并归档后，若发现文字编辑错误但是不影响整份文件的结论时，可以由起草部门对其进行勘误，文件勘误表｛T-QA-04401（SMP-004）｝，经 QA 批准后作为原报告的附件进行保存。

5.9.4 对于各类报告命名需进行区分，避免出现混淆。

5.10 其他说明：

实验室记录（检验记录、辅助记录、报告单等）的收发、书写、复核等要求见"实验室记录的书写与复核（SOP QC-021）"。

**6 参考资料 REFERENCE**

6.1 药品生产质量管理规范（2010 年修订版）

6.2 公司质量文件管理程序（SMP-002）

禁止复印 DO NOT COPY

RESTRICTED CONFIDENTIAL INFORMATION                ZHP00703017

| 编号 No.: SMP-004.05 | 标准管理程序 STANDARD MANAGEMENT PROCEDURE | |
|---|---|---|
| | 名称：质量记录管理程序 Title: Quality Record Management System | 页码 Page: Page 7 of 7 |

## 7 附录 APPENDIX

7.1 文件勘误模板 Document Errata〔T-QA-04401（SMP-004）〕

## 8 文件变更历史 CHANGE HISTROY

| 版本号 Version No | 生效日期 Effective Date | 主要变更描述 Summary of Changes from Previous Version |
|---|---|---|
| 01 | 2011.05.15 | 本文件为新订。New Version. |
| 02 | 2012.09.01 | （1）增加 5.5.2~5.5.4 原始记录（温湿度、尘埃粒子数、照片等）的签字要求； （2）文件销毁表格、绝密文件管理规定文件编号更新； （3）索引"实验室记录的书写与复核（SOP QC-021）"。 |
| 03 | 2014.09.15 | 修订 5.7.2 中"2）对于有复验期规定的原料药，记录应保留至该批产品全部发出后三年，或复验期后一年，以时间较长者为准；不足 5 年的至少保存 5 年；" |
| 04 | 2016.08.15 | 修订 5.2.1，增加如下规定：如需要，应在具体岗位操作程序（SOP）中明确规定每个步骤的具体操作及记录要求。 |
| 05 | 2017.11.01 | （1）增加 5.1 中"质量记录的管理需遵循数据完整性的基本原则"； （2）删除 5.2 中来自供应商的记录的相关描述，同时质量记录分类由三种类型更改为两种类型； （3）增加 5.4.6 电子表格的相关要求； （4）细化 5.6.2 自动打印仪器使用纸张的相关要求； （5）细化记录的保存时间的相关规定； （6）增加 5.9 其他各类表格/报告起草要求。 |

禁止复印 DO NOT COPY

RESTRICTED CONFIDENTIAL INFORMATION                    ZHP00703018