# Exhibit 8



STATE OF NEW YORK    )
                       )
                       )
COUNTY OF NEW YORK   )   ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached document, Dimethylformamide for Industrial Use.

Michael Stypa
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this ___ day of _May_ , 20 25 ,
by Michael Stypa.

Notary Public





600 California Street, 11ᵗʰ Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

**ICS 71.080.30**
**G 17**
Record Number: 27362-2010



# Chemical Industry Standard of People's Republic of China

**HG/T 2028-2009**
Replaces HG/T 2028-1991

# Dimethylformamide for industrial use

**Dimethylformamide for industrial use**

Published on: 12-04-2009                               Enforced on: 06-01-2010

Published by: Ministry of Industry and Information Technology of the People's Republic of China

HG/T 2028-2009

# Foreword

This standard replaces HG/T 2028-1991 "Industrial Dimethylformamide."

The main changes compared to HG/T 2028-1991 are as follows:

- The scope has been revised from "applicable to the production of industrial Dimethylformamide via the reaction of methyl formate with dimethylamine, primarily used in pharmaceuticals, pesticides, and organic chemicals" to "applicable to industrial Dimethylformamide synthesized via the one-step carbon monoxide method and the reaction of methyl formate with dimethylamine. This product is primarily used as a raw material for synthetic leather, artificial leather slurries, polyacrylonitrile spinning solvents, butadiene extraction solvents, and for manufacturing electronic chemicals, pharmaceuticals, and dye intermediates" (Section 1 of the 1991 version, Section 1 of this version).

- The appearance description "colorless transparent liquid" was changed to "transparent liquid, free of visible impurities" (Section 3.1 of the 1991 version, Section 3.1 of this version).

- The classification of product grades in the requirements has added a "superior grade" (Section 3.2 of the 1991 version, Section 3.2 of this version).

- The inspection items have eliminated "distillation test, refractive index" and added "mass fraction of Dimethylformamide, mass fraction of methanol, mass fraction of heavy components, mass fraction of iron, conductivity, and pH value (25°C, 20% aqueous solution)," while changing "acidity (calculated as formic acid) or alkalinity (calculated as dimethylamine)" into two independent inspection items (Section 3.2 of the 1991 version, Section 3.2 of this version).

- The color index for superior grade is ≤5, the moisture index was changed from "first grade ≤0.10%, qualified grade ≤0.20%" to "superior grade, first grade, and qualified grade ≤0.050%," the acidity index was changed from "first grade ≤0.01% and qualified grade ≤0.05%" to "superior grade ≤0.0010%, first grade ≤0.0020%, and qualified grade ≤0.0030%," and the alkalinity index was changed from "first grade ≤0.01%, qualified grade ≤0.05%" to "superior grade ≤0.0010%, first grade ≤0.0020%, and qualified grade ≤0.0030%" (Section 3.2 of the 1991 version, Section 3.2 of this version).

- A test method for appearance has been added (see 4.3).

- In the test methods, the indicator for acidity and alkalinity measurement has changed from "mixed indicator of neutral red and bromothymol blue" to "phenol red indicator for acidity measurement, and bromocresol green indicator for alkalinity measurement" (Section 4.5 of the 1991 version, Sections 4.8 and 4.9 of this version).

- Normative Appendix A has been added (see Appendix A).

Appendix A of this standard is a normative appendix.

This standard was proposed by the China Petroleum and Chemical Industry Association.

This standard is under the jurisdiction of the National Technical Committee for Chemical Standardization, Subcommittee on Organic Chemicals (SAC/TC63/SC2).

Drafting unit of this standard: Zhejiang Jiangshan Chemical Co., Ltd.

Participating drafting units of this standard: Shandong Hualu Hengsheng Chemical Co., Ltd., Anyang Jiutian Fine Chemical Co., Ltd., and Jiangsu Xinya Chemical Co., Ltd.

Main drafters of this standard: He Tianyu, Jiang Shuangying, Yuan Fuxing, Liu Zhongfa, Lu Xiaofang, and Wang Shaofeng.

This standard was first published in 1991.

Dimethylformamide for industrial use

I

HG/T 2028-2009

# Dimethylformamide for industrial use

**1 Scope**

This standard specifies the requirements, testing methods, inspection rules, labeling, packaging, transportation, storage, and safety for Dimethylformamide for industrial use. This standard is applicable to Dimethylformamide synthesized via the one-step carbon monoxide method and the reaction of methyl formate with dimethylamine. The product is primarily used as a raw material for synthetic leather, artificial leather slurries, polyacrylonitrile spinning solvents, butadiene extraction solvents, and for manufacturing electronic chemicals, pharmaceuticals, and dye intermediates.

Molecular Formula: $C_3H_7NO$

Structural Formula:

$$\begin{array}{c} CH_3 \\ | \\ O \quad N \\ \diagdown \quad \diagup \quad \diagdown \\ C \qquad CH_3 \\ | \\ H \end{array}$$

Relative Molecular Mass: 73.09 (according to the 2007 international relative atomic mass)

**2 Normative References**

The clauses of the following documents become clauses of this standard through reference in this standard. For dated references, only the version cited applies. All subsequent amendments (excluding corrections) or revisions do not apply to this standard; however, parties are encouraged to consider using the latest versions of these documents. For undated references, the latest version applies.

GB 190-1990 Hazardous Goods Packaging Symbols

GB/T 191-2008 Packaging and Transportation Symbols (mod ISO 780:1997)

GB/T 601-2002 Chemical Reagents - Preparation of Standard Titration Solutions

GB/T 602-2002 Chemical Reagents - Preparation of Standard Solutions for Impurity Determination (neq ISO 6353-1:1982)

GB/T 603-2002 Chemical Reagents - Preparation of Formulations and Products Used in Testing Methods (neq ISO 6353-1:1982)

GB/T 3143-1982 (2004) Method for Determining the Color of Liquid Chemical Products (Hazen Units - Platinum-Cobalt Color Number)

GB/T 6283-2008 Determination of Moisture Content in Chemical Products - Karl Fischer Method (General Method) (neq ISO 760:1978)

GB/T 6678-2003 General Principles for Sampling Chemical Products

GB/T 6680-2003 General Principles for Sampling Liquid Chemical Products (neq ISO 3170:1988)

GB/T 6682-2008 Specifications and Test Methods for Water Used in Analytical Laboratories (neq ISO 3696:1987)

GB/T 8170-2008 Rules for Rounding and Representation and Judgment of Limit Values

GB/T 9722-2006 Chemical Reagents - General Principles for Gas Chromatography

GB/T 9724-2007 Chemical Reagents - General Principles for pH Measurement

**3 Requirements**

**3.1** Appearance: Transparent liquid, free of visible impurities.

**3.2** Dimethylformamide for industrial use shall meet the technical requirements shown in Table 1.

1

HG/T 2028-2009

**Table 1 Technical Requirements**

| Item | | Indicator | | |
|---|---|---|---|---|
| | | Superior Grade | First Grade | Qualified Grade |
| Dimethylformamide w/% | ≥ | 99.9 | 99.5 | |
| Methanol w/% | ≤ | 0.0010 | 0.0030 | 0.0050 |
| Heavy Components (calculated as Dimethylacetamide) [a] w/% | | To be negotiated and determined between supply and demand parties | | |
| Color/Hazen Units (Platinum-Cobalt Color Number) | ≤ | 5 | 10 | 20 |
| Water w/% | ≤ | 0.050 | | |
| Iron w/(mg/kg) | ≤ | 0.05 | | |
| Acidity (calculated as formic acid) w/% | ≤ | 0.0010 | 0.0020 | 0.0030 |
| Alkalinity (calculated as dimethylamine) w/% | ≤ | 0.0010 | 0.0020 | 0.003 0 |
| pH value (25℃, 20% aqueous solution) | | 6.5~8.0 | | |
| Conductivity (25℃)/(μS/cm) | ≤ | 2.0 | - | |
| [a] Heavy components refer to the sum of all chromatographic impurity components after the main peak of Dimethylformamide in the chromatogram. | | | | |

## 4 Testing Methods

### 4.1 Warning

Some testing processes specified in the testing methods may lead to hazardous situations; operators should take appropriate safety and protective measures.

### 4.2 General Provisions

Unless otherwise specified, only analytical-grade reagents and the third-grade water specified in GB/T 6682-2008 should be used in the analysis. Standard titration solutions and standard solutions for impurity determination should be prepared according to GB/T 601-2002, GB/T 602-2002, and GB/T 603-2002 unless otherwise indicated.

### 4.3 Appearance

In a 100 mL stoppered colorimetric tube, add 50 mL of the sample, and observe vertically from above under adequate lighting.

### 4.4 Determination of Dimethylformamide, Methanol, and Heavy Component Content

#### 4.4.1 Method Summary

Gas chromatography is used under selected working conditions. The sample is vaporized and passed through the chromatographic column to separate its components, which are detected using a flame ionization detector (FID). The quantification is performed using the area normalization method. The moisture content measured by the Karl Fischer volumetric method or coulometric method is used to correct the quantification results for Dimethylformamide, methanol, and heavy components.

#### 4.4.2 Reagents

**4.4.2.1 Nitrogen:** Volume fraction greater than 99.95%, dried and purified with silica gel or molecular sieves.

**4.4.2.2 Hydrogen:** Volume fraction greater than 99.5%, dried and purified with silica gel or molecular sieves.

**4.4.2.3 Air:** Dried and purified with silica gel or molecular sieves.

#### 4.4.3 Instruments

**4.4.3.1 Gas Chromatograph:** Equipped with a flame ionization detector (FID), sensitivity and stability should comply with the relevant provisions of GB/T 9722-2006.

**4.4.3.2 Chromatographic Data Processor or Integrator.**

**4.4.3.3 Microliter Syringe:** 1 μL.

#### 4.4.4 Chromatographic Column and Typical Operating Conditions

The recommended chromatographic column and operating conditions are shown in Table 2. Typical chromatograms and relative retention values of each component are presented in Appendix A, Figure A.1 and Table A.1. Other chromatographic columns and operating conditions that achieve equivalent separation may also be used.

2

HG/T 2028-2009

**Table 2. Recommended Chromatographic Column and Operating Conditions**

| Capillary Chromatographic Column | 30m × 0.53mm × 1.0μm |
|---|---|
| Filling Material | PEG-20M |
| Vaporization Temperature / ℃ | 200 |
| Column Oven Temperature | Initial Temperature 100℃, hold for 2 min. Ramp rate 20℃/min to 160℃, hold for 10 min |
| Detector Temperature / ℃ | 200 |
| Carrier Gas (Nitrogen) Flow Rate / (mL/min) | 30 |
| Fuel Gas (Hydrogen) Flow Rate / (mL/min) | 35 |
| Combustion Air Flow Rate / (mL/min) | 350 |
| Split Ratio | 1:8 |
| Injection Volume / μL | 1 |

**4.4.5 Analytical Steps**

Adjust the instrument to the operating conditions shown in Table 2 as per the instrument manual, and begin measurement once the instrument stabilizes. Use the area of the chromatographic peaks for each component and their correction factors to perform area normalization quantification. The determination of correction factors is detailed in Appendix A, Section A.3.

**4.4.6 Result Calculation**

The mass fraction $w_i$ of Dimethylformamide, methanol, and heavy components is expressed as a percentage and calculated using the formula:

$$w_i = (100 - w_2) \frac{f_i A_i}{\sum f_i A_i} \quad \ldots\ldots\ldots\ldots\ldots\ldots\ldots\ldots \text{(1)}$$

where:

$A_i$ = area of the chromatographic peak for component $i$;
$f_i$ = relative correction factor for component $i$;
$w_2$ = mass fraction of water in the sample measured in Section 4.6.

The arithmetic mean of the results from two parallel measurements should be reported. The absolute difference between the two parallel measurements for Dimethylformamide content should not exceed 0.05%, for methanol content should not exceed 0.0002%, and for heavy component content should not exceed 0.002%.

**4.5 Determination of Color**

Conducted according to GB/T 3143-1982 (2004).

**4.6 Determination of Moisture**

**4.6.1 Karl Fischer Coulometric Method (Arbitration Method)**

**4.6.1.1 Method Summary**

The moisture in the sample reacts quantitatively with iodine and sulfur dioxide in the electrolyte according to the reaction:

$$I_2 + SO_2 + H_2O \rightarrow 2HI + SO_3$$
$$2I^- - 2e^- \rightarrow I_2$$

The number of iodine molecules participating in the reaction equals the number of water molecules, and the iodine generated electrolytically is proportional to the electric charge consumed. According to Faraday's law, the amount of water is determined from the measured electric charge consumed.

**4.6.1.2 Reagents**

Electrolyte: Karl Fischer reagent or electrolytic liquid used with the Karl Fischer coulometric moisture analyzer (commercially available reagent).

**4.6.1.3 Instruments**

**4.6.1.3.1 Karl Fischer Coulometric Moisture Analyzer**

Equipped with electrolytic and detection electrodes, with an accuracy of detecting 10 μg to 1000 μg of water, and not exceeding 3 μg of water. Other coulometric trace moisture analyzers that meet analytical requirements can also be used.

Dimethylformamide for industrial use

3

HG/T 2028-2009

**4.6.1.3.2 Syringe: 10 mL**
**4.6.1.3.3 Balance: Readability 0.1 mg**
**4.6.1.4 Analytical Steps**
Add the electrolyte, adjust the instrument according to the manual, and calibrate once the instrument is in working condition. Using the syringe, take approximately 5 mL of the laboratory sample (or adjust based on the water content in the sample), seal the syringe needle hole with a rubber pad, and weigh it to an accuracy of 0.1 mg. After injecting into the moisture analyzer, weigh the syringe again with the rubber pad sealed, also to an accuracy of 0.1 mg. After the reaction is complete, read the mass of water on the display or directly input the sample mass to read the moisture mass fraction.

**4.6.1.5 Result Calculation**
The mass fraction of water $w_2$ is expressed as a percentage and calculated using the formula (2):

$$w_2 = \frac{m_1}{m_2 - m_3} \times 100 \quad \text{....... (2)}$$

where:
$m_1$ = mass of water displayed on the moisture analyzer, in grams (g);
$m_2$ = mass of the syringe before sampling and the sample, in grams (g);
$m_3$ = mass of the syringe after sampling and the sample, in grams (g).
The arithmetic mean of the results from two parallel measurements should be reported. The absolute difference between the two parallel measurements should not exceed 0.0020%.

**4.6.2 Karl Fischer Volumetric Method**
Conducted according to GB/T 6283-2008. The arithmetic mean of the results from two parallel measurements should be reported. The absolute difference between the two parallel measurements should not exceed 0.0020%.

**4.7 Determination of Iron Content**
**4.7.1 Principle of the Method**
The laboratory sample is directly mixed with an excess of hydroxylamine hydrochloride solution and 1,10-phenanthroline ethanol solution, diluted with ethanol, and the iron content in the sample is measured using spectrophotometry at 510 nm.

**4.7.2 Reagents**
**4.7.2.1 Anhydrous Ethanol.**
**4.7.2.2 Hydroxylamine Hydrochloride Solution:** 100 g/L.
**4.7.2.3 1,10-Phenanthroline Ethanol Solution:** 3 g/L.
Dissolve 0.9 g of 1,10-phenanthroline ($C_{12}H_8N_2 \cdot H_2O$) in 300 mL of ethanol and mix well.
**4.7.2.4 Iron ($Fe^{2+}$) Standard Solution:** 0.005 mg/mL ($Fe^{2+}$).
Measure 25.00 mL of the 0.1 mg/mL iron ($Fe^{2+}$) standard solution into a 500 mL volumetric flask, dilute with water to the mark, and mix well.

**4.7.3 Instruments**
**4.7.3.1 Visible Spectrophotometer.**
**4.7.3.2 Cuvette:** 5 cm.
**4.7.4 Analytical Steps**
**4.7.4.1 Construction of Standard Curve**
In seven 100 mL volumetric flasks, add 0.00 mL, 1.00 mL, 2.00 mL, 3.00 mL, 4.00 mL, 5.00 mL, and 6.00 mL of iron standard solution, respectively. Add water to approximately 75 mL, then add 5 mL of hydroxylamine hydrochloride solution, mix, and let it stand for 5 minutes. Then add 10 mL of 1,10-phenanthroline ethanol solution, mix, and dilute to the mark with ethanol. Stopper the flasks and mix again. The amounts of iron in each volumetric flask are 0 μg, 5 μg, 10 μg, 15 μg, 20 μg, 25 μg, and 30 μg, respectively. After standing for 5 minutes, use the solution without added iron standard solution as a reference. Measure the absorbance of the differently colored solutions at 510 nm using a 5 cm cuvette. Plot the iron content (μg) on the x-axis and the corresponding absorbance on the y-axis to create the standard curve.

4

HG/T 2028-2009

**4.7.4.2 Sample Determination**
In two 100 mL volumetric flasks, add 75.00 mL of the laboratory sample. The steps for adding hydroxylamine hydrochloride solution are the same as those for preparing the standard curve. Use the sample solution without the color reagent as a reference to measure the absorbance of the sample after the color reagent is added. Determine the iron content (μg) of the sample from the standard curve.
**4.7.5 Result Calculation**
The mass fraction of iron $w_3$ in the sample is expressed in mg/kg and calculated using the formula (3):

$$w_3 = \frac{m_4}{\rho V} \ldots\ldots\ldots\ldots (3)$$

where:
$m_4$ = mass of iron in the sample obtained from the standard curve, in micrograms (μg);
$\rho$ = density of p-Dimethylformamide sample (0.9455), in grams per cubic centimeter (g/cm³);
$V$ = volume of the sample, in milliliters (mL).
The arithmetic mean of the results from two parallel measurements should be reported. The absolute difference between the two parallel measurements should not exceed 0.005 mg/kg.
**4.8 Determination of Acidity**
**4.8.1 Principle of the Method**
Using phenol red as an indicator, the sample's free acidic substances are titrated with a standard sodium hydroxide solution.
**4.8.2 Reagents**
**4.8.2.1 Standard Sodium Hydroxide Titration Solution:** c(NaOH) = 0.01 mol/L.
**4.8.2.2 Phenol Red Indicator Solution:** 1 g/L.
Dissolve 1 g of phenol red indicator in 20% ethanol solution and dilute to 1000 mL.
**4.8.3 Instruments**
Micropipette: 1.00 mL capacity, readability 0.01 mL.
**4.8.4 Analytical Steps**
Using a pipette, transfer 20 mL of the laboratory sample into a clean, dry 100 mL conical flask. Add two drops of phenol red indicator solution. When the solution is not red, titrate with the standard sodium hydroxide solution until the color changes from yellow to orange-red, maintaining the color for 15 seconds as the endpoint. Record the volume of the standard sodium hydroxide solution consumed.
**4.8.5 Result Calculation**
The mass fraction of acidity (calculated as formic acid) $w_4$ is expressed as a percentage and calculated using the formula (4):

$$w_4 = \frac{(V/1000)cM}{20\rho} \times 100 \ \ldots\ldots\ (4)$$

where:
$V$ = volume of the standard sodium hydroxide solution consumed (4.8.2.1), in milliliters (mL);
$c$ = accurate concentration of the standard sodium hydroxide solution, in moles per liter (mol/L);
20 = volume of the sample, in milliliters (mL);
$M$ = molar mass of formic acid, in grams per mole (g/mol) (M = 46.02);
$\rho$ = density of p-Dimethylformamide sample (0.9455), in grams per cubic centimeter (g/cm³).
The arithmetic mean of the results from two parallel measurements should be reported. The absolute difference between the two parallel measurements should not exceed 0.0001%.
**4.9 Determination of Alkalinity**
**4.9.1 Principle of the Method**
Using bromocresol green as an indicator, the free basic substances in the sample are titrated with a standard hydrochloric acid solution.
**4.9.2 Reagents**
**4.9.2.1 Standard Hydrochloric Acid Titration Solution:** c(HCl) = 0.01 mol/L.

HG/T 2028-2009

**4.9.2.2 Bromocresol Green Indicator Solution: 1 g/L.**
**4.9.3 Instruments**
Micropipette: 1.00 mL capacity, readability 0.01 mL.
**4.9.4 Analytical Steps**
Using a pipette, transfer 20 mL of the laboratory sample into a clean, dry 100 mL conical flask. Add two drops of bromocresol green indicator solution. When the solution is not yellow, titrate with the standard hydrochloric acid solution until the color changes from blue to yellow and remains stable for 30 seconds as the endpoint. Record the volume of standard hydrochloric acid solution consumed.
**4.9.5 Result Calculation**
The mass fraction of alkalinity (calculated as dimethylamine) $w_5$ is expressed as a percentage and calculated using the formula (5):

$$w_5 = \frac{(V/1000)cM}{20\rho} \times 100 \quad \text{........ (5)}$$

where:
$V$ = volume of standard hydrochloric acid solution consumed (4.9.2.1), in milliliters (mL);
$c$ = accurate concentration of the standard hydrochloric acid solution, in moles per liter (mol/L);
20 = volume of the sample, in milliliters (mL);
$M$ = molar mass of dimethylamine, in grams per mole (g/mol) (M = 45.08);
$\rho$ = density of p-Dimethylformamide sample (0.9455), in grams per cubic centimeter (g/cm³).
The arithmetic mean of the results from two parallel measurements should be reported. The absolute difference between the two parallel measurements should not exceed 0.0001%.
**4.10 Determination of pH Value**
**4.10.1 Reagents**
**4.10.1.1 Standard Hydrochloric Acid Titration Solution:** c(HCl) = 0.01 mol/L.
**4.10.1.2 Standard Sodium Hydroxide Titration Solution:** c(NaOH) = 0.01 mol/L.
**4.10.2 Instruments**
**4.10.2.1 Direct Reading pH Meter.**
**4.10.2.2 Magnetic Stirrer.**
**4.10.3 Analytical Steps**
Turn on the pH meter and calibrate the instrument using standard buffer solutions according to GB/T 9724-2007. Measure 80 mL of water in a 100 mL beaker, place it under the pH meter, and while stirring, adjust the pH to 7.0 using standard hydrochloric acid or sodium hydroxide solution. Add 20.0 mL of the sample and stir for 2 minutes to mix thoroughly. Measure the pH of the solution according to GB/T 9724-2007.
**4.11 Determination of Conductivity**
**4.11.1 Instruments**
Conductivity Meter: Equipped with a conductivity electrode with a cell constant of 1 cm⁻¹ (or suitable for the sample conductivity) and has automatic temperature compensation.
**4.11.2 Analytical Steps**
Take an appropriate amount of the laboratory sample in a clean, dry beaker and perform the measurement according to the instructions for the conductivity meter.
**4.11.3 Result Representation**
Conductivity is expressed in μS/cm. The arithmetic mean of the results from two parallel measurements should be reported. The absolute difference between the two parallel measurements should not exceed 0.2 μS/cm.
**5 Inspection Rules**
**5.1** Inspection is divided into factory inspection and type inspection.
**5.1.1** The factory inspection items include appearance, Dimethylformamide content, color, moisture, acidity, alkalinity, methanol, heavy components, pH value, and conductivity.
**5.1.2** The type inspection includes all items. Under normal production conditions, type inspection should be conducted at least once every six months. Type inspection should also be conducted under any of the following circumstances:

6

HG/T 2028-2009

a) Update of key production processes;
b) Changes in major raw materials;
c) Resumption of production after a shutdown;
d) Significant differences in factory inspection results compared to the last type inspection;
e) Contract stipulations.
**5.2** Dimethylformamide for industrial use is defined as a batch of uniform products of equal quality, with each batch being either a storage tank or a tank truck's product volume.
**5.3** The sampling method for Dimethylformamide for industrial use shall be conducted according to GB/T 6680-2003, with measures taken to prevent moisture absorption. The number of sampling units must comply with the provisions of GB/T 6678-2003, Section 7.6.1. The sampling volume shall not be less than 1000 mL; after thorough mixing, it should be equally divided into two clean, dry, well-sealed narrow-mouth bottles. The labels on the bottles should indicate the product name, batch number, sampling date, sampling location, sampler's name, and retention date. One sample is for inspection use and the other is for retention, to be kept for one month.
**5.4** Dimethylformamide for industrial use should be inspected by the quality supervision and inspection department of the production plant. The production plant must ensure that each batch of products meets the requirements of this standard. Each batch of products should be accompanied by a quality certificate in a specified format, including the name of the production plant, product name, production date or batch number, product grade, and this standard number.
**5.5** The determination of inspection results shall be conducted according to the rounding value comparison method specified in GB/T 1250. If any one of the indicators in the inspection results does not meet the requirements of this standard, a resampling should be conducted from twice the number of packaging units for retesting. If the retest results show that any one indicator does not meet the requirements of this standard, the entire batch of products should be deemed nonconforming.

## 6 Labeling, Packaging, Transportation, and Storage
**6.1** The packaging containers for Dimethylformamide for industrial use should have a durable label, including the product name, production plant name, address, trademark, production date or batch number, product grade, net content, this standard number, and the "flammable liquid" symbol as specified in GB 190-1990, as well as the "upward" graphic symbol specified in GB 191-2008.
**6.2** Dimethylformamide for industrial use should be packaged in iron drums, polypropylene barrels, or stainless steel tank trucks. Packaging drums and tank trucks must be intact, clean, and free of residues. The net content for drum packaging is 190 kg.
**6.3** Dimethylformamide for industrial use is hygroscopic and flammable; precautions should be taken during transportation to prevent moisture, leakage, and fire. It should comply with the regulations for the transportation of hazardous goods. Ordinary rubber equipment and pipelines should not be used to transport Dimethylformamide.
**6.4** Dimethylformamide should be stored in a cool, dry, clean, and well-ventilated area, away from sources of ignition and other hazardous materials. It should be kept in sealed containers and equipped with firefighting equipment and emergency facilities.

## 7 Safety
**7.1** Dimethylformamide is a colorless, flammable, low-toxicity organic solvent with a high boiling point. Its vapor is highly irritating to the eyes, skin, and mucous membranes. The maximum allowable concentration in the air is 10 mg/m³, with a flash point of 58℃ and an ignition temperature of 445℃. The explosive limits when mixed with air are 2.2% to 15.2% (by volume). During packaging, sampling, and use, operators must adhere to general safety precautions for flammable hazardous materials and wear appropriate protective gear. In case of fire, it can be extinguished with water, dry powder, carbon dioxide, or foam extinguishing agents.
**7.2** In case of skin contact, remove contaminated clothing and immediately wash the affected area thoroughly with flowing water for at least 15 minutes. Seek medical attention if symptoms are severe. In case of eye contact, lift the eyelids and rinse thoroughly with plenty of water for at least 15 minutes. Seek medical attention if symptoms are severe.

HG/T 2028-2009

**Appendix A**
(Normative Appendix)
**Typical Chromatograms for the Determination of Dimethylformamide, Methanol, and Heavy Components Content, Relative Retention Values, and Determination Methods for Correction Factors**

**A.1 Typical Chromatogram for the Determination of Dimethylformamide, Methanol, and Heavy Components**
The typical chromatogram is shown in Figure A.1.



1 - Methyl Formate
2 - Methanol
3 - Dimethylformamide
4 - Methyl Ethyl Formamide
5 - Dimethyl Acetamide
6 - Monomethyl Formamide
7 - Formamide

**Figure A.1** Typical Chromatogram for the Determination of Dimethylformamide, Methanol, and Heavy Components Content

**A.2 Relative Retention Values and Relative Correction Factors**
The relative retention values and relative correction factors for each component are shown in Table A.1.

**Table A.1 Relative Retention Values and Relative Correction Factors**

| Serial No. | Component Name | Relative Retention Value | Relative Mass Correction Factor |
|---|---|---|---|
| 1 | Methyl Formate | 0.263 | 0.9317 |
| 2 | Methanol | 0.323 | 0.3641 |
| 3 | Dimethylformamide | 1 | 1 |
| 4 | Methyl Ethyl Formamide | 1.12 | 0.3970 |
| 5 | Dimethyl Acetamide | 1.16 | 0.3970 |
| 6 | Monomethyl Formamide | 1.79 | 0.7045 |
| 7 | Formamide | 2.52 | 5.966 |

8

HG/T 2028-2009

**A.3 Determination of Correction Factors**

**A.3.1 Reagents**

**A.3.1.1 Dimethylformamide:** The mass fraction of Dimethylformamide should be ≥99.9%, with the mass fraction of methanol ≤0.0001% and the mass fraction of heavy components ≤0.001%. If the impurity content does not meet the required standards, the background should be deducted.

**A.3.1.2 Calibration Standard Substances:** Calibration standard substances include methyl formate, methanol, dimethylformamide, dimethyl acetamide, methyl ethyl formamide, monomethyl formamide, and formamide, which should be chromatographically pure reagents.

**A.3.2 Analytical Steps**

Using clean, dry, and sealable narrow-mouth bottles, accurately weigh and add the measured components— dimethylformamide, methyl formate, methanol, dimethyl acetamide, methyl ethyl formamide, monomethyl formamide, and formamide—to prepare calibration standard samples with concentrations similar to those in the actual samples.

Measure the calibration standard samples under the same experimental conditions as the test samples, performing two parallel measurements. The arithmetic mean of the peak areas from the two measurements will be taken as the measurement result.

**A.3.3 Calculation of Relative Correction Factors**

The relative correction factor $f_i$ for each component relative to dimethylformamide is calculated using the formula (A.1):

$$f_i = \frac{A_s m_i}{A_i m_s} \ldots\ldots\ldots\ldots\ldots (A.1)$$

where:

$A_s$ = peak area of dimethylformamide;

$A_i$ = peak area of component iii;

$m_s$ = mass of dimethylformamide, in grams (g);

$m_i$ = mass of component iii, in grams (g).

**A.3.4 Periodic Determination of Correction Factors**

Correction factors should be determined practically and should be verified periodically.

———————————————

9

ICS 71. 080. 30
G 17
备案号:27362—2010

# HG

# 中华人民共和国化工行业标准

HG/T 2028—2009
代替 HG/T 2028—1991

# 工业用二甲基甲酰胺

**Dimethylformamide for industrial use**

2009-12-04 发布

2010-06-01 实施

## 中华人民共和国工业和信息化部  发布

HG/T 2028—2009

# 前　言

本标准代替 HG/T 2028—1991《工业二甲基甲酰胺》。

本标准与 HG/T 2028—1991 相比主要变化如下：

——范围由"适用于甲酸甲酯与二甲胺反应工艺路线制得工业二甲基甲酰胺。主要用于制药、农药、有机化工等行业"修改为"适用于一氧化碳一步法合成及甲酸甲酯与二甲胺反应制得的工业二甲基甲酰胺。该产品主要用作聚氨酯合成革、人造革浆料、聚丙烯腈抽丝溶剂、丁二烯抽提溶剂以及用作制造电子化学品、医药、染料中间体的原料"(1991 年版的 1,本版的 1)；

——外观"无色透明液体"修改为"透明液体、无可见杂质"(1991 年版的 3.1,本版的 3.1)；

——要求中产品等级划分增加了"优等品"等级(1991 年版的 3.2,本版的 3.2)；

——检验项目取消了"蒸馏试验、折光率",增加了"二甲基甲酰胺的质量分数、甲醇的质量分数、重组分的质量分数、铁的质量分数、电导率和 pH 值(25 ℃,20 ％水溶液)",将"酸度(以甲酸计)或碱度(以二甲胺计)"修改为两个独立的检验项目(1991 年版的 3.2,本版的 3.2)；

——色度指标优等品为≤5,水分指标由"一等品≤0.10 ％、合格品≤0.20 ％"修改为"优等品、一等品和合格品≤0.050 ％",酸度指标由"一等品≤0.01 ％和合格品≤0.05 ％"修改为"优等品≤0.001 0 ％、一等品≤0.002 0 ％和合格品≤0.003 0 ％",碱度指标由"一等品≤0.01 ％、合格品≤0.05 ％"修改为"优等品≤0.001 0 ％、一等品≤0.002 0 ％和合格品≤0.003 0 ％"(1991 年版的 3.2,本版的 3.2)；

——增加了外观的试验方法(见 4.3)；

——试验方法中酸、碱度测定的指示剂由"中性红-溴百里酚蓝混合指示剂"修改为"酸度的测定采用酚红指示剂,碱度的测定采用溴甲酚绿指示剂"(1991 年版的 4.5,本版的 4.8、4.9)；

——增加了规范性附录 A(见附录 A)。

本标准的附录 A 为规范性附录。

本标准由中国石油和化学工业协会提出。

本标准由全国化学标准化技术委员会有机化工分会(SAC/TC63/SC2)归口。

本标准起草单位:浙江江山化工股份有限公司。

本标准参加起草单位:山东华鲁恒升化工股份有限公司、安阳九天精细化工有限公司、江苏新亚化工有限公司。

本标准主要起草人:何天余、姜双英、袁福星、刘忠发、鲁小芳、王少峰。

本标准于 1991 年首次发布。

HG/T 2028—2009

# 工业用二甲基甲酰胺

## 1　范围

本标准规定了工业用二甲基甲酰胺的要求、试验方法、检验规则、标志、包装、运输、贮存及安全等。

本标准适用于一氧化碳一步法合成及甲酸甲酯与二甲胺反应制得的二甲基甲酰胺。该产品主要用作聚氨酯合成革、人造革浆料、聚丙烯腈抽丝溶剂、丁二烯抽提溶剂以及用作制造电子化学品、医药、染料中间体的原料。

分子式：$C_3H_7NO$

结构式：

$$O=C \overset{\displaystyle CH_3}{\underset{\displaystyle CH_3}{\diagup N \diagdown}} \quad H$$

相对分子质量：73.09（按 2007 年国际相对原子质量）

## 2　规范性引用文件

下列文件中的条款通过本标准的引用而成为本标准的条款。凡是注日期的引用文件，其随后所有的修改单（不包括勘误的内容）或修订版均不适用于本标准，然而，鼓励根据本标准达成协议的各方研究是否可使用这些文件的最新版本。凡是不注日期的引用文件，其最新版本适用于本标准。

GB 190—1990　危险货物包装标志

GB/T 191—2008　包装储运图示标志(mod ISO 780：1997)

GB/T 601—2002　化学试剂　标准滴定溶液的制备

GB/T 602—2002　化学试剂　杂质测定用标准溶液的制备(neq ISO 6353-1：1982)

GB/T 603—2002　化学试剂　试验方法中所用制剂及制品的制备(neq ISO 6353-1：1982)

GB/T 3143—1982(2004)　液体化学产品颜色测定方法(Hazen 单位——铂-钴色号)

GB/T 6283—2008　化工产品中水分含量的测定　卡尔·费休法(通用方法)(neq ISO 760：1978)

GB/T 6678—2003　化工产品采样总则

GB/T 6680—2003　液体化工产品采样通则(neq ISO 3170：1988)

GB/T 6682—2008　分析实验室用水规格和试验方法(neq ISO 3696：1987)

GB/T 8170—2008　数值修约规则与极限数值的表示和判定

GB/T 9722—2006　化学试剂　气相色谱法通则

GB/T 9724—2007　化学试剂　pH 值测定通则

## 3　要求

**3.1**　外观：透明液体、无可见杂质。

**3.2**　工业用二甲基甲酰胺应符合表 1 所示的技术要求。

HG/T 2028—2009

表 1　技术要求

| 项　　　　目 | | 指　　　标 | | |
|---|---|---|---|---|
| | | 优等品 | 一等品 | 合格品 |
| 二甲基甲酰胺 $w$/% | ≥ | 99.9 | 99.5 | |
| 甲醇 $w$/% | ≤ | 0.001 0 | 0.003 0 | 0.005 0 |
| 重组分(以二甲基乙酰胺计)[a] $w$/% | | 供需双方协商确定 | | |
| 色度/Hazen 单位(铂-钴色号) | ≤ | 5 | 10 | 20 |
| 水 $w$/% | ≤ | 0.050 | | |
| 铁 $w$/(mg/kg) | ≤ | 0.05 | | |
| 酸度(以甲酸计)$w$/% | ≤ | 0.001 0 | 0.002 0 | 0.003 0 |
| 碱度(以二甲胺计)$w$/% | ≤ | 0.001 0 | 0.002 0 | 0.003 0 |
| pH 值(25 ℃,20 %水溶液) | | 6.5~8.0 | | |
| 电导率(25 ℃)/(μS/cm) | ≤ | 2.0 | | |
| [a]　重组分指色谱图中二甲基甲酰胺主峰之后的所有色谱杂质组分之和。 | | | | |

## 4　试验方法

### 4.1　警示

试验方法规定的一些试验过程可能导致危险情况,操作者应采取适当的安全和防护措施。

### 4.2　一般规定

除非另有说明,在分析中仅使用确认为分析纯的试剂和 GB/T 6682—2008 中规定的三级水。

分析中所用标准滴定溶液、杂质测定用标准溶液,在没有注明其他要求时,均按 GB/T 601—2002、GB/T 602—2002、GB/T 603—2002 的规定制备。

### 4.3　外观

在 100 mL 具塞比色管中,注入试样 50 mL,在充足的光线下从上向下垂直观察。

### 4.4　二甲基甲酰胺、甲醇、重组分含量的测定

#### 4.4.1　方法提要

采用气相色谱法,在选定的工作条件下,样品经气化通过色谱柱,使其中的各组分分离,用火焰离子化检测器(FID)检测,采用校正面积归一化法定量。根据卡尔·费休容量法或卡尔·费休库仑法测得的水分,对校正面积归一化法定量得出的二甲基甲酰胺、甲醇、重组分含量进行校正。

#### 4.4.2　试剂

**4.4.2.1**　氮气:体积分数大于 99.95 %,经硅胶或分子筛干燥、净化。

**4.4.2.2**　氢气:体积分数大于 99.5 %,经硅胶或分子筛干燥、净化。

**4.4.2.3**　空气:经硅胶或分子筛干燥、净化。

#### 4.4.3　仪器

**4.4.3.1**　气相色谱仪:配有火焰离子化检测器(FID),灵敏度和稳定性应符合 GB/T 9722—2006 中有关规定。

**4.4.3.2**　色谱数据处理机或积分仪。

**4.4.3.3**　微量注射器:1 μL。

#### 4.4.4　色谱柱及典型操作条件

本标准推荐的色谱柱和色谱操作条件见表 2。典型色谱图及各组分相对保留值见附录 A 图 A.1 和表 A.1。其他能达到同等分离程度的色谱柱及色谱操作条件也可使用。

2

HG/T 2028—2009

表 2  推荐的色谱柱和色谱操作条件

| 毛细管色谱柱 | 30 m×0.53 mm×1.0 μm |
|---|---|
| 填充物 | PEG-20M |
| 汽化温度/℃ | 200 |
| 柱箱温度 | 初始温度 100 ℃,保持 2 min。升温速率 20 ℃/min,到 160 ℃,保持 10 min |
| 检测器温度/℃ | 200 |
| 载气(氮气)流量/(mL/min) | 30 |
| 燃气(氢气)流量/(mL/min) | 35 |
| 助燃气(空气)流量/(mL/min) | 350 |
| 分流比 | 1∶8 |
| 进样量/μL | 1 |

**4.4.5  分析步骤**

根据仪器说明书,调节仪器至表 2 所示的操作条件,待仪器稳定后即可开始测定。根据各组分色谱峰面积和其校正因子,采用校正面积归一化定量。

校正因子的测定参见附录 A 的 A.3。

**4.4.6  结果计算**

二甲基甲酰胺、甲醇和重组分的质量分数 $w_i$,数值以%表示,按式(1)计算:

$$w_i = (100-w_2)\frac{f_iA_i}{\sum f_iA_i} \cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots (1)$$

式中:

$A_i$——组分 $i$ 色谱峰的面积;

$f_i$——组分 $i$ 的相对校正因子;

$w_2$——4.6 测得的试样中水的质量分数的数值。

取两次平行测定结果的算术平均值为报告结果,二甲基甲酰胺含量的两次平行测定结果的绝对差值不大于 0.05 %,甲醇含量的两次平行测定结果的绝对差值不大于 0.000 2 %,重组分含量的两次平行测定结果的绝对差值不大于 0.002 %。

**4.5  色度的测定**

按 GB/T 3143—1982(2004)的规定执行。

**4.6  水分的测定**

**4.6.1  卡尔·费休库仑法(仲裁法)**

**4.6.1.1  方法提要**

试样中水分与电解液中的碘和二氧化硫发生定量反应,反应式为:

$$I_2 + SO_2 + 2H_2O \longrightarrow 2HI + SO_3$$
$$2I^- - 2e^- \longrightarrow I_2$$

参加反应的碘分子数等于水的分子数,而电解生成的碘与所消耗的电量成正比,依据法拉第定律,用测定消耗的电量得出水的量。

**4.6.1.2  试剂**

电解液:卡尔·费休试剂或卡尔·费休库仑法水分测定仪配套使用的电解液(市售试剂)。

**4.6.1.3  仪器**

**4.6.1.3.1  卡尔·费休库仑法水分测定仪:**配有电解电极和检测电极等。准确度:10 μg~1 000 μg 水,不大于 3 μg 水。其他满足分析要求的库仑法微量水分测定仪也可以使用。

3

HG/T 2028—2009

**4.6.1.3.2** 注射器:10 mL。

**4.6.1.3.3** 天平:分度值 0.1 mg。

**4.6.1.4 分析步骤**

加入电解液,按仪器说明书调节仪器,当仪器进入工作状态后,按仪器说明书要求标定。

用注射器取约 5 mL 实验室样品(或根据试样中的水含量调整),用橡胶垫密封注射器针孔后称量,精确至 0.1 mg,注入水分测定仪后,再次称量用橡胶垫密封的注射器的质量,精确至 0.1 mg。待反应完毕后,在显示屏上读取水的质量或者输入试样质量直接读取水的质量分数值。

**4.6.1.5 结果计算**

水的质量分数 $w_2$,数值以%表示,按式(2)计算:

$$w_2 = \frac{m_1}{m_2 - m_3} \times 100 \quad \cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots \quad (2)$$

式中:

$m_1$——水分测定仪显示屏上读取的水的质量的数值,单位为克(g);

$m_2$——进样前注射器和试样的质量的数值,单位为克(g);

$m_3$——进样后注射器和试样的质量的数值,单位为克(g)。

取两次平行测定结果的算术平均值为报告结果,两次平行测定结果的绝对差值不大于 0.002 0 %。

**4.6.2 卡尔·费休容量法**

按 GB/T 6283—2008 的规定执行。

取两次平行测定结果的算术平均值为测定结果。两次平行测定结果的绝对差值不大于 0.002 0 %。

**4.7 铁含量的测定**

**4.7.1 方法原理**

实验室样品直接加入过量的盐酸羟胺溶液及 1,10-邻菲啰啉乙醇溶液,以乙醇稀释,用分光光度法在 510 nm 处测定试样中的铁含量。

**4.7.2 试剂**

**4.7.2.1** 无水乙醇。

**4.7.2.2** 盐酸羟胺溶液:100 g/L。

**4.7.2.3** 1,10-邻菲啰啉乙醇溶液:3 g/L。

称取 0.9 g 1,10-邻菲啰啉($C_{12}H_8N_2 \cdot H_2O$),溶解在 300 mL 乙醇中,混匀。

**4.7.2.4** 铁($Fe^{2+}$)标准溶液:0.005 mg/mL($Fe^{2+}$)。

量取 25.00 mL 浓度为 0.1 mg/mL 的铁($Fe^{2+}$)标准溶液于 500 mL 容量瓶中,加水稀释到刻度,摇匀。

**4.7.3 仪器**

**4.7.3.1** 可见分光光度计。

**4.7.3.2** 比色皿:5 cm。

**4.7.4 分析步骤**

**4.7.4.1 标准曲线的绘制**

在 7 只 100 mL 容量瓶中分别加入铁标准溶液 0.00 mL、1.00 mL、2.00 mL、3.00 mL、4.00 mL、5.00 mL、6.00 mL,分别加水到约 75 mL,加盐酸羟胺溶液 5 mL,摇匀,静置 5 min,然后各加 10 mL 1,10-邻菲啰啉乙醇溶液,混匀,用乙醇稀释到刻度,塞上瓶塞,摇匀,此时各容量瓶中铁的量分别为 0 μg、5 μg、10 μg、15 μg、20 μg、25 μg、30 μg。静置 5 min,以不加铁标准溶液显色后的溶液为参比,用分光光度计在 510 nm 处,用 5 cm 比色皿测定不同铁含量溶液显色后的吸光度。以铁的含量为横坐标(μg),相应的吸光度为纵坐标,作标准曲线。

4

HG/T 2028—2009

**4.7.4.2 试样的测定**

在两只 100 mL 容量瓶中分别加入 75.00 mL 实验室样品。加入盐酸羟胺溶液的以下步骤与制作标准曲线的相同。以不加显色剂的试样溶液为参比,测定加入显色剂的试样显色后的吸光度。从标准曲线中查得试样的铁含量($\mu$g)。

**4.7.5 结果计算**

试样中铁的质量分数 $w_3$,数值以 mg/kg 表示,按式(3)计算

$$w_3 = \frac{m_4}{\rho V} \cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots \text{(3)}$$

式中:

$m_4$——标准曲线上查得的试样中铁的质量的数值,单位为微克($\mu$g);

$\rho$——二甲基甲酰胺试样的密度(0.9455),单位为克每立方厘米(g/cm³);

$V$——试样的体积的数值,单位为毫升(mL)。

取两次平行测定结果的算术平均值为测定结果,两次平行测定结果的绝对差值不大于 0.005 mg/kg。

**4.8 酸度的测定**

**4.8.1 方法原理**

以酚红为指示剂,用氢氧化钠标准溶液滴定试样中游离的酸性物质。

**4.8.2 试剂**

**4.8.2.1** 氢氧化钠标准滴定溶液:$c(\text{NaOH})=0.01$ mol/L。

**4.8.2.2** 酚红指示液:1 g/L。

称取 1 g 酚红指示剂,用 20 %乙醇溶液稀释至 1 000 mL。

**4.8.3 仪器**

微量滴定管:容量为 1.00 mL,分度值 0.01 mL。

**4.8.4 分析步骤**

用移液管移取 20 mL 实验室样品于一干净、干燥的 100 mL 锥形瓶中。加入两滴酚红指示液,当溶液不呈红色时,用氢氧化钠标准滴定溶液滴定,至溶液颜色由黄色变为橙红色,并保持 15 s 不变为终点,记录消耗的氢氧化钠标准滴定溶液的体积。

**4.8.5 结果计算**

酸度(以甲酸计)的质量分数 $w_4$,数值以%表示,按式(4)计算

$$w_4 = \frac{(V/1\,000)cM}{20\rho} \times 100 \cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots \text{(4)}$$

式中:

$V$——试样消耗氢氧化钠标准滴定溶液(4.8.2.1)的体积的数值,单位为毫升(mL);

$c$——氢氧化钠标准滴定溶液浓度的准确数值,单位为摩尔每升(mol/L);

20——试样的体积的数值,单位为毫升(mL);

$M$——甲酸的摩尔质量的数值,单位为克每摩尔(g/mol)($M=46.02$);

$\rho$——二甲基甲酰胺试样的密度(0.9455),单位为克每立方厘米(g/cm³)。

取两次平行测定结果的算术平均值为测定结果,两次平行测定结果的绝对差值不大于 0.000 1 %。

**4.9 碱度的测定**

**4.9.1 方法原理**

以溴甲酚绿为指示剂,用盐酸标准滴定溶液滴定试样中游离的碱性物质。

**4.9.2 试剂**

**4.9.2.1** 盐酸标准滴定溶液:$c(\text{HCl})=0.01$ mol/L。

HG/T 2028—2009

**4.9.2.2** 溴甲酚绿指示液:1 g/L。

**4.9.3 仪器**

微量滴定管:容量为 1.00 mL,分度值 0.01 mL。

**4.9.4 分析步骤**

用移液管移取 20 mL 实验室样品,于一干净、干燥的 100 mL 锥形瓶中。加入两滴溴甲酚绿指示液,当溶液不呈黄色时,用盐酸标准滴定溶液滴定到颜色由蓝色变为黄色并保持 30 s 不变为终点,记录消耗盐酸标准滴定溶液的体积。

**4.9.5 结果计算**

碱度(以二甲胺计)的质量分数 $w_5$,数值以%表示,按式(5)计算

$$w_5 = \frac{(V/1\,000)cM}{20\rho} \times 100 \quad \cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots (5)$$

式中:

$V$——试样消耗盐酸标准滴定溶液(4.9.2.1)的体积的数值,单位为毫升(mL);

$c$——盐酸标准滴定溶液浓度的准确数值,单位为摩尔每升(mol/L);

20——试样的体积的数值,单位为毫升(mL);

$M$——二甲胺的摩尔质量的数值,单位为克每摩尔(g/mol)($M=45.08$);

$\rho$——二甲基甲酰胺试样的密度(0.9455),单位为克每立方厘米(g/cm$^3$)。

取两次平行测定结果的算术平均值为测定结果,两次平行测定结果的绝对差值不大于 0.000 1%。

**4.10 pH 值的测定**

**4.10.1 试剂**

**4.10.1.1** 盐酸标准滴定溶液:$c(HCl)=0.01$ mol/L。

**4.10.1.2** 氢氧化钠标准滴定溶液:$c(NaOH)=0.01$ mol/L。

**4.10.2 仪器**

**4.10.2.1** 直读式 pH 计;

**4.10.2.2** 磁力搅拌器。

**4.10.3 分析步骤**

接通 pH 计电源,按 GB/T 9724—2007 的规定用标准缓冲溶液校正仪器。量取 80 mL 水于 100 mL 烧杯中,置于 pH 计上,边搅拌边用盐酸或氢氧化钠标准滴定溶液调节 pH 值为 7.0,加入 20.0 mL 试样,搅拌 2 min 混匀。测定该溶液的 pH 值,按 GB/T 9724—2007 的规定进行。

**4.11 电导率的测定**

**4.11.1 仪器**

电导率仪:配有电极常数为 1 cm$^{-1}$(或适合样品电导率)的电导电极,并具有温度自动补偿功能。

**4.11.2 分析步骤**

取适量实验室样品于一干净、干燥的烧杯中,按所用电导率仪说明书的规定进行测定。

**4.11.3 结果表示**

电导率以 $\mu$S/cm 表示。

取两次平行测定结果的算术平均值为测定结果,两次平行测定结果的绝对差值不大于 0.2 $\mu$S/cm。

**5 检验规则**

**5.1** 检验分为出厂检验和型式检验。

**5.1.1** 出厂检验项目为外观、二甲基甲酰胺含量、色度、水分、酸度、碱度、甲醇、重组分、pH 值、电导率。

**5.1.2** 型式检验项目为全部项目。在正常生产情况下,每六个月至少进行一次型式检验。有下列情况

6

HG/T 2028—2009

之一时,也应进行型式检验。

    a) 更新关键生产工艺;

    b) 主要原料有变化;

    c) 停产又恢复生产;

    d) 出厂检验结果与上次型式检验有较大差异;

    e) 合同规定。

5.2 工业用二甲基甲酰胺以同等质量的均匀产品为一批,每批质量或以一贮槽、一槽罐的产品量为一组批。

5.3 工业用二甲基甲酰胺采样方法按 GB/T 6680—2003 的规定执行,并采取措施防止吸水。采样单元数应符合 GB/T 6678—2003 中 7.6.1 的规定。采样量不少于 1 000 mL,混合均匀后等,等量分装入两个清洁干燥、密封良好的细口瓶中,瓶上标签应注明产品名称、批号、取样日期、取样地点、取样者姓名、留样日期。一份供检验使用,另一份留样备查,保留一个月。

5.4 工业用二甲基甲酰胺应由生产厂的质量监督检验部门进行检验。生产厂应保证每批出厂的产品符合本标准要求。每批出厂的产品都应附有一定格式的质量证明书,内容包括:生产厂名称、产品名称、生产日期或者批号、产品等级和本标准编号等。

5.5 检验结果的判定按 GB/T 1250 中规定的修约值比较法进行。检验结果中如有一项指标不符合本标准要求时,应重新自两倍数量的包装单元中采样进行复验,重新检验的结果有一项指标不符合本标准要求,则整批产品应做不合格处理。

## 6 标志、包装、运输和贮存

6.1 工业用二甲基甲酰胺的包装容器上应有牢固的标志,内容包括产品名称、生产厂名称、厂址、商标、生产日期或生产批号、产品等级、净含量、本标准编号和符合 GB 190—1990 中规定的"易燃液体"标志,以及 GB 191—2008 中规定的"向上"图形标志。

6.2 工业用二甲基甲酰胺应装于铁桶、聚丙烯桶或不锈钢槽车内,包装桶和槽车必须完好、清洁、无滞留物。桶装净含量为 190 kg。

6.3 工业用二甲基甲酰胺易吸潮,易着火,运输时应注意防潮、防漏、防火,应符合危险货物运输的规定。不得用普通橡胶类设备、管道运输二甲基甲酰胺。

6.4 二甲基甲酰胺应贮存在阴凉、干燥、清洁、通风良好的地方;远离火源及其他危险物品,贮存于密闭容器并具备消防器材和救护设施。

## 7 安全

7.1 二甲基甲酰胺是一种无色、易燃、低毒、高沸点的有机溶剂,它的蒸气对眼、皮肤、黏膜有强烈的刺激作用。空气中最高允许浓度为 10 mg/m³,闪点为 58 ℃,点火温度为 445 ℃,与空气混合的爆炸极限为 2.2 %~15.2 %(体积分数)。在包装、采样、使用时,操作者应遵守可燃危险品的一般安全预防措施,佩戴好防护用具。产品着火时,可用水、干粉、二氧化碳或泡沫灭火剂灭火。

7.2 当皮肤接触时,应脱去污染的衣物,立即用流动清水彻底清洗至少 15 min,严重时就医。眼睛接触时,立即提起眼睑,用大量清水彻底冲洗至少 15 min,严重时就医。

HG/T 2028—2009

附　录　A

（规范性附录）

二甲基甲酰胺、甲醇、重组分含量测定的典型色谱图、

各组分相对保留值和校正因子的测定方法

A.1　二甲基甲酰胺、甲醇、重组分含量测定的典型色谱图

典型色谱图见图 A.1。



1——甲酸甲酯；

2——甲醇；

3——二甲基甲酰胺；

4——甲基乙基甲酰胺；

5——二甲基乙酰胺；

6——一甲基甲酰胺；

7——甲酰胺。

图 A.1　二甲基甲酰胺、甲醇、重组分含量测定的典型色谱图

A.2　各组分相对保留值和相对校正因子

各组分相对保留值和相对校正因子见表 A.1

表 A.1　各组分相对保留值和相对校正因子

| 序号 | 组分名称 | 相对保留值 | 相对质量校正因子 |
|---|---|---|---|
| 1 | 甲酸甲酯 | 0.263 | 0.931 7 |
| 2 | 甲醇 | 0.323 | 0.364 1 |
| 3 | 二甲基甲酰胺 | 1 | 1 |
| 4 | 甲基乙基甲酰胺 | 1.12 | 0.397 0 |
| 5 | 二甲基乙酰胺 | 1.16 | 0.397 0 |
| 6 | 一甲基甲酰胺 | 1.79 | 0.704 5 |
| 7 | 甲酰胺 | 2.52 | 5.96 6 |

8

HG/T 2028—2009

**A.3　校正因子的测定**

**A.3.1　试剂**

**A.3.1.1**　二甲基甲酰胺:二甲基甲酰胺的质量分数≥99.9%,甲醇的质量分数≤0.0001%,重组分的质量分数≤0.001%。当杂质含量不符合要求时,应扣除本底。

**A.3.1.2**　校准用标准物质:甲酸甲酯、甲醇、二甲基甲酰胺、二甲基乙酰胺、甲基乙基甲酰胺、一甲基甲酰胺、甲酰胺等,色谱纯试剂。

**A.3.2　分析步骤**

　　使用清洁、干燥、可以密封的细口瓶,用准确称量的方法加入被测组分二甲基甲酰胺、甲酸甲酯、甲醇、二甲基甲酰胺、二甲基乙酰胺、甲基乙基甲酰胺、一甲基甲酰胺、甲酰胺等,配制与实际试样中各组分含量相近的校准用标准样品。

　　按与测定试样相同的实验条件测定校准用标准样品,平行测定2次,取2次测定的峰面积的算术平均值为测定结果。

**A.3.3　相对校正因子的计算**

　　各组分相对二甲基甲酰胺的校正因子 $f_i$ 按式(A.1)计算:

$$f_i = \frac{A_s m_i}{A_i m_s} \quad \cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots (A.1)$$

式中:

$A_s$——二甲基甲酰胺的峰面积;

$A_i$——组分 $i$ 的峰面积;

$m_s$——二甲基甲酰胺的质量的数值,单位为克(g);

$m_i$——组分 $i$ 的质量的数值,单位为克(g)。

**A.3.4　校正因子的定期测定**

　　校正因子应实际测定,并应定期进行校验。