# Exhibit 9

Page 106

1          UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
2
3    IN RE: VALSARTAN, LOSARTAN        )
     AND IRBESARTAN PRODUCTS           )
4    LIABILITY LITIGATION              )    MDL NO. 2875
     _____   )
5                                      )
     THIS DOCUMENT RELATES TO:         )
6                                      )
     ALL ACTIONS                       )
7    _____   )
8
9                    __ __ __
10              Friday, July 11, 2025
11                   __ __ __
12                 CONFIDENTIAL
13                   __ __ __
14
15
16        Continuing Remote Video-Recorded Fed.
     R. Civ. P. 30(b)(6) Deposition of ZHEJIANG
17   HUAHAI PHARMACEUTICAL CO., LTD. through its
     representative, JUCAI GE, VOLUME 2, held at
18   the location of the witness, Zhejiang
     Province, China, commencing at 7:08 a.m.
19   China Standard Time on the above date, before
     Michael E. Miller, Fellow of the Academy of
20   Professional Reporters, Certified Court
     Reporter, Registered Diplomate Reporter,
21   Certified Realtime Reporter, and New Jersey
     Certified Court Reporter No. 30XI00242200.
22

                        __ __ __

23
            GOLKOW - A VERITEXT DIVISION
24       877.370.DEPS | fax 917.591.5672
                 deps@golkow.com
25

CONFIDENTIAL

Page 144

1       clear.

2               MR. BERNARDO:  Thank you.

3               MR. SLATER:  I guess now would

4       not be a bad time to just put into the

5       record the PDF of all of the

6       certifications with the documents.

7               MR. BERNARDO:  You read Milli's

8       mind.

9               MR. SLATER:  That's what I do.

10              So let's just put those -- that

11      into the record, and -- as an exhibit,

12      as Exhibit 488, which will be all of

13      the certifications.

14              (Whereupon, Deposition Exhibit

15      ZHP-488, Translator's Certification,

16      was marked for identification.)

17  BY MR. SLATER:

18      Q.      We've established that we only

19  have the certificates of analysis and

20  inspection reports for 2016 moving forward,

21  correct?  And this is for DMF.  Correct?

22      A.      That's correct.

23      Q.      Were the certificates of

24  analysis and inspection reports for the prior

25  years the same in format and substance as the

CONFIDENTIAL

Page 145

1    ones that were provided to us?  Do you know?

2         A.     For our internal COA and

3    inspection reports, I believe they are the

4    same because we did that pursuant with our

5    SOP.

6               To the best of my

7    understanding, for the COA issued by

8    manufacturers, I believe they are also the

9    same, and that is because they had to abide

10   by the same execution standard, namely the

11   Chinese industrial standard for DMF.  I

12   believe the year of that standard is 2009.

13        Q.     Therefore, the certificates --

14   rephrase.

15               So, therefore, it's your

16   testimony that the certificates of analysis

17   we have been provided from 2016 forward are

18   representative of what was received by ZHP

19   prior to 2016; is that correct?

20        A.     That's correct.  I believe so.

21        Q.     And that includes the reference

22   in the certificates of analysis to

23   dimethylamine as a component of the DMF,

24   correct?

25               MR. BERNARDO:  Object to the