# Exhibit 10

CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
2
3    IN RE: VALSARTAN, LOSARTAN       )
     AND IRBESARTAN PRODUCTS          )
4    LIABILITY LITIGATION             )   MDL NO. 2875
     _____  )
5                                     )
     THIS DOCUMENT RELATES TO:        )
6                                     )
     ALL ACTIONS                      )
7    _____  )
8
9                   -- -- --
10           Wednesday, July 10, 2025
11                  -- -- --
12               CONFIDENTIAL
13                  -- -- --
14
15
16       Remote Video-Recorded Fed. R. Civ. P.
     30(b)(6) Deposition of ZHEJIANG HUAHAI
17   PHARMACEUTICAL CO., LTD. through its
     representative, JUCAI GE, held at the
18   location of the witness, Zhejiang Province,
     China, commencing at 7:07 a.m. China Standard
19   Time on the above date, before Michael E.
     Miller, Fellow of the Academy of Professional
20   Reporters, Certified Court Reporter,
     Registered Diplomate Reporter, Certified
21   Realtime Reporter, and New Jersey Certified
     Court Reporter No. 30XI00242200.
22
23                  -- -- --
24        GOLKOW - A VERITEXT DIVISION
         877.370.DEPS | fax 917.591.5672
25             deps@golkow.com

Page 80

1          MR. SLATER:  And, by the way,
2     with regard to the objection that was
3     given -- this deposition notice
4     addresses the certificates of analysis
5     from the very beginning of the
6     development through the time when the
7     recall happened, so I'm asking about
8     those documents going back to the
9     beginning.  So it's absolutely within
10    the scope of this deposition.
11         MR. BERNARDO:  I disagree, and
12    I've put my objection on the record.
13         MR. SLATER:  That's why you had
14    your witness prepare by reviewing
15    these document retention policies.
16    Come on, Rich.
17    A.       Actually, by going back to the
18 QC lab record management SOP, you can see
19 very clearly how we would manage and retain
20 all the analytical documentations.
21 BY MR. SLATER:
22    Q.       What happened to the
23 certificates of analysis and inspection
24 reports with regard to DMF that were not
25 provided to us?  Were they destroyed?  Were

CONFIDENTIAL

Page 81

```
 1   they lost?  Did they fall out a window?
 2   Did -- what happened to them?
 3               Where are those documents?
 4        A.     We did provide the documents
 5   regarding the period after 2016 based on our
 6   retention policy.
 7               As for the documents prior to
 8   2016, based on our SOP, more specifically the
 9   retention policy, we have already destroyed
10   those documents.
11        Q.     Who destroyed the documents?
12        A.     It was QC that destroyed the
13   documents based on the SOP regarding the
14   document retention policy.
15               After all, it was originally in
16   the custody of the QC department, and based
17   on the SOP, they applied for the destruction
18   of those documents, and QA approved their
19   application.
20        Q.     Who actually was involved in
21   destroying those documents?  I just want to
22   know if you can tell me any names, yes or no?
23        A.     I did not collect any
24   information as to who specifically did that.
25        Q.     And what --
```

Page 82

```
 1        A.    However, I did check with
 2   Xiaohong Zhang, who confirmed that those
 3   documents were destroyed according to the
 4   provisions of the SOP.
 5        Q.    What date were those documents
 6   destroyed?
 7        A.    I did not collect such specific
 8   information.
 9        Q.    You don't know when they were
10   destroyed?  You don't know the date?
11        A.    That, I did not try to verify.
12   I was not aware that I was supposed to
13   collect such specific information.
14        Q.    Is there any documentation that
15   establishes who destroyed the documents and
16   on what date it took place?
17        A.    We still have the original
18   application for the destruction of such
19   documents, which was approved by QA.
20        Q.    You saw that document?
21        A.    No.
22        Q.    You're assuming that document
23   exists, but you have not seen it, correct?
24              MR. BERNARDO:  Object to the
25        form of the question.
```

CONFIDENTIAL

Page 83

1   A.   No, I did not make any
2   assumption.  I did check with the head of QA
3   department at Chuannan site, and she told me
4   so.
5   BY MR. SLATER:
6   Q.   Look at the SMP, which we
7   marked as Exhibit 477, Section 5.8.3.
8        Do you see that?  It's on the
9   screen.
10  A.   Yes, I see it.
11  Q.   The section states:  Various
12  quality records must not be lost or handled
13  without authorization within the stipulated
14  retention period.  When quality records reach
15  their storage period and need to be disposed
16  of, the destruction of quality records should
17  be recorded in the Document Destruction
18  Record, Q/ZHH QA-011, and approved by the
19  quality management department manager.  After
20  approval, destruction should be conducted
21  under quality assurance supervision, and
22  destruction methods may include tearing,
23  shredding or incineration.
24       Do you see where I just read?
25  A.   Yes, I see it.