# Exhibit 11



STATE OF NEW YORK

          )
          )
          )

COUNTY OF NEW YORK      )    ss

### **CERTIFICATION**

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Declaration.

Michael Stypa
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this __8__ day of __August__, 20 __25__

by Michael Stypa.

Notary Public





600 California Street, 11ᵗʰ Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com  | www.divergentls.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875 |
| **This Document Relates to All Actions** | |

<u>Declaration by Min Hu</u>

1. I am Min Hu. I have been working at Zhejiang Huahai Pharmaceutical Co., Ltd. ("Huahai") since 2006. My job responsibilities include communicating with suppliers of raw materials used in the manufacture of Valsartan API, including but not limited to the suppliers of Dimethylformamide ("DMF").

2. From August 6 to August 7, 2025, I communicated with Juan Li from Zhejiang Sunrise Fine Chemical Co., Ltd. ("Sunrise"). Sunrise is a distributor of DMF products produced by Zhejiang Jiangshan Chemical Co., Ltd. ("Jiangshan"), which changed its name to Zhejiang Transportation Technology Co., Ltd. in December 2017. Huahai purchases DMF produced by Jiangshan from Sunrise. I requested COA samples of DMF produced by Jiangshan prior to 2016. Appendix A to this declaration is the written record of the aforementioned communication and the responses received, including DMF COA samples dated April 2012, July 2012, and May 2015.

3. From August 6 to August 7, 2025, I communicated with Tao Xiuqin from Ningbo Junjia Trading Co., Ltd., who was responsible for supplying DMF produced by Shandong Hualu Hengsheng Chemical Co., Ltd. ("Hualu") to Huahai. I requested COA samples of DMF produced by Hualu prior to 2016. Appendix B to this declaration is the written record of the aforementioned communication and the responses received.

1

According to the laws of the United States of America, I declare under penalty of perjury that, to the best of my knowledge, the aforementioned content is true and correct.

Signed on August 7, 2025, in <u>Zhejiang Province</u>, <u>Linhai City</u>.

<u>[Signature: Min Hu]</u>
Min Hu
Declarant

**Appendix A**

| | |
|---|---|
| From: | liiuan |
| To: | Min Hu |
| Subject: | Re: Regarding DMF COA |
| Date: | August 7, 2025 17:55:20 |
| Attachments: | 201207-DMFCOA(Jiangshan)(1) .pdf |
| | 201204-DMF COA(1) .pdf |
| | DMF-Jiangshan Chemical COA201505(1) .pdf |

---

Min Hu:

Your understanding is correct. Please find attached some COA samples I found.

08.07.2025

---

| | |
|---|---|
| From: | Min Hu |
| Sent: | August 7, 2025 17:21 |
| To: | cindy.li |
| Subject: | Regarding DMF COA |

Dear Mr. Li:
I would like to follow up on our communication regarding the Certificate of Analysis (COA) for N,N-Dimethylformamide (DMF). My understanding is that, according to the national industry standards in China, at least since 2009, the statements regarding alkalinity in the COA issued by Zhejiang Jiangshan Chemical Co., Ltd. for DMF have been consistent. Please confirm whether my understanding is accurate.

In addition, if there are any COA samples for DMF from Zhejiang Jiangshan Chemical Co., Ltd. for the period from 2009 to 2015, please provide those samples to me as well. Thank you very much!

Best regards,
Min Hu
August 7, 2025

Zhejiang Jiangshan Chemical Co., Ltd. Quality Department
Certificate of Analysis for Dimethylformamide

JL/JHGF-40-1

Sample Batch Number:   201207-31-02                    Quantity (tons):
Sample Source:                                         Date of Sampling:   July 3, 2012
Date of Analysis:      July 3, 2012                    Date of Report:     July 3, 2012

**Analysis Results**

| Analysis Item | Standard | | | Analysis Result |
|---|---|---|---|---|
| | Premium Grade | First Grade | Qualified Grade | |
| Appearance | Transparent liquid, no visible impurities | | | Transparent liquid, no visible impurities |
| Dimethylformamide Content w/% ≥ | 99.9 | 99.5 | | 99.97 |
| Methanol w/% ≤ | 0.0010 | 0.0030 | 0.0050 | 0.0001 |
| Heavy Components (calculated as Dimethylacetamide) w/% | Determined through negotiation between the supply and demand parties | | | 0.0233 |
| Color/Hazen Units (Platinum-Cobalt Color Number) ≤ | 5 | 10 | 20 | 4 |
| Moisture w/% ≤ | 0.050 | | | 0.0160 |
| Iron w/(mg/kg) ≤ | 0.05 | | | 0.000 |
| Acidity (calculated as Formic Acid) w/% ≤ | 0.0010 | 0.0020 | 0.0030 | 0.0005 |
| Alkalinity (calculated as Dimethylamine) w/% ≤ | 0.0010 | 0.0020 | 0.0030 | 0.0002 |
| pH Value (25℃, 20% Aqueous Solution) | 6.5-8.0 | | | 7.0 |
| Conductivity (25℃) /μs/cm ≤ | 2.0 | - | | 0.73 |
| Conclusion: | Premium Grade | | | |

Execution Standard: HG/T 2028-2009

Analyzed by: Zhu Xiaohong;    Proofread by: Lai Lirong; Reviewed by: Jiang Shuangying

[Seal: Zhejiang Jiangshan Chemical Co., Ltd.
ZHEJIANG JIANGSHAN CHEMICAL CO., LTD.]

Zhejiang Jiangshan Chemical Co., Ltd. Quality Department
Certificate of Analysis for Dimethylformamide

JL/JHGF-40-1

Sample Batch Number:  201204-31-02          Quantity (tons):
Sample Source:                               Date of Sampling:  April 7, 2012
Date of Analyzed by:    April 7, 2012         Date of Report:    April 7, 2012

**Analysis Results**

| Analysis Item | Standard | | | Analysis Result |
|---|---|---|---|---|
| | Premium Grade | First Grade | Qualified Grade | |
| Appearance | Transparent liquid, no visible impurities | | | Transparent liquid, no visible impurities |
| Dimethylformamide Content w/% ≥ | 99.9 | 99.5 | | 99.97 |
| Methanol w/% ≤ | 0.0010 | 0.0030 | 0.0050 | 0.0001 |
| Heavy Components (calculated as Dimethylacetamide) w/% | Determined through negotiation between the supply and demand parties | | | 0.0233 |
| Color/Hazen Units (Platinum-Cobalt Color Number) ≤ | 5 | 10 | 20 | 4 |
| Moisture w/% ≤ | 0.050 | | | 0.0160 |
| Iron w/(mg/kg) ≤ | 0.05 | | | 0.000 |
| Acidity (calculated as Formic Acid) w/% ≤ | 0.0010 | 0.0020 | 0.0030 | 0.0005 |
| Alkalinity (calculated as Dimethylamine) w/% ≤ | 0.0010 | 0.0020 | 0.0030 | 0.0002 |
| pH Value (25℃, 20% Aqueous Solution) | 6.5-8.0 | | | 7.0 |
| Conductivity (25℃) /µs/cm ≤ | 2.0 | - | | 0.73 |
| Conclusion: | Premium Grade | | | |

Execution Standard: HG/T 2028-2009

Analyzed by: Zhu Xiaohong;    Proofread by: Lai Lirong; Reviewed by: Jiang Shuangying

[Seal: Zhejiang Jiangshan Chemical Co., Ltd.
ZHEJIANG JIANGSHAN CHEMICAL CO., LTD.]

Zhejiang Jiangshan Chemical Co., Ltd. Quality Department

Certificate of Analysis for DimethylformamideJL/JHGF-40-1

Sample Batch Number:    201505-31-10          Quantity (tons):
Sample Source:                              Date of Sampling:    May 8, 2015
Date of Analyzed by:    May 8, 2015          Date of Report:    May 8, 2015

**Analysis Results**

| Analysis Item | Standard | | | Analysis Result |
|---|---|---|---|---|
| | Premium Grade | First Grade | Qualified Grade | |
| Appearance | Transparent liquid, no visible impurities | | | Transparent liquid, no visible impurities |
| Dimethylformamide Content w/% ≥ | 99.9 | 99.5 | | 99.95 |
| Methanol w/% ≤ | 0.0010 | 0.0030 | 0.0050 | 0.0001 |
| Heavy Components (calculated as Dimethylacetamide) w/% | Determined through negotiation between the supply and demand parties | | | 0.0220 |
| Color/Hazen Units (Platinum-Cobalt Color Number) ≤ | 5 | 10 | 20 | 4 |
| Moisture w/% ≤ | 0.050 | | | 0.023 |
| Iron w/(mg/kg) ≤ | 0.05 | | | 0.000 |
| Acidity (calculated as Formic Acid) w/% ≤ | 0.0010 | 0.0020 | 0.0030 | 0.0005 |
| Alkalinity (calculated as Dimethylamine) w/% ≤ | 0.0010 | 0.0020 | 0.0030 | 0.0002 |
| pH Value (25℃, 20% Aqueous Solution) | 6.5-8.0 | | | 7.0 |
| Conductivity (25℃) /μs/cm ≤ | 2.0 | - | | 0.73 |
| Conclusion: | Premium Grade | | | |

Execution Standard: HG/T 2028-2009

Prepared by: Sun Ying; Reviewed by: Zhu Yonghua; Approved by: Zhu Jiansheng

[Seal: Zhejiang Jiangshan Chemical Co., Ltd.
ZHEJIANG JIANGSHAN CHEMICAL CO., LTD.]

**Appendix B**

From:     taoxiuqin
To:       Min Hu
Subject:  Reply: Regarding DMF COA
Date:     August 7, 2025, 17:40:42

Manager Hu: Hello!

I apologize, but I no longer have the COA from that period. Your understanding should be correct; Hualu Hengsheng's DMF is executed according to the national industry standard that took effect in 2009. Moreover, Hualu Hengsheng's sales representatives have informed me that their COAs are all standardized according to the industry standard.

---------------------------

From: Min Hu <humin@huahaipharm.com>
Sent: August 7, 2025 (Thursday) 17:16
To: taoxiuqin <taoxiuqin@aliyun.com>
Subject: Regarding DMF COA

Mr. Tao:

I am following up on our communication regarding the Certificate of Analysis (COA) for N,N-Dimethylformamide (DMF). My understanding is that according to China's national industry standards, at least since 2009, the statements concerning the alkalinity testing item in the COA issued by Shandong Hualu Hengsheng Chemical Co., Ltd. have been consistent. Please confirm whether my understanding is accurate.

In addition, if you have any samples of the DMF COA from Shandong Hualu Hengsheng Chemical Co., Ltd. for the period of 2009-2015, please provide those samples to me as well. Thank you very much!

Best regards,

Min Hu

August 7, 2025

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

IN RE: VALSARTAN, LOSARTAN,
AND IRBESARTAN PRODUCTS
LIABILITY LITIGATION                          MDL No. 2875

This Document Relates to All Actions

<u>胡敏的声明</u>

1. 我是胡敏，我自 2006 起一直在浙江华海药业股份有限公司（"华海"）工作，我的工作职责包括与缬沙坦 API 生产所需的原料供应商进行沟通，包括但不限于二甲基甲酰胺（"DMF"）的供应商。

2. 2025 年 8 月 6 日至 8 月 7 日，我与浙江日出精细化工有限公司（"日出"）的李娟进行了沟通。日出是浙江江山化工股份有限公司（"江山"）DMF 产品的分销商。江山于 2017 年 12 月更名为浙江交通科技股份有限公司。华海从日出购买由江山生产的 DMF。我索取了 2016 年之前江山生产的 DMF 的 COA 样本。本声明附件 A 是前述沟通的书面记录以及收到的回复，其中包括收到的日期为 2012 年 4 月、2012 年 7 月、2015 年 5 月的 DMF 的 COA 样本。

3. 2025 年 8 月 6 日至 8 月 7 日，我与宁波俊佳商贸有限公司当时负责向华海供应山东华鲁恒升化工股份有限公司（"华鲁"）生产的 DMF 的陶秀琴进行了沟通。我索取了 2016 年之前华鲁生产的 DMF 的 COA 样本。本声明附件 B 是前述沟通的书面记录以及收到的回复。

1

根据美利坚合众国法律，本人在伪证处罚的约束下声明：就本人所知，前述内容真实无误。

于 2025 年 8 月 7 日在 _____（省份）, _____（城市）签署。

胡敏

声明人

附件 **A**

| | |
|---|---|
| 发件人： | lijuan |
| 收件人： | 胡敏 |
| 主题： | Re: 关于DMF COA |
| 日期： | 2025年8月7日 17:55:20 |
| 附件： | 201207-DMFCOA(江山) (1).pdf |
| | 201204-DMF COA(1).pdf |
| | DMF-江化COA201505(1).pdf |

胡敏：

你的理解是对的，请查收我找到的一些COA样本

2025.08.07

| | |
|---|---|
| 发件人： | 胡敏 |
| 发送时间： | 2025-08-07 17:21 |
| 收件人： | cindy.li |
| 主题： | 关于DMF COA |

李总：

　跟进一下我们关于N,N-二甲基酰胺（DMF）的分析报告单（COA）的沟通。我的理解是，根据中国国家行业标准，至少从2009年开始，浙江江山化工股份有限公司出具的DMF的COA中关于碱度这一检测项目的表述都是一致的。请确认我的理解是否准确。

此外，如果有2009至2015年期间浙江江山化工股份有限公司DMF的COA样本，也请提供样本给我。十分感谢！

顺祝商榷！

胡敏
2025-08-07

## 浙江江山化工股份有限公司质量部
### 二甲基甲酰胺产品分析报告单

JL/JHGF-40-1

201207-31-

| | | | |
|---|---|---|---|
| 样品批号: | 02 | 数量,吨: | |
| 样品来源: | | 取样日期: | 2012.7.3 |
| 分析日期: | 2012.7.3 | 报告日期: | 2012.7.3 |

## 分析结果

| 分析项目 | 指标 | | | 分析结果 |
|---|---|---|---|---|
| | 优等品 | 一等品 | 合格品 | |
| 外观 | 透明液体、无可见杂质 | | | 透明液体无可见杂质 |
| 二甲基甲酰胺含量 w/%    ≥ | 99.9 | 99.5 | | 99.97 |
| 甲醇 w/%    ≤ | 0.0010 | 0.0030 | 0.0050 | 0.0001 |
| 重组分(以二甲基乙酰胺计)w/% | 供需双方协商确定 | | | 0.0233 |
| 色度/Hazen 单位(铂-钴色号) ≤ | 5 | 10 | 20 | 4 |
| 水份 w/%    ≤ | 0.050 | | | 0.0160 |
| 铁 w/(mg/kg)    ≤ | 0.05 | | | 0.000 |
| 酸度(以甲酸计)w/%    ≤ | 0.0010 | 0.0020 | 0.0030 | 0.0005 |
| 碱度(以二甲胺计)w/%    ≤ | 0.0010 | 0.0020 | 0.0030 | 0.0002 |
| PH 值(25℃,20%水溶液) | 6.5-8.0 | | | 7.0 |
| 电导率(25℃)/μs/cm    ≤ | 2.0 | — | | 0.73 |
| 结论 | 优等品 | | | |

执行:HG/T 2028-2009

分析:祝小红    校对:来丽蓉                    审核:姜双英



浙江江山化工股份有限公司质量部
二甲基甲酰胺产品分析报告单

JL/JHGF-40-1

|  | 201204-31- |  |  |
|---|---|---|---|
| 样品批号: | 02 | 数量，吨: |  |
| 样品来源: |  | 取样日期: | 2012.4.7 |
| 分析日期: | 2012.4.7 | 报告日期: | 2012.4.7 |

## 分析结果

| 分析项目 | 指标 | | | 分析结果 |
|---|---|---|---|---|
|  | 优等品 | 一等品 | 合格品 |  |
| 外观 | 透明液体、无可见杂质 | | | 透明液体无可见杂质 |
| 二甲基甲酰胺含量 w/% ≥ | 99.9 | 99.5 | | 99.97 |
| 甲醇 w/% ≤ | 0.0010 | 0.0030 | 0.0050 | 0.0001 |
| 重组分(以二甲基乙酰计)w/% | 供需双方协商确定 | | | 0.0233 |
| 色度/Hazen 单位(铂-钴色号) ≤ | 5 | 10 | 20 | 4 |
| 水份 w/% ≤ | 0.050 | | | 0.0160 |
| 铁 w/(mg/kg) ≤ | 0.05 | | | 0.000 |
| 酸度(以甲酸计)w/% ≤ | 0.0010 | 0.0020 | 0.0030 | 0.0005 |
| 碱度(以二甲胺计)w/% ≤ | 0.0010 | 0.0020 | 0.0030 | 0.0002 |
| PH 值(25℃,20%水溶液) | 6.5-8.0 | | | 7.0 |
| 电导率(25℃)/μs/cm ≤ | 2.0 | — | | 0.73 |
| 结论 | 优等品 | | | |

执行:HG/T 2028-2009

分析:祝小红　　校对:来丽蓉　　　　　　　审核:姜双英



## 浙江江山化工股份有限公司质量部
## 二甲基甲酰胺产品分析报告单

JL/JHGF-40-1

| | 201505-31- | | |
|---|---|---|---|
| 样品批号: | 10 | 数量，吨: | |
| 样品来源: | | 取样日期: | 2015.5.8 |
| 分析日期: | 2015.5.8 | 报告日期: | 2015.5.8 |

### 分析结果

| 分析项目 | 指标 | | | 分析结果 |
|---|---|---|---|---|
| | 优等品 | 一等品 | 合格品 | |
| 外观 | 透明液体、无可见杂质 | | | 透明液体无可见杂质 |
| 二甲基甲酰胺含量 w/% ≥ | 99.9 | 99.5 | | 99.95 |
| 甲醇 w/% ≤ | 0.0010 | 0.0030 | 0.0050 | 0.0001 |
| 重组分(以二甲基乙酰胺计)w/% | 供需双方协商确定 | | | 0.0220 |
| 色度/Hazen 单位(铂-钴色号) ≤ | 5 | 10 | 20 | 4 |
| 水份 w/% ≤ | 0.050 | | | 0.023 |
| 铁 w/(mg/kg) ≤ | 0.05 | | | 0.000 |
| 酸度(以甲酸计)w/% ≤ | 0.0010 | 0.0020 | 0.0030 | 0.0005 |
| 碱度(以二甲胺计)w/% ≤ | 0.0010 | 0.0020 | 0.0030 | 0.0002 |
| PH 值(25℃,20%水溶液) | 6.5~8.0 | | | 7.0 |
| 电导率(25℃)/μs/cm ≤ | 2.0 | — | | 0.73 |
| 结论 | 优等品 | | | |

执行:HG/T 2028-2009

编制： 孙颖                                  审核：朱永华 批准：祝建胜



附件 **B**

| | |
|---|---|
| 发件人： | taoxiuqin |
| 收件人： | 胡敏 |
| 主题： | 回复：关于DMF COA |
| 日期： | 2025年8月7日 17:40:42 |

胡经理：你好！

　　抱歉，我没有那个期间的COA了。你的理解应该是对的，华鲁恒升DMF是按照2009年生效的国家行业标准执行的，而且华鲁恒升业务员告诉过我他们的COA都是按照行业标准模版化的。

-----------------------------------------------------------

发件人：胡敏 <humin@huahaipharm.com>
发送时间：2025年8月7日(周四) 17:16
收件人：taoxiuqin<taoxiuqin@aliyun.com>
主　题：关于DMF COA

陶总：

跟进一下我们关于N,N-二甲基甲酰胺（DMF）的产品质量证明书（COA）的沟通。我的理解是根据中国国家行业标准，至少从2009年开始，山东华鲁恒升化工股份有限公司出具的DMF的COA中关于碱度这一检测项目的表述都是一致的。请确认我的理解是否准确。

此外，如果有2009-2015年期间山东华鲁恒升化工股份有限公司的DMF COA样本，也请提供给我。十分感谢！

顺祝商榷！

胡敏
2025-08-07