# Exhibit 12

| | |
|---|---|
| **From:** | Hansen, Milli Kanani <Milli.Hansen@skadden.com> |
| **Sent:** | Monday, August 4, 2025 11:12 AM |
| **To:** | 'Adam Slater' |
| **Cc:** | Bernardo, Richard T; Rose, Nina; 'Christopher Geddis' |
| **Subject:** | ZHP COAs |
| **Attachments:** | DRAFT Stipulation re_COAs_8-4-2025.docx |

Hi Adam –

Based on the conference on Friday, it sounds like we need to discuss whether the parties can agree to a stipulation.  I've attached ZHP's proposal.   Please let us know your availability to discuss today or tomorrow.

Milli

**Milli Kanani Hansen**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7128 | M: +1.214.235.8938
milli.hansen@skadden.com

1