[Docket No. 3053]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE TPP TRIAL SUBCLASSES | MDL No. 19-2875<br>(RMB/SAK)<br><br>ORDER |

**THIS MATTER** having come before the Court upon the Motion for Leave to Reopen the Expert Record filed by the TPP Trial Plaintiffs[1] [Docket No. 3053]; and the TPP Trial Defendants having opposed said Motion [Docket No. 3080]; and the TPP Trial Plaintiffs having submitted a reply brief in further support of the Motion [Docket No. 3083]; and the Court having directed the parties to prepare supplemental submissions regarding the Motion; and the parties having done so [Docket Nos. 3126, 3143]; and the Court having thoroughly considered the parties' submissions; and for reasons to be set forth in an Opinion issued at a later date; and for good cause shown,

---

[1] The "TPP Trial Plaintiffs" refer to MSP Recovery Claims, Series LLC ("MSP") as class representative of numerous Third-Party Payors ("TPPs"). MSP is the assignee of economic loss claims from two TPP assignors, SummaCare and Emblem Health.

The "TPP Trial Defendants" include Zhejiang Huahai Pharmaceuticals Co., Ltd.; Huahai U.S. Inc.; Prinston Pharmaceutical Inc. d/b/a Solco Healthcare LLC; Solco Healthcare U.S.; Teva Pharmaceuticals USA, Inc.; Teva Pharmaceutical Industries Ltd.; Actavis LLC; Actavis Pharma, Inc.; Torrent Pharmaceuticals Ltd.; and Torrent Pharma, Inc.

**IT IS HEREBY**, on this __18th__ day of __August__, **2025**

**ORDERED** that the TPP Trial Plaintiffs' Motion for Leave to Reopen the Expert Record [Docket No. 3053] is **DENIED**.

_____
RENÉE MARIE BUMB
Chief United States District Judge