# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson
Carissa M. Thompson

°Member of N.J. & N.Y. Bars

August 19, 2025

*VIA ECF*
Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey 08101

    Re:    *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 19-2875 (RMB)

Dear Chief Judge Bumb,

Please accept this letter in response to ZHP's August 18, 2025 letter asking the Court to strike Plaintiffs' brief filed at the Court's direction with regard to ZHP's destruction of certificates of analysis (COAs) and inspection reports, or for leave to file another brief. Plaintiffs oppose this request.

Plaintiffs addressed the questions posed by the Court and responded to ZHP's arguments. ZHP addressed the prejudice issue, claiming that there has been no prejudice to Plaintiffs, and argued that no sanctions are warranted. Plaintiffs were

Honorable Renée Marie Bumb
United States District Court
August 19, 2025
Page 2

well within their rights to argue to the contrary, and explain why the prejudice (or the conduct in the absence of prejudice) warrants sanctions. There is no basis to strike Plaintiffs' brief.

The Court was also clear that the parties should try to reach a stipulated resolution of this issue, and if that is not possible that the Court would decide the issue. Plaintiffs have not received any substantive response from ZHP with regard to their proposed stipulated jury instruction which was sent to ZHP on August 13, 2025 (attached to Plaintiffs' papers as Exhibit 23).

Finally, ZHP has already addressed the question of whether sanctions should be imposed, arguing that there was no prejudice and no sanctions should be imposed. There is no need or basis for ZHP to be given yet another opportunity to brief the issues.

Thank you for your courtesies and consideration.

Respectfully,

ADAM M. SLATER

Cc: Counsel of Record (via ECF)