# KIRKLAND & ELLIS LLP

Jessica Davidson, P.C.
To Call Writer Directly:
+1 212 446 4723
jessica.davidson@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

August 22, 2025

**VIA ECF**

| | |
|---|---|
| Honorable Renée Marie Bumb | Honorable Thomas I. Vanaskie (Ret.) |
| United States District Court | Special Master |
| Mitchell H. Cohen Building and | Stevens & Lee |
| U.S. Courthouse | 1500 Market St., East Tower, |
| Courtroom 3D | Suite 1800 |
| 4th and Cooper Streets | Philadelphia, Pennsylvania 19103 |
| Camden, New Jersey 0810 | |

Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*
No. 1:19-md-2875-RMB (D.N.J.)

Dear Judge Bumb and Judge Vanaskie:

Per the Court's MDL Special Master Order (ECF 3150), this letter provides Defendants' proposed agenda for the August 26, 2025 Case Management Conference.

## I. ORDER OF WITNESSES FOR AUGUST 26, 2025 RULE 702 HEARING

In light of the respective schedules of the parties' experts (and, in particular, the clinical practices of Dr. Nadim Mahmud and Dr. Fareeha Siddiqui), the parties have conferred and jointly request that the Court allow the parties to present witnesses at the Rule 702 hearing in the following order:

- Dr. Fareeha Siddiqui
- Dr. Nadim Mahmud
- Dr. Andrew Thompson

## KIRKLAND & ELLIS LLP

Honorable Renée Marie Bumb
Honorable Thomas I. Vanaskie (Ret.)
August 21, 2025
Page 2

Defendants will be prepared to address any other topics the Court may want to discuss at the CMC.

Sincerely,

*Jessica Davidson*

Jessica Davidson, P.C.