UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**          **DATE OF PROCEEDINGS**

**HONORABLE THOMAS I. VANASKIE**          August 26, 2025

**COURT REPORTER: JOHN J. KURZ**

Docket No. 19-md-02875(RMB/SAK)
20-cv-00946(RMB/SAK)

**TITLE OF CASE:**

**IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION**
**ROBERTS, Et al., v. ZHEJIANG HUAHAI PHARMACEUTICAL CO. LTD. Et al.,**

**APPEARANCES:**

Adam M. Slater, Esquire, C. Brett Vaughn, Esquire and Daniel A, Nigh, Esquire for plaintiff
Allison M. Brown, Esquire, Jessica Davidson, Esquire, Nina R. Rose, Esquire, Joseph Caruso, Esquire, Jordan Einstein, Esquire and Richard Bernardo, Esquire for ZHP defendants

**NATURE OF PROCEEDINGS: DAUBERT HEARING/CASE MANGEMENT CONFRENCE**

Daubert Hearing/ Case Management Conference held on the record and sign in sheet attached.
Hearing on [3068] Motion to Exclude the Opinions of Dr. Fareeha Siddiqui by defendants.
Ordered witness sworn; Fareeha Siddiqui, M.D. sworn for plaintiff.
Hearing on [3067] Motion to Preclude Defense Expert Nadim Mahmud, M.D., M.S., M.P.H., M.S.C.E by plaintiff.
Ordered witness sworn; Nadim Mahmud, M.D., M.S., M.P.H., M.S.C.E sworn for defendant.
Hearing on [3057] Motion to Preclude Opinions of Defense Expert Andrew Thompson, P.H.D. by plaintiff.
Ordered witness sworn; Andrew Thompson, P.H.D. sworn for defendant.
Decision Reserved.
Ordered supplemental submissions on motions in limine to be filed by 9/2/25.
Ordered supplemental submissions regarding Motion to Preclude Dr. Siddiqui to be filed by 9/2/25.
Ordered plaintiff to file submission regarding application for sanctions by 9/2/25.
Ordered Daubert hearing continued to 9/3/25 at 10:00a.m.
Ordered hearing on plaintiff's application for sanctions 9/8/25 at 10:00 a.m.
Ordered trial set for 9/9/25 at 9:00a.m.

Time commenced: 9:00a.m.                    Time Adjourned: 5:35p.m.

Total 7 Hours and 35 Minutes

s/ *Arthur Roney*
DEPUTY CLERK

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## DAUBERT HEARING/CASE MANAGEMENT CONFERENCE
### August 26, 2025 – 9:00AM

**PLEASE PRINT LEGIBLY**

| NAME: | Civil Action 20-cv-00946(RMB/SAK) Party Representing |
|---|---|
| Daniel Nigh | Roberts and Plaintiffs |
| Brett Vaughn | Roberts & Plaintiffs |
| Adam Sluter | Plaintiffs |

# VALSARTAN PRODUCTS LIABILITY LITIGATION
## MDL #19-2875
## DAUBERT HEARING/CASE MANAGEMENT CONFERENCE
## August 26, 2025 – 9:00AM

### PLEASE PRINT LEGIBLY

| NAME: | | Civil Action 20-cv-00946(RMB/SAK) Party Representing |
|---|---|---|
| Conlee Whiteley | | Plaintiffs |
| Ruben Honik | | Plaintiffs |
| Christopher J. Geddis | Leigh Slater / Lite DePalma | Plaintiffs |
| David Stanoch | Honik LLC | Plaintiffs |

# VALSARTAN PRODUCTS LIABILITY LITIGATION
## MDL #19-2875
## DAUBERT HEARING/CASE MANAGEMENT CONFERENCE
### August 26, 2025 – 9:00AM

**PLEASE PRINT LEGIBLY**

| NAME: | Civil Action 20-cv-00946(RMB/SAK) Party Representing |
|---|---|
| Anthony Baizano | ZHP Defendants |
| Nina Rose | ZHP Defendants |
| Alli Brown | ZHP Defendants |
| Paul Cotter | ZHP Defendants |
| Rutako Bernardo | ZHP Defs |
| Liza Walsh | Teva |
| D'Lesli M. Davis | McKesson |
| Nadim Mahmud | ZHP defendants |
| Paula Campiero | ZHP Defendants |
| Andrew Thompson | ZHP Defendants |
| Lindsey Foster | Torrent |
| Steven Harkins | Teva |

OVER →

| Name | Party |
|---|---|
| Victoria Lockard | Teva |
| Frank Stoy | Mylan Defendants |
| Andrew Kaplan | Cardinal Health |
| Maureen Coghlan | Mylan Defendants |
| John Lavelle | Aurobindo |
| Terry Henry | Hetero / Camber |
| Steven Rosnick | Various TTs |
| Kirstin Ives | Humana Pharmacy, Inc. |
| Jonathan Janow | Albertsons |
| James Spung | Express Scripts |
| Roxanna Gonzalez | Optum Rx, Inc. |
| Kara Kapke | CVS, Walmart, Walgreens |
| Jeffrey Geoppinger | AmeriSource Bergen / Cencora |