# KIRKLAND & ELLIS LLP

Nina R. Rose
To Call Writer Directly:
+1 202 389 3394
nina.rose@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

August 29, 2025

**VIA ECF**

| | |
|---|---|
| Honorable Renée Marie Bumb | Honorable Thomas I. Vanaskie (Ret.) |
| United States District Court | Special Master |
| Mitchell H. Cohen Building and | Stevens & Lee |
| U.S. Courthouse | 1500 Market St., East Tower, |
| Courtroom 3D | Suite 1800 |
| 4th and Cooper Streets | Philadelphia, Pennsylvania 19103 |
| Camden, New Jersey 0810 | |

Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation* No. 1:19-md-2875-RMB (D.N.J.)

Dear Chief Judge Bumb and Judge Vanaskie:

Defendant Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP") submits this letter with respect to the logistics for the hearing regarding Plaintiffs' application for sanctions scheduled for September 8, 2025 ("September 8th Hearing"). (*See* ECF No. 3155.)

ZHP respectfully requests permission from the Court to present one to two Company witnesses to testify by Zoom from either Macau or Hong Kong at the September 8th Hearing. (Under Chinese law, the testimony cannot take place on mainland China.) ZHP's counsel is happy to coordinate with the Court's staff to facilitate the presentation of remote testimony without burdening the Court. In addition, because one of the potential witnesses does not speak English, ZHP respectfully requests permission to have an interpreter appear at the September 8th Hearing to facilitate the witness's communication with the Court. ZHP can arrange for the interpreter to appear remotely or in person, depending on the Court's preference.

# KIRKLAND & ELLIS LLP

Honorable Renée Marie Bumb
Honorable Thomas I. Vanaskie (Ret.)
August 29, 2025
Page 2

Thank you in advance for your consideration.

                                              Sincerely,

                                              Nina Rose, P.C.