# **EXHIBIT 1**

*Dianhydrovalrubicin:* 2-(5,12-dihydroxy-7-methoxy-6,11-dioxo-6,11-dihydrotetracen-2-yl)-2-oxoethyl pentanoate.

## Valrubicin Intravesical Solution

### DEFINITION
Valrubicin Intravesical Solution is a sterile solution of Valrubicin in a suitable vehicle. It contains NLT 95.0% and NMT 105.0% of the labeled amount of valrubicin ($C_{34}H_{36}F_3NO_{13}$).

### IDENTIFICATION
- **A. THIN-LAYER CHROMATOGRAPHIC IDENTIFICATION TEST 201**
  **Standard solution:** Use the *Standard solution*, prepared as directed in the *Assay*, suitably diluted with methanol.
  **Sample solution:** Use the *Sample solution*, prepared as directed in the *Assay*, suitably diluted with methanol.
  **Solution A:** 0.1 M ammonium formate. Adjust with formic acid to a pH of 4.0.
  **Developing solvent system:** Acetonitrile and *Solution A* (45:55)
- **B.** The retention time of the major peak of the *Sample solution* corresponds to that of the *Standard solution*, as obtained in the *Assay*.

### ASSAY
- **PROCEDURE**
  **Buffer:** 0.1 M ammonium formate. Adjust with formic acid to a pH of 4.0.
  **Mobile phase:** Acetonitrile and *Buffer* (45:55)
  **Standard solution:** 0.2 mg/mL of USP Valrubicin RS in methanol
  **Sample solution:** Equivalent to 0.2 mg/mL of valrubicin, from Intravesical Solution in methanol
  **Chromatographic system**
  (See *Chromatography* ⟨621⟩, *System Suitability*.)
  **Mode:** LC
  **Detector:** UV 254 nm
  **Column:** 5-mm × 10-cm; 4-μm packing L1, and a guard column
  **Flow rate:** 2.5 mL/min
  **Injection size:** 10 μL
  **System suitability**
  **Sample:** *Standard solution*
  **Suitability requirements**
  **Relative standard deviation:** NMT 2%
  **Analysis**
  **Samples:** *Standard solution* and *Sample solution*
  Calculate the percentage of the labeled amount of $C_{34}H_{36}F_3NO_{13}$ in the Intravesical Solution taken:

  $$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

  $r_U$ = peak response from the *Sample solution*
  $r_S$ = peak response from the *Standard solution*
  $C_S$ = concentration of USP Valrubicin RS in the *Standard solution* (mg/mL)
  $C_U$ = nominal concentration of valrubicin in the *Sample solution* (mg/mL)
  **Acceptance criteria:** 95.0%–105.0%

### IMPURITIES
**Organic Impurities**
- **PROCEDURE**
  **Buffer, Mobile phase,** and **Chromatographic system:** Proceed as directed in the *Assay*.
  **Sample solution:** 0.2 mg/mL of valrubicin in methanol
  **Analysis**
  **Sample:** *Sample solution*
  Measure the areas for the major peaks. Calculate the percentage of each impurity in the portion of Intravesical Solution taken:

  $$\text{Result} = (r_U/r_T) \times 100$$

  $r_U$ = peak area for each impurity
  $r_T$ = sum of the peak areas of all the peaks
  [NOTE—Do not consider any peaks due to solvent or excipients.]
  **Acceptance criteria**
  **Individual impurities:** See *Impurity Table 1*.
  **Total impurities:** NMT 3.5%

**Impurity Table 1**

| Name | Relative Retention Time | Acceptance Criteria, NMT (%) |
|---|---|---|
| Valrubicin impurity 1 | 0.11 | 0.5 |
| Valrubicin impurity 2 | 0.16 | 0.8 |
| Valrubicin impurity 3 | 0.51 | 0.8 |
| Valrubicin impurity 4 | 0.71 | 0.8 |
| Any unspecified impurity | — | 0.5 |

### SPECIFIC TESTS
- **BACTERIAL ENDOTOXINS TEST ⟨85⟩:** NMT 0.14 USP Endotoxin Unit/mg of valrubicin
- **pH ⟨791⟩**
  **Sample solution:** 1 in 15 solution in 0.9% sodium chloride solution
  **Acceptance criteria:** 4.0–7.0
- **OTHER REQUIREMENTS:** Meets the requirements under *Injections and Implanted Drug Products* ⟨1⟩

### ADDITIONAL REQUIREMENTS
- **PACKAGING AND STORAGE:** Preserve in single-dose or multiple-dose containers, preferably of Type I glass. Store in a refrigerator.
- **LABELING:** Label it to indicate that it is not intended for intravenous or intramuscular injection but is to be used for intravesical instillation.

*Change to read:*

- **USP REFERENCE STANDARDS ⟨11⟩**
  ●(CN 1-May-2018)
  USP Valrubicin RS

## Valsartan

$C_{24}H_{29}N_5O_3$                                                                 435.52
L-Valine, *N*-(1-oxopentyl)-*N*-[[2′-(1*H*-tetrazol-5-yl)[1,1′-biphenyl]-4-yl]methyl]-;
*N*-[*p*-(*o*-1*H*-Tetrazol-5-ylphenyl)benzyl]-*N*-valeryl-L-valine
[137862-53-4].

## DEFINITION

Valsartan contains NLT 98.0% and NMT 102.0% of valsartan ($C_{24}H_{29}N_5O_3$), calculated on the anhydrous basis.

## IDENTIFICATION

- **A. INFRARED ABSORPTION 197M**
- **B.** The retention time of the major peak of the *Sample solution* corresponds to that of the *Standard solution*, as obtained in the *Assay*.

## ASSAY

- **PROCEDURE**

  **Mobile phase:** Acetonitrile, glacial acetic acid, and water (500:1:500)

  **Standard solution:** 0.5 mg/mL of USP Valsartan RS in *Mobile phase*

  **Sample solution:** 0.5 mg/mL of Valsartan in *Mobile phase*

  **Chromatographic system**
  (See *Chromatography* 621, *System Suitability*.)
  **Mode:** LC
  **Detector:** UV 273 nm
  **Column:** 3.0-mm × 12.5-cm; 5-μm packing L1
  **Flow rate:** 0.4 mL/min
  **Injection volume:** 10 μL

  **System suitability**
  **Sample:** *Standard solution*
  **Suitability requirements**
  **Relative standard deviation:** NMT 2.0%

  **Analysis**
  **Samples:** *Standard solution* and *Sample solution*
  Calculate the percentage of valsartan ($C_{24}H_{29}N_5O_3$) in the portion of Valsartan taken:

  $$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

  $r_U$ = peak response of the *Sample solution*
  $r_S$ = peak response of the *Standard solution*
  $C_S$ = concentration of USP Valsartan RS in the *Standard solution* (mg/mL)
  $C_U$ = concentration of Valsartan in the *Sample solution* (mg/mL)

  **Acceptance criteria:** 98.0%–102.0% on the anhydrous basis

## IMPURITIES

- **RESIDUE ON IGNITION 281:** NMT 0.1%

*Delete the following:*

- ▲**HEAVY METALS,** *Method II* **231:** NMT 10 ppm▲ (Official 1-Jan-2018)
- **PROCEDURE 1: LIMIT OF VALSARTAN RELATED COMPOUND A**

  **Mobile phase:** *n*-Hexane, 2-propanol, and trifluoroacetic acid (850:150:1)

  **System suitability solution:** 0.04 mg/mL each of USP Valsartan Related Compound A and USP Valsartan RS in *Mobile phase*

  **Standard solution:** 0.01 mg/mL of USP Valsartan Related Compound A RS in *Mobile phase*

  **Sample solution:** 1 mg/mL of Valsartan in *Mobile phase*. Sonicate for 5 min.

  **Chromatographic system**
  (See *Chromatography* 621, *System Suitability*.)
  **Mode:** LC
  **Detector:** UV 230 nm
  **Column:** 4.6-mm × 25-cm; 5-μm packing L40
  **Flow rate:** 0.8 mL/min
  **Injection volume:** 10 μL

  **System suitability**
  **Sample:** *System suitability solution*
  **Suitability requirements**
  **Resolution:** NLT 2.0 between valsartan related compound A and valsartan
  **Relative standard deviation:** NMT 5% for valsartan related compound A peak

  **Analysis**
  **Samples:** *Standard solution* and *Sample solution*
  Calculate the percentage of valsartan related compound A in the portion of Valsartan taken:

  $$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

  $r_U$ = peak response of valsartan related compound A from the *Sample solution*
  $r_S$ = peak response of valsartan related compound A from the *Standard solution*
  $C_S$ = concentration of USP Valsartan Related Compound A RS in the *Standard solution* (mg/mL)
  $C_U$ = concentration of Valsartan in the *Sample solution* (mg/mL)

  **Acceptance criteria:** NMT 1.0% of valsartan related compound A.

- **PROCEDURE 2: LIMIT OF VALSARTAN RELATED COMPOUND B, VALSARTAN RELATED COMPOUND C, AND OTHER RELATED COMPOUNDS**

  **Mobile phase:** Proceed as directed in the *Assay*.

  **Standard solution:** 1 μg/mL each of USP Valsartan RS, USP Valsartan Related Compound B RS, and USP Valsartan Related Compound C RS in *Mobile phase*

  **Sample solution:** 0.5 mg/mL of Valsartan in *Mobile phase*

  **Chromatographic system:** Proceed as directed in the *Assay*, except for the following.
  **Detector:** UV 225 nm

  **System suitability**
  **Sample:** *Standard solution*
  **Suitability requirements**
  **Resolution:** NLT 1.8 between valsartan related compound B and valsartan
  **Relative standard deviation:** 10.0% for valsartan related compound B and NMT 2.0% for valsartan

  **Analysis**
  **Samples:** *Standard solution* and *Sample solution*
  Calculate the percentage of valsartan related compound B and valsartan related compound C in the portion of Valsartan taken:

  $$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

  $r_U$ = peak response of valsartan related compound B or valsartan related compound C from the *Sample solution*
  $r_S$ = peak response of valsartan related compound B or valsartan related compound C from the *Standard solution*
  $C_S$ = concentration of USP Valsartan Related Compound B RS or USP Valsartan Related Compound C RS in the *Standard solution* (mg/mL)
  $C_U$ = concentration of Valsartan in the *Sample solution* (mg/mL)

  Calculate the percentage of any other impurity in the portion of Valsartan taken:

  $$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

  $r_U$ = peak response of any other impurity from the *Sample solution*
  $r_S$ = peak response of valsartan from the *Standard solution*
  $C_S$ = concentration of USP Valsartan RS in the *Standard solution* (mg/mL)
  $C_U$ = concentration of Valsartan in the *Sample solution* (mg/mL)

  **Acceptance criteria:** See *Table 1*.

Official from May 1, 2018
Copyright (c) 2018 The United States Pharmacopeial Convention. All rights reserved.

CONFIDENTIAL INFORMATION

ZHP01303142

USP Monographs

**Table 1**

| Name | Acceptance Criteria, NMT (%) |
|---|---|
| Valsartan related compound B[a] | 0.2 |
| Valsartan related compound C[b] | 0.1 |
| Any other individual impurity[c] | 0.1 |
| Total impurities[c] | 0.3 |

[a] *N*-Butyryl-*N*-{[2′-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine.
[b] *N*-Valeryl-*N*-{[2′-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine benzyl ester.
[c] Excluding valsartan related compound A.

**SPECIFIC TESTS**
- **WATER DETERMINATION,** *Method I* ⟨921⟩: NMT 2.0%
- **ABSORBANCE**
    **Analytical wavelength:** 420 nm
    **Sample solution:** A 1-in-20 solution of valsartan in methanol
    **Acceptance criteria:** The absorbance divided by the path length is NMT 0.02.

**ADDITIONAL REQUIREMENTS**
- **PACKAGING AND STORAGE:** Preserve in tight containers, and store at controlled room temperature. Protect from moisture and heat.
- **USP REFERENCE STANDARDS** ⟨11⟩
    USP Valsartan RS
    USP Valsartan Related Compound A RS
    *N*-Valeryl-*N*-{[2′-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-D-valine.
    $C_{24}H_{29}N_5O_3$    435.52
    USP Valsartan Related Compound B RS
    *N*-Butyryl-*N*-{[2′-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine.
    $C_{23}H_{27}N_5O_3$    421.49
    USP Valsartan Related Compound C RS
    *N*-Valeryl-*N*-{[2′-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine benzyl ester.
    $C_{31}H_{35}N_5O_3$    525.64

# Valsartan Tablets

**DEFINITION**
Valsartan Tablets contain NLT 95.0% and NMT 105.0% of the labeled amount of valsartan ($C_{24}H_{29}N_5O_3$).

**IDENTIFICATION**
- **A.** The retention time of the major peak of the *Sample solution* corresponds to that of the *Standard solution*, as obtained in the *Assay*.

**ASSAY**
- **PROCEDURE**
    **Mobile phase:** Acetonitrile, water, and glacial acetic acid (50:50:0.1)
    **Diluent:** Acetonitrile and water (1:1)
    **System suitability solution:** 2 µg/mL of USP Valsartan Related Compound B RS and 20 µg/mL of USP Valsartan RS in *Diluent*
    **Standard solution:** 0.20 mg/mL of USP Valsartan RS in *Diluent*
    **Sample stock solution:** Place NLT 20 Tablets in a suitable volumetric flask, and initially add water (10% of the volume of the flask). Stir or shake until the Tablets disintegrate (about 5 min). Add acetonitrile (about 80% of the volume of the flask). Stir or shake for 30 min, and sonicate for 10 min. Cool, and dilute with acetonitrile to volume, mix, and centrifuge a portion of the suspension.
    **Sample solution:** 0.2 mg/mL of valsartan from the *Sample stock solution* in *Diluent*
    **Chromatographic system**
    (See *Chromatography* ⟨621⟩, *System Suitability*.)
    **Mode:** LC
    **Detector:** UV 230 nm
    **Column:** 4.6-mm × 25-cm; 10-µm packing L1
    **Column temperature:** 30°
    **Flow rate:** 1.0 mL/min
    **Injection size:** 20 µL
    **System suitability**
    **Sample:** *System suitability solution* and *Standard solution*
    **Suitability requirements**
    **Resolution:** NLT 1.5 between valsartan related compound B and valsartan, *System suitability solution*
    **Relative standard deviation:** NMT 2.0%, *Standard solution*
    **Analysis**
    **Samples:** *Standard solution* and *Sample solution*
    Calculate the percentage of the labeled amount of valsartan ($C_{24}H_{29}N_5O_3$) in the portion of Tablets taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

$r_U$ = peak response from the *Sample solution*
$r_S$ = peak response from the *Standard solution*
$C_S$ = concentration of USP Valsartan RS in the *Standard solution* (mg/mL)
$C_U$ = nominal concentration of the *Sample solution* (mg/mL)

**Acceptance criteria:** 95.0%–105.0%

**PERFORMANCE TESTS**
- **DISSOLUTION** ⟨711⟩
    **Medium:** pH 6.8 phosphate buffer prepared as follows. Dissolve 6.805 g of monobasic potassium phosphate and 0.896 g of sodium hydroxide in and dilute with water to 1000 mL. Adjust with 0.2 M sodium hydroxide or 1 M phosphoric acid as required to a pH of 6.8; 1000 mL degassed.
    **Apparatus 2:** 50 rpm
    **Time:** 30 min
    **Standard solution:** (L/1000) mg/mL of USP Valsartan RS in *Medium*, where *L* is the label claim, in mg/Tablet. [NOTE—Dilute with *Medium* as needed.]
    **Sample solution:** Pass a portion of the solution under test through a suitable filter.
    **Analysis**
    **Analytical wavelength:** UV 250 nm
    **Blank:** *Medium*
    **Samples:** *Standard solution* and *Sample solution*
    Calculate the percentage of the labeled amount of valsartan ($C_{24}H_{29}N_5O_3$) dissolved:

$$\text{Result} = (A_U/A_S) \times (C_S/L) \times V \times 100$$

$A_U$ = absorbance of the *Sample solution*
$A_S$ = absorbance of the *Standard solution*
$C_S$ = concentration of USP Valsartan RS in the *Standard solution* (mg/mL)
$L$ = label claim (mg/Tablet)
$V$ = volume of *Medium*, 1000 mL

**Tolerances:** NLT 80% (*Q*) of the labeled amount of valsartan ($C_{24}H_{29}N_5O_3$) is dissolved.
- **UNIFORMITY OF DOSAGE UNITS** ⟨905⟩: Meet the requirements

**IMPURITIES**
- **ORGANIC IMPURITIES**
    **Mobile phase, Diluent, System suitability solution, Sample solution,** and **Chromatographic system:** Proceed as directed in the *Assay*.
    **Standard solution:** 0.4 µg/mL of USP Valsartan RS in *Diluent*

Official from May 1, 2018
Copyright (c) 2018 The United States Pharmacopeial Convention. All rights reserved.

CONFIDENTIAL INFORMATION                                         ZHP01303143

*USP Monographs*