# **EXHIBIT 2**

$C_S$ = concentration of USP Valsartan Related Compound A RS in the *Standard solution* (mg/mL)
$C_U$ = concentration of Valsartan in the *Sample solution* (mg/mL)

**Acceptance criteria:** NMT 1.0% of valsartan related compound A.

- **PROCEDURE 2: LIMIT OF VALSARTAN RELATED COMPOUND B, VALSARTAN RELATED COMPOUND C, AND OTHER RELATED COMPOUNDS**

    **Mobile phase:** Proceed as directed in the *Assay*.
    **Standard solution:** 1 µg/mL each of USP Valsartan RS, USP Valsartan Related Compound B RS, and USP Valsartan Related Compound C RS in *Mobile phase*
    **Sample solution:** 0.5 mg/mL of Valsartan in *Mobile phase*
    **Chromatographic system:** Proceed as directed in the *Assay*, except for the following.
    **Detector:** UV 225 nm
    **System suitability**
        **Sample:** *Standard solution*
        **Suitability requirements**
            **Resolution:** NLT 1.8 between valsartan related compound B and valsartan
            **Relative standard deviation:** 10.0% for valsartan related compound B and NMT 2.0% for valsartan
    **Analysis**
        **Samples:** *Standard solution* and *Sample solution*
        Calculate the percentage of valsartan related compound B and valsartan related compound C in the portion of Valsartan taken:

        $$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

    $r_U$ = peak response of valsartan related compound B or valsartan related compound C from the *Sample solution*
    $r_S$ = peak response of valsartan related compound B or valsartan related compound C from the *Standard solution*
    $C_S$ = concentration of USP Valsartan Related Compound B RS or USP Valsartan Related Compound C RS in the *Standard solution* (mg/mL)
    $C_U$ = concentration of Valsartan in the *Sample solution* (mg/mL)

    Calculate the percentage of any other impurity in the portion of Valsartan taken:

    $$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

    $r_U$ = peak response of any other impurity from the *Sample solution*
    $r_S$ = peak response of valsartan from the *Standard solution*
    $C_S$ = concentration of USP Valsartan RS in the *Standard solution* (mg/mL)
    $C_U$ = concentration of Valsartan in the *Sample solution* (mg/mL)

    **Acceptance criteria:** See *Table 1*.

**Table 1**

| Name | Acceptance Criteria, NMT (%) |
|---|---|
| Valsartan related compound B[a] | 0.2 |
| Valsartan related compound C[b] | 0.1 |

[a] *N*-Butyryl-*N*-{[2'-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine.
[b] *N*-Valeryl-*N*-{[2'-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine benzyl ester.
[c] Excluding valsartan related compound A.

**Table 1** *(Continued)*

| Name | Acceptance Criteria, NMT (%) |
|---|---|
| Any other individual impurity[c] | 0.1 |
| Total impurities[c] | 0.3 |

[a] *N*-Butyryl-*N*-{[2'-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine.
[b] *N*-Valeryl-*N*-{[2'-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine benzyl ester.
[c] Excluding valsartan related compound A.

**SPECIFIC TESTS**
- **WATER DETERMINATION,** *Method I* ⟨921⟩: NMT 2.0%
- **ABSORBANCE**
    **Analytical wavelength:** 420 nm
    **Sample solution:** A 1-in-20 solution of valsartan in methanol
    **Acceptance criteria:** The absorbance divided by the path length is NMT 0.02.

**ADDITIONAL REQUIREMENTS**
- **PACKAGING AND STORAGE:** Preserve in tight containers, and store at controlled room temperature. Protect from moisture and heat.
- **USP REFERENCE STANDARDS** ⟨11⟩
    USP Valsartan RS
    USP Valsartan Related Compound A RS
        *N*-Valeryl-*N*-{[2'-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-D-valine.
        $C_{24}H_{29}N_5O_3$    435.52
    USP Valsartan Related Compound B RS
        *N*-Butyryl-*N*-{[2'-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine.
        $C_{23}H_{27}N_5O_3$    421.49
    USP Valsartan Related Compound C RS
        *N*-Valeryl-*N*-{[2'-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine benzyl ester.
        $C_{31}H_{35}N_5O_3$    525.64

# Valsartan Tablets

**DEFINITION**
Valsartan Tablets contain NLT 95.0% and NMT 105.0% of the labeled amount of valsartan ($C_{24}H_{29}N_5O_3$).

**IDENTIFICATION**
- **A.** The retention time of the major peak of the *Sample solution* corresponds to that of the *Standard solution*, as obtained in the *Assay*.

**ASSAY**
- **PROCEDURE**
    **Mobile phase:** Acetonitrile, water, and glacial acetic acid (50:50:0.1)
    **Diluent:** Acetonitrile and water (1:1)
    **System suitability solution:** 2 µg/mL of USP Valsartan Related Compound B RS and 20 µg/mL of USP Valsartan RS in *Diluent*
    **Standard solution:** 0.20 mg/mL of USP Valsartan RS in *Diluent*
    **Sample stock solution:** Place NLT 20 Tablets in a suitable volumetric flask, and initially add water (10% of the volume of the flask). Stir or shake until the Tablets disintegrate (about 5 min). Add acetonitrile (about 80% of the volume of the flask). Stir or shake for 30 min, and sonicate for 10 min. Cool, and dilute with acetonitrile to volume, mix, and centrifuge a portion of the suspension.
    **Sample solution:** 0.2 mg/mL of valsartan from the *Sample stock solution* in *Diluent*

CONFIDENTIAL INFORMATION    ZHP02614594

**Chromatographic system**
(See *Chromatography* 621, *System Suitability*.)
**Mode:** LC
**Detector:** UV 230 nm
**Column:** 4.6-mm × 25-cm; 10-μm packing L1
**Column temperature:** 30°
**Flow rate:** 1.0 mL/min
**Injection size:** 20 μL
**System suitability**
  **Sample:** *System suitability solution* and *Standard solution*
  **Suitability requirements**
    **Resolution:** NLT 1.5 between valsartan related compound B and valsartan, *System suitability solution*
    **Relative standard deviation:** NMT 2.0%, *Standard solution*
**Analysis**
  **Samples:** *Standard solution* and *Sample solution*
  Calculate the percentage of the labeled amount of valsartan ($C_{24}H_{29}N_5O_3$) in the portion of Tablets taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

$r_U$ = peak response from the *Sample solution*
$r_S$ = peak response from the *Standard solution*
$C_S$ = concentration of USP Valsartan RS in the *Standard solution* (mg/mL)
$C_U$ = nominal concentration of the *Sample solution* (mg/mL)

**Acceptance criteria:** 95.0%–105.0%

**PERFORMANCE TESTS**
- **DISSOLUTION** 711
  **Medium:** pH 6.8 phosphate buffer prepared as follows. Dissolve 6.805 g of monobasic potassium phosphate and 0.896 g of sodium hydroxide in and dilute with water to 1000 mL. Adjust with 0.2 M sodium hydroxide or 1 M phosphoric acid as required to a pH of 6.8; 1000 mL degassed.
  **Apparatus 2:** 50 rpm
  **Time:** 30 min
  **Standard solution:** (L/1000) mg/mL of USP Valsartan RS in *Medium*, where L is the label claim, in mg/Tablet. [NOTE—Dilute with *Medium* as needed.]
  **Sample solution:** Pass a portion of the solution under test through a suitable filter.
  **Analysis**
    **Analytical wavelength:** UV 250 nm
    **Blank:** *Medium*
    **Samples:** *Standard solution* and *Sample solution*
  Calculate the percentage of the labeled amount of valsartan ($C_{24}H_{29}N_5O_3$) dissolved:

$$\text{Result} = (A_U/A_S) \times (C_S/L) \times V \times 100$$

$A_U$ = absorbance of the *Sample solution*
$A_S$ = absorbance of the *Standard solution*
$C_S$ = concentration of USP Valsartan RS in the *Standard solution* (mg/mL)
$L$ = label claim (mg/Tablet)
$V$ = volume of *Medium*, 1000 mL

  **Tolerances:** NLT 80% (Q) of the labeled amount of valsartan ($C_{24}H_{29}N_5O_3$) is dissolved.
- **UNIFORMITY OF DOSAGE UNITS** 905: Meet the requirements

**IMPURITIES**
- **ORGANIC IMPURITIES**
  **Mobile phase, Diluent, System suitability solution, Sample solution,** and **Chromatographic system:** Proceed as directed in the *Assay*.
  **Standard solution:** 0.4 μg/mL of USP Valsartan RS in *Diluent*
  **Sensitivity solution:** 0.1 μg/mL of USP Valsartan RS in *Diluent*, from the *Standard solution*

**System suitability**
  **Sample:** *Standard solution*, *Sensitivity solution*, and *System suitability solution*
  **Suitability requirements**
    **Resolution:** NLT 1.5 between valsartan related compound B and valsartan, *System suitability solution*
    **Relative standard deviation:** NMT 10.0%, *Standard solution*
    **Signal-to-noise ratio:** NLT 10, *Sensitivity solution*
**Analysis**
  **Sample:** *Sample solution* and *Standard solution*
  Calculate the percentage of each individual impurity in the portion of Tablets taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

$r_U$ = peak response of each impurity from the *Sample solution*
$r_S$ = peak response of valsartan from the *Standard solution*
$C_S$ = concentration of USP Valsartan RS in the *Standard solution* (μg/mL)
$C_U$ = nominal concentration of valsartan in the *Sample solution* (μg/mL)

**Acceptance criteria**
  **Each individual impurity:** NMT 0.2%
  **Total impurities:** NMT 0.4%. [NOTE—Calculate the total impurities from the sum of all individual impurity peaks. Disregard any peak due to valsartan related compound B and any peaks ≤0.05%.]

**ADDITIONAL REQUIREMENTS**
- **PACKAGING AND STORAGE:** Preserve in tight containers.
- **USP REFERENCE STANDARDS** 11
  USP Valsartan RS
  USP Valsartan Related Compound B RS
    (S)-N-Butyryl-N-{[2′-(1-H-tetrazole-5-yl)-biphenyl-4-yl]-methyl}-valine.
    $C_{23}H_{27}N_5O_3$    421.49

---

# Valsartan and Hydrochlorothiazide Tablets

**DEFINITION**
Valsartan and Hydrochlorothiazide Tablets contain NLT 90.0% and NMT 110.0% of the labeled amounts of valsartan ($C_{24}H_{29}N_5O_3$) and hydrochlorothiazide ($C_7H_8ClN_3O_4S_2$).

**IDENTIFICATION**
- **A. THIN-LAYER CHROMATOGRAPHIC IDENTIFICATION TEST** 201
  **Sample solution:** To an amount of ground Tablets, equivalent in weight to a single Tablet, add 2.0 mL of acetone, sonicate for 15 min, and centrifuge.
  **Application volume:** 2 μL
  **Developing solvent system:** Ethyl acetate, dehydrated alcohol, and 3.6 M of ammonium hydroxide (8:2:1)
  **Analysis:** Proceed as directed in the chapter, except develop the plate in a paper-lined chromatographic chamber equilibrated with *Developing solvent system* for 15 min before use. Allow the chromatogram to develop until the solvent front has moved at least 7 cm. After removing the plate and marking the solvent front, dry the plate under a current of warm air.
  **Acceptance criteria:** The $R_F$ values of the principal spots from the *Sample solution* correspond to those from the *Standard solution*.
- **B.** The retention time of the major peak of the *Sample solution* corresponds to that of the *Standard solution*, as obtained in the *Assay*.

USP Monographs

Official from May 1, 2017
Copyright (c) 2017 The United States Pharmacopeial Convention. All rights reserved.