# **EXHIBIT 3**

System suitability
Sample: *Standard solution*, *Sensitivity solution*, and *System suitability solution*
Suitability requirements
  Resolution: NLT 1.5 between valsartan related compound B and valsartan, *System suitability solution*
  Relative standard deviation: NMT 10.0%, *Standard solution*
  Signal-to-noise ratio: NLT 10, *Sensitivity solution*
Analysis
  Sample: *Sample solution* and *Standard solution*
  Calculate the percentage of each individual impurity in the portion of Tablets taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

$r_U$ = peak response of each impurity from the *Sample solution*
$r_S$ = peak response of valsartan from the *Standard solution*
$C_S$ = concentration of USP Valsartan RS in the *Standard solution* (µg/mL)
$C_U$ = nominal concentration of valsartan in the *Sample solution* (µg/mL)

Acceptance criteria
  Each individual impurity: NMT 0.2%
  Total impurities: NMT 0.4%. [NOTE—Calculate the total impurities from the sum of all individual impurity peaks. Disregard any peak due to valsartan related compound B and any peaks ≤0.05%.]

ADDITIONAL REQUIREMENTS
• PACKAGING AND STORAGE: Preserve in tight containers.
• USP REFERENCE STANDARDS 11
  USP Valsartan RS
  USP Valsartan Related Compound B RS
    (S)-N-Butyryl-N-{[2′-(1-H-tetrazole-5-yl)-biphenyl-4-yl]-methyl}-valine.
    $C_{23}H_{27}N_5O_3$   421.49

---

## Valsartan and Hydrochlorothiazide Tablets

DEFINITION
Valsartan and Hydrochlorothiazide Tablets contain NLT 90.0% and NMT 110.0% of the labeled amounts of valsartan ($C_{24}H_{29}N_5O_3$) and hydrochlorothiazide ($C_7H_8ClN_3O_4S_2$).

IDENTIFICATION
• A. THIN-LAYER CHROMATOGRAPHIC IDENTIFICATION TEST 201
  Sample solution: To an amount of ground Tablets, equivalent in weight to a single Tablet, add 2.0 mL of acetone, sonicate for 15 min, and centrifuge.
  Application volume: 2 µL
  Developing solvent system: Ethyl acetate, dehydrated alcohol, and 3.6 M of ammonium hydroxide (8:2:1)
  Analysis: Proceed as directed in the chapter, except develop the plate in a paper-lined chromatographic chamber equilibrated with *Developing solvent system* for 15 min before use. Allow the chromatogram to develop until the solvent front has moved at least 7 cm. After removing the plate and marking the solvent front, dry the plate under a current of warm air.
  Acceptance criteria: The $R_F$ values of the principal spots from the *Sample solution* correspond to those from the *Standard solution*.

• B. The retention time of the major peak of the *Sample solution* corresponds to that of the *Standard solution*, as obtained in the *Assay*.

ASSAY
• PROCEDURE
  Diluent: Acetonitrile and water (1:1)
  Solution A: Acetonitrile, water, and trifluoroacetic acid (10: 90: 0.1)
  Solution B: Acetonitrile, water, and trifluoroacetic acid (90: 10: 0.1)
  Mobile phase: See *Table 1*.

Table 1

| Time (min) | Solution A (%) | Solution B (%) |
|---|---|---|
| 0 | 90 | 10 |
| 25 | 10 | 90 |
| 27 | 90 | 10 |
| 40 | 90 | 10 |

  Standard solution: Transfer 12.5 mg of USP Hydrochlorothiazide RS to a 200-mL volumetric flask, and add 12.5*J* mg of USP Valsartan RS, *J* being the ratio of the labeled amount, in mg, of valsartan to the labeled amount, in mg, of hydrochlorothiazide per Tablet. Add 100 mL of *Diluent*, sonicate for 15 min, dilute with *Diluent* to volume, and mix. Transfer 25.0 mL of this solution to a 50-mL volumetric flask, dilute with *Diluent* to volume, and mix. Dilute with *Diluent* to obtain a solution having a concentration of 0.2 mg/mL of USP Valsartan RS in *Diluent*.
  Sample stock solution: To the nominal equivalent of 62.5 mg of hydrochlorothiazide from a number of Tablets add 5 mL of water, and allow to stand for 5 min. Then add 100 mL of *Diluent*, sonicate for 15 min, and shake for 30 min. Dilute with *Diluent* to 250 mL, and centrifuge a portion of this solution at 3000 rpm. Dilute 25.0 mL of the clear supernatant with *Diluent* to 200.0 mL.
  Sample solution: Nominally 0.2 mg/mL of valsartan from *Sample stock solution* in *Diluent*
  Chromatographic system
  (See *Chromatography 621, System Suitability*.)
    Mode: LC
    Detector: UV 265 nm
    Column: 3.0-mm × 12.5-cm; 5-µm packing L1
    Flow rate: 0.4 mL/min
    Injection volume: 10 µL
  System suitability
    Sample: *Standard solution*
    Suitability requirements
      Relative standard deviation: NMT 2.0%
  Analysis
    Samples: *Standard solution* and *Sample solution*
    Calculate the percentage of the labeled amounts of valsartan ($C_{24}H_{29}N_5O_3$) and hydrochlorothiazide ($C_7H_8ClN_3O_4S_2$) in the portion of Tablets taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

$r_U$ = peak response from the *Sample solution*
$r_S$ = peak response from the *Standard solution*
$C_S$ = concentration of the appropriate USP Reference Standard in the *Standard solution* (mg/mL)
$C_U$ = nominal concentration of the corresponding analyte in the *Sample solution* (mg/mL)

Official from December 1, 2016
Copyright (c) 2016 The United States Pharmacopeial Convention. All rights reserved.

CONFIDENTIAL INFORMATION                                                       PRINSTON00141349

Acceptance criteria: 90.0%–110.0%

**PERFORMANCE TESTS**

*Change to read:*

- **DISSOLUTION** ⟨711⟩
  **Test 1**
  **Medium:** pH 6.8 phosphate buffer; 1000 mL
  **Apparatus 2:** 50 rpm
  **Time:** 30 min
  Determine the percentage of the labeled amounts of valsartan ($C_{24}H_{29}N_5O_3$) and hydrochlorothiazide ($C_7H_8ClN_3O_4S_2$) dissolved by using one of the following procedures.
  **Spectrophotometric procedure**
  (See •*Ultraviolet-Visible Spectroscopy* ⟨857⟩.)• (CN 1-May-2016)
  **Analytical wavelength:** 250 nm for valsartan and 272 nm for hydrochlorothiazide
  **Cell path length:** 0.2-cm quartz
  **Standard solution:** USP Hydrochlorothiazide RS and USP Valsartan RS in *Medium*
  **Sample solution:** Pass a portion of the solution under test through a suitable glass fiber filter of 1-µm pore size. Dilute with *Medium*, if necessary, to a concentration similar to that of the *Standard solution*.
  **Analysis**
  Calculate the percentage of the labeled amount of valsartan ($C_{24}H_{29}N_5O_3$) dissolved:

  $$\text{Result} = [(AT_2 \times D) - (AT_1 \times E)/(C \times D) - (B \times E)] \times 12{,}500$$

  Calculate the percentage of the labeled amount of hydrochlorothiazide ($C_7H_8ClN_3O_4S_2$) dissolved:

  $$\text{Result} = [(AT_1 \times C) - (AT_2 \times B)/(D \times C) - (E \times B)] \times 80{,}000$$

  $AT_1$ = absorbance of the *Sample solution* at 272 nm
  $C$ = $A1\%V_{250}$, absorptivity (1%, 0.2 cm, 250 nm) of valsartan in *Medium*
  $AT_2$ = absorbance of the *Sample solution* at 250 nm
  $B$ = $A1\%V_{272}$, absorptivity (1%, 0.2 cm, 272 nm) of valsartan in *Medium*
  $D$ = $A1\%H_{272}$, absorptivity (1%, 0.2 cm, 272 nm) of hydrochlorothiazide in *Medium*
  $E$ = $A1\%H_{250}$, absorptivity (1%, 0.2 cm, 250 nm) of hydrochlorothiazide in *Medium*
  **Chromatographic procedure**
  **Diluent:** Water and acetonitrile (1:1)
  **Solution A:** 0.2 M ammonium acetate (15.4 g/L of ammonium acetate in water), adjusted with glacial acetic acid to a pH of 5.6
  **Solution B:** Acetonitrile
  **Mobile phase:** See *Table 2*.

  **Table 2**

  | Time (min) | Solution A (%) | Solution B (%) |
  |---|---|---|
  | 0 | 88 | 12 |
  | 4 | 65 | 35 |
  | 7 | 88 | 12 |
  | 8 | 88 | 12 |

  **System suitability solution:** 80 µg/mL of USP Valsartan RS, 60 µg/mL of USP Hydrochlorothiazide RS, 30 µg/mL of USP Benzothiadiazine Related Compound A RS, and 200 µg/mL of USP Valsartan Related Compound B RS in *Diluent*. Transfer 25 mL of this solution to a 100-mL volumetric flask, and dilute with *Medium* to volume.
  **Standard solution:** Transfer about 12.5 mg of USP Hydrochlorothiazide RS to a 200-mL volumetric flask. Add about 12.5$J$ mg of USP Valsartan RS, with $J$ being the ratio of the labeled amount (mg) of valsartan to the labeled amount (mg) of hydrochlorothiazide per Tablet. Dilute with *Diluent* to volume. Transfer 10 mL of this solution to a 50-mL volumetric flask, and dilute with *Medium* to volume.
  **Sample solution:** For Tablets labeled to contain 12.5 mg of hydrochlorothiazide, pass a portion of the solution under test through a suitable filter.
  For Tablets labeled to contain 25 mg of hydrochlorothiazide, pass a portion of the solution under test through a suitable filter, and dilute with *Medium* (1:1).
  **Chromatographic system**
  (See *Chromatography* ⟨621⟩, *System Suitability*.)
  **Mode:** LC
  **Detector:** UV 265 nm
  **Column:** 4.6-mm × 25-cm; 5-µm packing L11
  **Flow rate:** 1.5 mL/min
  **Injection volume:** 20 µL
  **System suitability**
  **Samples:** *System suitability solution* and *Standard solution*
  **Suitability requirements**
  **Resolution:** NLT 2.0 between valsartan and valsartan related compound B; NLT 2.0 between hydrochlorothiazide and benzothiadiazine related compound A, *System suitability solution*
  **Relative standard deviation:** NMT 2.0% for both valsartan and hydrochlorothiazide, *Standard solution*
  **Analysis**
  Calculate the percentage of the labeled amounts of valsartan ($C_{24}H_{29}N_5O_3$) and hydrochlorothiazide ($C_7H_8ClN_3O_4S_2$) dissolved:

  $$\text{Result} = (r_U/r_S) \times (C_S/L) \times D \times V \times 100$$

  $r_U$ = peak response of valsartan or hydrochlorothiazide from the *Sample solution*
  $r_S$ = peak response of valsartan or hydrochlorothiazide from the *Standard solution*
  $C_S$ = concentration of valsartan or hydrochlorothiazide in the *Standard solution* (mg/mL)
  $L$ = label claim for valsartan or hydrochlorothiazide (mg/Tablet)
  $D$ = dilution factor of the *Sample solution*, if applicable
  $V$ = volume of *Medium*, 1000 mL
  **Tolerances:** NLT 80% ($Q$) of the labeled amount of both valsartan ($C_{24}H_{29}N_5O_3$) and hydrochlorothiazide ($C_7H_8ClN_3O_4S_2$) is dissolved.
  **Test 2:** If the product complies with this test, the labeling indicates that it meets USP *Dissolution Test 2*.
  **Medium:** pH 6.8 phosphate buffer; 1000 mL
  **Apparatus 1:** 100 rpm
  **Time:** 30 min
  **Buffer:** Mix 1 mL of trifluoroacetic acid and 1 L of water.
  **Mobile phase:** Acetonitrile and *Buffer* (450:550)
  **Valsartan standard stock solution:** 3.2 mg/mL of USP Valsartan RS in *Medium* prepared as follows. To a suitable amount of the USP Valsartan RS in a suitable volumetric flask add methanol to fill 20% of the total volume. Sonicate to dissolve, and add *Medium* to fill 25% of the total volume. Sonicate for 5 min, and dilute with *Medium* to volume.
  **Hydrochlorothiazide standard stock solution:** 0.5 mg/mL of USP Hydrochlorothiazide RS prepared as follows. To a suitable amount of the USP Hydrochlorothiazide RS in a suitable volumetric flask add methanol to fill 10% of the total volume. Sonicate to dissolve,

Official from December 1, 2016
Copyright (c) 2016 The United States Pharmacopeial Convention. All rights reserved.

CONFIDENTIAL INFORMATION    PRINSTON00141350

and add *Medium* to fill 60% of the total volume. Sonicate for 5 min, and dilute with *Medium* to volume.
**Standard solution:** Prepare solutions of concentrations listed in *Table 3* from *Valsartan standard stock solution* and *Hydrochlorothiazide standard stock solution* in *Medium*. Pass through a suitable filter of 0.45-μm pore size, and discard the first few mL of the filtrate.

Table 3

| Tablet Strength of Valsartan/ Hydrochlorothiazide (mg/mg) | Concentration of Valsartan (mg/mL) | Concentration of Hydrochlorothiazide (mg/mL) |
|---|---|---|
| 320/25 | 0.32 | 0.025 |
| 320/12.5 | 0.32 | 0.0125 |
| 160/25 | 0.16 | 0.025 |
| 160/12.5 | 0.16 | 0.0125 |
| 80/12.5 | 0.08 | 0.0125 |

**Sample solution:** Pass a portion of the solution under test through a suitable filter of 0.45-μm pore size, and discard the first few mL of the filtrate.
**Chromatographic system**
(See *Chromatography* 621, *System Suitability*.)
**Mode:** LC
**Detector:** UV 265 nm
**Column:** 4.6-mm × 15-cm; 5-μm packing L1
**Sample cooler temperature:** 20°
**Flow rate:** 1 mL/min
**Injection volume:** 10 μL
**System suitability**
**Sample:** *Standard solution*
[NOTE—The relative retention times of valsartan and hydrochlorothiazide are 1.0 and 0.25, respectively.]
**Suitability requirements**
**Tailing factor:** NMT 2.0 for both valsartan and hydrochlorothiazide peaks
**Relative standard deviation:** NMT 2.0% for both valsartan and hydrochlorothiazide peaks
**Analysis**
**Samples:** *Standard solution* and *Sample solution*
Calculate the percentage of the labeled amounts of valsartan ($C_{24}H_{29}N_5O_3$) and hydrochlorothiazide ($C_7H_8ClN_3O_4S_2$) dissolved:

$$\text{Result} = (r_U/r_S) \times C_S \times V \times (1/L) \times 100$$

$r_U$ = peak response of valsartan or hydrochlorothiazide from the *Sample solution*
$r_S$ = peak response of valsartan or hydrochlorothiazide from the *Standard solution*
$C_S$ = concentration of valsartan or hydrochlorothiazide in the *Standard solution* (mg/mL)
$V$ = volume of *Medium*, 1000 mL
$L$ = label claim (mg/Tablet)
**Tolerances:** NLT 80% (*Q*) of the labeled amount of both valsartan ($C_{24}H_{29}N_5O_3$) and hydrochlorothiazide ($C_7H_8ClN_3O_4S_2$) is dissolved.
• **UNIFORMITY OF DOSAGE UNITS** 905
**Procedure for content uniformity**
**Diluent, Solution A, Solution B, Mobile phase, Standard solution,** and **Chromatographic system:** Proceed as directed in the *Assay*.
**Sample solution:** Transfer 1 Tablet to a 200-mL volumetric flask, add 5 mL of water, and allow to stand for 5 min. Add 100 mL of *Diluent*, and sonicate for 15 min. Dilute with *Diluent* to volume, mix, and centrifuge a portion of this solution at 3000 rpm. Dilute a volume of the clear supernatant with *Diluent* to obtain a solution having a nominal concentration of 0.2 mg/mL of valsartan.
**Analysis**
**Samples:** *Standard solution* and *Sample solution*
Calculate the percentage of the labeled amounts of valsartan ($C_{24}H_{29}N_5O_3$) and hydrochlorothiazide ($C_7H_8ClN_3O_4S_2$) in the Tablet taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

$r_U$ = peak response from the *Sample solution*
$r_S$ = peak response from the *Standard solution*
$C_S$ = concentration of the appropriate USP Reference Standard in the *Standard solution* (mg/mL)
$C_U$ = nominal concentration of the corresponding analyte in the *Sample solution* (mg/mL)
**Acceptance criteria:** Meet the requirements

**IMPURITIES**
• **ORGANIC IMPURITIES**
**Diluent, Solution A, Solution B, Mobile phase, Sample solution,** and **Chromatographic system:** Proceed as directed in the *Assay*.
**Standard stock solution:** 0.03 mg/mL of USP Benzothiadiazine Related Compound A RS, 0.06 mg/mL of USP Hydrochlorothiazide RS, 0.08 mg/mL of USP Valsartan RS, and 0.2 mg/mL of USP Valsartan Related Compound B RS in *Diluent*
**System suitability solution:** Dilute 5.0 mL of the *Standard stock solution* with *Diluent* to 100 mL.
**Standard solution:** Dilute 10.0 mL of the *System suitability solution* in 100.0 mL of *Diluent*.
**System suitability**
**Samples:** *System suitability solution* and *Standard solution*
**Suitability requirements**
**Resolution:** NLT 1.4 between valsartan related compound B and valsartan; NLT 1.4 between benzothiadiazine related compound A and hydrochlorothiazide, *System suitability solution*
**Relative standard deviation:** NMT 10.0% for the valsartan and hydrochlorothiazide peaks, *Standard solution*
**Analysis**
**Samples:** *Standard solution* and *Sample solution*
Disregard the peak, if any, with a retention time of 22 min.
Calculate the percentage of benzothiadiazine related compound A in the portion of Tablets taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

$r_U$ = peak response of benzothiadiazine related compound A from the *Sample solution*
$r_S$ = peak response of benzothiadiazine related compound A from the *Standard solution*
$C_S$ = concentration of benzothiadiazine related compound A in the *Standard solution* (mg/mL)
$C_U$ = nominal concentration of hydrochlorothiazide in the *Sample solution* (mg/mL)
Calculate the percentage of each other impurity in the portion of Tablets taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

$r_U$ = peak response of each other impurity from the *Sample solution*
$r_S$ = peak response of valsartan from the *Standard solution*
$C_S$ = concentration of valsartan in the *Standard solution* (mg/mL)
$C_U$ = nominal concentration of valsartan (for calculating other impurities) in the *Sample solution* (mg/mL)

Official from December 1, 2016
Copyright (c) 2016 The United States Pharmacopeial Convention. All rights reserved.

USP Monographs

**Acceptance criteria:** NMT 1.0% of benzothiadiazine related compound A; NMT 0.2% of any other impurity, excluding valsartan related compound A; NMT 1.3% of total impurities, excluding valsartan related compound A. [NOTE—Valsartan related compound A is the enantiomer of valsartan and coelutes with valsartan in this test.]

## ADDITIONAL REQUIREMENTS
- **LABELING:** When more than one *Dissolution* test is given, the labeling states the *Dissolution* test used only when *Test 1* is not used.
- **PACKAGING AND STORAGE:** Preserve in tight containers, and protect from moisture and heat. Store at controlled room temperature.
- **USP REFERENCE STANDARDS** 11
  USP Benzothiadiazine Related Compound A RS
    4-Amino-6-chloro-1,3-benzenedisulfonamide.
    $C_6H_8ClN_3O_4S_2$     285.73
  USP Hydrochlorothiazide RS
  USP Valsartan RS
  USP Valsartan Related Compound B RS
    N-Butyryl-N-{[2'-(1H-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine.
    $C_{23}H_{27}N_5O_3$     421.49

---

# Vancomycin

$C_{66}H_{75}Cl_2N_9O_{24}$                                                       1449.25
Vancomycin
$(S_a)$-(3S,6R,7R,22R,23S,26S,36R,38aR)-44-[[2-O-(3-Amino-2,3,6-trideoxy-3-C-methyl-α-L-*lyxo*-hexopyranosyl)-β-D-glucopyranosyl]oxy]-3-(carbamoylmethyl)-10,19-dichloro-2,3,4,5,6,7,23,24,25,26,36,37,38,38a-tetradecahydro-7,22,28,30,32-pentahydroxy-6-[(2R)-4-methyl-2-(methylamino)valeramido]-2,5,24,38,39-pentaoxo-22H–8,11:18,21-dietheno-23,36-(iminomethano)-13,16:31,35-dimetheno-1H,16H-[1,6,9]oxadiazacyclohexadecino[4,5-m][10,2,16]-benzoxadiazacyclotetracosine-26-carboxylic acid; [3S-[3R*,6S*(S*),7S*,22S*,23R*,26R*,36S*,38aS*]]-3-(2-Amino-2-oxoethyl)-44-[[2-O-(3-amino-2,3,6-trideoxy-3-C-methyl-α-L-*lyxo*-hexopyranosyl)-β-D-glucopyranosyl]oxy]-10,19-dichloro-2,3,4,5,6,7,23,24,25,26,36,37,38,38a-tetra-decahydro-7,22,28,30,32-pentahydroxy-6-[[(4-methyl-2-(methylamino)-1-oxopentyl]amino]-2,5,24,38,39-pentaoxo-22H–8,11:18,21-dietheno-23,36-(iminomethano)-13,16:31,35-dimetheno-1H, 16H-[1,6,9]oxadiazacyclohexadecino[4,5-m][10,2,16]-benzoxadiazacyclotetraine-26-carboxylic acid [1404-90-6].

## DEFINITION
Vancomycin has a potency equivalent to NLT 950 μg/mg of $C_{66}H_{75}Cl_2N_9O_{24}$, calculated on the anhydrous basis.

## IDENTIFICATION
- **A. INFRARED ABSORPTION** 197K
- **B. IDENTIFICATION TESTS—GENERAL,** *Chloride* 191 : It does not meet the requirements of the test.

## ASSAY
- **ANTIBIOTICS—MICROBIAL ASSAYS** 81
  **Sample solution:** Transfer 100 mg of Vancomycin to a 100-mL volumetric flask. Add 50 mL of water and 1 mL of 0.1 N hydrochloric acid, and swirl to dissolve, using sonication if necessary. Dilute with water to volume. Dilute a volume of this solution with *Buffer No. 4* to yield a *Test Dilution* having a concentration assumed to be equal to that of the median dose of the standard.
  **Analysis:** Proceed as directed for Vancomycin in the chapter.
  **Acceptance criteria:** NLT 950 μg/mg of vancomycin on the anhydrous basis

## IMPURITIES

*Delete the following:*

- **• HEAVY METALS,** *Method II* 231 : NMT 30 ppm• (Official 1-Jan-2018)

## SPECIFIC TESTS
- **COMPOSITION OF VANCOMYCIN**
  **Buffer:** Triethylamine and water (1:500). Adjust with phosphoric acid to a pH of 3.2.
  **Solution A:** Acetonitrile, tetrahydrofuran, and *Buffer* (7:1:92)
  **Solution B:** Acetonitrile, tetrahydrofuran, and *Buffer* (29:1:70)
  **Mobile phase:** See *Table 1*. Make adjustments if necessary, changing the acetonitrile proportion in *Solution A* to obtain a retention time of 7.5–10.5 min for the main vancomycin peak.

Table 1

| Time (min) | Solution A (%) | Solution B (%) |
|---|---|---|
| 0 | 100 | 0 |
| 12 | 100 | 0 |
| 20 | 0 | 100 |
| 22 | 0 | 100 |
| 23 | 100 | 0 |
| 30 | 100 | 0 |

  **System suitability solution:** 0.5 mg/mL of USP Vancomycin Hydrochloride RS in water. Heat at 65° for 48 h, and allow to cool.
  **Sample stock solution:** Transfer 250 mg of Vancomycin to a 25-mL volumetric flask. Add 5 mL of *Solution A*, then add 0.1 N hydrochloric acid dropwise with swirling until dissolution is achieved. Dilute with *Solution A* to volume.
  **Sample solution:** Dilute 2.0 mL of the *Sample stock solution* to 50 mL with *Solution A*.
  **Chromatographic system**
  (See *Chromatography* 621, *System Suitability*.)
  **Mode:** LC
  **Detector:** UV 280 nm
  **Column:** 4.6-mm × 25-cm; 5-μm packing L1
  **Flow rate:** 2 mL/min
  **Injection size:** 20 μL
  **System suitability**
  **Sample:** *System suitability solution*
  [NOTE—The elution order is compound 1, vancomycin B, and compound 2. Compound 2 elutes 3–6 min after the start of the period when the percentage of *Solution B* is increasing from 0% to 100%.]
  **Suitability requirements**
  **Resolution:** NLT 3.0 between compound 1 and vancomycin B
  **Column efficiency:** NLT 1500 theoretical plates for the vancomycin B peak
  **Analysis**
  **Samples:** *Sample stock solution* and *Sample solution*
  Where baseline separation is not achieved, peak areas are defined by vertical lines extended from the valleys between peaks to the baseline. The main component peak may include a fronting shoulder, which is attributed to monodechlorovancomycin. This shoulder should not be integrated separately.
  Correct any peak observed in the chromatograms obtained from the *Sample stock solution* and *Sample solution* by subtracting the area response of any peak observed in the chromatogram of *Solution A* at the corresponding retention time.

USP Monographs

Official from December 1, 2016
Copyright (c) 2016 The United States Pharmacopeial Convention. All rights reserved.

CONFIDENTIAL INFORMATION                                                                                               PRINSTON00141352