UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br>*Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd.,*<br><br>Case No. 1:20-cv-00946-RMB-SAK | HON. RENÉE MARIE BUMB |

**CERTIFICATION OF DANIEL A. NIGH IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE.**

**DANIEL A. NIGH**, hereby certifies as follows:

1. I am an attorney at law within the State of Florida with Nigh Goldenberg Raso & Vaughn, PLLC, and serve on the Plaintiffs' Executive Committee. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' Motion in Limine.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of ZHP01303141.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of ZHP02614594.

1

4. Attached hereto as **Exhibit 3** is a true and accurate copy of PRINSTONO0141349.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of the April 1, 2015 USP General Notices and Requirements.

6. Attached hereto as **Exhibit 5** is a true and accurate copy of May 1, 2009-August 1, 2009, USP Pharmacists' Pharmacopeia Second Edition.

7. Attached hereto as **Exhibit 6** is a true and accurate copy of December 1, 2012 USP 1086 Impurities in Drug Substances and Drug Products.

 

**NIGH GOLDENBERG RASO VAUGHN, PLLC**
Attorneys for Plaintiffs

Dated: September 2, 2025      By:   /s/ Daniel A. Nigh

Daniel A. Nigh, Esq.
NIGH GOLDENBERG RASO &
VAUGHN, PLLC
*Attorneys for Plaintiffs*
14 Ridge Square NW Third Floor
Washington, D.C. 20016
Tel: 202-792-7927
Fax: 202-792-7927
Email: dnigh@nighgoldenberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on Septmeber 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Daniel A. Nigh
Daniel A. Nigh, Esq.
