# Exhibit 1

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF NEW JERSEY
 3                   CAMDEN VICINAGE
 4     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 5     In Re: Valsartan, Losartan, and Irbesartan
       Products Liability Litigation
 6
       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 7
       This Document Relates to:
 8
           Roberts, et al., v. Zhejiang Huahai
 9         Pharmaceutical Co., Ltd., et al.
10             Case No: 1:20-cv-00946-RBK-JS
11
       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
12
13
14   REMOTE VIDEOTAPED DEPOSITION OF ANDREW THOMPSON, PhD
15
                        May 9, 2025
16                 9:43 a.m. to 3:58 p.m.
17             REPORTED BY ANITA KORNBURGER
               REGISTERED PROFESSIONAL REPORTER
18
19
20
       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
21
22
23
24
25
```

```
                                              Page 163
 1   notice of that possibility; correct?
 2              MS. ROSE:  Object to the form.
 3              THE WITNESS:  I think they would have
 4   been on notice not to worry about it.
 5   BY MR. SLATER:
 6       Q.   Can you answer -- can you answer my
 7   question?
 8              They would have been on notice that
 9   there was the potential for some dimethylamine to
10   be introduced to the process through this DMF.
11   They would have been on notice of that possibility;
12   correct?
13              MS. ROSE:  Object to the form.
14              THE WITNESS:  Yes.
15              MR. SLATER:  Why don't we take a break
16   for a couple minutes.  I want to look at my notes.
17   There's a couple things I'd like to do, but I'd
18   like to organize a little bit.  And why don't we
19   come back in about, you know, five or six or
20   seven minutes, and then I'll let you know how much
21   more I have to do, and we'll get going.
22              THE WITNESS:  Okay, great.  Thank you.
23              MS. ROSE:  If we could take ten minutes,
24   that would be helpful to me personally.
25              MR. SLATER:  Nina, I am here for you.
```