UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO: *Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd.,* Case No. 1:20-cv-00946-RMB-SAK | HON. RENÉE MARIE BUMB |

### CERTIFICATION OF DANIEL A. NIGH IN SUPPORT OF PLAINTIFF'S LETTER BRIEF IN SUPPORT OF DR. FAREEHA SIDDIQUI

**DANIEL A. NIGH**, hereby certifies as follows:

1. I am an attorney at law within the State of Florida with Nigh Goldenberg Raso & Vaughn, PLLC, and serve on the Plaintiffs' Executive Committee. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' Letter Brief in Support of Dr. Siddiqui [ECF No. 3161].

2. Attached hereto as **Exhibit 1** is a true and accurate copy of the August 26, 2025 Daubert Hearing Transcript.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of Dr. Dipak Panigrahy's Report.

1

4. Attached hereto as **Exhibit 3** is a true and accurate copy of the cited excerpts from Dr. David Madigan's Report.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of the cited excerpts from Dr. William Sawyer's Report.

6. Attached hereto as **Exhibit 5** is a true and accurate copy of GRobertsJr-PPR-000222.

7. Attached hereto as **Exhibit 6** is a true and accurate copy of GRobertsJr-CA-000661

8. Attached hereto as **Exhibit 7** is a true and accurate copy of Dr. Samuel Hook's Deposition Transcript.

9. Attached hereto as **Exhibit 8** is a true and accurate copy of GRobertsJr-CA-000654.

                                      **NIGH GOLDENBERG RASO VAUGHN, PLLC**
                                      Attorneys for Plaintiffs

Dated: September 2, 2025        By:  /s/ Daniel A. Nigh

                                      Daniel A. Nigh, Esq.
                                      NIGH GOLDENBERG RASO & VAUGHN, PLLC
                                      *Attorneys for Plaintiffs*
                                      14 Ridge Square NW Third Floor
                                      Washington, D.C. 20016
                                      Tel: 202-792-7927
                                      Fax: 202-792-7927
                                      Email: dnigh@nighgoldenberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on Septmeber 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Daniel A. Nigh
Daniel A. Nigh