# EXHIBIT 4

Valsartan Toxicological Dose Assessment
May 8, 2025
Page 74

### *Valsartan Dose History of Mr. Roberts per his Pharmaceutical Records*

**Table 4.**

**Prescription Diovan/Valsartan Doses from North Baldwin Pharmacy**
*(known contaminated valsartan highlighted in red)*

| Date filled | Drug/strength/prescriber[100] | # of tablets |
|---|---|---|
| 02-22-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 03-12-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 03-12-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 03-29-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 05-02-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 05-25-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 06-27-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 07-28-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 09-02-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 09-27-2011 | Diovan, 40 mg tabs (J. Storey) | 30 |
| 10-20-2011 | Diovan, 40 mg tabs (R. Buckley) | 90 |
| 01-27-2012 | Diovan, 40 mg tabs (R. Buckley) | 90 |
| 04-17-2012 | Diovan, 80 mg tabs (R. Buckley) | 30 |
| 05-10-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 06-05-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 07-03-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 08-02-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 08-30-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 10-02-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 10-30-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 11-24-2012 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 01-02-2013 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 02-04-2013 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 03-11-2013 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 04-09-2013 | Diovan, 160 mg tabs (R. Buckley) | 30 |
| 05-01-2013 | Diovan, 160 mg tabs (R. Buckley) | 90 |
| 08-07-2013 | Diovan, 160 mg tabs (R. Buckley) | 90 |
| 10-24-2013 | Diovan, 160 mg tabs (R. Buckley) | 90 |

---

[100] Prescribed one tablet daily.

Valsartan Toxicological Dose Assessment
May 8, 2025
Page 75

*(known contaminated valsartan highlighted in red)*

| Date filled | Drug/strength/prescriber[100] | # of tablets |
|---|---|---|
| 02-05-2014 | Diovan, 160 mg tabs (R. Buckley) | 90 |
| 04-29-2014 | Diovan, 160 mg tabs (R. Buckley) | 90 |
| 08-04-2014 | Valsartan, 160 mg tabs (R. Buckley) | 90 |
| 10-16-2014 | Valsartan, 160 mg tabs (R. Buckley) | 90 |
| 01-26-2015 | Valsartan, 160 mg tabs (R. Buckley) | 90 |
| 04-21-2015 | Valsartan, 320 mg tabs (R. Buckley) | 90 |
| 07-27-2015 | Valsartan, 320 mg tabs (R. Buckley) | 90 |
| 10-08-2015 | Valsartan-HCTZ, 320-12.5 mg tabs (R. Robichaux) | 90 |
| 10-14-2015 (excess)[101] | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 01-05-2016 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 03-23-2016 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 06-14-2016 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 09-19-2016 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 01-03-2017 (QNS) [102] | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 03-27-2017 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 07-05-2017 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 10-03-2017 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 01-03-2018 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 03-15-2018 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 06-13-2018 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| **08-01-2018** | **Date of liver cancer diagnosis** | |
| 09-10-2018 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 12-04-2018 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 03-15-2019 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 06-21-2019 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| 09-12-2019 | Valsartan-HCTZ, 320-25 mg tabs (R. Robichaux) | 90 |
| **03-17-2020** | **Date of Death** | |

---

[101] Change in the dosage of hydrochlorothiazide from 12.5 to 25 mg. Mr. Roberts would have had approximately 90 excess pills at the lower Valsartan-HCTZ, 320-12.5 mg tablets dose level.

[102] QNS (quantity not sufficient). Mr. Roberts' prescribed Valsartan-HCTZ, 320-25 mg tablets, were approximately 16 tablets short during this interval. It is possible that Mr. Roberts used some of the left-over Valsartan-HCTZ, 320-12.5 mg tablets between 9-19-2016 and 1-03-2017.

Valsartan Toxicological Dose Assessment
May 8, 2025
Page 76

**Table 5** summarizes Mr. Roberts' contaminated valsartan prescriptions prior to his liver cancer diagnosis.

**Table 5.**

**List of Mr. Roberts' Contaminated Valsartan Prescriptions Prior to Diagnosis (720 pills)**

| RX Fill Date | NDC | Lot # / Distribution date | Count | Days | Strength |
|---|---|---|---|---|---|
| 9-19-2016 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 1-3-17 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 3-27-17 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 7-5-17 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 10-3-17 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 1-3-18 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 3-15-18 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90 | 320 mg |
| 6-13-18 | 43547-0315-09 | All Lots / Oct 2015 – June 2018 | 90 | 90** | 320 mg |
| 8-1-18 | Liver cancer diagnosis | | | | |

**Only 49 of 50 tablets consumed at the time of diagnosis.

**Valsartan Oral Intake Calculations for Mr. Roberts (FDA data)**

The U.S. FDA reported that levels of NDMA contamination in valsartan 320 mg/HCTZ 25 mg tablets supplied by Prinston Pharma ranged from 13 to 20 µg/tablet.[103] If Mr. Roberts was prescribed one tablet per day with this concentration and began taking the contaminated tablets on the refill date of September 19, 2016, then he would have ingested a maximum total of **681 contaminated tablets** between September 19, 2016 and August 1, 2018. Thus, his cumulative oral intake is:

---

Low range: 681 tablets x 13 µg = **8,853 µg**

Mid-point dose: 681 tablets x 16.5 µg NDMA per tablet = **11,236 µg** NDMA

Maximum dose: 681 tablets x 20 µg = **13,620 µg**

---

[103]FDA, 2018a. "Laboratory Analysis of Valsartan Products," 5 October 2018. https://www.fda.gov/Drugs/DrugSafety/ucm622717.htm, Accessed date: 20 October 2018 in David J. Snodin, David P. Elder, "Short commentary on NDMA (N-nitrosodimethylamine) contamination of valsartan products, Regulatory Toxicology and Pharmacology," 2019, Volume 103, pp. 325-329, ISSN 0273-2300, https://doi.org/10.1016/j.yrtph.2019.01.007

Valsartan Toxicological Dose Assessment
May 8, 2025
Page 77

**Bioavailable Dose of Valsartan for Mr. Roberts (FDA):**

Adjusting for 49% bioavailability results in the following systemic dosage of valsartan for Mr. Roberts:

---

**FDA Data - Cumulative Dose Factored for 49% Bioavailability**

Low range: 681 tablets x 13 µg x 0.49 = **4,338 µg** NDMA

Mid-point dose: 681 tablets x 16.5 µg x 0.49 NDMA per tablet = **5,506 µg** NDMA

Maximum dose: 681 tablets x 20 µg x 0.49 = **6,674 µg** NDMA

---

**Systemic Dose Based on Lot Numbers Received from Defendants**

(without factoring for bioavailability)

The data shown in **Table 6** below is derived from Defendants' Excel data (without factoring for bioavailability)

**Table 6. Summary Derived from Defendants' Excel Data**

| Fill Date | Min NDMA PPM | Min NDMA in 320 mg pill (mcg) | Min NDMA in 90-Day Fill (mcg) | Max NDMA PPM | Max NDMA in 320 mg pill (ng) | Max NDMA in 90-Day Fill (mcg) | Weighted Average NDMA PPM | Weighted Average NDMA in 320 mg pill (mcg) | Weighted Average NDMA in 90-Day Fill (mcg) |
|---|---|---|---|---|---|---|---|---|---|
| 9/19/2016 | 43.62 | 13.96 | 1,256.34 | 119.38 | 38.20 | 3,438.04 | 62.27 | 19.93 | 1,793.28 |
| 1/3/2017 | 43.62 | 13.96 | 1,256.34 | 119.37 | 38.20 | 3,437.92 | 62.27 | 19.93 | 1,793.28 |
| 3/27/2017 | 24.46 | 7.83 | 704.36 | 119.37 | 38.20 | 3,437.92 | 53.35 | 17.07 | 1,536.35 |
| 7/5/2017 | 5.60 | 1.79 | 161.37 | 119.37 | 38.20 | 3,437.92 | 48.58 | 15.54 | 1,398.97 |
| 10/3/2017 | 5.60 | 1.79 | 161.37 | 119.37 | 38.20 | 3,437.92 | 49.30 | 15.78 | 1,419.90 |
| 1/3/2018 | 5.60 | 1.79 | 161.37 | 119.37 | 38.20 | 3,437.92 | 57.58 | 18.43 | 1,658.37 |
| 3/15/2018 | 5.60 | 1.79 | 161.37 | 103.78 | 33.21 | 2,988.87 | 59.21 | 18.95 | 1,705.34 |
| 6/13/2018* | 5.60 | 1.79 | 87.86 | 103.78 | 33.21 | 1,627.27 | 60.03 | 19.21 | 941.31 |
| **Total** | | | **3,950.39** | | | **25,243.80** | | | **12,246.80** |

*Used only 49 days of ingestion before he was diagnosed on August 1, 2018.

Based upon **Table 6**, Mr. Roberts' mean cumulative dose was 12,246.80 µg (without factoring for bioavailability). Additionally, the weighted lot numbers consumed as per the Excel data provided indicates that Mr. Roberts' oral dosage of NDMA averaged 6.000.9 µg as shown below (adjusted for bioavailability).

Valsartan Toxicological Dose Assessment
May 8, 2025
Page 78

Factoring for **oral bioavailability**, Mr. Roberts' minimal, mean, and maximal oral cumulative systemic dose can be determined as follows:

---

**Defendants' Data - Cumulative Dose Factored for 49% Bioavailability**

Minimal dose = 3,950.39 cumulative µg dose x 0.49 = **1,935.7 µg**

Average dose = 12,246.80 cumulative µg dose x 0.49 = **6,000.9 µg**

Maximal dose = 25,243.80 cumulative µg dose x 0.49 = **12,369.5 µg**

---

**Defendants' Data – NDMA Dose per Tablet Without Adjustment for Bioavailability**

Minimal dose = 3,950.39 cumulative µg dose ÷ 681 tablets = 5.800 µg per tablet/day

Average dose = 12,246.80 cumulative µg dose ÷ 681 tablets = 17.98 µg per tablet/day

Maximal dose = 26,605.40 cumulative µg dose ÷ 681 tablets = 39.08 µg per/tablet/day

---

**Defendants' Data – NDMA Dose per Tablet - Adjusted for Bioavailability**

Minimal Dose: 681 tablets x 5.800[104] µg per tablet x 0.49 = 2.842 µg NDMA/day

Mean Dose: 681 tablets x 17.98 µg per tablet x 0.49 = 8.810 µg NDMA/day

Maximum dose: 681 tablets x 39.06[105] µg per tablet x 0.49 = 19.15 µg NDMA/day

---

[104] Of more than 100 lots of contaminated valsartan, five of the lots were at a minimal 5.91 µg/per tablet; thus, the absolute minimal cumulative dosage was 3,950.39

[105] Of more than 100 lots of contaminated valsartan, the maximal level was at 39.06 µg/per tablet; thus, the absolute maximal cumulative dosage was 25,243.80

Valsartan Toxicological Dose Assessment
May 8, 2025
Page 79

Comparison of Mr. Roberts' cumulative dosage (already factored for 49% bioavailability) compared to the quartiles in the Hidajat studies reveals that his cumulative NDMA dosage from the valsartan placed him in the 4th quartile (**Table 7**). The full range of his cumulative dosage (1,935.7 to 12,369.5 µg NDMA) placed him in the highest quartile by a factor of 2.6 to 16 times above the Quartile IV threshold. Thus, his sHR was above 2.86 (1.78-4.59) even at the lowest end of the dose range.

**Table 7.**
**Hidajat Study: Risk of Liver Cancer Death - Cumulative NDMA Exposure**

| Exposure Quartile | sHR | 95% CI | Equivalent µg NDMA Oral Ingestion) |
|---|---|---|---|
| Liver (n=122) | | | |
| Quartile I | 1 (ref) | --- | < 241µg |
| Quartile II | 1.53 | 0.93-2.50 | 241 – 461 µg |
| Quartile III | 1.96 | 1.16-3.29 | 461 – 747 µg |
| Quartile IV | 2.86 | 1.78-4.59 | > 747 µg |

Note: sHRs from competing risk survival analysis are adjusted for birth year.

## Other Prescribed Drugs Potentially Contributing to Liver Cancer

### *Prednisone Use*

Mr. Roberts' medical records report that he was prescribed prednisone on four occasions (March 2012, February 2013, June 2014, and September 2016) making his use very minimal with no chronic administration.[106] Thus, his prednisone prescriptions did not contribute to his risk of liver cancer in the current matter.

### *Metformin Prescribed to Mr. Roberts*

Zmysłowski et al. (2020)[107] performed GC/mass spectrometry NDMA analyses on samples of metformin tablets from 13 different manufacturers. NDMA was detected in 22 (91.7%) of the finished product. However, Mr. Roberts was not prescribed the extended-release formula that contained 0.063 µg/g (0.017–0.176 µg/g) NDMA. Thus, his metformin use is not relevant in the current assessment. Hypothetically, even if he had consumed the extended

---

[106] North Baldwin Pharmacy records go back to August 2010.

[107] Zmysłowski, et al., "N-Nitrosodimethylamine Contamination in the Metformin Finished Products," Nov 13, 2020, Molecules, Vol. 25(22), pp. 5304. doi: 10.3390/molecules25225304