# EXHIBIT 6

Patient Name: Gaston Roberts
MRN: 49411
DOB: 06-Oct-1955
Date of Visit: 19-Aug-2009
Owner: Roberts, Michele
Document Type: Miscellaneous
Site Name: Cardiology Associates - Providence Clinic

NEW PATIENT CONSULTATION

ROBERTS, Gaston J., Jr.
Chart No: 15187
19 August, 2009
DOB: 10/06/55

Mr. Roberts is a 53 year old male who was referred by Dr. Buckley for abnormal liver function tests. Mr. Roberts notes that ever since he was a teenager in Bay Minette Dr. David Davis used to tell him his liver numbers were high. I saw Mr. Roberts in 2000 for the same. He had a pretty extensive work up. All serology was negative except for a slightly elevated ferritin, but his hemochromatosis gene studies were negative. Ultrasound at that time was negative as well as all other serology. Mr. Roberts denies any abdominal complaints that would suggest liver disease. He does, however, have reflux from time to time. He does take Nexium. Without the Nexium he is much worse off. But there are days even on Nexium that he has an epigastric discomfort. No odynophagia or dysphagia. Mr. Roberts had an upper endoscopy by me in September 2000 that revealed a hiatal hernia, otherwise it was unremarkable. He denies any N/V, hematemesis. He had a colonoscopy within the last few years by Dr. William Garretson. He was told it was normal. He has been told over the years that he probably has a fatty liver, i.e. NASH. He drinks alcohol only on a rare occasion.

PAST MEDICAL HISTORY: Hypertension, reflux, sleep apnea. He had a pilonidal cyst removed in 2000, appendectomy.

MEDICATIONS are bisoprolol, Nexium, St. Joseph's aspirin, Nasacort, MVI.

**ALLERGIES: PENICILLIN**

FAMILY HISTORY: Negative for GI malignancy or inflammatory bowel disease.

SOCIAL HISTORY: Married. No tobacco, rare alcohol.

ROS: He is being worked up by Dr. Buckley, found to have hyperlipidemia and he is contemplating starting a lipid lowering agent, i.e. statin drug, most likely. LFT's most recent check by Dr. Buckley in May 2009 revealed AST and ALT of 74 and 110 respectively. Albumin, bilirubin, and alk. phos. all WNL.

PHYSICAL EXAM: VS stable, afebrile, WGT 276. HEENT: Unremarkable. Nonicteric sclerae. Oral mucosa without lesions or exudates. Neck supple. No masses. No adenopathy. LUNGS: Clear to auscultation. No wheezes, rales, or rhonchi. CARDIAC: RRR. No murmurs, rubs, or gallops. GASTROINTESTINAL: Abdomen has positive bowel sounds. Soft, non-tender, nondistended. No masses or hepatosplenomegaly, rebound or guarding. EXTREMITIES: No CCE. NEURO: Grossly intact with no focal deficits.

IMPRESSION
1. Chronic mild transaminitis with previous negative serologic work up

PLAN
1. Check LFT's with GGT to make sure this is a hepatic source.

Restricted Confidential Information GRobertsJr-CA-000661