# **EXHIBIT 8**

Case 1:19-md-02875-RMB-SAK   Document 3166-8   Filed 09/02/25   Page 2 of 2 PageID: 127381

Patient Name: Gaston Roberts    MRN: 19411    DOB: 06-Oct-1955
Date of Visit: 16-Sep-2009                    Owner: Virts, Becky
Document Type: Miscellaneous
Site Name: Cardiology Associates - Providence Clinic

FOLLOW-UP VISIT

ROBERTS, Gaston J., Jr.
Chart No: 15187
16 September 2009
DOB: 10/06/55

Mr. Roberts returns for F/U of his abnormal mild transaminitis. Please see previous note. Again his AST and ALT are 69 and 112 respectively. Normal alk phos and bilirubin. GGT slightly elevated at 90 as well. INR normal. Platelet count normal. Ultrasound demonstrates fatty liver. Mr. Gaston notes that Prevacid 30 mg twice a day on an as-needed basis seems to control his reflux. He notes until I last saw him on a couple of occasions he has had two episodes of abdominal pain when he eats spicy foods. He is concerned about pancreatic cancer. Apparently his first cousin died of pancreatic cancer but Mr. Roberts' pancreas was normal on ultrasound and he has no history of weight loss or chronic pain or any of the signs or symptoms that would be suggestive of pancreatic cancer.

MEDICATIONS: As previous noted.

PHYSICAL EXAM: VS stable, afebrile, WGT 272 which is within his normal range. HEENT: Unremarkable. Nonicteric sclerae. Oral mucosa without lesions or exudates. Neck supple. No masses. No adenopathy. LUNGS: Clear to auscultation. No wheezes, rales, or rhonchi. CARDIAC: RRR. No murmurs, rubs, or gallops. GASTROINTESTINAL: Abdomen has positive bowel sounds. Soft, non-tender, nondistended. No masses or hepatosplenomegaly, rebound or guarding. EXTREMITIES: No CCE. NEURO: Grossly intact with no focal deficits.

IMPRESSION
1. Nonalcoholic steatohepatitis with no evidence of decompensation at least biochemically and physical exam showed no evidence of portal hypertension. No sequelae or portal hypertension or psoriasis. I did discuss liver biopsy with Mr. Roberts who is not really too interested in having liver biopsy which is understandable and probably not completely necessary at this time. If he is to start lipid lowering agent, I think as long as his LFTs are monitored then it would probably be safe to at least just go ahead and start one.

PLAN
1. A prescription written for Prevacid bid.
2. F/U as needed.

Christopher W. Ives, M.D.

CWI/pwh
cc: Ralph Buckley, M.D.
    Gary Kolb, D.O.

Restricted Confidential Information GRobertsJr-CA-000654