# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Gaston J. Roberts, Jr., and wife Jan Roberts \| Case No. 1:20-cv-00946-RBK-JS | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

# SPECIAL MASTER ORDER

Now, this 3rd day of September, 2025, having carefully considered the defense motion to exclude the opinions of Dr. William Sawyer, the brief in support thereof, the opposition brief, the defense reply brief, the Declarations and exhibits filed in connection with that motion, and the applicable authorities, and concluding that Dr. Sawyer's citation to non-existent sources due to his use of an artificial intelligence tool without adequate verification of the sources generated by the artificial intelligence tool, while perhaps warranting an award of costs in favor the defense and permitting cross examination of Dr. Sawyer during the trial on his failure to verify the sources cited in his report, does not warrant exclusion of his opinions as they are otherwise the product of reliable scientific methodology and

1

are supported by "good grounds," especially given "the liberal thrust of the Federal Rules of Evidence, the flexible nature of the *Daubert* inquiry, and the proper roles of the judge and jury in evaluating the ultimate credibility of an expert's opinion," *Heller v. Shaw Industries, Inc.*, 167 F.3d 146, 155 (3d Cir. 1999), it is hereby ordered that the motion to exclude the opinions of Dr. Sawyer is **DENIED.**

Dated: September 3, 2025

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master