UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**          **DATE OF PROCEEDINGS**

**HONORABLE THOMAS I. VANASKIE**          September 3, 2025

**COURT REPORTER: JOHN J. KURZ**

Docket No. 19-md-02875(RMB/SAK)
20-cv-00946(RMB/SAK)

**TITLE OF CASE:**

**IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION**
**ROBERTS, Et al., v. ZHEJIANG HUAHAI PHARMACEUTICAL CO. LTD. Et al.,**

**APPEARANCES:**

Adam M. Slater, Esquire, C. Brett Vaughn, Esquire and Daniel A, Nigh, Esquire for plaintiff
Nina R. Rose, Esquire, Anthony Balzano, Esquire and Paul Cotler Esquire for ZHP defendants

**NATURE OF PROCEEDINGS: DAUBERT HEARING/CASE MANGEMENT CONFRENCE**

Daubert Hearing/Case Management Conference continued on the record and sign in sheet attached.
Hearing held on all the various motions and supplemental briefing to be filed within 2 weeks.
Ordered jury trial adjourned for 9/9/25.
Ordered hearing on plaintiff's application for sanctions re-set to 9/9/25 at 9:00 a.m.
Order and Opinion to filed and entered.

Time commenced: 10:00a.m.                    Time Adjourned: 1:00p.m.

Total 3 Hours

s/ *Arthur Roney*
DEPUTY CLERK

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## DAUBERT HEARING/CASE MANAGEMENT CONFERENCE
### September 3, 2025 – 10:00AM

**PLEASE PRINT LEGIBLY**

Civil Action 20-cv-00946(RMB/SAK)

| NAME: | Party Representing |
|---|---|
| Jeff Geoppinger | AmerisourceBergen/Cencora |
| Lindsey Foster | Torrent |
| Steve Harkins | Teva |
| Jason Reefer | Mylan Pharmaceuticals |
| Andrew Kaplan | Cardinal Health |
| Anthony Baizano | ZHP |
| Nina Rose | ZHP Defendants |
| Audrey Aspegren | ZHP ~~Defendants~~ |
| Dlesni Davis | McKesson |
| Kristin Ives | Humana Pharmacy, Inc. |
| Jeffrey Masters | Aurobindo defendants |
| Paul Cotter | ZHP ~~Defendants~~ |
| Kara Kapke | Walmart, Walgreens, CVS |
| Sarah Zimmerman | Express Scripts |

# VALSARTAN PRODUCTS LIABILITY LITIGATION
## MDL #19-2875
## DAUBERT HEARING/CASE MANAGEMENT CONFERENCE
### September 3, 2025 – 10:00AM

**PLEASE PRINT LEGIBLY**

| NAME: | | Civil Action 20-cv-00946(RMB/SAK) **Party Representing** |
|---|---|---|
| Daniel Nigh<br>Brett Vaughn<br>Adam Slater<br>Ruben Honik<br>Kathryn Avila<br>Chris Geddis | | Plaintiffs |