UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>Chief District Court Judge |

**DECLARATION OF NINA ROSE IN SUPPORT OF
TPP TRIAL DEFENDANTS' RESPONSE TO TPP PLAINTIFFS'
STATEMENT OF MATERIAL FACTS IN OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT**

I, Nina Rose, declare as follows:

I am an attorney and a partner with the law firm Kirkland & Ellis LLP, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc. I make this Declaration based on personal knowledge and in support of Defendants Zhejiang Huahai Pharmaceutical Co., Ltd.; Huahai U.S., Inc.; Prinston Pharmaceutical Inc.; Solco Healthcare U.S., LLC; Teva Pharmaceuticals USA, Inc.; Teva Pharmaceutical Industries Ltd.; Actavis LLC; Actavis Pharma, Inc.; Torrent Pharmaceuticals Ltd.; and Torrent Pharma, Inc. (collectively, the "TPP Trial Defendants") in Support of TPP Trial Defendants' Response to TPP Plaintiffs' Statement of Material Facts in Opposition to Motion for Summary

1

Judgment.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the excerpted Deposition Transcript of John M. Flack, MD, MPH, FAHA, MACP, FASH, dated September 28, 2021.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 12, 2025               Respectfully submitted,

*/s/ Nina R. Rose*
Nina R. Rose (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 389-3394
Fax: (202) 389-5200
nina.rose@kirkland.com

*Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*