# Exhibit 1

```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE


   ------------------------------)
   IN RE:  VALSARTAN, LOSARTAN,   ) MDL No. 2875
   AND IRBESARTAN PRODUCTS        )
   LIABILITY LITIGATION           ) Civil No. 19-2875
                                  ) (RBK/JS)
   ------------------------------)
   THIS DOCUMENT RELATES TO ALL   )
   CASES                          ) HON. ROBERT B. KUGLER
                                  )
   ------------------------------)
                - CONFIDENTIAL INFORMATION -
                  SUBJECT TO PROTECTIVE ORDER


                    VIDEOTAPED DEPOSITION OF
             JOHN M. FLACK, MD, MPH, FAHA, MACP, FASH
                       September 28, 2021


            Remote videotaped deposition of JOHN M.
   FLACK, MD, MPH, FAHA, MACP, FASH, commencing at 9:09
   a.m., on the 28th day of September, 2021, before
   Juliana F. Zajicek, Registered Professional Reporter,
   Certified Shorthand Reporter and Certified Realtime
   Reporter.

                             - - -

                    GOLKOW LITIGATION SERVICES
               877.370.3377 ph | 917.591.5672 fax
                         deps@golkow.com
```

Confidential Information - Subject to Protective Order

```
 1   about cancer.  It is really talking about what went on
 2   with patients when we found out that there were lots
 3   that had impurities in it and that patients needed
 4   alternative therapies.  That's really where my
 5   comments are.
 6              And when I say that I didn't see any harms
 7   to patients during this transition, No. 1, we have
 8   plenty of ARBs on the market.  Valsartan, irbesartan
 9   and losartan were involved in the recall of the
10   generics.
11              Two, I've still got five or so other ARBs
12   to choose from.  There is zero problem with
13   substitute.  Okay.  So the transition was fairly
14   seamless once we found out there was a problem between
15   us and the pharmacies and getting people onto other --
16   other therapies.
17              The danger is they read about lawsuits,
18   they read about stuff and -- and potentially causing
19   cancer and what they -- they will do sometimes is stop
20   the drugs on their own, okay.  I saw people do that.
21   I didn't see anybody get specifically harmed from
22   that, but that's not something you really, really want
23   to do.
24              So my -- my -- I stand behind my statement
```