UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**

**HONORABLE THOMAS I. VANASKIE**

**COURT REPORTER: JOHN J. KURZ**

**DATE OF PROCEEDINGS**

September 9, 2025

Docket No. 19-md-02875(RMB/SAK)

**TITLE OF CASE:**

**IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION**

**APPEARANCES:**

Adam M. Slater, Esquire, Christopher J. Geddis, Esquire for plaintiff
Richard Bernardo, Esquire, Nina R. Rose, Esquire, Milli Hansen, Esquire, and Jacob Telli, Esquire for ZHP defendants

**NATURE OF PROCEEDINGS: ORAL ARGUMENT ON APPLICATION FOR SANCTIONS**

Oral Argument on Application for Sanctions held on the record and sign in sheet attached.
Ordered interpreter sworn; Mandarin Interpreter Yang Shao, Ph.D. sworn.
Hearing on plaintiff's application for Sanctions against ZHP by plaintiffs.
Ordered witness sworn; Xaiofang "Maggie" Kong sworn for ZHP defendants.
Ordered witness sworn; Xiaxia Kuang sworn for ZHP defendants.
Ordered hearing to be continued, per parties' submission to the Court.

Time commenced: 9:00a.m.

Time Adjourned: 5:00p.m.

Total 6 Hours and 30 Minutes

s/ *Arthur Roney*
DEPUTY CLERK

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
### MOTION FOR SANCTIONS
## September 9, 2025 – 9:00AM

**PLEASE PRINT LEGIBLY**

| NAME: | Party Representing |
|---|---|
| David Stanoch | Plaintiffs |
| Nina Rose | ZHP Defendants |
| Milli Hansen | ZHP Defendants |
| Jacob Telli | ZHP Defendants |
| Richard Bernardo | ZHP Defendants |
| Jeffrey Masters | Aurobindo Defendants – |
| Jason Reefer | Mylan |
| Kara Kapke | CVS, Walmart, Walgreens – |
| Lindsey Foster | Torrent – |
| Fallon Lilly | Teva – |
| Area Coates | |

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
MOTION FOR SANCTIONS
## September 9, 2025 – 9:00AM

**PLEASE PRINT LEGIBLY**

| NAME: | | Party Representing |
|---|---|---|
| Adam M. Slater | Mazie Slater Katz & Freeman | Plaintiffs |
| Christopher J Geddis | " | " |
| Conlee Whiteley | Kanner & Whiteley | " |
| Ruben Honik | Honik Law | " |