# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson
Carissa M. Thompson

°Member of N.J. & N.Y. Bars

September 17, 2025

*VIA ECF*
Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey  08101

  Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 19-2875

Dear Chief Judge Bumb:

Please accept this letter with regard to the ZHP Defendants' submission under seal in connection with the sanction hearing.

Defendants have declined to provide a copy of the letter to us.  We also did not hear from Defendants to confer about the scope of what they were reviewing, and their criteria for identifying emails and other documents as relevant to the issue before the Court.  For example, did ZHP search communications for all time periods

Honorable Renée Marie Bumb
United States District Court
September 17, 2025
Page 2

to the present, including communications with current counsel since the withholding and destruction of the documents occurred before and after the change of counsel.

Plaintiffs request that the submission be produced to Plaintiffs, and that Defendants provide a detailed understanding of the parameters of their search for and identification of communications or other documents relevant to the issue before the Court. Then, Plaintiffs will be in a position to give input on how this issue will proceed.

In addition, during the September 9. 2025 hearing Plaintiffs proffered an approximately 51 minute video of designations from the Rule 30(b)(6) deposition of ZHP corporate representative Jucai Ge, which the Court determined would not be presented on that date. Plaintiffs can submit the video to the Court, and would appreciate guidance on how the Court would prefer the video to be submitted.

Thank you for your consideration.

                              Respectfully,

                              ADAM M. SLATER

Cc: All counsel of record (via ECF)