# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Gaston Roberts et al. v. Zhejiang Huahai Pharmaceutical Co. Ltd., et al.*,<br><br>Case No. 1:20-cv-00946-RMB-SAK | No. 1:19-md-2875<br><br>Honorable Renée Marie Bumb<br>Special Master Thomas I. Vanaskie |

### CERTIFICATION OF ADAM M. SLATER IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO THE ZHP DEFENDANTS' SUPPLEMENTAL MOTION FOR PARTIAL SUMMARY JUDGMENT ON FAILURE TO WARN CLAIMS ON THE BASIS OF FEDERAL PREEMPTION

**ADAM M. SLATER**, hereby certify as follows:

1. I am an attorney at law within the State of New Jersey and a partner with the law firm of Mazie Slater Katz & Freeman, LLC, and serve as Plaintiffs' Co-Lead Counsel. I am fully familiar with the facts and circumstances of this action. I make this Certification in support of Plaintiffs' memorandum of law in opposition to the ZHP Defendants' supplemental motion for partial summary judgment on failure to warn claims on the basis of federal preemption.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of SOLCO00024231.

1

3. Attached hereto as **Exhibit 2** is a true and accurate copy of SOLCO00024226.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of the relevant excerpt of the transcript of Robert P. Robichaux's February 12, 2025 deposition.

                         **MAZIE SLATER KATZ & FREEMAN, LLC**
                         Attorneys for Plaintiffs

                         By:   /s/ Adam M. Slater

Dated: September 17, 2025