Exhibit 3

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF NEW JERSEY
 3               CAMDEN VICINAGE OF WISCONSIN
 4      *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
 5    In Re: Valsartan, Losartan, and Irbesartan
      Products Liability Litigation
 6
        *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
 7
      This Document Relates to:
 8
          Roberts, et al., v. Zhejiang Huahai
 9        Pharmaceutical Co., Ltd., et al.
10             Case No: 1:20-cv-00946-RBK-JS
11
        *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
12
13
14   REMOTE VIDEOTAPED DEPOSITION OF ROBERT ROBICHAUX, MD
15
                     February 12, 2025
16                9:32 a.m. to 11:27 a.m.
17             REPORTED BY ANITA KORNBURGER
              REGISTERED PROFESSIONAL REPORTER
18
19
20
        *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
21
22
23
24
25
```

Page 31

1    Q.   Okay.  Doctor, I'm going to go ahead and
2    read this one more time just because we lost our
3    flow going off the record.
4    A.   I understand.
5    Q.   This document says, "The US Food and Drug
6    Administration is alerting healthcare professionals
7    and patients of a voluntary recall of several drug
8    products containing the active ingredient Valsartan
9    used to treat high blood pressure in heart failure.
10   This recall is due to an impurity
11   nitrosodimethylamine (NDMA) which was found in the
12   recalled products.  However, not all products
13   contained Valsartan in the recall.
14            "NDMA is classified as a probable
15   human carcinogen, a substance that could cause
16   cancer based on results from laboratory tests.  The
17   presence of NDMA was unexpected, and is thought to
18   be related to changes in the way the active
19   substance was manufactured."  Did I read that
20   correctly?
21   A.   Yes.
22   Q.   And Doctor, you were telling me
23   previously that you had recalled some information
24   about this; is that correct?
25   A.   That is correct.

Case 1:19-md-02875-RMB-SAK   Document 3180-4   Filed 09/17/25   Page 4 of 15
                                 PageID: 128136

Page 32

```
 1       Q.   Does this statement help refresh your
 2   memory of what you recall hearing?
 3       A.   Yes, it does.
 4       Q.   Okay.  And Doctor, were you aware, prior
 5   to this July 13, 2018 FDA press release, that the
 6   Valsartan you prescribed to Mr. Roberts may have
 7   been contaminated with NDMA?
 8            MS. ROSE:  Object to form.
 9   BY MR. NIGH:
10       Q.   I'm sorry, I couldn't hear your answer,
11   Doctor.
12       A.   Can I answer?
13            MS. ROSE:  Yes.  Oh, Doctor, I'll just
14   state, after Mr. Nigh asks you a question, there
15   may be times where I say an objection.  And you can
16   still answer.  That's just for our record.
17            MR. LAUTEN:  Robbie, answer all their
18   questions unless I tell you not to.
19            THE WITNESS:  Thank you.  Would you
20   repeat the question?
21   BY MR. NIGH:
22       Q.   Sure.  Were you aware, prior to this
23   July 13, 2018 FDA press release, that the Valsartan
24   you prescribed to Mr. Roberts may have been
25   contaminated with NDMA?
```

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com

Page 33

1      A.   I was not.
2          MS. ROSE:  Objection, form.
3  BY MR. NIGH:
4      Q.   Okay.  And --
5          MS. ROSE:  I'm sorry.  Doctor, if you
6  just give me, like, one second after the question.
7  I'll try to jump in really quickly.
8          THE WITNESS:  I apologize.
9          MS. ROSE:  Thank you.
10 BY MR. NIGH:
11     Q.   Okay.  Prior to this July 13, 2018 FDA
12 press release, were you aware the Valsartan you
13 prescribed was manufactured in such a way that it
14 could have been presumed that it was contaminated
15 with NDMA?
16         MS. ROSE:  Object to the form.
17         THE WITNESS:  I was not aware.
18 BY MR. NIGH:
19     Q.   Did you have any reason to suspect, prior
20 to July 13, 2018, that any Valsartan might have
21 been contaminated with NDMA?
22     A.   I am not aware of any.
23     Q.   And Doctor, would you have prescribed
24 Valsartan to Mr. Roberts if you were aware that it
25 was contaminated with NDMA?

```
                                                        Page 34
 1              MS. ROSE:  Object to the form.
 2              THE WITNESS:  I would not prescribe a
 3   medicine that could potentially cause cancer.
 4   BY MR. NIGH:
 5       Q.   And -- and you wouldn't prescribe
 6   Valsartan that would be --
 7       A.   I would not.
 8       Q.   Okay.  Doctor, you certainly would not
 9   want one of your patients, such as Mr. Roberts, to
10   get a drug that contains NDMA that it should not be
11   containing in the first place; correct?
12              MS. ROSE:  Object to the form.
13              THE WITNESS:  I would not.
14   BY MR. NIGH:
15       Q.   And Doctor, if you had the choice between
16   Valsartan that was contaminated with NDMA and one
17   that was not contaminated with NDMA, which one
18   would you prescribe for a patient such as
19   Mr. Roberts?
20              MS. ROSE:  Object to the form.
21              THE WITNESS:  I would prescribe the one
22   without the NDMA.
23   BY MR. NIGH:
24       Q.   And let me ask that one other way.
25   Doctor, if you had the choice between Valsartan
```

Page 35

1  that had NDMA in it and one that did not have NDMA
2  in it, which one would you prescribe for patients
3  such as Mr. Roberts?
4           MS. ROSE:  Object to the form.
5           THE WITNESS:  I would prescribe the one
6  that does not have NDMA in it.
7  BY MR. NIGH:
8      Q.   And Doctor, we've already established
9  that at the time you were prescribing Mr. Roberts,
10 there were a number of other sartans besides
11 Valsartan that were available to treat this
12 hypertension; correct?
13     A.   That is correct.
14     Q.   And so you could have also decided to
15 prescribe him with another sartan as opposed to
16 Valsartan with NDMA; correct?
17     A.   Correct.
18     Q.   Okay.  And would you have done that if
19 you had known that the Valsartan had NDMA and there
20 wasn't an option of Valsartan without NDMA?
21          MS. ROSE:  Object to the form.
22          THE WITNESS:  I would.
23 BY MR. NIGH:
24     Q.   Okay.  Doctor, in offering treatment to
25 your patients, you obtain informed consent from

```
                                              Page 36
 1   them; correct?
 2       A.   I do.
 3       Q.   And for the ladies and gentlemen of the
 4   jury, what's informed consent?
 5       A.   Informed consent is a relationship
 6   between the doctor and the patient and
 7   confidentiality that -- that they understand what
 8   we're doing, why we're doing it, the risks and the
 9   benefits, and they understand that before we move
10   forward.
11       Q.   And why is informed consent necessary,
12   Doctor?
13       A.   Because --
14            MS. ROSE:  Form.
15            THE WITNESS:  Because when a patient is
16   being treated, they need to know not only what the
17   condition is that -- that they have, but the risks
18   and benefits and also alternatives of the therapies
19   that we choose, and so that they can be co-partners
20   in the decision-making.
21   BY MR. NIGH:
22       Q.   And Doctor, if you were to still
23   prescribe Valsartan that had NDMA in it, would you
24   at least disclose that information, if you knew it,
25   to the patient such as Mr. Roberts so that --
```

Page 37

1  A. I would.
2  Q. -- can decide whether to accept the risk
3  of ingesting that pill?
4        MS. ROSE: Object to the form.
5        THE WITNESS: I would.
6  BY MR. NIGH:
7  Q. And because you never knew about the NDMA
8  while you were prescribing Valsartan to
9  Mr. Roberts, you were never able to have an
10 informed consent discussion with him about the
11 benefits or risk of him ingesting a Valsartan pill
12 that may contain NDMA; correct?
13 A. That is correct.
14       MS. ROSE: Object to the form.
15       THE WITNESS: That is accurate.
16 BY MR. NIGH:
17 Q. And Doctor, to your knowledge, the label
18 for Valsartan did not mention that it contains
19 NDMA, a probable carcinogen, did it?
20       MS. ROSE: Object to the form.
21       THE WITNESS: I -- I do not believe it
22 does.
23 BY MR. NIGH:
24 Q. And Doctor, if the label did not contain
25 any reference to NDMA, then you yourself would

```
                                                      Page 38

 1   not have any knowledge from the manufacturer
 2   that -- about NDMA in the Valsartan product;
 3   correct?
 4        A.   That is correct.
 5             MS. ROSE:  Object to the form.
 6             THE WITNESS:  That is correct.
 7   BY MR. NIGH:
 8        Q.   And if the label did not contain any
 9   reference to NDMA or cancer risk, you would have no
10   way to advise Mr. Roberts from taking Valsartan
11   that could contain that carcinogen unless you also
12   got information from the FDA; correct?
13             MS. ROSE:  Object to the form.
14             THE WITNESS:  Correct.
15   BY MR. NIGH:
16        Q.   Okay.  Just a few more questions, Doctor.
17   When prescribing drugs to your patients, do you
18   rely, at least in part, on safety information from
19   the FDA about the drugs you're prescribing for your
20   patients?
21        A.   I do.
22        Q.   And during your experience, do you
23   sometimes, when you're prescribing patients to
24   your -- or prescribing drugs to your patients, rely
25   on safety information that came from the
```

```
                                                       Page 39
 1   manufacturers or sellers of that drug when making a
 2   prescription decision?
 3              MS. ROSE:  Object to the form.
 4              THE WITNESS:  Yes.
 5   BY MR. NIGH:
 6        Q.    And one way that you would receive that
 7   information would be what's on the label of the
 8   drug; correct?
 9        A.    That is correct.
10              MS. ROSE:  Object to form.
11   BY MR. NIGH:
12        Q.    Now Doctor, do you believe that a drug
13   manufacturer has a duty to give you the best
14   information it can about its drugs that you're
15   prescribing?
16              MS. ROSE:  Object to the form.
17              THE WITNESS:  I do.  And I presume that
18   they are.
19   BY MR. NIGH:
20        Q.    And do you expect that information that
21   you get from a drug company that's manufacturing a
22   drug that you're prescribing, do you expect that
23   information to be complete?
24              MS. ROSE:  Object to the form.
25              THE WITNESS:  I do.
```

Case 1:19-md-02875-RMB-SAK   Document 3180-4   Filed 09/17/25   Page 12 of 15
                                PageID: 128144

```
                                                          Page 40
 1   BY MR. NIGH:
 2       Q.   And Doctor, do you expect that
 3   information to be up to date?
 4             MS. ROSE:  Object to the form.
 5             THE WITNESS:  I do.  And I would suggest
 6   that studies on those drugs, and the reasons and
 7   bases for why we prescribe those drugs, we would
 8   believe that that is what we are prescribing.
 9   BY MR. NIGH:
10       Q.   And Doctor, would you also expect that
11   information to be truthful?
12             MS. ROSE:  Object to the form.
13             THE WITNESS:  Yes.
14   BY MR. NIGH:
15       Q.   Okay.  Doctor, if a drug manufacturer is
16   aware that their pills contain a substance that
17   is -- could cause cancer in humans, is that
18   something that you would expect the drug
19   manufacturer to let you or the FDA know about?
20             MS. ROSE:  Object to the form.
21             THE WITNESS:  Yes.
22   BY MR. NIGH:
23       Q.   So if the drug manufacturer possesses
24   information that their drugs contain cancer-causing
25   agents in the pills, is that information you would
```

                     Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com

```
                                                     Page 41
 1   want to know about when you're deciding whether or
 2   not to prescribe that drug for patients?
 3       A.   Yes.
 4            MS. ROSE:  Object to the form.
 5            THE WITNESS:  Yes.
 6            MR. NIGH:  Doctor, that's all the
 7   questions I have.  Thank you.
 8            THE WITNESS:  Thank you.
 9                 E X A M I N A T I O N
10   BY MS. ROSE:
11       Q.   Hi, Doctor.  As I said, I'm Nina Rose.  I
12   represent the ZHP defendants.  I'm going to have
13   some questions for you now if that's okay.  Would
14   you like to take a quick break before we go into
15   that?
16       A.   I'm fine with whatever you would like to
17   do.
18       Q.   Okay.  Great.  So as I think you heard
19   earlier, I represent Zhejiang Huahai Pharmaceutical
20   Company, as well as Princeton Pharmaceuticals and
21   Solco Healthcare.  And I'm going to refer to all of
22   those entities as ZHP in my questioning.  Is that
23   okay with you?
24       A.   Yes, ma'am.
25       Q.   Is it your understanding you'll be paid
```

```
                                                     Page 74
 1   appropriate treatment for Mr. Roberts at this time
 2   in light of his medical conditions?
 3             MR. NIGH:  Form objection.
 4             THE WITNESS:  Yes.
 5   BY MS. ROSE:
 6       Q.   Is it fair to say that it was your
 7   assessment at the time that the benefits of the
 8   medications to Mr. Roberts outweighed potential
 9   risks?
10             MR. NIGH:  Form objection.
11             THE WITNESS:  I believed that the drug
12   that I prescribed was the drug that I prescribed,
13   and it doesn't have any potential carcinogens
14   within it.  That the medicines that they were
15   getting were not of a batch or from a distributor
16   that were -- I was led to believe that
17   that's -- that they were safe -- that they were
18   safe.
19   BY MS. ROSE:
20       Q.   Is it fair to say that you believed they
21   were safe because the FDA was allowing them to be
22   sold?
23             MR. NIGH:  Form.
24             THE WITNESS:  I was under the assumption
25   that -- that that problem -- that they were not
```

Page 75

1   being -- that the drug that I was prescribing was
2   indeed Valsartan or Valsartan hydrochlorothiazide,
3   and it did not have any fillers or other
4   contaminants in them.
5   BY MS. ROSE:
6        Q.   Okay.  If we can look at tab, let's see,
7   23.  Defense tab 23.  I'm not sure which exhibit
8   we're on now.
9             TRIAL TECH:  This will be Exhibit 12.
10            MS. ROSE:  Thank you.  I think I forgot
11  to specifically mark Exhibits 10 and 11.  So if I
12  can -- I'll do that off the record, but just
13  stating that the tabs that I introduced earlier I
14  was introducing as tabs -- as Exhibits 10 and 11.
15  BY MS. ROSE:
16       Q.   Okay.  So looking at Exhibit 12, this is
17  a record of a December 9, 2019 appointment with
18  Mr. Roberts; correct?
19       A.   Correct.
20       Q.   Okay.  If you look at the page with Bates
21  number 0090, there's a section called Assessment
22  that just lists paroxysmal atrial fibrillation,
23  former smoker, quit 1986, shortness of breath.
24  What -- what was this particular section or
25  assessment noting?