# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson
Carissa M. Thompson

°Member of N.J. & N.Y. Bars

September 24, 2025

### VIA ECF

| | |
|---|---|
| Honorable Renée Marie Bumb | Honorable Thomas I. Vanaskie (Ret.) |
| United States District Court | Special Master |
| Mitchell H. Cohen Building and | Stevens & Lee |
|  U.S. Courthouse | 1500 Market St., East Tower, |
| Courtroom 3D |  Suite 1800 |
| 4th and Cooper Streets | Philadelphia, Pennsylvania 19103 |
| Camden, New Jersey  0810 | |

Re:   *In re Valsartan, Losartan, and Irbesartan Liability Litigation*,
**Case No. 1:19-md-02875 (D.N.J.)**

Dear Chief Judge Bumb and Judge Vanaskie:

Please accept this letter on behalf of the Plaintiffs in advance of the September 26, 2025 case management conference.

**1. Plaintiffs' Request for Sanctions Against ZHP.**

Pursuant to the Court's September 19, 2025 order, ZHP provided Plaintiffs a redacted version of the letter it filed with the Court on September 16, 2025. To this date, Plaintiffs have had no input into ZHP's search for materials concerning its

Honorable Renée Marie Bumb, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
September 24, 2025
Page 2

failure to produce/destruction of certificates of analysis and inspection reports for the dimethylformamide used in the zinc chloride manufacturing process. Plaintiffs do not know the scope of the search, the time period, or which documents and communications are being searched, and need to have transparency from ZHP and input into what is being done. Plaintiffs will be prepared to discuss this and other related issues during the CMC.

    **2. Schedule for Wave 2 Bellwethers.**

The Parties have scheduled a meet and confer for Thursday, September 25, 2025. Plaintiffs will be ready to address this topic during the CMC.

    **3. Voluntary Dismissal of the *Lee* Case.**

Plaintiffs will be prepared to discuss this dismissal at the hearing.

                              Respectfully,

                              ADAM M. SLATER

Cc: All counsel of record (via ECF)