

Victoria Davis Lockard
Tel 678.553.2103
Fax 678.553.2104
lockardv@gtlaw.com

September 24, 2025

**VIA ECF**

The Honorable Renée Marie Bumb
United States District Court Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Special Master the Honorable Thomas Vanaskie
Stevens & Lee
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19103

    Re:    ***In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation.,***
        **U.S. District Court for the District of New Jersey; Case No. 1:19-md-02875**

Dear Judge Bumb and Special Master Vanaskie:

This letter is to provide the ZHP and Teva ("Wave Two Defendants") positions with respect to the conference scheduled for September 26, 2025.

**1.   Wave 2 Bellwether Cases**

Pursuant to the Court's July 31, 2025 order (ECF 3131), Plaintiffs must serve their expert reports for the Bellwether Wave Two cases no later than 21 days after completing the treater physician depositions in the *Garcia* case. The final deposition in *Garcia* is scheduled for September 30, 2025. Accordingly, Plaintiffs' expert reports are due no later than October 21, 2025. Consistent with the Court's instruction at the September 3, 2025 *Daubert* hearing, it is the Wave Two Defendants' position that Plaintiffs should be required to identify the general causation

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 2

experts they intend to present at trial in each bellwether case at that same time.  (*See* 9/3/25 Tr. at 96:22-97:2 (the Court noting that the "plaintiffs are going to tell you which general causation experts are going to testify. And if you believe that they are subject – that they should be scrutinized under *Daubert*, then I'll entertain the motion, if you're going to bring it in good faith").)

At the September 3, 2025 *Daubert* hearing, the Court also ordered the parties to meet and confer regarding the rest of the Wave Two bellwether schedule. The parties are scheduled to discuss these issues on September 25, 2025, and will advise the Court on results of that meeting at the status conference.

## 2. Voluntary Dismissal of *Robert Lee* Matter.

On September 24, 2025, the ZHP Defendants received a proposed stipulation of dismissal in *The Estate of Robert Lee v. Zhejiang Huahai Pharmaceutical Co*., et al., Case No. 1:20-cv-15324.  *Lee* is a Bellwether Wave Two case, and Wave Two Defendants had no prior knowledge of its impending dismissal. *Lee* was selected as a bellwether case by the Plaintiffs. This is the second time Plaintiffs have dismissed a Wave Two bellwether case during discovery.[1] The Wave Two Defendants wish to address the unexpected dismissal, and its effect on the bellwether process, at the upcoming status conference.

## 3. ZHP's September 16, 2025 Letter

As directed by the Court in its September 19, 2025 order (ECF 3181), ZHP has provided Plaintiffs with a version of its September 16, 2025 letter to the Court that redacts information revealing privileged attorney-client information and/or protected attorney work product.  ZHP will

---

[1] Plaintiffs dismissed the Evon Smalls mater on July 30, 2025. *Smalls* was also selected by Plaintiffs.

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 3

be prepared to address the September 16 letter and provide an update to the Court on the steps

taken to date in connection with the issues raised in that letter, at the upcoming status conference.

Defendants look forward to discussing these issues and any others the Court wishes to

address at the upcoming status conference.

Sincerely,

*/s/ Victoria Davis Lockard*
Victoria Davis Lockard, Esq.

cc: All counsel of record (via ECF)