**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**　　　　　　　　　　　　　　　　**September 26, 2025**
　　　　　　　　　　　　　　　　　　　　　　　　　　DATE OF PROCEEDINGS

**CHIEF JUDGE RENÉE M. BUMB**

**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:   JOHN KURZ**

　　　　　　　　　　　　　　　　　　　　　Docket # 19-md-2875 (RMB)(SAK)

**TITLE OF CASE**:

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
As stated on the record.

**NATURE OF PROCEEDINGS:    CASE MANAGEMENT CONFERENCE**

Case Management Conference held on the record via Teams videoconference.

Time Commenced: 10:00a.m.　　Time Adjourned:   10:35a.m.

Total Time:   35 minutes

　　　　　　　　　　　　　　　　　　　　　　　Lawrence MacStravic
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk