# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge<br><br>**NOTICE OF ZHP DEFENDANTS' MOTION TO SEAL PURSUANT TO L. CIV. R. 5.3** |

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants"), shall move for an Order pursuant to L. Civ. R. 5.3(c) permitting the filing under permanent seal of the following document:

(i) September 16, 2025, letter from Richard T. Bernardo to Chief Judge Renée Marie Bumb re: follow-up to Court's September 9, 2025 hearing (ECF No. 3176) and its accompanying exhibits (ECF Nos. 3176-1, 3176-2).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the ZHP Defendants will rely upon the Declaration of Richard T. Bernardo, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that the ZHP Defendants submit a proposed form of Order with proposed findings of fact and conclusions of law herewith.

Dated:  September 30, 2025

Respectfully submitted,

By: */s/ Richard T. Bernardo*
Richard T. Bernardo (NY Bar No. 2288959)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3453
Facsimile: (917) 777-3453
richard.bernardo@skadden.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ *Richard T. Bernardo*
Richard T. Bernardo (NY Bar No. 2288959)