UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge |

## DECLARATION OF RICHARD BERNARDO IN SUPPORT OF THE ZHP DEFENDANTS' MOTION TO SEAL

1. I am a Partner at Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants") in the above-captioned matter. I am over twenty-one years of age and of sound mind. I am competent to affirm all of the matters set out in this Declaration. Unless otherwise stated, all matters herein are within my personal knowledge.

2. I submit this Declaration in support of the ZHP Defendants' Motion to Seal the September 16, 2025, letter from Richard T. Bernardo to Chief Judge Renée Marie Bumb re: follow-up to Court's September 9, 2025, hearing

(ECF No. 3176) (the "Letter"), which was previously submitted to the Court for *in camera* review.

3. The ZHP Defendants seek to file the Letter under seal because it contains information protected by attorney-client privilege and the work product doctrine. Specifically, the Letter reveals attorney work product prepared during the pendency of this litigation and attorney-client privileged information and communications relating to the ZHP Defendants' discovery efforts in this case.

4. As identified below pursuant to Local Civil Rule 5.3(c)(2)(iv), the Letter contains privileged information and attorney work product, and the ZHP Defendants would be clearly and seriously injured by the public disclosure of the Letter.

| ECF No. | Material | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why Less Restrictive Alternative Not Available |
|---|---|---|---|---|
| ECF No. 3176 | September 16, 2025, letter from Richard T. Bernardo to Chief Judge Renée Marie Bumb re: follow-up to Court's September 9, 2025, hearing | The document the ZHP Defendants seek to seal contain privileged attorney-client communications and information | ZHP would be substantially harmed if the Letter is not sealed as it would likely waive the attorney-client privilege and | Sealing constitutes the least restrictive means necessary to protect the privileged information. |

|  |  | and attorney work product. | work product protection. Further injury would result from the public having access to information revealing the attorneys' strategy and work product. |  |
|---|---|---|---|---|

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2025.

                                                             */s/ Richard T. Bernardo*
                                                               Richard T. Bernardo