UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL** |

**THIS MATTER** having come before the Court by way of a motion by Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants"), through their counsel, Skadden, Arps, Slate, Meagher & Flom LLP, seeking to seal, pursuant to Local Civil Rule 5.3, the September 16, 2025, letter from Richard T. Bernardo to Chief Judge Renée Marie Bumb re: follow-up to Court's September 9, 2025, hearing (ECF No. 3176) (the "Letter"), an unredacted copy of which was previously submitted to the Court *in camera* and a redacted copy of which was previously provided to plainitffs, the Court now makes the following Findings of Fact and Conclusions of Law:

1. The ZHP Defendants filed the Letter under seal in accordance with the Court's instructions at the September 9, 2025, hearing.

2. The Letter and its accompanying exhibits contain and/or reference information the ZHP Defendants have designated as attorney work product or attorney-client privileged information.

3. Accordingly, the ZHP Defendants have a legitimate interest in protecting this information from disclosure and would suffer a clearly defined injury if the information were to be made public.

4. There exists no countervailing public interest in having access to the information at issue sufficient to override the ZHP Defendants' legitimate interests in protecting against its public disclosure.

5. There is no less restrictive alternative available than to seal the Letter. The ZHP Defendants have sought to seal only that information that is entitled to protection and have provided Plaintiffs' counsel with a redacted copy of the Letter.

6. The ZHP Defendants have shown that they have complied with the requirements of Local Civil Rule 5.3(c).

**WHEREAS**, the Court having found that there are legitimate public and private interests warranting the relief sought; and Plaintiffs' opposition not having undermined those conclusions; and for good cause shown:

**IT IS** on this _____ day of _____, 2025,

**ORDERED**, that the motion to seal is **GRANTED**; and it is further

**ORDERED** that the ZHP Defendants' September 16, 2025, letter shall be permanently sealed and maintained.

                                                             _____

                                                             Hon. Thomas I. Vanaskie (Ret.)
                                                             Special Master