## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>ERWIN N. ITA vs. SOLCO HEALTHCARE U.S., LLC, ET AL. | **MDL NO. 1:19-md-02875-RMB-SAK**<br><br>**HONORABLE RENEE MARIE BUMB, DISTRICT COURT JUDGE**<br><br>**HONORABLE SHARON A. KING. MAGISTRATE JUDGE**<br><br>**Civil Action No.** 1:25-cv-16250 |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order Nos. 3 and 9 regarding filing and service of Short Form Complaints, that the Short Form Complaint and Jury Demand was filed on October 6, 2025, on behalf of Plaintiff ERWIN N. ITA.

Dated: October 14, 2025

Respectfully submitted,

JAMES C. FERRELL, P.C.

By:     /s/ *James C. Ferrell*
        James C. Ferrell (TX # 16568)
        6226 Washington Ave., Ste. 200
        Houston, TX 77007
        Tel. (713) 337-3855
        jferrell@jamesferrell-law.com

        *Counsel for Plaintiffs*

## <u>CERTIFICATE OF NOTICE OF APPEARANCE</u>

      I hereby certify that on October 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 14, 2025             Respectfully submitted,

                       JAMES C. FERRELL, P.C.

           By:    */s/ James C. Ferrell*
                  James C. Ferrell (TX # 16568)
                  6226 Washington Ave., Ste. 200
                  Houston, TX 77007
                  Tel. (713) 337-3855
                  jferrell@jamesferrell-law.com

                  **Counsel for Plaintiff(s)**

# **<u>EXHIBIT A</u>**

| Case Number |
|---|
| 1:25-cv-16249-RMB-SAK Lloyd B. Brink (Filed 10/06/2025) |
| 1:25-cv-16250-RMB-SAK Erwin N. Ita (Filed 10/06/2025) |
| 1:25-cv-16253-RMB-SAK Franklin McClure (Filed 10/06/2025) |
| 1:25-cv-16256-RMB-SAK Tyron Wright (Filed 10/06/2025) |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |