**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL NO. 1:19-md-02875-RMB-SAK |
| | HONORABLE RENEE MARIE BUMB, DISTRICT COURT JUDGE |
| **THIS DOCUMENT RELATES TO:** | HONORABLE SHARON A. KING. MAGISTRATE JUDGE |
| FRANKLIN MCCLURE vs. LUPIN PHARMACEUTICALS, INC., ET AL. | **Civil Action No.** 1:25-cv-16253 |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order Nos. 3 and 9 regarding filing and service of Short Form Complaints, that the Short Form Complaint and Jury Demand was filed on October 6, 2025, on behalf of Plaintiff FRANKLIN MCCLURE.

Dated: October 14, 2025

Respectfully submitted,

JAMES C. FERRELL, P.C.

By:     /s/ James C. Ferrell
        James C. Ferrell (TX # 16568)
        6226 Washington Ave., Ste. 200
        Houston, TX 77007
        Tel. (713) 337-3855
        jferrell@jamesferrell-law.com

        *Counsel for Plaintiffs*

## <u>CERTIFICATE OF NOTICE OF APPEARANCE</u>

I hereby certify that on October 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 14, 2025                              Respectfully submitted,

                                                     JAMES C. FERRELL, P.C.

                              By:     /s/ *James C. Ferrell*
                                      James C. Ferrell (TX # 16568)
                                      6226 Washington Ave., Ste. 200
                                      Houston, TX 77007
                                      Tel. (713) 337-3855
                                      jferrell@jamesferrell-law.com

                                      **Counsel for Plaintiff(s)**

# EXHIBIT A

| Case Number |
|---|
| 1:25-cv-16249-RMB-SAK Lloyd B. Brink (Filed 10/06/2025) |
| 1:25-cv-16250-RMB-SAK Erwin N. Ita (Filed 10/06/2025) |
| 1:25-cv-16253-RMB-SAK Franklin McClure (Filed 10/06/2025) |
| 1:25-cv-16256-RMB-SAK Tyron Wright (Filed 10/06/2025) |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |