# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | HON. RENÉE M. BUMB<br>NO. 19-MD-2875 |
| | |

___

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED AUROBINDO IRBESARTAN ECONOMIC LOSS CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS AND TO DIRECT CLASS NOTICE**
___

**PLEASE TAKE NOTICE** that, Plaintiff MSP Recovery Claims, Series LLC ("MSPRC") ("TPP Plaintiff") and Plaintiff Jacqueline Harris ("Consumer Plaintiff"), (collectively "Plaintiffs" or "Representative Plaintiffs"), individually and as representatives of the Class (as defined below) (all together referenced as the "Settlement Class Members"), by and through undersigned counsel, hereby file this unopposed motion for preliminary approval of a class action settlement with Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC (collectively, "Aurobindo" or "Aurobindo Defendants"). The bases for this motion are set forth in the accompanying memorandum of law and exhibits thereto.

Plaintiffs respectfully request that the Court schedule a preliminary approval hearing, preliminarily approve the class action settlement, conditionally certify the Settlement Class, approve the proposed Settlement Notice and Fund Administrator and the Custodian bank where the funds will be held, and approve the issuance of class notice.

Dated: October 17, 2025

Respectfully submitted,

*/s/ Ruben Honik*
Ruben Honik
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com

*/s/ Daniel Nigh*
Daniel Nigh
**Nigh Goldenberg Raso & Vaughn, PLLC**
14 Ridge Square NW
Third Floor
Washington, D.C. 20016
Phone: (850) 600-8090
dnigh@nighgoldenberg.com

*/s/ Adam Slater*
Adam Slater
**MAZIE, SLATER, KATZ & FREEMAN, LLC**
103 Eisenhower Pkwy, 2nd Flr.
Roseland, NJ 07068
Phone: (973) 228-9898
aslater@mazieslater.com

*/s/ Conlee S. Whiteley*
Conlee S. Whiteley
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Phone: (504)-524-5777
c.whiteley@kanner-law.com

***MDL Plaintiffs' Co-Lead Counsel on behalf of MDL Plaintiffs' Executive Committee and MDL Plaintiffs' Steering Committee***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ *David J. Stanoch*
David J. Stanoch