IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) PRODUCTS LIABILITY LITIGATION | Hon. Reneé M. Bumb<br><br>Civ. No. 19-md-2875 (RMB) |

**RENEWED DECLARATION OF BRANDON SCHWARTZ REGARDING THE PROPOSED NOTICE PLAN AND SETTLEMENT ADMINISTRATION FOR THE CERTIFIED CONSUMER AND THIRD-PARTY PAYOR CLASS ACTION SETTLEMENT FOR ECONOMIC LOSS RELATED TO <u>VALSARTAN, LOSARTAN AND IRBESARTAN</u>**

I, Brandon Schwartz, hereby declare:

1. I am a Director of Legal Notice, and I am preparing this Declaration for the proposed Settlement Notice Administrator, EAG Gulf Coast, LLC ("EAG")[1], a full-service administration firm providing legal administration services, including the design, development, and implementation of unbiased complex legal notification programs. The following statements are based on my personal knowledge as well as information provided by other experienced employees working under my supervision.

2. We have undertaken the creation and execution of notice plans, along with the administration of diverse class action and mass action settlements. Our expertise extends across a wide array of subject matters, encompassing but not limited to privacy, products liability, consumer rights, mass tort, antitrust, insurance, and healthcare. Our team possesses broad experience in the design and implementation of notice procedures involving various aspects of class certification and settlement programs.

---

[1] As of May 21, 2023, the Directors & employees of Postlethwaite & Netterville (P&N), APAC joined EisnerAmper as EAG Gulf Coast, LLC.

## **EXPERIENCE**

3. Drawing upon over 15 years of extensive expertise in class action, advertising, media, and marketing, I have designed and implemented comprehensive notice solutions encompassing all facets of class action certification and settlement notice programs. My proficiency includes an understanding of email and postal distribution methodologies, reach and frequency analysis, strategic media generation, meticulous demographic research, media plan design, effective media development and procurement, commercial and video production creation, and the adept application of best practices for effective social media outreach.

4. I have designed, implemented, and managed notice campaigns for more than 100 cases. Some of my notice plans include: *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation* (non-settlement), No. 1:19-md-02875 (MDL No. 2875) (D.N.J.); *Rivera, et al. v.* LLC, No. 2019-CH-009900 (Cir. Ct. Cook Cnty.); *Hezi v. Celsius Holdings, Inc.*, No. 1:21-cv-09892 (S.D.N.Y.); *Gilmore v. Monsanto*, No. 3:21-cv-8159 (N.D. Cal.); *Krommenhock v. Post Foods, LLC*, No. 3:16-cv-04958 (N.D. Cal.); *Hadley, et al. v. Kellogg Sales Company*, No. 5:16-cv-04955 (N.D. Cal.); *Jones v. Monsanto,* No. 4:19-cv-00102 (W.D. Mo.); *In re: Sonic Corp. Customer Data Breach* Litigation, No. 1:17-md-02807 (N.D. Ohio); *In re: Interior Molded Doors Indirect Purchaser Antitrust Litigation*, No. 3:18-cv-00850 (E.D. Va.); *Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico*, No. 2:10-md-02179 (E.D. La.); and the *Indian Residential Schools Settlement*, No. 00-cv-192059 (Ont. Super. Ct.). A description of my experience is attached as **Exhibit A**.

5. The courts have consistently acknowledged both the credibility of our team (curriculum vitae attached hereto as **Exhibit B**) and the effectiveness of our class action notice plans. Illustrative court opinions affirming the sufficiency of our notice plans include:

    a. On April 5, 2023, in the Order Granting Plaintiffs' Motions for Final Approval of Class action Settlement in *Hezi v. Celsius Holdings, Inc.*, No. 1:21-cv-09892 (S.D.N.Y.), Judge Jennifer H. Rearden wrote:

  The Court finds and determines that the notice procedure carried out by Claims Administrator Postlethwaite & Netterville, APAC ("P&N") afforded adequate protections to Class Members and provides the basis for the Court to make an informed decision regarding approval of the Settlement based on the responses of Class Members. The Court finds and determines that the Notice was the best notice practicable and has satisfied the requirements of law and due process.

b. In the matter *Gilmore et al. v. Monsanto Company, et al.,* No. 3:21-CV-8159

 (N.D. Cal.), Judge Vince Chhabria ruled on March 31, 2023:

  The Court finds that Class Notice has been disseminated to the Class in compliance with the Court's Preliminary Approval Order and the Notice Plan. The Court further finds that this provided the best notice to the Class practicable under the circumstances, fully satisfied due process, met the requirements of Rule 23 of the Federal Rules of Civil Procedure, and complied with all other applicable law.

c. In the matter *Rivera, et al. v. Google LLC,* No. 2019-CH-00990 (Ill. Cir. Ct.

 Cook Cnty.), Judge Anna M. Loftus ruled on September 28, 2022:

  Pursuant to this Court's Order granting preliminary approval of the Settlement, Postlethwaite & Netterville, APAC ("P&N") served as Settlement Administrator. This Court finds that the Settlement Administrator performed all duties thus far required as set forth in the Settlement Agreement.

  The Court finds that the Settlement Administrator has complied with the approved notice process as confirmed by its Declaration filed with the Court. The Court further finds that the Notice plan set forth in the Settlement as executed by the Settlement Administrator satisfied the requirements of Due Process and 735 ILCS 5/2-803. The Notice plan was reasonably calculated and constituted the best notice practicable to apprise Settlement Class Members of the nature of this litigation, the scope of the Settlement Class, the terms of the Settlement, the right of Settlement Class Members to object to the Settlement or exclude themselves from the Settlement Class and the process for doing so, and of the Final Approval Hearing. Accordingly, the Court finds and concludes that the Settlement Class Members have been provided the best notice practicable under the circumstances, and that the Notice plan was clearly designed to advise the Settlement Class Members of their rights.

3

    d. In the matter *Hadley, et al. v. Kellogg Sales Company*, No. 16-cv-04955 (N.D. Cal.), Judge Lucy H. Koh ruled on November 23, 2021:

> The Class Notice and claims submission procedures set forth in Sections 4 and 6 of the Settlement Agreement, and the Notice Plan filed on March 10, 2021, fully satisfy Rule 23 of the Federal Rules of Civil Procedure and the requirements of due process, were the best notice practicable under the circumstances, provided individual notice to all Settlement Class Members who could be identified through reasonable effort, and support the Court's exercise of jurisdiction over the Settlement Classes as contemplated in the Settlement Agreement and this Order. See Fed. R. Civ. P. 23(e)(2)(C)(ii).

    e. Additionally, on April 19, 2021, in the Order Granting Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement in *Siddle, et al. v. The Duracell Company, et al.*, No. 4:19-cv-00568 (N.D. Cal.), Judge James Donato ruled:

> The Court finds that the Class Notice and Claims Administration procedures set forth in the Agreement fully satisfy Rule 23 of the Federal Rules of Civil Procedure and the requirements of due process, were the best notice practicable under the circumstances, provided due and sufficient individual notice to all persons in the Settlement Class who could be identified through reasonable effort, and support the Court's exercise of jurisdiction over the Settlement Class as contemplated in the Agreement and this Final Approval Order.

## OVERVIEW

6. <u>Prior Declarations and Notice Program Approved by the Court in this Litigation</u>: EAG designed the non-settlement notice program for the Consumer Economic Loss Class, Third-Party Payor Economic Loss Class, and Medical Monitoring Class ("Valsartan Class Litigation Notice Program"). In the *Order Approving Form and Manner of Notice to Certified Class* on November 15, 2023 (Doc. 2535), this Court approved the notice program, and in accordance with the Court's Order, EAG issued notice to the Classes.

7. On June 27, 2025, I submitted a Declaration to the Court (ECF No. 3104-4) in connection with the settling Defendant Hetero. That Declaration detailed the proposed Notice

Plan to disseminate notice regarding the proposed settlement with Hetero, along with those of Aurobindo, and Vivimed given the proximity of the settlements.

8. This Declaration is substantively similar to the Declaration I previously submitted on June 27, 2025, in support of the proposed settlement with Hetero, with two key exceptions. First, further review of the Vivimed pharmacy data provided by the Retailer Defendants in these actions, indicates a lower ratio of available pharmacy dispensing data, with personal contact information, as to Vivimed Class Members than that provided for Hetero Valsartan and Aurobindo Irbesartan Class Members. As a result, an increase in the number of impressions for digital notice has been added to the Notice Plan to enhance the digital reach and frequency of the notice to all Settlement Class Members.

9. Second, a modification to the short form notice for TPPs is proposed. Subject to Court approval and timing considerations, the revised notice would consolidate the three separate short form notices into a single, unified notice. This approach is intended to reduce confusion among the TPP Class and avoid the unnecessary cost of disseminating and administering more than one distinct short form notice to TPPs during the same notice period. Attached as **Exhibit C** is the proposed combined short form notice to TPPs.

10. Accordingly, I submit this separate Declaration to provide support for the proposed Settlements, while (i) reflecting the changes to the proposed impressions to broadly cover the settling Defendants and, (ii) the proposed consolidation of the TPP short form notice, subject to Court approval and scheduling feasibility.

11. <u>Settlement Class Notice</u>: Class Counsel has asked EAG to develop and execute a proposed Notice Plan to provide notice in the consumer and third-party payor class action as to economic losses related to the purchases and/or reimbursement related to valsartan, losartan and irbesartan. To date, there have been proposed settlements with Hetero, Aurobindo, and Vivimed, which manufactured these drugs, were sued in connection with certain of them, and are now settling some of the claims brought against them. The class definitions are set forth in the Settlement Agreement for each of the proposed settling Defendants.

5

12. The proposed Notice Plan is designed with built-in adaptability to accommodate various settlement scenarios, in the interest of efficiency. It allows for Settlement Notice to be provided either separately or jointly, as deemed most suitable and approved by the Court at the time of notice distribution. This flexibility extends to addressing both defendant-specific aspects, such as direct notice to Consumer Class Members, and shared elements applicable across multiple settling Defendants. These shared components include a centralized website, coordinated mailed notices to third-party payors, consolidated call center staffing, and other administrative functions. Furthermore, the Notice Plan's adaptable framework allows for supplementation in the event of additional settlements or successful verdicts, ensuring coverage as the litigation evolves.

13. The proposed Notice Plan described herein has been curated to deliver the most feasible and effective notice to the Settlement Class(es) through a mixed channel approach. Consequently, it is my opinion to a reasonable degree of certainty based on my qualifications and experience outlined above and the methodology detailed in this Declaration that the Notice Plan would successfully meet due process standards, comport with Fed. R. Civ. P. 23, and align with the recommendations provided in the *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*[2].

## DETAILS OF THE NOTICE PLAN

**Overview of Methodology**

14. We determined the most reasonable and practicable way to reach and communicate with potential members of the Settlement Class(es) is through a multifaceted approach, utilizing a combination of: (1) email notice; (2) text message notice; (3) mailed notice; (4) digital banner and social media notice; (5) video notice; (6) search advertising; (7) TPP industry publications; (8) press release; (9) Settlement Website; and (10) toll-free hotline.

15. A reach and frequency analysis of a program employing multiple notice channels, including media notice, requires demographic considerations and media consumption habits of a

---

[2] https://www.fjc.gov/content/301350/illustrative-forms-class-action-notices-notice-checklist-and-plain-language-guide

6

target audience. We utilize the nationally syndicated research bureau MRI-Simmons (formerly GfK Mediamark Research, Inc.) ("MRI")[3] and comScore[4], among others, to establish a qualitative target audience (inclusive of Class Members) of "Adults 35 years old and older that have, or had, a prescription medication for hypertension or heart disease/heart attack" (the "Target Audience"). Excerpts of the Target Audience demographics include:[5]

- 51% are female / 49% are male;
- 10% are aged 35-44 years old, 17% are aged 45-54 years old, 26% are aged 55-64 years old, and 46% are 65 years old or older;
- Compared to adults aged 18 years or older in the United States, those in the 55–64 age group are 61 times more likely, and adults aged 65 and above are 110 times more likely, to have taken or currently be taking prescription medication for conditions related to hypertension, heart disease, or heart attacks;
- 19% have a child living at home;
- 14% identify as Black or African American;
- 10% speak Spanish at home most often;
- 79% own a home, with a median home value of $327,156; and
- 39% have a household income under $49,999 and 49% have a household income between $50,000 and $149,999.

16. Notice experts use socioeconomic data, audience characteristics and media consumption habits to guide the creation of unbiased notice plans that adhere to court-approved methodologies and align with standard practices prevalent in the advertising industry. Objective

---

[3] MRI-Simmons is a nationally-syndicated research tool. It is the leading supplier of multi-media audience research, and provides comprehensive reports on demographic, lifestyle, product usage and media exposure. MRI-Simmons conducts more than 30,000 personal interviews annually to gather their information and is used by more than 450 advertising agencies as the basis for the majority of media and marketing campaigns.

[4] comScore is a global internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and internet usage data. comScore maintains a proprietary database of more than 2 million consumers who have given comScore permission to monitor their browsing and transaction behavior, including online and offline purchasing. comScore panelists also participate in survey research that captures and integrates their attitudes.

[5] 2024 MRI-Simmons Fall Doublebase USA.

7

data points such as these help guide the delivery of messaging to the Target Audience and shape the vehicles used to place a notice before a Class Member.

**Direct Notice**

17. For the Valsartan Litigation Class Notice Program, Class Counsel supplied Hetero valsartan-related pharmacy dispensing files containing various data points, including specific National Drug Codes ("NDC") and contact information which facilitated the issuance of direct notice. These files, having undergone data cleansing, deduplication, and contact information verification have now been revisited to identify potential members of the relevant valsartan Settlement Classes. In total, contact information for approximately 150,000 potential class members was extracted from pharmacy dispensing files which will be used to notify the class of this settlement.

18. Further, on or about August 4, 2024, Aurobindo irbesartan-related pharmacy dispensing files, and on or about January 29, 2025, Vivimed losartan-related pharmacy dispensing files, were provided to EAG. These dispensing files contained NDC codes and contact information corresponding to the medications at issue during the relevant time periods for each class, covering more than 12,000 potential class members which will be used to notify the classes of these settlements.

19. In the event of future economic loss class settlements and pursuant to further Court Orders, we anticipate that Class Counsel may provide dispensing data related to additional class certifications and settlements. We understand from Class Counsel that these additional data sets will not impact the direct notice process for the current settlements before the Court, as those data sets are deemed complete. In consultation with Class Counsel, and based on previous data, we estimate that the settlement classes will include tens of thousands to hundreds of thousands of unique potential members, depending on the settling Defendant. This estimate includes both individuals and entities, with specific information as to each to be provided for each settlement. If appropriate, this Notice Plan can be augmented to include additional class settlements after the production of the relevant dispensing data related to each.

20. The Notice Plan proposes to distribute individual notice to each class member listed for whom the data includes a facially valid email address ("Email Notice"), mobile phone number ("Text Notice"), or mailing address ("Postcard Notice"), depending on contact information available for the Settlement Class Member.

21. **Email Notice**: The short form notice, attached hereto as **Exhibit D**, will be formatted for email distribution to all Class Members for whom a facially valid email address is available from a defendant specific list. The Email Notice will be created using embedded html text format, presenting a user-friendly and easily readable layout that avoids the inclusion of tables, graphs, or any other elements that may increase the likelihood of the email landing in SPAM folders and/or being blocked by Internet Service Providers ("ISP" or "ISPs"). Furthermore, we are committed to adhering to email industry best practices, incorporating essential elements such as 'unsubscribe' links, readily available Settlement Notice Administrator contact information, and the utilization of multiple IP addresses with established sender reputations.[6]

22. To safeguard the integrity and optimize the deliverability of the Email Notice, all emails would undergo a hygiene and verification process. This process entails deduplication, syntax validation, detection and correction of misspelled domains, domain validation, and risk validation. We would monitor and report all email delivery attempts. For instances where an email is returned as undeliverable, commonly known as a 'bounce,' the specific reason for the bounce will be documented. If an email address is determined to be non-existent when attempted to send, this would be categorized as a 'hard bounce,' and no further delivery attempts would be made to that address. Instances where the inbox is full, initial blocking or deferral by the ISP, or any other factors impeding delivery are categorized as 'soft bounces.' To limit the number of undelivered

---

[6] ISPs assign scores, or sender reputation, to domains and IP addresses which tells email inbox providers if the email should be delivered to the recipient's inbox or directed to the spam folder. The sender reputation is determined by multiple factors such as: the timing and number of emails sent from the IP/domain; number of recipients that have marked incoming mail from the sender as spam; number of emails that are delivered directly to spam boxes; number of emails that bounce back; number of recipients that interact with the email (e.g. open, reply, forward or delete); quality of the content within the email (e.g. typos); the number of users that unsubscribe; and many other factors.

emails as a result of soft bounces, EAG will make additional email attempts to addresses experiencing a soft bounce. If an email remains undeliverable after subsequent attempts, it will be deemed, undeliverable, and no additional delivery attempts would be pursued for that particular email address.

23. **Text Notice**: If no email address is available or if the Email Notice is undeliverable for any Class Member on a defendant specific list, and if a mobile phone number is available, we will send a text message notification (proposed Text Notice attached hereto as **Exhibit E**). When initiating text message notifications, we follow guidelines endorsed by U.S. Chamber of Commerce and expert marketing agencies specializing in text message notifications, ensuring adherence to best practice procedures when communicating with Class Members via text message. This includes an opt-out option and sending text messages within normal operating hours, among others. The Text Notice will also clearly identify itself as being sent on behalf of a U.S. Federal Court.

24. **Postcard Notice**: For any Class Member where a mailing address exists but no email or mobile phone number is available, we will mail a Postcard Notice (attached hereto as **Exhibit F**) via United States Postal Service ("USPS") First Class Mail. Prior to mailing, all mailing addresses would be checked against the National Change of Address ("NCOA")[7] database to ensure the accuracy and currency of Class Member address information for proper formatting and mail delivery. Additionally, the addresses will be validated through the Coding Accuracy Support System to uphold zip code precision, while Delivery Point Validation would be employed to verify mailing address accuracy. In the event that NCOA provides a more current mailing address for a Class Member, we would update the address accordingly. In instances where a Postcard Notice is returned with forwarding mailing address information, we would re-send to the newly provided mailing address. For any Postcard Notices that are returned as undeliverable,

---

[7] The NCOA database is maintained by the USPS and consists of approximately 160 million permanent change-of-address ("COA") records consisting of names and addresses of individuals, families, and businesses who have filed a COA with the USPS. The address information is maintained on the database for 48 months.

we would utilize standard skip-tracing techniques to obtain forwarding mailing address information. If skip-tracing yields an alternative forwarding mailing address, we would re-mail the notice to the mailing address identified through the skip-tracing process.

**Digital Advertising Notice**

25. According to MRI research, 97% of the Target Audience has used the internet in the last 30 days, 53% are medium-to-heavy users of the internet, and 84% use a cellular or smartphone device to access the internet.[8] Additionally, 96% of adults over 65 years old use the internet and 77% use their cellular or smartphone device to access the internet.[9]

26. Accordingly, we will run banner notices on desktop and mobile devices on select websites where Class Members may visit regularly and utilize audience networks based on its cost efficiency, timing, and their contribution to reaching the Target Audience as well as social media advertising on Facebook and Instagram.

27. Additionally, MRI reveals that 9% of the Target Audience are of Spanish, Hispanic or Latino origin descent and 10% speak Spanish most often at home.[10] Therefore, where appropriate, digital notices will appear in Spanish and English.

28. We follow advertising industry best practices when designing and implementing digital notice programs. Further, we incorporate a programmatic approach to developing and implementing our notice programs which brings multiple consumer data points into a single platform allowing us to monitor the placement of notices on websites that Class Members may be visiting and take active, real-time measures to improve efficiencies. Additionally, we develop a unique mix of segment targeting that are based on the demography and metrics of the Target Audience.

29. Here, we would include a mix of segments such as:

- *Demographics* – target users based on age, income, etc.;

---

[8] 2024 MRI-Simmons Fall Doublebase USA.
[9] *Id*.
[10] *Id*.

11

- *Behavioral* – individuals who previously viewed or searched for information related hypertension, heart disease, heart attacks, Valsartan and other prescription medication related to the treatment of hypertension, heart disease, and heart attacks;

- *Contextual* – individuals that visit a web page that has key terms such as Valsartan, hypertension, heart disease, heart attacks, heart health, and more, as well as words related to the Defendant(s);

- *Interest-based & Engagement* – individuals that have interacted, liked, followed, shared, or commented on content related to heart health, hypertension, heart disease, heart attacks and other related social media accounts;

- *Language* – individuals that choose Spanish as their preferred browser language and/or Spanish language appropriate websites;

- *Cultural Affinity* – targeting individuals that identify as Black/African American, etc.;

- *Device* – individuals on both desktop and mobile devices;

- *Select Placement* – high traffic premier websites in the shopping, sports, weather, entertainment, and local sites. Sites such as WebMD.com, ReadersDigest.com, Weather.com, CNN.com, FoxNews.com, USAToday.com are a few of the premier sites that will be utilized; and

- *Look-alike* (if approved by the Parties) – target users that share similar characteristics to a defendant specific notice list.

30. Additional targeting mechanisms and segments will be developed based on the web traffic and analytics gathered from the Valsartan Litigation Class Notice Program and claims filed in each Settlement to further increase engagement.

31. The Notice Plan incorporates a variety of platforms to disseminate banner notices effectively. These notices will run on thousands of relevant websites via the Google Display

12

Network and Basis programmatic demand-side platform, targeting users based on their browsing habits. These sites will provide an opportunity for a Class Member to see the banner notice while they are viewing content relevant to them.

32. Additionally, banner notices will be featured on AARP.org, which tailors its content to adults aged 50 and over. AARP.org, boasts an average monthly audience of 26.5 million unique monthly visitors[11] and our Target Audience is 37 times more likely to visit AARP.org, compared to adults aged 18 and over[12].

33. Furthermore, banner notices will be displayed on the top-visited social media sites Facebook and Instagram. These sites represent the leading group of social network sites with over 250 million users in the United States[13]. Social media emphasizes user-driven content sharing, thereby facilitating the organic dissemination of notices through trusted channels utilized by Class Members in their regular communication. Notices on Facebook and Instagram will appear in a user's feed.

34. The banner notices will utilize standard Interactive Advertising Bureau ad sizes (350x250, 728x90, 970x250, 300x600) and custom ads sizes according to Facebook and Instagram advertising guidelines. Proposed banner notices are attached hereto as **Exhibit G**.

35. A combined notice program covering the current settling classes for Hetero, Aurobindo and Vivimed, the campaign is projected to generate approximately 251,860,000 impressions over four weeks[14].

**YouTube**

36. A 15-second and/or 30-second skippable video notice will be created and targeted to viewers that have shown an interest in hypertension, heart disease, and blood pressure resources

---

[11] https://advertise.aarp.org/aarp-media/aarp
[12] 2024 MRI-Simmons Fall Doublebase USA.
[13] "Number of Facebook users in United States from 2018 to 2027" (Statista; July 2023) and "Number of Instagram users in the United States from 2018 to 2027" (Statista; July 2023).
[14] Should the Court require individual notice for each class, the Notice Plan is designed to generate ample impressions for each. For example, the digital advertising notice for Aurobindo would generate at least 162,680,000 impressions over a four week period. For Vivimed, the digital advertising notice would generate at least 333,200,000. These estimates are based on adjusted reach and frequency modeling tied to class size and media allocation.

13

and treatments, for example. A viewer will have the option to skip the video after 5 seconds. This format provides an opportunity to gain a large number of impressions while maintaining an efficient budget. An estimated 10,780,000 impressions will be served over four weeks for a combined notice program[15].

**Search Advertising**

38. Search-based advertising places a notice in front of users that are actively researching a topic. Utilizing Google Ads, a select list of keywords will be developed that are relevant to the litigation. When a user enters those keywords into the Google search bar, a short descriptive notice may appear above the results that would direct users to the Settlement Website.

**Third-Party Payor ("TPP") Direct Notice**

38. The Notice Plan provides direct notice to the TPPs through email and direct mail to more than 43,000 contacts on our proprietary third-party payor list ("TPP List"). The TPP List consists of health and medical insurance organizations, associations, and claims processors; trade, labor, and union welfare benefits and health funds; labor and employee organizations and associations; self-insured entities (Form 5500 filing); and other related entities and organizations. Attached as **Exhibit C** is the proposed combined short form Notice to TPPs.

**Media Outreach to TPPs**

39. In addition to the direct notice efforts to the TPP List described above, the Notice Plan provides issuing notice through four to six relevant industry publications and websites. In instances where a publication schedule is not conducive to the notice schedule or the notice is rejected by the publications legal review department, we will suggest an alternate publication or increase frequency in other publications.

40. We will coordinate with the following industry publications and websites:

- *National Association of Benefits and Insurance Professionals (NABIP)*: "NABIP represents more than 100,000 licensed health insurance agents, brokers, general

---

[15] Should the Court require individual notice for each class, the Notice Plan is designed to generate ample impressions for each. For example, the YouTube advertising notice for Aurobindo would generate at least 6,860,000 impressions over a four week period. For Vivimed, the YouTube advertising notice would generate at least 10,780,000.

14

agents, consultants and benefit professionals through more than 200 chapters across America. NABIP members service the health insurance needs of large and small employers as well as people seeking individual health insurance coverage."[16]

- o NABIP.org homepage banner advertisement
- o NABIP eNewsletter
- o Email sponsorship for the release of the monthly magazine, *bip Magazine,* or a ½ page in *bip Magazine*.
    - The official publication for NABIP members with a readership of more than 36,000.

- *Society for Human Resource Management (SHRM)*: With more than 329,000 members worldwide[17], SHRM represents and engages with executive leaders, HR specialist and HR generalists from small and large companies. SHRM.org website averages more than 3.2 million monthly unique visitors.[18]
    - o SHRM.org banner advertisement

- *America's Health Insurance Plans Association (AHIP)*: AHIP is the national association whose members provide health care coverage, services, and solutions to hundreds of millions of Americans.
    - o *AHIP Smart Briefs* eNewsletter: With over 57,000 subscribers, AHIP Solutions SmartBrief is a subscription-only news service dedicated to informing health plan executives and leaders of the news shaping their industry.

**Earned Media – Press Release**

41. A press release will be distributed over PRNewswire's US1 and Hispanic Newslines in substantially the same form as the short form notice. The press release will be issued

---

[16] NABIP Media Kit: https://www.nabip-mediakit.com/
[17] 2023 SHRM Annual Report: https://www.shrm.org/content/dam/en/shrm/about/2023-Annual-Report.pdf
[18] 2025 SHRM Media Kit.

15

broadly to media outlets, including newspapers, magazines, wire services, television, radio, and online media nationally. Combined, the Newslines distributes to more than 20,000 media outlets in the United States.

**Settlement Website**

42. We will establish and maintain a dedicated website, www.ValsartanMedicationSettlement.com, ("Settlement Website") which will provide detailed explanations of the legal rights and options for the Settlement Class, as well updated and relevant case information.[19]

43. The website address will be included in the Class Notices and all digital banners will link directly to the Settlement Website. The Settlement Website will also allow Class Members to check their eligibility, file a Claim electronically, and register for updates. Furthermore, it will host important case-related documents such as the Class Notices, Settlement Agreement, Motions, Court Orders, and other relevant documents, allowing all Class Members to review and download these documents at their convenience.

44. The Notices to TPPs will include a web address to a sub-site of the Settlement Website tailored to TPP-specific information. The sub-site will feature essential information related to TPPs. This sub-site can also be accessed from the homepage of the website.

45. The Settlement Website will also contain long form notices tailored to the Consumer Economic Loss Class, attached hereto as **Exhibit H**, and the TPP Economic Loss Class, attached as **Exhibit I**[20]**.**

**Dedicated Toll-Free Hotline**

46. A dedicated toll-free informational hotline, 1-866-875-9644 was established for the Valsartan Litigation Class Notice Program. The toll-free hotline is, and has been, accessible

---

[19] When appropriate, Class Members will be redirected to the Valsartan Litigation Class Notice Program website where we continue to maintain essential case information related to class certification.
[20] The long form notice to TPPs for Aurobindo is not proposed to be combined with the long-form notices for Hetero or Vivimed. Because the long form notices will not be mailed or emailed, and are instead made available for download on the Settlement Website, each notice remains individualized by settling Defendant. Accordingly, no changes are anticipated to the TPP long form notice in connection with the proposed consolidated short form notice to TPPs.

24 hours per day, seven days per week and will continue to be used in this Settlement. The hotline utilizes an interactive voice response system where the Settlement Class can obtain specific and essential information regarding this Settlement, as well as information regarding each Settlement, and be provided responses to frequently asked questions. Settlement Class Members will also have the option to leave a voicemail and receive a call back from the Settlement Notice Administrator.

## REQUESTS FOR EXCLUSION

47. Class Members that want to exclude themselves, or opt out, from the Class may submit a request for exclusion by mail to a dedicated Post Office Box or email to a dedicated email address that we would maintain. We will monitor all mail delivered to that Post Office Box or email address and track all exclusion requests received, which would be provided to Counsel.

## DATA MANAGEMENT PRACTICES AND SECURITY PROTOCOLS[21]

48. Our firm routinely manages a broad range of confidential and highly sensitive information. To ensure privacy and data protection, we maintain industry-leading practices and follow industry accepted standards as endorsed by the National Institute of Standards and Technology (NIST), HITRUST, CIS Critical Security Controls (CIS Controls). Moreover, our certified data centers, meet stringent compliance regulations – PCI, HIPAA, FINRA, Sarbanes-Oxley, and Gramm-Leach-Bliley – and undergo annual SSAE16 SOCII audits.

49. Our data encryption protection encompasses email encryption for confidential transmissions as well as laptop hard drive encryption. Data is protected in transit using TLS 1.3, and sensitive data at rest is secured through advanced methods like column-level encryption and symmetric key encryption. Column-level encryption ensures specific database columns are encrypted, keeping data unreadable without proper decryption keys. Symmetric key encryption uses a single key for both encryption and decryption, ensuring that only authorized parties with the correct key can access sensitive information, such as personally identifiable information

---

[21] EAG continuously evaluates its information security processes and protocols. Specific details related to data hosting and security are subject to change in order to meet evolving standards, best practices, and program needs.

17

(PII)Complex password requirements and two-factor authentication further bolsters access to our proprietary claims management database and other system-related services. Employee security protocols are enforced through annual security awareness training, specializing in the handling of protected information such as PII and identifying the mechanisms of phishing and social engineering, among others.

50. In addition to these measures, we maintain comprehensive insurance coverage, including network security insurance, providing protection in the event of any breach. Furthermore, consumer data is strictly confined to the agreed-upon purpose. These policies underscore our commitment to safeguarding sensitive information and distinguishes us within the legal notice and settlement administration field. Detailed information regarding our information security policies is attached hereto as **Exhibit J**.

## CONCLUSION

51. In 2010, the Federal Judicial Center ("FJC") issued the *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide.* The guide states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class. It is reasonable to reach between 70–95%." This Notice Plan is designed to fit one or multiple settling Defendants while delivering an estimated reach to at least 80% of the Target Audience, and by inclusion the settling class(es). The measurable reach of the Notice Plan will be driven by direct notice to an overwhelming majority of Settlement Class Members identified in the defendant specific notice lists and bolstered by digital publication notice but does not include the direct notice to TPPs, press release, paid search, dedicated website, and toll-free hotline, as these vehicles are difficult to calculate. They, however, will meaningfully strengthen the reach and frequency of the Notice Plan.

52. This method of focused notice dissemination is a measured and targeted approach to provide effective notice in this case, is designed to satisfy the guidance set forth in the *Manual for Complex Litigation (4th ed.)* and FJC guidance, and to exceed the requirements of due process,

including its "desire to actually inform" requirement.[22]

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Executed this 16th day of October, 2025 in Portland, Oregon.

_____
Brandon Schwartz

---

[22] *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 US 306, 315, 70 S Ct 653, 94 L Ed 865 (1950)