## Exhibit C: Proposed Combined TPP Short Form Notice

### Third-Party Payor Class Action Settlement Summary Notice

## If you are a third-party payor who paid any amount of money for retail purchases of Hetero Valsartan, Aurobindo Irbesartan, or Vivimed Losartan medications between January 1, 2016 and the present, you could receive a payment from class action settlements.

**Where can I get more information?** This is only a summary. For more information regarding the detailed allegations for the three settling Defendants, visit www.TPP.SartanMedicationSettlement.com or call the number below. A federal court directed that this Notice be provided to you.

Settlements have been reached in economic loss class action lawsuits against Hetero Drugs, Ltd., Hetero Labs Ltd., Hetero USA, Inc., and Camber Pharmaceuticals, Inc. (collectively, "Hetero"); Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively, "Aurobindo"); and Vivimed Life Sciences Pvt Ltd and Strides Pharma Science Limited (collectively, "Vivimed"). These Settlements are part of a larger lawsuit, *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*, Case No. 1:19-md-02875 (MDL No. 2875), currently pending in the United States District Court for the District of New Jersey (the "Court").

The lawsuit alleges that certain batches of Hetero Valsartan, Aurobindo Irbesartan, and Vivimed Losartan finished drug formulations were manufactured using active pharmaceutical ingredients ("API") contaminated with probable human carcinogens, including NDMA, NDEA, and NMBA, resulting in economic losses to consumers and third-party payors. Each Defendant denies any wrongdoing, denies that the levels of nitrosamine impurities were harmful or carcinogenic, and has asserted various legal and factual defenses. The Court has not decided whether any defendant did anything wrong or whether the Plaintiffs' claims have merit.

These Settlements resolve only the economic loss claims against the settling Defendants for the drugs identified below. Please read this notice carefully. Your legal rights are affected whether you act or don't act.

**Who is Included?**

The Settlement Class includes all individuals and third-party payors in the United States, its territories, and possessions who paid any amount of money for retail purchases of:

- Valsartan finished drug formulations containing Hetero Process III Valsartan API, sold between May 1, 2018 and July 31, 2018;
- Losartan finished drug formulations sold under the following Vivimed National Drug Codes ("NDCs"): 23155-644-09, 23155-644-10, 23155-645-03, 23155-645-09, 23155-645-10, 23155-646-03, 23155-646-09, and 23155-646-10;
- Irbesartan finished drug formulations manufactured using Aurobindo's IC Route of Synthesis ("IC ROS Irbesartan"), purchased from January 1, 2016 to the present.

Detailed information regarding the Class is viewable at www.TPP.SartanMedicationSettlement.com.

A separate notice has been sent to consumers.

**What Does the Settlement Provide?**

Based on an evaluation of the quantity and pricing of the eligible pills sold, Hetero will pay $11,365,489.80; Aurobindo will pay $2,000,000; and Vivimed will pay $1,899,000.

Full details, including how funds will be distributed between third-party payors and consumers, may be found at www.TPP.SartanMedicationSettlement.com.

**What Are My Rights And Options?**

**Submit a Claim:** To receive a Settlement payment, you must submit a Claim Form. You can submit your Claim online at the Settlement Website or download a paper Claim Form to mail in. Claims must include supporting documentation. Assignees of third-party payors may directly submit claims to obtain settlement funds. Such assignee will be treated as if the third-party payor had directly submitted its claims as part of the claims administration process, and it will have the same rights as a third-party payor. Class Members are limited to one claim per Class Member. Related companies such as corporate subsidiaries or affiliates may file claims either separately or combined. However, no more than one claim may be submitted for the same payments. Your Claim Form must be **submitted online or postmarked by [CLAIMS DEADLINE]**.

**Do Nothing:** If you do nothing, you will remain a part of the Class and Settlement. You will receive no payment under the Settlement and you will give up your rights to sue the settling Defendants about the issues in this case.

**Opt-Out:** Excluding yourself is the only way to keep your right to sue the settling Defendants over the claims in this case. You won't be bound by the Settlement, but you also won't receive any payment from it, if one is awarded. To opt-out, you must submit an exclusion request, along with proof of class member status or declaration under penalty of perjury, to the Settlement Administrator **postmarked or emailed and received no later than [EXCLUSION DEADLINE]**.

**Object:** If you do not like any part of the Settlement, you can object by writing to the Court. You cannot submit both an exclusion request and objection. To Object, you must remain a Class Member. If the Court grants Final Approval over your objection, you will give up your rights to sue the settling Defendants about the issues in this case. If you also wish to receive payment from the Settlement, you must submit a Claim Form. Your objection must **be postmarked no later than [OBJECTION DEADLINE]**.

Complete details about how to submit a Claim, opt-out, and object are available at www.TPP.SartanMedicationSettlement.com.

**Do I have a lawyer in this case?** Yes, if you do not exclude yourself by opting out. The Court has appointed Gregory P. Hansel, Esq., Preti Flaherty Beliveau & Pachios, Chartered, LLP and Jorge A. Mestre, Esq., Rivero Mestre LLP to represent the TPP Class.

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK'S OFFICE FOR INFORMATION.**

| www.TPP.SartanMedicationSettlement.com | 1-866-875-9644 |

# Exhibit D: Consumer Short Form Notice

## Consumer Economic Loss Class Action Settlement Summary Notice

**If you are an individual who paid any amount of money for retail purchases of irbesartan medication manufactured by Aurobindo from January 1, 2016 to the present, you could receive a payment from a class action settlement.**

A Settlement has been reached in an economic loss class action lawsuit against Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively, the "Aurobindo Defendants"). The settlement is part of a larger lawsuit called *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*, Case No. 1:19-md-02875 (MDL No. 2875) (the "Lawsuit") and is currently pending in the United States District Court for the District of New Jersey ("the Court"). The Settlement resolves claims that Aurobindo Defendants violated state laws related to the manufacture, supply, distribution, marketing, and sale of finished dose using Aurobindo irbesartan API that was manufactured using Aurobindo's IC Route of Synthesis allegedly containing nitrosamine impurities, causing economic losses to the class. The Aurobindo Defendants have denied any wrongdoing, have denied that the amounts of NDEA in the irbesartan and ICDs at issue were or could be carcinogenic, and have asserted various legal and factual defenses to the claims asserted on behalf of the Class.

The Court has not decided whether the Aurobindo Defendants did anything wrong or whether the Plaintiffs' claims have merit. This Settlement of irbesartan economic loss claims does not include or affect any other claims against the Aurobindo Defendants or any other entity, including but not limited to medical monitoring and personal injury claims, nor does it include any claims related to Losartan or Valsartan. Please read this notice carefully. Your legal rights are affected whether you act or don't act.

A federal court directed that this Notice be provided to you. The Court authorized and specifically required notice to be provided by email or text message, where available, or U.S. mail in certain limited circumstances.

**Who is Included?**

The Settlement Class includes all individuals and third-party-payors in the United States and its territories and possessions who, from January 1, 2016 to the present, paid any amount of money for retail purchases of irbesartan finished drug formulations manufactured using Aurobindo irbesartan API that was manufactured using Aurobindo's IC Route of Synthesis ("IC ROS Irbesartan"). A separate notice has been sent to third-party payors.

Detailed information regarding the Class and how to determine your eligibility is available on the Settlement Website www.SartanMedicationSettlement.com.

**What Does the Settlement Provide?**

Aurobindo Defendants will pay $2,000,000, which amount was established based on a review and evaluation of the total quantity and price paid for the pills. [add allocation details] Full details, including limitations, may be found at www.SartanMedicationSettlement.com.

**What Are My Rights And Options?**

**Submit a Claim:** To receive a Settlement payment, you must submit a Claim Form. You can submit your Claim online at the Settlement Website or download a paper form to mail in. If possible, include documents to support your claim. The Administrator may contact you for pharmacy proof if needed. Your Claim Form must be **submitted online or postmarked by [CLAIMS DEADLINE]**.

**Do Nothing:** If you do nothing, you will remain a part of the Class and Settlement. You will receive no payment under the Settlement and you will give up your rights to sue the Aurobindo Defendants about the issues in this case.

**Opt-Out:** Excluding yourself is the only way to keep your right to sue the Aurobindo Defendants over the claims in this case. You won't be bound by the Settlement, but you also won't receive any payment from it, if one is awarded. To opt-out, you must submit an exclusion request to the Settlement Administrator **postmarked or emailed and received no later than [EXCLUSION DEADLINE]**.

**Object:** If you do not like any part of the Settlement, you can object by writing to the Court. You cannot submit both an exclusion request and objection. To object, you must remain a Class Member. If the Court grants Final Approval over your objection, you will give up your rights to sue the Aurobindo Defendants about the issues in this case. If you also wish to receive payment, you must submit a Claim Form. Your objection must be **postmarked no later than [OBJECTION DEADLINE]**.

Complete details about your rights, including detailed requirements to submit a Claim, exclude yourself/opt-out, and to object to the Settlement are available on the Settlement Website www.SartanMedicationSettlement.com.

**Do I have a lawyer in this case?** Yes, if you do not exclude yourself by opting out. The Court has appointed Ruben Honik, Esq., Honik Law, Conlee S. Whiteley, Esq., Kanner & Whiteley, LLP and John R. Davis, Esq., Slack Davis Sanger LLP to represent the Consumer Economic Loss Class.

**Where can I get more information?** This is only a summary. For more information, visit the Settlement Website or call the number below.

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK'S OFFICE FOR INFORMATION.**

| www.SartanMedicationSettlement.com | 1-866-875-9644 |
|---|---|

## Exhibit E: Proposed Text Message Notice

**Text Notice – Aurobindo Consumer Economic Loss**

Proposed Text 1

U.S. FEDERAL COURT AUTHORIZED CLASS ACTION NOTICE

Our records indicate that you may have paid for Irbesartan medication manufactured by Aurobindo from January 1, 2016 to the present. A class action lawsuit may affect your legal rights.

Visit the Court approved website https://SartanMedicationSettlement.com or call 1-866-875-9644 for more information.

Reply STOP to end.

Proposed Text 2

U.S. FEDERAL COURT AUTHORIZED CLASS ACTION NOTICE

Our records show you may have paid for Irbesartan by Aurobindo between January 1, 2016 to the present. A class action lawsuit may affect your rights.

Visit the Court approved website https://SartanMedicationSettlement.com or call 1-866-875-9644 for more information.

Reply STOP to end.

# Exhibit F: Consumer Postcard Notice

**Who is Included?** The Settlement Class includes all individual and third-party payors in the United States and its territories and possessions who, from January 1, 2016 to the present, paid any amount for all or part of purchases of irbesartan finished drug formulations manufactured using Aurobindo irbesartan API that was manufactured using Aurobindo's IC Route of Synthesis ("IC ROS Irbesartan"). A separate notice has been sent to third-party payors.

Detailed information regarding the Class and how to determine your eligibility is available on the Settlement Website www.SartanMedicationSettlement.com.

**What Does the Settlement Provide?** Aurobindo Defendants will pay $2,000,000, which amount was established based on a review and evaluation of the total quantity and price paid for the pills. [add allocation details] Full details, including limitations, may be found at www.SartanMedicationSettlement.com.

**What Are My Rights And Options? Submit a Claim:** To receive a Settlement payment, you must submit a Claim Form. You can submit your Claim online at the Settlement Website or download a paper form to mail in. If possible, include documents to support your claim. The Administrator may contact you for pharmacy proof if needed. Your Claim Form must be **submitted online or postmarked by [CLAIMS DEADLINE]**. **Do Nothing:** If you do nothing, you will remain a part of the Class and Settlement. You will receive no payment under the Settlement and you will give up your rights to sue the Aurobindo Defendants about the issues in this case. **Opt-Out:** Excluding yourself is the only way to keep your right to sue the Aurobindo Defendants over the claims in this case. You won't be bound by the Settlement, but you also won't receive any payment from it, if one is awarded. To opt-out, you must submit an exclusion request to the Settlement Administrator **postmarked or emailed and received no later than [EXCLUSION DEADLINE]**. **Object:** If you do not like any part of the Settlement, you can object by writing to the Court. You cannot submit both an exclusion request and objection. To object, you must remain a Class Member. If the Court grants Final Approval over your objection, you will give up your rights to sue the Aurobindo Defendants about the issues in this case. If you also wish to receive payment, you must submit a Claim Form. Your objection must be **postmarked no later than [OBJECTION DEADLINE]**.

Complete details about your rights, including detailed requirements to submit a Claim, exclude yourself/opt-out, and to object to the Settlement are available on the Settlement Website www.SartanMedicationSettlement.com.

**Do I have a lawyer in this case?** Yes, if you do not exclude yourself by opting out. The Court has appointed Ruben Honik, Esq., Honik Law, Conlee S. Whiteley, Esq., Kanner & Whiteley, LLP and John R. Davis, Esq., Slack Davis Sanger LLP to represent the Consumer Economic Loss Class.

**Where can I get more information?** ? This is only a summary. For more information, visit the Settlement Website or call the number below
**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK'S OFFICE FOR INFORMATION.**

| **www.SartanMedicationSettlement.com** | **1-866-875-9644** |

**Consumer Economic Loss Class Action Settlement Summary Notice**

**If you are an individual who paid any amount out of pocket for retail purchases of irbesartan medication manufactured by Aurobindo from January 1, 2016 to the present, you could receive a payment from a class action settlement.**

A Settlement has been reached in an economic loss class action lawsuit against Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively, the "Aurobindo Defendants"). The settlement is part of a larger lawsuit called *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*, Case No. 1:19-md-02875 (MDL No. 2875) (the "Lawsuit") and is currently pending in the United States District Court for the District of New Jersey ("the Court"). The Settlement resolves claims that Aurobindo Defendants violated state laws related to the manufacture, supply, distribution, marketing, and sale of finished dose using Aurobindo irbesartan API that was manufactured using Aurobindo's IC Route of Synthesis allegedly containing nitrosamine impurities, causing economic losses to the class. The Aurobindo Defendants have denied any wrongdoing, have denied that the amounts of NDEA in the irbesartan and ICDs at issue were or could be carcinogenic, and have asserted various legal and factual defenses to the claims asserted on behalf of the Class.

The Court has not decided whether the Aurobindo Defendants did anything wrong or whether the Plaintiffs' claims have merit. This Settlement of irbesartan economic loss class does not include or affect any other claims against the Aurobindo Defendants or any other entity, including but not limited to medical monitoring and personal injury claims, nor does it include any claims related to Losartan or Valsartan. Please read this notice carefully. Your legal rights are affected whether you act or don't act.

A federal court directed that this Notice be provided to you. The Court authorized and specifically required notice to be provided by email or text message, where available, or U.S. mail in certain limited circumstances

**Sartan Medication Settlement Administrator**
P.O. Box 3376
Baton Rouge, LA 70821

PRESORTED
FIRST CLASS
U.S. POSTAGE
**PAID**
FPI

**ELECTRONIC SERVICE REQUESTED**

SETTLEMENT CLAIM ID [ID]
[FIRST NAME] [LAST NAME]
[ADDRESS]
[ADDRESS]
[CITY] [STATE] [ZIP]



Postal Service: Do Not Mark or Cover Barcode

FE40

## Exhibit G: Proposed Banner Notices



Proposed Digital Notice A



Proposed Digital Notice B



Proposed Digital Notice C



Proposed Digital Notice D