# Exhibit H: Consumer Long Form Notice

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

**Consumer Economic Loss Class Action Settlement Notice – Aurobindo Settlement**

**If you are an individual who paid any amount of money for retail purchases of irbesartan medication manufactured by Aurobindo from January 1, 2016 to the present, you could receive a payment from a class action settlement.**

*A Federal Court authorized this notice. This is not a solicitation from a lawyer.*

- A Settlement has been reached in an economic loss class action lawsuit against Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively, the "Aurobindo Defendants"). The settlement is part of a larger lawsuit called *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*, Case No. 1:19-md-02875 (MDL No. 2875) (the "Lawsuit") and is currently pending in the United States District Court for the District of New Jersey ("the Court"). This notice informs you of your legal rights and options.

- The Settlement resolves claims that Aurobindo Defendants violated state laws related to the manufacture, supply, distribution, marketing, and sale of finished dose using Aurobindo irbesartan API that was manufactured using Aurobindo's IC Route of Synthesis allegedly containing nitrosamine impurities, causing economic losses to the class.

- The Aurobindo Defendants have denied any wrongdoing, have denied that the amounts of NDEA in the Irbesartan and ICDs at issue were or could be carcinogenic, and have asserted various legal and factual defenses to the claims asserted on behalf of the Class.

- The Court has not decided whether the Aurobindo Defendants did anything wrong or whether the Plaintiffs' claims have merit. This Settlement of irbesartan economic loss claims does not include or affect any other claims against the Aurobindo Defendants or any other entity, including but not limited to medical monitoring and personal injury claims, nor does it include any claims related to Losartan or Valsartan.

- Your legal rights are affected regardless of whether you act or do not act. Please read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | | DEADLINE |
|---|---|---|
| SUBMIT A CLAIM | To receive a Settlement payment, you must submit a Claim Form. You can submit your Claim online at the Settlement website www.SartanMedicationSettlement.com or download a paper Claim Form and submit it by mail. Documentation should be submitted to support your claim, if possible. After you submit your claim, the Settlement Notice Administrator may contact you for proof of purchase from your pharmacy, if needed to approve your claim. | [CLAIM DEADLINE] |
| DO NOTHING | If you do nothing, you will remain a part of the Class and Settlement. You will receive no payment under the Settlement and you will give up your rights to sue the Aurobindo Defendants about the issues in this case. | NO DEADLINE |

| | | |
|---|---|---|
| **EXCLUDE YOURSELF FROM THE SETTLEMENT** | Excluding yourself from the Settlement is the only option that allows you to pursue your own claims against one or more Aurobindo Defendants for the legal claims made in the Lawsuit. Choosing this option means you will not be bound by any future determination made in the Settlement; however, you will also not be eligible for a payment, if any are awarded. See question 12 for more information. | **[EXCLUSION DEADLINE]** |
| **OBJECT TO THE SETTLEMENT** | If you do not like any part of the Settlement, you may write to the Court and explain your objection. You can not submit both an exclusion request and objection. You must remain a part of the Class to object. The Court will consider your objection at the Final Approval Hearing. If the Court grants Final Approval over your objection, you will give up your rights to sue the Aurobindo Defendants about the issues in this case. If you also wish to receive payment from the Settlement, you must submit a Claim Form. See Question 15 for more information. | **[OBJECTION DEADLINE]** |

- These rights and options – and the deadlines to exercise them – are explained in this Notice.

## BASIC INFORMATION

### 1.  What is this Notice about?

A federal court directed that this Notice be provided to you because you have a right to know about this class action Settlement and about all of your rights and options. The Court also authorized and required the manner by which you received this Notice, and specifically required notice to be provided by email or text message, where available, or U.S. mail in certain limited circumstances. This Notice explains the Lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

The Court presiding over this case is the United States District Court for the District of New Jersey ("the Court").  The Court is overseeing the class actions in the Lawsuit as part of a Multi-District Litigation ("MDL") called *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*, Case No. 1:19-md-02875-RBK-SAK. The people and entities that filed the Lawsuit are called the "Plaintiffs" and the companies they sued are called the "Defendants." The settled part of the Lawsuit relates only to the Aurobindo Defendants' sale of irbesartan between January 1, 2016 and the present, and does not involve Losartan or Valsartan.

### 2.  What is the Settlement about?

The Settlement addresses claims that the Aurobindo Defendants violated state laws by manufacturing, distributing, selling and/or dispensing irbesartan or ICDs that were contaminated with probable human carcinogens in the form of NDEA. Aurobindo Defendants deny all allegations of fault, wrongdoing, or liability made in the Lawsuit, have denied that the amounts of NDEA in the Irbesartan and ICDs at issue were or could be carcinogenic, and have asserted various legal and factual defenses.

Questions? Call 1-866-875-9644 or visit www.SartanMedicationSettlement.com

**3.   What is a class action?**

In a class action, one or more individuals sue on behalf of other people with similar claims. These individuals are known as "Class Representatives" or "Plaintiffs." Together, the people included in the class action are called a "class" or "class members." One court resolves a class action lawsuit for all class members, except for those who opt out of the class and litigation. The Plaintiffs and the Defendants are the Parties (the "Parties") in the Litigation.

In this Settlement, which resolves one part of the overall Lawsuit, the Class Representatives are Jacqueline Harris ("Consumer Plaintiff") and MSP Recovery Claims, Series LLC ("MSPRC") ("TPP Plaintiff"). In this Settlement, the Aurobindo Defendants are Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (defined herein to include their predecessors, successors, subsidiaries and affiliates and each of their past, present and future direct or indirect parent companies, subsidiaries, divisions and affiliates, joint ventures, and each of their present and former officers, directors, employees, stockholders, partners, owners, and insurers).

## WHO IS INCLUDED IN THE LAWSUIT?

### 4. Who is included in the Settlement Class?

You are a member of the consumer Settlement Class if you are an individual in the United States and its territories and possessions who, from January 1, 2016 to the present, paid any amount of money for retail purchases of irbesartan finished drug formulations manufactured using Aurobindo irbesartan API that was manufactured using Aurobindo's IC Route of Synthesis ("IC ROS Irbesartan").

### 5. Are there exceptions to being a Class Member?

Yes. Excluded from the Settlement Class are: (a) Any judge or magistrate presiding over this action, and the members of their families; (b) The Aurobindo Defendants and affiliated entities and their officers and directors; (c) The Aurobindo Defendants' counsel of record, assigns and successors; (d) All federal and state governmental entities except for cities, towns, municipalities, or counties with self-funded prescription drug plans; (e) Pharmacy Benefit Managers ("PBMs"); (f) Plaintiffs' counsel of record, assigns, and successors; (g) Any personal injury plaintiff or claimant in the MDL; and, (h) All persons or entities who properly execute and file a timely request for exclusion from any Court-approved class.

### 6. How can I get help in determining if I am eligible?

If you need help in determining your eligibility, you can visit the Settlement Website at www.SartanMedicationSettlement.com and answer a few simple questions. You can also call 1-866-875-9644 or email info@SartanMedicationSettlement.com for more information.

## WHAT DOES THE SETTLEMENT PROVIDE?

### 7. What does the Settlement provide?

In consideration of the full and complete Release of all Released Claims against the Released Parties, and the dismissal of the Action with prejudice, the Aurobindo Defendants agree to pay $2,000,000.

Questions? Call 1-866-875-9644 or visit www.SartanMedicationSettlement.com

Page **3** of **9**

21695137.1

The net Aurobindo Economic Loss Class Settlement fund ("the Fund"), after deduction of Attorneys' Fees and Expenses, Class Notice and administration expenses, and Service Awards, shall be administered and allocated between the consumers and Third-Party Payors in a method to be determined by their respective Class Counsel subject to review by the Hon. Joel Schneider U.S.M.J (ret.). The allocation method will be set forth in Plaintiffs' Motion for Preliminary Approval and filed with the Court prior to the hearing.

## 8. How do I get a payment?

Consumer members of the Settlement Class shall submit Claim Forms documenting their purchases of Aurobindo IC ROS Irbesartan as provided in the Settlement Agreement and approved by the Court. The Settlement Notice Administrator will review the Claim Forms and any supporting documentation with particular attention to the possibility of fraudulent or mistaken claims.

Documentation should be submitted to support your claim, if possible. Your claim will be reviewed by the Settlement Notice Administrator to determine if sufficient information is provided to accept your claim or if additional documentation, such as proof of purchase from your pharmacy, is required. You may, if you so choose, provide documentation with your claim submission to prevent any possible delays in approving your claim.

If you are an eligible Settlement Class Member, you must submit a Claim Form to receive a Settlement payment. You can submit your Claim online at the Settlement website www.SartanMedicationSettlement.com or download a paper Claim Form and submit it by mail. You may be required to submit supporting documentation. Your Claim Form must be **submitted online or postmarked by [CLAIMS DEADLINE]**.

## 9. When will I get my payment?

The Court will consider the fairness of the Settlement at the Final Approval Hearing scheduled for Month Day, Year. If the Court grants Final Approval, following the effective date described in the Settlement Agreement and any timeline defined in the Court's Final Approval Order, the Settlement Notice Administrator will distribute payments. Please be patient, as this process can take some time.

## ADDITIONAL RIGHTS AND OPTIONS

## 10. What happens if I do nothing at all?

If you do nothing, you will remain a part of the Class and Settlement. You will receive no payment under the Settlement and you will give up your rights to sue the Aurobindo Defendants for economic losses related to Aurobindo Irbesartan. **Submitting a Claim Form is the only way to receive a payment from this Settlement.**

## 11. Can I opt-out of the Settlement?

Yes, you can choose to opt-out, or exclude yourself, from the Settlement. Choosing this option means you will not be bound by any future determination made in the Settlement; however, you will also not be eligible for a payment from this Settlement. This is the only option that allows you to pursue your own

Questions? Call 1-866-875-9644 or visit www.SartanMedicationSettlement.com

Page **4** of **9**

21695137.1

claims against one or more Aurobindo Defendants for claimed economic losses related to the Aurobindo Irbesartan.

## 12. How do I exclude myself?

If you want to keep your right, if any, to separately sue the Aurobindo Defendants for the claims that are addressed by the Settlement, you must take steps to exclude yourself from the Class and Lawsuit. This is called "opting out". The deadline for requesting exclusion from the Class and Lawsuit is **[EXCLUSION DEADLINE]**.

To exclude yourself, you must submit a written request for exclusion that includes the following information:

- Your full name, current address, and telephone number; and
- A statement specifically and unambiguously indicating your desire to be excluded from the Settlement Class and election to be excluded from any judgment entered pursuant to the settlement.

You will also be requested to provide information as to the identification of the at-issue irbesartan you purchased, if available, however this is not a requirement for exclusion.

A printable exclusion request form is available on the Settlement Website www.SartanMedicationSettlement.com. Your request for exclusion must be mailed to the address below so it is **postmarked or received no later than [EXCLUSION DEADLINE]**.

Sartan Medication Settlement Administrator
ATTN: Exclusion Request
PO Box 3376
Baton Rouge, LA 70821

You may also email a scanned copy of your signed exclusion request form to info@SartanMedicationSettlement.com. You must download, print, complete, and sign the PDF exclusion form found on the Settlement Website to qualify for email submission of your exclusion request. You must include your documentation of purchase or declaration regarding your inability to provide documentation with your exclusion form submission.

By electing to be excluded: (1) you will not share in any recovery that might be obtained by the Class upon Final Approval of the Settlement; (2) you will not be bound by any decision related to the Settlement that is either favorable to the Class or favorable to the Aurobindo Defendants; and (3) you may present any claims you have against the Aurobindo Defendants related to Irbesartan through your own lawsuit.

Requests for exclusions shall be permitted on an individual basis only. Any purported "class-wide" opt-outs will be construed as being submitted only on behalf of the person who actually submitted the exclusion.

## 13. If I do not exclude myself, can I still sue the Aurobindo Defendants?

Questions? Call 1-866-875-9644 or visit www.SartanMedicationSettlement.com

Page **5** of **9**

21695137.1

No. If you stay in the Settlement Class (i.e., do nothing or do not exclude yourself), you give up any right to separately sue or pursue claims against any of the Aurobindo Defendants for the claims released in this Settlement.

## 14. Can I object to the Settlement?

Yes, if you do not like any part of the Settlement, you may write to the Court and explain your objection. You cannot submit both an exclusion request and objection. You must remain a part of the Class to object. The Court will consider your objection at the Final Approval Hearing. If the Court grants Final Approval over your objection, you will give up your rights to sue the Aurobindo Defendants about the issues in this Settlement. If you also wish to receive payment from the Settlement, you must submit a Claim Form.

## 15. How do I object to the Settlement?

The deadline for objecting to the Settlement is **[OBJECTION DEADLINE]**.

Any Settlement Class Member who intends to object to the fairness of the Settlement Agreement must, file any objection via the Court's electronic filing system, and if not filed via the Court's electronic system, must mail, postmarked by the date specified in the Preliminary Approval Order, the objection to the Court and also serve by first-class mail copies of the objection upon:

Clerk of the Court
United States District Court
District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

| Class Counsel for Consumer Class: | Class Counsel for TPP Class: | Counsel for Defendants: |
|---|---|---|
| John R. Davis<br>Slack Davis Sanger, LLP<br>6001 Bold Ruler Way #100<br>Austin, TX 78746<br><br>Ruben Honik<br>Honik Law<br>1515 Market Street, Ste. 110<br>Philadelphia, PA, 19102<br><br>Conlee S. Whiteley<br>Kanner & Whiteley, LLC<br>701 Camp Street<br>New Orleans, LA 70130 | Gregory P. Hansel<br>Preti Flaherty Beliveau &<br>Pachios, Chartered, LLP<br>P.O. Box 9546<br>One City Center<br>Portland, ME 04112-9546<br><br>Jorge A. Mestre<br>Rivero Mestre LLP<br>2525 Ponce De Leon Blvd.<br>Ste. 1000<br>Miami, FL 33134 | John P. Lavelle, Jr.<br>Morgan, Lewis & Bockius LLP<br>502 Carnegie Center<br>Princeton, NJ  08540-6241 |

Questions? Call 1-866-875-9644 or visit www.SartanMedicationSettlement.com

21695137.1

Your objection must include:

- Your full name, current address, and telephone number;
- the identification of the Aurobindo Irbesartan purchased by you, the objector, including the NDC code(s), the date(s) of purchase, and the documentation supporting your purchase(s);
- a written statement that you have reviewed the Settlement Class definition and represent in good faith that you are a Settlement Class Member;
- a written statement of all grounds for the objection accompanied by any legal support for such objection sufficient to enable the parties to understand and respond to those specific objections;
- copies of any papers, briefs, or other documents upon which the objection is based and which are pertinent to the objection; and
- a list of all other objections submitted by you, the objector, and/or your counsel, to any class action settlements submitted in any state or federal court in the United States in the previous five (5) years, including the full case name with jurisdiction in which it was filed and the docket number.  If you or your counsel has not objected to any other class action settlement in the United States in the previous five (5) years, you shall affirmatively so state in the objection

Objections shall be permitted on an individual basis only.  Any purported "class-wide" objections will be construed as being submitted only on behalf of the person who actually submitted the objection.

### 16. If I object, can I still sue the Aurobindo Defendants?

No. To object, you must stay in the Settlement Class (i.e., do not exclude yourself) and therefore you give up any right to separately sue any of the Aurobindo Defendants for the claims released in this Settlement.

### 17. If I object, and the Court grants Final Approval of the Settlement, can I still get a payment?

Yes, but only if you also submit a Claim Form as described in Question 8 above.

## THE LAWYERS REPRESENTING YOU

### 18. Do I have a lawyer in this case?

Yes, if you do not exclude yourself by opting out. The Court has appointed the following law firms to represent the Settlement Class.

Consumer Economic Loss Class Counsel

- John R. Davis, Slack Davis Sanger, LLP
- Ruben Honik, Honik Law
- Conlee Whiteley, Kanner & Whiteley, LLC

You will not be charged directly for their services. Plaintiffs will apply to the Court for an award of reasonable attorneys' fees up to, but not to exceed, one-third of the total amount of the settlement fund, plus reasonable costs and expenses related to the Aurobindo Irbesartan economic loss litigation. Attorneys' Fees and Expenses shall be in addition to any Representative Plaintiffs' Service Awards that may be awarded by the Court from the settlement fund.

Questions? Call 1-866-875-9644 or visit www.SartanMedicationSettlement.com

### 19. Can I have my own lawyer?

If you do not exclude yourself, you do not need to hire your own lawyer because Class Counsel works for you. If you want to be represented by your own lawyer, you may hire one at your own expense and have them appear on your behalf in the Lawsuit.

## THE COURT PROCESS

### 20. When and where will the Court decide whether to approve the Settlement?

The Court will hold the Final Approval Hearing at **TIME on Day, Month Date, Year at Courthouse**. The purpose of the hearing is for the Court to determine whether the Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class. At the hearing, the Court will hear any objections and arguments concerning the fairness of the proposed Settlement, including those related to the amount requested by Class Counsel for attorneys' fees and expenses and the requested service awards for the Class Representatives.

**Note: The date and time of the Final Approval Hearing are subject to change by Court Order.  Any changes will be posted at the Settlement website, www.SartanMedicationSettlement.com.**

### 21. Do I have to come to the hearing?

No. Class Counsel will answer any questions the Court may have. You are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as your written objection was filed or mailed on time and meets the other criteria described in Question #15 and detailed in the Settlement Agreement, the Court will consider it. You may also pay a lawyer to attend, but you don't have to.

### 22. May I speak at the hearing?

Subject to the approval of the Court, any objecting Settlement Class Member may appear, in person or by counsel, at the Final Fairness Hearing to explain why the proposed settlement should not be approved as fair, reasonable, and adequate, or to object to any petitions for Attorneys' Fees, Expenses or Service Awards.

If you intend to appear at the Final Fairness Hearing, you must file with the Clerk of the Court and serve upon all counsel designated in Question 15 above a notice of intention to appear at the Fairness Hearing by the objection deadline as specified in the Preliminary Approval Order.  The notice of intention to appear must include copies of any papers, exhibits, or other evidence, and the identity of witnesses, that you or your counsel intends to present to the Court in connection with the Final Fairness Hearing.

## GET MORE INFORMATION

### 23. How do I get more information?

For more information about the Settlement, including assistance in determining whether you qualify as a Class Member, please visit the Settlement Website www.SartanMedicationSettlement.com. You may

Questions? Call 1-866-875-9644 or visit www.SartanMedicationSettlement.com

Page **8** of **9**

21695137.1

contact the Settlement Notice Administrator by email at info@SartanMedicationSettlement.com, by phone at 1-866-875-9644 or by mail at:

Sartan Medication Settlement Administrator
P.O. Box 3376
Baton Rouge, LA 70821

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK'S OFFICE FOR INFORMATION.**

Questions? Call 1-866-875-9644 or visit www.SartanMedicationSettlement.com

Page **9** of **9**

21695137.1

## Exhibit I: TPP Long Form Notice

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

## <u>Third Party Payor Class Action Settlement Notice – Aurobindo Settlement</u>

# If you are a third-party payor who paid any amount of money for retail purchases of irbesartan medication manufactured by Aurobindo from January 1, 2016 to the present, you could receive a payment from a class action settlement.

*A Federal Court authorized this notice. This is not a solicitation from a lawyer.*

- A Settlement has been reached in an economic loss class action lawsuit against Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively, the "Aurobindo Defendants"). The settlement is part of a larger lawsuit called *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*, Case No. 1:19-md-02875 (MDL No. 2875) (the "Lawsuit") and is currently pending in the United States District Court for the District of New Jersey ("the Court"). This notice informs you of your legal rights and options.
- The Settlement resolves claims that Aurobindo Defendants violated state laws related to the manufacture, supply, distribution, marketing, and sale of finished dose using Aurobindo irbesartan API that was manufactured using Aurobindo's IC Route of Synthesis. allegedly containing nitrosamine impurities, causing economic losses to the class.
- The Aurobindo Defendants have denied any wrongdoing, have denied that the amounts of NDEA in the Irbesartan and ICDs at issue were or could be carcinogenic, and have asserted various legal and factual defenses to the claims asserted on behalf of the Class.
- The Court has not decided whether the Aurobindo Defendants did anything wrong or whether the Plaintiffs' claims have merit. This Settlement of irbesartan economic loss claims does not include or affect any other claims against the Aurobindo Defendants or any other entity, including but not limited to medical monitoring and personal injury claims, nor does it include any claims related to Losartan or Valsartan.
- Your legal rights are affected regardless of whether you act or do not act. Please read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | | DEADLINE |
|---|---|---|
| SUBMIT A CLAIM | To receive a Settlement payment, you must submit a Claim Form. You can submit your Claim online at the Settlement website  www.TPP.SartanMedicationSettlement.com  or download a paper Claim Form and submit it by mail. You will be required to submit supporting documentation. Assignees of third-party payors may directly submit claims to obtain settlement funds. Such assignee will be treated as if the third-party payor had directly submitted its claims as part of the claims administration process, and it will have the same rights as a third-party payor. Class members are limited to one claim per Class Member. Related companies such as corporate subsidiaries or affiliates may file claims either separately or combined.  In no event shall more than one Class Member assert a claim for the same payments. | **[CLAIM DEADLINE]** |

| | | |
|---|---|---|
| **DO NOTHING** | If you do nothing, you will remain a part of the Class and Settlement. You will receive no payment under the Settlement and you will give up your rights to sue the Aurobindo Defendants about the issues in this case. | **NO DEADLINE** |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT** | This is the only option that allows you to pursue your own claims against one or more Aurobindo Defendants for the legal claims made in the Lawsuit. Choosing this option means you will not be bound by any future determination made in the Settlement; however, you will also not be eligible for a payment, if any are awarded. See question 12 for more information. | **[EXCLUSION DEADLINE]** |
| **OBJECT TO THE SETTLEMENT** | If you do not like any part of the Settlement, you may write to the Court and explain your objection. You can not submit both an exclusion request and objection. You must remain a part of the Class to object. The Court will consider your objection at the Final Approval Hearing. If the Court grants Final Approval over your objection, you will give up your rights to sue the Aurobindo Defendants about the issues in this case. If you also wish to receive payment from the Settlement, you must submit a Claim Form. See Question 15 for more information. | **[OBJECTION DEADLINE]** |

- These rights and options – and the deadlines to exercise them – are explained in this Notice.

## BASIC INFORMATION

**1.  What is this Notice about?**

A federal court directed that this Notice be provided to you because you have a right to know about this class action Settlement and about all of your rights and options. The Court also authorized and required the manner by which you received this Notice, and specifically required notice to be provided by email or text message, where available, or U.S. mail in certain limited circumstances. This Notice explains the Lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

The Court presiding over this case is the United States District Court for the District of New Jersey ("the Court").  The Court is overseeing the class actions in the Lawsuit as part of a Multi-District Litigation ("MDL") called *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*, Case No. 1:19-md-02875-RBK-SAK. The people and entities that filed the Lawsuit are called the "Plaintiffs" and the companies they sued are called the "Defendants." The settled part of the Lawsuit relates only to the Aurobindo Defendants' sale of Irbesartan between January 1, 2016 and the present, and does not involve Losartan or Valsartan.

**2.  What is the Settlement about?**

The Settlement addresses claims that the Aurobindo Defendants violated state laws by manufacturing, distributing, selling and/or dispensing irbesartan or ICDs that were contaminated with probable human

Questions? Call 1-866-875-9644 or visit www.TPP.SartanMedicationSettlement.com

Page **2** of **9**

21695110.1

carcinogens in the form of NDEA. Aurobindo Defendants deny all allegations of fault, wrongdoing, or liability made in the Lawsuit, have denied that the amounts of NDEA in the Irbesartan and ICDs at issue were or could be carcinogenic, and have asserted various legal and factual defenses.

### 3.   What is a class action?

In a class action, one or more individuals sue on behalf of other people with similar claims. These individuals are known as "Class Representatives" or "Plaintiffs." Together, the people included in the class action are called a "class" or "class members." One court resolves a class action lawsuit for all class members, except for those who opt out of the class and litigation. The Plaintiffs and the Defendants are the Parties (the "Parties") in the Litigation.

In this Settlement, which resolves one part of the overall Lawsuit, the Class Representatives are Jacqueline Harris ("Consumer Plaintiff") and MSP Recovery Claims, Series LLC ("MSPRC") ("TPP Plaintiff"). In this Settlement, the Aurobindo Defendants are Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (defined herein to include their predecessors, successors, subsidiaries and affiliates and each of their past, present and future direct or indirect parent companies, subsidiaries, divisions and affiliates, joint ventures, and each of their present and former officers, directors, employees, stockholders, partners, owners, and insurers).

## WHO IS INCLUDED IN THE LAWSUIT?

### 4. Who is included in the Settlement Class?

You are a member of the Third Party Payor Settlement Class if you are a third-party payor in the United States and its territories and possessions who, from January 1, 2016 to the present, paid any amount of money for retail purchases of irbesartan finished drug formulations manufactured using Aurobindo irbesartan API that was manufactured using Aurobindo's IC Route of Synthesis ("IC ROS Irbesartan").

### 5. Are there exceptions to being a Class Member?

Yes. Excluded from the Settlement Class are: (a) Any judge or magistrate presiding over this action, and the members of their families; (b) The Aurobindo Defendants and affiliated entities and their officers and directors; (c) The Aurobindo Defendants' counsel of record, assigns and successors; (d) All federal and state governmental entities except for cities, towns, municipalities, or counties with self-funded prescription drug plans; (e) Pharmacy Benefit Managers ("PBMs"); (f) Plaintiffs' counsel of record, assigns, and successors; (g) Any personal injury plaintiff or claimant in the MDL; and, (h) All persons or entities who properly execute and file a timely request for exclusion from any Court-approved class.

### 6. How can I get help in determining if I am eligible?

If you need help in determining your eligibility, you can visit the Settlement Website at www.TPP.SartanMedicationSettlement.com and answer a few simple questions. You can also call 1-866-875-9644 or email info@SartanMedicationSettlement.com for more information.

## WHAT DOES THE SETTLEMENT PROVIDE?

Questions? Call 1-866-875-9644 or visit www.TPP.SartanMedicationSettlement.com

### 7. What does the Settlement provide?

In consideration of the full and complete Release of all Released Claims against the Released Parties, and the dismissal of the Action with prejudice, the Aurobindo Defendants agree to pay $2,000,000.

The net Aurobindo Economic Loss Class Settlement fund ("the Fund"), after deduction of Attorneys' Fees and Expenses, Class Notice and administration expenses, and Service Awards, shall be administered and allocated between the consumers and Third-Party Payors in a method to be determined by their respective Class Counsel subject to review by the Hon. Joel Schneider U.S.M.J (ret.). The allocation method will be set forth in Plaintiffs' Motion for Preliminary Approval and filed with the Court prior to the hearing.

### 8. How do I get a payment?

Third Party Payor members (including assignees of TPPs) of the Settlement Class shall submit claim forms documenting their (or their assignors') payments for Aurobindo IC ROS Irbesartan as provided in the Settlement Agreement and approved by the Court. The Settlement Notice Administrator will review the claim forms and any supporting documentation with particular attention to the possibility of fraudulent or mistaken claims. After payment of the consumer claims as provided above, the remainder of the Fund shall be distributed to each valid TPP member of the class (including assignees) on a pro rata basis according to the total amount of each TPP's qualifying and documented payments.

If you are an eligible Class Member, you must submit a Claim Form to receive a Settlement payment. You can submit your Claim online at the Settlement website www.TPP.SartanMedicationSettlement.com or download a paper Claim Form from the website and submit it by mail. You will be required to submit supporting documentation. Assignees of third-party payors may directly submit claims to obtain settlement funds. Such assignee will be treated as if the third-party payor had directly submitted its claims as part of the claims administration process, and it will have the same rights as a third-party payor. Settlement Class Members are limited to one claim per Settlement Class Member. Related companies such as corporate subsidiaries or affiliates may file claims either separately or combined. In no event shall more than one Settlement Class Member assert a claim for the same payments. Your Claim Form must be **submitted online or postmarked by [CLAIMS DEADLINE]**.

### 9. When will I get my payment?

The Court will consider the fairness of the Settlement at the Final Approval Hearing scheduled for **Month Day, Year**. If the Court grants Final Approval, following the effective date described in the Settlement Agreement and any timeline defined in the Court's Final Approval Order, the Settlement Administrator will distribute payments. Please be patient, as this process can take some time.

## ADDITIONAL RIGHTS AND OPTIONS

### 10. What happens if I do nothing at all?

If you do nothing, you will remain a part of the Class and Settlement. You will receive no payment under the Settlement and you will give up your rights to sue the Aurobindo Defendants for economic losses

Questions? Call 1-866-875-9644 or visit www.TPP.SartanMedicationSettlement.com

21695110.1

related to the Aurobindo Irbesartan. **Submitting a Claim Form is the only way to receive a payment from this Settlement.**

## 11. Can I opt-out of the Settlement?

Yes, you can choose to opt-out, or exclude yourself, from the Settlement. Choosing this option means you will not be bound by any future determination made in the Settlement; however, you will also not be eligible for a payment from this Settlement. This is the only option that allows you to pursue your own claims against one or more Aurobindo Defendants for claimed economic losses related to the Aurobindo Irbesartan.

## 12. How do I exclude myself?

If you want to keep your right, if any, to separately sue the Aurobindo Defendants for the claims that are addressed by this Settlement, you must take steps to exclude yourself from the Class and Lawsuit. This is called "opting out". The deadline for requesting exclusion from the Class and Lawsuit is **[EXCLUSION DEADLINE]**.

To exclude yourself, you must submit a written request for exclusion that includes the following information:

- Your full name, current address, and telephone number;
- the identification of the Aurobindo Irbesartan purchased by the Settlement Class Member, including the NDC code(s), the date(s) of purchase, and the documentation supporting your purchase(s); and
- A statement specifically and unambiguously indicating your desire to be excluded from the Settlement Class and election to be excluded from any judgment entered pursuant to the settlement.

You will also be asked to provide information as to whether the TPP has a filed case and if so, provide the state and docket number and if not, whether or not the TPP intends to file a case in the future.

A printable exclusion request form is available on the Settlement Website www.TPP.SartanMedicationSettlement.com. Your request for exclusion must be mailed to the address below so it is **postmarked or received no later than [EXCLUSION DEADLINE]**.

Aurobindo Settlement Notice Administrator
ATTN: Exclusion Request
PO Box 3376
Baton Rouge, LA 70821

You may also email a scanned copy of your signed exclusion request form to info@SartanMedicationSettlement.com. You must download, print, complete, and sign the PDF exclusion form found on the Settlement Website to qualify for email submission of your exclusion request. You must include your documentation of purchase or declaration regarding your inability to provide documentation with your exclusion form submission.

Questions? Call 1-866-875-9644 or visit www.TPP.SartanMedicationSettlement.com

21695110.1

By electing to be excluded: (1) you will not share in any recovery that might be obtained by the Class upon Final Approval of the Settlement; (2) you will not be bound by any decision related to the Settlement that is either favorable to the Class or favorable to the Aurobindo Defendants; and (3) you may present any claims you have against the Aurobindo Defendants related to Valsartan through your own lawsuit.

Requests for exclusions shall be permitted on an individual basis only.  Any purported "class-wide" opt-outs will be construed as being submitted only on behalf of the person  (defined herein to include a TPP entity) who actually submitted the exclusion.

### 13. If I do not exclude myself, can I still sue the Aurobindo Defendants?

No. If you stay in the Settlement Class (i.e., do nothing or do not exclude yourself), you give up any right to separately sue or pursue claims against any of the Aurobindo Defendants for the claims released in this Settlement.

### 14. Can I object to the Settlement?

Yes, if you do not like any part of the Settlement, you may write to the Court and explain your objection. You cannot submit both an exclusion request and objection. You must remain a part of the Class to object. The Court will consider your objection at the Final Approval Hearing. If the Court grants Final Approval over your objection, you will give up your rights to sue the Aurobindo Defendants about the issues in this Settlement. If you also wish to receive payment from the Settlement, you must submit a Claim Form.

### 15. How do I object to the Settlement?

The deadline for objecting to the Settlement is **[OBJECTION DEADLINE]**.

Any Settlement Class Member who intends to object to the fairness of the Settlement Agreement must, file any objection via the Court's electronic filing system, and if not filed via the Court's electronic system, must mail, postmarked by the date specified in the Preliminary Approval Order, the objection to the Court and also serve by first-class mail copies of the objection upon:

Clerk of the Court
United States District Court
District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

| Class Counsel for Consumer Class: | Class Counsel for TPP Class: | Counsel for Defendants: |
|---|---|---|
| John R. Davis Slack Davis Sanger, LLP 6001 Bold Ruler Way #100 Austin, TX 78746 | Gregory P. Hansel Preti Flaherty Beliveau & Pachios, Chartered, LLP One City Center Portland, ME 04101 | John P. Lavelle, Jr. Morgan, Lewis & Bockius LLP 502 Carnegie Center Princeton, NJ  08540-6241 |

Questions? Call 1-866-875-9644 or visit www.TPP.SartanMedicationSettlement.com

21695110.1

| Ruben Honik<br>Honik Law<br>1515 Market Street, Ste. 110<br>Philadelphia, PA, 19102<br><br>Conlee S. Whiteley<br>Kanner & Whiteley, LLC<br>701 Camp Street<br>New Orleans, LA 70130 | Jorge A. Mestre<br>Rivero Mestre LLP<br>2525 Ponce De Leon Blvd.<br>Ste. 1000<br>Miami, FL 33134 | |

Your objection must include:

- Your full name, current address, and telephone number;
- the identification of the Aurobindo Irbesartan purchased by you, the objector, including the NDC code(s), the date(s) of purchase, and the documentation supporting your purchase(s);
- a written statement that you have reviewed the Settlement Class definition and represent in good faith that you are a Settlement Class Member;
- a written statement of all grounds for the objection accompanied by any legal support for such objection sufficient to enable the parties to understand and respond to those specific objections;
- copies of any papers, briefs, or other documents upon which the objection is based and which are pertinent to the objection; and
- a list of all other objections submitted by you, the objector, and/or your counsel, to any class action settlements submitted in any state or federal court in the United States in the previous five (5) years, including the full case name with jurisdiction in which it was filed and the docket number. If you or your counsel has not objected to any other class action settlement in the United States in the previous five (5) years, you shall affirmatively so state in the objection

Objections shall be permitted on an individual basis only. Any purported "class-wide" objections will be construed as being submitted only on behalf of the person (defined herein to include a TPP entity) who actually submitted the objection.

### 16. If I object, can I still sue the Aurobindo Defendants?

No. To object, you must stay in the Settlement Class (i.e., do not exclude yourself) and therefore you give up any right to separately sue any of the Aurobindo Defendants for the claims released in this Settlement.

### 17. If I object, and the Court grants Final Approval of the Settlement, can I still get a payment?

Yes, but only if you also submit a Claim Form as described in Question 8 above.

## THE LAWYERS REPRESENTING YOU

### 18. Do I have a lawyer in this case?

Yes, if you do not exclude yourself by opting out. The Court has appointed the following law firms to represent the Settlement Class.

Questions? Call 1-866-875-9644 or visit www.TPP.SartanMedicationSettlement.com

Third-Party Payor Class Counsel

- Jorge A. Mestre, Esq., Rivero Mestre LLP
- Gregory P. Hansel, Esq., Preti Flaherty Beliveau & Pachios, Chartered, LLP

You will not be charged directly for their services. Plaintiffs will apply to the Court for an award of reasonable attorneys' fees up to, but not to exceed, one-third of the total amount of the settlement fund, plus reasonable costs and expenses attributable to the Aurobindo Irbesartan economic loss litigation. Each party shall have the right of appeal to the extent the award is inconsistent with this Agreement. Attorneys' Fees and Expenses shall be in addition to any Representative Plaintiffs' Service Awards that may be awarded by the Court from the settlement fund.

## 19. Can I have my own lawyer?

If you do not exclude yourself, you do not need to hire your own lawyer because Class Counsel works for you. If you want to be represented by your own lawyer, you may hire one at your own expense and have them appear on your behalf.

## THE COURT PROCESS

## 20. When and where will the Court decide whether to approve the Settlement?

The Court will hold the Final Approval Hearing at TIME on Day, Month Date, Year at Courthouse. The purpose of the hearing is for the Court to determine whether the Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class. At the hearing, the Court will hear any objections and arguments concerning the fairness of the proposed Settlement, including those related to the amount requested by Class Counsel for attorneys' fees and expenses and the requested service awards for the Class Representatives.

**Note: The date and time of the Final Approval Hearing are subject to change by Court Order.  Any changes will be posted at the Settlement website, www.TPP.SartanMedicationSettlement.com.**

## 21. Do I have to come to the hearing?

No. Class Counsel will answer any questions the Court may have. You are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as your written objection was filed or mailed on time and meets the other criteria described in Question #15 and detailed in the Settlement Agreement, the Court will consider it. You may also pay a lawyer to attend, but you don't have to.

## 22. May I speak at the hearing?

Subject to the approval of the Court, any objecting Settlement Class Member may appear, in person or by counsel, at the Final Fairness Hearing to explain why the proposed settlement should not be approved as fair, reasonable, and adequate, or to object to any petitions for Attorneys' Fees, Expenses or Service Awards.

Questions? Call 1-866-875-9644 or visit www.TPP.SartanMedicationSettlement.com

Page **8** of **9**

21695110.1

If you intend to appear at the Final Fairness Hearing, you must file with the Clerk of the Court and serve upon all counsel designated in Question 15 above a notice of intention to appear at the Fairness Hearing by the objection deadline as specified in the Preliminary Approval Order. The notice of intention to appear must include copies of any papers, exhibits, or other evidence, and the identity of witnesses, that you or your counsel intends to present to the Court in connection with the Final Fairness Hearing.

## GET MORE INFORMATION

### 23. How do I get more information?

For more information about the Settlement, including assistance in determining whether you qualify as a Class Member, please visit the Settlement Website www.TPP.SartanMedicationSettlement.com. You may contact the Settlement Notice Administrator by email at info@SartanMedicationSettlement.com, by phone at 1-866-875-9644 or by mail at:

> Aurobindo Settlement Notice Administrator
> P.O. Box 3376
> Baton Rouge, LA 70821

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK'S OFFICE FOR INFORMATION.**

Questions? Call 1-866-875-9644 or visit www.TPP.SartanMedicationSettlement.com

Page **9** of **9**

21695110.1

# Exhibit J: Data Management Practices and Security Protocols

# Data Management Practices and Security Protocols

## *Confidentiality is Paramount for Our Profession*

Confidentiality is of the utmost importance to our client relationships. At EisnerAmper, we are committed to keeping client data secure, which is why we have designed engagement tools and policies to help ensure information security and privacy.

EisnerAmper employs professionals that maintain numerous information technology and data security certifications as well as a Service Organization Control (SOC) services team that has substantial experience in performing SOC engagements for service organizations in a variety of industries. Our SOC services team includes personnel with specialized internal control training and backgrounds. Our professionals have completed the AICPA's SOC School and hold relevant industry certifications. Our professionals help ensure that service organizations receive the highest level of assurance over the effectiveness of their internal controls.



**EisnerAmper professionals maintain the following certifications related to information technology, data security, internal controls, and compliance:**

| | |
|---|---|
| **CISA (Certified Information Systems Auditor)** | CIA (Certified Internal Auditor) |
| **CISSP (Certified Info Systems Security Professional)** | CITP (Certified Information Technology Professional) |
| **CIPP/US (Certified Information Privacy Professional/United States)** | CRISC (Certified in Risk & Information Systems Control) |
| **CIPM (Certified Information Privacy Manager)** | Certified HITRUST Practitioner |
| **JNCIS (Juniper Networks Cert. Internet Specialist)** | VCP5 (VMware Certified Professional v5) |
| **RSA/CSE (Certified Security Engineer)** | VCP6 (VMware Certified Professional v6) |
| **Checkpoint Certified Security Admin** | MCITP (Microsoft Certified IT Professional) |
| **MCITP & MCSE - Messaging** | MCSE (Microsoft Certified System Engineer) |
| **CCSP (Cisco Certified Security Professional)** | CCVP (Cisco Certified Voice Professional) |
| **CCNA (Cisco Certified Network Associate)** | CCNP (Cisco Certified Network Professional) |
| **JNCIA (Juniper Networks Certified Associate)** | CCDA (Cisco Certified Design Associate) |



| **MCNE (Master Certified Novell Engineer)** | BCFP (Brocade Fiber Channel Professional) |
|---|---|
| **BCSD (Brocade Certified SAN Designer)** | EnCE (Encase Certified Forensic Examiner) |
| **DOSD (Dell On Site Diagnostics)** | AccessData Certified Forensic Examiner |

Our security processes follow industry accepted standards such as NIST, HITRUST, CIS Controls; any required elements from regulatory bodies/legislation such as AICPA, HIPAA, HITECH, FFIEC, CUNA, various state requirements; and vendor best practices (i.e. Microsoft, Cisco, VMWare, etc.)  We apply the same requirements delivered through our client engagements to our internal processes.  Our work product for client engagements have been reviewed, tested, and ultimately accepted by regulatory bodies and government entities such as OCR, FFIEC, and CUNA.

> *The EisnerAmper Team served as an expert in an Office for Civil Rights (OCR) investigation for a HIPAA breach at a large, national covered  entity.  OCR recognized the EisnerAmper Team as "HIPAA Experts" in their final report.*

**Overview of General Security Practices**

Eisner Advisory Group LLC, EisnerAmper LLP and all applicable subsidiaries maintain their network environment with a managed data center provider with locations exclusively in the U.S. The environment is protected at the perimeter with:

⚠ *Next-generation firewalls*

⚠ *DMZ*

⚠ *24/7 Intrusion Detection & Prevention services*

On the interior, activities are monitored with:

⚠ *Web Application Firewalls*

⚠ *Inbound/outbound Internet and Email filtering*

⚠ *Data Loss Prevention*

⚠ *Endpoint Detection & Response systems on every endpoint and server*

System patching and vulnerability remediation are fully automated. All internal data is encrypted using TLS 1.3 in transit and multi-factor-authentication is used for authentication. EisnerAmper



www.EisnerAmper.com

employees receive mandatory Information Security and Social Engineering training on an annual basis.

### Client Data Hosting & Security

We utilize data hosting and security services of DartPoints, who maintains certified data centers that adhere to the most rigid standards and meet compliance regulations like PCI, HIPAA, FINRA, Sarbanes-Oxley, and Gramm-Leach-Bliley.

 /  /  / 

DartPoints Operating Company, LLC. undergoes an annual System and Organizational Controls 2 (SOC 2), Type II exam covering the Security, Confidentiality, Availability, and Processing Integrity Trust Services Categories. EisnerAmper has reviewed the most recent independent auditor report and attest that the scope addressed the current SOC 2, Type II trust services criteria for the in scope categories and the audit opinion was unmodified ("clean" opinion), in all material respects. Based on EisnerAmper's ongoing vendor monitoring procedures, DartPoints SOC 2, Type II exams have consistently included an unmodified opinion.

### Web Application Firewall (WAF)

EisnerAmper utilizes Cloudflare's Web Application Firewall (WAF) to provide robust protection of websites by leveraging advanced threat intelligence and machine learning. Cloudflare blocks the latest attacks, including zero-day exploits, by processing millions of HTTP requests per second. The WAF uses managed and custom rulesets to prevent common threats like SQL injection, cross-site scripting, and credential stuffing. Additionally, you can define challenges or block certain traffic based on the IP address's geographical location. With fast deployment and easy management, Cloudflare's WAF integrates seamlessly with the firm's other security measures.



www.EisnerAmper.com

**Two-Factor Authentication**

Our proprietary claims management applications utilize two-factor authentication provided by Duo Security (https://duo.com) for all system users. As described by Duo, *"two-factor authentication adds a second layer of security to your online accounts. Verifying your identity using a second factor (like your mobile phone or other mobile device) prevents anyone but you from logging in, even if they know your password."*



**Mass Data Transmission Through Secure Web Portal**

In our efforts to use technology to make our client relationships more effective and efficient, EisnerAmper can establish a secure web portal for data transfer on an as-needed basis. Simply put, a secure web portal is a password protected area on our servers that allows users to securely transfer and retrieve information. When transferring a large volume of documents, using a secure web portal is a more efficient practice than traditional methods.

**Limited Access to Information and Data Encryption**

EisnerAmper makes every reasonable effort to limit access to the minimum necessary to accomplish the intended purpose of the use, disclosure, or request of information resources. Data is protected in transit using TSL 1.3. To further enhance the security of sensitive data at rest, EisnerAmper employs advanced techniques such as column-level encryption and symmetric key encryption. Column-level encryption allows specific columns within a database to be encrypted, ensuring that even if unauthorized access occurs, the sensitive data remains unreadable without the appropriate decryption keys. Symmetric key encryption, on the other hand, uses a single key to both encrypt and decrypt data, providing a fast and efficient method to secure sensitive information. This method ensures that only authorized parties with the correct key can access the data, adding an additional layer of security to protect personal identifiable information (PII), and other sensitive data.

**Employee Security Protocols Training and Testing**

All firm employees are required to complete annual security awareness training. This is a web-based interactive training using common traps, live demonstration videos, short tests and the new scenario-based Danger Zone exercises. The training specializes in making sure employees understand the importance of protecting information like PII and mechanisms of spam, phishing, spear phishing, malware, ransomware and social engineering, and are able to apply this knowledge in their day-to-day jobs.

**Insurance and Limitations of Liability**

EisnerAmper maintains insurance coverages appropriate for its size and industry, including cyber and professional liability insurance. More detailed information will be provided on request.

EisnerAmper standard contract language limits liability to the fees paid for the service of work product giving rise to liability. Such limitation does not apply where damages are judicially determined to have been caused by EA's gross negligence or willful misconduct.

## Quality Control

Our claims administration teams include professionals trained and certified in, among others, the following areas: project management (PMP), accounting (CPA), internal controls and risk (CIA), information systems controls (CISA), fraud examination (CFE), information systems security (CISSP), and legal analysis (JD).

Our project initiation phase includes an identification of critical focus areas and implementation of a plan that covers the following key components of quality control in the context of claims administration service delivery.

**Resource Consistency & Training:** Because we maintain a large, diverse professional workforce, our team is scalable without the need for temporary employees for every major project. This organic scalability is important in terms of retained process knowledge as well as consistency of execution and deliverables.

**Data Validation:** EA implements proactive data validation measures into our online claims platform to minimize claim deficiencies, duplication, and anomalies that require dedication of resources and expenses throughout the claims process.

**Segregation of Duties:** Segregation of duties is important for risk mitigation and internal control – particularly in the accounting function for large fund projects. The diversity and scalability of our workforce would allow each high risk component of the claims life cycle to be performed by a team member that specializes in the relevant professional area (rather than a single project manager or assigned resource).

**Technology & Software Analysis Tools:** EA utilizes various software tools to assist in the execution of quality control procedures and identification of suspicious activity.  Our systems include "fuzzy" matching logic which allows us to detect and address duplicate claim submissions. We also maintain service subscriptions for technology programs that allow us to research potential fraudulent claim submissions and enables us to report our findings to the parties and Court as appropriate.

**Internal Controls:** For high risk projects and data sets, our team is able to utilize our Certified Internal Audit (CIA) and other control and risk advisory professionals to design data management and processing protocols that ensure proper internal controls are established.

www.EisnerAmper.com

## Fraud, Waste, and Abuse Detection and Prevention

We believe that effective claims administration protocols include fraud detection and prevention but also include mechanisms that combat waste and abuse from legitimate, non-fraudulent sources. EA uses a variety of techniques to prevent and deter fraud as well as monitor areas that are at high risk for wasteful and abusive claims activity. The following sections outline various methods that we employ to fight fraud, waste, and abuse (FWA) in our claims programs.

**Data Validation:** One mechanism that helps prevent abuse of the claims process, particularly in a claims process that requires minimal documentation (or no claim support), is to implement a maximum number of "units" that can be claimed without supporting documentation. Enforcing a process in which "high volume" claims follow a particular protocol allows us to easily identify high risk claims and implement particular audit or verification procedures focused on that subset of claim submissions.

It may also be reasonable to establish claim filing rules that help proactively prevent duplicative claim submissions. For example, it may be reasonable to limit claims to one-per-user or one-per-household basis. In this situation, the online claims filing platform may be programmed to reject the submission of claims if a previous claim exists that includes the same attributes such as email address, mailing address, or other information such as serial/model number, etc.

**Duplicate Claim Identification:** Of course, data validation methods are effective only to the extent that the claim submission rules do not become a barrier to participation. Therefore, it is also necessary to utilize techniques to ensure that duplicate claims are identified after they are submitted.

To meet this need, EA utilizes technology that includes "fuzzy" matching logic which allows us to detect and address duplicate claim submissions by going beyond exact matches and analyzing claims that have similar characteristics across a number of fields. For example, we may compare claims that have a combination of 90% commonality amongst the claimant name and 95% match for mailing address (and vice versa). Using these techniques across different claimant attributes has allowed us to identify thousands of duplicative claims that otherwise do not appear suspicious.

**Data Analytics:** Another method that helps to identify potential FWA activity is the use of data analysis. Our business intelligence professionals utilize custom reporting to identify anomalies in large claims datasets and assess those outliers. We utilize exception reporting to capture scenarios that exist within the data (but should not reasonably be possible) so that we can take appropriate corrective action as needed.

**Research Tools:** EA maintains service subscriptions for technology programs that allow us to research potential fraudulent claim submissions and enables us to either confirm the legitimacy

of claim information or document findings so that we can report to the parties and Court as appropriate.

The following examples illustrate our experiencing in employing fraud detection and prevention tools and processes in the class action settlement environment:

### CRT Antitrust Litigation

EA helped establish various thresholds for claims audit procedures as well as executed many different claims analysis processes to identify high risk or suspicious claims activity.

To date, EA's efforts have resulted in a recovery of over $100 Million in settlement fund value. We have achieved significant results related to (a) ineligible claim withdrawals, (b) duplicate claim identification, (c) adjustments resulting from completed claim audits, and (d) FWA procedures. The value of the recovery is determined by the total per-unit dollar value increase of all units which remain in the settlement program as a result of the claims review process.

### Deepwater Horizon Economic Claims Center (DHECC)

EA provided personnel to help create the fraud, waste and abuse (FWA) team for this program. This team managed and oversaw the investigative review process of potentially fraudulent Business Economic Loss and Seafood claims.

Engineering the Process – EA created the investigative work plans, consistency guidelines and a quality checklist to drive uniformity of each investigation. The guidelines documented standard language, management decisions, investigation requirements, scope and best practices.

### Predictive Analysis (Statistical Analysis Software, or SAS) – Our analysts recommended data points and metrics for predictive modeling and anomaly detection within the data analytics software used to automate the way in which potentially fraudulent claims were identified. Our team tested the weighted business rules used to score claims based on where they fell on a spectrum, which allowed for the prioritization of claims with a higher likelihood of fraud.

### Investigation & Reporting – EA's FWA team performed a thorough investigation of the financial records for claims identified by SAS in addition to internal and external referrals as having indicia of fraud. Investigations included review of documentation germane to claim, identification and investigation of red flags, and outreach to claimants or third parties, as necessary. The fraud team created a summary of fraud findings for each claim utilizing analysis and state and federal databases. Analysts prepared detailed court documents for appeals panelists in the event claimants appealed the initial findings, and circulated internal reports of possible organized fraud schemes.