**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 1:19-md-2875<br><br>Hon. Renée Marie Bumb<br>Hon. Thomas I. Vanaskie |

**CERTIFICATION OF ADAM M. SLATER IN SUPPORT OF**
**PLAINTIFFS' OPPOSITION TO ZHP'S MOTION TO SEAL**

**ADAM M. SLATER**, hereby certify as follows:

1.      I am an attorney at law within the State of New Jersey and a partner with the law firm of Mazie Slater Katz & Freeman, LLC, and serve as Plaintiffs' Co-Lead Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' opposition to Defendants' motion to seal.

2.      Attached hereto as **Exhibit 1** is a true and accurate copy of the September 19, 2025 email chain between ZHP's and Plaintiffs' counsel.

**MAZIE SLATER KATZ & FREEMAN, LLC**
Attorneys for Plaintiffs

By:    /s/ Adam M. Slater

Dated: October 20, 2025