# Exhibit 1

| | |
|---|---|
| **From:** | Hansen, Milli Kanani |
| **To:** | Christopher Geddis; Adam Slater |
| **Cc:** | Bernardo, Richard T; "Rose, Nina" |
| **Subject:** | RE: FW: Activity in Case 1:19-md-02875-RMB-SAK VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION Letter |
| **Date:** | Friday, September 19, 2025 6:49:03 PM |
| **Attachments:** | Exhibit 1 - Letter.pdf |
| | Exhibit 2 - Deposition Notice.pdf |

Hi Chris – Apologies for inadvertently omitting those, please see attached.

**From:** Christopher Geddis <CGeddis@mazieslater.com>
**Sent:** Friday, September 19, 2025 5:48 PM
**To:** Hansen, Milli Kanani (WAS) <Milli.Hansen@skadden.com>; Adam Slater <ASlater@mazieslater.com>
**Cc:** Bernardo, Richard T (NYC) <Richard.Bernardo@skadden.com>; 'Rose, Nina' <nina.rose@kirkland.com>
**Subject:** [Ext] RE: FW: Activity in Case 1:19-md-02875-RMB-SAK VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION Letter

Hi Milli,

Please send us Exhibit 1 and any other non-privileged exhibits.

Thanks,
Chris

**From:** Hansen, Milli Kanani <Milli.Hansen@skadden.com>
**Sent:** Friday, September 19, 2025 5:40 PM
**To:** Adam Slater <ASlater@mazieslater.com>
**Cc:** Christopher Geddis <CGeddis@mazieslater.com>; Bernardo, Richard T <Richard.Bernardo@skadden.com>; 'Rose, Nina' <nina.rose@kirkland.com>
**Subject:** RE: FW: Activity in Case 1:19-md-02875-RMB-SAK VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION Letter

Hi Adam –

As directed by the Court earlier today, I have attached a redacted version of the letter submitted to Judge Bumb earlier this week.

Milli

**Milli Kanani Hansen**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
**T: +1.202.371.7128** | **M: +1.214.235.8938**
milli.hansen@skadden.com

**From:** Hansen, Milli Kanani (WAS)
**Sent:** Tuesday, September 16, 2025 6:48 PM
**To:** 'Christopher Geddis' <CGeddis@mazieslater.com>; Bernardo, Richard T (NYC) <Richard.Bernardo@skadden.com>; Rose, Nina <nina.rose@kirkland.com>
**Cc:** Adam Slater <ASlater@mazieslater.com>
**Subject:** RE: [Ext] FW: Activity in Case 1:19-md-02875-RMB-SAK VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION Letter

Hi Chris –

We understood that Judge Bumb had directed us to file this under seal for her review only. We have included a note in the letter indicating we would be willing to file or otherwise provide plaintiffs with a redacted copy (to account for attorney-client communications and attorney work product) of the letter if the Court agrees and that we await the Court's direction in that regard. We will let you know promptly if we hear from the Court on this.

Milli

**Milli Kanani Hansen**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7128 | M: +1.214.235.8938
milli.hansen@skadden.com

**From:** Christopher Geddis <CGeddis@mazieslater.com>
**Sent:** Tuesday, September 16, 2025 5:43 PM
**To:** Bernardo, Richard T (NYC) <Richard.Bernardo@skadden.com>; Rose, Nina <nina.rose@kirkland.com>; Hansen, Milli Kanani (WAS) <Milli.Hansen@skadden.com>
**Cc:** Adam Slater <ASlater@mazieslater.com>
**Subject:** [Ext] FW: Activity in Case 1:19-md-02875-RMB-SAK VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION Letter

Hi Rich,

Please send us a copy of the below filing.

Thanks,
Chris


Christopher J. Geddis
Associate Attorney
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, New Jersey  07068

(973) 228-9898
cgeddis@mazieslater.com
www.mazieslater.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

**From:** njdefiling@njd.uscourts.gov <njdefiling@njd.uscourts.gov>
**Sent:** Tuesday, September 16, 2025 4:58 PM
**To:** njdefiling@njd.uscourts.gov
**Subject:** Activity in Case 1:19-md-02875-RMB-SAK VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION Letter

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered by BERNARDO, RICHARD on 9/16/2025 at 4:58 PM EDT and filed on 9/16/2025

| | |
|---|---|
| **Case Name:** | VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION |
| **Case Number:** | 1:19-md-02875-RMB-SAK |
| **Filer:** | |
| **Document** | 3176 |

**Number:**

**Docket Text:**
Letter from R. Bernardo to Chief Judge Bumb re follow-up to Court's September 9, 2025 hearing. (Attachments: # (1) Exhibit Exhibit 1 - Letter, # (2) Exhibit Exhibit 2 - Deposition Notice)(BERNARDO, RICHARD)

---

**NOTICE TO COUNSEL:** Counsel is advised that pursuant to Local Civil Rule 5.3(c)(2), a single, consolidated motion to seal shall be filed within 14 days following the completed briefing of the materials sought to be sealed, or within 14 days following the date on which the last of such materials was filed under temporary seal if the motion is resolved, unless otherwise directed by the Court.

**1:19-md-02875-RMB-SAK Notice has been electronically mailed to:**

BROWN GREER PLC     docketharvester@browngreer.com

A. NEAL SETH     nseth@wiley.law

AARON VAN NOSTRAND     aaron.vannostrand@gtlaw.com, aaron-van-nostrand-2085@ecf.pacerpro.com, budrisc@gtlaw.com, cohenl@gtlaw.com, harkinss@gtlaw.com, lockardv@gtlaw.com, rubensteinb@gtlaw.com

ABRAHAM JAMES SPUNG     james.spung@huschblackwell.com, christine.herrmann@huschblackwell.com, james-spung-8886@ecf.pacerpro.com, serena.hill@huschblackwell.com

ADAM GONNELLI     adam@arglawoffice.com

ADAM M. SLATER     aslater@mskf.net, cgeddis@mazieslater.com, jslater@mazieslater.com, ltreat@mskf.net, mgriffith@mazieslater.com, mrm@mazieslater.com, swildman@mazieslater.com, tdickson@mazieslater.com

ADAM R. CREDEUR     adam@kwdejean.com, natalie@kwdejean.com

ALEX C. DAVIS     alex@acdavislaw.com, will@acdavislaw.com

ALEXANDER KASPARIE     alexander.kasparie@skadden.com, alexander-kasparie-0836@ecf.pacerpro.com

ALEXANDRA CARITIS     alexandra.caritis@kirkland.com

ALEXANDRA BACH LAGOS     lagosa@gtlaw.com, NEF-PLPG@gtlaw.com, Zoraya.Cabrera@gtlaw.com

ALEXIA BRANCATO     alexia.brancato@kirkland.com, kenymanagingclerk@kirkland.com