# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

## SPECIAL MASTER ORDER

**NOW, this 23rd Day of October, 2025, IT IS HEREBY ORDERED THAT:**

The Court, having referred to Special Master Vanaskie the motion of Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively the "ZHP Defendants") to seal the September 16, 2025 letter from Richard T. Bernardo to Chief Judge Renée Marie Bumb (ECF No. 3186), the ZHP Defendants shall provide to Special Master Vanaskie in unredacted format the September 16, 2025 letter from Richard T. Bernardo to Chief Judge Bumb and all other documents filed in connection with the motion to seal without redactions no later than October 27, 2025.

**IT IS FURTHER ORDERED THAT** the parties shall be prepared to address the pending motion to seal during the Case Management Conference scheduled for October 30, 2025.

Dated: October 23, 2025         *s/ Thomas I. Vanaskie*
                                                    Hon. Thomas I. Vanaskie (Ret.)
                                                    Special Master