UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br><br>Geraldine Campanicki, as Executrix of the Estate of Geraldine Ney v. Mylan Laboratories, LTD; Mylan NV; Zhejiang Huahai Pharmaceutical Co., Ltd.; Mylan Pharmaceuticals Inc.; Teva Pharmaceuticals Industries, Ltd.; Torrent Pharmaceuticals, Ltd.; Actavis, LLC, AvKARE, Inc.; Huahai U.S. Inc.; RemedyRepack, Inc.; Solco Healthcare U.S., LLC; Teva Pharmaceuticals USA, Inc.; Torrent Pharma, Inc.; Rite Aid Corp.<br><br>Case No. 24-cv-01887 | Hon. Renée Marie Bumb<br>District Court Judge |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**WHEREAS**, Plaintiff has named Torrent Private Limited and Torrent Pharmaceuticals, Ltd. (collectively, "the Torrent Defendants") as Defendants in the above-styled action;

**WHEREAS**, Plaintiff has agreed to the voluntary dismissal of the Torrent Defendants from the above-styled action; it is now

**HEREBY STIPULATED AND AGREED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by and among the undersigned counsel as follows:

1. Torrent Defendants are voluntarily dismissed without prejudice. Each party shall

bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: October 27, 2025

By: _____
Rieders, Travis, Dohrmann,
Mowrey, Humphrey & Waters
161 W. Third Street
Williamsport, PA 17701
T: 570-323-8711
E: crieders@riederstravis.com

*COUNSEL FOR PLAINTIFF*

DATED: October 27, 2025

By: */s/ Alexia R. Brancato*
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
alexia.brancato@kirkland.com

*COUNSEL FOR TORRENT DEFENDANTS*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br><br>Geraldine Campanicki, as Executrix of the Estate of Geraldine Ney v. Mylan Laboratories, LTD; Mylan NV; Zhejiang Huahai Pharmaceutical Co., Ltd.; Mylan Pharmaceuticals Inc.; Teva Pharmaceuticals Industries, Ltd.; Torrent Pharmaceuticals, Ltd.; Actavis, LLC, AvKARE, Inc.; Huahai U.S. Inc.; RemedyRepack, Inc.; Solco Healthcare U.S., LLC; Teva Pharmaceuticals USA, Inc.; Torrent Pharma, Inc.; Rite Aid Corp.<br><br>**Case No.** 24-cv-01887 | Hon. Renée Marie Bumb<br>District Court Judge |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

Date: October 27, 2025

Respectfully submitted,

*/s/ Alexia R. Brancato*
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
alexia.brancato@kirkland.com

*COUNSEL FOR TORRENT DEFENDANTS*

3