

38TH FLOOR   ONE OXFORD CENTRE   PITTSBURGH, PA 15219
412.263.2000    FAX: 412.263.2001
WWW.PIETRAGALLO.COM

DIRECT DIAL NO.: 412.263.1816
DIRECT FAX NO: 412.263.4246
FILE NO.: MYLAN-112578
EMAIL: cct@pietragallo.com

October 28, 2025

**Via ECF**

| | |
|---|---|
| The Hon. Renée Marie Bumb | Special Master the Hon. Thomas Vanaskie |
| United States District Court Judge | Stevens & Lee |
| District of New Jersey | 1500 Market Street, East Tower, 18th Floor |
| Mitchell H. Cohen Building & U.S. Courthouse | Philadelphia, PA 19103 |
| 4th & Cooper Streets, Room 1050 | |
| Camden, NJ 08101 | |

  Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*
     USDC, District of New Jersey, No. 1:19-md-2875-RMB

Dear Judge Bumb and Judge Vanaskie:

  I write on behalf of the Defendants' Executive Committee to provide Defendants' positions with respect to the topics on the agenda for the conference with the Court on Thursday, October 30, 2025.

### 1. PROPOSED SCHEDULING ORDER IN *GARCIA* AND *SUITS* WAVE 2 BELLWETHER CASES

  Consistent with the Court's request at the September 3, 2025 hearing (*see* ECF 3170 107:1-108:6), the parties have agreed to a joint Proposed Order Establishing Amended Case Management Schedule for Wave Two Bellwether Cases in the *Suits* and *Garcia* actions (attached as Ex. 1). The proposed schedule follows the framework set forth by Judge Bumb and is crafted to allow hearings on Rule 702 motions to be scheduled before the end of April 2026. The Wave Two Defendants will be prepared to discuss any questions the Court may have regarding the proposed scheduling order at the upcoming CMC.

The Hon. Renée Marie Bumb
Special Master the Hon. Thomas Vanaskie
October 28, 2025
Page 2

## 2. CMO-38 PRODUCT IDENTIFICATION DEFICIENCIES AND ORDERS TO SHOW CAUSE

**Cases Addressed at the August 1, 2025 Case Management Conference:**

The Court issued three show cause orders returnable at the October 30, 2025 Case Management Conference:

| Plaintiff | Docket | Attorney | Entity(ies) to be Dismissed |
|---|---|---|---|
| 1. Esrig, Teresa | 22-cv-244 | Rios Law Firm | Teva Pharmaceuticals USA, Inc. |
| 2. Harris, Rosalind | 25-cv-2063 | Ferrell Law Group | Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Actavis, LLC; Actavis Pharma, Inc.; Arrow Pharm (Malta) Ltd.<br><br>Mylan Laboratories Ltd.; Mylan Pharmaceuticals Inc.; Mylan N.V |
| 3. Tolley, Margaret | 21-cv-10130 | Wright McCall | Mylan Laboratories Ltd.; Mylan N.V.; Mylan Pharmaceuticals Inc. |

The issues in these matters remain, and the Requesting Manufacturer Defendants request

The Hon. Renée Marie Bumb
Special Master the Hon. Thomas Vanaskie
October 28, 2025
Page 3

that the listed entities be dismissed from the matters with prejudice.

**<u>Second Listing Cases – Order to Show Cause Requested</u>:**

The following product identification issues remain unresolved. This list was provided to Plaintiffs' leadership on October 20, 2025, and a meet and confer was held on October 24, 2025. Defendants have also been available for further discussion as needed. This is the second time these cases have been listed on this agenda. Accordingly, the Requesting Manufacturer Defendants request that an Order to Show Cause be entered in each of these cases, returnable at the next case management conference, as to why the listed entities should not be dismissed from these cases.

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 1. Schroeder, Jon | 25-cv-2205 | Nigh Goldenberg | No Teva Product<br><br>No Mylan Product | Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Arrow Pharm (Malta) Ltd.<br><br>Mylan Laboratories Ltd., Mylan N.V. and Mylan Pharmaceuticals Inc. | 6/25/25 (Teva)<br><br>7/9/25 (Mylan) |
| 2. Studstill, Bruce | 21-cv-815 | Levin Papantonio | No Teva Product | Arrow Pharm (Malta) Ltd. | 6/25/25 |
| 3. Boyko, | 21-cv- | Johnson, | No Teva | Teva | 6/26/25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Achkov | 10355 | Sztykiel & Hunt, P.C. | Product | Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Actavis, LLC; Actavis Pharma, Inc.; Arrow Pharm (Malta) Ltd. | | |
| 4. O'Neill, Robert | 25-cv-1657 | Stark & Stark | No Mylan Product | Mylan Laboratories Ltd., Mylan N.V., and Mylan Pharmaceuticals Inc. | 7/10/25 | |

### First Listing Cases – Remaining Product Identification Deficiencies:

The following product identification issues remain unresolved. This list was provided to Plaintiffs' leadership on October 20, 2025, and a meet and confer was held on October 24, 2025. Defendants have also been available for further discussion as needed. This is the first time these cases have been listed on this agenda. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to resolve these deficiencies.

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 1. O'Bryant, Angela | 25-cv-2157 | Nigh Goldenberg | No Teva Product<br><br>No Mylan Product | Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals | 8/6/25 (Teva)<br><br>8/19/25 (Mylan) |

The Hon. Renée Marie Bumb
Special Master the Hon. Thomas Vanaskie
October 28, 2025
Page 5

| | | | | | |
|---|---|---|---|---|---|
| | | | | USA, Inc.; Actavis, LLC; Actavis Pharma, Inc.; Arrow Pharm (Malta) Ltd. Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., and Mylan N.V. | |
| 2. Jungles, Ralph | 25-cv-07592 | Nigh Goldenberg | No Aurobindo Product  No Mylan Product | Aurobindo Pharma, Ltd., Aurolife Pharma, LLC, and Aurobindo Pharma USA, Inc. Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., and Mylan N.V. | 8/18/25 (Auro)  8/12/25 (Mylan) |
| 3. Davis, Curtis | 25-cv-03309 | Stark & Stark | No Mylan Product | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., and Mylan N.V. | 9/18/25 |
| 4. Jon Schroeder | 21-cv-02205 | Nigh Goldenberg | No Aurobindo product | Aurobindo Pharma Ltd. | 10/3/25 |

The Hon. Renée Marie Bumb
Special Master the Hon. Thomas Vanaskie
October 28, 2025
Page 6

### 3. PLAINTIFFS FACT SHEET DEFICIENCIES AND ORDERS TO SHOW CAUSE

**Cases Addressed at the August 1, 2025 Case Management Conference:**

The Court issued seven show cause orders returnable at the October 30, 2025, Case Management Conference:

1. *Mark McNall v. Aurobindo, et al.* – 23-cv-21327
2. *Teresa Esrig v. Torrent, et al.* – 22-cv-244
3. *James Doherty v. Aurobindo, et al.* – 25-cv-956
4. *Carol Ellis v. Aurobindo, et al.* – 25-cv-1839
5. *Joseph Veron Jr. v. Mylan, et al.* – 20-cv-8800
6. *Rosalind Hatcher Harris v. Aurobindo, et al.* – 25-cv-2063
7. *David Martin Michael v. Mylan, et al.* – 24-cv-8007

The issues in the *McNall*, *Esrig*, *Ellis,* and *Veron* matters remain unresolved, but the parties agree to an extension of the show cause orders until the next case management conference.

The issues in the *Doherty* matter are resolved, and the show cause order may be withdrawn.

The issues in the *Harris* and *Michael* cases are unresolved and Defendnats request their dismissal.

**Second Listing Cases – Order to Show Cause Requested:**

Pursuant to CMO-16, the Plaintiff Fact Sheets in the below cases are substantially incomplete and contain core deficiencies. Each of these cases were previously listed on the agenda for a prior CMC. This list was provided to Plaintiffs' leadership on October 20, 2025, and a meet and confer was held on October 24, 2025. Defendants have also been available for further discussion as needed. Accordingly, Defendants request that an Order to Show Cause be entered in each of these cases, returnable at the next case management conference, as to why these cases should not be dismissed.

The Hon. Renée Marie Bumb
Special Master the Hon. Thomas Vanaskie
October 28, 2025
Page 7

|   | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 1. | Achkov Boyko | 21-cv-10355 | Johnson, Sztykiel & Hunt, P.C. | No medical records<br><br>No pharmacy records.<br><br>No authorizations.<br><br>PFS substantially incomplete. | GT – 6/26/25 |

**First Listing Cases – Remaining Core Deficiencies:**

The following Plaintiff Fact Sheets contain core deficiencies which remain unresolved. This list was provided to Plaintiffs' leadership on October 20, 2025, and a meet and confer was held on October 24, 2025. Defendants have also been available for further discussion as needed. This is the first time these cases have been listed on this agenda. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to resolve these deficiencies.

|   | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 1. | Roger Weaver | 25-cv-11163 and 25-cv-15125 | Nigh Goldenberg/Farr | PFS deficiencies cured on docket 25-cv-11163 (Nigh)<br><br>But appears to be duplicate case with 25-cv-15125 (Farr)<br><br>Request dismissal of one or the other. | 8/26/25 |

The Hon. Renée Marie Bumb
Special Master the Hon. Thomas Vanaskie
October 28, 2025
Page 8

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 2. | Mario Diaz | 25-cv-3370 | Stark & Stark | No pharmacy records.<br><br>No medical records.<br><br>Authorizations must be undated. | 10/15/25 |
| 3. | Mary Hunsberger | 25-cv-3338 | Stark & Stark | No pharmacy records.<br><br>No medical records.<br><br>No authorizations. | 10/15/25 |
| 4. | John Magnarelli | 25-cv-3374 | Stark & Stark | No pharmacy records.<br><br>No medical records.<br><br>No authorizations. | 10/15/25 |
| 5. | Gregory White | 25-cv-15091 | Farr, Farr | No pharmacy records.<br><br>No medical records.<br><br>No billing records.<br><br>No insurance authorization. | 10/15/25 |
| 6. | David Pudelski | 25-cv-2657 | Morgan & Morgan | Authorizations must be undated and contain both the signature and printed name. | 7/14/25 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Larry Newton Stewart | 25-cv-11124 | Chaffin Luhana | No medical expense records.<br><br>Amended PFS does not include recalled NDC codes. | 9/4/25 |
| 8. | Bruce Studstill | 21-cv-815 | Levin Papantonio | No medical expense records. | 7/3/25 |
| 9. | Curtis Davis | 25-cv-3309 | Stark & Stark | No signed declaration.<br><br>Authorizations must be undated and individualized for each provider/insurer.<br><br>No medical expense records.<br><br>NDC codes listed in PFS are incorrect. | 8/21/25 |
| 10. | Robert Parker | 25-cv-4267 | Nigh Goldenberg | Claimed cancer does not match medical records or death certificate provided | 8/13/25 |
| 11. | Michael Kopinetz | 25-cv-1899 | Nigh Goldenberg | PFS Substantially incomplete<br><br>No authorizations | 8/20/25 |

The Hon. Renée Marie Bumb
Special Master the Hon. Thomas Vanaskie
October 28, 2025
Page 10

| 12. | Grace Stogner | 25-cv-12766 | Nigh Goldenberg | No PFS Filed | PFS Due – 9/3/25 |
|---|---|---|---|---|---|
| 13. | Joseph Butler | 25-cv-14547 | Nigh Goldenberg | No PFS Filed | PFS Due – 10/12/25 |
| 14. | John Zoppetti | 25-cv-14872 | Morgan & Morgan | No PFS Filed | PFS Due – 10/25/25 |
| 15. | Robert Ellis | 25-cv-14602 | Nigh Goldenberg | No PFS Filed | PFS Due – 10/26/25 |
| 16. | Alfred Venable | 25-cv-14663 | Nigh Goldenberg | No PFS Filed | PFS Due – 10/26/25 |
| 17. | Raymond Martinez | 25-cv-15099 | Farr, Farr | No PFS Filed | PFS Due – 10/29/25 |

Respectfully submitted,

Clem C. Trischler

c:     All counsel of record (via ECF)

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Garcia v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.<br>Case No. 1:20-cv-07957-RMB-SAK<br><br>Suits v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.<br>Case No. 1:20-cv-06547-RMB-SAK | MDL No. 2875<br><br>Honorable Renee Marie Bumb, District Court Chief Judge<br><br>**[PROPOSED] ORDER ESTABLISHING AMENDED CASE MANAGEMENT SCHEDULE FOR WAVE TWO BELLWETHER CASES** |

**The Special Master Having Previously Entered** the Revised Order Establishing Amended Case Management Schedule for Wave 2 Bellwether Cases on June 25, 2025 (ECF No. 3131),

**The Parties Having Met and Conferred**, to agree upon the fifth amended case management schedule for the second wave of potential personal injury bellwether plaintiff trials ("Wave 2 BW") in the following matters:

1. Garcia, Robert – 1:20-cv-07957
2. Suits, James – 1:20-cv-06547

**Having Reviewed** the proposed, agreed-upon, fifth amended schedule,

**IT IS ORDERED:** the deadlines for the two above matters previously established in ECF No. 3131 are amended and the deadlines for the two above matters are:

| Wave 2 BW Trial Event | Wave 2 BW Deadline |
|---|---|
| Deadline for Plaintiff to designate experts and serve expert report(s) in *Garcia* | 10/21/25 |
| Deadline for Plaintiff to designate experts and serve expert report(s) | 10/30/25 |

| Wave 2 BW Trial Event | Wave 2 BW Deadline |
|---|---|
| in *Suits* (per agreed extension of existing deadline) | |
| Deadline for Defendants to designate experts and serve expert report(s) in *Garcia* | 12/15/25 |
| Deadline for Defendants to designate experts and serve expert report(s) in *Suits* | 12/22/25 |
| Deadline for completion of expert depositions | 2/6/26 |
| Deadline to file Rule 702 motions | 2/26/26 |
| Deadline to file oppositions to Rule 702 motions | 3/26/26 |
| Deadline to file replies in further support of Rule 702 motions | 4/9/26 |
| Parties to submit (joint or separate if no agreement) position statement(s) to Court on proposed order of Wave 2 BW trials | 3 business days after the Court's ruling on MSJs |

The remaining case management deadlines, including deadlines for motions for summary judgment and pretrial filings, as well as a trial date, shall be established following rulings by the Court on the parties' Rule 702 motions.

Dated: October 28, 2025

Hon. Thomas I. Vanaskie (Ret.)
Special Master