UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Garcia v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.<br>Case No. 1:20-cv-07957-RMB-SAK<br><br>Suits v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.<br>Case No. 1:20-cv-06547-RMB-SAK | MDL No. 2875<br><br>Honorable Renee Marie Bumb,<br>District Court Chief Judge<br><br>ORDER ESTABLISHING AMENDED CASE MANAGEMENT SCHEDULE FOR WAVE 2 BELLWETHER CASES |

The **Special Master Having Previously Entered** the Revised Order Establishing Amended Case Management Schedule for Wave 2 Bellwether Cases on June 25, 2025 (ECF No. 3131),

**The Parties Having Met and Conferred**, to agree upon the fifth amended case management schedule for the second wave of potential personal injury bellwether plaintiff trials ("Wave 2 BW") in the following matters:

1. Garcia, Robert – 1:20-cv-07957
2. Suits, James – 1:20-cv-06547

**Having Reviewed** the proposed, agreed-upon, fifth-amended schedule,

**IT IS ORDERED:** the deadlines for the two above matters previously established in ECF No. 3131 are amended and the deadlines for the two above matters are:

| Wave 2 BW Trial Event | Wave 2 BW Deadline |
|---|---|
| Deadline for Plaintiff to designate experts and serve expert report(s) in *Garcia* | 10/21/25 |
| Deadline for Plaintiff to designate experts and serve expert report(s) | 10/30/25 |

1

| | |
|---|---|
| in *Suits* (per agreed extension of existing deadline) | |
| Deadline for Defendants to designate experts and serve expert report(s) in Garcia | 12/15/25 |
| Deadline for Defendants to designate experts and serve expert report(s) in Suits | 12/22/25 |
| Deadline for completion of expert depositions | 02/06/26 |
| Deadline to file Rule 702 motions | 02/26/26 |
| Deadline to file oppositions to Rule 702 motions | 03/26/26 |
| Deadline to file replies in further support of Rule 702 motions | 04/09/26 |
| Parties to submit (joint or separate if no agreement) position statement(s) to Court on proposed order of Wave 2 bellwether trials | 3 business days after the Court's ruling on MSJs |

The remaining case management deadlines, including deadlines for motions for summary judgment and pretrial filings, as well as a trial date, shall be established following rulings by the Court on the parties' Rule 702 motions.

Dated: October 31, 2025

_____
Hon. Renée Marie Bumb
Chief United States District Judge