**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 19-2875 (RMB/SAK)** |
| **This Document Relates To:**<br><br>*Achkov v. Rite Aid Corp., et al.*, No. 1:21-cv-10355-RMB-SAK | **ORDER TO SHOW CAUSE PURSUANT TO CMO-16** |

**THIS MATTER** having come before the Court during a Case Management Conference in this Multi-District Litigation ["MDL"] held October 30, 2025 [the "October CMC"];

**IT APPEARING TO THE COURT** that a compliant Plaintiff Fact Sheet ["PFS"] in this matter had not been submitted and was reported as such for at least the second time at the October CMC, in accordance with Case Management Order No. 16 in MDL 2875 [Docket No. 249];

**ACCORDINGLY, IT IS HEREBY**, on this 12th day of November, 2025,

**ORDERED** that Plaintiff shall **SHOW CAUSE** in writing filed on the master MDL docket prior to the next CMC, why Plaintiff's operative Complaint and all counts against Defendants should not be dismissed for Plaintiff's failure to submit a compliant PFS in accordance with Case Management Order No. 16; and it is finally

**ORDERED** that Plaintiff's failure to timely respond to this Order to Show Cause shall result in dismissal of Plaintiff's operative Complaint, in its entirety and with prejudice.

s/ Renée Marie Bumb
**RENÉE MARIE BUMB
Chief United States District Judge**