# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2875 |
| This Document Relates To: ) ) | Civil Action No. 1:21-cv-10355 (RMB-SAK) |
| **1:21-cv-10355-RMB-SAK** ) ) ) | **ORDER TO SHOW CAUSE** |
| BOYKO ACHKOVA ) ) | |
| Plaintiff, ) ) vs. ) ) | |
| AUROBINDO PHARMA, LTD., et al. ) ) | |
| Defendants. ) ) | |

THIS MATTER having come before the Court during the Case Management Conference ("CMC") in this Multi-District Litigation ("MDL 2875") on Thursday, October 30, 2025 (the "October 30th CMC"); and

IT APPEARING TO THE COURT that the Requesting Manufacturer Defendant entities are named in the operative Complaint but there is no documentary evidence identifying Plaintiff product usage attributable to the Requesting Manufacturer Defendant(s)' manufacture and/or sale of any at issue product, and was reported as such for at least the second time, in accordance with Case Management Order No. 38 in MDL 2875 [Docket No. 2993];

ACCORDINGLY, IT IS HEREBY, on this 12th day of November, 2025,

**ORDERED** that Plaintiff shall **SHOW CAUSE** in writing filed on the public docket prior to the next CMC, why Plaintiff's Complaint and all counts against **ONLY THE FOLLOWING DEFENDANTS**: **TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA**

**PHARMACEUTICALS USA, INC.; ACTAVIS, LLC; ACTAVIS PHARMA, INC.; ARROW PHARM (MALTA) LTD.** should not be dismissed for Plaintiff's failure to produce documentary evidence identifying Plaintiff product usage attributable to the Requesting Manufacturer Defendant(s)' manufacture and/or sale of any at issue product in accordance with Case Management Order No. 38 in MDL 2875 [Docket No. 2993];

**ORDERED** that failure to timely respond to this Order to Show Cause shall result in dismissal with prejudice of Plaintiff's Complaint and all counts **against only the Requesting Manufacturer defendants**. Plaintiff wishes to continue to pursue their claims against all Non-Requesting Defendants and this Order to Show Cause is not intended to affect those claims or constitute a complete dismissal of all claims and parties in this matter in any way.

<u>s/Renée Marie Bumb</u>
RENÉE MARIE BUMB
Chief United States District Judge