# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge<br><br>**ORDER EXTENDING DEADLINE FOR ZHP DEFENDANTS TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO SEAL THE SEPTEMBER 16, 2025 LETTER (ECF NO. 3186)** |

**THIS MATTER** having been brought before the Court by way of a November 14, 2025 email from Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants") to Special Master Hon. Thomas I. Vanaskie (Ret.), through their counsel, Skadden, Arps, Slate, Meagher & Flom LLP, requesting a further extension of time to December 5, 2025 for the ZHP Defendants to file a reply in support of their motion to seal the September 16, 2025 letter (ECF No. 3186), and with the consent of Plaintiffs' counsel, it is hereby **ORDERED** that the requested extension is **GRANTED**.

**IT IS** on this 17th day of November, 2025,

**ORDERED**, that the ZHP Defendants shall have up to and including December 5, 2025 to file a reply in support of their motion to seal the September 16, 2025 letter (ECF No. 3186).

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
