# KIRKLAND & ELLIS LLP

Jessica Davidson, P.C.
To Call Writer Directly:
+1 212 446 4723
jessica.davidson@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

December 3, 2025

**VIA ECF**

| | |
|---|---|
| Honorable Renée Marie Bumb | Honorable Thomas I. Vanaskie (Ret.) |
| United States District Court | Special Master |
| Mitchell H. Cohen Building and | Stevens & Lee |
| U.S. Courthouse | 1500 Market St., East Tower, |
| Courtroom 3D | Suite 1800 |
| 4th and Cooper Streets | Philadelphia, Pennsylvania 19103 |
| Camden, New Jersey 0810 | |

Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*
No. 1:19-md-2875-RMB (D.N.J.)

Dear Judge Bumb and Judge Vanaskie:

This letter provides Defendants' proposed agenda for the December 5, 2025 Case Management Conference.

## I. PLAINTIFF FACT SHEET DEFICIENCIES AND ORDERS TO SHOW CAUSE

**Cases Addressed at the October 30, 2025 Case Management Conference:**

The Court issued five show cause orders returnable at the December 5, 2025 Case Management Conference:

1. *Mark McNall v. Aurobindo, et al.* – 23-cv-21327
2. *Teresa Esrig v. Torrent, et al.* – 22-cv-244
3. *Carol Ellis v. Aurobindo, et al.* – 25-cv-1839
4. *Joseph Veron Jr. v. Mylan, et al.* – 20-cv-8800
5. *Achkov Boyko v. Rite Aid Corp, et al.* – 21-cv-10355

## KIRKLAND & ELLIS LLP

Honorable Renée Marie Bumb
Honorable Thomas I. Vanaskie (Ret.)
December 3, 2025
Page 2

The issues in the *Esrig*, *Ellis*, and *Boyko* matters remain unresolved, but the parties agree to an extension of the show cause orders in these matters until the next case management conference.

The issues in the *McNall* and *Veron* matters are resolved, and the show cause orders in those matters may be withdrawn.

**Second Listing Cases – Order to Show Cause Requested:**

Pursuant to CMO-16, the Plaintiff Fact Sheets in the below cases are substantially incomplete and contain core deficiencies. Each of these cases was previously listed on the agenda for a prior CMC. This list was provided to Plaintiffs' leadership on November 24, 2025, and a meet and confer was held on December 1, 2025. Defendants have also been available for further discussion as needed. Accordingly, Defendants request that an Order to Show Cause be entered in each of these cases, returnable at the next case management conference, as to why these cases should not be dismissed.

|    | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|----|-----------|------------------|----------|--------------|-----------------|
| 1. | Larry Newton Stewart | 25-cv-11124 | Chaffin Luhana | No medical expense records.<br><br>Amended PFS does not include recalled NDC codes. | MLB – 9/4/25 |

## KIRKLAND & ELLIS LLP

Honorable Renée Marie Bumb
Honorable Thomas I. Vanaskie (Ret.)
December 3, 2025
Page 3

|  | **Plaintiff** | **Civil Action No.** | **Law Firm** | **Deficiencies** | **Deficiency Sent** |
|---|---|---|---|---|---|
| 2. | Bruce Studstill | 21-cv-815 | Levin Papantonio | No medical expense records. | MLB – 7/3/25 |
| 3. | Curtis Davis | 25-cv-3309 | Stark & Stark | Authorizations must be undated and individualized for each provider/insurer.<br><br>No medical expense records.<br><br>NDC codes listed in PFS are incorrect. | MLB – 8/21/25 |
| 4. | Robert Ellis | 25-cv-14602 | Nigh Goldenberg | No PFS Filed | PFS Due – 10/26/25 |

## KIRKLAND & ELLIS LLP

Honorable Renée Marie Bumb
Honorable Thomas I. Vanaskie (Ret.)
December 3, 2025
Page 4

|    | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|----|-----------|------------------|----------|--------------|-----------------|
| 5. | Alfred Venable | 25-cv-14663 | Nigh Goldenberg | No PFS Filed | PFS Due – 10/26/25 |

**First Listing Cases – Remaining Core Deficiencies:**

The following Plaintiff Fact Sheets contain core deficiencies that remain unresolved. This list was provided to Plaintiffs' leadership on November 24, 2025, and a meet and confer was held on December 1, 2025. Defendants have also been available for further discussion as needed. This is the first time these cases have been listed on this agenda. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to resolve these deficiencies.

|    | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|----|-----------|------------------|----------|--------------|-----------------|
| 1. | Steven Roseman | 25-cv-15733 | Farr, Farr, Emerich, Hackett, Carr & Holmes P.A. | No PFS Filed | PFS Due – 11/17/25 |

## KIRKLAND & ELLIS LLP

Honorable Renée Marie Bumb
Honorable Thomas I. Vanaskie (Ret.)
December 3, 2025
Page 5

|   | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 2. | Gladys Seymour | 25-cv-15900 | Morgan & Morgan | No PFS Filed | PFS Due – 11/24/25 |
| 3. | Steven Francken | 25-cv-15489 | Nigh Goldenberg | No PFS Filed | PFS Due – 11/30/25 |
| 4. | Lawrence Kraszewski | 25-cv-16104 | Nigh Goldenberg | No PFS Filed | PFS Due – 11/30/25 |
| 5. | Matthew Vallery | 22-cv-4947 | Douglas & London | No PFS Filed | PFS Due – 10/5/22 |

II.     **PRODUCT IDENTIFICATION DEFICIENCIES AND ORDERS TO SHOW CAUSE**

**Cases Addressed at the October 30, 2025 Case Management Conference:**

The Court issued two show cause orders returnable at the December 5, 2025 Case Management Conference:

# KIRKLAND & ELLIS LLP

Honorable Renée Marie Bumb
Honorable Thomas I. Vanaskie (Ret.)
December 3, 2025
Page 6

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 1. Boyko, Achkov | 21-cv-10355 | Johnson, Sztykiel & Hunt, P.C. | No Teva Product | Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Actavis, LLC; Actavis Pharma, Inc.; Arrow Pharm (Malta) Ltd. | 6/26/25 |
| 2. O'Neill, Robert | 25-cv-1657 | Stark & Stark | No Mylan Product | Mylan Laboratories Ltd., Mylan N.V., and Mylan Pharmaceuticals Inc. | 7/10/25 |

The issues in the *Boyko* matter remain and the Requesting Manufacturer Defendants request that the listed entities be dismissed from the matter with prejudice.

The *O'Neill* plaintiffs filed an amended complaint that does not name the Requesting Manufacturer Defendants, and as such, the order to show cause is moot and may be withdrawn.

**Second Listing Cases – Order to Show Cause Requested:**

The following product identification issues remain unresolved. This list was provided to Plaintiffs' leadership on November 24, 2025, and a meet and confer was held on December 1, 2025. Defendants have also been available for further discussion as needed. This is the second time these cases have been listed on this agenda. Accordingly, the Requesting Manufacturer Defendants request that an Order to Show Cause be entered in each of these cases, returnable at

## KIRKLAND & ELLIS LLP

Honorable Renée Marie Bumb
Honorable Thomas I. Vanaskie (Ret.)
December 3, 2025
Page 7

the next case management conference, as to why the listed entities should not be dismissed from these cases.

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 1. Davis, Curtis | 25-cv-03309 | Stark & Stark | No Mylan Product | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., and Mylan N.V. | 9/18/25 |
| 2. Jon Schroeder | 21-cv-02205 | Nigh Goldenberg | No Aurobindo product | Aurobindo Pharma Ltd. | 10/3/25 |

**First Listing Cases – Remaining Product Identification Deficiencies:**

The following product identification issues remain unresolved. This list was provided to Plaintiffs' leadership on November 24, 2025, and a meet and confer was held on December 1, 2025. Defendants have also been available for further discussion as needed. This is the first time these cases have been listed on this agenda. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to resolve these deficiencies.

# KIRKLAND & ELLIS LLP

Honorable Renée Marie Bumb
Honorable Thomas I. Vanaskie (Ret.)
December 3, 2025
Page 8

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 1. Darlene Holden | 25-cv-151119 | Nigh Goldenberg | No Teva Product | Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Actavis, LLC; Actavis Pharma, Inc.; Arrow Pharm (Malta) Ltd. Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., and Mylan N.V. | 11/19/25 (Teva) 11/19/25 (Mylan) |
| 2. Ruben Castillo | 21-cv-13434 | Cochran Firm | No Teva Product | Teva Pharmaceutical Industries, Ltd. | 11/3/25 (Teva) |
| 3. Marlene Newbern | 21-cv-02461 | Mikal Watts | No Torrent Product | Torrent Private Limited and Torrent Pharmaceuticals, Ltd. | 9/24/25; 11/3/25 (Torrent) |
| 4. Tracy Whitfield | 21-cv-15076 | Alyson Louise Oliver | No Torrent Product | Torrent Private Limited and Torrent Pharmaceuticals, Ltd. | 10/15/25; 11/3/25 (Torrent) |
| 5. Nancy Mastbergen | 22-cv-00038 | Alyson Louise Oliver | No Torrent Product | Torrent Private Limited and Torrent Pharmaceuticals, Ltd. | 10/15/25; 11/3/25 (Torrent) |

## KIRKLAND & ELLIS LLP

Honorable Renée Marie Bumb
Honorable Thomas I. Vanaskie (Ret.)
December 3, 2025
Page 9

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 6. Roger Cowan | 21-cv-19949 | Nigh Goldenberg | No Torrent Product | Torrent Private Limited and Torrent Pharmaceuticals, Ltd. | 10/27/25 (Torrent) |
| 7. Mary Hunsberger | 25-cv-3338 | Stark & Stark | No Aurobindo product | Aurobindo Pharma Ltd. | 10/15/25 (Aurobindo) |
| 8. Jeffrey Johnson | 21-cv-20353 | Nigh Goldenberg | No Mylan Product | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., and Mylan N.V. | 11/11/25 (Mylan) |

**III.   PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS**

On June 27, 2025, Plaintiffs filed a Motion for Preliminary Approval of Proposed Valsartan Economic Loss Class Action Settlement with the Hetero Defendants, Conditional Certification of Settlement Class and to Direct Class Notice. On October 17, 2025, Plaintiffs filed a Motion for Preliminary Approval of Proposed Aurobindo Irbesartan Economic Loss Class Action Settlement,

# KIRKLAND & ELLIS LLP

Honorable Renée Marie Bumb
Honorable Thomas I. Vanaskie (Ret.)
December 3, 2025
Page 10

Conditional Certification of Settlement Class and to Direct Class Notice. No other action has been taken with respect to Plaintiffs' motions.

Defendants will be prepared to address any other topics the Court may want to discuss at the CMC.

Sincerely,

*Jessica Davidson*

Jessica Davidson, P.C.