**Text Notice – Vivimed Consumer Economic Loss**

<u>Proposed Text 1</u>

U.S. FEDERAL COURT AUTHORIZED CLASS ACTION NOTICE

Our records indicate that you may have paid for Losartan medication manufactured by Vivimed. A class action lawsuit may affect your legal rights.

Visit the Court approved website https://SartanMedicationSettlement.com or call 1-866-875-9644 for more information.

Reply STOP to end.

<u>Proposed Text 2</u>

U.S. FEDERAL COURT AUTHORIZED CLASS ACTION NOTICE

Our records show you may have paid for Losartan medication by Vivimed . A class action lawsuit may affect your rights.

Visit the Court approved website https://SartanMedicationSettlement.com or call 1-866-875-9644 for more information.

Reply STOP to end.