**Who Is Included?** The Settlement Class includes all individuals and third-party-payors in the United States and its territories and possessions who paid any amount of money for retail purchases of Vivimed Losartan finished drug formulations sold under the following impacted National Drug Codes ("NDCs"): 23155-644-09; 23155-644-10; 23155-645-03; 23155-645-09; 23155-645-10; 23155-646-03; 23155-646-09; and 23155-646-10 ("Impacted NDCs").

Detailed information regarding the Class and how to determine your eligibility is available on the Settlement Website www.SartanMedicationSettlement.com.

**What Does the Settlement Provide?** Vivimed will pay $1,899,000.00, which amount was established based on the total quantity of the at issue Vivimed Losartan pills sold in the United States at the retail level. [add additional details]. All costs of settlement notice and administration shall be paid from the Settlement Fund. Full details, including limitations may be found at www.SartanMedicationSettlement.com.

**What Are My Rights And Options? Submit a Claim:** To receive a Settlement payment, you must submit a Claim Form. You can submit your Claim online at the Settlement Website or download a paper form to mail in. If possible, include documents to support your claim. The Administrator may contact you for pharmacy proof if needed. Your Claim Form must be **submitted online or postmarked by [CLAIMS DEADLINE]**. **Do Nothing:** If you do nothing, you will remain a part of the Class and Settlement. You will receive no payment under the Settlement and you will give up your rights to sue Vivimed about the issues in this case. **Opt-Out:** Excluding yourself is the only way to keep your right to sue Vivimed over the claims in this case. You won't be bound by the Settlement, but you also won't receive any payment from it, if one is awarded. To opt-out, you must submit an exclusion request to the Settlement Administrator **postmarked or emailed and received no later than [EXCLUSION DEADLINE]**. **Object:** If you do not like any part of the Settlement, you can object by writing to the Court. You cannot submit both an exclusion request and objection. To object, you must remain a Class Member. If the Court grants Final Approval over your objection, you will give up your rights to sue Vivimed about the issues in this case. If you also wish to receive payment, you must submit a Claim Form. Your objection must be **postmarked no later than [OBJECTION DEADLINE]**.

Complete details about your rights, including detailed requirements to submit a Claim, exclude yourself/opt-out, and to object to the Settlement are available on the Settlement Website www.SartanMedicationSettlement.com.

**Do I have a lawyer in this case?** Yes, if you do not exclude yourself by opting out. The Court has appointed Ruben Honik, Esq., Honik Law, Conlee S. Whiteley, Esq., Kanner & Whiteley, LLP and John R. Davis, Esq., Slack Davis Sanger LLP to represent the Consumer Economic Loss Class.

**Where can I get more information?** This is only a summary. For more information, visit the Settlement Website or call the number below

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK'S OFFICE FOR INFORMATION.**

| www.SartanMedicationSettlement.com | 1-866-875-9644 |
|---|---|

**Consumer Economic Loss Class Action Settlement Summary Notice**

**If you are an individual who paid any amount of money for retail purchases of Vivimed Losartan, you could receive a payment from a class action settlement.**

A Settlement has been reached in an economic loss class action lawsuit against Vivimed Life Sciences Pvt Ltd and Strides Pharma Science Limited (collectively, "Vivimed"). The settlement is part of a larger lawsuit called *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*, Case No. 1:19-md-02875 (MDL No. 2875) (the "Lawsuit") and is currently pending in the United States District Court for the District of New Jersey ("the Court"). The Settlement is intended to fully, finally, and forever resolve, discharge, and settle the consumer and third-party payor class action claims for economic loss related to the sale of finished dose Losartan by Vivimed, or Vivimed's repackager, Heritage Pharmaceuticals Inc. d/b/a Avet Pharmaceuticals Inc. ("Heritage"), that was manufactured using API allegedly contaminated with nitrosamines including but not limited to NMBA. Vivimed has denied any wrongdoing, has denied that the amounts of NMBA in the Losartan and LCDs at issue were or could be carcinogenic, and have asserted various legal and factual defenses to the claims asserted on behalf of the Class.

The Court has not decided whether Vivimed did anything wrong or whether the Plaintiffs' claims have merit. This Settlement of Losartan economic loss claims does not include or affect any other claims against Vivimed or any other entity, including but not limited to medical monitoring and personal injury claims, nor does it include any claims related to Irbesartan or Valsartan.

A federal court directed that this Notice be provided to you. The Court authorized and specifically required notice to be provided by email or text message, where available, or U.S. mail in certain limited circumstances.

**Sartan Medication Settlement Administrator**
P.O. Box 3376
Baton Rouge, LA 70821

PRESORTED
FIRST CLASS
U.S. POSTAGE
**PAID**
FPI

**ELECTRONIC SERVICE REQUESTED**

SETTLEMENT CLAIM ID [ID]
[FIRST NAME] [LAST NAME]
[ADDRESS]
[ADDRESS]
[CITY] [STATE] [ZIP]



Postal Service: Do Not Mark or Cover Barcode

FE40