# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

| | |
|---|---|
| David A. Mazie* | Karen G. Kelsen° |
| Adam M. Slater*° | Cory J. Rothbort*° |
| Eric D. Katz*° | Michael R. Griffith° |
| David M. Freeman | Christopher J. Geddis |
| Beth G. Baldinger | Samuel G. Wildman |
| Matthew R. Mendelsohn*° | Julia S. Slater° |
| David M. Estes | Trevor D. Dickson |
| Adam M. Epstein° | Carissa M. Thompson |

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

°Member of N.J. & N.Y. Bars

December 3, 2025

<u>**VIA ECF**</u>

| | |
|---|---|
| Honorable Renée Marie Bumb | Honorable Thomas I. Vanaskie (Ret.) |
| United States District Court | Special Master |
| Mitchell H. Cohen Building and | Stevens & Lee |
|  U.S. Courthouse | 1500 Market St., East Tower, |
| Courtroom 3D |  Suite 1800 |
| 4th and Cooper Streets | Philadelphia, Pennsylvania 19103 |
| Camden, New Jersey  0810 | |

Re: *In re Valsartan, Losartan, and Irbesartan Liability Litigation*, **Case No. 1:19-md-02875 (D.N.J.)**

Dear Chief Judge Bumb and Judge Vanaskie:

Please accept this letter on behalf of the Plaintiffs in advance of the December 5, 2025 case management conference.

1. **Status of the Hetero, Aurobindo and Vivimed Economic Loss Settlements.**

Plaintiffs respectfully note that they have filed motions for preliminary approval of class action settlements with the Hetero, Aurobindo, and Vivimed Defendants.

Honorable Renée Marie Bumb, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
December 3, 2025
Page 2

### 2. PFS / Product ID deficiencies.

Plaintiffs will be prepared to discuss this topic at the hearing.

Respectfully,

ADAM M. SLATER

Cc: All counsel of record (via ECF)