Liza M. Walsh
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorney for Defendants*
*Teva Pharmaceuticals USA, Inc.,*
*Teva Pharmaceutical Industries Ltd.,*
*Actavis LLC, and Actavis Pharma, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/KMW)<br><br>**NOTICE OF WITHDRAWAL**<br>**OF COUNSEL**<br><br>*Filed Electronically* |

To:   Clerk, U.S. District Court for the District of New Jersey
      Mitchell H. Cohen Bldg. & U.S. Courthouse
      4th & Cooper Streets
      Camden, New Jersey 08101

**PLEASE TAKE NOTICE** that Walsh Pizzi O'Reilly Falanga LLP counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. (collectively, "Teva"), inform the Court that William T. Walsh, Jr. is no longer associated with Walsh Pizzi O'Reilly Falanga LLP and request that the Court withdraw the appearance of Mr. Walsh as counsel for Teva and discontinue electronic notifications to him in this action.

**PLEASE TAKE FURTHER NOTICE** that Teva will continue to be represented by Walsh Pizzi O'Reilly Falanga LLP and that Liza M. Walsh has been duly and properly designated

as the "lead attorney to be noticed" on behalf of Teva for purposes of the Case Management/Electronic Filing System.

Dated:  December 9, 2025                              WALSH PIZZI O'REILLY FALANGA LLP

                                                                                    s/ *Liza M. Walsh*
                                                                                      Liza M. Walsh