# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** |
| **THIS DOCUMENT RELATES TO:** | **Hon. Renée Marie Bumb** <br> **District Court Judge** |
| Rosalind Hatcher Harris v. Aurobindo Pharma, Ltd., et al. | |
| Case No. 25-cv-2063 | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against Defendants Torrent Private Limited, Torrent Pharma, Inc., and Torrent Pharmaceuticals, Ltd.

Respectfully submitted,

Date: December 10, 2025

/s/ _____
James C. Ferrell, P.C.
6226 Washington Ave., Ste. 200
Houston, TX 77007
T: 713-337-3855
E: jferrell@jamesferrell-law.com

*COUNSEL FOR PLAINTIFF*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br><br>Rosalind Hatcher Harris v. Aurobindo Pharma, Ltd., et al.<br><br>Case No. 25-cv-2063 | Hon. Renée Marie Bumb<br>District Court Judge |

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

Date: December 10, 2025

Respectfully submitted,
*/s/*
James C. Ferrell, P.C.
6226 Washington Ave., Ste. 200
Houston, TX 77007
T: 713-337-3855
E: jferrell@jamesferrell-law.com

*COUNSEL FOR PLAINTIFF*