IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL No. 19-2875 (RMB/SAK) |
| THIS DOCUMENT RELATES TO: *Gaston Roberts, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, Case No. 1:20-cv-00946 (RMB/SAK) ) ) ) ) ) ) ) |  |

**NOTICE OF APPEAL**

Notice is hereby given that, pursuant to Federal Rule of Appellate Procedure 4(a)(1), Plaintiff Jan Roberts ("Plaintiff"), as personal representative and spouse of Mr. Gaston J. Roberts, Jr., hereby appeals to the United States Court of Appeals for the Third Circuit from each and every part of the Order of the United States District Court for the District of New Jersey, dated November 10, 2025 (MDL ECF No. 3204; DNJ ECF No. 34 (Renée Marie Bumb, C.J.)) (a copy of which is attached as Exhibit A), and the accompanying opinion dated November 10, 2025 (MDL ECF No. 3203; DNJ ECF No. 33 (Renée Marie Bumb, C.J.)) (a copy of which is attached as Exhibit B), (1) granting Defendants' motion for summary judgment; (2) granting Defendants' motion to exclude the opinions of Dr. Fareeha Siddiqui; (3) denying Plaintiff's motion to exclude the testimony of Dr. Nadim Mahmud; (4) denying as moot all other pending pre-trial motions; and (5) dismissing with prejudice the first personal injury bellwether action in this MDL, the above-captioned matter, *Gaston Roberts, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, Case No. 1:20-cv-00946 (RMB/SAK).

Date:  December 8, 2025                    Respectfully submitted,

                                                    /s/ *Daniel A. Nigh*
Daniel A. Nigh (FL Bar No. 30905)
Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW, Third Floor
Washington, D.C. 20016
T: 202-792-7927
F: 202-792-7927
dnigh@nighgoldenberg.com
*Attorney for Plaintiff Jan Roberts,*
*as personal representative and*
*spouse of Mr. Gaston J. Roberts, Jr.*

2

## CERTIFICATE OF SERVICE

     I hereby certify that, on December 8, 2025, I caused a copy of the foregoing document to be served electronically pursuant to the Court's ECF system.

                      /s/ *Daniel A. Nigh*
                      Daniel A. Nigh (FL Bar No. 30905)
                      Nigh Goldenberg Raso & Vaughn, PLLC
                      14 Ridge Square NW, Third Floor
                      Washington, D.C. 20016
                      T: 202-792-7927
                      F: 202-792-7927
                      dnigh@nighgoldenberg.com
                      *Attorney for Plaintiff Jan Roberts,*
                      *as personal representative and*
                      *spouse of Mr. Gaston J. Roberts, Jr.*