

December 11, 2025

**_VIA ECF_**

    Re:    *In re Valsartan, Losartan, and Irbesartan Liability Litigation*,
*Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd., et al*
**Case No. 1:20-cv-00946-RBK-JS**

To All Parties:

On December 8, 2025, Plaintiff Jan Roberts filed a Notice of Appeal in the individually docketed case. Copies of these filings are being filed on the master docket as a courtesy to those interested in this MDL.

Sincerely,

Daniel Nigh
*Founding Partner*
*Nigh Goldenberg Raso & Vaughn, PLLC*

Cc: All counsel of record (via ECF)

Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW
Third Floor
Washington, D.C. 20016

T - (202) 792-7927
F - (202) 792-7927
W - www.nighgoldenberg.com
E - dnigh@nighgoldenberg.com

Washington D.C.
Minnesota
Kansas
Florida