# EXHIBIT A

[Docket Nos. 3057, 3058, 3061, 3066, 3067, 3068, 3070]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 19-2875 (RMB/SAK) |
| **THIS DOCUMENT RELATES TO:** *Gaston Roberts, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, Case No. 1:20-cv-00946 (RMB/SAK) | **ORDER** |

**THIS MATTER** having come before the Court upon the pre-trial motions submitted by Plaintiff Jan Roberts ("Plaintiff"), as personal representative and spouse of Mr. Gaston J. Roberts, Jr. [Docket Nos. 3057, 3066, 3067, 3070] and Defendants Zhejiang Huahai Pharmaceuticals Co., Ltd., Prinston Pharmaceutical Inc. d/b/a Solco Healthcare LLC, and Solco Healthcare U.S. ("Defendants") [Docket No. 3058, 3061, 3068]; and the Court having considered the parties' submissions; and the Court having held oral argument and a *Daubert* hearing; and for the reasons set forth in the Opinion of today's date; and for good cause shown,

**IT IS HEREBY**, on this **10th** day of **November 2025**,

**ORDERED** that Defendants' Motion to Exclude the Opinions of Dr. Fareeha Siddiqui [Docket No. 3068] is **GRANTED** in full; and it is further

**ORDERED** that Defendants' Motion for Summary Judgment [Docket No. 3061] is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion to Exclude the Testimony of Dr. Nadim Mahmud [Docket No. 3067] is **DENIED**; and it is further

**ORDERED** that all other pending pre-trial motions [Docket Nos. 3057, 3058, 3066, 3070] are **DENIED AS MOOT**; and it is further

**ORDERED** that the first personal injury bellwether action in this MDL, the above-captioned matter, *Gaston Roberts, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, Case No. 1:20-cv-00946 (RMB/SAK), is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED AND ADJUDGED** that this Order shall constitute a final order and judgment in *Gaston Roberts, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, Case No. 1:20-cv-00946 (RMB/SAK), under Federal Rules of Civil Procedure 54 and 58, as all the parties' claims and crossclaims, if any, and all the parties' rights and liabilities have been adjudicated; and it is finally

**ORDERED** that the Clerk of the Court shall **CLOSE** the file in *Gaston Roberts, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, Case No. 1:20-cv-00946 (RMB/SAK).