**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| **IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation** | **MDL No. 2875**<br>**Civil No.: 19-02875 (RBK/KMW)** |
| This Document Relates to All Actions | |

**WITHDRAWAL OF APPEARANCE**

The undersigned withdraws her appearance in the above-captioned matter on behalf of Defendant Zhejiang Huahai Pharmaceutical Co., Ltd.

Dated: December 19, 2025

/s/   *Ronni E. Fuchs*
Ronni E. Fuchs
**TROUTMAN PEPPER LOCKE LLP**
104 Carnegie Center, Suite 203
Princeton, New Jersey 08540
(609) 951.4118
ronni.fuchs@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I electronically filed the foregoing Withdrawal of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/    *Ronni E. Fuchs*
Ronni E. Fuchs