**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| **IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation**<br><br>This Document Relates to All Actions | **MDL No. 2875**<br>**Civil No.: 19-02875 (RBK/KMW)** |

**WITHDRAWAL OF APPEARANCE**

The undersigned withdraws his appearance in the above-captioned matter on behalf of Defendant Zhejiang Huahai Pharmaceutical Co., Ltd.

Dated: December 19, 2025

/s/   Sean P. Fahey
Sean P. Fahey
**TROUTMAN PEPPER LOCKE LLP**
3000 Two Logan Square, 18th & Arch Sts.
Philadelphia, PA 19103
215-981-4000
sean.fahey@troutman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, I electronically filed the foregoing Withdrawal of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/   Sean P. Fahey
Sean P. Fahey