

Victoria Davis Lockard
Tel 678.553.2103
Fax 678.553.2104
lockardv@gtlaw.com


January 7, 2026

**VIA ECF**

Special Master the Honorable Thomas Vanaskie
Stevens & Lee
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19103


Re:  *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation.*, **U.S. District Court for the District of New Jersey; Case No. 1:19-md-02875**

Dear Special Master Vanaskie:

This letter is to provide Defendants' positions with respect to the topics on the agenda for the Case Management Conference with Your Honor on January 9, 2026. Defendants do not expect the need to discuss any confidential materials as part of these agenda items.

**1.  Plaintiff Fact Sheet Deficiencies and Orders to Show Cause**

**Cases Addressed at the December 5, 2025 Case Management Conference:**

The Court issued nine show cause orders returnable at the January 9, 2026 Case Management Conference:

Special Master the Honorable Thomas Vanaskie
Page 2

1. *Teresa Esrig v. Torrent, et al.* – 22-cv-244
2. *Carol Ellis v. Aurobindo, et al.* – 25-cv-1839
3. *Achkov Boyko v. Rite Aid Corp, et al.* – 21-cv-10355
4. *Larry Newton Stewart v. Aurobindo, et al.* – 25-cv-11124
5. *Bruce Studstill v. Aurobindo, et al.* – 21-cv-815
6. *Curtis Davis v. Prinston, et al.* – 25-cv-3309
7. *Robert Parker v. Mylan, et al.* – 25-cv-4267
8. *Michael Kopinetz v. ZHP, et al.* – 25-cv-1899
9. *Alfred Venable v. Amerisource Bergen,* 25-cv-14663

The issues in the *Esrig*, *Stewart,* and *Venable* matters remain unresolved, but the parties agree to an extension of the show cause orders until the next case management conference.

The issues in the *Boyko, Studstill*, *Parker*, and *Kopinetz* and matters are resolved, and the show cause order may be withdrawn.

The issues in the *Ellis* and *Davis* cases remain and Defendants request their dismissal.

**<u>Second Listing Cases – Order to Show Cause Requested:</u>**

Pursuant to CMO-16, the Plaintiff Fact Sheets in the below cases are substantially incomplete and contain core deficiencies. Each of these cases were previously listed on the agenda for a prior CMC. This list was provided to Plaintiffs' leadership on December 28, 2025, and a meet and confer was held on January 6, 2026. Defendants have also been available for further discussion as needed. Accordingly, Defendants request that an Order to Show Cause be entered in each of

Special Master the Honorable Thomas Vanaskie
Page 3

these cases, returnable at the next case management conference, as to why these cases should not be dismissed.

|  | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 1. | Matthew Vallery | 22-cv-4947 | Douglas & London | No PFS Filed | PFS Due – 10/5/22 |
| 2. | Robert Ellis | 25-cv-14602 | Nigh Goldenberg | No PFS Filed | PFS Due – 10/26/25 |

**First Listing Cases – Remaining Core Deficiencies:**

The following Plaintiff Fact Sheets contain core deficiencies which remain unresolved. This list was provided to Plaintiffs' leadership on December 28, 2025, and a meet and confer was held on January 6, 2026. Defendants have also been available for further discussion as needed. This is the first time these cases have been listed on this agenda. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to resolve these deficiencies.

Special Master the Honorable Thomas Vanaskie
Page 4

| | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 1. | Joseph Butler | 25-cv-14547 | Nigh Goldenberg | Missing estate information and records that are allegedly possessed via the document demands section<br><br>Failed to complete portions of the PFS | MLB: 11/18/2025 |
| 2. | James Barnette | 25-cv-16332 | Nigh Goldenberg | No PFS Filed | PFS Due – 12/6/25 |
| 3. | Martin McKay | 25-cv-16669 | Nigh Goldenberg | No PFS Filed | PFS Due – 12/15/25 |

## 2.  Product Identification Deficiencies and Orders to Show Cause

**Cases Addressed at December 5, 2025 Case Management Conference:**

The Court issued two show cause orders returnable at the January 9, 2026

Case Management Conference:

Special Master the Honorable Thomas Vanaskie
Page 5

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 1. Davis, Curtis | 25-cv-03309 | Stark & Stark | No Mylan Product | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., and Mylan N.V. | 9/18/25 |
| 2. Jon Schroeder | 25-cv-02205 | Nigh Goldenberg | No Aurobindo product | Aurobindo Pharma Ltd. | 10/3/25 |

The issues in the *Davis* matter remain and the Requesting Manufacturer Defendants request that the listed entities be dismissed from the matter with prejudice.

The *Schroeder* plaintiffs filed a stipulation of dismissal of the Requesting Manufacturer Defendants and as such the order to show cause is moot and may be withdrawn.

**Second Listing Cases – Order to Show Cause Requested:**

The following product identification issues remain unresolved. This list was provided to Plaintiffs' leadership on December 28, 2025, and a meet and confer was held on January 6, 2026. Defendants have also been available for further discussion as needed. This is the second time these cases have been listed on this agenda.

Special Master the Honorable Thomas Vanaskie
Page 6

Accordingly, the Requesting Manufacturer Defendants request that an Order to Show Cause be entered in each of these cases, returnable at the next case management conference, as to why the listed entities should not be dismissed from these cases.

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 1. Darlene Holden | 25-cv-151119 | Nigh Goldenberg | No Teva Product | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., and Mylan N.V. | 11/19/25 (Mylan) |
| 2. Marlene Newbern | 21-cv-02461 | Mikal Watts | No Torrent Product | Torrent Private Limited and Torrent Pharmaceuticals, Ltd. | 9/24/25; 11/3/25 (Torrent) |
| 3. Tracy Whitfield | 21-cv-15076 | Alyson Louise Oliver | No Torrent Product | Torrent Private Limited and Torrent Pharmaceuticals, Ltd. | 10/15/25; 11/3/25 (Torrent) |
| 4. Nancy Mastbergen | 22-cv-00038 | Alyson Louise Oliver | No Torrent Product | Torrent Private Limited and Torrent Pharmaceuticals, Ltd. | 10/15/25; 11/3/25 (Torrent) |

Special Master the Honorable Thomas Vanaskie
Page 7

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 5. Roger Cowan | 21-cv-19949 | Nigh Goldenberg | No Torrent Product | Torrent Private Limited and Torrent Pharmaceuticals, Ltd. | 10/27/25 (Torrent) |
| 6. Mary Hunsberger | 25-cv-3338 | Stark & Stark | No Aurobindo product | Aurobindo Pharma Ltd. | 10/15/25 (Aurobindo) |

**First Listing Cases – Remaining Product Identification Deficiencies:**

The following product identification issues remain unresolved. This list was provided to Plaintiffs' leadership on December 28, 2025, and a meet and confer was held on January 6, 2026. Defendants have also been available for further discussion as needed. This is the first time these cases have been listed on this agenda. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to resolve these deficiencies.

Special Master the Honorable Thomas Vanaskie
Page 8

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 1. Rachel Garcia | 21-cv-08098 | Nachawati Law Group | No Torrent Product | Torrent Private Limited, Torrent Pharma, Inc., and Torrent Pharmaceuticals, Ltd. | 12/10/25 (Torrent) |
| 2. Flora Pina | 21-cv-08045 | Nachawati Law Group | No NDC codes | Torrent Private Limited, Torrent Pharma, Inc., and Torrent Pharmaceuticals, Ltd. | 12/8/25 (Torrent) |
| 3. Michael Maeweathers | 21-cv-09937 | Nigh Goldenberg | No NDC codes | Torrent Private Limited, Torrent Pharma, Inc., and Torrent Pharmaceuticals, Ltd. | 12/10/25 (Torrent) |
| 4. Teresa Esrig | 22-cv-00244 | Rios Law Firm | No Torrent Product | Torrent Private Limited, Torrent Pharma, Inc., and Torrent Pharmaceuticals, Ltd. | 9/12/25; 10/14/25; 12/8/25 (Torrent) |

Special Master the Honorable Thomas Vanaskie
Page 9

| 5. Darlene Holden | | Nigh Goldenberg | No Aurobindo Product | Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma, LLC | 12/02/2025 (Aurobindo) |
|---|---|---|---|---|---|
| 6. Lawrence Kraszewski | | Nigh Goldenberg | The only Aurobindo product identified post-dates the recall and is thus not subject to this litigation. | Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma, LLC | 12/08/2025 (Aurobindo) |

Sincerely,

/s/ Victoria Davis Lockard
Victoria Davis Lockard, Esq.

cc: All counsel of record (via ECF)