# EXHIBIT 1

**Log of Redactions in ZHP's September 16, 2025 Letter**

*In re Valsartan, Losartan, Irbesartan Products Liability Litigation, MDL No. 2875 (D.N.J.)*

October 28, 2025

| REDACTION # | PAGE # | PRIVILEGE CLAIM | PRIVILEGE CLAIM DESCRIPTION |
|---|---|---|---|
| Redaction 1 | Page 2 | Work Product | Outside counsel's (R. Bernardo) characterization of internal communications between ZHP and Duane Morris discussing counsel's mental impressions of document requests. |
| Redaction 2 | Page 2 | Work Product | Paragraphs containing outside counsel's (R. Bernardo) characterization of an early draft of a spreadsheet prepared by Duane Morris that reveals counsel's mental impressions regarding  collection strategy for manufacturing-related document requests. |
| Redaction 3 | Page 3, FN 2 | Work Product; Attorney-Client Privilege | Outside counsel's (R. Bernardo) characterization of an internal communication between Duane Morris and ZHP seeking information for purposes of providing legal advice and providing legal advice regarding document collection and retention obligations. |

Page 1

**Log of Underlying Documents Referenced in ZHP's September 16, 2025 Letter**

*In re Valsartan, Losartan, Irbesartan Products Liability Litigation, MDL No. 2875 (D.N.J.)*

| PRIVILEGE TYPE | FIRST BATES | LAST BATES | BEGATTACH | ENDATTACH | PARENT BATES | CHILD BATES | ATTACHMENT COUNT | CUSTODIAN | DUPLICATE CUSTODIANS |
|---|---|---|---|---|---|---|---|---|---|
| Fully Withheld | CTRL00002046 | CTRL00002046 | CTRL00002045 | CTRL00002049 | CTRL00002045 | N/A | N/A | Zhu_Lesley | Du_Jun |
| Fully Withheld | CTRL00002042 | CTRL00002042 | CTRL00002042 | CTRL00002042 | N/A | N/A | N/A | Zhu_Lesley | N/A |

An asterisk (*) indicates individuals or groups of individuals who, based on available information and a reasonable, good-faith belief, are legal personnel.

**Log of Underlying Documents Referenced in ZHP's September 16, 2025 Letter**

*In re Valsartan, Losartan, Irbesartan Products Liability Litigation, MDL No. 2875 (D.N.J.)*

| FROM | TO | CC | BCC | SUBJECT | DATE SENT | DATE RECEIVED |
|---|---|---|---|---|---|---|
| Joseph Ferretti* <jsferretti@duanemorris.com> | Maggie Kong <kongxiaofang@huahaipharm.com> | Ralph Carter* <rcarter@duanemorris.com> Seth Goldberg* <sagoldberg@duanemorris.com> Alan Klein* <aklein@duanemorris.com> Han Lai <han.lai@fticonsulting.com> Jun Du <jun.du@prinstonpharm.com> Lesley Zhu <lesley.zhu@prinstonpharm.com> TechProject_Ichor <techproject_ichor@fticonsulting.com> Pei Zhang <zhangpei@huahaipharm.com> | N/A | Valsartan: Proposed Document Collection Plan for ZHP | 4/27/2020 | 4/27/2020 |
| Maggie Kong <kongxiaofang@huahaipharm.com> | Joseph Ferretti* <jsferretti@duanemorris.com> Lesley Zhu <lesley.zhu@prinstonpharm.com> | Seth Goldberg* <sagoldberg@duanemorris.com> Alan Klein* <aklein@duanemorris.com> | N/A | RE: RE: RE: In re Valsartan - Testing | 3/9/2020 | N/A |

An asterisk (*) indicates individuals or groups of individuals who, based on available information and a reasonable, good-faith belief, are legal personnel.

**Log of Underlying Documents Referenced in ZHP's September 16, 2025 Letter**

*In re Valsartan, Losartan, Irbesartan Products Liability Litigation, MDL No. 2875 (D.N.J.)*

| FILENAME | AUTHOR | DATE CREATED | FILETYPE | PRIVILEGE CLAIM | PRIVILEGE CLAIM DESCRIPTION |
|---|---|---|---|---|---|
| Exhibit 2 to Document Collection Plan for ZHP - Manufacturing Document Requests.xlsx | Donna Grevy | 4/27/2020 | Microsoft 2007 Excel Spreadsheet | Work Product; Attorney-Client Privilege | Spreadsheet prepared by outside counsel during pendency of litigation regarding document collection strategy attached (along with other attachments) to email from outside counsel to ZHP containing legal advice regarding timing and scope of valsartan discovery and related collection efforts. Columns K, L, M, O, P, Q, and T include metadata from the email to which the spreadsheet was attached. |
| RE: RE: RE: In re Valsartan - Testing | N/A | N/A | RFC822 Email Message | Work Product; Attorney-Client Privilege | Email chain between ZHP and outside counsel seeking information for purposes of providing legal advice regarding document collection and retention strategy and providing legal advice regarding the same.  Additional individuals on the prior portions of the email chain include: Min Li (ZHP), Qiangming Li (ZHP), Lesley Zhu (Prinston),  Jun Du (Prinston), Barbara Schwartz* (Duane Morris), and Alexandra Waleko* (Duane Morris). |

An asterisk (*) indicates individuals or groups of individuals who, based on available information and a reasonable, good-faith belief, are legal personnel.