**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                    **January 9, 2026**
                                                    **DATE OF PROCEEDINGS**


**CHIEF JUDGE RENÉE M. BUMB**

**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:   JOHN KURZ**

                              Docket # 19-md-2875 (RMB)(SAK)

**TITLE OF CASE**:

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
As stated on the record.

**NATURE OF PROCEEDINGS:    CASE MANAGEMENT CONFERENCE**

Case Management Conference held on the record via Teams videoconference.


Time Commenced: 10:00a.m.        Time Adjourned:   10:45a.m.


Total Time:    10 minutes

                                        Lawrence MacStravic
                                        Deputy Clerk