**Index of Materials Submitted with ZHP's January 23, 2026 Letter Regarding COA Production**

| Exhibit | Date | Description |
|---|---|---|
| 1 | 10/1/2025 | Chart of search terms used to identify documents for review by Skadden in its investigation into issues related to the production of certificates of analysis. |
| 2 | 11/11/2025 | Letter from Skadden to Plaintiffs' counsel regarding search scope and the methodology used in investigating issues related to the production of certificates of analysis. |
| 3 | 5/9/2020 | Communications among Duane Morris, ZHP personnel, and discovery vendor regarding document collection plan, attaching spreadsheet created by counsel in connection with same. |
| 4 | 6/23/2020 | A later-in-time version of the spreadsheet in Exhibit 3 regarding document collection plan. |
| 5 | 7/27/2022 | Spreadsheet created by Duane Morris regarding the scope of the hard copy document collection. |
| 6 | 11/10/2013 | Excerpt of ZHP's valsartan Drug Master File related to specifications for DMF (Document beginning Bates ZHP02228012). |
| 7 | 1/10/2020 | Communications among Duane Morris and ZHP personnel regarding testing related to valsartan API in connection with discovery collection process. |
| 8 | 1/08/2020 | Communications among Duane Morris and ZHP personnel regarding testing related to valsartan API in connection with discovery collection process. |
| 9 | 3/9/2020 | Communications between Duane Morris and ZHP personnel regarding retention of documents in connection with litigation and attaching a spreadsheet created by counsel in connection with same. |