# Exhibit 1

**ZHP – Search Methodology and Scope**

| # | General Description of Documents Reviewed | English Search Terms Applied to Identify Documents for Review | Chinese Search Terms Applied to Identify Documents for Review | Time Period | Reviewing Responsibility |
|---|---|---|---|---|---|
| **Source: ZHP File[1]** | | | | | |
| 1 | Communications involving or referencing Maggie Kong discussing certificates of analysis or testing of DMF/solvents. | (Certif* W/5 Anal*) OR COA* OR "C of A" OR (inspection w/2 report*) OR (test* W/5 (dimethylformamide OR DMF OR dimethylamine OR DMA OR solvent OR catalyst OR (raw W/2 material*) OR tetrazole)) | (分析* W/5 证书*) OR "分析证书" OR (检测 w/2 报告) OR (测试* W/5 (二甲基甲酰胺 OR DMF OR 二甲胺 OR DMA OR 溶剂 OR 催化剂 OR (原 w/2 料) OR 四唑)) | Through June 22, 2021 | Skadden |
| 2 | Communications involving or referencing Maggie Kong discussing the litigation hold or record retention/disposition. | ((legal OR litigation) W/2 hold) OR (routine OR regular OR (ordinary W/2 course) W/5 (destruction OR disposition OR deletion)) | ((法律 OR 诉讼) W/2 (保留 OR 保全)) OR ((常规 OR 定期 OR (正常 W/2 业务)) W/5 ("销毁" OR 处置 OR 删除)) | Through June 22, 2021 | Skadden |

[1] Except for searches #3, #4 and #7, these searches were based on documents that were identified as potentially responsive to the litigation. Searches #3, #4, and #7 were based on a review of Ms. Kong and Ms. Kuang's emails on the live server hitting on the terms described.

**ZHP – Search Methodology and Scope**

| # | General Description of Documents Reviewed | English Search Terms Applied to Identify Documents for Review | Chinese Search Terms Applied to Identify Documents for Review | Time Period | Reviewing Responsibility |
|---|---|---|---|---|---|
| 3 | Communications involving Maggie Kong discussing certificates of analysis or testing of DMF/solvents, litigation hold, or record retention/disposition[2] | "certificate of analysis" OR "COA" | 报告单 OR 分析证书 OR 分析证明 OR 销毁 OR 诉讼 OR 保全 | June 1, 2021, to October 31, 2024 | Skadden |
| 4 | All communications between Maggie Kong and Xiaxia Kuang. | No terms applied. | No terms applied. | June 1, 2021, to October 31, 2024 | Skadden |
| 5 | Communications involving Xiaxia Kuang discussing certificates of analysis or testing of DMF/solvents . | (Certif* W/5 Anal*) OR COA* OR "C of A" OR (inspection W/2 report*) OR (test* W/5 (dimethylformamide OR DMF OR dimethylamine OR DMA OR solvent OR catalyst OR (raw W/2 material*) OR tetrazole)) | (分析* W/5 证书*) OR "分析证书" OR (检测 w/2 报告) OR (测试* W/5 (二甲基甲酰胺 OR DMF OR 二甲胺 OR DMA OR 溶剂 OR 催化剂 OR (原 w/2 料) OR 四唑)) | Through May 13, 2020 | Skadden |

---

[2] This is a search of Maggie Kong's emails on the live server and is not susceptible to boolean searches.

**ZHP – Search Methodology and Scope**

| # | General Description of Documents Reviewed | English Search Terms Applied to Identify Documents for Review | Chinese Search Terms Applied to Identify Documents for Review | Time Period | Reviewing Responsibility |
|---|---|---|---|---|---|
| 6 | Communications involving Xiaxia Kuang discussing the litigation hold or record retention/disposition. | ((legal OR litigation) W/2 hold) OR (routine OR regular OR (ordinary W/2 course) W/5 (destruction OR disposition OR deletion)) | ((法律 OR 诉讼) W/2 (保留 OR 保全)) OR ((常规 OR 定期 OR (正常 W/2 业务)) W/5 ("销毁" OR 处置 OR 删除)) | Through May 13, 2020 | Skadden |
| 7 | Communications involving Xiaxia Kuang discussing certificates of analysis or testing of DMF/solvents, litigation hold, or record retention/disposition.[3] | COA OR DMF | "分析证书" OR "测试" OR "DMF" | May 1, 2020, to October 31, 2024 | Skadden |

---

[3] This is a search of Xiaxia Kuang's emails on the live server and is not susceptible to boolean searches.

**ZHP – Search Methodology and Scope**

| # | General Description of Documents Reviewed | English Search Terms Applied to Identify Documents for Review | Chinese Search Terms Applied to Identify Documents for Review | Time Period | Reviewing Responsibility |
|---|---|---|---|---|---|
| 8 | Communications involving Duane Morris and ZHP discussing  certificates of analysis or testing of DMF/solvents. | (Certif* W/5 Anal*) OR COA* OR "C of A" OR (inspection w/2 report*) OR (test* W/5 (dimethylformamide OR DMF OR dimethylamine OR DMA OR solvent OR catalyst OR (raw W/2 material*) OR tetrazole)) | (分析* W/5 证书*) OR "分析证书" OR (检测 w/2 报告) OR (测试* W/5 (二甲基甲酰胺 OR DMF OR 二甲胺 OR DMA OR 溶剂 OR 催化剂 OR (原 w/2 料) OR 四唑)) | Through approximately May 2020 | Skadden |
| 9 | Communications involving Duane Morris and ZHP discussing  the litigation hold or record retention/disposition. | ((legal OR litigation) W/2 hold) OR (routine OR regular OR (ordinary W/2 course) W/5 (destruction OR disposition OR deletion)) | ((法律 OR 诉讼) W/2 (保留 OR 保全)) OR ((常规 OR 定期 OR (正常 W/2 业务)) W/5 ("销毁" OR 处置 OR 删除)) | Through approximately May 2020 | Skadden |

**ZHP – Search Methodology and Scope**

| # | General Description of Documents Reviewed | English Search Terms Applied to Identify Documents for Review | Chinese Search Terms Applied to Identify Documents for Review | Time Period | Reviewing Responsibility |
|---|---|---|---|---|---|
| 10 | Communications involving FTI and ZHP discussing certificates of analysis or testing of DMF/solvents. | (Certif* W/5 Anal*) OR COA* OR "C of A" OR (inspection W/2 report*) OR (test* W/5 (dimethylformamide OR DMF OR dimethylamine OR DMA OR solvent OR catalyst OR (raw W/2 material*) OR tetrazole)) | (分析* W/5 证书*) OR "分析证书" OR (检测 w/2 报告) OR (测试* W/5 (二甲基甲酰胺 OR DMF OR 二甲胺 OR DMA OR 溶剂 OR 催化剂 OR (原 w/2 料) OR 四唑)) | Through approximately May 2020 | Skadden |
| 11 | Communications involving Maggie Kong, Duane Morris, FTI, and/or Xiaxia Kuang discussing the document production generally. | Valsartan AND (discovery OR collection OR (document w/2 request*) OR Schneider OR order) | 缬沙坦 AND (证据开示 OR 证据收集 OR (文件 W/2 请求) OR 施耐德 OR 法院命令) | Through approximately May 2020 | Skadden |
| 12 | Documents in Qiangming Li's custodial file referring to a request to collect or produce certificates of analysis for DMF/solvents. | ((Certif* W/5 Anal*) OR COA* OR "C of A" OR (inspection w/2 report*)) W/100 (prod* OR collect* OR request* OR status OR update*) | (((分析* W/5 证书*) OR 分析证书* OR "分析证书" OR (检测 w/2 报告*)) W/100 (生产* OR 收集* OR 请求* OR 状态 OR 更新*)) | Through May 13, 2020 | Skadden |

**ZHP – Search Methodology and Scope**

| # | General Description of Documents Reviewed | English Search Terms Applied to Identify Documents for Review | Chinese Search Terms Applied to Identify Documents for Review | Time Period | Reviewing Responsibility |
|---|---|---|---|---|---|
| 13 | All communications with plaintiffs' counsel (that were forwarded to or otherwise referenced in communications with ZHP). | "Adam Slater" OR "mazieslater"  OR "Marlene Goldberg" OR "nighgoldenberg" OR "George Williamson" OR "Behram Parekh" OR "behram.parekh@lawrsd.com" OR "bvp@kirtlandpackard.com" OR ((Adam OR mazie) w/2 Slater) OR ((Marlene OR nigh) W/2 Goldberg) OR (George w/2 Williamson) OR (Behram w/2 Parekh) OR lawrsd OR "kirtlandpackard" OR "Layne Hilton" OR (Layne w/2 Hilton) OR "kanner-law" OR (kanner w/2 law) | NA | Through approximately May 2020 | Skadden |
| **Source: Duane Morris File** | | | | | |

**ZHP – Search Methodology and Scope**

| # | General Description of Documents Reviewed | English Search Terms Applied to Identify Documents for Review | Chinese Search Terms Applied to Identify Documents for Review | Time Period | Reviewing Responsibility |
|---|---|---|---|---|---|
| 14 | Duane Morris attorney J. Ferretti's communications with plaintiffs' counsel discussing certificates of analysis or testing of DMF/solvents. | *ferretti* and *behram* and ((Certif* W/5 Anal*) OR COA* OR (inspection W/2 report*) OR (test* W/5 (dimethylformamide OR DMF OR dimethylamine OR DMA OR solvent OR catalyst OR (raw W/2 material*) OR tetrazole))) | NA | September 1, 2019, to December 31, 2020 | Duane Morris |
| 15 | Duane Morris attorney J. Ferretti's communications with ZHP discussing certificates of analysis or testing of DMF/solvents. | *ferretti* and *maggie* and ((Certif* W/5 Anal*) OR COA* OR (inspection W/2 report*) OR (test* W/5 (dimethylformamide OR DMF OR dimethylamine OR DMA OR solvent OR catalyst OR (raw W/2 material*) OR tetrazole))) | NA | September 1, 2019, to December 31, 2020 | Duane Morris |
| 16 | Duane Morris communications with ZHP discussing the litigation hold or record retention/disposition. | *maggie* and (((legal OR litigation) W/2 hold) OR (routine OR regular OR (ordinary W/2 course) W/5 (destruction OR disposition OR deletion))) | NA | June 2021-April 2022 | Duane Morris |

**ZHP – Search Methodology and Scope**

| # | General Description of Documents Reviewed | English Search Terms Applied to Identify Documents for Review | Chinese Search Terms Applied to Identify Documents for Review | Time Period | Reviewing Responsibility |
|---|---|---|---|---|---|
| **Source: FTI File** | | | | | |
| 17 | Documents related to the collection of hard copy COAs for solvents | ("[SCAN] File Administrator" is like "qiangming") OR ("[SCAN] Collection ID" is like "8.2" OR "3.3") OR ("[SCAN] Binder Content (English)" is like ("chloride" OR "DMF" OR "sodium" OR "triethylamine") AND "[SCAN] Binder Content (English)" is like "COA" OR "Certificate of Analysis") | "[SCAN] Binder Content (Chinese)" is like ("氯化锌" OR "DMF" OR "叠氮钠" OR "三乙胺") AND "[SCAN] Binder Content (Chinese)" is like "COA" OR "Certificate of Analysis" | Through approximately May 2020 | FTI |
| 18 | FTI (F. Chen) Emails discussing the collection of certificates of analysis or testing of DMF/solvents.[4] | COA or DMF | 氯化锌 OR 三乙胺 OR 叠氮钠 | Through present | FTI |
| **Source: Skadden File** | | | | | |
| 19 | Communications involving Richard Bernardo discussing certificates of analysis or testing of DMF/solvents, the litigation hold, or document retention/destruction.[5] | DMF OR Legal Hold OR Solvent OR "Raw Material" OR Destroy OR Destruction OR Retain OR Retention | | Through present | Skadden |

---

[4] This is a search of Frances Chen's emails on the live server and is not susceptible to boolean searches.

[5] This is a search of Richard Bernardo's emails on the live server and is not susceptible to boolean searches.