# Exhibit 3A – Filed Under Seal