# Exhibit 6

**ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.**

**Valsartan, USP (Process II)**

| | | |
|---|---|---|
| Module: 3 | Quality | Confidential |
| Module: 3.2.S | Drug Substance | Version: US-02.1 |
| Module: 3.2.S.2 | Manufacture | Date: 2013-11-10 |
| Module: 3.2.S.2.3 | Control of Materials | Page 81 of 99 |
| | Solvent — *DMF* | |

> ## DMF (Industrial grade)

*Molecular formula*: $C_3H_7NO$

$M_r$: 73

*Specification:*

| Test Item | Specification | Test Method |
|---|---|---|
| *Appearance* | Colorless transparent liquid without mechanical impurity | Visual |
| *Identification* | The retention time of the major peak in the chromatogram of the sample corresponds to that of the reference standard as directed in *Assay*. | Carried out by GC method as in the *Assay*. |
| *Water* | Not more than 0.1% | Karl Fischer |
| *Purity (GC)* | Not less than 99.5% | GC method |
| *Relative density* | 0.94~0.96 (20~25°C) | Specific gravity |
| *Nonvolatile matter* | Not more than 4mg/40ml | Evaporation |

*The typical COA for the material is showed as follows:*

124

RESTRICTED CONFIDENTIAL INFORMATION                                    ZHP02228092

**ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.**

**Valsartan, USP (Process II)**

| | | |
|---|---|---|
| Module: 3 | Quality | **Confidential** |
| Module: 3.2.S | Drug Substance | **Version: US-02.1** |
| Module: 3.2.S.2 | Manufacture | **Date: 2013-11-10** |
| Module: 3.2.S.2.3 | Control of Materials | **Page 82 of 99** |
| | Solvent — *DMF* | |



CHUANNAN NO.1 BRANCH FACTORY OF ZHEJIANG HUAHAI PHARMACEUTICAL CO.,LTD.    ②

浙江华海药业股份有限公司川南一分厂

## 物料检验报告单

第 1 页/共 1 页

| 产品名称 | DMF | 批 号 | 201202-31-02 |
|---|---|---|---|
| 规 格 | 工业级 | 编 号 | C1116-12-003 |
| 数 量 | 28560kg | 报告单号 | CY12-02467 |
| 来 源 | 浙江日出化工有限公司 | 取样日期 | 2012 年 03 月 05 日 |
| 复 验 期 | 一个月 | 报告日期 | 2012 年 03 月 05 日 |
| 检验依据 | SOP CC-419-3 | | |

| 检验项目 | 检验标准 | 检验结果 |
|---|---|---|
| 外观 | 无色无机械杂质的透明液体 | 无色无机械杂质的透明液体 |
| 鉴别 | GC 含量测定项下供试品主峰保留时间应与对照品的一致 | 符合规定 |
| 含量 | ≥99.5% | 99.9% |
| 相对密度（20~25℃） | 0.94~0.96 | 0.95 |
| 非挥发性残留物 | ≤4mg/40mL | 2mg/40mL |
| 水分 | ≤0.1% | <0.1% |
| 结 论 | 按 DMF 检验规程(SOP CC-419-3)检验，结果符合规定。 | |

质检负责人：*[签名]*
2012.03.05

检验者：*[签名]*
2012·03·05

复核者：*[签名]*
2012.03.05

Q/ZCN JCC-003-2

Typical in-house COA of DMF (Original)

125



| ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. | | |
|---|---|---|
| **Valsartan, USP (Process II)** | | **Confidential** |
| **Module: 3** | Quality | **Version: US-02.1** |
| **Module: 3.2.S** | **Drug Substance** | **Date: 2013-11-10** |
| **Module: 3.2.S.2** | **Manufacture** | |
| **Module: 3.2.S.2.3** | **Control of Materials** | **Page 83 of 99** |
| | Solvent — *DMF* | |

ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

**Chuannan Branch Factory of Zhejiang Huahai Pharmaceutical Co., Ltd.**

### CERTIFICATE OF ANALYSIS

Page 1 of 1

| Product | DMF | Batch No. | 201202-31-02 |
|---|---|---|---|
| Grade | Industrial grade | Lot No. | C1116-12-003 |
| Quantity | 28560kg | Control Code | CY12-02467 |
| Supplier | Zhejiang Richu Chemical Limited | Sample Date | 2012.03.05 |
| Retest Period | One month | Report Date | 2012.03.05 |
| Method | SOP CC-419-3 | | |

| Test item | Specification | Result |
|---|---|---|
| Appearance | Colorless transparent liquid without mechanical impurity | Colorless transparent liquid without mechanical impurity |
| Identification | The retention time of the major peak in the chromatogram of the sample corresponds to that of the reference standard as directed in *Assay*. | Conforms |
| Assay (GC) | Not less than 99.5% | 99.9% |
| Relative density (20~25°C) | 0.94~0.96 | 0.95 |
| Nonvolatile matter | Not more than 4mg/40ml | 2mg/40ml |
| Water | Not more than 0.1% | < 0.1% |
| Conclusion | Complies with in-house standard | |

**QC director:** Hu Guangping    **Analyst:** Xie Chaojun    **Checker:** Xu Jiaqi    **Q/ZCN JCC-003-2**
2012.03.05    2012.03.05    2012.03.05

Typical in-house COA of DMF (Translation)

126

RESTRICTED CONFIDENTIAL INFORMATION

ZHP02228094