# Exhibit 9A – Filed Under Seal