UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**          **DATE OF PROCEEDINGS**

**HONORABLE THOMAS I. VANASKIE (RETIRED)**     January 29, 2026
**SPECIAL MASTER**

**COURT REPORTER: JOHN J. KURZ**

Docket No. 19-md-02875(RMB/SAK)

**TITLE OF CASE:**

**IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION**

**APPEARANCES:**

Conlee Whiteley, Esquire, David Stanoch, Esquire, Gregory Hansel, Esquire, Adam M. Slater, Esquire, Christopher J. Geddis, Esquire for plaintiff
Terry Henry, Esquire for Hetero defendants
John Lavelle, Esquire for Aurobindo defendants
Douglas Tween, Esquire and John Eichlin, Esquire for defendant Vivimed

**NATURE OF PROCEEDINGS: ORAL ARGUMENT**

Oral Argument on Preliminary Approval of Settlements held on the record and sign in sheet attached.
Hearing on [3104] Motion for Preliminary Approval of the Proposed Economic Loss Class Action Settlement with the Hetero Defendants by plaintiffs.
Hearing on [3194] Motion for Settlement *Plaintiffs' Motion for Preliminary Approval of Proposed Aurobindo Irbesartan Economic Loss Class Action Settlement* by plaintiffs.
Hearing on [3209] Motion for Settlement *Plaintiffs' Motion for Preliminary Approval of Proposed Vivimed Losartan Economic Loss Class Action Settlement* by plaintiffs.
Ordered motions granted.
Orders to be submitted to the Court by the parties

Time commenced: 10:00a.m.                    Time Adjourned: 1:35p.m.

Total 1 Hour and 30 Minutes

s/ *Arthur Roney*
DEPUTY CLERK

Plaintiff

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## MOTION HEARING JANUARY 29, 2026 – 10:00A.M.

### PLEASE PRINT LEGIBLY

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| David Stanoch | 19-2875 | Plaintiffs |
| GREGORY HANSEL | " | " |
| Daniel Nigh | " | " |
| Conlee Whiteley | " | " |
| Adam Slater | " | " |
| Christopher J Gelelis | " | " |

Defendant's

# VALSARTAN PRODUCTS LIABILITY LITIGATION
## MDL #19-2875
## MOTION HEARING JANUARY 29, 2026 – 10:00A.M.

### PLEASE PRINT LEGIBLY

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Terry M Henry | | Hetero and Camber |
| Milli Hansen | | ZHP |
| Richard Bernardo | | ZHP |
| Jacob Telli | | ZHP |
| JOHN LAVELLE | | AUROBINDO |
| Douglas Tween | | Vivimed |
| John Eichlin | | Vivimed |
| Kirstin Ives | | Humana Pharmacy, Inc. |
| Sarah Zimmerman | | Express Scripts |
| Scott Geoppinger | | Cencora, Inc. |

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## MOTION HEARING JANUARY 29, 2026 – 10:00A.M.

### PLEASE PRINT LEGIBLY

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Andrew Kaplan | | Cardinal Health |
| Kara Kapke | | CVS, Walgreens, Walmart |
| Matt Nelson | | ZHP |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |