**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) PRODUCTS LIABILITY LITIGATION | Hon. Reneé M. Bumb<br><br><br><br>Civ. No. 19-md-2875 (RMB) |

**SUPPLEMENTAL DECLARATION OF BRADLEY MADDEN REGARDING THE
PROPOSED NOTICE PLAN AND SETTLEMENT ADMINISTRATION FOR THE
CERTIFIED CONSUMER AND THIRD-PARTY PAYOR CLASS ACTION
SETTLEMENT FOR ECONOMIC LOSS RELATED TO
VALSARTAN, LOSARTAN AND IRBESARTAN**

I, Bradley Madden, hereby declare:

1.    I am a Director with EAG Gulf Coast, LLC ("EAG"), the proposed Settlement Notice Administrator. I have worked closely with Brandon Schwartz, the Director of Legal Notice for EAG, in developing the direct notice program for this settlement. To provide a timely response to the Court's requests during Mr. Schwartz's absence, I provide this Declaration to supplement and amend Mr. Schwartz's previously submitted declaration. The following statements are based on my personal knowledge as well as information provided by other experienced employees working under my supervision.

**Direct Notice**

2.    The direct notice program remains unchanged from the previous Schwartz Declarations, with the exception of the Postcard Notice section.

3.    **Postcard Notice**: For all Class Members where a valid mailing address is reasonably available from pharmacy data produced in this litigation and provided by Class Counsel to EAG, we will mail a Postcard Notice (see Schwartz Declaration **Exhibit F**) via United States Postal Service ("USPS") First Class Mail. This will include Class Members sent Email

1

Notice and Text Notice, as well as those with no email address or phone number available, provided a mailing address exists in our records. Prior to mailing, all mailing addresses would be checked against the National Change of Address ("NCOA")[1] database to ensure the accuracy and currency of Class Member address information for proper formatting and mail delivery. Additionally, the addresses will be validated through the Coding Accuracy Support System to uphold zip code precision, while Delivery Point Validation would be employed to verify mailing address accuracy. In the event that NCOA provides a more current mailing address for a Class Member, we would update the address accordingly. In instances where a Postcard Notice is returned with forwarding mailing address information, we would re-send to the newly provided mailing address. For any Postcard Notices that are returned as undeliverable, we would utilize standard skip-tracing techniques to obtain forwarding mailing address information. If skip-tracing yields an alternative forwarding mailing address, we would re-mail the notice to the mailing address identified through the skip-tracing process.

**Settlement Website**

4.      The Settlement Website is described in the Schwartz Declaration, including the ability to file a Claim electronically. The online Claim Form will match the proposed paper Claim Forms attached to this declaration (see Consumer Claim Form **Exhibit A** and TPP Claim Form **Exhibit B**).[2]

5.      The website address will be included in the Class Notices and all digital banners will link directly to the Settlement Website. The Settlement Website will also allow Class Members to check their eligibility, file a Claim electronically, and register for updates. Furthermore, it will host important case-related documents such as the Class Notices, Settlement Agreements, Motions, Court Orders, and other relevant documents, allowing all Class Members

---

[1] The NCOA database is maintained by the USPS and consists of approximately 160 million permanent change-of-address ("COA") records consisting of names and addresses of individuals, families, and businesses who have filed a COA with the USPS. The address information is maintained on the database for 48 months.

[2] Note the TPP Claim Form requires the submission of supporting documentation, whereas the Consumer Claim Form only requires supporting documentation in the event more than the per prescription cap is claimed.

to review and download these documents at their convenience.

6.      The Notices to TPPs will include a web address to a sub-site of the Settlement Website tailored to TPP-specific information. The sub-site will feature essential information related to TPPs. This sub-site can also be accessed from the homepage of the website.

7.      The Settlement Website will also contain long form notices tailored to the Consumer Economic Loss Class, attached to Schwartz Declaration as **Exhibit H**, and the TPP Economic Loss Class, attached to Schwartz Declaration as **Exhibit I.**

8.      Each Settlement Class Member who receives a direct notice is assigned a Class Member ID number. This number allows EAG to track Settlement Class Members who appear to have potentially valid claims based on pharmacy data produced in this litigation and provided by Class Counsel to EAG. Not only does the Class Member ID encourage class members to submit claims, it is another metric that allows EAG to verify claims, even if, e.g., a consumer class member does not submit supporting documentation with a Claim Form..

**Dedicated Toll-Free Hotline**

9.      A dedicated toll-free informational hotline, 1-866-875-9644 was established for the Valsartan Litigation Class Notice Program. The toll-free hotline is, and has been, accessible 24 hours per day, seven days per week and will continue to be used in this Settlement. The hotline utilizes an interactive voice response system where the Settlement Class can obtain specific and essential information regarding this Settlement, as well as information regarding each Settlement, and be provided responses to frequently asked questions. Settlement Class Members will also have the option to leave a voicemail and receive a call back from the Settlement Notice Administrator, as well as to request a paper Claim Form and/or Long Form Notice be mailed to them. Requests for mailed paper Claim Forms and Long Form Notices are processed on a weekly basis.

**CONCLUSION**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 30th day of January, 2026 in Baton Rouge, Louisiana.

_____
Bradley D. Madden