EISNERAMPER

EAG Gulf Coast, LLC

## Exhibit A: Consumer Claim Form

In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation (MDL No. 2875) | U.S. District Court for the District of New Jersey

# Valsartan, Losartan, and Irbesartan Consumer Claim Form
## For purchases of Hetero Valsartan, and/or Vivimed Losartan, and/or Aurobindo Irbesartan
### For Consumer Purchases Only
### Deadline for Submission is _____, 20__

## Part 1: Claimant Information

First Name | M.I. | Last Name

Mailing Address: Number and Street or P.O. Box

City | State | Zip Code

Email Address | Phone Number

If you received a notice containing a Class Member ID, please enter below. If more than one was received, please list all.

## Part 2: Prescription Information

Please fill out the below information as best as you can. **Omitting certain fields (particularly, fields that include the statement "If Known") will NOT result in a denial of your claim**. However, the more information you are able to provide in this Claim Form, the more likely your claim will be approved. Before completing this Claim Form, review the Claim Form Instructions to determine which prescriptions are currently eligible for claims. Be sure to match the date and version number at the bottom of this Claim Form to the Claim Form Instructions.

| Qualifying Hetero Valsartan Claims | Drug Purchased | Number of Pills in Prescription (30, 60, 90 Day) | Total Number of Prescriptions and Refills |
|---|---|---|---|
| | | | |
| NDC Code (**If Known**) | Estimated First Fill Date (MM/YY) | Estimated Last Fill Date (MM/YY) | List All Pharmacies |
| | | | |

Did you pay more than $40 out of pocket for any prescription, or more than $120 total? (documentation is required) | Yes | No

| Qualifying Aurobindo Irbesartan Claims | Drug Purchased | Number of Pills in Prescription (30, 60, 90 Day) | Total Number of Prescriptions and Refills |
|---|---|---|---|
| | | | |
| NDC Code (**If Known**) | Estimated First Fill Date (MM/YY) | Estimated Last Fill Date (MM/YY) | List All Pharmacies |
| | | | |

Did you pay more than $10.71 out of pocket for any prescription, or more than $128.52 total? (documentation is required) | Yes | No

| Qualifying Vivimed Losartan Claims | Drug Purchased | Number of Pills in Prescription (30, 60, 90 Day) | Total Number of Prescriptions and Refills |
|---|---|---|---|
| | | | |
| NDC Code (**If Known**) | Estimated First Fill Date (MM/YY) | Estimated Last Fill Date (MM/YY) | List All Pharmacies |
| | | | |

Did you pay more than $4.30 out of pocket for any prescription, or more than $43 total? (documentation is required) | Yes | No

As stated above, it is **NOT REQUIRED** that you know all of the above-requested information in order to submit a valid claim. For more information, please see the **Claim Form Instructions provided with this Claim Form.** You can also visit the Settlement Website www.WEBSITE.com, email info@SettlementWebsite.com, or call 1-###-###-#### for help.

## Part 3: Sign and Date Claim Form

I declare under penalty of perjury under the laws of the United States of America, that the information provided in this Claim Form is true and correct to the best of my knowledge and belief.

Signature of Class Member | Date (MM/DD/YYYY)

Print Name