EISNERAMPER

EAG Gulf Coast, LLC

## Exhibit B: TPP Claim Form

In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation (MDL No. 2875) | U.S. District Court for the District of New Jersey

# Valsartan, Losartan, and Irbesartan Purchaser Claim Form
## For Third Party Payor Claims Only
## Deadline for Submission is _____, 20__

## Part 1:  Claimant Information

Contact First Name

Contact Last Name

Company/Firm/Health Plan Name

Contact Title

Mailing Address: Number and Street or P.O. Box

Phone Number

Address 2

Email Address

City

State    Zip Code

Class Member ID, if known

Tax Identification Number

Authorized Agent ID*

*If you are acting as an authorized agent, filing this claim on behalf of another, please contact the Settlement Administrator.

If your company/health plan operated under any other names/Tax IDs in the Class Period, please list them below.

## Part 2:  Prescription Information

Before completing this Claim Form, review the Claim Form Instructions to determine which prescriptions are currently eligible for claims.  Be sure to match the date and version number at the bottom of this Claim Form to the Claim Form Instructions.

| | Drug Purchased | NDC Code(s) | Total Dollars Paid |
|---|---|---|---|
| **Prescription 1** | | | |
| **Prescription 2** | Drug Purchased | NDC Code(s) | Total Dollars Paid |
| | | | |
| **Prescription 3** | Drug Purchased | NDC Code(s) | Total Dollars Paid |
| | | | |

Supporting documentation is required for your Claim(s). For more information on which prescriptions to include, how to provide supporting documentation, and what certification is required, **please review the Claim Form Instructions.** You can also visit the Settlement Website www.WEBSITE.com, email info@SettlementWebsite.com, or call 1-###-###-#### for help.

## Part 3: Sign and Date Claim Form

I declare under penalty of perjury under the laws of the United States of America, that the information provided in this Claim Form is true and correct to the best of my knowledge and belief.

Signature of Class Member Representative

Date (MM/DD/YYYY)

Print Name

Title