## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge<br><br>**ORDER EXTENDING DEADLINE FOR ZHP DEFENDANTS TO FILE MOTION TO SEAL THE JANUARY 23, 2026 LETTER (ECF NO. 3236)** |

**THIS MATTER** having been brought before the Court by way of a February 2, 2026 email from Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants") to Special Master Hon. Thomas I. Vanaskie (Ret.), through their counsel, Skadden, Arps, Slate, Meagher & Flom LLP, requesting an extension of time from February 6, 2026 to fourteen (14) days after the Court issues its order on the ZHP Defendants' Motion to Seal the September 16, 2025 Letter (ECF No. 3186) for the ZHP Defendants to file a motion to seal the January 23, 2026 letter (ECF No. 3236), and with the consent of Plaintiffs' counsel, it is hereby **ORDERED** that the requested extension is **GRANTED**.

**IT IS** on this 3rd day of February, 2026,

**ORDERED**, that the ZHP Defendants shall have up to and including fourteen (14) days after the Court issues its order on the ZHP Defendants' Motion to Seal the September 16, 2025 Letter (ECF No. 3186) to file their motion to seal the January 23, 2026 letter (ECF No. 3236).

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master