# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------

IN RE: VALSARTAN, LOSARTAN AND
IRBESARTAN PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

GLORIA KNIGHT v. HETERO LABS,
LTD., et al.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:21-cv-6383-RMB-SAK

MDL No. 1:19-md-2875-RMB-SAK

---------------------------------------------------------

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Gloria Knight, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal of all claims asserted against all defendants in this action, with prejudice, in the above-referenced matter.  Specifically, Rule 41(a)(1)(A)(i) sets out that plaintiffs may voluntarily dismiss their claims without a court order by notice at any time prior to the defendants filing an answer or moving for summary judgement.  No answer or summary judgement motion having been filed, Plaintiff's request is permitted as of the filing of this notice.

Dated: 02/17/2026

Respectfully Submitted by,
/s/ Sejal K. Brahmbhatt
Sejal K. Brahmbhatt, Esq.
Williams Hart & Boundas, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Tel: (713) 230-2200
Fax: (713) 643-6226
sbrahmbhatt@whlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, a copy of the foregoing NOTICE OF DISMISSAL was filed electronically.  Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.  In Addition, a copy of the foregoing was produced via the MDL Centrality system.

/s/ Sejal K. Brahmbhatt
Sejal K. Brahmbhatt