**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VISINAGE**

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875 |
| This document relates to: *All Actions* | Hon. Renée Marie Bumb Hon. Thomas I. Vanaskie |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

Kindly withdraw my appearance as counsel of record for Defendant Albertsons

Companies LLC ("Albertsons"), in the above-captioned action. Other attorneys of record at

Buchanan Ingersoll & Rooney PC will continue to represent Albertsons in this matter.

Dated: February 20, 2026            Respectfully Submitted,

*/s/ Jonathan D. Janow*
Jonathan D. Janow (admitted pro hac vice)
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, N.W., Suite #300
Washington, DC 20006-3807
Tel: (202) 452-7900
Fax: (202) 452-7989
Email: jonathan.janow@bipc.com

*Counsel for Defendant Albertsons Companies LLC*

4905-8675-0608, v. 1