# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°
Cory J. Rothbort*°

Karen G. Kelsen°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson
Carissa M. Thompson

°Member of N.J. & N.Y. Bars

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

March 4, 2026

**_VIA ECF_**

Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey  0810

Honorable Thomas I. Vanaskie (Ret.)
Special Master
Stevens & Lee
1500 Market St., East Tower,
 Suite 1800
Philadelphia, Pennsylvania 19103

Re:　***In re Valsartan, Losartan, and Irbesartan Liability Litigation**,*
　　**Case No. 1:19-md-02875 (D.N.J.)**

Dear Chief Judge Bumb and Judge Vanaskie:

Please accept this letter on behalf of the Plaintiffs in advance of the March 6, 2026 case management conference.

## 1. Wave Three Bellwether Process.

The Parties have submitted letters outlining and then responding to their proposals. Plaintiffs will be prepared to address this issue with the Court during the conference.

Honorable Renée Marie Bumb, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
March 4, 2026
Page 2

## 2. Additional Case Management Steps in Personal Injury Cases.

It is premature to discuss additional case management steps prior to determining the Wave Three bellwether process. Once that process is finalized, the Parties can meet and confer regarding any additional case management steps, to the extent they are necessary.

## 3. PFS / Product ID deficiencies.

Plaintiffs will be prepared to discuss this topic at the hearing.

Respectfully,

ADAM M. SLATER

Cc: All counsel of record (via ECF)