# Attachment 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | **Civil Action No. 1:19-md-2875**<br><br>**Honorable Renée Marie Bumb**<br>**District Judge** |

**CERTIFICATION OF COUNSEL**

Pursuant to the Court's [DATE] order [Dkt. Cite], I certify that on _____ (date), I conferred with my client and state the following:

1. Plaintiff's Name: _____

2. Plaintiff's Counsel: _____

3. Plaintiff's Civil Action No.: _____

4. Cancer Origin and Type: _____

(If Applicable) The initially named plaintiff is deceased.

His or her date of death is _____.

I conferred with _____ as the representative for the initially named plaintiff's estate and will file the necessary substitution paperwork.

I have investigated the claims set forth in my client's most recent Short Form Complaint dated _____ by conferring with my client and by reviewing the information available to me through discovery and other sources. Based on this investigation, I concluded that there is a good faith basis under Fed. R. Civ. P. 11 to proceed forward with Plaintiff's claim against each defendant named in my client's most recent Short Form Complaint.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

DATE:_____          _____

SIGNED: