# Exhibit C

**From:** Vanaskie, Thomas I. <thomas.vanaskie@stevenslee.com>
**Sent:** Wednesday, February 18, 2026 4:52 PM
**To:** Daniel Nigh <dnigh@nighgoldenberg.com>
**Cc:** Valsartan PEC <valpec@kirtlandpackard.com>; DEC Valsartan List (DECValsartan@btlaw.com) <decvalsartan@btlaw.com>
**Subject:** [EXTERNAL] RE: Plaintiffs' proposal for Wave 3 and Wave 4 Cases

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Dear Counsel,

In order to narrow the issues that need to be discussed during the next CMC, please respond to your opposing counsel's letters of today by no later than Feb. 27, 2026, indicating what matters are agreed to and what matters need to be resolved by the Court.  Thanks.

Tom Vanaskie

**Hon. Thomas I. Vanaskie (Ret.)**
**Stevens & Lee**
1500 Market Street, East Tower, Suite 1800
Philadelphia, PA  19102
T: 215-568-7560
F: 610-371-7360
425 Biden Street, Suite 300
Scranton, PA
F: 610-371-7360
thomas.vanaskie@stevenslee.com

**From:** Daniel Nigh <dnigh@nighgoldenberg.com>
**Sent:** Tuesday, February 17, 2026 6:19 PM
**To:** Vanaskie, Thomas I. <thomas.vanaskie@stevenslee.com>
**Cc:** Valsartan PEC <valpec@kirtlandpackard.com>; DEC Valsartan List (DECValsartan@btlaw.com) <decvalsartan@btlaw.com>
**Subject:** Plaintiffs' proposal for Wave 3 and Wave 4 Cases

Dear Judge Vanaskie:

Attached is Plaintiffs' proposal for Wave 3 and Wave 4 cases. Please let us know if you need anything else.

Sincerely,

Daniel Nigh

1

## Daniel Nigh

Founding Partner



Nigh Goldenberg Raso & Vaughn, PLLC

14 Ridge Square NW | Third Floor | Washington, D.C. | 20016

D  -  (850) 600-8090

T  -  (202)-792-7927-102

F  -  (612)-792-7927

nighgoldenberg.com

   

This email may contain privileged and confidential information and is solely for the use of the sender's intended recipient(s). If you received this email in error, please notify the sender by reply email and delete all copies and attachments. Thank you.

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.