## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                              **March 6, 2026**
                                                            **DATE OF PROCEEDINGS**


**CHIEF JUDGE RENÉE M. BUMB**

**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:   JOHN KURZ**

                                        Docket # 19-md-2875 (RMB)(SAK)

**TITLE OF CASE**:

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
As stated on the record.

**NATURE OF PROCEEDINGS:    CASE MANAGEMENT CONFERENCE**

Case Management Conference held on the record via Teams videoconference.


Time Commenced: 10:00a.m.        Time Adjourned: 11:10a.m.


Total Time: 1 hour 10 minutes

                                        Lawrence MacStravic
                                        Deputy Clerk