

Victoria Davis Lockard
Tel 678.553.2103
Fax 678.553.2104
lockardv@gtlaw.com

March 31, 2026

**<u>VIA ECF</u>**

The Honorable Renée Marie Bumb
United States District Court Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Special Master the Honorable Thomas Vanaskie
Stevens & Lee
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19103

> Re: ***In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation.*, U.S. District Court for the District of New Jersey; Case No. 1:19-md-02875**

Dear Judge Bumb and Special Master Vanaskie:

This letter is to provide Defendants' positions with respect to the topics on the agenda for the Case Management Conference with the Court on April 2, 2026. Defendants do not expect the need to discuss any confidential materials as part of these agenda items.

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 2

## 1. Wave 3 Bellwether Status Update

Defendants confirm the parties are on track to meet the deadlines set forth in the Court's March 18, 2026 Order Establishing Case Management Schedule for Wave Three Bellwether Cases (ECF No. 3261).

## 2. Plaintiff Fact Sheet Deficiencies and Orders to Show Cause

**Cases Addressed at the March 6, 2026 Case Management Conference:**

The Court issued five show cause orders returnable at the April 2, 2026 Case Management Conference:

1. *Carol Ellis v. Aurobindo, et al.* – 25-cv-1839
2. *Joseph Butler v. Amerisource Bergen, et al.* – 25-cv-14547
3. *Larry Horn v. ZHP, et al.* – 25-cv-18061
4. *Craig Nash v. ZHP, et al.* – 25-cv-18040
5. *Ray Wilkes v. Aurobindo Pharma, et al.* – 25-cv-17675

The issues in the *Butler* and *Ellis* matters remain unresolved, but the parties agree to an extension of the show cause orders until the next case management conference.

The issues in the *Nash* matter are resolved and the order to show cause may be withdrawn.

The issues in the *Wilkes* and *Horn* matters remain, and Defendants request their dismissal.

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 3

**Second Listing Cases – Order to Show Cause Requested:**

Pursuant to CMO-16, the Plaintiff Fact Sheets in the below cases are substantially incomplete and contain core deficiencies. Each of these cases were previously listed on the agenda for a prior CMC. This list was provided to Plaintiffs' leadership on March 25, 2026, and a meet and confer was held on March 30, 2026. Defendants have also been available for further discussion as needed. Accordingly, Defendants request that an Order to Show Cause be entered in each of these cases, returnable at the next case management conference, as to why these cases should not be dismissed.

|    | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|----|-----------|------------------|----------|--------------|-----------------|
| 1. | Martin Gojcaj | 25-cv-19122 | Peiffer Wolf Carr Kane Conway & Wise | Authorizations must be individualized. | 2/16/26 |
| 2. | James Barnette | 25-cv-16332 | Nigh Goldenberg | Health care authorizations must be individualized.<br><br>Cancer diagnosis unclear from submitted records. | 2/24/26 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 4

| 3. | Lester Medearis | 25-cv-17959 | Nigh Goldenberg | No PFS Filed | PFS Due – 2/1/26 |
|---|---|---|---|---|---|
| 4. | Allen Gouse | 25-cv-17942 | Nigh Goldenberg | No PFS Filed | PFS Due – 2/1/26 |
| 5. | James Lynam | 25-cv-18039 | Nigh Goldenberg | No PFS Filed | PFS Due – 2/3/26 |
| 6. | James Bright | 25-cv-18059 | Nigh Goldenberg | No PFS Filed | PFS Due – 2/3/26 |
| 7. | Willard Bohn | 25-cv-18046 | Nigh Goldenberg | No PFS Filed | PFS Due – 2/3/26 |
| 8. | Timothy Zimmerman | 25-cv-18045 | Nigh Goldenberg | No PFS Filed | PFS Due – 2/3/26 |
| 9. | Marcia Myers | 25-cv-18267 | Nigh Goldenberg | No PFS Filed | PFS Due – 2/10/26 |
| 10. | Alan Ropke | 25-cv-18474 | Nigh Goldenberg | No PFS Filed | PFS Due – 2/11/26 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 5

| 11. | Ricky Ellis | 25-cv-18634 | Nigh Goldenberg | No PFS Filed | PFS Due – 2/16/26 |
| --- | --- | --- | --- | --- | --- |
| 12. | Leah Wesley | 25-cv-18707 | Nigh Goldenberg | No PFS Filed | PFS Due – 2/18/26 |
| 13. | Andrea Thomas | 25-cv-18764 | Nigh Goldenberg | No PFS Filed | PFS Due – 2/18/26 |
| 14. | Kenny Ladd | 23-cv-1620 | Antin, Ehrilich & Epstein | No PFS Filed/No SFC filed. | PFS Due – 5/24/23 |
| 15. | April Williams | 25-cv-11843 | Latasha Green-Cobb | No PFS Filed/No SFC filed. | PFS Due – 8/16/25 |

**<u>First Listing Cases – Remaining Core Deficiencies:</u>**

Pursuant to CMO-16, the Plaintiff Fact Sheets in the below cases are substantially incomplete and contain core deficiencies. Each of these cases were previously listed on the agenda for a prior CMC. This list was provided to Plaintiffs' leadership on March 25, 2026, and a meet and confer was held on March 30, 2026. Defendants have also been available for further discussion as needed. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to resolve these deficiencies.

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 6

| | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 1. | James Hall v. Express Scripts | 20-cv-7978 | Watts Law Firm | No pharmacy records | 3/18/26 |
| 2. | Donald McCauley v. Express Scripts | 20-cv-8496 | Watts Law Firm | No pharmacy records; no authorizations; no medical records. | 3/18/26 |
| 3. | John Panos | 25-cv-17773 | Nigh Goldenberg | Must provide one undated authorization with name and address of each provider/facility/pharmacy listed in PFS<br><br>No health insurance authorization with witness signature. | 3/5/26 |
| 4. | Steven Glau | 25-cv-17972 | Nigh Goldenberg | Must provide one undated authorization with name and address of each provider/facility/pharmacy listed in PFS<br><br>No health insurance authorization with witness signature | 3/16/26 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 7

| 5. | Hillary Okafor | 25-cv-17569 | Morgan & Morgan | Must provide one undated authorization with name and address of each provider/facility/pharmacy listed in PFS<br><br>Incorrectly filled out health insurance authorization | 3/24/26 |
|---|---|---|---|---|---|
| 6. | Stephen Hnatew | 25-cv-18057 | Nigh Goldenberg | Must provide one undated authorization with name and address of each provider/facility/pharmacy listed in PFS<br><br>Incorrectly filled out health insurance authorization | 3/24/26 |
| 7. | Brian Schuman | 25-cv-17809 | Nigh Goldenberg | Health care authorizations missing printed name.<br><br>Missing health insurance authorizations for some insurers listed on PFS | 3/24/26 |
| 8. | William Schreiber | 26-cv-812 | Farr, Farr, Emerich, Hackett, Carr & Holmes P.A. | No PFS Filed | PFS Due – 3/26/26 |
| 9. | Nancy Moore | 26-cv-709 | Nigh Goldenberg Raso & Vaughn | No PFS Filed | PFS Due – 3/28/26 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 8

| | | | | | |
|---|---|---|---|---|---|
| 10. | Mona Dunn | 26-cv-705 | Nigh Goldenberg Raso & Vaughn | No PFS Filed | PFS Due – 3/28/26 |
| 11. | Patrick Quilty | 26-cv-713 | Nigh Goldenberg Raso & Vaughn | No PFS Filed | PFS Due – 3/28/26 |
| 12. | Tina Wiltshire | 25-cv-18769 | Nigh Goldenberg Raso & Vaughn | No PFS Filed | PFS Due – 3/28/26 |
| 13. | Linda Todd | 26-cv-851 | Nigh Goldenberg Raso & Vaughn | No PFS Filed | PFS Due – 3/30/26 |
| 14. | Suhail Sawaged | 26-cv-865 | Nigh Goldenberg Raso & Vaughn | No PFS Filed | PFS Due – 3/30/26 |
| 15. | Robert Chovan | 26-cv-883 | Nigh Goldenberg Raso & Vaughn | No PFS Filed | PFS Due – 3/30/26 |

### 3. Product Identification Deficiencies and Orders to Show Cause

**Cases Addressed at March 6, 2026 Case Management Conference:**

The Court issued one show cause order returnable at the April 2, 2026 Case

Management Conference:

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 9

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 1. Michael Maeweathers | 21-cv-09937 | Nigh Goldenberg | No NDC codes | Torrent Private Limited, Torrent Pharma, Inc., and Torrent Pharmaceuticals, Ltd. | 12/10/25 |

The issues in the *Maeweathers* matter remain and the Requesting Manufacturer Defendants request that the listed entities be dismissed from the matter with prejudice.

**Second Listing Cases – Order to Show Cause Requested:**

The following product identification issues remain unresolved. This list was provided to Plaintiffs' leadership on March 25, 2026, and a meet and confer was held on March 30, 2026. Defendants have also been available for further discussion as needed. This is the second time these cases have been listed on this agenda. Accordingly, the Requesting Manufacturer Defendants request that an Order to Show Cause be entered in each of these cases, returnable at the next case management conference, as to why the listed entities should not be dismissed from these cases.

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 10

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 1. Martin Gojcaj | 25-cv-19122 | Peiffer Wolf Carr | No Teva product. | Teva Pharmaceuticals USA, Inc. | 2/24/26 |
| 2. James Barnette | 25-cv-16332 | Nigh Goldenberg | Only Mylan product identified post-dates the recall and is thus not subject to this litigation. | Mylan Laboratories Ltd., Mylan N.V., and Mylan Pharmaceuticals Inc. | 2/4/26 |
| 3. Robert Ellis | 25-cv-14602 | Nigh Goldenberg | Only Aurobindo product identified post-dates the recall and is thus not subject to this litigation. | Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma, LLC | 1/21/26 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 11

## First Listing Cases – Order to Show Cause Requested:

The following product identification issues remain unresolved. This list was provided to Plaintiffs' leadership on March 25, 2026, and a meet and confer was held on March 30, 2026. Defendants have also been available for further discussion as needed. This is the first time these cases have been listed on this agenda. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to resolve these deficiencies.

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 1. Howard Cox | 19-cv-20849 | Nigh Goldenberg | No Teva Product | Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc. | 3/20/26 |
| 2. James Gibson | 20-cv-12117 | Douglas & London | No Teva Product | Arrow Pharm Malta Ltd. | 3/13/26 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 12

| | | | | | |
|---|---|---|---|---|---|
| 3. Stephen Hnatew | 25-cv-18057 | Nigh Goldenberg | No Aurobindo Product | Aurobindo Pharma, Ltd. and Aurobindo Pharma USA, Inc. | 3/10/26 |
| 4. Terri Stine | 19-cv-20214 | Axley Brynelson, LLP | No Aurobindo Product | Aurobindo Pharma, Ltd. and Aurobindo Pharma USA, Inc. | 3/10/26 |
| 5. Terese Fougere | 2019-cv-17597 | Pius A. Obioha | No Aurobindo Product | Aurobindo Pharma, Ltd. and Aurobindo Pharma USA, Inc. | 3/10/26 |
| 6. Donald Stewart | 2019-cv-21475 | Stark & Stark | No Aurobindo Product | Aurobindo Pharma, Ltd. and Aurobindo Pharma USA, Inc. | 3/9/26 |

Sincerely,

*/s/ Victoria Davis Lockard*
Victoria Davis Lockard, Esq.

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 13


cc: All counsel of record (via ECF)