# Morgan Lewis

**John P. Lavelle, Jr.**
Partner
+1.609.919.6688
john.lavelle@morganlewis.com

April 9, 2026

**VIA ECF**

Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey 08102

> Re:    *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*
>         No. 1:19-md-2875-RMB (D.N.J.)

Dear Judge Bumb:

We are pleased to report that an agreement in principle has been reached between Plaintiffs' leadership and Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma, LLC (the "Aurobindo Defendants") to establish a settlement program for personal injury claims with respect to Aurobindo valsartan filed or placed on the Plaintiffs' census on or before April 8, 2026 at 5:00 pm Eastern Time. The settlement still must be documented, but it will contain a complete release of claims against all downstream entities with respect to Aurobindo valsartan (including claims against manufacturers, suppliers, wholesalers, distributors, retailers, and pharmacies) for any plaintiff who elects to participate. Given this agreement in principle, which Plaintiffs and the Aurobindo Defendants expect will resolve substantially all product liability claims concerning Aurobindo valsartan, the Aurobindo Defendants and the Plaintiffs respectfully request that cases involving Aurobindo valsartan be removed and excluded from the Wave Three bellwether pool of cases (consistent with the exclusion of Mylan and Hetero valsartan as set forth in ECF No. 3261, Order Establishing Case Management Schedule for Wave Three Bellwether Cases).

We can be available at the Court's convenience if there are any questions about this settlement in principle or how it affects the Wave Three bellwether pool.

Respectfully,

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.

\* *So ordered*

SO ORDERED this ____ day
Of _____ 20 __
Chief United States District Judge

**Morgan, Lewis & Bockius LLP**

502 Carnegie Center
Princeton, NJ  08540-6241            **T** +1.609.919.6600
United States                                    **F** +1.877.432.9652

A Pennsylvania Limited Liability Partnership | Michelle Silverman, Partner-in-Charge