# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge<br><br>**ORDER EXTENDING DEADLINES FOR PLAINTIFFS TO FILE ANY OBJECTION TO SPECIAL MASTER ORDER ON THE ZHP MOTION TO SEAL (ECF 3267) AND FOR ZHP DEFENDANTS TO FILE JOINT MOTION TO SEAL THE JANUARY 23, 2026 LETTER (ECF 3236)** |

**THIS MATTER** having been brought before the Court by way of an April 27, 2026 email from Plaintiffs to Special Master Hon. Thomas I. Vanaskie (Ret.), through their counsel, Mazie Slater Katz & Freeman, LLC, requesting a short extension of time, from April 29, 2026, to May 1, 2026, for Plaintiffs to file any objection to the Special Master Order on the ZHP Motion to Seal (ECF 3267) and an extension of time from April 22, 2026, to the later of May 15, 2026 or two weeks after the Court resolves any objection to the Special Master's Order for the Parties to continue meeting and conferring as to whether a joint motion to seal the January 23, 2026 letter (ECF 3236), is appropriate, and with the consent of the counsel of

Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants"), it is hereby **ORDERED** that the requested extensions are **GRANTED**.

**IT IS** on this 27th day of April 2026,

**ORDERED**, that Plaintiffs shall have up to and including May 1, 2026 to file any objection to the Special Master Order on the ZHP Motion to Seal (ECF 3267).

**ORDERED**, that the ZHP Defendants shall have up to and including May 15, 2026 or until two weeks after the Court's resolution of any objection to the Special Master's Order to file a joint motion to seal the January 23, 2026 letter (ECF 3236).

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master