# EXHIBIT 1

**IN RE: VALSARTAN LOSARTAN AND IRBESARTAN
PRODUCTS LIABILITY LITIGATION
1:19-MD-02875-RMB-SAK**

**WAVE 3 ELIGIBLE PERSONAL INJURY CASE LIST**
May 6, 2026

| # | Plaintiff Name | Docket | Cancer Type |
|---|---|---|---|
| 1. | ABDULLAHI, BURLIA | 1:21-cv-02885 | Liver |
| 2. | ANDREWS, BENJAMIN | 1:21-cv-10908 | Colon |
| 3. | ANTONACCI, KATHLEEN | 1:21-cv-12673 | Colon |
| 4. | AXT, PHYLLIS | 1:20-cv-08050 | Colon |
| 5. | BARBER, GALE | 1:22-cv-05051 | Colon |
| 6. | BARBER, GLORIA | 19-cv-7802 | Colon |
| 7. | BARKSDALE, JIM | 1:20-cv-07112 | Colon |
| 8. | BEHNING, ANN | 20-cv-3254 | Colon |
| 9. | BERHE, TSEGHAI | 1:25-cv-02120 | Colon |
| 10. | BIRD, SUSAN | 1:20-cv-07855 | Colon |
| 11. | BOCCIA, JOSEPH | 1:20-cv-09585 | Colon |
| 12. | BONVENTRE, DEBRA | 1:20-cv-02188-RBK-JS | Liver |
| 13. | BOWMAN, NANCI | 1:20-cv-07688 | Colon |
| 14. | BOYD, JOHN | 1:20-cv-07873 | Colon |
| 15. | BRADSHAW, STEVE | 1:19-cv-10046-RBK-JS | Liver |
| 16. | BRADY, THOMAS | 1:20-cv-6399 | Colon |
| 17. | BRANOVAN, DEBRA | 1:21-cv-16522 | Liver |
| 18. | BRANYON, TERRANCE | 1:24-cv-10837 | Colon |
| 19. | BROWN, DAISY | 20-cv-01836 | Colon |
| 20. | BROWN, WYLETTE | 1:20-cv-08714-RBK-JS | Colon |
| 21. | BRYSON, KENNETH | 1:20-cv-08908 | Colon |
| 22. | CAIN, FRANCES | 1:22-cv-02835 | Colon |
| 23. | CAMBRON, JOHN | 1:20-cv-09345 | Colon |
| 24. | CAREY, JAMES | 1:26-cv-01500 | Liver |
| 25. | CARUSO, SALVATORE | 1:20-cv-05897 | Colon |
| 26. | CAUDILL, CHERYL | 1:19-cv-14900 | Colon |
| 27. | CHARNEY, MARCIA | 1:20-cv-20116 | Colon |
| 28. | CHERRY, LOUIS | 1:20-cv-05370 | Colon |
| 29. | CLARK, THOMAS | 1:20-cv-08556 | Colon |
| 30. | COCHRAN, LESLIE | 1:20-cv-07440-RBK-JS | Liver |
| 31. | COLE, MINA | 1:23-cv-00501 | Liver |
| 32. | CONWAY, DORETHA | 21-cv-12884 | Colon |
| 33. | COX, HOWARD | 1:19-cv-20849 | Liver |
| 34. | DARABARIS, JEREMY | 1:22-cv-01048 | Colon |
| 35. | DAVE, PEARLEATHA | 1:20-cv-06879 | Colon |
| 36. | DICKERSON, GEORGE | 1:20-cv-07255 | Colon |
| 37. | DILBECK, WALTER | 1:19-cv-15443 | Liver |

| | | | |
|---|---|---|---|
| 38. | DUELLO, DENIS | 1:20-cv-01758 | Colon |
| 39. | ELLIS, GRACIE | 1:22-cv-03382 | Colon |
| 40. | ESCALANTE, MARIA | 1:21-cv-11688 | Colon |
| 41. | FANALE, CLARA | 1:20-cv-4557 | Colon |
| 42. | FERGUSON, MICHAEL | 1:21-cv-15425 | Colon |
| 43. | FERGUSON, THELMA | 1:20-cv-4547 | Colon |
| 44. | FERNANDEZ, GUILLERMO | 22-cv-02948 | Rectal |
| 45. | FINKEL, BEVERLY | 1:21-cv-00626 | Colon |
| 46. | FISHER, DARRYL | 1:21-cv-11225 | Colon |
| 47. | FONG, CARL | 1:21-cv-19747 | Colon |
| 48. | FOXWELL, ROBERT | 1:20-cv-08077 | Liver |
| 49. | FRANCKEN, STEVEN | 1:25-cv-15784 | Colon |
| 50. | GOLBERG, ROBERT | 20-cv-8792 | Colon |
| 51. | GROENDYK, LARRY | 1:21-cv-06273 | Colon |
| 52. | GUGLIELMI, HENRY | 1:22-cv-00440 | Colon |
| 53. | HAMILTON, JEANETTE | 1:21-cv-13531 | Colon |
| 54. | HARPER, APRIL | 1:19-cv-01618 | Colon |
| 55. | HARRISON, SCOTT | 1:20-cv-16412 | Liver |
| 56. | HERNANDEZ, KATHLEEN | 1:23-cv-23144 | Colon |
| 57. | HODAN, RICHARD | 1:20-cv-08671-RBK-JS | Colon |
| 58. | HOPPUS, JESSE | 1:20-cv-14967 | Colon |
| 59. | HOUGHTALING, LORRAINE | 1:21-cv-12145 | Colon |
| 60. | HULL, HARVEY | 20-cv-15620 | Colon |
| 61. | HUNSBERGER, MARY | 1:25-cv-3338 | Colon |
| 62. | HUPP, BILLIE | 1:21-cv-04900 | Colon |
| 63. | HURST, VELMA | 1:21-cv-04901 | Colon |
| 64. | JONES, AUDREY | 20-cv-02795 | Colon |
| 65. | JONES, LETHA | 1:20-cv-14043 | Colon |
| 66. | KLEINMAN, PRISCILLA | 1:19-cv-07152 | Colon |
| 67. | KOOTEN, TODD | 1:20-cv-02249 | Colon |
| 68. | LAFIN, ROBERT | 1:21-cv-9663 | Colon |
| 69. | LAUGHLIN, LUCINDA | 1:21-cv-8068 | Colon |
| 70. | LAWLER, ROBINETTE | 20-cv-19687 | Colon |
| 71. | LAWRENCE, PAUL | 1:25-cv-18080 | Colon |
| 72. | LEBLANC, CLAIRE | 1:20-cv-3643 | Colon |
| 73. | LEE, MARY | 1:20-cv-06087-RBK-JS | Colon |
| 74. | LEE, WILLIAM RAY o/b/o Lee Varice | 20-cv-11086 | Liver |
| 75. | LLOYD, SHELLEY o/b/o Wanda Stephens | 20-cv-07706 | Colon |
| 76. | LYONS, JAMES | 1:20-cv-2565 | Colon |
| 77. | LYONS, JOHN | 1:20-cv-04402 | Colon |
| 78. | MADDEN, BRENDA | 1:20-cv-06891 | Colon |
| 79. | MALDONADO, RAMON | 1:20-cv-11120 | Colon |
| 80. | MAREK, JOSEPH | 1:25-cv-3389 | Liver |
| 81. | MARTIN, CHARLES | 1:21-cv-10072 | Colon |

| | | | |
|---|---|---|---|
| 82. | MARTIN, NATALIE | 22-cv-3335 | Colon |
| 83. | MCCULLOUGH, BARBARA | 1:22-cv-01574 | Liver |
| 84. | MEALS, DEBORAH | 1:19-cv-20852 | Colon |
| 85. | MEDEARIS, LESTER | 1:25-cv-17959 | Colon |
| 86. | MENENDEZ, EMILIO | 1:22-cv-04539 | Liver |
| 87. | MEYER, MARILYN | 1:20-cv-03594 | Colon |
| 88. | MILICI, ANTHONY | 1:20-cv-18929 | Colon |
| 89. | MINER, BRUCE | 1:20-cv-08530 | Colon |
| 90. | MIRABILE, CARL | 1:22-cv-04254 | Liver |
| 91. | MOSER, ARLENE | 1:20-cv-14731 | Liver |
| 92. | MOTES, CALVIN | 21-cv-20442 | Liver |
| 93. | NEMETH, KAREN | 20-cv-6417 | Colon |
| 94. | OLVERA, JOSE | 1:20-cv-11119 | Colon |
| 95. | PALLEN, GARY | 1:20-cv-1579 | Colon |
| 96. | PARKER, LORI | 1:24-cv-11513 | Colon |
| 97. | PARKS, JANICE | 1:23-cv-04155 | Colon |
| 98. | PAULEY, DAVID | 1:22-cv-05469 | Colon |
| 99. | PERDUE, NELSON | 1:20-cv-02846 | Liver |
| 100. | PHAGAN, DAVID | 1:19-cv-20856-RBK-JS | Colon |
| 101. | PITTMAN, MARCUS | 1:22-cv-06395 | Colon |
| 102. | POLEDORE, ELLA | 1:20-cv-01056-RBK-JS | Colon |
| 103. | POLK, JAMES | 1:21-cv-13582 | Colon |
| 104. | REBER, DENNIS | 1:19-cv-15101 | Colon |
| 105. | REILLY, EUGENE | 1:20-cv-02216 | Colon |
| 106. | RIDLEY, MARCIA | 1:21-cv-10465 | Colon |
| 107. | RYAN, MARIA | 20-cv-8833 | Colon |
| 108. | SALE, HENRY | 22-cv-00250 | Liver |
| 109. | SAVELLI, RAYMOND | 1:20-cv-16089-RBK-JS | Colon |
| 110. | SCOTT, MARTIN | 1:21-cv-17216 | Colon |
| 111. | SEN, RANJIT | 1:19-cv-07143 | Colon |
| 112. | SIERRA, DAVID | 1:23-cv-21738 | Colon |
| 113. | SMITH, KARLENE | 22-cv-06277 | Colon |
| 114. | SNYDER OSBORNE, LACEY o/b/o Eleanor Osborne | 21-cv-12902 | Colon |
| 115. | STALLINGS, GARY | 1:20-cv-01062 | Colon |
| 116. | STONE, ALAN | 1:20-cv-15654 | Colon |
| 117. | STRICKLAND, CONNIE | 20-cv-8839 | Colon |
| 118. | SYKES, ROSE | 1:20-cv-08203-RBK-JS | Colon |
| 119. | TALUSAN, ELOISA | 1:20-cv-7993 | Colon |
| 120. | THATCHER, LAWRENCE | 1:21-cv-16246 | Colon |
| 121. | THOMPSON, JAMES | 1:20-cv-14554 | Colon |
| 122. | TOLLEY, MARGARET | 1:21-cv-10130 | Colon |
| 123. | TORIELLO, DEBORAH | 1:21-cv-17093 | Liver |
| 124. | UDELL, GLEN | 20-cv-01708 | Colon |
| 125. | VALENTINE, KATHY M. | 20-cv-17202 | Colon |

| | | | |
|---|---|---|---|
| 126. | VANDER, ARNOLD | 1:20-cv-10244 | Colon |
| 127. | WAITZ, LEE | 21-cv-15427 | Colon |
| 128. | WEEKS, EARL | 1:20-cv-10355 | Colon |
| 129. | WEYGANDT, ROBERT | 1:19-cv-20970-RBK-JS | Colon |
| 130. | WILLIAMS, AIRLEAN | 1:20-cv-01291 | Colon |
| 131. | WILLIAMS, REBECCA | 20-cv-8845 | Colon |
| 132. | WILLIAMS, THOMAS | 1:20-cv-03196/1:19-cv-06849 | Colon |
| 133. | WILLIS, JAMES | 1:22-cv-05352 | Liver |
| 134. | WILMOTH, KIMBERLY | 1:20-cv-08734 | Liver |
| 135. | WINIECKI, DANIEL | 1:19-cv-07153 | Colon |