**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 19-2875 (RMB/SAK)<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon the parties' submissions [Docket Nos. 3283, 3284] and the Case Management Conference ("CMC") held on May 8, 2026; and the parties having advised the Court regarding their disagreement about certain Wave 3 bellwether outstanding issues, in particular how candidate cases will be selected; and the Court having expressed its concerns regarding the ongoing delay in this multi-district litigation ("MDL"), which has been pending for several years without a bellwether case having been tried; and the Court balancing the concerns raised by the Court and the parties regarding delay, fairness to both sides, representativeness of the bellwether pool, and possible manipulation of the bellwether pool; and the Court finding that the process described herein fairly balances these concerns;

**IT IS HEREBY**, on this **13th** day of **May 2026**,

**ORDERED** that the Wave Three bellwether cases, as described in the Court's Order dated March 18, 2026 [Docket No. 3261], shall include five (5) cases from the

overall eligible Wave Three bellwether pool, as well as five (5) alternate cases; and it is further

**ORDERED** that, of the five (5) bellwether cases, two (2) shall be selected by Plaintiffs, two (2) shall be selected by Defendants; and one (1) shall be randomly selected by the Special Master; and it is further

**ORDERED** that, of the five (5) alternate cases, two (2) shall be selected by Plaintiffs, two (2) shall be selected by Defendants; and one (1) shall be randomly selected by the Special Master; and it is further

**ORDERED** that the Court, in conjunction with the Special Master, shall select the bellwether case that proceeds to trial first, with the objective of selecting the most trial-ready and substantively informative case; and it is finally

**ORDERED** that the parties shall forthwith jointly submit a proposed order for the Court's review and signature that includes discovery and other deadlines for the selected cases that ensure the cases move expeditiously towards trial.

/s/**Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge

2