# EXHIBIT 1

**Log of Redactions in ZHP's September 16, 2025 Letter**

*In re Valsartan, Losartan, Irbesartan Products Liability Litigation,*  MDL No. 2875 (D.N.J.)

Revised May 18, 2026[1]

| REDACTION # | PAGE # | PRIVILEGE CLAIM | PRIVILEGE CLAIM DESCRIPTION |
|---|---|---|---|
| Redaction 1 | Page 2 | Work Product | Outside counsel's (R. Bernardo) characterization of internal communications between ZHP and Duane Morris discussing counsel's mental impressions of document requests. |
| Redaction 2 | Page 2 | Work Product | Paragraphs containing outside counsel's (R. Bernardo) characterization of an early draft of a spreadsheet prepared by Duane Morris that reveals counsel's mental impressions regarding  collection strategy for manufacturing-related document requests. |

[1] Consistent with Judge Vanaskie's April 8, 2026 Order, ZHP has removed the redaction in footnote 2.  ZHP has also revised its privilege log to remove entries related to that footnote.  In particular, ZHP removed one entry describing generally the redaction of footnote 2, as well as one entry logging a privileged document that was being described in footnote 2 to provide background for the redaction.

**Log of Underlying Document References in ZHP's September 16, 2025 Letter**

*In re Valsartan, Losartan, Irbesartan Products Liability Litigation,*  MDL No. 2875 (D.N.J.)

Revised May 18, 2026

| PRIVILEGE TYPE | FIRST BATES | LAST BATES | BEGATTACH | ENDATTACH | PARENT BATES | CHILD BATES | ATTACHMENT COUNT | CUSTODIAN | DUPLICATE CUSTODIANS |
|---|---|---|---|---|---|---|---|---|---|
| Fully Withheld | CTRL00002046 | CTRL00002046 | CTRL00002045 | CTRL00002049 | CTRL00002045 | N/A | N/A | Zhu_Lesley | Du_Jun |

An asterisk (*) indicates individuals or groups of individuals who, based on available information and a reasonable, good-faith belief, are legal personnel.

**Log of Underlying Document Referenced in ZHP's September 16, 2025 Letter**

*In re Valsartan, Losartan, Irbesartan Products Liability Litigation,*  MDL No. 2875 (D.N.J.)

Revised May 18, 2026

| FROM | TO | CC | BCC | SUBJECT | DATE SENT | DATE RECEIVED |
|---|---|---|---|---|---|---|
| Joseph Ferretti* <jsferretti@duanemorris.com> | Maggie Kong <kongxiaofang@huahaipharm.com> | Ralph Carter* <rcarter@duanemorris.com> Seth Goldberg* <sagoldberg@duanemorris.com> Alan Klein* <aklein@duanemorris.com> Han Lai <han.lai@fticonsulting.com> Jun Du <jun.du@prinstonpharm.com> Lesley Zhu <lesley.zhu@prinstonpharm.com> TechProject_Ichor <techproject_ichor@fticonsulting.com> Pei Zhang <zhangpei@huahaipharm.com> | N/A | Valsartan: Proposed Document Collection Plan for ZHP | 4/27/2020 | 4/27/2020 |

An asterisk (*) indicates individuals or groups of individuals who, based on available information and a reasonable, good-faith belief, are legal personnel.

**Log of Underlying Document Referenced in ZHP's September 16, 2025 Letter**

*In re Valsartan, Losartan, Irbesartan Products Liability Litigation,*  MDL No. 2875 (D.N.J.)

Revised May 18, 2026

| FILENAME | AUTHOR | DATE CREATED | FILETYPE | PRIVILEGE CLAIM | PRIVILEGE CLAIM DESCRIPTION |
|---|---|---|---|---|---|
| Exhibit 2 to Document Collection Plan for ZHP - Manufacturing Document Requests.xlsx | Donna Grevy*[2] | 4/27/2020 | Microsoft 2007 Excel Spreadsheet | Work Product; Attorney-Client Privilege | Spreadsheet prepared by outside counsel during pendency of litigation regarding document collection strategy attached (along with other attachments) to email from outside counsel to ZHP containing legal advice regarding timing and scope of valsartan discovery and related collection efforts. Columns K, L, M, O, P, Q, and T include metadata from the email to which the spreadsheet was attached. |

An asterisk (*) indicates individuals or groups of individuals who, based on available information and a reasonable, good-faith belief, are legal personnel.

[2] It is ZHP's understanding that Ms. Grevy is a document specialist at Duane Morris who would have assisted Duane Morris attorneys in preparing the spreadsheet.  ZHP inadvertently omitted the asterisk near her name on the prior version of the log.