# Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** |
| **This Document Relates to:** | **Honorable Renée Marie Bumb, Chief Judge** |
| **All Cases** | **Honorable Thomas I. Vanaskie (Ret.), Special Master** |

**[*PROPOSED*] CASE MANAGEMENT ORDER NO. 40 ESTABLISHING THE PROCEDURES FOR PRELIMINARY CERTIFICATION OF <u>WAVE THREE PERSONAL INJURY BELLWETHER CASES</u>**

The parties having conferred and agreed to a process for: (1) identifying Wave Three bellwether cases in which the parties have agreed to waive any rights under *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26, 28 (1998); (2) dismissal of non-Manufacturer Defendants from Wave Three bellwether cases; and (3) obtaining preliminary expert certifications on specific causation, and good cause existing for the entry of this Order,

**IT IS HEREBY ORDERED** this __ day of **June**, **2026**, as follows:

## I.    DEADLINES FOR EXERCISING *LEXECON* OBJECTIONS

The cases on the Joint Wave Three Pool list, plus approximately 12 additional cases in which a suggestion of death has been filed pursuant to the Wave Three Bellwether Order, shall constitute the "Wave Three Bellwether Pool." The Joint

Wave Three Pool list, as well as the approximately 12 additional cases in which a suggestion of death has been filed pursuant to the Wave Three Bellwether Order, is attached to this Order as Schedule A.

Within seven (7) days of the entry of this Order, each Plaintiff in the Wave Three Bellwether Pool shall decide whether he or she wishes to waive any applicable *Lexecon* objections and have his or her case tried in the United States District Court for the District of New Jersey. By the end of the seven (7)-day election period, any Plaintiff in the Wave Three Bellwether Pool who wishes to waive *Lexecon* objections must: (1) file a statement on his or her individual docket indicating agreement to waive *Lexecon* rights; and (2) file a letter on the MDL docket advising the Court and all parties of the same. If Counsel represents more than one Plaintiff who is waiving *Lexecon* rights, then Counsel should include all Plaintiffs they represent who are waiving *Lexecon* rights on a single letter. Plaintiffs who submit such waivers will be referenced herein as Electing Wave Three Plaintiffs.

Any Wave Three Bellwether Pool Plaintiff who does not submit the required filings agreeing to waive *Lexecon* rights within the provided time frame will be deemed to be asserting *Lexecon* rights and will not be eligible for selection as a Wave Three Bellwether Trial Candidate.

## II.    DISMISSAL OF NON-MANUFACTURER DEFENDANTS

To streamline the issues for trial in the cases to be tried in Wave Three, the cases eligible to be selected as a Wave Three Bellwether Trial Candidate will not involve claims against non-Manufacturer Defendants (i.e., the Wholesaler, Distributor, Retailer, or Repackager Defendants).

Accordingly, within three (3) days after the close of the *Lexecon* election period addressed in Section I of this Order (i.e., within ten (10) days from the date of this Order), Defendants shall provide to Plaintiffs' leadership counsel a spreadsheet listing the Electing Wave Three Plaintiffs and identifying any non-Manufacturer Defendants named in each Electing Wave Three Plaintiff's most recent amended complaint.

Any Electing Wave Three Plaintiff who does not dismiss pending claims against all non-Manufacturer Defendants within seven (7) days of Plaintiffs' receipt of Defendants' spreadsheet—i.e., no later than seventeen (17) days from the date this Order is entered—shall be removed from the list of Plaintiffs eligible to be chosen as a Wave Three Bellwether Trial Candidate.

## III.    PRELIMINARY CERTIFICATIONS AS TO SPECIFIC CAUSATION FOR THE WAVE THREE BELLWETHER POOL

A. Form of Preliminary Certification

The claims of each Plaintiff included in the Wave Three Bellwether Pool (regardless of *Lexecon* waiver status) shall be reviewed by a healthcare professional

3

so that the healthcare professional can determine whether he or she is willing to provide a Preliminary Certification on the issue of specific causation based on the information currently available.

Each Preliminary Certification shall include:

(a)    Identification of the diagnosed primary cancer of the individual who consumed valsartan;

(b)    The date of diagnosis; and

(c)    A form declaration from a healthcare provider stating, to a reasonable degree of medical certainty, that consumption of affected valsartan products caused, substantially contributed to, and/or was a substantial factor in causing the development of the cancer at issue.

(*See* Schedule B – Preliminary Certification Regarding Specific Causation ("Preliminary Certification").)

For purposes of making a Preliminary Certification, Plaintiffs' healthcare professional(s) shall calculate each Plaintiff's estimated exposure to valsartan containing NDMA and/or NDEA based on the Plaintiff's pharmacy records and FDA testing results for valsartan.

If an expert determines that he or she is unable to provide a Preliminary Certification that a Plaintiff's cancer was caused by his or her valsartan use because the estimated exposure level calculated from the FDA data is too low, the expert

shall provide the Defendants with a form declaration that: (1) identifies the estimated exposure level calculated by the expert; (2) requests a Defendant Fact Sheet ("DFS") from the relevant Manufacturer Defendant(s); and (3) identifies the pharmacy records to be used in determining the Plaintiff's exposure. (*See* Schedule C – Declaration Requesting Additional Information Related to Preliminary Certification on Specific Causation ("Schedule C Declaration").)

Within 30 Days of receiving a Schedule C Declaration, the relevant Manufacturer Defendant(s) shall provide each Plaintiff who timely submits a Schedule C Declaration with a DFS that includes information consistent with information included in the DFSs provided in *Roberts v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, No. 1:20-cv-00946-RMB-SAK, *Garcia v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, No. 1:20-cv-07957-RMB-SAK, and *Suits v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, No. 1:20-cv-06547-RMB-SAK.

B. Counsel Certification

As part of the Preliminary Certification, counsel representing each Plaintiff must certify that the Plaintiff understands the case may be selected for full discovery and trial and that the Plaintiff is willing to continue the case.

C. Timing of Preliminary Certification

The Electing Wave Three Plaintiffs shall provide Preliminary Certifications within sixty (60) days of the entry of this Order. The Electing Wave Three Plaintiffs

shall dismiss any case as to which neither a Preliminary Certification nor a Schedule C Declaration is provided to Defendants within this sixty (60)-day period. Any Electing Wave Three Plaintiff who submits a Schedule C Declaration within this sixty (60)-day period shall, within fourteen (14) days of receiving the requested DFS, submit a Preliminary Certification or dismiss his or her case.

Plaintiffs included in the Wave Three Bellwether Pool who are not Electing Wave Three Plaintiffs shall submit Preliminary Certifications or dismissals in waves, with certifications or dismissals for an additional thirty (30) cases (ordered alphabetically by the last name of the Plaintiff) due sixty (60) days after the prior wave's deadline (or within 14 days of receiving the DFS information, if a Schedule C Declaration is submitted), continuing in successive sixty (60)-day intervals until each case has been certified or dismissed. The Parties will provide each successive certification list to the Court for entry of an Order, which will be filed in each affected individual docket and the MDL docket.

**SO ORDERED** this __ day of **June**, **2026**.

/s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge

6

**SCHEDULE A**
**WAVE THREE ELIGIBLE PERSONAL INJURY CASE LIST**
(as of June 8, 2026)

| # | Plaintiff Name | Docket | Cancer Type |
|---|---|---|---|
| 1. | ABDULLAHI, BURLIA | 1:21-cv-02885 | Liver |
| 2. | ANDREWS, BENJAMIN | 1:21-cv-10908 | Colon |
| 3. | ANTONACCI, KATHLEEN | 1:21-cv-12673 | Colon |
| 4. | AXT, PHYLLIS | 1:20-cv-08050 | Colon |
| 5. | BARBER, GLORIA | 19-cv-7802 | Colon |
| 6. | BARKSDALE, JIM | 1:20-cv-07112 | Colon |
| 7. | BEHNING, ANN | 20-cv-3254 | Colon |
| 8. | BERHE, TSEGHAI | 1:25-cv-02120 | Colon |
| 9. | BIRD, SUSAN | 1:20-cv-07855 | Colon |
| 10. | BOCCIA, JOSEPH | 1:20-cv-09585 | Colon |
| 11. | BONVENTRE, DEBRA | 1:20-cv-02188-RBK-JS | Liver |
| 12. | BOWMAN, NANCI | 1:20-cv-07688 | Colon |
| 13. | BRADSHAW, STEVE | 1:19-cv-10046-RBK-JS | Liver |
| 14. | BRADY, THOMAS | 1:20-cv-6399 | Colon |
| 15. | BRANOVAN, DEBRA | 1:21-cv-16522 | Liver |
| 16. | BRANYON, TERRANCE | 1:24-cv-10837 | Colon |
| 17. | BROWN, DAISY | 20-cv-01836 | Colon |
| 18. | BROWN, WYLETTE | 1:20-cv-08714-RBK-JS | Colon |
| 19. | BRYSON, KENNETH | 1:20-cv-08908 | Colon |
| 20. | CAIN, FRANCES | 1:22-cv-02835 | Colon |
| 21. | CAMBRON, JOHN | 1:20-cv-09345 | Colon |
| 22. | CAREY, JAMES | 1:26-cv-01500 | Liver |
| 23. | CARUSO, SALVATORE | 1:20-cv-05897 | Colon |
| 24. | CAUDILL, CHERYL | 1:19-cv-14900 | Colon |
| 25. | CHARNEY, MARCIA | 1:20-cv-20116 | Colon |
| 26. | CHERRY, LOUIS | 1:20-cv-05370 | Colon |
| 27. | CLARK, THOMAS | 1:20-cv-08556 | Colon |
| 28. | COCHRAN, LESLIE | 1:20-cv-07440-RBK-JS | Liver |
| 29. | COLE, MINA | 1:23-cv-00501 | Liver |
| 30. | CONWAY, DORETHA | 21-cv-12884 | Colon |
| 31. | CONSOLE, ANITA | 20-cv-8822 | Colon (Motion to Substitute granted on 5/12/26) |
| 32. | COX, HOWARD | 1:19-cv-20849 | Liver |

1

| 33. | DARABARIS, JEREMY | 1:22-cv-01048 | Colon |
|---|---|---|---|
| 34. | DAVE, PEARLEATHA | 1:20-cv-06879 | Colon |
| 35. | DICKERSON, GEORGE | 1:20-cv-07255 | Colon |
| 36. | DILBECK, WALTER | 1:19-cv-15443 | Liver |
| 37. | DUELLO, DENIS | 1:20-cv-01758 | Colon |
| 38. | ELLIS, GRACIE | 1:22-cv-03382 | Colon |
| 39. | ESCALANTE, MARIA | 1:21-cv-11688 | Colon |
| 40. | FANALE, CLARA | 1:20-cv-4557 | Colon |
| 41. | FERGUSON, MICHAEL | 1:21-cv-15425 | Colon |
| 42. | FERGUSON, THELMA | 1:20-cv-4547 | Colon |
| 43. | FERNANDEZ, GUILLERMO | 22-cv-02948 | Rectal |
| 44. | FISHER, DARRYL | 1:21-cv-11225 | Colon |
| 45. | FONG, CARL | 1:21-cv-19747 | Colon |
| 46. | FOXWELL, ROBERT | 1:20-cv-08077 | Liver |
| 47. | FRANCKEN, STEVEN | 1:25-cv-15784 | Colon |
| 48. | GOLBERG, ROBERT | 20-cv-8792 | Colon |
| 49. | GROENDYK, LARRY | 1:21-cv-06273 | Colon |
| 50. | GUGLIELMI, HENRY | 1:22-cv-00440 | Colon |
| 51. | HAMILTON, JEANETTE | 1:21-cv-13531 | Colon |
| 52. | HARPER, APRIL | 1:19-cv-01618 | Colon |
| 53. | HARRISON, SCOTT | 1:20-cv-16412 | Liver |
| 54. | HERNANDEZ, KATHLEEN | 1:23-cv-23144 | Colon |
| 55. | HODAN, RICHARD | 1:20-cv-08671-RBK-JS | Colon |
| 56. | HOPPUS, JESSE | 1:20-cv-14967 | Colon |
| 57. | HOUGHTALING, LORRAINE | 1:21-cv-12145 | Colon |
| 58. | HULL, HARVEY | 20-cv-15620 | Colon |
| 59. | HUNSBERGER, MARY | 1:25-cv-3338 | Colon |
| 60. | HURST, VELMA | 1:21-cv-04901 | Colon |
| 61. | JONES, AUDREY | 20-cv-02795 | Colon |
| 62. | JONES, LETHA | 1:20-cv-14043 | Colon |
| 63. | KLEINMAN, PRISCILLA | 1:19-cv-07152 | Colon |
| 64. | LAFIN, ROBERT | 1:21-cv-9663 | Colon |
| 65. | LAUGHLIN, LUCINDA | 1:21-cv-8068 | Colon |
| 66. | LAWLER, ROBINETTE | 20-cv-19687 | Colon |
| 67. | LAWRENCE, PAUL | 1:25-cv-18080 | Colon |
| 68. | LEBLANC, CLAIRE | 1:20-cv-3643 | Colon |
| 69. | LEE, MARY | 1:20-cv-06087-RBK-JS | Colon |
| 70. | LEE, WILLIAM RAY o/b/o Lee Varice | 20-cv-11086 | Liver |
| 71. | LLOYD, SHELLEY o/b/o Wanda Stephens | 20-cv-07706 | Colon |

2

| 72. | LONGO, JOHN | 20-cv-7874 | Colon (Motion to Substitute granted on 5/12/26) |
|---|---|---|---|
| 73. | LYONS, JAMES | 1:20-cv-2565 | Colon |
| 74. | LYONS, JOHN | 1:20-cv-04402 | Colon |
| 75. | MADDEN, BRENDA | 1:20-cv-06891 | Colon |
| 76. | MALDONADO, RAMON | 1:20-cv-11120 | Colon |
| 77. | MAREK, JOSEPH | 1:25-cv-3389 | Liver |
| 78. | MARTIN, CHARLES | 1:21-cv-10072 | Colon |
| 79. | MARTIN, NATALIE | 22-cv-3335 | Colon |
| 80. | MCCULLOUGH, BARBARA | 1:22-cv-01574 | Liver |
| 81. | MEDEARIS, LESTER | 1:25-cv-17959 | Colon |
| 82. | MENENDEZ, EMILIO | 1:22-cv-04539 | Liver |
| 83. | MEYER, MARILYN | 1:20-cv-03594 | Colon |
| 84. | MILICI, ANTHONY | 1:20-cv-18929 | Colon |
| 85. | MINER, BRUCE | 1:20-cv-08530 | Colon |
| 86. | MIRABILE, CARL | 1:22-cv-04254 | Liver |
| 87. | MOSER, ARLENE | 1:20-cv-14731 | Liver |
| 88. | MOTES, CALVIN | 21-cv-20442 | Liver |
| 89. | NEMETH, KAREN | 20-cv-6417 | Colon |
| 90. | OLVERA, JOSE | 1:20-cv-11119 | Colon |
| 91. | PALLEN, GARY | 1:20-cv-1579 | Colon |
| 92. | PARKER, LORI | 1:24-cv-11513 | Colon |
| 93. | PARKS, JANICE | 1:23-cv-04155 | Colon |
| 94. | PAULEY, DAVID | 1:22-cv-05469 | Colon |
| 95. | PERDUE, NELSON | 1:20-cv-02846 | Liver |
| 96. | PITTMAN, MARCUS | 1:22-cv-06395 | Colon |
| 97. | POLK, JAMES | 1:21-cv-13582 | Colon |
| 98. | REBER, DENNIS | 1:19-cv-15101 | Colon |
| 99. | REILLY, EUGENE | 1:20-cv-02216 | Colon |
| 100. | RIDLEY, MARCIA | 1:21-cv-10465 | Colon |
| 101. | RYAN, MARIA | 20-cv-8833 | Colon |
| 102. | SALE, HENRY | 22-cv-00250 | Liver |
| 103. | SANDERS, ALFRED | 21-cv-4617 | Colon (Motion to Substitute granted on 5/21/26) |
| 104. | SCOTT, MARTIN | 1:21-cv-17216 | Colon |
| 105. | SEN, RANJIT | 1:19-cv-07143 | Colon |

3

| | | | |
|---|---|---|---|
| 106. | SIERRA, DAVID | 1:23-cv-21738 | Colon |
| 107. | SMITH, KARLENE | 22-cv-06277 | Colon |
| 108. | SNYDER OSBORNE, LACEY o/b/o Eleanor Osborne | 21-cv-12902 | Colon |
| 109. | STALLINGS, GARY | 1:20-cv-01062 | Colon |
| 110. | STONE, ALAN | 1:20-cv-15654 | Colon |
| 111. | STRICKLAND, CONNIE | 20-cv-8839 | Colon |
| 112. | SYKES, ROSE | 1:20-cv-08203-RBK-JS | Colon |
| 113. | TALUSAN, ELOISA | 1:20-cv-7993 | Colon |
| 114. | THOMPSON, JAMES | 1:20-cv-14554 | Colon |
| 115. | TOLLEY, MARGARET | 1:21-cv-10130 | Colon |
| 116. | TORIELLO, DEBORAH | 1:21-cv-17093 | Liver |
| 117. | UDELL, GLEN | 20-cv-01708 | Colon |
| 118. | VALENTINE, KATHY M. | 20-cv-17202 | Colon |
| 119. | VANDER, ARNOLD | 1:20-cv-10244 | Colon |
| 120. | WAITZ, LEE | 21-cv-15427 | Colon |
| 121. | WEEKS, EARL | 1:20-cv-10355 | Colon |
| 122. | WEYGANDT, ROBERT | 1:19-cv-20970-RBK-JS | Colon |
| 123. | WILLIAMS, AIRLEAN | 1:20-cv-01291 | Colon |
| 124. | WILLIAMS, REBECCA | 20-cv-8845 | Colon |
| 125. | WILLIAMS, THOMAS | 1:20-cv-03196/1:19-cv-06849 | Colon |
| 126. | WILMOTH, KIMBERLY | 1:20-cv-08734 | Liver |

**SUBSTITUTION CASES**

| # | Plaintiff Name | Docket | Status |
|---|---|---|---|
| 1. | BURNS, JESSIE | 20-cv-16750 | Suggestion of Death filed 4/30/26; Substitution due 7/29/26. |
| 2. | GIBSON, ROGER | 19-cv-14986 | Suggestion of Death filed 5/4/26; Substitution due 8/3/26. |
| 3. | JOHNSON, JOAN | 20-cv-8762 | Suggestion of Death filed 5/1/26; Substitution due 7/30/26. |
| 4. | LEE, ALBERT | 19-cv-15027 | Suggestion of Death filed 5/4/26; Substitution due 8/3/26. |
| 5. | MARTEY, EMMANUEL | 19-cv-6836 | Suggestion of Death filed 5/1/26; Substitution due 7/30/26. |

| | | | |
|---|---|---|---|
| 6. | MAY, GARY | 20-cv-8797 | Suggestion of Death filed 5/1/26; Substitution due 8/1/26. |
| 7. | MOSS, JAMES | 19-cv-14056 | Suggestion of Death filed 5/1/26; Substitution due 8/1/26. |
| 8. | RAGLAND, ARNOLD | 20-cv-4363 | Suggestion of Death filed 7/29/20; Substitution was due on 10/29/20. |
| 9. | SHITTU, BEECROFT | 20-cv-3179 | Suggestion of Death filed 5/1/26; Substitution due 8/1/26. |
| 10. | SWEENEY, PATRICIA | 20-cv-5957 | Suggestion of Death filed 4/30/26; Substitution due 7/29/26. |
| 11. | TRAN, SCOTT | 21-cv-7920 | Suggestion of Death filed 5/1/26; Substitution due 8/1/26. |
| 12. | WATTS, PEGGY | 19-cv-8718 | Suggestion of Death filed 5/1/26; Substitution due 8/1/26. |

5

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>**All Cases** | **MDL No. 2875**<br><br>**Honorable Renée Marie Bumb, Chief Judge**<br><br>**Honorable Thomas I. Vanaskie (Ret.), Special Master** |

**[*PROPOSED*] SCHEDULE B
PRELIMINARY CERTIFICATION REGARDING SPECIFIC CAUSATION**

I.      CASE INFORMATION

This Preliminary Certification pertains to the following case: _____

_____

Name of party who consumed valsartan: _____

II.      MEDICAL INFORMATION

Diagnosed primary cancer type of the party who consumed valsartan containing NDMA

and/or NDEA: _____

Date of diagnosis: _____

III.      HEALTHCARE PROFESSIONAL'S PRELIMINARY CERTIFICATION

I, **[name of healthcare professional providing certification]**

_____, certify that it is my opinion, to a reasonable degree of

medical certainty, that the Plaintiff's consumption of valsartan products containing

NDMA and/or NDEA caused, substantially contributed to, and/or was a substantial factor

in causing Plaintiff's diagnosed primary cancer.

Healthcare professional's signature: _____

Medical specialty: _____

Date of certification: _____


## ATTORNEY CERTIFICATION

As counsel for the Plaintiff listed above, I certify that I have conferred with Plaintiff and confirmed that Plaintiff: (1) understands that this case may be selected for full discovery and trial; and (2) is willing to continue the case through discovery and trial.


Counsel's name: _____

Counsel's signature: _____

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>**All Cases** | **MDL No. 2875**<br><br>**Honorable Renée Marie Bumb, Chief Judge**<br><br>**Honorable Thomas I. Vanaskie (Ret.), Special Master** |

**[*PROPOSED*] SCHEDULE C
DECLARATION REQUESTING ADDITIONAL INFORMATION RELATED TO
<u>PRELIMINARY CERTIFICATION ON SPECIFIC CAUSATION</u>**

1.    <u>CASE INFORMATION</u>

This Declaration pertains to the following case: _____

_____

Name of party who consumed valsartan: _____

2.    <u>MEDICAL INFORMATION</u>

Diagnosed primary cancer type of the party who consumed valsartan: _____

Date of diagnosis: _____

3.    <u>HEALTHCARE PROFESSIONAL'S DECLARATION</u>

Based on the Plaintiff's pharmacy records and available FDA testing data, I, **[name of healthcare professional providing certification]** _____,

estimate Plaintiff's total exposure to NDMA from valsartan to be _____ and/or

estimate Plaintiff's total exposure to NDEA from valsartan to be _____ based on

the FDA testing results for valsartan.

It is my opinion that this estimated exposure does not provide me with sufficient data to conclude with a reasonable degree of medical certainty that Plaintiff's consumption of valsartan products containing NDMA and/or NDEA caused, substantially contributed to, and/or was a substantial factor in causing Plaintiff's diagnosed primary cancer.

I request that each Manufacturer Defendant provide a Defendant Fact Sheet that includes information regarding the potential amount of NDEA and/or NDMA that may have been present in the valsartan received by Plaintiff based on the Manufacturer Defendant's own testing data and the Plaintiff's pharmacy records, which are attached hereto.

Healthcare professional's signature: _____

Medical specialty: _____

Date of certification: _____

**[ATTACH PLAINTIFF PHARMACY RECORDS EVALUATED BY CERTIFYING HEALTHCARE PROFESSIONAL]**

2