

June 30, 2026

| | |
|---|---|
| Honorable Renée Marie Bumb | Honorable Thomas I. Vanaskie (Ret.) |
| Chief United States District Court Judge | Special Master |
| District of New Jersey | Stevens & Lee |
| Mitchell H. Cohen Building & U.S. Courthouse | 1500 Market St., East Tower |
| 4th & Cooper Streets, Room 1050 | Suite 1800 |
| Camden, NJ 08101 | Philadelphia, PA 19103 |

> **Re:** ***In re Valsartan, Losartan, and Irbesartan Products Liability Litigation***
> **No. 1:19-md-2875-RMB (D.N.J.)**

Dear Chief Judge Bumb and Judge Vanaskie:

Pursuant to Case Management Order No. 40, the Wave Three Bellwether Pool Plaintiffs

listed below agree to waive *Lexecon* rights:

Jesse Hoppus          1:20-cv-14967

James Thompson     1:20-cv-14554

Respectfully submitted,

*/s/ Robert M. Hammers, Jr.*
Robert M. Hammers, Jr.
Hammers Law Firm
5555 Glenridge Connector, Suite 975
Atlanta, GA 30342
Telephone: 770-900-9000
Fax: 404-600-2626
rob@hammerslawfirm.com
*Counsel for Plaintiffs*