# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

|  |  |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>Chief Judge U.S. District Court<br><br>**ORDER ESTABLISHING CASE MANAGEMENT AND DISCOVERY SCHEDULE FOR WAVE 3 BELLWETHER CASES** |

**The Parties Having Met and Conferred**, to agree upon the case management schedule for the third wave of potential personal injury bellwether plaintiff trials ("Wave 3 BW"):

**Having Reviewed** the proposed agreed upon schedule,

**IT IS ORDERED:** the deadlines for the five Wave 3 BW matters are:

| Wave 3 BW Trial Event | Wave 3 BW Trial Event Deadline | Estimated Deadline Date |
|---|---|---|
| For all qualifying Wave Three cases as defined in CMO 40, Plaintiffs to: (1) submit "Schedule B" Preliminary Certification; (2) submit "Schedule C" Declaration and request a Manufacturer Defendant Fact Sheet ("DFS"); or (3) dismiss the case with prejudice. | 8/21/26 | 8/21/26 |

| Wave 3 BW Trial Event | Wave 3 BW Trial Event Deadline | Estimated Deadline Date |
|---|---|---|
| Defendants to provide DFS for cases in which "Schedule C" Declarations were timely submitted. | 14-21 days following submission of "Schedule C" Declaration, depending on number of cases in which DFS is requested | 9/9/26 |
| Plaintiffs to submit "Schedule B" Preliminary Certification for, or to dismiss with prejudice, qualifying Wave Three cases as to which "Schedule C" Declarations were timely submitted and DFS provided. | 14 days after DFS received | 9/23/26 |
| Plaintiffs and Defendants to each simultaneously select: (1) two cases from eligible pool to include as Wave 3 BW trial candidates; and (2) two cases from eligible pool to include as alternate Wave 3 BW trial candidates. | Seven days after Preliminary Certifications or dismissals submitted for all qualifying Wave Three cases | 9/30/26 |
| The Special Master to randomly select: (1) one case from eligible pool to include as Wave 3 BW trial candidate, and (2) one case from eligible pool to include as alternate Wave 3 BW trial candidate. | Eight days after Preliminary Certifications or dismissals submitted for all qualifying Wave Three cases | 10/1/26 |
| Deadline to amend Plaintiff Fact Sheet ("PFS") | One week from selection of Wave 3 BW trial candidates | 10/8/26 |
| Deadline to submit DFS for Wave 3 BW trial candidates who did not submit a "Schedule C" Declaration | Four weeks from amended PFS deadline | 11/5/26 |
| Close of case-specific fact discovery | 13 weeks from amended PFS deadline | 1/7/27 |
| Deadline for Plaintiffs' counsel to re-certify intent to proceed with the case following fact discovery | Same date as close of case-specific fact discovery | 1/7/27 |

| Wave 3 BW Trial Event | Wave 3 BW Trial Event Deadline | Estimated Deadline Date |
|---|---|---|
| Deadline for Plaintiffs to designate general and specific causation expert(s) and serve causation expert report(s) | Four weeks from close of fact discovery | 2/4/27 |
| Deposition(s) of Plaintiffs' general and specific causation expert(s) | Between deadline for Plaintiffs to serve causation expert report(s) and four weeks thereafter | 2/4/27 – 3/4/27 |
| Deadline for Plaintiffs' counsel to re-certify commitment to proceed to trial | Same as deadline for Defendants to depose Plaintiffs' causation expert(s) | 3/4/27 |
| Deadline for Defendants to designate general and specific causation expert(s) and serve causation expert report(s) | Two weeks from deadline for Defendants to depose Plaintiffs' causation expert(s) | 3/18/27 |
| Deposition(s) of Defendants' general and specific causation expert(s) | Between deadline for Defendants to serve causation expert report(s) and four weeks thereafter | 3/18/27 – 4/15/27 |
| Close of causation expert discovery | Same as deadline to depose Defendants' general and specific causation expert(s) | 4/15/27 |
| Deadline for Plaintiffs' counsel to re-certify commitment to proceed to trial following expert discovery | Same as close of causation expert discovery | 4/15/27 |
| Deadline to file Rule 702 motions re: causation expert(s) | Three weeks from close of causation expert discovery | 5/6/27 |
| Deadline to file oppositions to Rule 702 motions re: causation expert(s) | Four weeks from deadline to file Rule 702 motions re: causation expert(s) | 6/3/27 |

3

| Wave 3 BW Trial Event | Wave 3 BW Trial Event Deadline | Estimated Deadline Date |
|---|---|---|
| Deadline to file replies in further support of Rule 702 motions re: causation expert(s) | Two weeks from deadline to file oppositions to Rule 702 motions re: causation expert(s) | 6/17/27 |
| Rule 702 hearing re: causation experts | To be set by Court following deadline to file replies on Rule 702 motions re: causation expert(s) | |

The parties shall meet and confer regarding the deadlines for subsequent Wave 3 BW trial events, including expert discovery on issues other than causation, motions for summary judgment, and other pretrial matters. The parties shall submit a separate proposed case management and discovery schedule setting forth those deadlines within two weeks of the Rule 702 hearing regarding causation experts.

*/s/ Thomas I. Vanaskie, Special Master*

Date:  August 3, 2026

4